# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No.: 21-cr-00028-APM** |
| v. | : | |
| | : | |
| **THOMAS EDWARD CALDWELL** | : | |
| **DONOVAN RAY CROWL** | : | |
| **JESSICA MARIE WATKINS** | : | |
| DEFENDANT(s) | : | |

## NOTICE OF APPEARANCE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Ahmed M. Baset is entering his appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

DATED: February 3, 2021

MICHAEL R. SHERWIN
Acting United States Attorney
N.Y. Bar No. 4444188

By: _____
Ahmed M. Baset
IL Bar No. 630-4552
Assistant United States Attorney
555 4th Street, N.W. Room #3626
Washington, DC 20530
202-252-7097
ahmed.baset@usdoj.gov