AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia ▼

| | | |
|---|---|---|
| United States of America | ) | |
| Plaintiff | ) | |
| v. | ) | Case No. 21-cr-00028-APM |
| Thomas Edward Caldwell et al | ) | |
| Defendant | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Thomas Edward Caldwell

Date: 02/08/2021

*[signature]*
Attorney's signature

Thomas K. Plofchan, Jr. 34536
*Printed name and bar number*

46175 Westlake Drive, Suite 320
Potomac Falls, Virginia 20165

*Address*

tplofchan@westlakelegal.com
*E-mail address*

(703) 406-7616
*Telephone number*

(703) 444-9498
*FAX number*