UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

United States of America     *
                         *
        v.           *
                         *       Case No.: 21-CR-00028-APM

Thomas Edward Caldwell, et. al.     *
        Defendants       *

**DEFENDANT CALDWELL'S EMERGENCY MOTION FOR EXPEDITED HEARING AND BRIEFING SCHEDULE**

Comes now Thomas Edward Caldwell ("Caldwell"), by counsel, and moves this Honorable Court to consider his Emergency Motion for Expedited Hearing and Briefing Schedule with respect to his Motion to Review the Magistrate's Detention Order Pursuant to 18 U.S.C. §3145(b) and Motion for Release. In support of said motion, Caldwell states as follows.

1. On February 8, 2021, Caldwell filed his Motion to Review the Magistrate's Detention Order Pursuant to 18 U.S.C. §3145(b) and Motion for Release.

2. Caldwell has been in the custody of the U.S. Marshall Service in Orange, Virginia since January 19, 2021.

3. As set forth in the accompanying Memorandum, his extended incarceration, his medical condition, and the ability to provide conditions of release if found to be necessary, all necessitate hearing this matter on an expedited basis.

4. Caldwell suggests that the Government file its responsive brief to his

Motion on February 9, 2012, his reply, if any, be filed February 10, 2021, the matter

be set for hearing on February 11, 2021.

Wherefore, the reasons stated above, Caldwell moves this Court to grant his

Emergency Motion for an Expedited Hearing and Briefing Schedule and grant the

Briefing Schedule as set forth.

Respectfully submitted by,

Thomas Edward Caldwell
By Counsel

/S/_____
Thomas K. Plofchan, JR., DC Bar#VA100
Westlake Legal Group
46175 Westlake Drive, #320
Potomac Falls, Va 20165
Tel.: 703-406-7616
Fax: 703-444-9498
E-mail: tplofchan@westlakelegal.com
Counsel for Defendant Thomas Edward Caldwell

## CERTIFICATE OF SERVICE

I certify that on this 9th day of February, 2021, I electronically filed the foregoing Emergency Motion For Expedited Hearing And Briefing Schedule using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

Kathryn Leigh Rakoczy at kathryn.rakoczy@usdoj.gov

_____/S/_____
Thomas K. Plofchan, Jr., Esq.

2