UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America | * | |
| | * | |
| v. | * | |
| | * | Case No.: 21-CR-00028-APM |
| Thomas Edward Caldwell, et. al. | * | |
| Defendants | * | |

## ORDER GRANTING DEFENDANT CALDWELL'S EMERGENCY MOTION FOR EXPEDITED HEARING AND BRIEFING SCHEDULE

WHEREAS the Court has considered the Defendant Thomas Edward Caldwell's Emergency Motion for Expedited Hearing and Briefing Schedule with respect to his Motion to Review the Magistrate's Detention Order Pursuant to 18 U.S.C. §3145(b) and Motion for Release; and

WHEREAS the Court finds the request meritorious;

It is hereby ordered that the Government shall file any responsive brief to this Motion on February 9, 2021; the Defendant shall file a reply, if any, on February 10, 2021, the matter be set for hearing on the Court's docket as notified by the Court.

February __, 2021                            _____
                                             Judge Armit P. Mehta, U.S. District Judge