# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Case No.: 21-CR-00028-APM |
| v. : | |
| : | |
| **THOMAS EDWARD CALDWELL,** : | |
| **DONOVAN RAY CROWL,** : | |
| **and JESSICA MARIE WATKINS,** : | |
| : | |
| **Defendants.** : | |

## NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby informs the Court that Trial Attorney Justin Sher is entering his appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

DATED: February 10, 2021

MICHAEL R. SHERWIN
ACTING UNITED STATES ATTORNEY
NEW YORK BAR NO. 4444188

By:   */s/ Kathryn L. Rakoczy*
Kathryn L. Rakoczy
D.C. Bar No. 994-559
Ahmed M. Baset
Troy A. Edwards, Jr.
Jeffrey S. Nestler
Assistant United States Attorneys
555 4th Street, N.W., Room 5239
Washington, D.C. 20530
Rakoczy Phone: (202) 252-6928
Kathryn.Rakoczy@usdoj.gov

*/s/ Justin Sher*
Justin Sher
D.C. Bar No. 974235
Trial Attorney
National Security Division
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20004
202-353-3909
justin.sher@usdoj.gov
