UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America | * | |
| | * | |
| v. | * | |
| | * | Case No.: 21-CR-00028-APM |
| Thomas Edward Caldwell, et. al. | * | |
| Defendants | * | |

## ORDER

WHEREAS the Court has considered the Government's Motion for a Protective Order, Defendant Thomas Edward Caldwell's Response and Request to deny Entry of Protective Order;

Upon consideration of the arguments, the request for a Protective Order is denied.

February __, 2021  
_____  
Judge Armit P. Mehta, U.S. District Judge