**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES | * |
| vs. | *   Case No.: 21-CR-28-APM |
| THOMAS EDWARD CALDWELL | * |

\* \* \* \* \* \* \* \* \* \* \*

**ENTRY OF APPEARANCE**

The undersigned attorney, having been retained by the Defendant, Thomas Edward Caldwell, and being duly certified to practice before the Court, respectfully requests that his appearance as the attorney of record in the present matter be entered.

/s/
David W. Fischer, Esq.
Federal Bar No. 023787
Law Offices of Fischer & Putzi, P.A.
Empire Towers, Suite 300
7310 Ritchie Highway
Glen Burnie, MD 21061
(410) 787-0826
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of February, 2021, a copy of the foregoing Entry of Appearance was electronically filed with the Clerk of the United States District Court using CM/ECF, with a notice of said filing to the following:

Counsel for the Government:    Office of the United States Attorney
555 4th Street, NW
Washington, DC 20001

/s/
David W. Fischer, Esq.