# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. ) Criminal No. 21-CR-28 APM
)
Thomas E. Caldwell, et al )

## NOTICE OF APPEAL

Name and address of appellant:	Thomas E. Caldwell
Central Virginia Regional Jail
13021 James Madison Hwy
Orange, VA 22960

Name and address of appellant's attorney:	Thomas K. Plofchan, Jr.
Westlake Legal Group, PLLC
46175 Westlake Drive, Suite 320
Potomac Falls, VA 20165

Offense:   18 U.S.C. 371, 1512(c)(2), 1361, 1362, and 1742 (a)(1)-(2)

Concise statement of judgment or order, giving date, and any sentence:

Oral Order of the Court on February 12, 2021 denying Defendant's Motion for Review of Detention Order (9), for the reasons stated on the record. See transcript pages 56-75.

Name and institution where now confined, if not on bail:   Central Virginia Regional Jail in Orange, Virginia

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

February 23, 2021
DATE

APPELLANT
/s/ Thomas K. PLofchan, Jr.
ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE [ ]
CJA, NO FEE [ ]
PAID USDC FEE [✔]
PAID USCA FEE [✔]

Does counsel wish to appear on appeal?          YES [✔]   NO [ ]
Has counsel ordered transcripts?                YES [✔]   NO [ ]
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES [ ]   NO [✔]