UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )  )  | |
| v.   ) | Case No. 21-cr-00028(APM) |
|   ) | |
| THOMAS E. CALDWELL, et al.   ) | |
|     Defendants   ) | |

## MOTION TO WITHDRAW

COMES NOW, Thomas K. Plofchan, Jr, and Westlake Legal Group, PLLC, and pursuant to Rule LCrR 44.5 Rules of the United States District Court for the District of Columbia, moves this Honorable Court to withdraw as counsel of record for Defendant Thomas Edward Caldwell in the above-styled case, and in support thereof, respectfully states that David W. Fischer of Law Offices of Fischer and Putzi, PA entered his Notice of Appearance on February 23, 2021 on behalf of Defendant Thomas Edward Caldwell.

Undersigned counsel verbally communicated with Thomas Edward Caldwell on February 24, 2021 and on February 24, 2021 sent a copy of this Motion to Central Virginia Regional Jail located at 13021 James Madison Hwy, Orange, VA 22960.

          Respectfully submitted by,

          Thomas Edward Caldwell
          By Counsel

WESTLAKE LEGAL GROUP

    /S/
_____
Thomas K. Plofchan, Jr., Esq., DC Bar No. VA100
46175 Westlake Drive, #320
Potomac Falls, Va 20165
Tel.: 703-406-7616
Fax: 703-444-9498

E-mail: tplofchan@westlakelegal.com
Counsel for Defendant Thomas Edward Caldwell

### CERTIFICATE OF SERVICE

I certify that on this 24th day of February, 2021, I electronically filed the foregoing Motion to Withdraw using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

Kathryn Leigh Rakoczy at kathryn.rakoczy@usdoj.gov

/S/<br>Thomas K. Plofchan, Jr., Esq.