UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 21-cr-00028(APM) |
| ) | |
| THOMAS E. CALDWELL, et al. ) | |
|     Defendants ) | |

ORDER

Upon the Motion to Withdraw by Thomas K. Plofchan, Jr. and Westlake Legal Group, PLLC as counsel for Defendant Thomas Edward Caldwell.

IT IS APPEARING David W. Fischer of Law Offices of Fischer and Putzi, PA entered his Notice of Appearance on February 23, 2021 on behalf of Defendant Thomas Edward Caldwell.

IT IS HEREBY ORDERED that Thomas K. Plofchan, Jr. and the Westlake Legal Group, PLLC are withdrawn from the representation of Defendant Thomas Edward Caldwell in the above-styled case.

February __, 2021

_____
Judge Armit P. Mehta, U.S. District Judge