# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES * | |
| vs. * | Case No.: 21-CR-28-APM |
| THOMAS EDWARD CALDWELL * | |

\* \* \* \* \* \* \* \* \* \* \*

## UNOPPOSED MOTION TO VOLUNTARILY DISMISS APPEAL

Comes Now the Defendant, Thomas E. Caldwell, by and through his attorney, David W. Fischer, Esq., and moves to voluntarily dismiss the previously filed notice of appeal regarding the Court's February 12, 2021 detention order (ECF No. 32), and in support of said motion states as follows:

1. On February 12, 2021, the Court, after considering arguments, ordered that the Defendant be detained pending trial.

2. On February 23, 2021, the Defendant's prior counsel filed a notice of appeal regarding the Court's ruling on detention. ECF No. 32.

3. On February 24, 2021, prior counsel was discharged and his appearance was stricken. ECF No. 37.

4. At the Defendant's arraignment yesterday, undersigned counsel advised the Court of his intention to file a Motion for Reconsideration as to the Court's detention order. The Court set a briefing schedule as to this reconsideration motion.

5. To vest the Court with jurisdiction to entertain a reconsideration request, the Defendant must voluntarily dismiss his appeal.

6. Pursuant to Federal Rule of Appellate Procedure 42, "[b]efore an appeal has been docketed by the circuit clerk, the district court may dismiss the appeal on the filing of . . . the appellant's motion with notice to all parties."

7. Undersigned Counsel confirmed today with the circuit clerk that the instant appeal has not yet been docketed in the United States Court of Appeals for the District of Columbia.

8. Accordingly, the Defendant, with no objection from Assistant U.S. Attorney Kathryn Rakocyz, requests to withdraw his previously filed notice of appeal.

9. Undersigned counsel affirms that he consulted with the Defendant yesterday and fully advised him of the ramifications of voluntarily dismissing the instant appeal. The Defendant specifically directed undersigned counsel to file the instant request.

WHERFORE, the Defendant respectfully requests that the Court dismiss the previously filed appeal, ECF No. 32.

        /s/
David W. Fischer, Esq.
Federal Bar No. 023787
Law Offices of Fischer & Putzi, P.A.
Empire Towers, Suite 300
7310 Ritchie Highway
Glen Burnie, MD 21061
(410) 787-0826
fischerandputzi@hotmail.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of March, 2021, a copy of the foregoing Unopposed Motion to Voluntarily Dismiss Appeal was electronically filed with the Clerk of the United States District Court using CM/ECF, with a notice of said filing to the following:

Counsel for the Government:        Kathryn Rakoczy, AUSA
                                                              Office of the United States Attorney
                                                              555 4th Street, NW
                                                              Washington, DC 20001

                                                             /s/
                                                David W. Fischer, Esq.