## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | * |
| vs. | *   Case No.: 21-CR-28-APM |
| THOMAS EDWARD CALDWELL | * |

\* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon consideration of the Defendant's Unopposed Motion to Voluntarily Dismiss Appeal, it is hereby ordered by the United States District Court for the District of Columbia that the Motion be granted and that the Defendant's previously noted appeal, ECF No. 32, is hereby dismissed without prejudice.

_____          _____
Date                                                          Honorable Amit P. Mehta
                                                                    United States District Court