APPEAL,CAP,CAT B

# U.S. District Court
# District of Columbia (Washington, DC)
# CRIMINAL DOCKET FOR CASE #: 1:21−cr−00028−APM−1

Case title: USA v. CALDWELL ET AL
Magistrate judge case number: 1:21−mj−00119−ZMF

Date Filed: 01/27/2021

Assigned to: Judge Amit P. Mehta

**Defendant (1)**

| | | |
|---|---|---|
| THOMAS EDWARD CALDWELL | represented by | **David William Fischer , Sr.**<br>FISCHER & PUTZI, P.A.<br>7310 Governor Ritchie Highway<br>Empire Towers, Suite 300<br>Glen Burnie, MD 21061−3065<br>(410) 787−0826<br>Fax: (410) 787−1853<br>Email: fischerandputzi@hotmail.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |
| | | **Thomas K. Plofchan**<br>WESTLAKE LEGAL GROUP<br>46175 Westlake Drive<br>#320<br>Potomac Falls, VA 20165−7239<br>703−406−7616<br>Fax: 703−444−9498<br>Email: tplofchan@westlakelegal.com<br>*TERMINATED: 02/24/2021*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:371; CONSPIRACY TO DEFRAUD THE UNITED STATES; Conspiracy.<br>(1) | |
| 18:1512(c)(2); TAMPERING WITH A WITNESS, VICTIM OR INFORMANT; Obstruction of an Official Proceeding. | |

1

(2)

18:1361; GOVERNMENT PROPERTY OR CONTRACTS >; Destruction of Government Property.
(3)

18:1752(a)(1)(2); TEMPORARY RESIDENCE OF THE PRESIDENT; Restricted Building or Grounds.
(4)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| COMPLAINT in Violation of 18:371, 18:372, 18:1361, 18:1512(c)(2), 18:1752(a) and 40:5104(e)(2) | |

---

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Ahmed Muktadir Baset**<br>U.S. ATTORNEY'S OFFICE<br>United States Attorney's Office for the District of Col<br>555 Fourth Street, N.W.<br>Room 4209<br>Washington, DC 20530<br>202−252−7097<br>Email: ahmed.baset@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant U.S. Attorney*<br><br>**Alexandra Stalimene Hughes**<br>DOJ−Nsd |

950 Pennsylvania Ave NW
Washington DC, DC 20004
202−353−0023
Email: Alexandra.Hughes@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Jeffrey S. Nestler**
U.S. ATTORNEY'S OFFICE
555 Fourth Street NW
Washington, DC 20530
202−252−7277
Email: jeffrey.nestler@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Justin Todd Sher**
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue NW
Washington, DC 20530
202−353−3909
Email: justin.sher@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Kathryn Leigh Rakoczy**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 252−6928
Fax: (202) 305−8537
Email: kathryn.rakoczy@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Troy A. Edwards , Jr**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 4th Street, NW
Washington, DC 20001
202−252−7081
Email: troy.edwards@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|

