My neighbor, my friend, my brother!! I met Tom Caldwell late 2019 through Clarke County Republican Committee, we both served as 10th Delegates .

Tom is a neighbor whom lives less than 2000 yards away. Tom and I helped with several Republican rallies, and with our shared disabilities, I must say we did a good job helping to get the community involved and out to vote.

I helped Tom with most of his daily chores because he was in very poor health, and was in lots of pain , most days he could not walk from his house to the barn. Tom spend most of his time explaining to me how he wanted things fixed or repaired and I would do my best to get it done for him. Knowing he was unable to do it.

In the short time I have known Tom we became friends and campaign pals . When Tom was left, unfortunately, with the task of repairing his late fathers home to sell. I introduced Tom and his wife Sharon, to our son Joe, to help with the repairs to get the house ready to sell.
My myself and my son, worked diligently with Tom, while he explained to us what needed to be done to make the house ready for the new buyers., since he physically was unable to do any of the work.

Tom was a caring, honest, and generous man and loved people.  Tom was a farm boy at heart, kind, a fun loving guy with a huge heart for all . He loves his country and has served his country honorably.  Knowing Toms poor health and his love for his country, he would not nor was he able to participate in any attack or do any damage to anyone.

His words are sharp but his blades are dull.

Tom shall always remain my friend,

Dennis Godbold      Berryville, VA

MaryJane Godbold

## Tom Caldwell Character Reference

mdtedwards <██████@gmail.com>
Sat 3/6/2021 6:42 PM
To: ██████████████████████████
Cc: ██████████████████

Mr. Fisher,

I have know Tom Caldwell for 35 years. We were both career Naval Intelligence officers and met in Washington DC in 1986 while we were assigned to the Navy Operation Intelligence Center (NOIC), Suitland, MD.

I served in the Navy for 31+ years and retired in 2009 at the rank of Captain. My last 5 years were on the staff of the Secretary of Defence (Secretary Donald Rumsfeld and Secretary Robert Gates).

Tom's NOIC assignment, as well as all assignments for career Naval Intelligence officers, required a Top Secret (TS) clearance based on a comprehensive Special Background Investigation (SBI). An adjudicated SBI is required for access to Sensitive Compartmented Information (SCI) which is the highest security clearance/access within the Department of Defense and federal government.

A TS clearance is revalidated every 5 years for all intelligence personnel, military or civilian.

Tom Caldwell held a TS/SBI with access to SCI for his entire naval career. Based on his access to SCI programs, Tom was also subjected to random invasive "lifestyle" polygraphs which he always passed.

Upon retiring from the United States Navy, Tom held a civilian position with the Federal Bureau of Investigations which also required a TS/SCI clearance.

Tom Caldwell could not have maintained his clearance or access if he had been associated with any nefarious organizations, had a lifestyle above his means, or made questionable ideology statements.

Before Tom retired from the Navy he was put on "medical hold" for several months due to chronic back issues and pain. His back issues were well documented. In addition he suffers from sleep apnea which the Veterans Affairs has assigned him a disability rating.

Surgical attempts (post navy), to alleviate debilitating mobility and pain were unsuccessful, resulting in Tom's inability to work.

Due to Tom's current health condition and resulting physical limits it is difficult to believe that he was in Washington DC to do anything other than attend/listen to the President speak. Simply walking and standing for any extended period is taxing and uncomfortable for him.

Lastly, Tom Caldwell was a groomsman in my wedding. Throughout my career I sought his council. I trust him completely. I highly value his opinion and know him to be a person of unquestionable integrity and loyalty.

As a commissioned naval officer Tom Caldwell swore an oath to uphold and defend the US Constitution. He reaffirmed that oath with every successive promotion in rank.

The Tom Caldwell I know would not, could not participate in any activity that would break any law or result in the willful destruction of property.

If you have any questions or if I can be of further assistance, please don't hesitate to contact me.

Respectfully,

Michael Edwards
Boerne, Texas
Sent from my iPad

## Thomas Caldwell

**patty saville** <███████████>
Sat 3/6/2021 5:57 PM
**To:** fischerandputzi@hotmail.com <fischerandputzi@hotmail.com>

Dear Sir,

   I have known Tom for over 20yrs, he is an honorable man. He has a big heart and always willing to help. Tom's health in the passed few year have kept him from things he loves. He and I talk about our back pain, kicking ideas around from walking to sleeping or lack there of.
   He is the most patriotic person I have ever known. He would never do or say anything against this country he loves and fought to persuade.

