IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,            )
                                     )
            Plaintiff,               )
                                     )   CR No. 21-28
                                     )   Washington, D.C.
        vs.                          )   March 12, 2021
                                     )   3:00 p.m.
THOMAS E. CALDWELL, ET AL.,          )
                                     )
            Defendants.              )
_____)


          TRANSCRIPT OF STATUS CONFERENCE/ARRAIGNMENT
                VIA VIDEOCONFERENCE PROCEEDINGS
             BEFORE THE HONORABLE AMIT P. MEHTA
                 UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:          Kathryn Leigh Rakoczy
                             U.S. ATTORNEY'S OFFICE
                             FOR THE DISTRICT OF COLUMBIA
                             555 Fourth Street, NW
                             Washington, D.C. 20530
                             (202) 252-6928
                             Email:
                             kathryn.rakoczy@usdoj.gov

APPEARANCES CONTINUED:

For Defendant
Thomas E. Caldwell:                  David William Fischer, Sr.
                                     FISCHER & PUTZI, P.A.
                                     7310 Governor Ritchie Highway
                                     Empire Towers, Suite 300
                                     Glen Burnie, MD 21061-3065
                                     (410) 787-0826
                                     Email:
                                     fischerandputzi@hotmail.com


For Defendant
Jessica M. Watkins:                  Michelle M. Peterson
                                     FEDERAL PUBLIC DEFENDER
                                     FOR THE DISTRICT OF COLUMBIA
                                     625 Indiana Avenue, NW
                                     Suite 550
                                     Washington, D.C. 20004
                                     (202) 208-7500
                                     Shelli_peterson@fd.org


For Defendant
Bennie A. Parker:                    Stephen F. Brennwald
                                     BRENNWALD & ROBERTSON, LLP
                                     922 Pennsylvania Avenue, SE
                                     Washington, D.C. 20003
                                     (301) 928-7727
                                     Email: sfbrennwald@cs.com


For Defendant
Sandra R. Parker:                    John L. Machado
                                     LAW OFFICE OF JOHN MACHADO
                                     503 D Street, NW
                                     Suite 310
                                     Washington, D.C. 20001
                                     (703) 989-0840
                                     Email: johnlmachado@gmail.com


For Defendant
Kelly Meggs:                         David A. Wilson
                                     LAW OFFICE OF DAVID A. WILSON
                                     201 SW 2nd Street
                                     Suite 101
                                     Ocala, FL 34471
                                     (352) 629-4466
                                     Email: david@dwilsonlaw.com

APPEARANCES CONTINUED:

Court Reporter:                    William P. Zaremba
                                   Registered Merit Reporter
                                   Certified Realtime Reporter
                                   Official Court Reporter
                                   E. Barrett Prettyman CH
                                   333 Constitution Avenue, NW
                                   Washington, D.C. 20001
                                   (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

4

1                    P R O C E E D I N G S

2          THE COURT:  All right.  Good afternoon.

3          Can everybody hear me?

4          COURTROOM DEPUTY:  Good afternoon, Your Honor.

5          This is Criminal Case No. 21 --

6          THE COURT:  Do we have the Courtroom Deputy here?

7          COURTROOM DEPUTY:  Your Honor, can you hear me?

8          THE COURT:  I think you're on mute, JC.  I can't

9   hear you now.

10          I can hear you now.  I had to put these headsets

11   on.

12          COURTROOM DEPUTY:  Sorry about that, Your Honor.

13          Your Honor, this is Criminal Case No. 21-28,

14   United States of America versus Defendant No. 1, Thomas

15   Edward Caldwell; Defendant No. 3, Jessica Marie Watkins;

16   Defendant No. 4, Sandra Ruth Parker; Defendant No. 5,

17   Bennie Alvin Parker; and Defendant No. 8, Kelly Meggs.

18          Kathryn Rakoczy speaking on behalf of the

19   government.

20          David Fischer for Defendant Caldwell.

21          Michelle Peterson for Defendant Watkins.

22          John Machado for Defendant Sandra Parker.

23          Steven Brennwald for Defendant Bennie Parker.

24          David Wilson appearing on behalf of Defendant

25   Kelly Meggs.

1           All five defendants are appearing via

2    videoconference.

3           I'm sorry, Defendants Caldwell, Watkins,

4    Sandra Parker, and Bennie Parker are appearing via

5    videoconference.

6           Kelly Meggs is appearing via teleconference for

7    this hearing.

8           THE COURT:  All right, Counsel.  Good afternoon to

9    all of you.

10          Mr. Caldwell, Ms. Watkins, Ms. Parker, Mr. Parker,

11   and Ms. Meggs, good afternoon to you.

12          Ms. Meggs, can you hear me?

13          Mr. Meggs, can you hear me, sir?

14          COURTROOM DEPUTY:  Could everyone please mute

15   their -- could everyone please mute their lines when not

16   speaking on the record.

17          Mr. Wilson, is it, are you on your -- is someone

18   on their audio -- on their phone and their video?

19          MR. WILSON:  I'm on video, but my video -- my

20   audio is turned off.  I'm only using the audio on my phone.

21          COURTROOM DEPUTY:  Could you please turn the

22   speakers off of your computer.  I think it's coming from

23   that.

24          MR. WILSON:  My speakers are all off, except for

25   my phone.

```
1              Is the microphone on your computer also off?

2  Because it's highlighting.

3              MR. WILSON:  It is all off.

4              THE COURT:  Is it possible that Mr. Meggs is -- if

5  he mutes his line --

6              COURTROOM DEPUTY:  Mr. Meggs, could you please

7  mute your line?

8              Sorry about the technical issues.

9              Okay.  Now the echoing is gone.

10             THE COURT:  Okay.

11             Okay.  Sorry for the technological challenges,

12 everyone.

13             Let me just make sure all of the defendants can

14 hear me so we can go through each of the defendants and I'll

15 ask you to confirm that you can hear what I'm saying.

16             Mr. Caldwell, can you hear me, sir?

17             DEFENDANT CALDWELL:  Yes, Your Honor.

18             THE COURT:  Okay.

19             Ms. Parker?

20             DEFENDANT SANDRA PARKER:  Yes, Your Honor.

21             DEFENDANT BENNIE PARKER:  Yes, Your Honor.

22             THE COURT:  Ms. Watkins?

23             DEFENDANT WATKINS:  Yes, sir.  I can hear you,

24 Your Honor.

25             THE COURT:  And Mr. Meggs?
```

1          DEFENDANT MEGGS:  Yes, Your Honor.

2          THE COURT:  Okay.

3          All right.  So we're here this afternoon for a

4   status hearing -- or this afternoon, I should say, for some

5   of the defendants; other defendants have -- still need to be

6   arraigned.  So let's start there.

7          And I believe both the Parkers and -- no, just

8   Mr. Meggs needs to be arraigned; is that right?

9          COURTROOM DEPUTY:  That's correct.

10          THE COURT:  Okay.

11          Why don't we start with Mr. Meggs' arraignment.

12          Mr. Meggs, I'll just ask you-- the Courtroom

13   Deputy is going to read the charges to you, so I'll just ask

14   you say to please play attention, sir.

15          COURTROOM DEPUTY:  May the record reflect the

16   defense has received a copy of the superseding indictment.

17          Does the defense wish to waive a formal reading of

18   the superseding indictment?

19          MR. WILSON:  Yes, we do.

20          COURTROOM DEPUTY:  Mr. Meggs,in Criminal Case No.

21   21-28-8, you've been charged with the following counts:

22          Count 1, conspiracy, in violation of Title 18

23   United States Code Section 371;

24          Count 2, obstruction of an official proceeding and

25   aiding and abetting, in violation of Title 18 United States

1    Code Sections 1512(c)(2) and Section 2;

2            Count 3, destruction of government property and

3    aiding and abetting, in violation of Title 18 United States

4    Code Sections 1361 and Section 2;

5            And Count 4, restricted building or grounds, in

6    violation of Title 18 United States Code Section 1752(a)(1).

7            How do you wish to plead?

8            MR. WILSON:  He would plead not guilty.

9            DEFENDANT MEGGS:  Not guilty.

10           COURTROOM DEPUTY:  Your Honor, a plea of not

11    guilty will be entered for the defendant.

12           THE COURT:  All right.

13           So we'll have the record reflect pleas of not

14    guilty entered as to each count of which Mr. Meggs has been

15    charged.

16           All right.  Let's turn, then, to where things

17    stand in these various cases.  Some of the defendants have

18    been before me already, have been before me for 30 days or

19    so.  Others are -- have just -- this is the first appearance

20    in Mr. Meggs' case; the Parkers we saw fairly recently.

21           So why don't we start with the government in terms

22    of where things stand in the production of discovery and

23    proposed next steps.

24           MS. RAKOCZY:  Yes, Your Honor.

25           With respect to all of the defendants who are

1   appearing today, some level of preliminary discovery

2   materials have been provided to all of their counsel.

3          We are working at the parameters of a protective

4   order to govern the remaining discovery materials.  And so

5   we're hopeful that within the next several weeks, we will

6   continue providing voluminous discovery in this matter.

7          THE COURT:  Okay.

8          MS. RAKOCZY:  And I apologize.  I hope there's not

9   a terrible feedback.  I'm hearing a little bit of a

10  feedback.  I don't think it's the device, but I'm not sure.

11         COURT REPORTER:  JC, is the courtroom muted?

12         COURTROOM DEPUTY:  The courtroom was muted, yes.

13         COURT REPORTER:  Okay.

14         Mr. Wilson, is there a way for you to mute your

15  video when you're not talking to the Court?

16         MR. WILSON:  If there is a button to press mute, I

17  can certainly hit it.

18         COURT REPORTER:  There is a button above "end

19  call."

20         THE COURT:  Okay.

21         Ms. Rakoczy, I know the government has filed a

22  complex-case motion.  I haven't had a chance to look at it

23  yet, but does the government have an estimate in terms of

24  the length of time it will take to produce all the discovery

25  in this case?

1          MS. RAKOCZY:  Your Honor, I don't think that we

2     have an estimate for producing all the discovery.  Our

3     motion requests 60 days to toll the time and to assess where

4     we are at that point.

5          And the reason -- we understand that we have a

6     case that the seven prosecutors assigned to this case, we

7     obviously have control over the materials that we're

8     gathering and obtaining in this investigation.  But there is

9     a larger investigation, and as an office, the

10    U.S. Attorney's Office and the Department of Justice are

11    both mindful of the fact that there could be materials that

12    have been uncovered in other cases that could be relevant to

13    the defenses of the defendants in this matter.  And for that

14    reason, we are making efforts to make a broader array of

15    discovery materials for all the cases available to counsel,

16    and that is why there is sort of a longer term project afoot

17    that will certainly take more time.

18          In addition to that, this is an investigation

19    where we have added defendants, and, as Mr. Nestler noted

20    yesterday, we may continue to add defendants, and as the

21    investigation progresses, more evidence is gathered.  And so

22    we are trying to and aim to produce those materials on a

23    rolling basis going forward.  But as a result of that, it's

24    a little bit difficult to anticipate precisely when all the

25    materials will be turned over.  Certainly we think 60 days

 1   from now, there will be quite a bit of discovery in the
 2   hands of defense counsel.
 3          As I said, we've provided some significant
 4   discovery already.  We have additional discovery that I hope
 5   we'll be able to put out as soon as we get that protective
 6   order in place.  And so we are trying to get the materials
 7   out as quickly as possible.
 8          But our motion did seek 60 days, to see where
 9   we're at that point.
10          THE COURT:  Okay.
11          And for the counsel, you know, we had a call
12   yesterday with, I think it was two other defendants, maybe
13   it was three, and at least -- I think both defense counsel
14   had indicated that they were going to likely object to the
15   government's complex-case motion.
16          Have you all had an opportunity to think about it
17   and whether you all intend to oppose the motion or not?
18          MR. MACHADO:  On behalf of Ms. Sandra Parker,
19   we've talked about it.
20          Since Ms. Parker is not being held, I think we're
21   going to be deferring to the Court on that decision.
22   I'm sure that other people have a more pressing position
23   than we do, so I'll take no position on that.
24          MR. BRENNWALD:  On behalf of Bennie Parker, we are
25   deferring to the Court as well, we're not taking a position

1    on it.

2              MR. WILSON:  And, Judge, this is David Wilson on

3    behalf of Kelly Meggs and Connie Meggs.

4              They would object to the designation, absolutely

5    because of the fact that they're both detained and it opens

6    up a process, the length of which we have no idea how long

7    it's going to take.  So they would object to that

8    designation.

9              THE COURT:  Okay.

10             MR. FISCHER:  And, Your Honor, David Fischer on

11   behalf of Mr. Caldwell.

12             We would object as well on the same grounds as

13   counsel just stated.

14             THE COURT:  Okay.

15             Well, let's do the following:  I do want to set a

16   date for responses, if you all want to file a written

17   response to the government's motion.

18             The government filed its motion yesterday.  So can

19   you all get your responses in to me by the 17th?

20             MR. FISCHER:  That's acceptable for Mr. Caldwell.

21             MR. WILSON:  On behalf of Mr. and Ms. Meggs, yes.

22             THE COURT:  Okay.

23             So we'll enter a Minute Order.

24             And then if the government wants to file a reply,

25   I'll ask the government to file that reply by the 19th just

```
1   so I can have all those papers in hand by the weekend and
2   I can get a decision out quickly early the next week.
3           Okay.  So with that, we currently have a next date
4   of, what did we put down, April the -- JC, what did we set
5   yesterday?
6           COURTROOM DEPUTY:  Sorry, I was muted, Your Honor.
7           The date is April 6th at 3:30 p.m.
8           THE COURT:  Okay.
9           So we had put down April 6th as another control
10  date, it's not quite 30 days off, but it's about 30 days
11  off, in order to see where things stand with the production
12  of discovery and other matters.
13          Is everybody available -- we may need to -- right
14  now, it's set at 3:30 on April the 6th.  Are all counsel
15  available on that date and time?
16          MR. FISCHER:  For Mr. Caldwell, we're available,
17  Your Honor.
18          MS. PETERSON:  For Ms. Watkins, we are as well,
19  Your Honor.
20          MR. BRENNWALD:  Your Honor, for Mr. Bennie Parker,
21  I will be picking a jury on that day and time with
22  Judge Cooper.
23          THE COURT:  Okay.
24          Can you have somebody stand in for you
25  potentially?
```

```
1              MR. BRENNWALD:  Yeah.  I'm sure Mr. Machado will
2    stand in.
3              THE COURT:  Okay.
4              MR. MACHADO:  And on behalf of Sandra Parker, we
5    are available.
6              THE COURT:  All right.
7              MR. MACHADO:  And I can assist Mr. Brennwald, if
8    necessary.
9              THE COURT:  All right.
10             So 3:30 on April the 6th will be our next court
11   date.
12             Okay.  So with respect to Mr. Meggs, let me ask --
13   Mr. Fischer -- I'm sorry, Mr. Wilson.  I don't know why I
14   said Mr. Fischer.
15             Mr. Wilson, I think there's been a motion filed on
16   behalf of Kelly Meggs.  The government has indicated --
17   I ordered yesterday, during the hearing yesterday, I asked
18   the government to file a response to that motion and they
19   intend to do that by -- I think I asked them to do it by
20   next Tuesday or Wednesday.
21             Does government counsel recall what the date I set
22   was?
23             MS. RAKOCZY:  I think it was Tuesday, Your Honor.
24             I do think that was a motion with respect to
25   Ms. Connie Meggs, though.
```

```
1              MR. WILSON:  Correct, it was Connie Meggs.

2              THE COURT:  It was Connie Meggs.  Okay.  I'll have

3    to -- I'm sorry if I'm confusing these names.

4              All right.  So there's that.

5              And then are there any other motions that I ought

6    to be expecting from any of the lawyers in terms of

7    detention status from any of these defendants?

8              MR. WILSON:  Judge, with respect to Mr. Meggs,

9    I expect that we may be revisiting his custody at some point

10   in the near future.

11             We're going through the discovery to see if

12   information is derived that we can use that we didn't have

13   at the initial detention hearing that may serve as a basis

14   upon which we could move him for release.

15             THE COURT:  All right.

16             MS. PETERSON:  And, Your Honor, we're in the same

17   posture with respect to Ms. Watkins.

18             THE COURT:  Okay.

19             All right.  Well, we'll wait and see if --

20   obviously, if you all want to renew your bond motions, you

21   certainly are free to do so once you've got additional

22   information at your disposal.

23             Okay.  Is there anything else that we need to

24   discuss as it pertains to all of the defendants?

25             I still have Mr. Caldwell's motion, and we'll turn
```

1    to that last.  But as far as all the other defendants who

2    are present here, does anybody else want to raise any other

3    issues before we adjourn?

4              MR. MACHADO:  No, Your Honor.

5              But for Ms. Sandra Parker, we will waive the time

6    between now and the next court date.

7              THE COURT:  Yeah, I should have -- thank you for

8    that.

9              Let me ask all defense counsel whether their

10   clients are prepared to waive speedy trial through the next

11   date of April the 6th?

12             MR. WILSON:  Your Honor, on behalf of Ms. Meggs,

13   we would waive that time period.

14             MS. PETERSON:  And, Your Honor, Ms. Watkins has no

15   objection to excluding the time from now until our next

16   court date from the speedy trial clock.

17             MR. FISCHER:  And, Your Honor, the same for

18   Mr. Caldwell, no objection.

19             THE COURT:  Okay.

20             Mr. Brennwald.

21             MR. BRENNWALD:  Same for Bennie Parker.

22             THE COURT:  Okay.

23             So then based upon the representations of defense

24   counsel, I'll exclude time through April the 6th for each of

25   the defendants under the Speedy Trial Act.  I do think the

1    interests of justice outweigh the interests of the public

2    and the defendants in a speedy trial.  And specifically, the

3    exclusion of time is warranted in order to facilitate the

4    disclosure of discovery to the defendants and their counsel

5    and to give them the opportunity to review that discovery

6    and prepare a defense.

7            In addition, the current standing order that was

8    recently issued by the Chief Judge excludes time through

9    April the 15th due to the circumstances and difficulties

10   associated with holding trial as a result of COVID.  And so

11   for those additional reasons, I'll exclude time through the

12   6th as well.

13           All right.  Is there anything else anybody else

14   wants to raise that pertains to all defendants in this case?

15           You know, Counsel, we'll have to just figure

16   out -- I mean, my goal is to try and get everybody on the

17   same schedule.  There are a couple of defendants who are

18   still outstanding:  Ms. Steel and then Ms. Meggs are

19   still -- have still not made their first appearances.  So

20   certainly by the 6th, I'm hopeful that we'll have them in

21   front of me.

22           And then insofar as how we'll convene next time,

23   you'll just have to be patient with us so we can figure out

24   how we'll be able to do this, because we've got people in

25   different places and I'm not sure we'll be able to actually

1    get everybody on the same platform to meet at the same time.

2    So we'll have to figure that out and we'll let everybody

3    know.  If we've got to break this up into smaller groups,

4    we'll let you know that, okay?

5           MS. RAKOCZY:  Your Honor, with respect to

6    Ms. Connie Meggs, we did get an update today that the

7    marshals were moving forward with transporting her to this

8    jurisdiction.

9           THE COURT:  Okay.

10          Any sense of by when she'll be presented here?

11          MS. RAKOCZY:  No.  Unfortunately, we did not get

12   precise timing.  I know the marshals keep some of that

13   information close to the vest for security reasons.

14          THE COURT:  Okay.

15          All right, everyone.  So with that, is there

16   anything else we ought to discuss this afternoon?

17          MS. RAKOCZY:  Your Honor, with respect to

18   Mr. Kelly Meggs and Ms. Connie Meggs, I know that my

19   colleague, Mr. Nestler, has raised this issue with

20   Mr. Wilson:  But at some point, we would ask the Court to

21   address any potential conflicts with representation of both

22   defendants by one counsel.

23          THE COURT:  Yeah, I tend to do that.

24          And I had thought we would wait until they were

25   both before me, but I suppose I ought to sort of do that

1    now.

2         Mr. Meggs, can you hear me?

3         Mr. Meggs?

4         I don't know if we've lost Mr. Meggs or not.

5         JC, do we still have that line open?

6         DEFENDANT MEGGS:  Yes, Your Honor, I can hear you.

7         THE COURT:  All right.

8         So, Mr. Meggs, what the government and I have just

9    raised is the following:

10        At present, you are represented, along with your

11   wife, by the same lawyer.  And I want you to know that you

12   should be advised that this kind of situation which there is

13   representation of two defendants by a single lawyer can

14   present the possibility of a conflict of interest for the

15   lawyer; in other words, lawyers are hired to zealously

16   represent their clients and it is possible that the fact

17   that your lawyer is representing not only you but your wife

18   could create a conflict of interest for him.  And you have

19   the right, Mr. Meggs, to have your individual counsel, your

20   own lawyer, if you wish, but you also would have the right

21   to waive that individual counsel and proceed with a single

22   lawyer representing both you and your wife, if you wish to

23   proceed that in that fashion.

