# Rakoczy, Kathryn (USADC)

| | |
|---|---|
| **From:** | Rakoczy, Kathryn (USADC) |
| **Sent:** | Monday, February 22, 2021 2:50 PM |
| **To:** | Shelli Peterson |
| **Cc:** | Baset, Ahmed (USADC) |
| **Subject:** | U.S. v. Watkins - discovery and text messages |

Hi Shelli,

Ahmed and I are still working on a more formal letter to document what we gave you last week for discovery, but we did want to flag for you some information and some of Ms. Watkins' text messages, in case you did not read them yet, to the extent that they could be relevant to your arguments for tomorrow's detention hearing.

First, W-1 is a witness who was interviewed, who knows your client and other members of her militia, and he generally stated that your client is a peaceful person and not the type to engage in a conspiracy to overthrow the government.

With respect to text messages that we wanted to flag:
- In messages 151-162, your client has a conversation with co-defendant Caldwell after the riot.  Your client expresses some concern about getting in trouble for what she did on January 6, 2021, to which Caldwell responds that if that happens, "[Y]ou were with me all the time and I 'll swear to it."  Your client states, "There's too much evidence contrary. Perjury bad, lol. I won't worry then…"
- Your client texted statements prior to January 6, 2021, of the need to vote, engage in peaceful protest, how the legal system works, and the need to engage in legal forms of resistance (see in particular texts 957, 972, on 11/16/20).  See also message 2180, in describing her militia's approach, Watkins says, "Keep it peaceful, but I will use a force that rivals none if it gets physical. Deadly force should be avoided at all costs according to me. Only if my life is in eminent danger."  In message 2178, she continued, "If I'm carrying a trauma bag I'm normally not carrying a sidearm unless there was a 100% chance I would need it."
- After January 6, 2021, your client exchanged texts that she engaged in peaceful conduct on January 6, 2021, and was not violent and did not vandalize anything. For example:
  - In message 23 in the extraction log, from 1/12/2021 7:51:01 PM(UTC-5), she said, "Oathkeepers are the shit. They rescued cops, WE saved lives and did all the right things."
  - In messages 41-43 in the extraction log, from 1/12/2021 3:21:32-3:25:05 PM(UTC-5), your client stated: "We all went in together as a unit. Nobody said it was illegal, and the cops weren't kicking us out. We followed the group of people until riot cops stopped it, and then we got crushed in the crowd. I stopped a lady from destroying shit and helped a couple people with medical emergencies. That's it. Once the riot cops came out though, we literally packed up our people and left We went outside again, staged ourselves by (more) riot cops. Talked with them a bit, had another medical patient, then left before curfew."
  - In message 59, in response to a question about whether she knew anything about an Oath Keeper who had been arrested, Watkins responded, "Oh? No I didn't hear about any. Was it that guy with the long goofball beard and the OK hat? Who is he anyway? None of our guys broke any laws. I know they were looking for 2 others in like a poster of wanted people but I have no idea what they may have done. They were like Carolina or Florida or something. I did hear some OK's even rescued cops in a room they were stuck in apparently, not sure who did that though"
  - In message 113, upon hearing from another Oath Keeper that everyone from his group from January 6th was alright, Watkins responded, "Glad to hear everyone is ok. I was getting worried they were targeted unfairly. I'm so very proud of all of us man. We did good good shit. We stopped destruction, helped the injured and some other Oathkeepers rescued Police from a room they were trapped in. Be proud. You've got true Patriots under your command."

- In messages 174 and 176, in response to a question of whether she was alright, Watkins responded, "We didn't break any laws so we're good. Cops stopped us on our way to our vehicle. Checked us for weapons, took our info and left. We did go in though, but we were helping the injured, some Oath keepers apparently rescued cops from a room they were trapped in. When the riot cops showed up, we left. We knew we weren't allowed inside anymore. The cops outside were polite to us. I think we're fine. Theyre looking for people who tore shit up or fought the cops. To which, I say 'good[.]'"
- In messages 247-249, your client says, "The news is lying. Bad. Calling us rioters, mob, etc. We were peaceful, but they assaulted us. Me included. I saved 2 people though. Asthmatics that got teargassed[.]"

Thanks,
Kate

**Kathryn L. Rakoczy**
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W., Room 5239
Washington, D.C. 20530
　　　　　　(office phone)
　　　　　　(cell phone)
Kathryn.Rakoczy@usdoj.gov