# Rakoczy, Kathryn (USADC)

| | |
|---|---|
| **From:** | Rakoczy, Kathryn (USADC) |
| **Sent:** | Friday, March 12, 2021 1:34 AM |
| **To:** | fischer and putzi fischer; David Wilson; Shelli Peterson; Carmen D. Hernandez; John Machado; sfbrennwald_cs.com; Desiree Wilson; Robert Foley Law Firm; Peter Cooper |
| **Cc:** | Baset, Ahmed (USADC); Edwards, Troy (USADC); Manzo, Louis (CRM); Sher, Justin (NSD); Hughes, Alexandra (NSD); Nestler, Jeffrey (USADC) |
| **Subject:** | Additional disclosures in U.S. v. Thomas Caldwell, Jessica Watkins, Donovan Crowl, Sandra Parker, Bennie Parker, et al. |

Dear Counsel,

We are writing to flag a few additional facts relevant to some of your clients' conduct on January 6, 2021:

- As mentioned at the detention hearing for Ms. Watkins, surveillance footage from inside the Capitol shows Ms. Watkins, Mr. Crowl, Mr. Young, Ms. Steele, and Ms. Sandra Parker helping an individual who appears to be part of the larger group of Oath Keeper members and affiliates out of the Capitol. That individual appears to be in need of aid after an interaction with law enforcement inside the Capitol.

- The D.C. Metropolitan Police Department stopped the Parkers, Mr. Crowl, and Ms. Watkins on 14th and F Streets at around 4:45 pm. There are BWC files that we hope to provide you once we have a protective order in place. Ms. Watkins and Mr. Crowl said they did not bring their IDs, but they provided names and contact info. The Parkers both showed their IDs.

- As noted in the indictment, the Capitol suffered millions of dollars in damage during the attack on January 6, 2021—including broken windows and doors, graffiti, and residue from pepper spray, tear gas, and fire extinguishers deployed both by crowd members who stormed the Capitol and by Capitol Police officers trying to restore order. The doors through which your clients entered the building were among those parts of the Capitol that were damaged. Three glass window panes on those doors were broken, an exterior handle was torn off, and one of the door stops was broken, among other damage. Capitol surveillance video footage as well as publicly available video footage suggests that the damage to the glass window panes on these doors was done prior to your clients' entry through the doors. The timing of the other damage is not clear at this time.

Please feel free to contact us if you have any questions about the information provided above.

Thank you,
Kate Rakoczy

**Kathryn L. Rakoczy**
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W., Room 5239
Washington, D.C. 20530
        (office phone)
        (cell phone)
Kathryn.Rakoczy@usdoj.gov