**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES | \* |
| vs. | \*   Case No.: 21-CR-28-APM |
| THOMAS EDWARD CALDWELL | \* |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

<u>ORDER</u>

Upon consideration of the Defendant's Unopposed Motion to Modify Conditions of Release, it is hereby ordered by the United States District Court for the District of Columbia that the Motion be granted and that the Defendant be permitted to attend church services each Sunday as approved and verified by Pretrial Services.

_____   _____
Date                                           Honorable Amit P. Mehta
                                                     United States District Court