**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES | * | |
| vs. | * | Case No.: 21-CR-28-APM |
| THOMAS EDWARD CALDWELL | * | |

\* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Defendant's Unopposed Motion to Modify Conditions of Release, it is hereby ordered by the United States District Court for the District of Columbia that the Motion be granted and that the Defendant be permitted to attend church services each Sunday as approved and verified by Pretrial Services.

_____  _____
Date                                                  Honorable Amit P. Mehta
                                                              United States District Court