**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 21-cr-28 (APM)** |
| **v.** | : | |
| | : | |
| **THOMAS CALDWELL,** | : | |
| **DONOVAN CROWL,** | : | |
| **JESSICA WATKINS,** | : | |
| **SANDRA PARKER,** | : | |
| **BENNIE PARKER,** | : | |
| **GRAYDON YOUNG,** | : | |
| **LAURA STEELE,** | : | |
| **KELLY MEGGS,** | : | |
| **CONNIE MEGGS,** | : | |
| **KENNETH HARRELSON,** | : | |
| **ROBERTO MINUTA, and** | : | |
| **JOSHUA JAMES,** | : | |
| | : | |
| **Defendants.** | : | |

### NOTICE OF FILING

The United States, by and through its attorney, the United States Attorney for the District

of Columbia, respectfully notes the filing of the attached discovery letter and attachments.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney

By:  _____
Kathryn L. Rakoczy
D.C. Bar No. 994559
Ahmed M. Baset
Troy A. Edwards, Jr.
Louis A. Manzo
Jeffrey S. Nestler
Assistant United States Attorneys


*/s/ Alexandra Hughes*
Alexandra Hughes

Justin Sher
Trial Attorneys
National Security Division
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 9, 2021, a copy of the foregoing Notice of Filing was served via electronic case filing and e-mail to counsel for the defendants.

Kathryn L. Rakoczy
Assistant United States Attorney