

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

April 9, 2021

| | |
|---|---|
| David Fischer<br>Counsel for Thomas Caldwell<br>fischerandputzi@hotmail.com | Peter Cooper<br>Counsel for Laura Steele<br>pcooper_petercooperlaw.com |
| Michelle Peterson<br>Counsel for Jessica Watkins<br>Shelli_Peterson@fd.org | David A. Wilson<br>Counsel for Kelly and Connie Meggs<br>david@dwilsonlaw.com |
| Carmen Hernandez<br>Counsel for Donovan Crowl<br>chernan7_aol.com | Nina Ginsburg and Jeffrey Zimmerman<br>Counsel for Kenneth Harrelson<br>nginsberg_dimuro.com<br>zimpacer@gmail.com |
| Joh Machado<br>Counsel for Sandra Parker<br>johnlmachado_gmail.com | Jennifer Wicks<br>Counsel for Roberto Minuta<br>jenifer@blindjusticedc.org |
| Stephen Brennwald<br>Counsel for Bennie Parker<br>SFBrennwald_cs.com | Joni Robin and Chris Leibig<br>Counsel for Joshua James<br>joni_jonirobinlaw.com<br>chris@chrisleibiglaw.com |
| Robert Foley and Desiree Wilson<br>Counsel for Graydon Young<br>dwilson@robertfoleylaw.com>;<br>Bob@robertfoleylaw.com | |

    Re:    *United States v. Thomas Caldwell, et al.*
              Case No. 21-cr-028 (APM)

Dear Counsel:

    This letter is intended to memorialize additional discovery materials that we are providing to you today:

First, we have added a folder called "Discovery Production 2 – 4-9-21" to the USAfx discovery box to which you already have been granted access. This production contains roughly 1,600 files consisting mostly of subpoena returns. We are attaching a copy of a log that lists out all of the files included in the Relativity production.

Second, we have created a separate USAfx folder labeled "Highly Sensitive Discovery Materials - U.S. v. Caldwell, et al." We will provide any materials that we are designating as "Highly Sensitive," under the terms of the Court's Protective Order (see ECF No. 123) through this USAfx folder (unless the files are too large, in which case we will provide them to you on a disc or external drive that is also labeled "Highly Sensitive"). Currently, we have placed the following types of files into this folder:

- Some of the U.S. Capitol surveillance video footage obtained to date;[1]
- Damage estimates from the U.S. Capitol;
- Defendants' complete, not-yet-scoped cell phone search warrant returns; and
- Defendants' financial records.

We will forward additional discovery as it becomes available. If you have any questions or concerns about these discovery materials, please feel free to contact us.

Sincerely,

CHANNING D. PHILLIPS
Acting United States Attorney

By: _____
Kathryn L. Rakoczy
D.C. Bar No. 994559
Ahmed M. Baset
Troy A. Edwards, Jr.
Louis A. Manzo
Jeffrey S. Nestler
Assistant United States Attorneys

*/s/ Alexandra Hughes*
Alexandra Hughes
Justin Sher
Trial Attorneys
National Security Division
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

---

[1] We are waiting to receive official versions of some additional relevant video, which we will make available to as soon as we obtain it. We will e-mail you when we add videos to this folder.