**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES | * |
| vs. | *   Case No.: 21-CR-28-APM |
| THOMAS E. CALDWELL | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### UNOPPOSED REQUEST TO MODIFY CONDITIONS OF RELEASE

COMES NOW, the Defendant, Thomas E. Caldwell, by and through his attorney, David W. Fischer, Esq., and respectfully requests that the Court modify the conditions of release in this matter, specifically to allow the Defendant to be restricted to his "farm" instead of his "residence," and in support of said motion sates as follows:

1. On March 12, 2021, the Defendant was released on the strictest of conditions, including 24/7 lock-down home incarceration at his residence and GPS monitoring.  ECF No. 75.

2. To date, the Defendant has fully complied with all conditions of release.

3. The Defendant, with the permission of Pretrial Services and as authorized by this Court's release order, has made more than a dozen approved trips to doctors, dentists, church, and undersigned counsel's office since his release from jail without any violations.

4. The Defendant and his wife, as approved by Pretrial Services, currently reside on their 30-acre farm in rural Virginia.  Prior to his arrest, the Defendant assisted his wife in managing the (non-strenuous) affairs of the farm, including repairing farm equipment, managing livestock, driving tractors and other farm equipment, and supervising the aforementioned activities done by others while "in the field."   As the Defendant is currently restricted to his residence, he is unable to contribute to the management of the farm.

5. As a result of the instant case, including the loss of farm income from the Defendant's incarceration and home incarceration, as well as legal bills for his defense, the Defendant and his wife are struggling financially. Granting the instant request will allow the Defendant and his wife an opportunity to support themselves.

6. Undersigned counsel and Government counsel have confirmed with Pretrial Services that if this request is granted, the Defendant's movements, through GPS tracking, will continue to be monitored and that any unauthorized exit from his farm will be brought to the attention of the Court.

7. Assistant U.S. Attorney Kathryn Rackozy does not oppose the instant request.

8. Pretrial Services Officer Sara Morehead does not oppose the instant request.

WHEREFORE, the Defendant respectfully requests that the conditions of release be modified to permit the Defendant's home incarceration restriction to be expanded to his entire property or "farm" instead of just his "residence."

/s/
David W. Fischer, Esq.
Federal Bar No. 023787
Law Offices of Fischer & Putzi, P.A.
Empire Towers, Suite 300
7310 Ritchie Highway
Glen Burnie, MD 21061
(410) 787-0826
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of April, 2021, a copy of the foregoing Unopposed Motion to Modify Conditions of Release was electronically filed with the Clerk of the United States District Court using CM/ECF, with a notice of said filing to the following:

Counsel for the Government:        Office of the United States Attorney
                                                      555 4th Street, NW
                                                      Washington, DC 20001

                                                                    /s/
                                                     David W. Fischer, Esq.