**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES | * |
| vs. | *   Case No.: 21-CR-28-APM |
| THOMAS E. CALDWELL | * |

\* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon consideration of the Defendant's Request to Modify Conditions of Release, it is hereby ordered by the United States District Court for the District of Columbia that the Motion be granted and, accordingly, that the Defendant's conditions of release be modified from home incarceration to a curfew of 7:00 a.m. to 7:00 p.m. on weekdays and 9:00 a.m. to 2:00 p.m. on weekends, on the condition that the Defendant's wife, Sharon Caldwell, accompany him each time he leaves his current residential property.

_____          _____
Date                                                   Honorable Amit P. Mehta
                                                           United States District Court