**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES * | |
| vs. * | Case No.: 21-CR-28-APM |
| THOMAS E. CALDWELL * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**UNOPPOSED REQUEST TO MODIFY CONDITIONS OF RELEASE**

COMES NOW, the Defendant, Thomas E. Caldwell, by and through his attorney, David W. Fischer, Esq., and respectfully requests that the Court modify the conditions of release in this matter, specifically to allow the Defendant to leave his home for designated banking purposes, as described below, and in support of said motion states as follows:

1. On March 12, 2021, the Defendant was released on 24/7 lock-down home incarceration at his residence and GPS monitoring.  To date, the Defendant has fully complied with all conditions of release.

2. The Defendant requests permission to leave his home on June 9, 2021 from 9:00 a.m. to 12:30 pm. for the purpose of visiting his bank to tend to specific banking business that must be satisfied in person.  Specifically, the Defendant is the trustee of his late father's estate and needs to appear in person at the bank regarding the settlement of those financial affairs.

3. Assistant U.S. Attorney Kathryn Rackozy does not oppose the instant request.

WHEREFORE, the Defendant respectfully requests that he be permitted to leave his home on June 9, 2021 from 9:00 a.m. to 12:30 p.m. to attend to in person banking business.

                                        /s/
David W. Fischer, Esq.
Federal Bar No. 023787
Law Offices of Fischer & Putzi, P.A.
Empire Towers, Suite 300
7310 Ritchie Highway
Glen Burnie, MD 21061
(410) 787-0826
Attorney for Defendant

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this 8th day of June, 2021, a copy of the foregoing Unopposed Motion to Modify Conditions of Release was electronically filed with the Clerk of the United States District Court using CM/ECF, with a notice of said filing to the following:

Counsel for the Government:  Office of the United States Attorney
              555 4th Street, NW
              Washington, DC 20001


                /s/
              David W. Fischer, Esq.