**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES | * |
| vs. | *  Case No.: 21-CR-28-APM |
| THOMAS E. CALDWELL | * |

\* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Defendant's Unopposed Request to Modify Conditions of Release, it is hereby ordered by the United States District Court for the District of Columbia that the Motion be granted and that the Defendant be permitted to leave his home on June 9, 2021 from 9:00 a.m. to 12:30 p.m. for the purpose of in-person banking business.

_____        _____
Date                                                        Honorable Amit P. Mehta
                                                                   United States District Court