**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES | * |
| vs. | *   Case No.: 21-CR-28-APM |
| THOMAS E. CALDWELL | * |

\* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Defendant's Consent Motion to Extend Time to File Pretrial Motions, it is this hereby ORDERED by the United States District Court for the District of Columbia, that the Motion is GRANTED and thus, the Pretrial Motions deadline is extended to September 1, 2021.

_____        _____
Date                                                    Honorable Amit P. Mehta
                                                            United States District Court