**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **v.** ) | **Criminal No. 21-cr-00028 (APM)** |
| ) | |
| **THOMAS EDWARD CALDWELL et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**<u>SCHEDULING ORDER</u>**

The schedule for further proceedings in this matter shall be as follows:

1.      Unless already noticed by motion, *see* ¶¶ 2–5, Defendants shall file any notice of joinder to Defendant Caldwell's Motion for Dismissal of Indictment, ECF No. 240; Defendant James's Motion to Dismiss Count 8 and Portions of Count 13 of the Indictment, ECF No. 269; Defendant James's Motion for Bill of Particulars, ECF No. 270; Defendant Caldwell's Motion to Transfer Venue, ECF No. 273, and Defendant Harrelson's Motion to Dismiss Counts 1, 2, 3, 4, & 12 of the Fourth Superseding Indictment, ECF No. 278, on or before **July 9, 2021**.

2.      The court grants the motions of Defendants Crowl, Sandra Parker, Bennie Parker, Steele, Kelly Meggs, Connie Meggs, Harrelson, and James to join Defendant Caldwell's Motion for Dismissal of Indictment.

3.      The court grants the motions of Defendants Crowl, Bennie Parker, and Harrelson to join Defendant Caldwell's Motion to Transfer Venue.

4.      The court grants the motions of Defendants Crowl, Bennie Parker, and James to join Defendant Harrelson's Motion to Dismiss Counts 1, 2, 3, 4, & 12 of the Fourth Superseding Indictment.

5.      The court grants Defendant Harrelson's motion to join Defendant James's Motion to Dismiss Count 8 and Portions of Count 13 of the Indictment and Motion for Bill of Particulars.

6.      The parties shall appear for a hearing on Defendant Caldwell's Motion for Dismissal of Indictment, ECF No. 240; Defendant James's Motion to Dismiss Count 8 and Portions of Count 13 of the Indictment, ECF No. 269; Defendant James's Motion for Bill of Particulars, ECF No. 270; Defendant Caldwell's Motion to Transfer Venue, ECF No. 273, and Defendant Harrelson's Motion to Dismiss Counts 1, 2, 3, 4, & 12 of the Fourth Superseding Indictment, ECF No. 278, on **September 8, 2021, at 2:00 p.m.**  Oral argument shall proceed in a hybrid fashion. **Defense counsel who drafted the motions listed in this paragraph must appear in person in Courtroom 10, unless they request leave of court to appear remotely.**  Any counsel or Defendants who wish to appear remotely may do so without leave of court but must notify the courtroom deputy of their intention to appear remotely by **September 3, 2021**.

7.      The court grants the motion for an extension of time to file Rule 12 motions as to Defendants Caldwell, Crowl, Watkins, Sandra Parker, Bennie Parker, Steele, Kelly Meggs, Connie Meggs, Harrelson, Minuta, and James.  All Defendants, including Defendants Walden, Dolan, Hackett, and Isaacs, shall file any additional Rule 12 motions on or before **September 2, 2021**. The government shall respond to such Rule 12 motions on or before **September 30, 2021**. Defendants shall file any replies to such motions on or before **October 14, 2021**.

8.      Trial in this matter shall proceed in two stages.  The first trial shall begin on **January 31, 2022**.  All detained Defendants will be tried in the first trial, and additional

Defendants may be named to the first trial at a future date.  The second trial shall begin on **April 19, 2022**.  The Defendants who will be tried in the second trial shall be determined at a future date.

Dated:  July 6, 2021

_____
Amit P. Mehta
United States District Court Judge