## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | * | |
| vs. | * | Case No.: 21-CR-28-APM |
| THOMAS E. CALDWELL | * | |

\* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF JOINING MOTIONS

The Defendant, Thomas E. Caldwell, is charged in counts 1, 2, 4 and 9 of the pending indictment in this matter. By and through undersigned counsel, David W. Fischer, Esq., Caldwell hereby provides notice to the Court and parties that he joins and adopts the following motion:

> Harrellson Motion to Dismiss Counts 1, 2, and 4 (Document 278).
>
> Crowl Motion to Dismiss Counts 1 & 2 (Document 288).

Respectfully Submitted,

_____/s/_____
David W. Fischer, Esq.
Federal Bar No. 023787
Law Offices of Fischer & Putzi, P.A.
Empire Towers, Suite 300
7310 Ritchie Highway
Glen Burnie, MD 21061
(410) 787-0826
Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 6th day of July, 2021, a copy of the foregoing Notice of Joining Motion was electronically filed with the Clerk of the United States District Court using CM/ECF, with a notice of said filing to the following:

Counsel for the Government:        Office of the United States Attorney
                                                    555 4th Street, NW
                                                    Washington, DC 20001

                                                                            /s/
                                                            David W. Fischer, Esq.