IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 21-cr-28-APM |
| v. | : | |
| THOMAS CALDWELL, | : | |
| DONOVAN CROWL, | : | |
| JESSICA WATKINS, | : | |
| SANDRA PARKER, | : | |
| BENNIE PARKER, | : | |
| LAURA STEELE, | : | |
| KELLY MEGGS, | : | |
| CONNIE MEGGS, | : | |
| KENNETH HARRELSON, | : | |
| ROBERTO MINUTA, | : | |
| JOSHUA JAMES, | : | |
| JONATHAN WALDEN, | : | |
| JOSEPH HACKETT, | : | |
| JASON DOLAN, | : | |
| WILLIAM ISAACS, | : | |
| DAVID MOERSCHEL, and | : | |
| BRIAN ULRICH, | : | |
| Defendants. | | |

**ORDER**

This matter having come before the Court pursuant to the application of the United States to seal the Fifth Superseding Indictment and the arrest warrant for Brian Ulrich, the Court finds that, because of such reasonable grounds to believe the disclosure will result in flight from prosecution, destruction of or tampering with evidence, and serious jeopardy to the investigation, the United States has established that a compelling governmental interest exists to justify the requested sealing.

1. IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that the Fifth Superseding Indictment, the arrest warrant for Brian Ulrich, and other related materials, the instant application to seal, and this Order are sealed until Monday, August 9, 2021, at 12:00 p.m.

2. IT IS FURTHER ORDERED that the Clerk's office shall delay any entry on the public docket of the Fifth Superseding Indictment and the arrest warrant for Brian Ulrich until Monday, August 9, 2021, at 12:00 p.m.

3. IT IS FURTHER ORDERED that the government may obtain copies of these filings and may provide copies of them to law enforcement as necessary to effect the arrest of Brian Ulrich.

Date: August 4, 2021

ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE