**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES | * | |
| vs. | * | Case No.: 21-CR-28-APM |
| THOMAS EDWARD CALDWELL | * | |

\* \* \* \* \* \* \* \* \* \* \*

## UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

COMES NOW the Defendant, Thomas Caldwell, by and through counsel, and without objection from the Government, and requests that this Honorable Court amend his Conditions of Release, and in support of said motion states as follows:

1) The Defendant desires to attend the motions hearing in-person on September 8, 2021.

2) The Defendant has been fully compliant with his Conditions of Release to date.

3) The Government does not oppose the present request.

WHEREFORE, the Defendant requests that the Court amend the Defendant's conditions of release to authorize the Defendant to attend, in-person, the motions hearing set for September 8, 2021.

/s/
David W. Fischer, Esq.
Federal Bar No. 023787
Law Offices of Fischer & Putzi, P.A.
Empire Towers, Suite 300
7310 Ritchie Highway
Glen Burnie, MD 21061
(410) 787-0826
fischerandputzi@hotmail.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of August, 2021, a copy of the foregoing Unopposed Motion to Modify Conditions of Release was electronically filed with the Clerk of the United States District Court using CM/ECF, with a notice of said filing to the following:

Counsel for the Government:    Kathryn Rakoczy, AUSA
Office of the United States Attorney
555 4th Street, NW
Washington, DC 20001

/s/
David W. Fischer, Esq.