**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES | * | |
| vs. | * | Case No.: 21-CR-28-APM |
| THOMAS EDWARD CALDWELL | * | |

\* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Defendant's Unopposed Motion to Modify Conditions of Release, it is hereby ordered by the United States District Court for the District of Columbia that the Motion be granted and that the Defendant is authorized to travel to and from Washington, D.C. on September 8, 2021 to attend the hearing on motions in person.

_____   _____
Date                                    Honorable Amit P. Mehta
                                        United States District Court