| 01/19/2021 | 1 | | COMPLAINT as to JESSICA MARIE WATKINS (1), DONOVAN RAY CROWL (2), THOMAS EDWARD CALDWELL (3). (Attachments: # 1 Affidavit in Support) (bb) [1:21−mj−00119−ZMF] (Entered: 01/19/2021) |
| --- | --- | --- | --- |
| 01/27/2021 | 3 | | INDICTMENT as to THOMAS EDWARD CALDWELL (1) count(s) 1, 2, 3, 4, DONOVAN RAY CROWL (2) count(s) 1, 2, 3, 4, JESSICA MARIE WATKINS (3) count(s) 1, 2, 3, 4. (zhsj) (Entered: 01/28/2021) |
| 02/03/2021 | 5 | | NOTICE OF ATTORNEY APPEARANCE Jeffrey S. Nestler appearing for USA. (Nestler, Jeffrey) (Entered: 02/03/2021) |
| 02/03/2021 | 6 | | NOTICE OF ATTORNEY APPEARANCE Ahmed Muktadir Baset appearing for USA. (Baset, Ahmed) (Entered: 02/03/2021) |
| 02/04/2021 | 7 | | NOTICE OF ATTORNEY APPEARANCE Troy Edwards, Jr appearing for USA. (Edwards, Troy) (Entered: 02/04/2021) |
| 02/08/2021 | 8 | | NOTICE OF ATTORNEY APPEARANCE: Thomas K. Plofchan appearing for THOMAS EDWARD CALDWELL (Plofchan, Thomas) (Entered: 02/08/2021) |
| 02/08/2021 | 9 | | MOTION for Bond by THOMAS EDWARD CALDWELL. (Plofchan, Thomas) (Entered: 02/08/2021) |
| 02/08/2021 | 10 | | Memorandum in Support of 9 Motion for Review of Detention Order by THOMAS EDWARD CALDWELL. (Attachments: # 1 Exhibit Rule 5 Hearing Transcript)(Plofchan, Thomas) Modified text and event on 3/5/2021 (zltp). (Entered: 02/08/2021) |
| 02/08/2021 | 11 | | ENTERED IN ERROR.....MOTION for Order Review of Detention Order re 10 MOTION for Bond by THOMAS EDWARD CALDWELL. (Plofchan, Thomas) Modified on 3/5/2021 (zltp). (Entered: 02/08/2021) |
| 02/08/2021 | | | MINUTE ORDER as to THOMAS EDWARD CALDWELL (1). The United States shall respond to Defendant Thomas Caldwell's 9 Motion for Review of Detention Order by February 12, 2021. Any reply in support of the Motion shall be filed by February 16, 2021. Signed by Judge Amit P. Mehta on 2/8/2021. (lcapm1) (Entered: 02/08/2021) |
| 02/08/2021 | | | NOTICE OF CORRECTED DOCKET ENTRY: as to THOMAS EDWARD CALDWELL re 11 MOTION for Order Review of Detention Order re 10 MOTION for Bond was entered in error and counsel was instructed to refile said pleading; refile as a notice of proposed order. (zltp) (Entered: 03/05/2021) |
| 02/09/2021 | 12 | | Emergency MOTION to Expedite *Hearing and Briefing Schedule* by THOMAS EDWARD CALDWELL. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Plofchan, Thomas) (Entered: 02/09/2021) |
| 02/10/2021 | 13 | | MOTION to Expedite by THOMAS EDWARD CALDWELL. (Plofchan, Thomas) (Entered: 02/10/2021) |
| 02/10/2021 | 14 | | MOTION for Order Emergency Hearing by THOMAS EDWARD CALDWELL. (Plofchan, Thomas) (Entered: 02/10/2021) |
| 02/10/2021 | | | MINUTE ORDER as to THOMAS EDWARD CALDWELL (1) denying without prejudice Defendant's Emergency Motion for Expedited Hearing and Briefing Schedule, ECF Nos. 12−14. The parties shall meet and confer and, in good faith, attempt to reach agreement on an expedited schedule. Defendant |