Thank you
Mrs.Patty Graves RN.
<u>Sent from Yahoo Mail on Android</u>

## Tom Caldwell character reference

**Greg Hart** 
Sat 3/6/2021 3:47 PM
To:

Dear Mr. Fischer – I would like to take this opportunity to provide a character reference for Mr. Thomas Caldwell.

I have known Tom and his wife Sharon for about 12 years – I rent their farm and graze cattle there and cut hay from their fields. When the cattle are there during the spring, summer, and fall, I visit the farm every two or three days; and when I am cutting, raking, baling or hauling hay I am there many days in a row. They always wave when I am there on a tractor but we seldom get to have a real conversation. I rely on Tom and Sharon to watch the cattle and calves when I am not there. They are always as excited as I am to report a new born calf. Tom often offered to help with farming and fencing, but because of his back injury, there is not much he can do physically. He even has to hire someone to cut his lawn. They love seeing the calves, they feed the birds, and they refuse to let anyone hunt deer or anything else on their farm because they like seeing the fawns each spring.

The Tom I know is a proud Navy veteran who was discharged due to shrapnel in or near his spine. I know he has had surgery and at one time went somewhere for a pain management treatment. Even after that treatment, he could do no farm work or physical labor. He even gave me his garden tiller because he said it hurt his back too much to use it.

Tom and Sharon were proud Trump supporters and went to one of the inauguration events in 2017. Tom wanted to wear his Navy uniform and had to have it tailored to fit and have all his insignia and medals put back on. He showed me a picture, and compared it to when he served. He commented that his father (who used to live next door) was also a veteran. Tom officiated at his father's funeral last winter and proudly stated that both he and his father had served our Country and were veterans. Tom posted a sign by his gate that said "Trump Country" for all to see. Most of the people who live in this County are also Trump supporters and like the fact that a disabled Navy veteran still loved his country enough to put up a sign for all to see.

While Tom and Sharon have no children, Tom's parents lived next door and his sister and her late husband lived on the other side. Tom and Sharon took in Sharon's parents and built a room on their house for them to live in until they died. They bought a restored Thunderbird convertible and Tom and his dad would go for rides for the fun of it with the top down and usually stopped somewhere for lunch. Tom's wife Sharon had a stroke a few years back, but had recently started working for Clarke County implying to me that the medical expenses for the entire family were pretty high.
Tom loves his country and was vocal about how much progress Trump had made making America great again. While I believe he may have gone to a rally to see Trump and hear him speak, I don't believe he would plan any sort of attack, and with his physical condition I know he could not participate in much more than walking a few blocks.

Respectfully submitted,

Greg and Sharon Hart
Berryville, Virginia

# Tom Caldwell character reference

**Cheryl Hudson** <████████████>
Sat 3/6/2021 5:45 PM
████████████████████████

I have known Tom Caldwell for about seven years as a friend. I know that he is a kind and generous and caring person and that he is very compassionate. He is proud of his service in the Navy and speaks of it often. I know that he would never attack one of the most important landmarks of our republic. That is not in his nature. I miss Tom and I look forward to seeing him again.

## Tom Caldwell character reference

### Tim Hudson <hudsontim13@yahoo.com>

Sat 3/6/2021 5:30 PM

To: fischerandputzi@hotmail.com <fischerandputzi@hotmail.com>

My name is Tim Hudson. I have known Tom Caldwell since I was sixteen years old. I attended Clarke County High School with him. I have known him to be an honorable and generous man since he was sixteen years old. I know that he is a great patriot. He served his country honorably and admirably in the United States Navy and retired as a Lieutenant Commander. I know that he was never a member of the Oath Keepers. His current physical condition would not allow him to do the things that he is charged with.
Tim Hudson
208 Rice Street
Berryville, VA 22611

Kirby DeHaven
Summit Point, WV

March 7, 2021

RE: Tom Caldwell Reference

To Whom It May Concern:

I have known Tom Caldwell as a good friend for approximately 22 years. I met Tom through mutual friends. Our friendship has grown closer throughout the years. I consider him a close friend. He has helped me numerous times, without expecting anything in return, and I was able to repay the favor by fixing mechanical issues at his farm. My wife, Holly & I have had numerous family holiday dinners at the Caldwell farm. Tom's outgoing personality makes him a pleasure to be around.