24        So, Mr. Meggs, have you thought about that

25   issue -- or let me put it differently, which is that:  At

```
 1   this moment, are you prepared to have Mr. Wilson represent

 2   both you and your wife, sir?

 3            DEFENDANT MEGGS:  Yes, Your Honor.

 4            THE COURT:  All right.

 5            And do you wish to have separate counsel from your

 6   wife?

 7            DEFENDANT MEGGS:  No, Your Honor.

 8            THE COURT:  Okay.

 9            Any other inquiry you think I ought to make of

10   Mr. Meggs, government counsel, Ms. Rakoczy?

11            MS. RAKOCZY:  Your Honor, we do think it might be

12   prudent at some point, not necessarily for today's purposes,

13   but at some point to appoint conflicts counsel for both of

14   the Meggs to advise them of just the potential for conflict.

15   We're not saying there is one but there is the potential,

16   and we think at some point that might be advisable.

17            THE COURT:  Okay.

18            Well, let me look into that and maybe I can have

19   the Federal Defender appoint someone, although I can ask the

20   Federal Defender to appoint somebody as conflicts counsel to

21   advise them both before our next hearing.

22            And, Mr. Wilson, what that'll mean is that I'll

23   see if we can get an appointed lawyer to speak with your

24   clients individually to make sure they understand the

25   conflict and that they're prepared to waive the conflict.
```

1          MR. WILSON:  Yes, Judge.

2          This issue has been thoroughly explored with both

3    Mr. and Ms. Meggs.  They have signed a waiver of the

4    conflict.  But if the court wishes to proceed in this way,

5    absolutely, that's fine.

6          THE COURT:  Okay.

7          All right.  With that, is there anything else we

8    ought to talk about?

9          MR. WILSON:  Not on behalf of the Meggs.

10          MS. RAKOCZY:  Not for the government.  Thank you,

11    Your Honor.

12          THE COURT:  All right.

13          I think everybody can log off other than

14    Mr. Caldwell and his counsel and government counsel so we

15    can address Mr. Caldwell's bond hearing.

16          Thank you.

17          All right.

18          Do we still have government counsel?  I don't see

19    them here.

20          COURTROOM DEPUTY:  Ms. Rakoczy, are you still on

21    the line?

22          MS. RAKOCZY:  I am.  Did my video go away?

23          COURTROOM DEPUTY:  Yes, your video went away.

24          Now it's back.

25          THE COURT:  There you are.

1            MS. RAKOCZY:  Okay.

2            THE COURT:  Okay.

3            Mr. Caldwell, are you still with us?

4            DEFENDANT CALDWELL:  Yes, sir, Your Honor.

5            THE COURT:  Okay.

6            All right.  So, Mr. Caldwell, through his new

7       counsel, has filed a bond-review motion.  Essentially it's

8       labeled a request to reconsider my detention decision.

9            So I've read the papers, and so I'm happy to hear

10      from both sides any further if you want to add to your

11      arguments.

12            I guess I do have some questions to ask.  So why

13      don't we turn first to Mr. Caldwell's counsel, and we'll go

14      in that fashion.

15            MR. FISCHER:  Thank you, Your Honor.

16            May it please the Court.

17            First of all, I want to point out, and this is no

18      exaggeration, Mr. Caldwell is suffering in this detention

19      center.

20            As I pointed out in my papers, his back issues --

21      it's a situation where, unincarcerated, he routinely sees

22      pain-management doctors to have things like pain blockers

23      or, like, epidural shots in his lower back and his neck.  He

24      doesn't have access to that type of treatment in jail.

25            And I can assure the Court that based on my

1    interactions with him, this man is suffering at a jail

2    that's simply unable to provide him adequate medical care.

3    Not their fault, he just is a very unusual person who has

4    significant injuries and is 100 percent disabled, obviously,

5    as indicated.

6         Your Honor, in this case, the ground has shifted

7    significantly.  The government's concession that Signal

8    evidence -- this is a Signal chat group, which basically is

9    secret meetings of the Oath Keepers as it pertained to the

10   January 6th events.

11        I've had a chance to basically skim over them.  It

12   looks like there are at least a couple hundred messages that

13   span back into December and they go past January where there

14   are discussions about the events of January 6th.  As the

15   government conceded, there is no evidence in these

16   interactions between Oath Keepers, the national leaders, the

17   state leaders, the membership of any indication of a plan to

18   stop the election or to invade the Capitol.

19        I'd also point out, Your Honor, the exhibit that

20   the government attached to its memorandum.  If you actually

21   unpack the exhibit, Mr. Caldwell -- there's a claim that

22   essentially -- it's essentially an alibi in this case,

23   because in the exhibit, he explains that he and his wife

24   were sitting by the peace fountain, which is out in the

25   front of the Capitol building.  And I'm not -- I haven't

1   been down to that area in a while, but I looked at pictures

2   and it looks like it's at least a couple hundred yards or

3   more from that fountain to the front doors of the Capitol.

4          And he indicates in that exhibit that he was there

5   at the time there was a citizen that was shot by an officer

6   in the Capitol, there was a lot of commotion going on.  And

7   he was down there when all of a sudden the police were using

8   tear gas and flash bang grenades, et cetera.

9          And so, Your Honor, at the time there were people

10  breaking into the Capitol and all this commotion started and

11  they were going in, the government's own exhibit shows that

12  Mr. Caldwell was sitting on a fountain that's in a circle,

13  like a traffic circle, that's at least a couple hundred

14  yards away, if I remember correctly, or possibly more, from

15  the front steps of the Capitol.

16         Your Honor, the government presented you back a

17  month ago with a picture of Mr. Caldwell as someone who was

18  plotting day after day in November, into December, and up to

19  the 6th with a conspiracy to invade the Capitol and to stop

20  an election.  They have produced absolutely no evidence that

21  he -- there was any pre-plan among anybody.

22         And, Your Honor, I understand the government's

23  point that there could be technically a conspiracy that

24  happened on January 6th.  But a couple issues with that is,

25  number -- or, number one, is that it's totally different

1   than what the Court was presented with.

2           And the Court, as I quoted from the transcript, a

3   major concern of the Court was the nature and circumstances

4   of the offenses, and, at that time, the mistaken belief of

5   the Court that Mr. Caldwell was plotting something for many,

6   many weeks, when, in fact, his own text messages, the

7   government's own exhibit that they attached show that it was

8   a pre -- it was a spontaneous situation that he observed and

9   that's how he recorded it on his social media.  So,

10  Your Honor, there is a significant change.

11          I would also point out, Your Honor -- and

12  I know -- I don't want to quibble -- Mr. Caldwell is not a

13  member of the Oath Keepers.  I understand there are contacts

14  and there are some associations, I fully get that.  But,

15  Your Honor, as to the issue of conspiracy and the other

16  charges, on January 6th, these Oath Keepers that went in and

17  went in on the opposite side of the Capitol, my client was

18  not on Zello with them, he was not having an instant

19  communication with them, he was not on their Signal channel,

20  how they were communicating, as the government concedes.

21          So obviously, my client indicates, I don't -- he

22  didn't know of any plan to go in.  If these Oath Keepers had

23  a plan, which I have my doubts about, I think it was

24  spontaneous.  But even if they hatched a plan two minutes

25  before they went in, my client didn't know anything about

1    it.

2              THE COURT:  So, Mr. Fischer, if I can interrupt

3    you.

4              I mean, let me just sort of cut to the bottom

5    line, in my view, with respect to your client.

6              I think, you know, we certainly recognized at the

7    last hearing that he didn't enter the Capitol building.  But

8    what concerned me about his conduct was that he appeared to

9    be planning, and intricately sort of engaged in the

10   planning, of the events that led to January the 6th.

11             And specifically, I had real concerns about him

12   recommending or suggesting and planning for a quick reaction

13   force, not in one location but in two.  And, you know, your

14   papers sort of want to diminish the significance of that and

15   what that quick reaction force entailed.  But it doesn't

16   deny that he was involved in the planning of having somebody

17   outside the District of Columbia potentially with guns ready

18   the enter the District of Columbia if things got heavy.  And

19   those are his words, not mine.  So I mean, that danger

20   hasn't diminished, it seems to me.

21             MR. FISCHER:  Well, respectfully, a few points on

22   that, Your Honor.

23             Mr. Caldwell is a former lieutenant commander in

24   the Navy and retired.  He's got a lot of time on his hands.

25   And so when people are talking about the fear, the real fear

1   of Antifa attacking Trump supporters -- which, Your Honor,

2   look, I went to Obama rallies back in the day.  We never had

3   the fear of being attacked by troops.  And the reality is

4   that Trump supporters around the country have been attacked

5   by Antifa.  It's just a fact.  It's on the news.  It's

6   happened dozens of times.  And so what they're talking about

7   is a contingency in case Antifa were to all of a sudden pull

8   out guns or weapons, try to run a car through people to

9   basically protect their people.

10          An important point, Your Honor, to the Court's

11  concern further is, he was not a part of a quick reaction

12  force.  He basically was told, can you kind of recommend

13  something?  And, Your Honor, he told everybody, obey the

14  law, obey the law, you can't come into the District.  That

15  wreaks throughout all these social-media platforms.  These

16  folks were all saying, obey the law, obey the law, obey the

17  law.

18          Your Honor, he was not -- he has the body of an

19  85-year-old man.  He basically -- he gave an idea, this is

20  what could happen and --

21          THE COURT:  So, Mr. Fischer, let me -- here's my

22  other concern.

23          And actually, if you're not -- and, Mr. Caldwell,

24  I don't know if you're able to do this, but mute your line

25  if you're not speaking directly to the Court just because

1  there's a little bit of feedback.

2           I mean, the other concern I have about

3  Mr. Caldwell is that -- and I acknowledged this freely last

4  time -- which, again, he didn't enter the Capitol, he

5  didn't -- he's not accused of having destroyed any property

6  or assaulted anybody.  But he also, as I said, seems to have

7  certainly been involved in planning and preparation.

8           I guess what concerns me, and I said this at the

9  other -- at the last hearing is, how are we supposed to have

10  any degree of confidence that if he's released, he won't

11  continue to engage in the kind of communications that he was

12  with other people who are making plans on the 6th, talking

13  about quick reaction forces, whatever the reason may be.

14  You know, we're talking about stationing folks outside the

15  District of Columbia with weapons.  You know, I don't know

16  how we can monitor that and whether -- how we can monitor

17  him and prevent him from continuing to engage in that kind

18  of behavior.

19           MR. FISCHER:  Thank you for your questions,

20  Your Honor.

21           First of all, I would respectfully, the first part

22  of your comment, keep in mind that it says and the

23  government argues planning and preparation.  It was planning

24  and preparation for legal activity, attending protests and

25  having a contingency in case legal protesters were attacked.

1    They were not planning and preparing to go into the Capitol.

2    So I think that's a huge, huge difference, number one.

3              Number two is the Court's concern.  I spoke with

4    Mrs. Caldwell today.  She has confirmed that guns and ammo

5    are out of the house.

6              The computers were all seized by the government.

7    She only has a cell phone.  She is willing to basically give

8    up her cell phone; they can use a cell phone that doesn't

9    have Internet connection.

10             They live out in the country.  Keep in mind,

11   Your Honor, they live, basically, in the foothills of the

12   Appalachian Mountains, so they're not near the District.

13             And, Your Honor, the reality is, in any type of

14   case, he could be held on -- he could be held on home

15   detention, and he could -- with an order not to have any

16   computer devices, and he absolutely is willing to do that.

17             Your Honor, I have to just be very frank with the

18   Court:  This man has -- is suffering.  He has been, perhaps,

19   the most honest, straightforward client I've had in

20   25 years, and I truly believe this man is innocent.

21             The trespassing, I haven't researched the law on

22   that, Your Honor, that's a fair question.

23             But, Your Honor, I know the aiding and abetting

24   charges, I believe, require proof that he actually went into

25   the Capitol, because that's in the charges themselves.

1   It is alleged as part of the charge that he went into the
2   Capitol, and he never did.

3            And I would also point out, as far as the
4   conspiracy, obviously, our belief is that there obviously
5   was no conspiracy before January 6th, and Mr. Caldwell
6   adamantly denies he ever planned or intended for any of this
7   to happen.

8            I understand sometimes if you hang around with --
9   well, I'm not going to say it because people -- the public's
10  listening, but the bottom line is, if sometimes -- there's
11  an old saying that if you -- sometimes you pick up other
12  people's -- being around other people, some of it can rub
13  off on Mr. Caldwell.

14           The reality, Your Honor, is, this man was on
15  Facebook, Facebook friending -- with friends far away from
16  the District and taking selfies while this is all going on.

17           And to the Court's concern, Your Honor, the
18  government can't point to one instance where this man lied.
19  He gave a two-hour FBI interview.  They can't point to one
20  instance where this man lied.  And, number two, they can't
21  point to one instance where this man has ever committed an
22  act of violence or has actually threatened violence.

23           So, Your Honor, I understand the Court's concerns.
24  This is a beaten-down man who is suffering.  He will abide
25  by the conditions.  And this man can take an order.  He was

1   in the Navy for 20 years, Your Honor.  He will take the

2   Court's orders.

3                   THE COURT:  Okay.

4                   All right.  Let me hear from Ms. Rakoczy and then

5   we'll figure out what we're going to do here.

6                   MS. RAKOCZY:  Your Honor, the government shares

7   the Court's concerns that were raised earlier with respect

8   to the fact that it is just difficult to say at this point

9   that Mr. Caldwell would not resort to violence if he were

10  released by the Court and that there are conditions that

11  could assure the safety of the community.

12                  This is not a matter where Mr. Caldwell and his

13  alleged co-conspirators planned solely to come into the

14  District on January 6th to engage in First Amendment

15  protected activity.

16                  The discussion, which is supported by the evidence

17  that's alleged in the indictment and evidence cited in the

18  pleadings that have been filed by the government in this

19  case, the plan was to unlawfully stop the certification of

20  the Electoral College vote that was going on at the

21  Congress, at the Capitol, on January 6th, and the plan was

22  to be prepared to use violence, if necessary.

23                  The group discussed --

24                  THE COURT:  So, Ms. Rakoczy, let me ask you to

25  expound on that.

1      I mean, what Mr. Caldwell has essentially posited

2 is as follows, which is:  Yes, I was engaged in planning and

3 preparation to come to Washington, D.C. on January the 6th.

4 Even he seems to concede that some of what he did was at

5 least -- at least took into account the potential to

6 confront violence.  But the violence was not aimed at the

7 Capitol building, at least in terms of the planning and

8 preparation.

9      And his theory of the case is essentially that on

10 January 6th, as a consequence of encouragement from people,

11 encouragement to march on the Capitol, an opportunity

12 presented itself and people other than himself entered the

13 building.  And so -- but he didn't enter the building.  So

14 what's the government's evidence that that is not correct,

15 that that's not, in fact, what happened?

16      I mean, the government has charged, in

17 paragraph -- I went back to the indictment.  Paragraph 22

18 reads that, "All nine co-defendants planned with each other

19 and others known and unknown to forcibly enter the Capitol

20 on January the 6th and stop, delay, and hinder the

21 congressional proceedings occurring that day."

22      So what evidence is there that Mr. Caldwell,

23 again, was prepared to -- was involved in the conspiracy and

24 a plan to actually enter the Capitol before January the 6th?

25      MS. RAKOCZY:  Your Honor, as the conspiracy

1    alleges, the conspiracy was -- the goal of the conspiracy

2    was to stop the certification process, and there's evidence

3    cited in -- or allegations in the indictment and evidence

4    cited in the government's pleadings that that was the

5    intent.

6            Mr. Caldwell's own words to that effect are taken

7    most directly from a Facebook post in which he said words to

8    the effect of "Let them try to certify some crud.  It all

9    begins on January 5th.  Let them try to certify some crud on

10   Capitol Hill" -- and the Court's indulgence -- "Let them try

11   to certify some crud on Capitol Hill with a million or more

12   patriots in the street.  This kettle is set to boil."  Those

13   are words that show that, in Mr. Caldwell's own mind, that

14   this was focused -- this was a plan that was focused on

15   stopping the certification.  There are words that are cited

16   in the indictment by the co-defendants, be the leader of the

17   Oath Keepers, and others that also show that that was the

18   goal of the conspiracy.

19           And the group -- I think the government has been

20   candid in saying that the group itself, as they were making

21   these plans, did not know precisely the way in which force

22   and violence might be needed to support this plan --

23           THE COURT:  I mean --

24           MS. RAKOCZY:  -- but that they did --

25           THE COURT:  Let me ask the question differently,

1    which is:  Is it the government's position that on

2    January -- is it the government's position that as of

3    January the 5th, the plan among these nine people, and maybe

4    others, was to storm the Capitol?

5         MS. RAKOCZY:  I think the evidence, as it exists

6    now, and this investigation is obviously ongoing, but the

7    evidence as it exists now is that they were prepared to do

8    whatever was necessary to stop that certification.

9         There was a thought that the Vice President might

10   step in and unlawfully stop the process, and that if that

11   happened, groups like Antifa might rise up, and that the

12   group of co-conspirators might need to use violence in order

13   to put that revolt down.  That was one thought of how things

14   might have transpired.  But I think the bottom line, from

15   the government's perspective, is that they were prepared to

16   do violence in whatever ways they needed to.

17        There is also evidence, though, Your Honor, that

18   there may well have been talk amongst co-conspirators to

19   storm the Capitol.  We do not have at this point someone

20   explicitly saying, our plan it is to force entry into the

21   Capitol in order to stop the certification.

22        But you do certainly have messages, like the

23   Co-defendant Kelly Meggs posting at some point and

24   describing their plans to come to Washington, D.C., and

25   saying something to the effect of, this is not just a rally,

1    and that there were indications that the group was prepared

2    to do more than just be passive and wait and see what

3    happened.

4           And so from the government's perspective, there's

5    evidence of an intent to unlawfully and corruptly obstruct a

6    congressional proceeding.  There is evidence of plans to be

7    prepared to use force and violence to effectuate this plan.

8           For Mr. Caldwell's part, he is actively

9    participating in making sure that those arms to assist the

10   use of force and violence are at the ready.

11          And, yes, the group discusses that weapons should

12   not be brought, at the first instance, into Washington, D.C.

13   because of the gun laws here, but that is not necessarily a

14   sign that they are trying to follow the letter of the law,

15   so much as they're trying not to become arrested for merely

16   having weapons and have their plan obfuscated, when they can

17   very easily have the weapons available across the river and

18   have folks like Mr. Caldwell, who'd make that quick reaction

19   force available, to either use vehicles or boats to get the

20   weapons into the city.

21          Having that ability to carry out force and

22   violence is, I think, what the government presented in the

23   first instance as its main concern of the dangerousness of

24   Mr. Caldwell and some of the co-defendants.

25          And we think that that situation has not changed

1    just because there is -- there are messages that

2    Mr. Caldwell is sending that indicate that a possibility,

3    certainly not a certainty, but a possibility that his

4    precise intent to break through barricades and go up to the

5    parts of the Capitol that he went to, he's talking about how

6    there is an impetus for that that's caused by the actions of

7    the police or perceived anticipated actions of the media.

8    Certainly also, that doesn't belie that he had conversations

9    with co-defendants about more practically doing what they

10   do.

11          We also did want to note, Mr. Fischer discussed

12   that Mr. Caldwell is not present -- or we don't have

13   evidence at that time that he's present in, say, the Zello

14   chat.  But he himself says in the messages that we attached,

15   the long messages that we attached as an exhibit to our

16   pleading, he himself says that he's getting live streams of

17   what the individuals on the east side of the Capitol are

18   doing through, I think he said, GoPro, the video

19   application, the video-camera application.

20          And so he is very much in connection and

21   communication with his co-defendants.  And we think that

22   that shows very much that while this is a group that has

23   many players and many participants, not every member of the

24   conspiracy has to commit every act or be in on every aspect

25   of the planning.

1                We think the central, most important aspects are

2     that he clearly joined in the plan to unlawfully and

3     corruptly obstruct the congressional proceeding.  He knew

4     that part of the plan was to be prepared to use force and

5     violence to effectuate it, and he actively assisted in the

6     plan, and, in particular, he actively assisted in the part

7     that involved making sure that force and violence was at the

8     ready if it was necessary.

9                THE DEFENDANT:  Screenplay, David.

10               MR. FISCHER:  Your Honor, respectfully, could I

11    comment on that, please --

12               THE COURT:  Sure.  Go ahead.

13               MR. FISCHER:  -- if I may.

14               Your Honor, Ms. Rakoczy, who I've never had a case

15    with, strikes me as an excellent litigator and she did a

16    great job of holding up the government's end, but the

17    Court's specific question was:  Do you have any evidence

18    that, prior to the January 6th, there was a pre-planned --

19    basically, a plot to invade the Capitol?