| | | | |
|---|---|---|---|
| | | | may re−file his request for expedited consideration if no agreement is reached. For future scheduling matters, the parties shall meet and confer before filing a motion with the court. Cf. L. Civ. R. 7(m). Signed by Judge Amit P. Mehta on 2/10/2021. (lcapm1) (Entered: 02/10/2021) |
| 02/11/2021 | 16 | | NOTICE OF ATTORNEY APPEARANCE Justin Todd Sher appearing for USA. (zltp) (Entered: 02/11/2021) |
| 02/11/2021 | 17 | | NOTICE OF ATTORNEY APPEARANCE Alexandra Stalimene Hughes appearing for USA. (zltp) (Entered: 02/11/2021) |
| 02/11/2021 | 18 | | Memorandum in Opposition by USA as to THOMAS EDWARD CALDWELL re 11 MOTION for Order Review of Detention Order re 10 MOTION for Bond , 10 MOTION for Bond , 9 MOTION for Bond (Edwards, Troy) (Entered: 02/11/2021) |
| 02/11/2021 | | | NOTICE OF HEARING as to THOMAS EDWARD CALDWELL (1): Initial Appearance/Arraignment set for 2/12/2021 at 4:00 PM via video conference before Judge Amit P. Mehta. The courtroom deputy will circulate connection information to counsel. Members of the public may access the hearing by dialing the court's toll−free public access line: (877) 848−7030, access code 321−8747. (zjd) (Entered: 02/11/2021) |
| 02/12/2021 | 19 | | MOTION for Protective Order by USA as to JESSICA MARIE WATKINS, DONOVAN RAY CROWL, THOMAS EDWARD CALDWELL. (Attachments: # 1 Text of Proposed Order)(Rakoczy, Kathryn) (Entered: 02/12/2021) |
| 02/12/2021 | 21 | | RESPONSE by THOMAS EDWARD CALDWELL re 19 MOTION for Protective Order (Plofchan, Thomas) (Entered: 02/12/2021) |
| 02/12/2021 | 22 | | NOTICE of Proposed Order re 21 Response to motion by THOMAS EDWARD CALDWELL. (Plofchan, Thomas) Modified event title on 3/1/2021 (znmw). (Entered: 02/12/2021) |
| 02/12/2021 | | | Minute Entry for proceedings held before Judge Amit P. Mehta:Initial Appearance, Arraignment, and Bond Hearing as to THOMAS EDWARD CALDWELL (1) held on 2/12/2021 via video conference. Plea of NOT GUILTY entered by THOMAS EDWARD CALDWELL (1) as to Counts 1−4. Oral Order of the Court denying Defendant's 9 Motion for Review of Detention Order, for the reasons stated on the record. Status Conference set for 3/12/2021 at 3:00 PM via video conference before Judge Amit P. Mehta. For the reasons stated on the record, and in Standing Order 20−93, the time from 2/13/2021 through and including 3/12/2021 shall be excluded in computing the date for speedy trial in this case. The courtroom deputy will circulate connection information to counsel. **Members of the public or media may access the hearing by dialing the court's toll−free public access line: (877) 848−7030, access code 321−8747.** Bond Status of Defendant: committed; commitment issued. Court Reporter: William Zaremba. Defense Attorney: Thomas Plofchan. US Attorney: Kathryn Rakoczy. Pretrial Officer: Christine Schuck. (zjd) (Entered: 02/12/2021) |
| 02/12/2021 | | | MINUTE ORDER as to THOMAS EDWARD CALDWELL (1). For the reasons stated on the record, Defendant's 9 Motion for Release is denied, and the Government's 19 Motion for Protective Order is denied without prejudice. |

| Date | No. | | Description |
|---|---|---|---|
| | | | Signed by Judge Amit P. Mehta on 2/12/2021. (lcapm3) (Entered: 02/12/2021) |
| 02/19/2021 | 25 | | TRANSCRIPT OF INITIAL APPEARANCE VIA VIDEOCONFERENCE PROCEEDINGS in case as to THOMAS EDWARD CALDWELL before Judge Amit P. Mehta held on February 12, 2021; Page Numbers: 1−90. Date of Issuance: February 19, 2021. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354−3249. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 3/12/2021. Redacted Transcript Deadline set for 3/22/2021. Release of Transcript Restriction set for 5/20/2021.(wz) (Entered: 02/19/2021) |
| 02/23/2021 | 31 | | NOTICE OF ATTORNEY APPEARANCE: David William Fischer, Sr appearing for THOMAS EDWARD CALDWELL (Fischer, David) (Entered: 02/23/2021) |
| 02/23/2021 | 32 | | NOTICE OF APPEAL (Interlocutory) by THOMAS EDWARD CALDWELL Filing fee $ 505, receipt number ADCDC−8231957. Fee Status: Fee Paid. Parties have been notified. (Attachments: # 1 Exhibit February 12, 2021 Transcript)(Plofchan, Thomas) (Entered: 02/23/2021) |
| 02/24/2021 | 37 | | MOTION to Withdraw as Attorney by Thomas K. Plofchan, Jr.. by THOMAS EDWARD CALDWELL. (Plofchan, Thomas) (Entered: 02/24/2021) |
| 02/24/2021 | 38 | | ENTERED IN ERROR.....MOTION for Order Motion to Withdraw re 37 MOTION to Withdraw as Attorney by Thomas K. Plofchan, Jr.. by THOMAS EDWARD CALDWELL. (Plofchan, Thomas) Modified text on 3/5/2021 (zltp). (Entered: 02/24/2021) |
| 02/24/2021 | 39 | | ORDER as to THOMAS EDWARD CALDWELL (1) granting 37 Motion to Withdraw. Thomas K. Plofchan, Jr., and the Westlake Legal Group, PLLC are withdrawn from the representation of Defendant THOMAS EDWARD CALDWELL (1). See the attached Order for further details. Signed by Judge Amit P. Mehta on 2/24/2021. (lcapm1) (Entered: 02/24/2021) |
| 02/24/2021 | | | NOTICE OF CORRECTED DOCKET ENTRY: as to THOMAS EDWARD CALDWELL re 38 MOTION for Order Motion to Withdraw re 37 MOTION to Withdraw as Attorney by Thomas K. Plofchan, Jr.. was entered in error, as motion instead of attached to 37 as proposed order. (zltp) (Entered: 03/05/2021) |
| 02/26/2021 | | | |