Tom is a kind, generous, trusting, and compassionate individual. He is always willing to help out. Tom was an excellent caretaker of his parents and in laws, especially considering his physical limitations. With that being said, with his poor physical health, I find these claims to be outrageous. With his limitations, there is no way he could have done this. Tom has devoted his life to service. He & his wife, Sharon are respected members of their community.

Respectfully,

Kirby DeHaven

March 7, 2021

To whom it may concern,

I have known Thomas Caldwell for about 23 years. He is my brother-in-law. During this time, I have known him as a very caring individual. He is not someone that I have felt any concern about having my family around.

When my parents needed more daily care than I could provide in Lexington, he decided that he would do whatever it took to make sure that my parents were cared for. He remodeled his garage and made it into a living space with a bedroom and bathroom so that my parents could stay with him and my sister.

Not only did this come with great financial expense, but it required dedication to help my parents live with them over the years. My mother had physical limitations because of a prior stroke, and my dad had a form of dementia. His concern and care for others was shown in his dedication in helping my parents.

When my son was having a difficult time during his high school years, he bought my son a plane ticket to come visit him in Virginia. My son spent a number of days with him. He tried to help my son through this stage of his life. He continued to try and help my son after the trip to Virginia, by keeping up with him through phone calls.

Over the years that I have known Thomas Caldwell, time and again he has shown himself to be a caring individual.

Sincerely,

Robert Ryzowicz

Lexington, Ky.

March 7, 2021

To whom it may concern,

I, Joseph Godbold of Kearneysville, WV, and writing on behalf of my beloved friends, Thomas Caldwell and his lovely wife, Sharon Caldwell. I had the absolute pleasure of meeting Tom and his wife a little over a year ago when my father referred me to help Tom do some repairs to his fathers house. His father passed away and wanted to restore the house to sell. I have never met a family so loving, caring, and kind. As we discussed what needed to be done to the house and what Tom's expectations were I realized that Tom was a very meticulous guy and didn't want to cut any corners or do anything that wasn't 100% in the next buyer's favors. He cared so much for everyone around him. He didn't even know who the buyers would be but always wanted what was best for them as he always did for everyone in his life. As I started the remodel of his dad's place, he put a lot of trust in me as I did him. He struggled with ailments and injuries and had difficulties getting out of bed. Many times he would call or text me letting me know he would be over as soon as his disabled body would allow him to. We worked hand in hand for four months day in and day out. He did struggle to help due to his deteriorating health. He always kept the best interest of others and future buyers at heart. He was determined and beyond honest and caring. We spent several months talking about his service to our country and his life's struggles. He had a lot of interest in my family. My 8 year old daughter would spend many days over at Tom's late fathers house helping and chatting with Tom. Many times she would call him "Uncle Tom". She adored him and Sharon as much as I did. As I learned more and more about how serious his health was, I started to force him to slow down and stop. He was barely able to stand up or even move at some points. His health was in terrible shape, but always kept a positive attitude even through the stressful parts of the rebuilding of the house and the disasters that arose. Tom had issues standing for long periods of time. Lifting things was also difficult for Tom due to his back, neck and shoulders. Tom is and will always be like a second father to me. I have so much respect for him and his wife. They are probably the kindest, most loving people I know. I would trust them with my life and family. They love everyone and love our Country. He has served this Country for many years and was severely injured doing so. He would never do anything to harm our Country or overstep the oath that he swore upon. He would have never been able to storm the Capital or even cause harm to anyone let alone our Country. He is truly a great man who has me and my family's utmost respect and trust. I know for certain that Tom would never have any ill intent for our Country or anyone that serves it.

Sincerely,

Joseph Godbold

Matthew Sear
Winchester, Virginia 22602
March 7, 2021

Your Honor,

I am writing to vouch for the character of Mr. Thomas Caldwell who faces criminal charges before your court. I first came to know Mr. Caldwell 10 years ago when he was assigned to me as a customer through Ehrlich Pest Control. Since that time, Mr. Caldwell has become a personal friend who I am honored to know. He has proven to be someone of responsible character and can be described as a person who is hard working, considerate of others, and thoughtful. He frequently puts the needs of others before his own and took care of both his mother and his father during their later years in life. He served our country as a member of the Navy until his retirement and has always expressed a love for the country he bravely served. He has also been an upstanding member of his community and would do anything for those that he knows.