20               And I don't think I heard evidence.  I heard one

21    reference to a quote, which just sounds like any -- first of

22    all, I believe it's taken out of -- somewhat taken out of

23    context, because I believe he was commenting on a post at

24    that time.  So, Your Honor, I think the government, in --

25    Ms. Rakoczy, she went on for about five minutes, but I

1    really didn't hear any concrete, specific evidence of a plan
2    to invade the Capitol.
3            And, Your Honor, again, I think the Court's
4    decision back a month ago for both Mr. Caldwell and I think
5    for Ms. Watkins, I listened to that hearing as well, was
6    based, to a large part, of there was a plan and they were
7    working on a plan.
8            So, Your Honor, they --
9            THE COURT:  Well, to be clear, there was some
10   plan.  You know, so a group of eight people don't line up
11   spontaneously and enter the Capitol building.
12           Now, your client wasn't among those people, so it
13   may be that he's in a different place than they are.  But
14   there's no dispute here that some number of these folks got
15   into what the government's described as a stack and entered
16   the Capitol building together.
17           DEFENDANT CALDWELL:  Not me.
18           THE COURT:  That involved some -- that involved
19   some planning and preparation.
20           DEFENDANT CALDWELL:  Not me.
21           THE COURT:  And the question in my mind, and it's
22   the one that you've raised in your motion, Counsel, is, you
23   know, sort of -- as I put it, which is:  Was there a plan as
24   of January the 6th to enter the Capitol building?  And if
25   there was such a plan, was your client part of it?  Or, as

1    you've suggested, was essentially an opportunity presented

2    by virtue of incitement.  The crowds that gathered at the

3    Capitol, and, frankly, the rioting that occurred there, for

4    these people to enter together in the way that they did.

5    And that's what I was trying to get at when I was asking

6    Ms. Rakoczy what I was asking her.

7              MR. FISCHER:  And thank you, Your Honor, I

8    appreciate the Court's comments.

9              I would start by respectfully somewhat disagreeing

10   that the fact that these Oath Keepers people went into a

11   stack, which I think everybody agrees they did, was part of

12   a plan for January 6th.

13             The social-media messages, and I researched the

14   background of the Oath Keepers and I looked through all

15   their social-media messages, these individuals were going --

16   were training and they were actually going around the

17   country.  There was a reference they went to Louisville,

18   Kentucky because there were riots and disorder going down to

19   help the police.  They went to Chicago, Illinois.  They

20   would travel around the country to help the police and do

21   different events.  So I think their training when they went

22   into a stack was probably training that was not specific.

23             THE COURT:  I guess I just don't understand --

24   this is what I don't get, which is:  Who deputized the Oath

25   Keepers to come in and help local police?  What are they

1   training for and who invited them to train for any of this?

2   I mean, I just don't understand how that is part of the

3   defense.

4            I mean, it's a defense to what's specifically

5   charged here.  But this notion that they are a roving band,

6   ready and waiting and willing to step in just in case Antifa

7   shows up, seems to me to just be fanciful and, frankly,

8   fantastic.

9            MR. FISCHER:  Respectfully, Your Honor,

10  I understand it's not my thing to do on weekends and during

11  the week, but what I would say -- what I would explain to

12  the Court is, these folks, they style themselves as they

13  love their country, they love the police, and they want to

14  go around and help law enforcement.

15           And they actually have -- my understanding is,

16  they've gone out to help law enforcement in different areas.

17  Not -- I understand the Court's issue, but I think the Court

18  has to kind of put in perspective -- from the perspective of

19  Mr. Caldwell and those who were on the right side of the

20  political spectrum or Trump supporters, Your Honor, they

21  don't get the same level of protection in a lot of these

22  cities.

23           And when they go -- again --

24           THE COURT:  I don't -- that's not a road I think

25  we want to go down here.  I just -- I'm not sure I buy that,

1   but let's not go down that road.

2           I mean, look, let's focus on Mr. Caldwell and what

3   the evidence shows against him.

4           And, you know, look, there's no doubt that your

5   client was involved in planning and preparation of

6   something, and the question is what that is.

7           And last time we were here 30 days ago, I was

8   convinced that it was a plan to execute an incursion on the

9   Capitol building.  You've raised some evidence that,

10  I think, rebuts that notion.

11          THE DEFENDANT:  Screenplay.

12          THE COURT:  It doesn't --

13          THE DEFENDANT:  Screenplay didn't --

14          THE COURT:  It doesn't necessarily diminish my

15  concerns about him.

16          But I do need to, of course, as one of the factors

17  here, consider the weight of the actual evidence with

18  respect to the offenses that are charged.

19          MS. RAKOCZY:  Your Honor, may I add one factual

20  consideration that I neglected to mention earlier when the

21  Court was inquiring about the state of the evidence as to

22  the actual plan prior to the 6th?

23          THE COURT:  Sure.

24          MS. RAKOCZY:  There is much -- as I mentioned, one

25  of the possibilities that was discussed with the group for

how they might to resort to force or violence in order to
stop the certification of the Electoral College vote is a
discussion that perhaps Antifa or Black Lives Matter or
other groups might resort to violence if someone like the
Vice President were to step in and stop the certification.

However, another avenue that they're exploring is
the notion that the President might invoke what's referred
to as the Insurrection Act; and that under that plan, they
believed that the President would call up militia and groups
like the Oath Keepers to come in and to essentially
institute some level of Martial law so that the President
could stay in power.

That was a very real possibility that was
discussed and advocated for by the leader of the Oath
Keepers; it's one that was discussed and taken up by
individuals who are charged in this case, such as
Ms. Watkins and Mr. Meggs both discussed that this is a
possibility and this is something that they're preparing
for.

I bring this up just to say --

THE COURT:  So is that -- go ahead, Ms. Rakoczy.

MS. RAKOCZY:  I'm sorry.

I bring this up to say that -- and the
government's trying to be as upfront as possible about the
state of the evidence, while also hoping the Court is

1   mindful that this is an ongoing investigation and that we
2   don't know all the evidence.

3           But I think what we are learning is that this is a
4   group that, Mr. Fischer is right, is made up of a lot of
5   members of the military and law enforcement.  They do have
6   some sense of rank and following authority, and they were in
7   some ways watching and waiting to see what their leadership
8   did.  They had a point of view with respect to the goal that
9   they were trying to accomplish, which the government submits
10  was unlawful and corrupt, and that was stopping the unlawful
11  certification of the Electoral College vote.

12          They were prepared to use force and violence to
13  effectuate this unlawful goal.  But part of the reason that
14  there wasn't necessarily as concrete a plan that one might
15  expect is that they were waiting and watching to see what
16  leadership did.

17          And ultimately what we know from the Signal chats
18  is that when leadership did what they referred to as
19  nothing, when the leader of the Oath Keepers said that the
20  President was not really doing anything, as they expected,
21  they did ultimately take matters into their own hands, and
22  the government would submit that they were prepared to do
23  that, but they were, to some respect, waiting and watching
24  to see what would happen.

25          THE COURT:  So I guess the question, Ms. Rakoczy,

1   is -- to you -- is sort of a fantastic a notion as these

2   folks may have had about the events of January the 6th and

3   what role they might have played in them, depending upon the

4   circumstances that played out.

5           All of that is sort of backwards looking right

6   now, and that goes to the strength of the evidence.  The

7   question before me now also involves sort of a

8   forward-looking determination and that's continued threat.

9           So why if those events are new in the rear-view

10  mirror, do we think -- does the government think that

11  Mr. Caldwell continues to pose the kind of risk that might

12  lead to more violence and potential recurrence of events of

13  the 6th or something similar elsewhere?

14          MS. RAKOCZY:  I don't know that those events are

15  necessarily in the rear-view mirror.  There obviously has

16  been a peaceful transition of power.  But I think a lot of

17  the reasons why the members of this group, this conspiracy

18  were seeking to stop the certification, I think those

19  factors still exist for them in why they believe -- why they

20  believed and would continue to believe that the current

21  political order is something that is problematic and should

22  not be followed.

23          But with respect to Mr. Caldwell particularly, we

24  would note that we cited in our pleading a text-message

25  exchange that he had with Co-Defendant Watkins shortly after

1    this, where the co-defendant is expressing some concern

2    about the way the media is covering these events, and it's,

3    I think, a few days after the attack on the Capitol.

4         But Mr. Caldwell is certainly persisting in

5    saying -- well, he first offers to lie and to say that he

6    would say that Ms. Watkins was with him, if it came down to

7    it, meeting with him not inside the Capitol at the time of

8    the storming.  But when Ms. Watkins turns down that offer,

9    he goes on to say, not to worry, because what we did was

10   righteous.

11        And from the government's perspective, the fact

12   that Mr. Caldwell, at least several days after the events,

13   was still believing in the righteousness of what this group

14   did, is a concern for the government that he would continue

15   to persist in believing that this is the right course of

16   conduct.

17        MR. FISCHER:  Your Honor, if I may on that point,

18   I would, first -- of all, number one, the comment

19   Ms. Rakoczy said about lying for Ms. Watkins.  I read that.

20   It's significantly taken out of context.  I read the full

21   context.  I disagree with that totally.

22        But, Your Honor, the proof is in the pudding.

23   Mr. Caldwell gave a two-hour interview with the FBI where he

24   told them truthful information.  The FBI asked him -- and I

25   watched the video on this.  They asked him if Ms. Watkins

1   and Mr. Crowl had ever been to his place, because -- just

2   sort of you could tell they were testing him.

3           And he told them truthfully that he knew them,

4   that he had been to their farm.  And then that, you know, he

5   explained the whole situation, how the media was hounding

6   them and how they had come up to his farm.  And he also told

7   them that they were at the Capitol.  So, Your Honor, when he

8   gave a statement to the FBI, he gave a 100 percent truthful

9   statement.  And, again, the government in its papers has not

10  set forth one iota the man has lied.

11          The bottom line here, Your Honor, and I'll end

12  with this, Your Honor, I believe -- obviously, I've put

13  forth my opinion:  I believe this man is innocent.  The

14  government disagrees.

15          But I could tell you this, Your Honor.  If there

16  was some criminal liability, the suffering this man has gone

17  through since he's been incarcerated in January, if that

18  doesn't teach him enough of a lesson that he's going to be

19  on the straight and narrow, that he will not do anything to

20  violate the Court's order, nothing will.  He will abide by

21  the Court's order, Your Honor.  He doesn't want to -- if the

22  Court releases him, he doesn't want to go back.  That's

23  100 percent.  Thank you, Your Honor.

24          THE COURT:  Ms. Rakoczy, can I ask one question?

25  Because I don't -- I did not go back and look at last

1    hearing's transcript and I may not have known these facts,

2    and, Counsel, you all can tell me whether I did or not, but

3    I don't think I was aware that Mr. Caldwell had given an

4    interview to the FBI; I don't think I was aware that he had

5    consented to search of his computers and, presumably,

6    consented to a search of his home.

7              I guess two questions:  When did I know of that?

8    Was that on the record?  Were those facts on the record last

9    time?

10             MS. RAKOCZY:  I don't believe they were,

11   Your Honor.

12             Mr. Caldwell did give an interview.  I think the

13   government would take issue with whether he was 100 percent

14   truthful in everything that he said, but I don't think I'm

15   prepared to sort of go line by line.  And I'm not saying --

16   I'm not saying he lied, I'm just saying that we might take

17   issue -- we might see the facts differently and might not

18   agree that his version of facts was 100 percent fulsome or

19   forthcoming.

20             But it was also my understanding -- and, again,

21   the agents out of Virginia executed the warrant and I have

22   not spoken individually to all of them, so I don't want to

23   say that Mr. Caldwell did not give his passwords to his

24   computer or did not consent, but I have not been able to

25   confirm that yet.

 1          I know his wife consented to the search of certain

 2    aspects of the property; his wife consented to a search of

 3    her phone.  But I have not been able to confirm -- and,

 4    again, I'm not saying that it didn't happen, because I did

 5    not speak to every single agent involved, but I just haven't

 6    confirmed yet that he gave his password to his computers or

 7    that he's particularly consented to searches of particular

 8    places.  So I just want the Court to know those facts.

 9    I'm not saying they didn't happen because I cannot say that.

10          THE COURT:  No.  I appreciate that.

11          And you did infer the next question I was going to

12    ask, which is:  The government's view on his statements.

13          I think one more area of inquiry.  Last time I

14    asked this question of whether the government was aware of

15    whether Mr. Caldwell owns any weapons, because, as

16    I understand it when the search was conducted, none were

17    found.

18          Do you have any further information about that?

19          MS. RAKOCZY:  I don't, Your Honor.

20          I wish that I did, but I don't off the top of my

21    head.  I wouldn't want to say anything that's not accurate.

22          THE COURT:  Okay.

23          All right.  Everybody, just give me a second, if

24    you would, please, I'll be right back.

25          (Pause)

1           THE COURT:  Okay.  Is everybody still with us?

2           MR. FISCHER:  Yes, Your Honor.

3           THE COURT:  All right.

4           Let me say this:  I don't for a moment condone the

5    actions of Mr. Caldwell.  You know, even as described by his

6    counsel, Mr. Caldwell participated in planning and

7    preparation of potential acts of violence in the District of

8    Columbia, whether that was in anticipation of an Antifa

9    attack or a Black Lives Matter attack, you know, all of this

10   is right out of a fantastic sense of their own sense of

11   being wronged and their role in trying to right what they

12   perceived was a wrong.

13           And, you know, that is inescapable.  That is

14   inescapable.  And no amount of rationalization and

15   explanation can change those facts that Mr. Caldwell was a

16   participant, along with others, in military-style training

17   and exercises and preparation for what, an Armageddon-type

18   situation to defend the President of the United States who

19   claimed the election had been stolen from him.  It's

20   unfortunate that that's -- they fell victim to those ideas.

21           That said, Mr. Caldwell is charged very

22   specifically with conspiring to disrupt the Electoral

23   College vote.  That's the lead count.  That lead count

24   charges, in paragraph 22, that Mr. Caldwell and others

25   planned with each other and others known and unknown to

1    forcibly enter the Capitol on January the 6th and to stop,

2    delay, and hinder the congressional proceedings occurring

3    that day.  He's further charged that that conspiracy started

4    as early as November 3rd and lasted through January the 6th.

5            I think the evidence that has been brought before

6    me certainly supports that charge, there's probable cause

7    been found by the grand jury for that charge, and that's not

8    something I'm questioning today.

9            Nevertheless, I am required, under the Bail Reform

10   Act, to consider the strength of the evidence with respect

11   to these charges.  And there is an absence of evidence of --

12   direct evidence at least of planning violence by

13   Mr. Caldwell to enter the Capitol building.  There are no

14   text messages, communications by him that speak to actually

15   entering the building or trying to enter the building.  And

16   ultimately, he did not enter the building.

17           And so I think -- let's put it this way:  At least

18   with respect to Mr. Caldwell, there's certainly probable

19   cause for the charges, but probable cause is not the

20   ultimate determination I'm required to make here in terms of

21   release.

22           The question involves not only the strength of the

23   evidence, but also a prospect for community safety and

24   potential for more violence by Mr. Caldwell.  And at the end

25   of the day, I do think the evidence is -- there's evidence

1    here that I think is favorable to Mr. Caldwell, let's just

2    put it that way.

3              The other thing I am concerned about is

4    Mr. Caldwell's health.  He is 65 years old.  I've seen him

5    now two or three times.  And I can't tell whether he's just

6    emotionally overcome by the events or whether it's the back

7    problems that are really causing him a great deal of pain.

8    But I take his counsel at his word that is the back issues;

9    they seem to be documented.

10             So I am going to agree to release Mr. Caldwell,

11   but it's going to be on very strict conditions:

12             He will be subject to 24-hour home confinement

13   based -- with GPS and electronic monitoring, whatever is

14   available in the Western District of Virginia.

15             He shall have access to no computers, smartphones,

16   tablets, any kind of electronic-communication device that

17   would allow him to access online apps that would allow him

18   to communicate through either encrypted or non-encrypted

19   applications.

20             He also is going to be required to stay away from

21   the District of Columbia.

22             And he also is going to be ordered to have no

23   contact with anyone who's associated, affiliated with the

24   Oath Keepers, and that includes, as I said, online

25   communications, telephonic communications, not even passing

1    a note in the mail.

2           Now, you know, I recognize that there are limits

3    on what we can do and what we cannot do to monitor

4    Mr. Caldwell's communications with people.

5           But believe me, Mr. Caldwell, if there is any hint

6    of a violation of these conditions, you'll be right back

7    where you are right now, okay?

8           DEFENDANT CALDWELL:  Yes, Your Honor.

9    I understand.

10          THE COURT:  All right.

11          Mr. Douyon, what do I need to do here in terms of

12   a release order?  And do we have standard text for these

13   kind of conditions that can be included in the release

14   order?

15          COURTROOM DEPUTY:  Your Honor, I have a standard

16   form that I could fill out.  I'll reach out to Pretrial

17   Services in regards to the conditions that you set and I'll

18   coordinate the order -- form with them.

19          THE COURT:  Okay.

20          Just so the record's clear, you know, I ultimately

21   am now concluding, in light of the additional evidence

22   that's been brought before me, that there are conditions

23   that would ensure the safety of the community, one.

24          I do think the evidence against Mr. Caldwell, that

25   there is favorable evidence for him with respect to the

1    charges, in particular, because he did not enter the Capitol

2    building, and there's no evidence that, at least no direct

3    evidence, that he had planned to do so or was planning with

4    other people to do so on that day.

5            You know, I said last time and I'll incorporate

6    what I said last time into the record here, that his

7    personal circumstances, his personal characteristics favor

8    release.  He's 65 years old, no prior convictions, military

9    veteran, has held top secret clearances before.  I've also

10   taken his health conditions into account.

11           And I do think some of my concerns about the

12   destruction of evidence have been put in a slightly

13   different light.  The obstruction conduct that was alleged

14   has been put in a different light, given that I now know

15   Mr. Caldwell did voluntarily interview with the FBI, he did

16   provide passwords to computers to allow the FBI to search

17   those computers, and, therefore, I think some of the

18   concerns that I had raised or was concerned about previously

19   have been put in a different light.

20           And so ultimately for all of those reasons, given

21   that liberty is the presumption, although -- anyway, liberty

22   is the norm when it comes to pretrial status.  And given the

23   lack of prior criminal convictions for Mr. Caldwell, I think

24   the evidence, as I said, has come to light that is,

25   arguably, in some sense, favorable to him, I will release

1   him pursuant to very restrictive conditions that I've set

2   out.

3           So, Mr. Douyon, you'll get me a copy of that

4   release order and I can get that signed and hopefully we can

5   get Mr. Caldwell on his way relatively soon.

6           MS. RAKOCZY:  Your Honor, may the government make

7   three small requests?

8           THE COURT:  Of course.

9           MS. RAKOCZY:  I shouldn't say they're small

10  requests, they're not small requests, but I will make them

11  quickly, because I understand this has been a long hearing.

12          THE COURT:  Ms. Rakoczy, they all have been.

13          But go ahead.

14          There are a couple of other things that I actually

15  should have added and maybe you're going to do that.

16          So, Ms. Rakoczy, go ahead.

17          Ms. Rakoczy, I can't hear you.

18          Did we lose her?

19          COURTROOM DEPUTY:  Ms. Rakoczy, are you still on

20  the line?  You may be muted.

21          And I'll send her an email, Your Honor.

22          THE COURT:  I'll tell you, I'm looking forward to

23  getting back to the day where we don't have to use this

24  technology anymore.  It's driving me nuts.

25          COURTROOM DEPUTY:  Your Honor, could you also

```
 1   please also turn your camera on and off?  It's not showing
 2   you on the screen.  Thank you.
 3              THE COURT:  Am I back on?
 4              COURTROOM DEPUTY:  Yep.
 5              And I'll follow up and give Ms. Rakoczy a call.
 6              Your Honor, she'll be dialing in via the
 7   conference line shortly.
 8              THE COURT:  Okay.
 9              COURTROOM DEPUTY:  And I will note that because
10   it's through the conference line, you may hear echoing,
11   because I can't mute the court system and have you hear the
12   conference line at the same time.
13              THE COURT:  Okay.
14              MS. RAKOCZY:  I apologize, Your Honor.  This is
15   Kate Rakoczy dialing in.
16              THE COURT:  No problem, Ms. Rakoczy.
17              You were saying that you had three additional
18   requests and then we lost you.
19              MS. RAKOCZY:  I apologize, Your Honor.
20              The government understands the Court's ruling, but
21   we did just want to point out since other defendants will
22   come before the Court on this issue, that the paragraph that
23   the Court cited in its ruling with respect to the government
24   alleging that the co-defendants conspired to forcibly storm
25   the Capitol and obstruct the congressional proceedings, that
```

1    that paragraph is contained within the background section of

2    the indictment and the charging language is the

3    conspiracy -- alleges solely a conspiracy to obstruct the

4    congressional proceeding.  Forcibly storming the Capitol is

5    mentioned in the charging language of that count as a manner

6    and means and as an overt act that some members of the

7    conspiracy took.  We just wanted to highlight that as a

8    technical point in terms of how this case is charged.