| | | | |
|---|---|---|---|
| | | | NOTICE OF HEARING as to THOMAS EDWARD CALDWELL (1): Arraignment set for 3/1/2021 at 3:00 PM via video conference before Judge Amit P. Mehta. The courtroom deputy has circulated connection information to counsel. **Members of the public or media may access the hearing via teleconference by dialing the court's toll−free public access line: (877) 848−7030, access code 321−8747.**(zjd) (Entered: 02/26/2021) |
| 03/01/2021 | | | Minute Entry for proceedings held before Judge Amit P. Mehta: Arraignment as to THOMAS EDWARD CALDWELL (1) held on 3/1/2021 via video conference. Plea of Not Guilty entered on Counts 1−5. Defendant's Motion due by 3/2/2021. Government's Opposition due by 3/8/2021. Reply due by 3/10/2021. Bond Status of Defendant: remains committed. Court Reporter: William Zaremba. Defense Attorney: David Fischer. US Attorney: Kathryn Rakoczy. (zjd) (Entered: 03/01/2021) |
| 03/02/2021 | 50 | | Transmission of the Notice of Appeal, Order Appealed, and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid this date as to THOMAS EDWARD CALDWELL (1) re 32 Notice of Appeal − Interlocutory. (ztnr) (Main Document 50 replaced on 3/2/2021 after removing duplicate headers.) (ztnr) (Entered: 03/02/2021) |
| 03/02/2021 | 51 | | Unopposed MOTION to Withdraw Document 32 Notice of Appeal − Interlocutory by THOMAS EDWARD CALDWELL. (Attachments: # 1 Text of Proposed Order)(Fischer, David) (Entered: 03/02/2021) |
| 03/02/2021 | 52 | | ORDER as to THOMAS EDWARD CALDWELL (1) granting 51 Unopposed Motion to Voluntarily Dismiss Appeal. The appeal of THOMAS EDWARD CALDWELL (1), ECF No. 32 , is hereby dismissed without prejudice. Signed by Judge Amit P. Mehta on 3/2/2021. (lcapm1) (Entered: 03/02/2021) |
| 03/02/2021 | 53 | | MOTION for Reconsideration *of Detention* by THOMAS EDWARD CALDWELL. (Fischer, David) (Entered: 03/02/2021) |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | * | |
| vs. | * | Case No.: 21-CR-28-APM |
| THOMAS EDWARD CALDWELL | * | |

\* \* \* \* \* \* \* \* \* \* \*

ORDER

Upon consideration of the Defendant's Unopposed Motion to Voluntarily Dismiss Appeal, it is hereby ordered by the United States District Court for the District of Columbia that the Motion be granted and that the Defendant's previously noted appeal, ECF No. 32, is hereby dismissed without prejudice.

_____  
Date

2021.03.02 15:37:38 -05'00'

_____  
Honorable Amit P. Mehta
United States District Court

8