I consider myself to be an excellent judge of character and it is my hope that this letter will serve as a positive and contributing factor when the court makes its decisions.

Sincerely,

Matthew Sear
Winchester, VA

## Character Reference Thomas E Caldwell

**Robert Gardali** <██████████>
Tue 3/9/2021 10:51 AM
To: fischerandputzi@hotmail.com <fischerandputzi@hotmail.com>

Mr. Fischer,

I met Thomas E. Caldwell "Tom" in mid-1985 when we served together in the U.S. Navy, both of us being stationed in Washington D.C. at the Navy Operational Intelligence Center in Suitland, MD. We have kept in touch over the years, mostly through telephone calls, email, and text, and visiting in person about a dozen times since the late 1990's.

The portrayal of Tom in the media is very surprising and uncharacteristic of how I know him. Tom is a very proud veteran, loves our country, and is passionate for things he believes in. Tom is a person that if you show him friendship and kindness, he will reciprocate without hesitation. Tom is a person with a big heart and a person who tells tall tales to make light of a situation through sarcasm and humor in a way, context, that mostly only a veteran or military member would understand.

Tom is a person with a unique sense of humor that can be by today's standards considered off color and politically incorrect. I appreciate this about Tom. Tom is also someone who misses the time he spent on active duty as an officer in the armed forces. Over the years I've known Tom I've heard in his voice and his comments how much he misses the operational military life. When we talk, he talks of things in military terms; objectives, N2/intel, planning, logistics, and such. He's held onto the dialect all this time because he was so proud to serve. Also, because when we talk, we are fellow veterans and it's enjoyable to talk that way, and in those terms and words because we miss our service. With Tom, the nickname "Commander Tom" is because that refers to his rank when serving in the Navy. Not because he is the commander within some group or organization.

As a result, I feel many of the quotes from Tom's texts, emails, and messages, portrayed in the media are being taken out of context. Taken verbatim, yes, they look to be malicious. However, knowing Tom, I do not believe he would commit or plan any egregiously violent act.

Best regards,
Robert Gardali

# Tom Caldwell-Character reference

**carlyle phillips** <█████████████>
Tue 3/9/2021 8:42 AM

**To:** fischerandputzi@hotmail.com <fischerandputzi@hotmail.com>

Tom Caldwell married my cousin Sharon in 1999. Shortly after, I had the privilege of meeting Tom. Right off the bat, he impressed me as a kind, considerate, fun loving guy and has remained the same through the years.Despite struggling with serious, debilitating health challenges for a very long time, he has maintained a positive outlook on life and has always been willing to help others with their needs before his own. It is inconceivable to me that Tom would be involved in any kind of activity that would warrant his incarceration.

Teresa Phillips
Lakeland, Fl

## Tom Caldwell's Character

**debbie white** <██████████████████>
Sun 3/7/2021 5:55 PM
To: fischerandputzi@hotmail.com <fischerandputzi@hotmail.com>

Hello Mr.Fischer. I am a friend of Tom Caldwell's -specifically through his wife Sharon. I have known Tom since 2002 and have found him to be very caring and generous with a fun -loving disposition.I also know he has been plagued the last 10 years at least with a very painful back condition with complications. He loves this country with a passion. I know he would never plan an attack on this country in any manner.He is also physically incapable of any kind of attack with his back problems. I do not know why or how he is implicated but this i DO KNOW- Tom Caldwell would NOT in any way plan an attack on the USA! It is just inconceivable to think he did this.Please help clear his name for him amd Sharon.Thank you. Debra White Salamanca New York

## Thomas Caldwell attn. David Fischer

**Dianne MacMillan** <>
Sun 3/7/2021 7:44 PM
To: fischerandputzi@hotmail.com <fischerandputzi@hotmail.com>

I have known Thomas Caldwell his entire life. As his older sister I can honestly say that he is a good-hearted person who is always willing to help out friends and neighbors alike. I have never known him to be unkind under any circumstances throughout our younger years. He is well regarded in the neighborhood, always friendly and supportive and eager to help anyone. Others reciprocate when needed because his continuing back issues are problematic. Many back surgeries have left him in daily pain and have limited his physical abilities. It is even difficult for him to walk long distances. He is a trusted part of the community and certainly no threat.

I confess to missing my brother's advice, good nature and humor a great deal and even more since the passing of my husband only last year. If I needed him for anything, he was there for me. A huge personal loss for me. I hope to see him again.