9              THE COURT:  Yeah, that's -- and that's -- I think

10   that's fair, Ms. Rakoczy.

11             And let me also be equally clear that -- and that

12   I put Mr. Caldwell in a different -- at a minimum, he's in a

13   different -- he does -- he's differently situated from

14   others because he did not actually enter the Capitol

15   building.

16             And so, you know, to the extent the charging

17   document actually refers to a plan to enter the Capitol,

18   others actually did carry out the plan.  So what I say here

19   ought not necessarily be taken to -- how -- hold a view as

20   to anyone else.

21             MS. RAKOCZY:  Thanks, Your Honor.

22             Second, as part of the release order, we would ask

23   that the Court consider ordering Mr. Caldwell to surrender

24   his passport as part of his conditions of release.

25             THE COURT:  Okay.  I certainly will do that.  And,

1    of course, that's included in the release order.

2              Anything else?

3              MS. RAKOCZY:  Our third request -- and we would

4    just ask that -- we're not saying we would, but the

5    government would consider whether it may avail itself of the

6    options of appealing the Court's ruling, and, as such, we

7    would ask if the Court would consider staying the release

8    order until Monday.

9              THE COURT:  I'm not going to do that.

10              I think if the government wants to file a Notice

11   of Appeal -- well, let me ask, Ms. Rakoczy:  How seriously

12   are you considering filing -- noticing an appeal on that?

13              MS. RAKOCZY:  I candidly am not 100 percent

14   certain about the standard that we would have to meet.

15              And I feel compelled to raise it, given the

16   government's position on Mr. Caldwell's dangerousness.  But

17   certainly we will discuss it.  I don't know.  I can't

18   promise the Court that we would appeal.

19              THE COURT:  Okay.

20              Well, look, I'm not going to stay it at this

21   point.

22              And obviously if that's something the government

23   does and the Court of Appeals considers it, then -- and if

24   they think I've balanced the factors incorrectly, then

25   they'll let me know that.

1        But I think the conditions that I've put him under
2   are fairly strict in the circumstances.  And so the
3   government is free to file a Notice of Appeal; and if it
4   does so, then the Court of Appeals will let me know if I've
5   balanced the factors incorrectly.
6        The one thing I will add and I forgot to add is
7   that Mr. Caldwell must not possess any firearms.  Either
8   sort of directly or indirectly, he can't constructively
9   possess any firearms.  So whatever firearms restriction we
10  have as a condition of release, that's to apply to
11  Mr. Caldwell as well, okay?
12        MR. FISCHER:  Your Honor, can I just briefly, just
13  a couple housekeeping matters.
14        I couldn't hear because there was some feedback,
15  but if he's ordered not to leave the state, he does have
16  doctors -- I know he has one doctor in Bethesda.  So if he
17  could have permission to be out of the house for the
18  purposes of medical appointments, I think that's --
19        THE COURT:  Well, I guess -- let me do the
20  following, because I don't think I was probably specific
21  enough about this:
22        First of all, he's got to stay away from the
23  District of Columbia.
24        He also needs to remain in the Western District of
25  Virginia.

1          He is permitted to be out of the house for medical

2    appointments and for visits with counsel; however, those

3    reasons for leaving his home have to be approved by

4    Probation before he does that, and that would include any

5    interstate travel if he has doctors outside of the Western

6    District of Virginia.

7          MR. FISCHER:  Thank you, Your Honor.

8          THE COURT:  All right.

9          Anything else, Counsel?

10         MS. RAKOCZY:  Not for the government, Your Honor.

11   Thank you.

12         MR. FISCHER:  Not for the defense, Your Honor.

13         THE COURT:  Mr. Caldwell, if I could just address

14   you.

15         Don't take this, Mr. Caldwell, as a reflection of

16   my view of the seriousness of this, of what you've been

17   charged with --

18         DEFENDANT CALDWELL:  Yes, Your Honor.

19         THE COURT:  -- or of your conduct.  But I've got

20   standards I'm supposed to apply under the law, and I think

21   they justify your release.

22         But make no mistake, Mr. Caldwell, if you violate

23   my conditions, you will be back in jail very quickly, okay?

24         THE DEFENDANT:  I understand, Your Honor.

25   Thank you.

1          THE COURT:  All right.

2      Thank you, all, very much.  Have a good weekend.

3      (Proceedings concluded at 4:24 p.m.)

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Please note:  This hearing occurred during the COVID-19 pandemic and is therefore subject to the technological limitations of court reporting remotely.


Date:__March 12, 2021_____    /S/__William P. Zaremba_____

                               William P. Zaremba, RMR, CRR

COURT REPORTER:
**[3]** 9/11 9/13 9/18
**COURTROOM**
**DEPUTY: [19]** 4/4 4/7
4/12 5/14 5/21 6/6 7/9
7/15 7/20 8/10 9/12
13/6 21/20 21/23 52/15
54/19 54/25 55/4 55/9
**DEFENDANT BENNIE**
**PARKER: [1]** 6/21
**DEFENDANT**
**CALDWELL: [6]** 6/17
22/4 38/17 38/20 52/8
59/18
**DEFENDANT MEGGS:**
**[5]** 7/1 8/9 19/6 20/3
20/7
**DEFENDANT SANDRA**
**PARKER: [1]** 6/20
**DEFENDANT**
**WATKINS: [1]** 6/23
**MR. BRENNWALD: [4]**
11/24 13/20 14/1 16/21
**MR. FISCHER: [16]**
12/10 12/20 13/16
16/17 22/15 26/21
28/19 37/10 37/13 39/7
40/9 45/17 49/2 58/12
59/7 59/12
**MR. MACHADO: [4]**
11/18 14/4 14/7 16/4
**MR. WILSON: [13]**
5/19 5/24 6/3 7/19 8/8
9/16 12/2 12/21 15/1
15/8 16/12 21/1 21/9
**MS. PETERSON: [3]**
13/18 15/16 16/14
**MS. RAKOCZY: [29]**
8/24 9/8 10/1 14/23
18/5 18/11 18/17 20/11
21/10 21/22 22/9 31/6
32/25 33/24 34/5 41/19
41/24 42/22 44/14
47/10 48/19 54/6 54/9
55/14 55/19 56/21 57/3
57/13 59/10
**THE COURT: [81]**
**THE DEFENDANT: [4]**
37/9 41/11 41/13 59/24

**/**

**/S [1]** 61/10

**0**

**0826 [1]** 2/5
**0840 [1]** 2/19

**1**

**100 [5]** 23/4 46/8 47/13
47/18 57/13
**100 percent [1]** 46/23
**101 [1]** 2/23
**12 [2]** 1/5 61/10
**1361 [1]** 8/4
**1512 [1]** 8/1
**15th [1]** 17/9
**1752 [1]** 8/6

**18 [4]** 7/22 7/25 8/3 8/6
**19 [1]** 61/6
**19th [1]** 12/25

**2**

**20 [1]** 31/1
**20001 [2]** 2/18 3/5
**20003 [1]** 2/14
**20004 [1]** 2/10
**201 [1]** 2/22
**202 [3]** 1/15 2/10 3/5
**2021 [2]** 1/5 61/10
**20530 [1]** 1/15
**208-7500 [1]** 2/10
**21 [1]** 4/5
**21-28 [2]** 1/4 4/13
**21-28-8 [1]** 7/21
**21061-3065 [1]** 2/4
**22 [2]** 32/17 49/24
**24-hour [1]** 51/12
**25 years [1]** 29/20
**252-6928 [1]** 1/15
**28 [2]** 1/4 4/13
**2nd [1]** 2/22

**3**

**30 [4]** 8/18 13/10 13/10
41/7
**300 [1]** 2/4
**301 [1]** 2/14
**3065 [1]** 2/4
**310 [1]** 2/18
**3249 [1]** 3/5
**333 [1]** 3/4
**34471 [1]** 2/23
**352 [1]** 2/24
**354-3249 [1]** 3/5
**371 [1]** 7/23
**3:00 [1]** 1/6
**3:30 [3]** 13/7 13/14
14/10
**3rd [1]** 50/4

**4**

**410 [1]** 2/5
**4466 [1]** 2/24
**4:24 [1]** 60/3

**5**

**503 [1]** 2/17
**550 [1]** 2/9
**555 [1]** 1/14
**5th [2]** 33/9 34/3

**6**

**60 [3]** 10/3 10/25 11/8
**625 [1]** 2/9
**629-4466 [1]** 2/24
**65 [2]** 51/4 53/8
**6928 [1]** 1/15
**6th [30]** 13/7 13/9
13/14 14/10 16/11
16/24 17/12 17/20
23/10 23/14 24/19
24/24 25/16 26/10
28/12 30/5 31/14 31/21
32/3 32/10 32/20 32/24
37/18 38/24 39/12

**50/4**

**55/17**

**7**

**703 [1]** 2/19
**7310 [1]** 2/3
**7500 [1]** 2/10
**7727 [1]** 2/14
**787-0826 [1]** 2/5

**8**

**85-year-old [1]** 27/19

**9**

**922 [1]** 2/13
**928-7727 [1]** 2/14
**989-0840 [1]** 2/19

**A**

**abetting [3]** 7/25 8/3
29/23
**abide [2]** 30/24 46/20
**ability [1]** 35/3
**able [6]** 11/5 17/24
17/25 27/24 47/24 48/3
**about [32]** 4/12 6/8
11/16 11/19 13/10
19/24 21/8 23/14 25/23
25/25 26/8 26/11 26/25
27/6 28/2 28/13 28/14
36/5 36/9 37/25 41/15
41/21 42/24 44/2 45/2
45/19 48/18 51/3 53/11
53/18 57/14 58/21
**above [2]** 9/18 61/4
**above-titled [1]** 61/4
**absence [1]** 50/11
**absolutely [4]** 12/4
21/5 24/20 29/16
**acceptable [1]** 12/20
**access [3]** 22/24 51/15
51/17
**accomplish [1]** 43/9
**account [2]** 32/5 53/10
**accurate [1]** 48/21
**accused [1]** 28/5
**acknowledged [1]**
28/3
**across [1]** 35/7
**act [6]** 16/25 30/22
36/24 42/8 50/10 56/6
**actions [1]** 36/6 36/7
49/5
**actively [3]** 35/8 37/5
37/6
**activity [2]** 28/24 31/15
**acts [1]** 49/7
**actual [2]** 41/17 41/22
**actually [13]** 17/25
23/20 27/23 29/24
30/22 32/24 39/16
40/15 50/14 54/14
56/14 56/17 56/18
**adamantly [1]** 30/6
**add [5]** 10/20 22/10
41/19 58/6 58/6
**added [2]** 10/19 54/15
**addition [2]** 10/18 17/7
**additional [5]** 11/4

**address [3]** 18/21
21/15 59/13
**adequate [1]** 23/2
**adjourn [1]** 16/3
**advisable [1]** 20/16
**advise [2]** 20/14 20/21
**advised [1]** 19/12
**advocated [1]** 42/14
**affiliated [1]** 51/23
**afoot [1]** 10/16
**after [4]** 24/18 44/25
45/3 45/12
**afternoon [7]** 4/2 4/4
5/8 5/11 7/3 7/4 18/16
**again [7]** 28/4 32/23
38/3 40/23 46/9 47/20
48/4
**against [2]** 41/3 52/24
**agent [1]** 48/5
**agents [1]** 47/21
**ago [3]** 24/17 38/4 41/7
**agree [2]** 47/18 51/10
**agrees [1]** 39/11
**ahead [4]** 37/12 42/21
54/13 54/16
**aided [1]** 3/7
**aiding [3]** 7/25 8/3
29/23
**aim [1]** 10/22
**aimed [1]** 32/6
**AL [1]** 1/6
**alibi [1]** 23/22
**all [69]**
**All right [3]** 5/8 14/6
15/19
**allegations [1]** 33/3
**alleged [4]** 30/1 31/13
31/17 53/13
**alleges [2]** 33/1 56/3
**alleging [1]** 55/24
**allow [3]** 51/17 51/17
53/16
**along [2]** 19/10 49/16
**already [2]** 8/18 11/4
**also [22]** 6/1 19/20
23/19 25/11 28/6 30/3
33/17 34/17 36/8 36/11
42/25 44/7 46/6 47/20
50/23 51/20 51/22 53/9
54/25 55/1 56/11 58/24
**although [2]** 20/19
53/21
**Alvin [1]** 4/17
**am [7]** 21/22 50/9 51/3
51/10 52/21 55/3 57/13
**Amendment [1]** 31/14
**AMERICA [2]** 1/3 4/14
**AMIT [1]** 1/10
**ammo [1]** 29/4
**among [3]** 24/21 34/3
38/12
**amongst [1]** 34/18
**amount [1]** 49/14
**another [2]** 13/9 42/6
**anticipate [1]** 10/24
**anticipated [1]** 36/7

**anticipation [1]** 49/8
**Antifa [7]** 27/1 27/5
27/7 34/11 40/6 42/3
49/8
**any [27]** 15/5 15/6 15/7
16/2 18/10 18/21 20/9
22/10 23/17 24/21
25/22 28/5 28/10 29/13
29/15 30/6 37/17 37/21
38/1 40/1 48/15 48/18
51/16 52/5 58/7 58/9
59/4
**anybody [4]** 16/2 17/13
24/21 28/6
**anymore [1]** 54/24
**anyone [2]** 51/23 56/20
**anything [10]** 15/23
17/13 18/16 21/7 25/25
43/20 46/19 48/21 57/2
59/9
**anyway [1]** 53/21
**apologize [3]** 9/8 55/14
55/19
**Appalachian [1]** 29/12
**appeal [4]** 57/11 57/12
57/18 58/3
**appealing [1]** 57/6
**Appeals [2]** 57/23 58/4
**appearance [1]** 8/19
**appearances [4]** 1/12
1/17 3/1 17/19
**appeared [1]** 26/8
**appearing [5]** 4/24 5/1
5/4 5/6 9/1
**application [2]** 36/19
36/19
**applications [1]** 51/19
**apply [2]** 58/10 59/20
**appoint [3]** 20/13
20/19 20/20
**appointed [1]** 20/23
**appointments [2]**
58/18 59/2
**appreciate [2]** 39/8
48/10
**approved [1]** 59/3
**apps [1]** 51/17
**April [8]** 13/4 13/7 13/9
13/14 14/10 16/11
16/24 17/9
**are [65]**
**area [2]** 24/1 48/13
**areas [1]** 40/16
**arguably [1]** 53/25
**argues [1]** 28/23
**arguments [1]** 22/11
**Armageddon [1]** 49/17
**Armageddon-type [1]**
49/17
**arms [1]** 35/9
**around [6]** 27/4 30/8
30/12 39/16 39/20
40/14
**arraigned [2]** 7/6 7/8
**arraignment [2]** 1/9
7/11
**array [1]** 10/14
**arrested [1]** 35/15

63

## A

**as [79]**
**ask [17]** 6/15 7/12 7/13 12/25 14/12 16/9 18/20 20/19 22/12 31/24 33/25 46/24 48/12 56/22 57/4 57/7 57/11
**asked [5]** 14/17 14/19 45/24 45/25 48/14
**asking [2]** 39/5 39/6
**aspect [1]** 36/24
**aspects [2]** 37/1 48/2
**assaulted [1]** 28/6
**assess [1]** 10/3
**assigned [1]** 10/6
**assist [2]** 14/7 35/9
**assisted [2]** 37/5 37/6
**associated [2]** 17/10 51/23
**associations [1]** 25/14
**assure [2]** 22/25 31/11
**attached [4]** 23/20 25/7 36/14 36/15
**attack [3]** 45/3 49/9 49/9
**attacked [3]** 27/3 27/4 28/25
**attacking [1]** 27/1
**attending [1]** 28/24
**attention [1]** 7/14
**ATTORNEY'S [2]** 1/13 10/10
**audio [2]** 5/18 5/20 5/20
**authority [1]** 43/6
**avail [1]** 57/5
**available [8]** 10/15 13/13 13/15 13/16 14/5 35/17 35/19 51/14
**avenue [4]** 2/9 2/13 3/4 42/6
**aware [3]** 47/3 47/4 48/14
**away [6]** 21/22 21/23 24/14 30/15 51/20 58/22

## B

**back [17]** 21/24 22/20 22/23 23/13 24/16 27/2 32/17 38/4 46/22 46/25 48/24 51/6 51/8 52/6 54/23 55/3 59/23
**background [2]** 39/14 56/1
**backwards [1]** 44/5
**Bail [1]** 50/9
**balanced [2]** 57/24 58/5
**band [1]** 40/5
**bang [1]** 24/8
**Barrett [1]** 3/4
**barricades [1]** 36/4
**based [4]** 16/23 22/25 38/6 51/13
**basically [8]** 23/8 23/11 27/9 27/12 27/19 29/7 29/11 37/19

**be [56]** 7/5 7/8 8/11 10/11 10/12 10/25 11/1 11/5 11/21 13/21 14/10 15/6 15/9 17/23 17/24 17/25 18/10 19/12 20/11 20/16 24/23 26/9 28/13 29/14 29/14 29/17 31/22 33/16 33/22 35/2 35/6 35/12 36/24 37/4 38/9 38/13 40/7 42/24 44/22 46/18 48/24 51/9 51/11 51/12 51/20 51/22 52/6 52/13 54/20 55/6 56/11 56/19 58/17 59/1 59/3 59/23
**beaten [1]** 30/24
**beaten-down [1]** 30/24
**because [24]** 6/2 12/5 17/24 23/23 27/25 29/25 30/9 35/13 36/1 37/23 39/18 45/9 46/1 46/25 48/4 48/9 48/11 53/1 54/11 55/9 55/11 56/14 58/14 58/20
**become [1]** 35/15
**been [31]** 7/21 8/14 8/18 8/18 9/2 10/12 14/15 21/2 24/1 27/4 28/7 29/18 31/18 33/19 34/18 44/16 46/1 46/4 46/17 47/24 48/3 49/19 50/5 50/7 52/22 53/12 53/14 53/19 54/11 54/12 59/16
**before [15]** 1/10 8/18 8/18 16/3 18/25 20/21 25/25 30/5 32/24 44/7 50/5 52/22 53/9 55/22 59/4
**begins [1]** 33/9
**behalf [11]** 4/18 4/24 11/18 11/24 12/3 12/11 12/21 14/4 14/16 16/12 21/9
**behavior [1]** 28/18
**being [4]** 11/20 27/3 30/12 49/11
**belie [1]** 36/8
**belief [2]** 25/4 30/4
**believe [11]** 7/7 29/20 29/24 37/22 37/23 44/19 44/20 46/12 46/13 47/10 52/5
**believed [2]** 42/9 44/20
**believing [2]** 45/13 45/15
**Bennie [7]** 2/12 4/17 4/23 5/4 11/24 13/20 16/21
**Bennie Alvin [1]** 4/17
**Bethesda [1]** 58/16
**between [2]** 16/6 23/16
**bit [4]** 9/9 10/24 11/1 28/1
**Black [2]** 42/3 49/9
**blockers [1]** 22/22
**boats [1]** 35/19

**boil [1]** 33/12
**bond [3]** 15/20 21/15 22/7
**bond-review [1]** 22/7
**both [14]** 7/7 10/11 11/13 12/5 18/21 18/25 19/22 20/2 20/13 20/21 21/2 22/10 38/4 42/17
**bottom [4]** 26/4 30/10 34/14 46/11
**break [2]** 18/3 36/4
**breaking [1]** 24/10
**Brennwald [5]** 2/12 2/13 4/23 14/7 16/20
**briefly [1]** 58/12
**bring [2]** 42/20 42/23
**broader [1]** 10/14
**brought [3]** 35/12 50/5 52/22
**building [16]** 8/5 23/25 26/7 32/7 32/13 32/13 38/11 38/16 38/24 41/9 50/13 50/15 50/15 50/16 53/2 56/15
**Burnie [1]** 2/4
**button [2]** 9/16 9/18
**buy [1]** 40/25