Dianne MacMillan
Berryville, Virginia


Sent from my iPad

Dear Mr. Fischer,

I am writing you on behalf of your client Thomas Caldwell. It is my understanding that you have requested character references on Tom's behalf.

My name is Matthew Combs. I live in Stephens City Virginia. I have know Tom and his wife for a little over two years now. We share a mutual friend that introduced us.

Two years ago I met with Tom and Sharon at their home in Clarke County. Tom was on the search for someone to help with the mowing and maintenance around his home and his fathers home. Tom was struggling to keep up with the mowing and trimming due to his physical limitations. I took over the mowing and trimming for the last two years now.

Tom and I have shared many stories together. Tom was more than just another yard or job for me. Tom became a very close friend to me and my family. Tom and Sharon have sat at my dinner table with my family and I. They have been to family cookouts at my house. Tom has sat right in the middle of my family and friends and had us all laughing at his joke, or listening closely to his stories. No one, including myself, has ever had a bad thing to say about Tom Caldwell.

Tom and I always greet each other with a handshake and an exchange of "how are you brother?" Brother is a word that I use with only close, trustworthy people. I would trust Tom Caldwell with my life. Tom is a person I can turn to and seek advice, talk to him about a problem I have, and most importantly, someone I can ask for help.

When I met Tom I was recently laid off from a job I carried for 17 years. It was a big turning point in my life. I went to Tom and explained I was just laid off and was going to start my own company. Tom welcomed me with a handshake and said he looked forward to working with me. Tom took a chance on a me. Tom has always been respectful and honest with me. He has always been fair and open minded. But more than anything, Tom has been a friend.

It may not seem like a big deal to many people but I take it very seriously when someone seeks out my services. A simple task of mowing the yard or carrying a weed-eater has become something that Tom cannot do anymore. I've seen Tom on some "bad days" as he calls them. Days when he is in so much pain that he cannot walk outside to see me. More times than most I've seen Tom have to ask me to help him move something, carry something for him, or simply, slide something out of the way. In my opinion, it takes a lot of courage for someone to ask for help. I am one of the most independent people I know and I fear the day that I will have to ask for help.

Thomas Caldwell is my friend. A client. But, most importantly, Tom is my brother.

Sincerely,

Reference for Thomas (Chris) Francis

To whom it may concern:

As the cousin of Thomas Caldwell, it is an honor to write this character letter.

Tom is the husband of Chris' cousin, Sharon Caldwell.

Tom and Sharon have been married 21 years. Her first marriage ended in divorce. When Sharon met Tom, she knew he was different from her first husband. Tom is kind, generous and hard working. He treats all people with respect and is always ready to help. As both of their parents aged, they were their primary care givers, providing loving care and kindness until the end of their lives.

Due to the considerable distance between us, we only had the pleasure of meeting Tom three times at family events. He is a fun-loving man and we enjoyed his company greatly.

Tom was a Lieutenant Commander in the Navy and Bob was a Captain in the US Air Force. We (Tom and Bob) share common characteristics, passionate in our beliefs and love for our country.

Tom is a 100% service-connected disabled Veteran and has struggled with severe spine and neck issues. With his poor health, we believe this alone would have prevented him from participating and organizing any of the destruction that occurred in January to our Nation's Capital.

Thank you for your time and considertation.

Sincerely,

Robert Francis
Robert Francis

Sharon Francis
Sharon Francis

## Fwd: letter request for Tom

**Sharon Caldwell** <███████████████>
Sun 3/7/2021 2:16 PM
To: fischer and putzi fischer <fischerandputzi@hotmail.com>

Forwarding this from Tom's friend, John Phillips.

---------- Forwarded message ---------
From: **Marilyn Phillips** <███████████████>
Date: Sun, Mar 7, 2021 at 10:09 AM
Subject: Re: letter request for Tom
To: Sharon Caldwell <███████████████>

Sent from my iPad

> On Mar 6, 2021, at 6:39 AM, Sharon Caldwell <███████████████> wrote:

> To whom it may concern:

My name is John Phillips, USN Retired, CPO. residing in CA. I have known Thomas for forty plus years starting in the Navy back in the 70's. We, as friends served our country together, worked on classic cars together and so on.

> Thomas is one of those rare, truly honest individuals. His dedication and love of his country cannot to be denied. Thomas was and is one of the best officers I have ever