## C

**CALDWELL [68]**
**Caldwell's [9]** 15/25 21/15 22/13 33/6 33/13 35/8 51/4 52/4 57/6
**call [4]** 9/19 11/11 42/9 55/5
**came [1]** 45/6
**camera [2]** 36/19 55/1
**can [43]** 4/3 4/7 4/10 5/12 5/13 6/13 6/14 6/15 6/16 6/23 9/17 12/18 13/1 13/2 13/24 14/7 15/12 17/23 19/2 19/6 19/13 20/18 20/19 20/23 21/13 21/15 22/25 26/2 27/12 28/16 28/16 29/8 30/12 30/25 35/16 46/24 47/2 49/15 52/3 52/13 54/4 54/4 58/12
**can't [10]** 4/8 27/14 30/18 30/19 30/20 51/5 54/17 55/11 57/17 58/8
**candid [1]** 33/20
**candidly [1]** 57/13
**cannot [2]** 48/9 52/3
**Capitol [42]** 23/18 23/25 24/3 24/6 24/10 24/15 24/19 25/17 26/7 28/4 29/1 29/25 30/2 31/21 32/7 32/11 32/19 32/24 33/10 33/11 34/4 34/19 34/21 36/5 36/17 37/19 38/2 38/11 38/16 38/24 39/3 41/9 45/3 45/7 46/7 50/1 50/13 53/1 55/25 56/4 56/14 56/17

**care [1]** 23/2
**carry [2]** 35/21 56/18
**case [21]** 4/5 4/13 7/20 8/20 9/22 9/25 10/6 10/6 11/15 17/14 23/6 23/22 27/7 28/25 29/14 31/19 32/9 37/14 40/6 42/16 56/8
**cases [3]** 8/17 10/12 10/15
**cause [3]** 50/6 50/19 50/19
**caused [1]** 36/6
**causing [1]** 51/7
**cell [3]** 29/7 29/8 29/8
**center [1]** 22/19
**central [1]** 37/1
**certain [2]** 48/1 57/14
**certainly [15]** 9/17 10/17 10/25 15/21 17/20 26/6 28/7 34/22 36/3 36/8 45/4 50/6 50/18 56/25 57/17
**certainty [1]** 36/3
**certification [9]** 31/19 33/2 33/15 34/8 34/21 42/2 42/5 43/11 44/18
**Certified [1]** 3/3
**certify [4]** 33/8 33/9 33/11 61/2
**cetera [1]** 24/8
**CH [1]** 3/4
**challenges [1]** 6/11
**chance [1]** 9/22 23/11
**change [2]** 25/10 49/15
**changed [1]** 35/25
**channel [1]** 25/19
**characteristics [1]** 53/7
**charge [3]** 30/1 50/6 50/7
**charged [10]** 7/21 8/15 32/16 40/5 41/18 42/16 49/21 50/3 56/8 59/17
**charges [8]** 7/13 25/16 29/24 29/25 49/24 50/11 50/19 53/1
**charging [3]** 56/2 56/5 56/16
**chat [2]** 23/8 36/14
**chats [1]** 43/17
**Chicago [1]** 39/19
**Chief [1]** 17/8
**circle [2]** 24/12 24/13
**circumstances [5]** 17/9 25/3 44/4 53/7 58/2
**cited [6]** 31/17 33/3 33/4 33/15 44/24 55/23
**cities [1]** 40/22
**citizen [1]** 24/5
**city [1]** 35/20
**claim [1]** 23/21
**claimed [1]** 49/19
**clear [3]** 38/9 52/20 56/11
**clearances [1]** 53/9

**clearly [1]** 37/2
**client [8]** 25/17 25/21 25/25 26/5 29/19 38/12 38/25 41/5
**clients [3]** 16/10 19/16 20/24
**clock [1]** 16/16
**close [1]** 18/13
**co [12]** 31/13 32/18 33/16 34/12 34/18 34/23 35/24 36/9 36/21 44/25 45/1 55/24
**co-conspirators [3]** 31/13 34/12 34/18
**co-defendant [3]** 34/23 44/25 45/1
**co-defendants [6]** 32/18 33/16 35/24 36/9 36/21 55/24
**Code [4]** 7/23 8/1 8/4 8/6
**colleague [1]** 18/19
**College [4]** 31/20 42/2 43/11 49/23
**COLUMBIA [9]** 1/1 1/14 2/8 26/17 26/18 28/15 49/8 51/21 58/23
**come [9]** 27/14 31/13 32/3 34/24 39/25 42/10 46/6 53/24 55/22
**comes [1]** 53/22
**coming [1]** 5/22
**commander [1]** 26/23
**comment [3]** 28/22 37/11 45/18
**commenting [1]** 37/23
**comments [1]** 39/8
**commit [1]** 36/24
**committed [1]** 30/21
**commotion [2]** 24/6 24/10
**communicate [1]** 51/18
**communicating [1]** 25/20
**communication [3]** 25/19 36/21 51/16
**communications [5]** 28/11 50/14 51/25 51/25 52/4
**community [3]** 31/11 50/23 52/23
**compelled [1]** 57/15
**complex [2]** 9/22 11/15
**complex-case [1]** 9/22 11/15
**computer [5]** 3/7 5/22 6/1 29/16 47/24
**computer-aided [1]** 3/7
**computers [6]** 29/6 47/5 48/6 51/15 53/16 53/17
**concede [1]** 32/4
**conceded [1]** 23/15
**concedes [1]** 25/20
**concern [9]** 25/3 27/11 27/22 28/2 29/3 30/17

**concern... [3]** 35/23
45/1 45/14
**concerned [3]** 26/8
51/3 53/18
**concerns [7]** 26/11
28/8 30/23 31/7 41/15
53/11 53/18
**concession [1]** 23/7
**concluded [1]** 60/3
**concluding [1]** 52/21
**concrete [2]** 38/1
43/14
**condition [1]** 58/10
**conditions [12]** 30/25
31/10 51/11 52/6 52/13
52/17 52/22 53/10 54/1
56/24 58/1 59/23
**condone [1]** 49/4
**conduct [4]** 26/8 45/16
53/13 59/19
**conducted [1]** 48/16
**conference [4]** 1/9
55/7 55/10 55/12
**CONFERENCE/ARRAI
GNMENT [1]** 1/9
**confidence [1]** 28/10
**confinement [1]** 51/12
**confirm [3]** 6/15 47/25
48/3
**confirmed [2]** 29/4
48/6
**conflict [6]** 19/14 19/18
20/14 20/25 20/25 21/4
**conflicts [3]** 18/21
20/13 20/20
**confront [1]** 32/6
**confusing [1]** 15/3
**Congress [1]** 31/21
**congressional [6]**
32/21 35/6 37/3 50/2
55/25 56/4
**connection [2]** 29/9
36/20
**Connie [6]** 12/3 14/25
15/1 15/2 18/6 18/18
**consent [1]** 47/24
**consented [5]** 47/5
47/6 48/1 48/2 48/7
**consequence [1]**
32/10
**consider [5]** 41/17
50/10 56/23 57/5 57/7
**consideration [1]**
41/20
**considering [1]** 57/12
**considers [1]** 57/23
**conspiracy [17]** 7/22
24/19 24/23 25/15 30/4
30/5 32/23 32/25 33/1
33/1 33/18 36/24 44/17
50/3 56/3 56/3 56/7
**conspirators [3]** 31/13
34/12 34/18
**conspired [1]** 55/24
**conspiring [1]** 49/22
**Constitution [1]** 3/4
**constructively [1]** 58/8

**contacts [1]** 25/13
**contained [1]** 56/1
**context [3]** 37/23 45/20
45/21
**contingency [2]** 27/7
28/25
**continue [5]** 9/6 10/20
28/11 44/20 45/14
**continued [3]** 2/1 3/1
44/8
**continues [1]** 44/11
**continuing [1]** 28/17
**control [2]** 10/7 13/9
**convene [1]** 17/22
**conversations [1]** 36/8
**convictions [2]** 53/8
53/23
**convinced [1]** 41/8
**Cooper [1]** 13/22
**coordinate [1]** 52/18
**copy [2]** 7/16 54/3
**correct [4]** 7/9 15/1
32/14 61/3
**correctly [1]** 24/14
**corrupt [1]** 43/10
**corruptly [2]** 35/5 37/3
**could [22]** 5/14 5/15
5/21 6/6 10/11 10/12
15/14 19/18 24/23
27/20 29/14 29/14
29/15 31/11 37/10
42/12 46/2 46/15 52/16
54/25 58/17 59/13
**couldn't [1]** 58/14
**counsel [31]** 5/8 9/2
10/15 11/2 11/11 11/13
12/13 13/14 14/21 16/9
16/24 17/4 17/15 18/22
19/19 19/21 20/5 20/10
20/13 20/20 21/14
21/14 21/18 22/7 22/13
38/22 47/2 49/6 51/8
59/2 59/9
**count [8]** 7/22 7/24 8/2
8/5 8/14 49/23 49/23
56/5
**Count 1 [1]** 7/22
**Count 2 [1]** 7/24
**Count 3 [1]** 8/2
**Count 4 [1]** 8/5
**country [5]** 27/4 29/10
39/17 39/20 40/13
**counts [1]** 7/21
**couple [7]** 17/17 23/12
24/2 24/13 24/24 54/14
58/13
**course [4]** 41/16 45/15
54/8 57/1
**court [35]** 1/1 3/2 3/3
9/15 11/21 11/25 14/10
16/6 16/16 18/20 21/4
22/16 22/25 25/1 25/2
25/3 25/5 27/25 29/18
31/10 40/12 40/17
41/21 42/25 46/22 48/8
55/11 55/22 55/23
56/23 57/7 57/18 57/23

**Court's [15]** 27/10 29/3
30/17 30/23 31/2 31/7
33/10 37/17 38/3 39/8
40/17 46/20 46/21
55/20 57/6
**courtroom [4]** 4/6 7/12
9/11 9/12
**covering [1]** 45/2
**COVID [2]** 17/10 61/6
**COVID-19 [1]** 61/6
**CR [1]** 1/4
**create [1]** 19/18
**criminal [5]** 4/5 4/13
7/20 46/16 53/23
**crowds [1]** 39/2
**Crowl [1]** 46/1
**CRR [2]** 61/2 61/11
**crud [3]** 33/8 33/9
33/11
**cs.com [1]** 2/15
**current [1]** 17/7 44/20
**currently [1]** 13/3
**custody [1]** 15/9
**cut [1]** 26/4

**D**

**D.C [9]** 1/5 1/15 2/10
2/14 2/18 3/5 32/3
34/24 35/12
**danger [1]** 26/19
**dangerousness [2]**
35/23 57/16
**date [11]** 12/16 13/3
13/7 13/10 13/15 14/11
14/21 16/6 16/11 16/16
61/10
**david [9]** 2/2 2/21 2/22
2/24 4/20 4/24 12/2
12/10 37/9
**day [9]** 13/21 24/18
24/18 27/2 32/21 50/3
50/25 53/4 54/23
**days [9]** 8/18 10/3
10/25 11/8 13/10 13/10
41/7 45/3 45/12
**deal [1]** 51/7
**December [2]** 23/13
24/18
**decision [4]** 11/21 13/2
22/8 38/4
**defend [1]** 49/18
**defendant [19]** 2/2 2/7
2/12 2/16 2/21 4/14
4/15 4/16 4/16 4/17
4/20 4/21 4/22 4/23
4/24 8/11 34/23 44/25
45/1
**defendants [30]** 1/7
5/1 5/3 6/13 6/14 7/5
7/5 8/17 8/25 10/13
10/19 10/20 11/12 15/7
15/24 16/1 16/25 17/2
17/4 17/14 17/17 18/22
19/13 32/18 33/16
35/24 36/9 36/21 55/21
55/24
**DEFENDER [3]** 2/8

**defense [10]** 7/16 7/17
11/2 11/13 16/9 16/23
17/6 40/3 40/4 59/12
**defenses [1]** 10/13
**deferring [2]** 11/21
11/25
**degree [1]** 28/10
**delay [2]** 32/20 50/2
**denies [1]** 30/6
**deny [1]** 26/16
**Department [1]** 10/10
**depending [1]** 44/3
**deputized [1]** 39/24
**Deputy [2]** 4/6 7/13
**derived [1]** 15/12
**described [2]** 38/15
49/5
**describing [1]** 34/24
**designation [2]** 12/4
12/8
**destroyed [1]** 28/5
**destruction [2]** 8/2
53/12
**detained [1]** 12/5
**detention [25]** 15/7
15/13 22/8 22/18 29/15
15/23 26/7 28/4 28/5
32/13 38/1 41/13 48/4
48/9
**difference [1]** 29/2
**different [10]** 17/25
24/25 38/13 39/21
40/16 53/13 53/14
53/19 56/12 56/13
**differently [4]** 19/25
33/25 47/17 56/13
**difficult [2]** 10/24 31/8
**difficulties [1]** 17/9
**diminish [2]** 26/14
41/14
**diminished [1]** 26/20
**direct [2]** 50/12 53/2
**direct evidence [1]**
50/12
**directly [3]** 27/25 33/7
58/8
**disabled [1]** 23/4
**disagree [1]** 45/21
**disagreeing [1]** 39/9
**disagrees [1]** 46/14
**disclosure [1]** 17/4

**discovery [14]** 8/22 9/1
9/4 9/6 9/24 10/2 10/15
11/1 11/4 11/4 13/12
15/11 17/4 17/5
**discuss [3]** 15/24
18/16 57/17
**discussed [6]** 31/23
36/11 41/25 42/14
42/15 42/17
**discusses [1]** 35/11
**discussion [2]** 31/16
42/3
**discussions [1]** 23/14
**disorder [1]** 39/18
**disposal [1]** 15/22
**dispute [1]** 38/14
**disrupt [1]** 49/22
**DISTRICT [18]** 1/1 1/1
1/11 1/14 2/8 26/17
26/18 27/14 28/15
29/12 30/16 31/14 49/7
51/14 51/21 58/23
58/24 59/6
**do [51]** 4/6 7/19 8/7
11/23 12/15 12/15
14/19 14/19 14/24
15/21 16/25 17/24
18/23 18/25 19/5 20/5
20/11 21/18 22/12
27/24 29/16 31/5 34/7
34/16 34/19 34/22 35/2
36/10 37/17 39/20
40/10 41/16 43/5 43/22
44/10 46/19 48/18
50/25 52/3 52/3 52/11
52/11 52/12 52/24 53/3
53/4 53/11 54/15 56/25
57/9 58/19
**do you [2]** 8/7 20/5
**Do you have [1]** 37/17
**doctor [1]** 58/16
**doctors [3]** 22/22
58/16 59/5
**document [1]** 56/17
**documented [1]** 51/9
**does [10]** 7/17 9/23
14/21 16/2 44/10 56/13
57/23 58/4 58/15 59/4
**doesn't [9]** 22/24 26/15
29/8 36/8 41/12 41/14
46/18 46/21 46/22
**doing [3]** 36/9 36/18
43/20
**don't [35]** 7/11 8/21
9/10 10/1 14/13 19/4
21/18 22/13 25/12
25/21 27/24 28/15
36/12 37/20 38/10
39/23 39/24 40/2 40/21
40/24 43/2 44/14 46/25
47/3 47/4 47/10 47/14
47/22 48/19 48/20 49/4
54/23 57/17 58/20
59/15
**doors [1]** 24/3
**doubt [1]** 41/4
**doubts [1]** 25/23
**Douyon [2]** 52/11 54/3

**D**

**down [11]** 13/4 13/9 24/1 24/7 30/24 34/13 39/18 40/25 41/1 45/6 45/8
**dozens [1]** 27/6
**driving [1]** 54/24
**due [1]** 17/9
**during [3]** 14/17 40/10 61/5
**dwilsonlaw.com [1]** 2/24

**E**

**each [5]** 6/14 8/14 16/24 32/18 49/25
**earlier [1]** 31/7 41/20
**early [2]** 13/2 50/4
**easily [1]** 35/17
**east [1]** 36/17
**echoing [2]** 6/9 55/10
**Edward [1]** 4/15
**effect [3]** 33/6 33/8 34/25
**effectuate [3]** 35/7 37/5 43/13
**efforts [1]** 10/14
**eight [1]** 38/10
**either [3]** 35/19 51/18 58/7
**election [3]** 23/18 24/20 49/19
**Electoral [4]** 31/20 42/2 43/11 49/22
**electronic [2]** 51/13 51/16
**electronic-communication [1]** 51/16
**else [9]** 15/23 16/2 17/13 17/13 18/16 21/7 56/20 57/2 59/9
**elsewhere [1]** 44/13
**email [6]** 1/16 2/5 2/15 2/19 2/24 54/21
**emotionally [1]** 51/6
**Empire [1]** 2/4
**encouragement [2]** 32/10 32/11
**encrypted [2]** 51/18 51/18
**end [4]** 9/18 37/16 46/11 50/24
**enforcement [3]** 40/14 40/16 43/5
**engage [3]** 28/11 28/17 31/14
**engaged [2]** 26/9 32/2
**enough [2]** 46/18 58/21
**ensure [1]** 52/23
**entailed [1]** 26/15
**enter [17]** 12/23 26/7 26/18 28/4 32/13 32/19 32/24 38/11 38/24 39/4 50/1 50/13 50/15 50/16 53/1 56/14 56/17
**entered [4]** 8/11 8/14 32/12 38/15

**entry [1]** 34/20
**epidural [1]** 22/23
**equally [1]** 56/11
**essentially [7]** 22/7 23/22 23/22 32/1 32/9 39/1 42/10
**estimate [2]** 9/23 10/2
**et [2]** 1/6 24/8
**et cetera [1]** 24/8
**even [4]** 25/24 32/4 49/5 51/25
**events [11]** 23/10 23/14 26/10 39/21 44/2 44/9 44/12 44/14 45/2 45/12 51/6
**ever [3]** 30/6 30/21 46/1
**every [4]** 36/23 36/24 36/24 48/5
**everybody [10]** 4/3 13/13 17/16 18/1 18/2 21/13 27/13 39/11 48/23 49/1
**everyone [4]** 5/14 5/15 6/12 18/15
**everything [1]** 47/14
**evidence [40]** 10/21 23/8 23/15 24/20 31/16 31/17 32/14 32/22 33/2 33/3 34/5 34/7 34/17 35/5 35/6 36/13 37/17 37/20 38/1 41/3 41/9 41/17 41/21 42/25 43/2 44/6 50/5 50/10 50/11 50/12 50/23 50/25 50/25 52/21 52/24 52/25 53/2 53/3 53/12 53/24
**exaggeration [1]** 22/18
**excellent [1]** 37/15
**except [1]** 5/24
**exchange [1]** 44/25
**exclude [2]** 16/24 17/11
**excludes [1]** 17/8
**excluding [1]** 16/15
**exclusion [1]** 17/3
**execute [1]** 41/8
**executed [1]** 47/21
**exercises [1]** 19/17
**exhibit [7]** 23/19 23/21 23/23 24/4 24/11 25/7 36/15
**exist [1]** 44/19
**exists [2]** 34/5 34/7
**expect [2]** 15/9 43/15
**expected [1]** 43/20
**expecting [1]** 15/6
**explain [1]** 40/11
**explained [1]** 46/5
**explains [1]** 23/23
**explanation [1]** 49/15
**explicitly [1]** 34/20
**explored [1]** 21/2
**exploring [1]** 42/6
**expound [1]** 31/25
**expressing [1]** 45/1

**F**

**Facebook [3]** 30/15 30/15 33/7
**facilitate [1]** 17/3
**fact [9]** 10/11 12/5 19/16 25/6 27/5 31/8 32/15 39/10 45/11
**factors [4]** 41/16 44/19 57/24 58/5
**facts [6]** 47/1 47/8 47/17 47/18 48/9 49/15
**factual [1]** 41/19
**fair [1]** 29/22 56/10
**fairly [1]** 8/20 58/2
**fanciful [1]** 40/7
**fantastic [3]** 40/8 44/1 49/10
**far [3]** 16/1 30/3 30/15
**farm [2]** 46/4 46/6
**fashion [1]** 19/23 22/14
**fault [1]** 23/3
**favor [1]** 53/7
**favorable [3]** 51/1 52/25 53/25
**FBI [7]** 30/19 45/23 45/24 46/8 47/4 53/15 53/16
**fd.org [1]** 2/11
**fear [3]** 26/25 26/25 27/3
**FEDERAL [3]** 2/8 20/19 20/20
**feedback [4]** 9/9 9/10 28/1 58/14
**feel [1]** 57/15
**fell [1]** 49/20
**few [2]** 26/21 45/3
**figure [4]** 17/15 17/23 18/2 31/5
**file [6]** 12/16 12/24 12/25 14/18 57/10 58/3
**filed [5]** 9/21 12/18 14/15 22/7 31/18
**filing [1]** 57/12
**fill [1]** 52/16
**fine [1]** 21/5
**firearms [3]** 58/7 58/9 58/9
**first [13]** 8/19 17/19 22/13 22/17 28/21 28/21 31/14 35/12 35/23 37/21 45/5 45/18 58/22
**First Amendment [1]** 31/14
**Fischer [10]** 2/2 2/3 4/20 12/10 14/13 14/14 26/2 27/21 36/11 43/4
**fischerandputzi [1]** 2/6
**five [2]** 5/1 37/25
**FL [1]** 2/23
**flash [1]** 24/8
**focus [1]** 41/2
**focused [1]** 33/14 33/14
**folks [6]** 27/16 28/14

**follow [2]** 35/14 55/5
**followed [1]** 44/22
**following [5]** 7/21 12/15 19/9 43/6 58/20
**follows [1]** 32/2
**foothills [1]** 29/11
**force [3]** 26/13 26/15 27/12 33/21 34/20 35/7 35/10 35/19 35/21 37/4 37/7 42/1 43/12
**forces [1]** 28/13
**forcibly [4]** 32/19 50/1 55/24 56/4
**foregoing [1]** 61/3
**forgot [1]** 58/6
**form [2]** 52/16 52/18
**formal [1]** 7/17
**former [1]** 26/23
**forth [2]** 46/10 46/13
**forthcoming [1]** 47/19
**forward [4]** 10/23 18/7 44/8 54/22
**forward-looking [1]** 44/8
**found [2]** 48/17 50/7
**fountain [3]** 23/24 24/3 24/12
**Fourth [1]** 1/14
**frank [1]** 29/17
**frankly [2]** 39/3 40/7
**free [2]** 15/21 58/3
**freely [1]** 28/3
**friending [1]** 30/15
**friends [1]** 30/15
**front [4]** 17/21 23/25 24/3 24/15
**full [1]** 45/20
**fully [1]** 25/14
**fulsome [1]** 47/18
**further [4]** 22/10 27/11 48/18 50/3
**future [1]** 15/10

**G**

**gas [1]** 24/8
**gathered [1]** 10/21 39/2
**gathering [1]** 10/8
**gave [6]** 27/19 30/19 45/23 46/8 46/8 48/6
**get [17]** 11/5 11/6 12/19 13/2 17/16 18/1 18/6 18/11 20/23 25/14 35/19 39/5 39/24 40/21 54/3 54/4 54/5
**getting [2]** 36/16 54/23
**give [6]** 17/5 29/7 47/12 47/23 48/23 55/5
**given [5]** 47/3 53/14 53/20 53/22 57/15
**Glen [1]** 2/4
**gmail.com [1]** 2/19
**go [18]** 6/14 21/22 22/13 23/13 25/22 29/1 36/4 37/12 40/14 40/23 40/25 41/1 42/21 46/22 47/15 54/13

**go ahead [4]** 37/12 42/21 54/13 54/16
**goal [5]** 17/16 33/1 33/18 43/8 43/13
**goes [2]** 44/6 45/9
**going [24]** 7/13 10/23 11/14 11/21 12/7 15/11 24/6 24/11 30/9 30/16 31/5 31/20 39/15 39/16 39/18 46/18 48/11 51/10 51/11 51/20 51/22 54/15 57/9 57/20
**gone [3]** 6/9 40/16 46/16
**good [5]** 4/2 4/4 5/8 5/11 60/2
**GoPro [1]** 36/18
**got [8]** 15/21 17/24 18/3 26/18 26/24 38/14 58/22 59/19
**govern [1]** 9/4
**government [46]** 1/13 4/19 8/2 8/21 9/21 9/23 12/18 12/24 12/25 14/16 14/18 14/21 19/8 20/10 21/10 21/14 21/18 23/15 23/20 24/16 25/20 28/23 29/6 30/18 31/6 31/18 32/16 33/19 35/22 37/24 43/9 43/22 44/10 45/14 46/9 46/14 47/13 48/14 54/6 55/20 55/23 57/5 57/10 57/22 58/3 59/10
**government's [18]** 11/15 12/17 23/7 24/11 24/22 25/7 32/14 33/4 34/1 34/2 34/15 35/4 37/16 38/15 42/24 45/11 48/12 57/16
**Governor [1]** 2/3
**GPS [1]** 51/13
**grand [1]** 50/7
**great [2]** 37/16 51/7
**grenades [1]** 24/8
**ground [1]** 23/6
**grounds [2]** 8/5 12/12
**group [13]** 23/8 31/23 33/19 33/20 34/12 35/1 35/11 36/22 38/10 41/25 43/4 44/17 45/13
**groups [4]** 18/3 34/11 42/4 42/9
**guess [6]** 22/12 28/8 39/23 43/25 47/7 58/19
**guilty [4]** 8/8 8/9 8/11 8/14
**gun [1]** 35/13
**guns [2]** 26/17 27/8 29/4

**H**

**had [26]** 4/10 9/22 11/11 11/14 11/16 13/9 18/24 23/11 25/22 26/11 27/22 29/19 36/8 37/14 43/8 44/2 44/25

**H**

had... [9] 46/1 46/4 46/6 47/3 47/4 49/19 53/3 53/18 55/17
hand [1] 13/1
hands [3] 11/2 26/24 43/21
hang [1] 30/8
happen [5] 27/20 30/7 43/24 48/4 48/9
happened [5] 24/24 27/6 32/15 34/11 35/3
happy [1] 22/9
has [35] 7/16 8/14 9/21 14/16 16/14 18/19 21/2 22/7 23/3 23/6 27/18 29/4 29/7 29/18 29/18 30/21 30/22 32/1 32/16 33/19 35/25 36/22 36/24 40/18 44/15 46/9 46/10 46/16 50/5 53/9 53/14 53/24 54/11 58/16 59/5
hasn't [1] 26/20
hatched [1] 25/24
have [87]
haven't [4] 9/22 23/25 29/21 48/5
having [6] 25/18 26/16 28/5 28/25 35/16 35/21
he [102]
he didn't [1] 26/7
he said [2] 33/7 47/14
he's [17] 26/24 28/5 28/10 36/5 36/13 36/16 38/13 46/17 46/18 48/7 50/3 51/5 53/8 56/12 56/13 58/15 58/22
head [1] 48/21
headsets [1] 4/10
health [2] 51/4 53/10
hear [19] 4/3 4/7 4/9 4/10 5/12 5/13 6/14 6/15 6/16 6/23 19/2 19/6 22/9 31/4 38/1 54/17 55/10 55/11 58/14
heard [2] 37/20 37/20
hearing [12] 5/7 7/4 9/9 14/17 15/13 20/21 21/15 26/7 28/9 38/5 54/11 61/5
hearing's [1] 47/1
heavy [1] 26/18
held [4] 11/20 29/14 29/14 53/9
help [5] 39/19 39/20 39/25 40/14 40/16
her [6] 18/7 29/8 39/6 48/3 54/18 54/21
here [18] 4/6 7/3 16/2 18/10 21/19 31/5 35/13 38/14 40/5 40/25 41/7 41/17 46/11 50/20 51/1 52/11 53/6 56/18
here's [1] 27/21
highlight [1] 56/7
highlighting [1] 6/2

**highway [1]** 2/8
Hill [2] 33/10 33/11
him [26] 15/14 19/18 23/1 23/2 26/11 28/17 28/17 41/3 41/15 45/6 45/7 45/24 45/25 46/2 46/18 46/22 49/19 50/14 51/4 51/7 51/17 51/17 52/25 53/25 54/1 58/1
himself [3] 32/12 36/14 36/16
hinder [2] 32/20 50/2
hint [1] 52/5
hired [1] 19/15
his [39] 6/5 15/9 21/14 22/6 22/20 22/23 22/23 23/23 25/6 25/9 26/8 26/19 26/24 31/12 32/9 36/3 36/21 46/1 46/6 47/5 47/6 47/18 47/23 47/23 48/1 48/2 48/6 48/6 48/12 49/5 51/8 51/8 53/6 53/7 53/10 54/5 56/24 56/24 59/3
hit [1] 9/17
hold [1] 56/19
holding [2] 17/10 37/16
home [4] 29/14 47/6 51/12 59/3
honest [1] 29/19
Honor [93]
HONORABLE [1] 1/10
hope [2] 9/8 11/4
hopeful [5] 9/5 17/20
hopefully [1] 54/4
hoping [1] 42/25
hotmail.com [1] 2/6
hounding [1] 46/5
hour [3] 30/19 45/23 51/12
house [3] 29/5 58/17 59/1
housekeeping [1] 58/13
how [18] 8/7 12/6 17/22 17/24 25/9 25/20 28/9 28/16 28/16 34/13 36/5 40/2 42/1 46/5 46/6 56/8 56/19 57/11
however [2] 42/6 59/2
huge [1] 29/2 59/2
hundred [3] 23/12 24/2 24/13

**I**

I am [4] 21/22 50/9 51/3 51/10
I apologize [3] 9/8 55/14 55/19
I believe [5] 7/7 37/22 37/23 46/12 46/13
I can [6] 13/2 19/6 20/18 20/19 22/25 54/4
I can't [5] 4/8 51/5 54/17 55/11 57/17
I cannot [1] 11/2

**I couldn't [1]** 26/13
I did [4] 46/25 47/2 48/4 48/20
I don't [5] 25/21 39/24 40/24 46/25 47/10 48/19 48/20 49/4
I don't think [6] 10/1 37/20 47/3 47/4 47/14 58/20
I expect [1] 15/9
I guess [6] 22/12 28/8 39/23 43/25 47/7 58/19
I have [5] 25/23 28/2 29/17 47/24 48/3
I haven't [2] 9/22 29/21
I hope [2] 9/8 11/4
I just [4] 40/2 40/25 48/5 48/8
I know [8] 9/21 18/12 18/18 25/12 29/23 47/7 48/1 58/16
I mean [10] 17/16 26/4 26/19 28/2 32/1 32/16 33/23 40/2 40/4 41/2
I ordered [1] 14/17
I should [2] 7/4 16/7
I think [34] 5/22 11/12 11/13 11/20 14/15 14/19 14/23 21/13 25/23 26/6 34/5 34/14 35/22 37/24 38/3 38/4 39/11 40/17 40/24 41/10 43/3 44/16 44/18 45/3 47/12 48/13 50/5 51/1 53/17 53/23 57/10 58/1 58/18 59/20
I understand [10] 24/22 25/13 30/8 30/23 40/10 40/17 48/16 52/9 54/11 59/24
I want [1] 22/17
I was [8] 13/6 32/2 39/5 41/7 47/3 47/4 48/11 58/20
I went [2] 27/2 32/17
I will [3] 13/21 53/25 58/6
I'd [1] 23/19
I'll [17] 6/14 7/12 7/13 11/23 12/25 15/2 16/24 17/11 20/22 46/11 48/24 52/16 52/17 53/5 54/21 54/22 55/5
I'm [30] 5/3 5/19 5/20 6/15 9/9 9/10 11/22 14/1 14/13 15/3 15/3 17/20 17/25 22/9 23/25 30/9 40/25 42/22 47/14 47/15 47/16 47/16 48/4 48/9 50/8 50/20 54/22 57/9 57/20 59/20
I'm just [1] 47/16
I'm not [8] 23/25 40/25 47/15 47/16 48/4 48/9 57/9 57/20
I'm not sure [1] 17/25
I'm sorry [4] 5/3 14/13 15/3 42/22

**I've [12]** 22/9 23/11 29/19 37/14 46/12 51/4 53/9 54/1 57/24 58/1 58/4 59/19
idea [2] 12/6 27/19
ideas [1] 49/20
Illinois [1] 39/19
impetus [1] 36/6
important [2] 27/10 37/1
incarcerated [1] 46/17
incitement [1] 39/2
include [1] 59/4
included [2] 52/13 57/1
includes [1] 51/24
incorporate [1] 53/5
incorrectly [2] 57/24 58/5
incursion [1] 41/8
Indiana [1] 2/9
indicate [1] 36/2
indicated [2] 11/14 14/16 23/5
indicates [2] 24/4 25/21
indication [1] 23/17
indications [1] 35/1
indictment [7] 7/16 7/18 31/17 32/17 33/3 33/16 56/2
indirectly [1] 58/8
individual [2] 19/19 19/21
individually [2] 20/24 47/22
individuals [3] 36/17 39/15 42/16
indulgence [1] 33/10
inescapable [2] 49/13 49/14
infer [1] 48/11
information [12] 15/12 18/13 45/24 48/18
initial [1] 15/13
injuries [1] 23/4
innocent [2] 29/20 46/13
inquiring [1] 41/21
inquiry [2] 20/9 48/13
inside [1] 45/7
insofar [1] 17/22
instance [5] 30/18 30/20 30/21 35/12 35/23
instant [1] 25/18
institute [1] 42/11
Insurrection [1] 42/8
intend [2] 11/17 14/19
intended [1] 30/6
intent [3] 33/5 35/5 36/4
interactions [1] 23/1 23/16
interest [1] 19/14 19/18

**interests [2]** 17/1 17/1
Internet [1] 29/9
interrupt [1] 26/2
interstate [1] 59/5
interview [5] 30/19 45/23 47/4 47/12 53/15
intricately [1] 26/9
invade [4] 23/18 24/19 37/19 38/2
investigation [6] 10/8 10/9 10/18 10/21 34/5 43/1
invited [1] 40/1
invoke [1] 42/7
involved [8] 26/16 28/7 32/23 37/7 38/18 38/18 41/5 48/5
involves [4] 44/7 50/22
iota [1] 46/10
is [169]
is there [5] 15/23 17/13 18/15 21/7 32/22
issue [8] 18/19 19/25 21/2 25/15 40/17 47/13 47/17 55/22
issued [1] 17/8
issues [5] 6/8 16/3 22/20 24/24 51/8
it [65]
It is [1] 30/1
it's [30] 5/22 6/2 9/10 10/23 12/7 13/10 13/10 13/14 21/24 22/7 22/21 23/22 24/2 24/25 27/5 27/5 27/5 37/22 38/21 40/4 40/10 42/15 45/2 45/20 49/19 51/6 51/11 54/24 55/1 55/10
its [5] 12/18 23/20 35/23 46/9 55/23
itself [3] 32/12 33/20 57/5

**J**

jail [3] 22/24 23/1 59/23
January [23] 23/10 23/13 23/14 24/24 25/16 26/10 30/5 31/14 31/21 32/3 32/10 32/20 32/24 33/9 34/2 34/3 37/18 38/24 39/12 44/2 46/17 50/1 50/4
JC [4] 4/8 9/11 13/4 19/5
Jessica [2] 2/7 4/15
Jessica Marie [1] 4/15
job [1] 37/16
John [3] 2/16 2/17 4/22
johnlmachado [1] 2/19
joined [1] 37/2
JUDGE [6] 1/11 12/2 13/22 15/8 17/8 21/1
Judge Cooper [1] 13/22
jurisdiction [1] 18/8
jury [2] 13/21 50/7
just [41] 6/13 7/7 7/12

## J

just... [38] 7/13 8/19
12/13 12/25 17/15
17/23 19/8 20/14 23/3
26/4 27/5 27/25 29/17
31/8 34/25 35/2 36/1
37/21 39/23 40/2 40/6
40/7 40/25 42/20 46/1
47/16 48/5 48/8 48/23
51/1 51/5 52/20 55/21
56/7 57/4 58/12 58/12
59/13
justice [2] 10/10 17/1
justify [1] 59/21

## K

Kate [1] 55/15
Kathryn [2] 1/13 4/18
kathryn.rakoczy [1]
1/16
keep [3] 18/12 28/22
29/10
Keepers [13] 23/9
23/16 25/13 25/16
25/22 33/17 39/10
39/14 39/25 42/10
42/15 43/19 51/24
Kelly [8] 2/21 4/17 4/25
5/6 12/3 14/16 18/18
34/23
Kelly Meggs [1] 4/25
Kentucky [1] 39/18
kettle [1] 33/12
kind [8] 19/12 27/12
28/11 28/17 40/18
44/11 51/16 52/13
knew [2] 37/3 46/3
know [43] 9/21 11/11
14/13 17/15 18/3 18/4
18/12 18/18 19/4 19/11
25/12 25/22 25/25 26/6
26/13 27/24 28/14
28/15 28/15 29/23
33/21 38/10 38/23 41/4
43/2 43/17 44/14 46/4
47/7 48/1 48/8 49/5
49/9 49/13 52/2 52/20
53/5 53/14 56/16 57/17
57/25 58/4 58/16
known [3] 32/19 47/1
49/25

## L

labeled [1] 22/8
lack [1] 53/23
language [2] 56/2 56/5
large [1] 38/6
larger [1] 10/9
last [10] 16/1 26/7 28/3
28/9 41/7 46/25 47/8
48/13 53/5 53/6
lasted [1] 50/4
law [14] 2/17 2/22
27/14 27/14 27/16
27/16 27/17 29/21
35/14 40/14 40/16
42/11 43/5 59/20
laws [1] 35/13

lawyer [2] 4/8 4/11
19/15 19/17 19/20
19/22 20/23
lawyers [2] 15/6 19/15
lead [3] 44/12 49/23
49/23
leader [1] 33/16 42/14
43/19
leaders [2] 23/16 23/17
leadership [3] 43/7
43/16 43/18
learning [1] 43/3
least [11] 11/13 23/12
24/2 24/13 32/5 32/5
32/7 45/12 50/12 50/17
53/2
leave [1] 58/15
leaving [1] 59/3
led [1] 26/10
legal [2] 28/24 28/25
Leigh [1] 1/13
length [2] 9/24 12/6
lesson [1] 46/18
let [21] 6/13 14/12 16/9
18/2 18/4 19/25 20/18
26/4 27/21 31/4 31/24
33/8 33/9 33/10 33/25
49/4 56/11 57/11 57/25
58/4 58/19
let's [7] 7/6 8/16 12/15
41/1 41/2 50/17 51/1
letter [1] 35/14
level [3] 9/1 40/21
42/11
liability [1] 46/16
liberty [2] 53/21 53/21
lie [1] 45/5
lied [4] 30/18 30/20
46/10 47/16
lieutenant [1] 26/23
light [5] 52/21 53/13
53/14 53/19 53/24
like [11] 22/22 22/23
23/12 24/2 24/13 34/11
34/22 35/18 37/21 42/4
42/10
likely [1] 11/14
limitations [1] 61/7
limits [1] 52/2
line [16] 6/5 6/7 19/5
21/21 26/5 27/24 30/10
34/14 38/10 46/11
47/15 47/15 54/20 55/7
55/10 55/12
lines [1] 5/15
listened [1] 38/5
listening [1] 30/10
litigator [1] 37/15
little [3] 9/9 10/24 28/1
live [3] 29/10 29/11
36/16
Lives [2] 42/3 49/9
LLP [1] 2/13
local [1] 39/25
location [1] 26/13
log [1] 21/13
long [3] 12/6 36/15
54/11

look [7] 9/22 20/18
27/2 41/2 41/4 46/25
57/20
looked [2] 24/1 39/14
looking [1] 44/5 44/8
54/22
looks [2] 23/12 24/2
lose [1] 54/18
lost [2] 19/4 55/18
lot [5] 24/6 26/24 40/21
43/4 44/16
Louisville [1] 39/17
love [2] 40/13 40/13
lower [1] 22/23
lying [1] 45/19

## M

Machado [4] 2/16 2/17
4/22 14/1
made [2] 17/19 43/4
mail [1] 52/1
main [1] 35/23
major [1] 25/3
make [9] 6/13 10/14
20/9 20/24 35/18 50/20
54/6 54/10 59/22
making [5] 10/14 28/12
33/20 35/9 37/7
man [13] 23/1 27/19
29/18 29/20 30/14
30/18 30/20 30/21
30/24 30/25 46/10
46/13 46/16
management [1] 22/22
manner [1] 56/5
many [4] 25/5 25/6
36/23 36/23
march [3] 1/5 32/11
61/10
Marie [1] 4/13
marshals [2] 18/7
18/12
Martial [1] 42/11
materials [8] 9/2 9/4
10/7 10/11 10/15 10/22
10/25 11/6
matter [6] 9/6 10/13
31/12 42/3 49/9 61/4
matters [3] 13/12
43/21 58/13
may [18] 7/15 10/20
13/13 15/9 15/13 22/16
28/13 34/18 37/13
38/13 41/19 44/2 45/17
47/1 54/6 54/20 55/10
57/5
maybe [4] 11/12 20/18
34/3 54/15
MD [1] 2/4
me [43] 4/3 4/7 5/12
5/13 6/13 6/14 6/16
8/18 8/18 12/19 14/12
16/9 17/21 18/25 19/2
19/25 20/18 26/4 26/8
26/20 27/21 28/8 31/4
31/24 33/25 37/15
38/17 38/20 40/7 44/7

mean [11] 17/16 20/22
26/4 26/19 28/2 32/1
32/16 33/23 40/2 40/4
41/2
means [1] 56/6
mechanical [1] 3/6
media [5] 25/9 27/15
36/7 39/13 39/15 45/2
46/5
medical [3] 23/2 58/18
59/1
meet [2] 18/1 57/14
meeting [1] 45/7
meetings [1] 23/9
Meggs [39] 2/21 4/17
4/25 5/6 5/11 5/12 5/13
6/4 6/6 6/25 7/8 7/12
8/14 12/3 12/3 12/21
14/12 14/16 14/25 15/1
15/2 15/8 16/12 17/18
18/6 18/18 18/18 19/2
19/3 19/4 19/8 19/19
19/24 20/10 20/14 21/3
21/9 34/23 42/17
Meggs' [2] 7/11 8/20
Meggs,in [1] 7/20
MEHTA [1] 1/10
member [2] 25/13
36/23
members [3] 43/5
44/17 56/6
membership [1] 23/17
memorandum [1]
23/20
mention [1] 41/20
mentioned [2] 41/24
56/5
merely [1] 35/15
Merit [1] 3/2
message [1] 44/24
messages [9] 23/12
25/6 34/22 36/1 36/14
36/15 39/13 39/15
50/14
Michelle [2] 2/7 4/21
microphone [1] 6/1
might [6] 20/11 20/16
33/22 34/9 34/11 34/12
34/14 42/1 42/4 42/7
43/14 44/3 44/11 47/16
47/17 47/17
military [3] 43/5 49/16
53/8
military-style [1] 49/16
militia [1] 42/3
million [1] 33/11
mind [4] 28/22 29/10
33/13 38/21
mindful [2] 10/11 43/1
mine [1] 26/19
minimum [1] 56/12
Minute [1] 12/23
minutes [2] 25/24
37/25

mirror [2] 44/10 44/15
mistake [1] 59/22
mistaken [1] 25/4
moment [2] 20/1 49/4
Monday [1] 57/8
monitor [3] 28/16
28/16 52/3
monitoring [1] 51/13
month [2] 24/17 38/4
11/22 24/3 24/14 33/11
35/2 36/9 44/12 48/13
50/24
most [3] 29/19 33/7
37/1
motion [13] 9/22 10/3
11/8 11/15 11/17 12/17
12/18 14/15 14/18
14/24 15/25 22/7 38/22
motions [2] 15/5 15/20
Mountains [1] 29/12
move [1] 15/14
moving [1] 18/7
Mr [3] 9/14 20/22 22/13
Mr. [114]
Mr. and [2] 12/21 21/3
Mr. Bennie [1] 13/20
Mr. Brennwald [2]
14/7 16/20
Mr. Caldwell [62]
15/25 21/15 33/6 33/13
35/8 51/4 52/4 57/16
Mr. Crowl [1] 46/1
Mr. Douyon [2] 52/11
57/16
Mr. Fischer [6] 14/13
14/14 26/2 27/21 36/11
43/4
Mr. Kelly [1] 18/18
Mr. Machado [1] 14/1
Mr. Meggs [17] 5/13
6/4 6/6 6/25 7/8 7/12
8/14 14/12 15/8 19/2
19/3 19/4 19/8 19/19
19/24 20/10 42/17
Mr. Meggs' [2] 7/11
8/20
Mr. Meggs,in [1] 7/20
Mr. Nestler [2] 10/19
18/19
Mr. Parker [1] 5/10
Mr. Wilson [5] 5/17
34/13 14/15 18/20 20/1
Mrs. [1] 29/4
Mrs. Caldwell [1] 29/4
Ms [1] 51/2
Ms. [45] 5/10 5/10 5/11
5/12 6/19 6/22 9/21
11/18 11/20 12/21
13/18 14/25 15/17 16/5
16/12 16/14 17/18
17/18 18/6 18/18 20/10
21/3 21/20 31/4 31/24
37/14 37/25 38/5 39/6
42/17 42/21 43/25 45/6
45/8 45/19 45/19 45/25
46/24 54/12 54/16

**M**

Ms.... [5] 54/19 55/5 55/16 56/10 57/11
Ms. Connie [3] 14/25 18/6 18/18
Ms. Meggs [5] 5/11 5/12 12/21 16/12 17/18 21/3
Ms. Parker [3] 5/10 6/19 11/20
Ms. Rakoczy [19] 9/21 20/10 21/20 31/4 31/24 37/14 37/25 39/6 42/21 43/25 45/19 46/24 54/12 54/16 54/19 55/5 55/16 56/10 57/11
Ms. Sandra [2] 11/18 16/5
Ms. Steel [1] 17/18
Ms. Watkins [11] 5/10 6/22 13/18 15/17 16/14 38/5 42/17 45/6 45/8 45/19 45/25
much [5] 35/15 36/20 36/22 41/24 60/2
must [1] 58/7
mute [8] 4/8 5/14 5/15 6/7 9/14 9/16 27/24 55/11
muted [4] 9/11 9/12 13/6 54/20
mutes [1] 6/5
my [27] 5/19 5/19 5/20 5/24 5/25 17/16 18/18 21/22 22/8 22/20 22/25 25/17 25/21 25/23 25/25 26/5 27/21 38/21 40/10 40/15 41/14 46/13 47/20 48/20 53/11 59/16 59/23

**N**

names [1] 15/3
narrow [1] 46/19
national [1] 23/16
nature [1] 25/3
Navy [2] 26/24 31/1
near [2] 15/10 29/12
necessarily [6] 20/12 35/13 41/14 43/14 44/15 56/19
necessary [4] 14/8 31/22 34/8 37/8
neck [1] 22/23
need [6] 7/5 13/13 15/23 34/12 41/16 52/11
needed [2] 33/22 34/16
needs [2] 7/8 58/24
neglected [1] 41/20
Nestler [2] 10/19 18/19
never [3] 27/2 30/2 37/14
Nevertheless [1] 50/9
new [2] 22/6 44/9
news [1] 27/5
next [12] 8/23 9/5 13/2 13/3 14/10 14/20 16/6

20/21 48/11
nine [2] 32/18 34/3
no [33] 1/4 4/5 4/13 4/14 4/15 4/16 4/16 4/17 7/7 7/20 11/23 12/6 16/4 16/14 16/18 18/11 20/7 22/17 23/15 24/20 30/5 38/14 41/4 48/10 49/14 50/13 51/15 51/22 53/2 53/2 53/8 55/16 59/22
non [1] 51/18
non-encrypted [1] 51/18
none [1] 48/16
norm [1] 53/22
not [100]
note [5] 36/11 44/24 52/1 55/9 61/5
noted [1] 10/19
nothing [2] 43/19 46/20
Notice [2] 57/10 58/3
noticing [1] 57/12
notion [4] 40/5 41/10 42/7 44/1
November [2] 24/18 50/4
now [19] 4/9 4/10 6/9 11/1 13/14 16/6 16/15 19/1 21/24 34/6 34/7 38/12 44/6 44/7 51/5 52/2 52/7 52/21 53/14
number [2] 24/25 24/25 29/2 29/3 30/20 38/14 45/18
nuts [1] 54/24
NW [4] 1/14 2/9 2/17 3/4

**O**

Oath [13] 23/9 23/16 25/13 25/16 25/22 33/17 39/10 39/14 39/24 42/10 42/14 43/19 51/24
Obama [1] 27/2
obey [5] 27/13 27/14 27/16 27/16 27/16
obfuscated [1] 35/16
object [4] 11/14 12/4 12/7 12/12
objection [2] 16/15 16/18
observed [1] 25/8
obstruct [4] 35/5 37/3 55/25 56/3
obstruction [2] 7/24 53/13
obtaining [1] 10/8
obviously [10] 10/7 15/20 23/4 25/21 30/4 30/4 34/6 44/15 46/12 57/22
Ocala [1] 2/23
occurred [2] 39/3 61/5
occurring [1] 32/21

off [11] 5/20 5/22 5/24 6/1 6/3 13/10 13/11 21/13 30/13 48/20 55/1
offenses [2] 25/4 41/18
offer [1] 45/8
offers [1] 45/5
office [5] 1/13 2/17 2/22 10/9 10/10
officer [1] 24/5
official [2] 3/7 3/24
okay [43] 6/9 6/10 6/11 6/18 7/2 7/10 9/7 9/13 9/20 11/10 12/9 12/14 12/22 13/3 13/8 13/23 14/3 14/12 15/2 15/18 15/23 16/19 16/22 18/4 18/9 18/14 20/8 20/17 21/6 22/1 22/2 22/5 31/3 48/22 49/1 52/7 52/19 55/8 55/13 56/25 57/19 58/11 59/23
old [4] 27/19 30/11 51/4 53/8
once [1] 15/21
one [23] 18/22 20/15 24/25 26/14 29/2 30/18 30/19 30/21 34/13 37/20 38/24 41/16 41/19 41/24 42/15 43/14 45/18 46/10 46/24 48/13 52/23 58/6 58/16
ongoing [2] 34/6 43/1
online [2] 51/17 51/24
only [4] 5/20 19/17 29/7 50/22
open [1] 19/5
opens [1] 12/5
opinion [1] 46/13
opportunity [4] 11/16 17/5 32/11 39/1
oppose [1] 11/17
opposite [1] 25/17
options [1] 57/6
order [21] 9/4 11/6 12/23 13/11 17/3 17/7 29/15 30/25 34/12 34/21 42/1 44/21 46/20 46/21 52/12 52/14 52/18 54/4 56/22 57/1 57/8
ordered [3] 14/17 51/22 58/15
ordering [1] 56/23
orders [1] 31/2
other [26] 7/5 10/12 11/12 11/22 13/12 15/5 16/1 16/2 19/15 20/9 21/13 25/15 27/22 28/2 28/9 28/12 30/11 30/12 32/12 32/18 42/4 49/25 51/3 53/4 54/14 55/21
others [9] 8/19 32/19 33/17 34/4 49/16 49/24 49/25 56/14 56/18
ought [6] 15/5 18/16 18/25 20/9 21/8 56/19

14/10 16/15 20/21 30/4 34/20 36/15 44/24 57/3
out [31] 11/5 11/7 13/2 17/16 17/23 18/2 22/17 22/20 23/19 23/24 25/11 27/8 29/5 29/10 30/3 31/5 35/21 37/22 37/22 40/16 44/4 45/20 47/21 49/10 52/16 52/16 54/2 55/21 56/18 58/17 59/1
outside [3] 26/17 28/14 59/5
outstanding [1] 17/18
outweigh [1] 17/1
over [3] 10/7 10/25 23/11
overcome [1] 51/6
overt [1] 56/6
own [8] 19/20 24/11 25/6 25/7 33/6 33/13 43/21 49/10
owns [1] 48/15

**P**

P.A [1] 2/3
p.m [3] 1/6 13/7 60/3
pain [2] 22/22 22/22 51/7
pain-management [1] 22/22
pandemic [1] 61/6
papers [5] 13/1 22/9 22/20 26/14 46/9
paragraph [5] 32/17 32/17 49/24 55/22 56/1
parameters [1] 9/3
Parker [18] 2/12 2/16 4/16 4/17 4/22 4/23 5/4 5/4 5/10 5/10 6/19 11/18 11/20 11/24 13/20 14/4 16/5 16/21 17/5 32/11 39/1
Parkers [2] 7/7 8/20
part [13] 27/11 28/21 30/1 35/8 37/4 37/6 38/6 38/25 39/11 40/2 43/13 56/22 56/24
participant [1] 49/16
participants [1] 36/23
participated [1] 49/6
participating [1] 35/9
particular [3] 37/6 48/7 53/1
particularly [2] 44/23 48/7
parts [1] 36/5
passing [1] 51/25
passive [1] 35/2
passport [1] 56/24
password [1] 48/6
passwords [2] 47/23 53/16
past [1] 23/13
patient [1] 17/23
patriots [1] 33/12
Pause [1] 48/25
peace [1] 23/24

peaceful [1] 44/16
Pennsylvania [1] 2/13
people [11] 11/22 17/24 24/9 26/25 27/8 27/9 28/12 30/9 30/12 32/10 32/12 34/3 38/10 38/12 39/4 39/10 52/4 53/4
people's [1] 30/12
perceived [2] 36/7 49/12
percent [6] 23/4 46/8 46/23 47/13 47/18 57/13
perhaps [2] 29/18 42/3
period [1] 16/13
permission [1] 58/17
permitted [1] 59/1
persist [1] 45/15
persisting [1] 45/4
person [1] 23/3
personal [2] 53/7 53/7
perspective [5] 34/15 35/4 40/18 40/18 45/11
pertained [1] 23/9
pertains [2] 15/24 17/14
peterson [3] 2/7 2/11 4/21
phone [7] 5/18 5/20 5/25 29/7 29/8 29/8 48/3
pick [1] 30/11
picking [1] 13/21
picture [1] 24/17
pictures [1] 24/1
place [3] 11/6 38/13 46/1
places [2] 17/25 48/8
Plaintiff [1] 1/4
plan [30] 23/17 24/21 25/22 25/23 25/24 33/14 33/22 34/3 34/20 35/7 35/16 37/2 37/4 37/6 38/1 38/6 38/7 38/10 38/23 38/25 39/12 41/8 41/22 42/8 43/14 56/17 56/18
planned [6] 30/6 31/13 32/18 37/18 49/25 53/3
planning [16] 26/9 26/10 26/12 26/16 28/7 28/23 28/23 29/1 32/2 32/7 36/25 38/19 41/5 49/6 50/12 53/3
plans [4] 28/12 33/21 34/24 35/6
platform [1] 18/1
platforms [1] 27/15
play [1] 7/14
played [2] 44/3 44/4
players [1] 36/23
plea [1] 8/10
plead [2] 8/7 8/8
pleading [2] 36/16 44/24
pleadings [2] 31/18

## P

pleadings... [1] 33/4
pleas [1] 8/13
please [10] 5/14 5/15
5/21 6/6 7/14 22/16
37/11 48/24 55/1 61/5
plot [1] 37/19
plotting [2] 24/18 25/5
point [24] 10/4 11/9
15/9 18/20 20/12 20/13
20/16 22/17 23/19
24/23 25/11 27/10 30/3
30/18 30/19 30/21 31/8
34/19 34/23 43/8 45/17
55/21 56/8 57/21
pointed [1] 22/20
points [1] 26/21
police [6] 24/7 36/7
39/19 39/20 39/25
40/13
political [2] 40/20
44/21
pose [1] 44/11
posited [1] 32/1
position [6] 11/22
11/23 11/25 34/1 34/2
57/16
possess [2] 58/7 58/9
possibilities [1] 41/25
possibility [5] 19/14
36/2 36/3 42/13 42/18
possible [4] 6/4 11/7
19/16 42/24
possibly [1] 24/14
post [2] 33/7 37/23
posting [1] 34/23
posture [1] 15/17
potential [7] 18/21
20/14 20/15 32/5 44/12
49/7 50/24
potentially [2] 13/25
26/17
power [2] 42/12 44/16
practically [1] 36/9
pre [3] 24/21 25/8
37/18
pre-plan [1] 24/21
pre-planned [1] 37/18
precise [2] 18/12 36/4
precisely [2] 10/24
33/21
preliminary [1] 9/1
preparation [9] 28/7
28/23 28/24 32/3 32/8
38/19 41/5 49/7 49/17
prepare [1] 17/6
prepared [13] 16/10
20/1 20/25 31/22 32/23
34/7 34/15 35/1 35/7
37/4 43/12 43/22 47/15
preparing [2] 29/1
42/18
present [5] 16/2 19/10
19/14 36/12 36/13
presented [6] 18/10
24/16 25/1 32/12 35/22
39/1
President [7] 34/9 42/5

49/18
press [1] 9/16
pressing [1] 11/22
presumably [1] 47/5
presumption [1] 53/21
pretrial [2] 52/16 53/22
Prettyman [1] 3/4
prevent [1] 28/17
previously [1] 53/18
prior [4] 37/18 41/22
53/8 53/23
probable [3] 50/6
50/18 50/19
probably [2] 39/22
58/20
Probation [1] 59/4
problem [1] 55/16
problematic [1] 44/21
problems [1] 51/7
proceed [3] 19/21
19/23 21/4
proceeding [4] 7/24
35/6 37/3 56/4
proceedings [7] 1/10
3/6 32/21 50/2 55/25
60/3 61/4
process [3] 12/6 33/2
34/10
produce [2] 9/24 10/22
produced [2] 3/7 24/20
producing [1] 10/2
production [2] 8/22
13/11
progresses [1] 10/21
project [1] 10/16
promise [1] 57/18
proof [2] 29/24 45/22
property [3] 8/2 28/5
48/2
proposed [1] 8/23
prosecutors [1] 10/6
prospect [1] 50/23
protect [1] 27/9
protected [1] 31/15
protection [1] 40/21
protective [2] 9/3 11/5
protesters [1] 28/25
protests [1] 28/24
provide [2] 23/2 53/16
provided [2] 9/2 11/3
providing [1] 10/6
prudent [1] 20/12
public [2] 2/8 17/1
public's [1] 30/9
pudding [1] 45/22
pull [1] 27/7
purposes [2] 20/12
58/18
pursuant [1] 54/1
put [16] 4/10 11/5 13/4
13/9 19/25 34/13 38/23
40/18 46/12 50/17 51/2
53/12 53/14 53/19
56/12 58/1
PUTZI [1] 2/3

question [11] 29/22
33/25 37/17 38/21 41/6
43/25 44/7 46/24 48/11
48/14 50/22
questioning [1] 50/8
questions [3] 22/12
28/19 47/7
quibble [1] 25/12
quick [5] 26/12 26/15
27/11 28/13 55/18
quickly [4] 11/7 13/2
54/11 59/23
quite [2] 11/1 13/10
quote [1] 37/21
quoted [1] 25/2

## R

raise [3] 16/2 17/14
57/15
raised [6] 18/19 19/9
31/7 38/22 41/9 53/18
Rakoczy [23] 1/13 4/18
9/21 20/10 21/20 31/4
31/24 37/14 37/25 39/6
42/21 43/25 45/19
46/24 54/12 54/16
54/17 54/19 55/5 55/15
55/16 56/10 57/11
rallies [1] 27/2
rally [1] 34/25
rank [1] 43/6
rationalization [1]
49/14
reach [1] 52/16
reaction [5] 26/12
26/15 27/11 28/13
35/18
read [4] 7/13 22/9
45/19 45/20
reading [1] 7/17
reads [1] 32/18
ready [4] 26/17 35/10
37/8 40/6
real [3] 26/11 26/25
42/13
reality [3] 27/3 29/13
30/14
really [3] 38/1 43/20
51/7
Realtime [1] 3/3
rear [2] 44/9 44/15
rear-view [1] 44/9
44/15
reason [4] 10/5 10/14
28/13 43/13
reasons [5] 17/11
18/13 44/17 53/20 59/3
rebuts [1] 41/10
recall [1] 14/21
received [1] 7/16
recently [2] 8/20 17/8
recognize [1] 52/2
recognized [1] 26/6
recommend [1] 27/12
recommending [1]
26/12
reconsider [1] 22/8

lead... [7] 8/6 8/8
8/13 47/8 47/8 53/6
61/3
record's [1] 52/20
recorded [2] 3/6 25/9
recurrence [1] 44/12
reference [2] 37/21
39/17
referred [2] 42/7 43/18
refers [1] 56/17
reflect [2] 7/15 8/13
reflection [1] 59/15
Reform [1] 50/9
regards [1] 52/17
Registered [1] 3/2
relatively [1] 54/5
release [14] 15/14
50/21 51/10 52/12
52/13 53/8 53/25 54/4
56/22 56/24 57/1 57/7
58/10 59/21
released [2] 28/10
31/10
releases [1] 46/22
relevant [1] 10/12
remain [1] 58/24
remaining [1] 9/4
remember [1] 24/14
remotely [1] 61/7
renew [1] 15/20
reply [2] 12/24 12/25
Reporter [4] 3/2 3/2
3/3 3/3
reporting [1] 61/7
represent [2] 19/16
20/1
representation [2]
18/21 19/13
representations [1]
16/23
represented [1] 19/10
representing [2] 19/17
19/22
request [2] 22/8 57/3
requests [5] 10/3 54/7
54/10 54/10 55/18
require [1] 29/24
required [4] 50/9 50/20
51/20
researched [2] 29/21
39/13
resort [3] 31/9 42/1
42/4
respect [17] 8/25 14/12
14/24 15/8 15/17 18/5
18/17 26/5 31/7 41/18
43/8 43/23 44/23 50/10
50/18 52/25 55/23
respectfully [5] 26/21
28/21 37/10 39/9 40/9
response [2] 12/17
14/18
responses [2] 12/16
12/19
restricted [1] 8/5
restriction [1] 58/9
restrictive [1] 54/1
result [2] 10/23 17/10

retired [1] 26/24
review [2] 17/5 22/7
revisiting [1] 15/9
revolt [1] 34/13
right [37] 4/2 5/8 7/3
7/8 8/12 8/16 13/13
14/6 14/9 15/4 15/15
15/19 17/13 18/15 19/7
19/19 19/20 20/4 21/7
21/12 21/17 22/6 31/4
40/19 43/4 44/5 45/15
48/23 48/24 49/3 49/10
49/11 52/6 52/7 52/10
59/8 60/1
righteous [1] 45/10
righteousness [1]
45/13
rioting [1] 39/3
riots [1] 39/18
rise [1] 34/11
risk [1] 44/11
Ritchie [1] 2/3
river [1] 35/17
RMR [2] 61/2 61/11
road [2] 40/24 41/1
ROBERTSON [2] 2/13
role [2] 44/3 49/11
rolling [1] 10/23
routinely [1] 22/21
roving [1] 40/5
rub [1] 30/12
ruling [3] 55/20 55/23
57/6
run [1] 27/8
Ruth [1] 4/16

## S

safety [3] 31/11 50/23
52/23
said [14] 11/3 14/14
28/6 28/8 33/7 36/18
43/19 45/19 47/14
49/21 51/24 53/5 53/6
53/24
same [10] 12/12 15/16
16/17 16/21 17/17 18/1
18/1 19/11 40/21 55/12
Sandra [7] 2/16 4/16
4/22 5/4 11/18 14/4
16/5
Sandra Parker [1] 5/4
saw [1] 8/20
say [17] 7/4 7/14 30/9
31/8 36/13 40/11 42/20
42/23 45/5 45/6 45/9
47/23 48/9 48/21 49/4
54/9 56/18
saying [15] 6/15 20/15
27/16 30/11 33/20
34/20 34/25 45/5 47/15
47/16 47/16 48/4 48/9
55/17 57/4
says [3] 28/22 36/14
36/16
schedule [1] 17/17
screen [1] 55/2
Screenplay [3] 37/9
41/11 41/13

**S**

SE [1] 2/13
search [6] 47/5 47/6 48/1 48/2 48/16 53/16
searches [1] 48/7
second [2] 48/23 56/22
secret [2] 23/9 53/9
section [5] 7/23 8/1 8/4 8/6 56/1
Sections [2] 8/1 8/4
security [1] 18/13
see [11] 11/8 13/11 15/11 15/19 20/23 21/18 35/2 43/7 43/15 43/24 47/17
seek [1] 11/8
seeking [1] 44/18
seem [1] 51/9
seems [4] 26/20 28/6 32/4 40/7
seen [1] 51/4
sees [1] 22/21
seized [1] 29/6
selfies [1] 30/16
send [1] 54/21
sending [1] 36/2
sense [5] 18/10 43/6 49/10 49/10 53/25
separate [1] 20/5
seriously [1] 57/11
seriousness [1] 59/16
serve [1] 15/13
Services [1] 52/17
set [8] 12/15 13/4 13/14 14/21 33/12 46/10 52/17 54/1
seven [1] 10/6
several [2] 9/5 45/12
sfbrennwald [1] 2/15
shall [1] 51/15
shares [1] 31/6
she [5] 29/4 29/7 29/7 37/15 37/25
she'll [2] 18/10 55/6
Shelli [1] 2/11
shifted [1] 23/6
shortly [2] 44/25 55/7
shot [1] 24/5
shots [1] 22/23
should [6] 7/4 16/7 19/12 35/11 44/21 54/15
shouldn't [1] 54/9
show [3] 25/7 33/13 33/17
showing [1] 55/1
shows [4] 24/11 36/22 40/7 41/3
side [3] 25/17 36/17 40/19
sides [1] 22/10
sign [1] 35/14
Signal [2] 23/7 23/8 25/19 43/17
signed [2] 21/3 54/4
significance [1] 26/14
significant [3] 11/3 23/4 25/10

significantly [2] 26/3 45/20
similar [1] 44/13
simply [1] 23/2
since [3] 11/20 46/17 48/5
single [3] 19/13 19/21 48/5
sir [6] 5/13 6/16 6/23 7/14 20/2 22/4
sitting [2] 23/24 24/12
situated [1] 56/13
situation [6] 19/12 22/21 25/8 35/25 46/5 49/18
skim [1] 23/11
slightly [1] 53/12
small [3] 54/7 54/9 54/10
smaller [1] 18/3
smartphones [1] 51/15
so [78]
so I think [3] 29/2 39/21 50/17
social [4] 25/9 27/15 39/13 39/15
social-media [3] 27/15 39/13 39/15
solely [2] 31/13 56/3
some [35] 7/4 8/17 9/1 11/3 15/19 18/12 18/20 20/12 20/13 20/16 22/12 25/14 30/12 32/4 33/8 33/9 33/11 34/23 35/24 38/9 38/14 38/18 38/19 41/9 42/11 43/6 43/7 43/23 45/1 46/16 53/11 53/17 53/25 56/6 58/14
somebody [3] 13/24 20/20 26/16
someone [5] 5/17 20/19 24/17 34/19 42/4
something [9] 25/5 27/13 34/25 41/6 42/18 44/13 44/21 50/8 57/22
sometimes [3] 30/8 30/10 30/11
somewhat [2] 37/22 39/9
soon [2] 11/5 54/5
sorry [8] 4/12 5/3 6/8 6/11 13/6 14/13 15/3 42/22
sort [12] 10/16 18/25 26/4 26/9 26/14 38/23 44/1 44/5 44/7 46/2 47/15 58/8
sounds [1] 37/21
span [1] 23/13
speak [3] 20/23 48/5 50/14
speakers [2] 5/22 5/24
speaking [3] 4/18 5/16 27/25
specific [4] 37/17 38/1 39/22 58/20
specifically [4] 17/2

spectrum [1] 40/20
speedy [4] 16/10 16/16 16/25 17/2
Speedy Trial Act [1] 16/25
spoke [1] 29/3
spoken [1] 47/22
spontaneous [2] 25/8 25/24
spontaneously [1] 38/11
Sr [1] 2/2
stack [3] 38/15 39/11 39/22
stand [5] 8/17 8/22 13/11 13/24 14/2
standard [3] 52/12 52/15 57/14
standards [1] 59/20
standing [1] 17/7
start [4] 7/6 7/11 8/21 39/9
started [2] 24/10 50/3
state [4] 23/17 41/21 42/25 58/15
stated [1] 12/13
statement [2] 46/8 46/9
statements [1] 48/12
STATES [9] 1/1 1/3 1/11 4/14 7/23 7/25 8/3 8/6 49/18
stationing [1] 28/14
status [4] 1/9 7/4 15/7 53/22
stay [4] 42/12 51/20 57/20 58/22
staying [1] 57/7
Steel [1] 17/18
stenography [1] 3/6
step [3] 34/10 40/6 42/5
Stephen [1] 2/12
steps [2] 8/23 24/15
Steven [1] 4/23
still [13] 7/5 15/25 17/18 17/19 17/19 19/5 21/18 21/20 22/3 44/19 45/13 49/1 54/19
stolen [1] 49/19
stop [12] 23/18 24/19 31/19 32/20 33/2 34/8 34/10 34/21 42/2 42/5 44/18 50/1
stopping [2] 33/15 43/10
storm [3] 34/4 34/19 55/24
storming [2] 45/8 56/4
straight [1] 46/19
straightforward [1] 29/19
streams [1] 36/16
street [4] 1/14 2/17 2/22 33/12
strength [3] 44/6 50/10 50/22

strikes [1] 37/15
style [2] 40/12 49/16
subject [2] 51/12 61/6
submit [1] 43/22
submits [1] 43/9
such [3] 38/25 42/16 57/6
sudden [2] 24/7 27/7
suffering [5] 22/18 23/1 29/18 30/24 46/16
suggested [1] 39/1
suggesting [1] 26/12
Suite [4] 2/4 2/9 2/18 2/23
superseding [2] 7/16 7/18
support [1] 33/22
supported [1] 31/16
supporters [3] 27/1 27/4 40/20
supports [1] 50/6
suppose [1] 18/25
supposed [2] 28/9 59/20
sure [11] 6/13 9/10 11/22 14/1 17/25 20/24 35/9 37/7 37/12 40/25 41/23
surrender [1] 56/23
SW [1] 2/22
system [1] 55/11

**T**

tablets [1] 51/16
take [11] 9/24 10/17 11/23 12/7 30/25 31/1 43/21 47/13 47/16 51/8 59/15
taken [7] 33/6 37/22 37/22 42/15 45/20 53/10 56/19
taking [2] 11/25 30/16
talk [2] 21/8 34/18
talked [1] 11/19
talking [6] 9/15 26/25 27/6 28/12 28/14 36/5
teach [1] 46/18
tear [1] 24/8
technical [2] 6/8 56/8
technically [1] 24/23
technological [2] 6/11 61/7
technology [1] 54/24
teleconference [1] 5/6
telephonic [1] 51/25
tell [5] 46/2 46/15 47/2 51/5 54/22
tend [1] 18/23
term [1] 10/16
terms [7] 8/21 9/23 15/6 32/7 50/20 52/11 56/8
terrible [1] 9/9
testing [1] 46/2
text [4] 25/6 44/24 50/14 52/12
text-message [1]

than [6] 11/23 21/13 25/1 32/12 35/2 38/13
thank [12] 16/7 21/10 21/16 22/15 28/19 39/7 46/23 55/2 59/7 59/11 59/25 60/2
thank you [10] 16/7 21/10 21/16 22/15 28/19 46/23 55/2 59/7 59/11 59/25
Thanks [1] 56/21
that [359]
that'll [1] 20/22
that's [29] 7/9 12/20 21/5 23/2 24/12 24/13 25/9 29/2 29/22 29/25 31/17 32/15 36/6 39/5 40/24 44/8 46/22 48/21 49/20 49/23 50/7 52/22 56/9 56/9 56/10 57/1 57/22 58/10 58/18
their [23] 5/15 5/15 5/18 5/18 5/18 9/2 16/9 17/4 17/19 19/16 23/3 25/19 27/9 34/24 35/16 39/15 39/21 40/13 43/7 43/21 46/4 49/10 49/11
them [23] 14/19 17/5 17/20 20/14 20/21 21/19 23/11 25/18 25/19 33/8 33/9 33/10 40/1 44/3 44/19 45/24 46/3 46/3 46/6 46/7 47/22 52/18 54/10
themselves [2] 29/25 40/12
then [12] 8/16 12/24 15/5 16/23 17/18 17/22 31/4 46/4 55/18 57/23 57/24 58/4
theory [1] 32/9
there [63]
there's [14] 9/8 14/15 15/23 21/1 28/1 30/10 33/2 35/4 38/14 41/4 50/6 50/18 50/25 53/2
therefore [2] 53/17 61/6
these [23] 4/10 8/17 15/3 15/7 23/15 25/16 25/22 27/15 27/15 33/21 34/3 38/14 39/4 39/10 39/15 40/12 40/21 44/1 45/2 47/1 50/11 52/6 52/12
they [75]
they'll [1] 57/25
they're [9] 12/5 20/25 27/6 29/12 35/15 42/6 42/18 54/9 54/10
they've [1] 40/16
they're [3] 40/10 51/3 58/6
things [7] 8/16 8/22 13/11 22/22 26/18 34/13 54/14
think [64]

**T**

third [1] 57/3
this [91]
THOMAS [3] 1/6 2/2 4/14
thoroughly [1] 21/2
those [18] 10/22 13/1 17/11 26/19 33/12 35/9 38/12 40/19 44/9 44/14 44/18 47/8 48/8 49/15 49/20 53/17 53/20 59/2
though [2] 14/25 34/17
thought [4] 18/24 19/24 34/9 34/13
threat [1] 44/8
threatened [1] 30/22
three [4] 11/13 51/5 54/7 55/17
through [15] 6/14 15/11 16/10 16/24 17/8 17/11 22/6 27/8 36/4 36/18 39/14 46/17 50/4 51/18 55/10
throughout [1] 27/15
time [28] 9/24 10/3 10/17 13/15 13/21 16/5 16/13 16/15 16/24 17/3 17/8 17/11 17/22 18/1 24/5 24/9 25/4 26/24 28/4 36/13 37/24 41/7 45/7 47/9 48/13 53/5 53/6 55/12
times [2] 27/6 51/5
timing [1] 18/22
Title [4] 7/22 7/25 8/3 8/6
titled [1] 61/4
today [4] 9/1 18/6 29/4 50/8
today's [1] 20/12
together [2] 38/16 39/4
told [5] 27/12 27/13 45/24 46/3 46/6
toll [1] 10/3
took [2] 32/5 56/7
top [2] 48/20 53/9
totally [2] 24/25 45/21
Towers [1] 2/4
traffic [1] 24/13
train [1] 40/1
training [5] 39/16 39/21 39/22 40/1 49/16
transcript [5] 1/9 3/6 25/2 47/1 61/3
transcription [1] 3/7
transition [1] 44/16
transpired [1] 34/14
transporting [1] 18/7
travel [2] 39/20 59/5
treatment [1] 22/24
trespassing [1] 29/21
trial [5] 16/10 16/16 16/25 17/2 17/10
troops [1] 27/3
truly [1] 29/20
Trump [3] 27/1 27/4 40/20
truthful [3] 45/24 46/8

truthfully [1] 46/3
try [5] 17/16 27/8 33/8 33/9 33/10
trying [9] 10/22 11/6 35/14 35/15 39/5 42/24 43/9 49/11 50/15
Tuesday [2] 14/20 14/23
turn [5] 5/21 8/16 15/25 22/13 55/1
turned [2] 5/20 10/25
turns [1] 45/8
two [10] 11/12 19/13 25/24 26/13 29/3 30/19 30/20 45/23 47/7 51/5
two-hour [2] 30/19 45/23
type [3] 22/24 29/13 49/17

**U**

U.S [1] 1/13
U.S. [1] 10/10
U.S. Attorney's Office [1] 10/10
ultimate [1] 50/20
ultimately [5] 43/17 43/21 50/16 52/20 53/20
unable [1] 23/2
uncovered [1] 10/12
under [5] 16/25 42/8 50/9 58/1 59/20
understand [14] 10/5 20/24 24/22 25/13 30/8 30/23 39/23 40/2 40/10 40/17 48/16 52/9 54/11 59/24
understanding [2] 40/15 47/20
understands [1] 55/20
unfortunate [1] 49/20
Unfortunately [1] 18/11
unincarcerated [1] 22/21
UNITED [9] 1/1 1/3 1/11 4/14 7/23 7/25 8/3 8/6 49/18
United States [5] 7/23 7/25 8/3 8/6 49/18
United States of [1] 4/14
unknown [2] 32/19 49/25
unlawful [3] 43/10 43/10 43/13
unlawfully [4] 31/19 34/10 35/5 37/2
unpack [1] 23/21
until [3] 16/15 18/24 57/8
unusual [1] 23/3
up [17] 12/6 18/3 24/18 29/8 30/11 34/11 36/4 37/16 38/10 40/7 42/9 42/15 42/20 42/23 43/4

update [1] 18/6
upfront [1] 42/24
upon [3] 15/14 16/23 44/3
us [3] 17/23 22/3 49/1
usdoj.gov [1] 1/16
use [3] 15/12 29/8 31/22 34/12 35/7 35/10 35/19 37/4 43/12 54/23
using [2] 5/20 24/7

**V**

various [1] 8/17
vehicles [1] 35/19
version [1] 47/18
versus [1] 4/14
very [11] 23/3 29/17 35/17 36/20 36/22 42/13 49/21 51/11 54/1 59/23 60/2
vest [1] 18/13
veteran [1] 53/9
via [5] 1/10 5/1 5/4 5/6 55/6
Vice [2] 34/9 42/5
victim [1] 49/20
video [9] 5/18 5/19 5/19 9/15 21/22 21/23 36/18 36/19 45/25
video-camera [1] 36/19
videoconference [3] 1/10 5/2 5/5
view [7] 26/5 43/8 44/9 44/15 48/12 56/19 59/16
violate [2] 46/20 59/22
violation [5] 7/22 7/25 8/3 8/6 52/6
violence [21] 30/22 30/22 31/9 31/22 32/6 32/6 33/22 34/12 34/16 35/7 35/10 35/22 37/5 37/7 42/1 42/4 43/12 44/12 49/7 50/12 50/24
Virginia [4] 47/21 51/14 58/25 59/6
virtue [1] 39/2
visits [1] 59/2
voluminous [1] 9/6
voluntarily [1] 53/15
vote [4] 31/20 42/2 43/11 49/23
vs [1] 1/5

**W**

wait [3] 15/19 18/24 35/2
waiting [4] 40/6 43/7 43/15 43/23
waive [6] 7/17 16/5 16/10 16/13 19/21 20/25
waiver [1] 21/3
want [18] 12/15 12/16 15/20 16/2 19/11 22/10 22/17 25/12 26/14

went [14] 21/23 25/16 25/17 25/25 27/2 29/24 30/1 32/17 36/5 37/25 39/10 39/17 39/19 39/21
were [40] 11/14 18/7 18/24 23/24 24/7 24/9 24/11 25/20 27/7 27/16 28/25 29/1 29/6 31/7 31/9 33/20 34/7 34/15 35/1 38/6 39/15 39/16 39/16 39/18 40/19 41/7 42/5 43/6 43/9 43/12 43/15 43/22 43/23

**T**

24/18 46/2 46/7 47/8 47/10 48/16 55/17
Western [5] 51/14 58/24 59/5
what [47] 6/15 13/4 13/4 14/21 19/8 20/22 25/1 26/8 26/15 27/6 27/20 28/8 31/5 32/1 32/4 32/15 32/22 35/2 35/22 36/9 36/17 38/15 39/5 39/6 39/24 39/25 40/11 40/11 41/2 41/6 43/3 43/7 43/15 43/17 43/18 43/24 44/3 45/9 45/13 49/11 49/17 52/3 52/3 52/11 53/6 56/18 59/16
what's [3] 32/14 40/4 42/7
whatever [5] 28/13 34/8 34/16 51/13 58/9
when [19] 5/13 9/15 10/24 18/10 24/7 25/6 26/25 35/16 39/5 39/21 40/23 41/20 43/18 43/19 45/8 46/7 47/7 48/16 53/22
where [16] 8/16 8/22 10/3 10/19 11/8 13/11 22/21 23/13 30/18 30/20 30/21 31/12 45/1 45/23 52/7 54/23
whether [11] 11/17 16/9 28/16 47/2 47/13 48/14 48/15 49/8 51/5 51/6 57/5
which [21] 8/14 12/6 15/14 19/12 19/25 23/8 23/24 25/23 27/1 28/4 31/16 32/2 33/7 33/21 34/1 37/21 38/23 39/11 39/24 43/9 48/12
while [4] 24/1 30/16 36/22 42/25
who [13] 8/25 16/1 17/17 23/3 24/17 28/12 30/24 37/14 39/24 40/1 40/19 42/16 49/18
who'd [1] 35/18
who's [1] 51/23
whole [1] 46/5
why [9] 7/11 8/21 10/16 14/13 22/12 44/9 44/17 44/19 44/19
wife [8] 19/11 19/17 19/22 20/2 20/6 23/23 48/1 48/2
will [25] 8/11 9/5 9/24 10/17 10/25 11/1 13/21 14/1 14/10 16/5 30/24 31/1 46/19 46/20 46/20 51/12 53/25 54/10 55/9 55/21 56/25 57/17 58/4 58/6 59/23
William [5] 2/2 3/2 61/2 61/10 61/11
willing [3] 29/7 29/16 40/6

W

**Wilson [11]** 2/21 2/22 4/24 5/17 9/14 12/2 14/13 14/15 18/20 20/1 20/22
**wish [6]** 7/17 8/7 19/20 19/22 20/5 48/20
**wishes [1]** 21/4
**within [2]** 9/5 56/1
**won't [1]** 28/10
**word [1]** 51/8
**words [6]** 19/15 26/19 33/6 33/7 33/13 33/15
**working [2]** 9/3 38/7
**worry [1]** 45/9
**would [38]** 8/8 12/4 12/7 12/12 16/13 18/20 18/24 19/20 25/11 28/21 30/3 31/9 39/9 39/20 40/11 40/11 42/9 43/22 43/24 44/20 44/24 45/6 45/14 45/18 47/13 48/24 51/17 51/17 52/23 56/22 57/3 57/4 57/5 57/7 57/7 57/14 57/18 59/4
**wouldn't [1]** 48/21
**wreaks [1]** 27/15
**written [1]** 12/16
**wrong [1]** 49/12
**wronged [1]** 49/11

Y

**yards [2]** 24/2 24/14
**Yeah [4]** 14/1 16/7 18/23 56/9
**year [1]** 27/19
**years [4]** 29/20 31/1 51/4 53/8
**Yep [1]** 55/4
**yes [19]** 6/17 6/20 6/21 6/23 7/1 7/19 8/24 9/12 12/21 19/6 20/3 21/1 21/23 22/4 32/2 35/11 49/2 52/8 59/18
**yesterday [6]** 10/20 11/12 12/18 13/5 14/17 14/17
**yet [3]** 9/23 47/25 48/6
**you [112]**
**you know [6]** 26/6 41/4 46/4 49/9 52/2 52/20
**you'll [3]** 17/23 52/6 54/3
**you're [6]** 4/8 9/15 27/23 27/24 27/25 54/15
**you've [6]** 7/21 15/21 38/22 39/1 41/9 59/16
**you-- the [1]** 7/12
**your [124]**
**Your Honor [92]**

Z

**Zaremba [4]** 3/2 61/2 61/10 61/11
**zealously [1]** 19/15
**Zello [2]** 25/18 36/13