```
 1              UNITED STATES DISTRICT AND BANKRUPTCY COURTS
                    FOR THE DISTRICT OF COLUMBIA
 2

 3   UNITED STATES OF AMERICA      Criminal No. CR-21-28

 4          v.                     Washington, D.C.

 5   THOMAS E. CALDWELL,           June 1, 2021
     DONOVAN R. CROWL,
 6   JESSICA M. WATKINS,
     SANDRA R. PARKER,
 7   BENNIE A. PARKER,
     GRAYDON YOUNG,
 8   LAURA STEELE,
     KELLY MEGGS,
 9   CONNIE MEGGS,
     ROBERTO MINUTA,
10   JOSHUA JAMES,
     WILLIAM ISSACS,
11
                   Defendants.     10:00 a.m.
12   ------------------------/

13              TRANSCRIPT OF STATUS CONFERENCE
            BEFORE THE HONORABLE AMIT P. MEHTA
14              UNITED STATES DISTRICT JUDGE

15   APPEARANCES:

16   For the Government:    KATHRYN RAKOCZY, ESQUIRE
                            AHMED BASET, ESQUIRE
17

18   For the Defendants:    DAVID FISCHER, ESQUIRE
                            CARMEN HERNANDEZ, ESQUIRE
19                          MICHELLE PETERSON, ESQUIRE
                            JOHN MACHADO, ESQUIRE
20                          STEPHEN BRENNWALD, ESQUIRE
                            DESIREE WILSON, ESQUIRE
21                          ROBERT FOLEY, ESQUIRE
                            PETER COOPER, ESQUIRE
22                          DAVID WILSON, ESQUIRE
                            MARY ANDERSON, ESQUIRE
23                          NINA GINSBURG, ESQUIRE
                            JEFFREY ZIMMERMAN, ESQUIRE
24                          JENIFER WICKS, ESQUIRE
                            JOAN ROBIN, ESQUIRE
25                          CHRISTOPHER LEIBIG, ESQUIRE
```

1                                   GENE ROSSI, ESQUIRE
                                    CHARLES GREENE, ESQUIRE
2                                   NATALIE NAPIERALA, ESQUIRE

3

4
     Court Reporter              Lisa K. Bankins RMR FCRR RDR
5                                United States District Court
                                 District of Columbia
6                                333 Constitution Avenue, NW
                                 Washington, D.C. 20001
7

8

9    Proceedings recorded by mechanical stenography,
     transcript produced by notereading.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1              P R O C E E D I N G S

2              THE CLERK:  Defendant Number 1, Thomas Edward

3    Caldwell; Defendant Number 2, Donovan Ray Crowl; Defendant

4    Number 3, Jessica Marie Watkins; Defendant Number 4,

5    Sandra Ruth Parker; Defendant Number 5, Bennie Alvin

6    Parker; Defendant 6, Graydon Young; Defendant 7, Laura

7    Steele; Defendant 8, Kelly Meggs; Defendant 9, Connie

8    Meggs; Defendant 11, Roberto Minuta; and Defendant 12,

9    Joshua A. James; and Defendant 16, William Issacs.

10             Kathryn Rakoczy will be speaking on behalf of

11   the government.

12             David Fischer for Defendant Number 1.  Carmen

13   Hernandez for Defendant Number 2.  Michelle Peterson for

14   Defendant Number 3.  John Machado for Defendant Number 4.

15   Stephen Brennwald for Defendant 5.  Desiree Wilson and

16   Robert Foley for Defendant 6.  Peter Cooper for Defendant

17   7.  David Wilson for Defendant 8.  Mary Anderson for

18   Defendant 9.  Jenifer Wicks for Defendant 11.  Joan Robin

19   and Christopher Leibig for Defendant 12.  Gene Rossi,

20   Charles Greene and Natalie Napierala for Defendant 16.

21             The named defendants are either appearing via

22   video conference or teleconference.

23             We also have Christine Schuck and John Copes on

24   behalf of Pretrial Services.

25             THE COURT:  And, counsel, good morning to all of

1    you and good morning to each of the defendants, who are on

2    either by video or by phone.

3          All right.  We're here for a status hearing this

4    morning.  There's a fair amount to go through this

5    morning.  Let me just sort of give you all a preview of

6    what I'd like to do and then obviously, if any individual

7    counsel has issues they want to raise, they should do so.

8          I want to start with rearraigning those who need

9    to be rearraigned or newly arraigned in the case of

10    Mr. Issacs.  We'll talk about the process of that in a

11    moment.  I want to try and do that as efficiently as we

12    can.

13          I'm going to want to sort of move to discussing

14    where things stand with discovery and discussion of the

15    motion the government has filed to exclude time.

16          And then finally, a number of the individuals

17    have matters concerning pretrial detention -- excuse me --

18    pretrial release and the conditions of pretrial release

19    and we'll go through those.  So that's sort of the general

20    outline of what I want to do this morning.

21          So let's start with the arraignments.  Here's

22    what I propose we do.  There are -- actually, the majority

23    of the defendants have either had new charges added or

24    charges deleted.  There are a couple of exceptions and

25    this is -- you know, we tried to go through this this

1    morning.  This is between the third superseding indictment

2    and the fourth superseding indictment, which was unsealed

3    over the weekend.

4            Let me just take a look.  Ms. Steele, Ms. Meggs

5    and Mr. Minuta are the three defendants who have no new

6    charges added or counts deleted.  And so unless counsel

7    for any of those defendants wishes to have that client

8    rearraigned, I don't intend to do so just because we have

9    a new superseding indictment.  So let me just make sure

10   for those four -- those three defendants, counsel is okay

11   with not having them rearraigned.  So this would be for

12   Laura Steele.  So, Mr. Cooper?

13           MR. COOPER:  Your Honor, I'm fine with that.  I

14   don't need to be rearraigned.

15           THE COURT:  Okay.  For Ms. Meggs, so

16   Ms. Anderson?

17           MS. ANDERSON:  Your Honor, we're fine with that.

18   We don't need to be rearraigned.

19           THE COURT:  Okay.  And then Mr. Minuta.  So Ms.

20   Wicks?

21           MS. WICKS:  Likewise we don't need to be

22   rearraigned.

23           THE COURT:  Okay.  All right.  So for the

24   remaining defendants, we're going to start first with

25   Mr. Issacs since he is brand new to the proceedings and

1    then we'll turn to the carryover defendants for whom

2    there's either a count added or a count deleted.  And what

3    the courtroom deputy will do is simply refer to the

4    carryover counts and not necessarily read out those

5    charges, but however will identify the new count that's

6    added and identify the offense for the new count that's

7    added or identify it for the count that's been deleted.

8         There is one defendant and that's Mr. Caldwell

9    who has at least one count that's substantively the same

10   that's been sort of put somewhere else in the fourth

11   superseding indictment and that will be flagged as well.

12        If we get any of this wrong, please let us know.

13   We tried to get all this -- we tried to do a comparison of

14   the third and fourth superseding indictments.  So, Ms.

15   Rakoczy, obviously, let me know if we have made a misstep

16   and any particular defense counsel let us know if we've

17   made a misstep.

18        So why don't we start with Mr. Issacs and

19   Mr. Rossi?  So I don't know where Mr. -- is Mr. Issacs on

20   the screen or on the phone?

21        MR. ROSSI:  Yes.  Your Honor, Mr. Issacs is on

22   the screen.  Gene Rossi for Mr. Issacs.  He is present by

23   Zoom.  I am here with my co-counsel, Natalie Napierala.

24   We're both in the firm of Carlton Fields.  My Florida

25   co-counsel, Charles Greene, I'm not sure if he got on yet,

1    but on behalf of Mr. Issacs, we waive the reading; he

2    pleads not guilty; we ask for a jury trial.  And my

3    arithmetic is not the best, but I think August 5th of this

4    year is the speedy trial deadline and we would waive it

5    for a reasonable period, Your Honor.

6              THE COURT:  Mr. Rossi, let me -- if I could

7    interrupt you because I'm going to -- at least

8    procedurally the way it operates here is we're going to

9    have the courtroom deputy sort of at least read off the

10   charges and then he'll ask you whether you waive a formal

11   reading.

12             MR. ROSSI:  Oh, okay.  I'm sorry, Your Honor.  I

13   apologize.

14             THE COURT:  Not a problem.

15             MR. ROSSI:  I'm sorry.

16             THE COURT:  So I'll turn to Mr. Douyon.  Mr.

17   Issacs, I'm just going to ask you to listen to the

18   courtroom deputy who will recite the charges against you

19   and then we'll turn to your counsel.

20             MR. ROSSI:  Thank you, Your Honor.

21             THE CLERK:  May the record reflect that Mr.

22   Issacs through counsel has received a copy of the fourth

23   superseding indictment.  Mr. William Issacs in Criminal

24   Case Number 21-28-16, you have been charged with the

25   following counts:  Count One, conspiracy in violation of

1    Title 18, United States Code, Section 371; Count Two,

2    obstruction of an official proceeding and aiding and

3    abetting in violation of Title 18, United States Code,

4    Sections 1512(c)(2) and Section 2; Count Three,

5    destruction of government property and aiding and abetting

6    in violation of Title 18, United States Code, Sections

7    1361 and Section 2; Count Four, restricted building or

8    grounds in violation of Title 18, United States Code,

9    Section 1752(a)(1); Count Five, civil disorder and aiding

10   and abetting in violation of Title 18, Sections 231(a)(3)

11   and Section 2; and Count Six, civil disorder and aiding

12   and abetting in violation of Title 18, United States Code,

13   Sections 231(a)(3) and Section 2.

14           Do you wish to waive the formal reading and how

15   do you wish to plead?

16           MR. ROSSI:  We waive formal reading.  We plead

17   not guilty.  We ask for a jury trial.  And once again, my

18   calculation is August 5th of this year for the speedy

19   trial deadline and we would waive that for a reasonable

20   period of time.

21           THE COURT:  All right.  Thank you, Mr. Rossi.

22           Okay.  So let's go then to the top of the

23   indictment and we'll start with Mr. Caldwell and as I

24   said, what we're going to do is the courtroom deputy will

25   simply refer to the carryover counts, not read those out,

1   but will identify specifically any counts that have been

2   added or deleted from the prior indictment or in the case

3   of Mr. Caldwell, that have been re-numbered.

4          Mr. Douyon, and I'll just ask you to keep your

5   voice up a little bit.  Your voice was a little faint.

6          THE CLERK:  Sorry about that.

7          Mr. Caldwell -- may the record reflect that the

8   defendant through counsel has received a copy of the

9   fourth superseding indictment.

10         Mr. Caldwell, you have been previously arraigned

11  on Counts One, Two -- I'm sorry -- Counts One, Two and

12  Four, which remain in the fourth superseding indictment.

13  Count Five is now Count Nine, which I will read to you and

14  I will read to you Count Three and Count Nine.

15         THE COURT:  To be clear, Mr. Caldwell, Count

16  Three from the original indictment or from the third

17  superseding indictment has been dropped.  So there's no

18  need to read that.  So Mr. Caldwell is now charged in

19  Counts One, Two, Four and Nine and what was Count Five is

20  now Count Nine.  So we'll just make sure he's aware that

21  Count Five is -- previously what was Count Five is now

22  Count Nine.

23         THE CLERK:  Your Honor, should I read Count Nine

24  to Mr. Caldwell?

25         THE COURT:  Mr. Fischer, would you like that

1    count read or are you comfortable moving forward without a

2    formal arraignment on the re-numbered count?

3              MR. FISCHER:  Your Honor, respectfully, we're

4    comfortable waiving or reading of the entire indictment.

5              THE COURT:  Okay.  And you're comfortable not

6    having Count Nine -- the offense that's associated with

7    Count Nine officially announced to your client?

8              MR. FISCHER:  Yes, Your Honor.  There's no need

9    to do that.

10             THE COURT:  All right.  Let's then turn to

11   Mr. Crowl.

12             THE CLERK:  Mr. Crowl, in the fourth superseding

13   indictment, you are now being charged with Count Six.  You

14   have been previously arraigned with Counts One, Two, Three

15   and Four, which you have already been arraigned on and

16   which remain in the fourth superseding indictment.  You

17   are now being charged with Count Six, which is civil

18   disorder and aiding and abetting in violation of Title 18,

19   United States Code, Sections 231(a)(3) and Section 2.

20             Do you wish to waive a formal reading of the

21   fourth superseding indictment and how do you wish to

22   plead?

23             MS. HERNANDEZ:  Your Honor, on behalf of

24   Mr. Crowl, who is on the conference by phone, he waives

25   formal reading of the indictment.  I have emailed him a

1    copy of the indictment.  He asserts his speedy trial

2    rights, his rights under the Fifth and Sixth Amendment not

3    to be questioned without his counsel present.  He pleads

4    not guilty and he demands a jury trial.

5              THE COURT:  All right.  Let's turn then to

6    Ms. Watkins and Ms. Peterson.

7              THE CLERK:  Ms. Watkins, a fourth superseding

8    indictment charges you on Counts One, Two, Three, Four and

9    Six.  You have been previously arraigned on Counts One,

10   Two, Three and Four.  Count Six, you are being charged

11   with civil disorder and aiding and abetting in violation

12   of Title 18, United States Code, Sections 231(a)(3) and

13   Section 2.

14             Do you wish to waive a formal reading of the

15   fourth superseding indictment and how do you wish to

16   plead?

17             MS. PETERSON:  On behalf of Ms. Watkins, we do

18   waive formal reading of the superseding indictment and

19   enter a plea of not guilty to all of the charges.

20             THE COURT:  Thank you, Ms. Peterson.

21             Okay.  For Mr. Parker, there is one fewer counts

22   and I'll just ask the courtroom deputy to announce what

23   the lesser count or the count that's been deleted against

24   Mr. Parker in the fourth superseding indictment.

25             THE CLERK:  Mr. Bennie Parker, you are -- in the

1    fourth superseding indictment, you are now charged with

2    Counts One, Two and Four, which remain the same as they

3    were when you were arraigned for the third superseding

4    indictment.  The deleted count is Count Three, which is

5    obstruction of government property.

6         Do you wish to waive the formal reading of the

7    fourth superseding indictment and how do you wish to

8    plead?

9         MR. BRENNWALD:  Your Honor, Stephen Brennwald

10   for Mr. Parker.  I don't think we really need to -- I

11   think Mr. Parker was talking there.

12        THE COURT:  Mr. Brennwald, I understand that you

13   are not asking to have the indictment formally read and

14   your client is maintaining the same pleas he maintained --

15        MR. BRENNWALD:  That's exactly right.

16        THE COURT:  -- for the third superseding

17   indictment.

18        MR. BRENNWALD:  Yes, Your Honor.  That's right.

19        THE COURT:  All right.  Let's turn then to

20   Mr. Young and Ms. Wilson and Mr. Foley.

21        THE CLERK:  Mr. Graydon Young, the fourth

22   superseding indictment charges you with Counts One, Two,

23   Three, Four, Six and Ten.  Counts One, Two, Three, Four

24   and Six remain as they were in the third superseding

25   indictment on which you were previously arraigned.  Count

1    Ten is tampering with documents of proceedings in

2    violation of Title 18, United States Code, Sections

3    1512(c)(1).

4              Do you wish to waive the formal reading of the

5    fourth superseding indictment and how do you wish to

6    plead?

7              MR. FOLEY:  Good morning, Your Honor.  Robert

8    Foley and Desiree Wilson on behalf of Mr. Young, who is

9    present via Zoom.  At this time we would waive the formal

10   reading and plead not guilty as to all counts.

11             THE COURT:  Thank you, counsel.

12             MS. RAKOCZY:  Your Honor, I apologize for

13   interrupting.  I believe it's actually that Count Ten

14   remains the same from the prior indictment.  Count Six is

15   the new charge, which is the civil disorder charge.

16             THE COURT:  Thank you, Ms. Rakoczy, for that.

17   So why don't we make sure that's corrected, Mr. Douyon?

18   So let's -- Count Ten was carryover from the prior

19   indictment.  Is that right?

20             MS. RAKOCZY:  Yes, Your Honor.  I believe that

21   was formally Count Six.  The new Count Six is the new

22   charge, the civil disorder 231 charge.

23             THE COURT:  Okay.  All right.  So, Mr. Douyon,

24   let's make sure we rearraign on the new Count Six and just

25   note that the new Count Ten is a carryover from the prior

1    indictment.

2              THE CLERK:  Okay.  And I apologize for that

3    error, Your Honor.

4              Mr. Young, you are being charged in the fourth

5    superseding indictment with Counts One, Two, Three, Four,

6    Six and Ten and I will read to you Count Six and Ten.

7    Count Six is civil disorder and aiding and abetting in

8    violation of Title 18, United States Code, Sections

9    231(a)(3) and Section 2.  And Count Ten is tampering with

10   documents of proceedings in violation of Title 18, United

11   States Code, Section 1512(c)(1).

12             How do you wish to plead and do you wish to

13   waive the formal reading?

14             MR. FOLEY:  Robert Foley on behalf of Mr. Young.

15   We waive formal reading of all counts on the fourth

16   superseding indictment and plead not guilty as to all.

17             THE COURT:  Thank you, Mr. Foley.

18             MR. FOLEY:  Yes, sir.

19             THE COURT:  Okay.  So let's then turn to

20   Mr. Meggs, for whom there's been a new count added.

21             THE CLERK:  Mr. Meggs, the fourth superseding

22   indictment adds Count Eleven, tampering with documents of

23   proceedings in violation of Title 18, United States Code,

24   Section 1512(c)(1).

25             How do you wish to plea on Counts One, Two,

1    Three, Four and Eleven and do you wish to waive the formal

2    reading of the superseding indictment?

3            MR. WILSON:  Good morning, Your Honor.  David

4    Wilson on behalf of Mr. Meggs.  We would waive formal

5    reading and enter a not guilty plea to all charges.

6            THE COURT:  Thank you, Mr. Wilson.

7            I was just reminded that I skipped over

8    Ms. Parker.  So let's go back to Ms. Parker for whom an

9    additional count has been added.

10           THE CLERK:  Ms. Parker, the fourth superseding

11   indictment charges you with Counts One, Two, Three, Four

12   and Six.  Count Six is a new count.  Count Six, you are

13   being charged with civil disorder and aiding and abetting

14   in violation of Title 18, United States Code, Sections

15   231(a)(3) and Section 2.

16           How do you wish to plea and do you waive the

17   formal reading of the superseding indictment?

18           MR. MACHADO:  Yes.  John Machado on behalf of

19   Sandra Parker.  We were hoping that it wouldn't be

20   noticed, but I guess we need to deal with it.

21           We would again assert and re-assert or we enter

22   and re-enter pleas of not guilty in the charges as

23   appropriate.  We would assert my client's Fifth and Sixth

24   Amendment rights including right to speedy trial.  We

25   would ask for a jury trial to be set and we will continue

1    to waive the speedy trial, although we will assert it, but

2    we'll temporarily -- I guess we'll deal with that later.

3    But we assert speedy trial rights overall.

4            THE COURT:  All right.  Thank you, Mr. Machado.

5            All right.  Let's move forward then.  I think we

6    are -- we just -- we're up to Mr. Harrelson.

7            THE CLERK:  And, Your Honor, Mr. Harrelson is

8    not present today.

9            THE COURT:  I'm sorry.  He's not present?

10           THE CLERK:  He was not able to be scheduled with

11   the Northern Neck Regional Jail.

12           THE COURT:  Oh, that's right.  That's right.

13   Okay.  I had forgotten that Mr. Harrelson, that we were

14   unable to -- just so the record is clear, Mr. Harrelson is

15   not present because we were unable to make a connection

16   with the facility where he's housed.  And so we'll get

17   Mr. Harrelson re-arraigned and in for status on a

18   different date.

19           All right.  So that leaves us with Mr. James I

20   think is the last defendant with added counts.  So let's

21   turn to Mr. James and Mr. Leibig.

22           MR. LEIBIG:  Leibig.  So Ms. Robin will be

23   handling it here.

24           THE COURT:  Okay.

25           THE CLERK:  Mr. James, the fourth superseding

1    indictment charges you with Counts One, Two, Four, Seven,

2    Eight and Thirteen.  Counts One, Two and Four remain as

3    they were in the third superseding indictment.  Count

4    Seven, you are being charged with civil disorder and

5    aiding and abetting in violation of Title 18, United

6    States Code, Sections 231(a)(3) and Section 2.  Count

7    Eight charges you with assaulting, resisting or impeding

8    certain officers in violation of Title 18, United States

9    Code, Section 111(a)(1).  And Count Thirteen charges you

10   with tampering with documents of proceedings in violation

11   of Title 18, United States Code, Section 1512(c)(1).

12           How do you wish to plea and do you waive the

13   formal reading of the superseding indictment?

14           MS. ROBIN:  On behalf of Mr. James, Your Honor,

15   we waive formal reading and he enters pleas of not guilty

16   to all charges.

17           THE COURT:  Thank you, Ms. Robin.

18           All right.  I think that covers everybody.  Ms.

19   Rakoczy, have I missed anyone or missed any particular

20   counts that's been added other than the one you corrected

21   us on?

22           MS. RAKOCZY:  No, Your Honor.  I believe that's

23   it.  Thank you.

24           THE COURT:  Okay.  All right.  So let's turn

25   then to the next order of business which is where things

17

1     stand in the case.  Obviously, there is a now fourth

2     superseding indictment to which there were four additional

3     defendants added.  One is present, Mr. Issacs.  Two I will

4     understand are facing detention hearings in the coming

5     days and the fourth has yet to be arrested.

6              So, Ms. Rakoczy, do you want to bring me up to

7     speed in terms of where things stand with discovery and

8     the government's view on where we go from here and what,

9     if any, discussions -- and you don't need to talk about

10    any individual discussions you've had, but where things

11    stand with potential resolutions in this matter?

12             MS. RAKOCZY:  Yes, Your Honor.  Thank you.  At

13    this point in time, the government has provided a

14    substantial amount of discovery to defense counsel.  It is

15    approximately one terabyte's worth of data that we have

16    provided at this point in time.  To be clear, a lot of

17    that is the result of search warrants that were executed

18    on electronic evidence.  And so I think some 680 gigabytes

19    of data comes from cell phone extractions.  But there

20    remains about 300 gigabytes of data that consists of

21    substantive discovery in the form of subpoena returns,

22    search warrant returns, FBI reports, memorializing

23    interviews and other investigative steps.  And so at this

24    point in time, we have provided the bulk of the

25    discoverable materials that are in our possession at this

1     time.  There are some outstanding matters that we hope to

2     provide in a few weeks.

3          There are also items of evidence that we

4     continue to gather as the investigation proceeds because

5     the investigation is ongoing.  But we do believe that

6     among the reports and the evidence gathered and the many,

7     many gigabytes of surveillance video that has been

8     provided from the U.S. Capitol and local hotels, that

9     there is a substantial amount of discovery provided at

10    this time that we hope will help defense counsel in

11    assessing the case and discussing the case with their

12    clients.  And so that's the status of discovery at this

13    point in time.

14          We have received some followup inquiries from

15    certain defense counsel and we are trying to respond to

16    those expeditiously.  But we believe that we are in a

17    decent position right now with respect to discovery.

18          We have begun informal plea negotiations with

19    most of the defendants at least to kind of start the

20    discussion.  We've discussed parameters of what plea

21    offers might look like and those are very preliminary

22    discussions at this point in time.  Nothing really very

23    formal.  But we are hoping that over the next month or

24    two, if that's about how long we have before the next

25    status, we are hoping to start to make plea offers and

1    hope that some defense counsel may consider those plea

2    offers and defendants may consider those plea offers.

3          So at this point in time, given the voluminous

4    amount of discovery materials, we suggest that it would be

5    fruitful to postpone this matter for approximately 60 days

6    and to toll the time -- to toll the speedy trial clock

7    time during that period to allow defense counsel time to

8    review these materials and discuss them with their clients

9    and to allow government counsel to engage with defense

10   counsel about possible resolution of these matters prior

11   to trial.

12         THE COURT:  Thank you for the summary, Ms.

13   Rakoczy.  So can you give me more detail in terms of

14   what's left so that I -- to leave aside for the moment, I

15   understand the government's investigation is ongoing, but

16   in terms of discovery or items that you still think you

17   have and still need to produce, what falls into that

18   category and what are we talking about in terms of volume

19   and type of materials?

20         MS. RAKOCZY:  Yes, Your Honor.  There are a few

21   search warrant returns that deal with electronic evidence

22   that we have not to my knowledge pulled relevant evidence

23   from yet.  So we're still going through it.  And so that

24   consists of -- there are a few I-Cloud or Google account

25   search warrant returns that we need to go through and get

1    to the defense.  As I said, we have not relied on that

2    evidence yet.  But obviously, we want to go through it and

3    provide it to defense counsel.  It's just the volume of

4    those materials that's made it a little bit difficult to

5    easily convey it to defense counsel.

6         There are also -- we have not gone through and

7    disclosed all body worn camera footage from various law

8    enforcement officers who attended the Capitol that day and

9    so we need to complete our review of that and make sure

10   that we've provided the defense any relevant camera

11   footage.

12        I think long term, you know, the United States

13   Attorney's Office may make the bulk of that footage

14   available to all defense counsel in all these Capitol

15   attack related cases.  But we're focused right now

16   specifically on footage that captures these 16 defendants

17   and their actions that day and so we're trying to isolate

18   and find to provide to defense counsel all that footage.

19        We are also seeking to make sure we locate and

20   go through and disclose to the defense any reports of

21   statements or interviews given by various Capitol police

22   and other law enforcement officers who were present at the

23   Capitol that day.  I know we've received some specific

24   inquiries about that evidence from at least two of the

25   defense counsel in this case and so we're trying to make

1    sure we get a handle on that very quickly.  And those are
2    some of the main items that come to mind.
3            There's obviously -- as the Court noted, there
4    is an ongoing investigation.  So we will continue to
5    provide any subpoena returns or search warrants as they
6    are obtained if they produce evidence that's discoverable.
7    We also obviously will be providing Jencks and Giglio
8    materials closer to a trial date.  So those are materials
9    that we have currently, but have not deemed discoverable
10   at this time.  And I think that's a pretty good summary of
11   where we are going.
12           THE COURT:  But in terms of Mr. Issacs, what's
13   your estimate in terms of getting discovery out to him and
14   his counsel?
15           MS. RAKOCZY:  That should be something we can do
16   this week.  We'll speak with counsel offline.  But we have
17   the data.  We just need to put it on a hard drive and
18   FedEx it to Mr. Issacs' counsel.
19           THE COURT:  Okay.  All right.  That's helpful.
20   Thank you, Ms. Rakoczy.  Is there anything you want to add
21   to the conversation here this morning?
22           MS. RAKOCZY:  No, Your Honor.  Thank you.
23           THE COURT:  We'll talk about speedy trial in a
24   moment and what to do about the government's motion.  But
25   let me turn now to defense counsel and I'll ask each of

1  you to address status and discovery from your perspective,

2  where you stand on speedy trial.  I know some of you have

3  indicated your consent to an exclusion of 60 days, others

4  have not had an opportunity to state their position on the

5  record.

6          And then finally, if there's anything you'd like

7  to add or raise that has to do with anything other than

8  your client's pretrial status and then we'll get to that

9  in a moment, I'd like you to raise that.

10         So as I said, anything regarding discovery,

11 speedy trial or anything you'd like to raise other than

12 pretrial status issues and then we'll figure out where

13 we're going to go from here.  So why don't we start at the

14 top?  We'll start with Mr. Fischer and Mr. Caldwell.

15         MR. FISCHER:  Your Honor, as to Speedy Trial

16 Act, we have no objection to the government's request.  As

17 to the status of discovery, I believe Ms. Rakoczy has

18 accurately stated where discovery stands and we have no

19 issues at this point.  Thank you.

20         THE COURT:  Okay.  Ms. Hernandez on behalf of

21 Mr. Crowl?

22         MS. HERNANDEZ:  Good morning, Your Honor.

23 Discovery, we have some outstanding requests that we've

24 made from the government.  They've been responsive.  But

25 there are still outstanding requests.

1           I'm concerned about the superseding indictment

2    and the speedy trial issues.  My client is on -- has a

3    little bit more freedom these days, but it's still a

4    burden.  My understanding from the government is that they

5    are still not finished adding the defendants or counts.

6    For example, the count that they added as to my client,

7    they've had that information at least since March because

8    it was referred to in one of the detention memos.

9           They have -- in the most recent superseding

10   indictment, they have up to 20 persons that, you know,

11   where they identify Person 1.  They have up to Person 20.

12   There's a lot of information in the superseding indictment

13   allegedly said by Stuart Rhodes, who is Person 1 and the

14   QRF people and they're not charged yet.

15          So my concern is we're at 60 defendants at this

16   point.  And if the government is going to be superseding

17   every two months, I don't know where we end.

18          For that reason, I would ask the Court to

19   also -- for that reason and also given the number of

20   defendants, I would ask the Court to try to establish a

21   trial date because it's going to be difficult for this

22   many counsel to come up with a date when we're all

23   available when there's a trial and I'd like to know that

24   there's an end to the superseding indictments and I don't

25   think that's going to happen until the Court establishes a

1      trial date.  That's my only concern or my biggest concern

2      about where the case stands right now.

3              At this point -- one last thing.  At this point,

4      my client doesn't know the majority -- doesn't know -- he

5      had no contact or interaction with the majority of the

6      defendants in the case.

7              THE COURT:  And, Ms. Hernandez, I hear you.  So

8      where do you stand on the government's request for the

9      60-day exclusion?

10             MS. HERNANDEZ:  We're still receiving discovery.

11     I think with adding two -- adding defendants, the speedy

12     trial gets reset.  So even though I would like to go

13     forward, I would like to assert my client's speedy trial

14     rights.  I don't think I have any way to control that or I

15     don't think I can ask the Court to reject the government's

16     request for 60 days.

17             THE COURT:  So you're not opposing the request.

18     Is that correct?

19             MS. HERNANDEZ:  I'm asserting my client's speedy

20     trial rights, Your Honor.  I recognize that the Speedy

21     Trial Act doesn't give me too many rights when the

22     government adds defendants.

23             THE COURT:  That may be, but I need a fairly

24     straightforward response.  You're either consenting to the

25     60 days or you're opposing the 60 days.  Which one is it?

1              MS. HERNANDEZ:  I'm opposing the 60 days.

2              THE COURT:  That's all I need to know.  All

3    right.  Thank you.

4              Ms. Peterson, on behalf of Ms. Watkins?

5              MS. PETERSON:  Your Honor, I don't have anything

6    to add with respect to discovery.  We have made some

7    requests.  They are being fulfilled, which I trust the

8    government will continue to produce, especially the Brady

9    material that I believe exists.

10             We will for the record oppose the speedy trial

11   exclusion beyond 30 days because Ms. Watkins remains in

12   custody.  We are anxious to get this matter resolved.  But

13   we do consent to a 30-day exclusion.

14             THE COURT:  Mr. Machado, on behalf of Ms.

15   Parker?

16             MR. MACHADO:  Yes, Your Honor.  Thank you.  With

17   regard to the speedy trial, we have no objection to

18   tolling the clock for an additional 60 days.

19             With regard to discovery, I just -- something

20   that Ms. Rakoczy stated, I just wanted to be clear on it.

21   With regard to the body worn cameras from police officers,

22   they indicated they are going through it and it seemed

23   that they were doing some identification, but I am

24   suspecting or I am requesting that all body worn camera

25   footage involving the U.S. Capitol incident be provided to

1    us.  It seemed like there was some mention of they are

2    going through and seeing which ones involve our clients.

3    I'm making a formal request for any and all body camera

4    footage.

5              So if I misunderstood from Ms. Rakoczy, I

6    apologize.  But I want to make sure that my discovery

7    request is clear that I'm expecting -- there may be Brady

8    footage in there or something that may be helpful for the

9    defense.  So I'm asking for all the body worn camera

10    only -- as opposed to only body worn camera that involves

11    these defendants.

12              THE COURT:  Ms. Rakoczy, can you just clarify

13    what the government is producing, whether you are

14    producing a limited universe of body worn camera that

15    relates only to these defendants or a broader, a broader

16    universe of that material?

17              MS. RAKOCZY:  We have currently been focusing on

18    identifying and providing the footage that shows what

19    happened on January 6th with respect to these defendants.

20    But long term, certainly for the reasons Mr. Machado

21    identified, we are attempting to go through and provide

22    all footage that could be discoverable.

23              I don't know that we would provide every single

24    camera footage even if it showed that somebody's camera

25    staring at the ground for an hour.  I think we are going

1    to try to provide the footage that is relevant including

2    footage that might not show these defendants, but could be

3    discoverable for other reasons.  But I'm not certain at

4    this time that we will provide all the footage.  We might.

5    I just don't know the answer to that.  But we are

6    certainly mindful of what Mr. Machado is talking about,

7    that there could be footage that doesn't show these

8    particular defendants, but still might be discoverable.

9    And so I hope I answered the Court's questions.

10           THE COURT:  I think so.  Okay.  So Mr. Machado,

11   does that help you out in terms of what you're requesting?

12           MR. MACHADO:  That's fine.  It sounds like -- if

13   there becomes an issue, then we'll raise it with the

14   Court, but at this point we appreciate the volume they're

15   going through.  But and we also thank them for considering

16   the other aspects of it as well.  But realize that that

17   takes a little longer.  Thank you.

18           THE COURT:  All right.  Let's turn to Mr.

19   Brennwald on behalf of Mr. Bennie Parker.

20           MR. BRENNWALD:  Your Honor, no issues on

21   discovery and we don't object to the 60-day exclusion of

22   the speedy trial time.

23           THE COURT:  Okay.  Ms. Wilson and Mr. Foley on

24   behalf of Mr. Young?

25           MR. FOLEY:  Yes, Your Honor.  We are having no

1    issues with respect to discovery.  It is coming in.  And

2    we have no objection to the government's request for the

3    tolling of the 60 days.

4              THE COURT:  Okay.  All right.  Mr. Cooper, on

5    behalf of Ms. Steele?

6              MR. COOPER:  And, Your Honor, with respect to

7    the 60 days, we don't have any objection to that.

8              With respect to discovery, discovery is coming

9    in.  It's being processed.  We don't have any issues to

10   raise with the Court at this point in time.  We know the

11   government understands its obligations with respect to

12   Rule 16.

13             THE COURT:  Mr. Wilson, on behalf of Mr. Meggs?

14             MR. WILSON:  Good morning, Your Honor.  With

15   respect to discovery, it's coming.  I'm not aware of any

16   issues at this point.  So we're okay with that.

17             With respect to the government's request for the

18   speedy trial enlargement, we would object to that given my

19   client's custody status.  This goes back to the issues

20   that we raised with respect to our objection to the first

21   request, you know, adding counts, adding defendants,

22   continuing investigation.  So I think that Ms. Hernandez

23   was correct, that her -- the reasons that she articulated

24   to the Court.  But we in fact would be in a position to

25   object at this time.

1          THE COURT:  Thank you, Mr. Wilson.

2          Ms. Anderson, on behalf of Ms. Meggs?

3          MS. ANDERSON:  Yes.  We don't have any objection

4    to the 60-day continuance.  Ms. Meggs is not in custody.

5          However, I have -- I did want to draw the

6    Court's attention to the fact that I did file a motion to

7    modify her bond condition, part of which the Court --

8    excuse me -- the government is not objecting to.  I filed

9    that on the 28th of May.

10          THE COURT:  We'll get to that in a moment.  I

11    want to try and deal with sort of all defendant issues

12    first and then we'll turn to the individual issues with

13    respect to -- that some of the defendants have.

14          MS. ANDERSON:  Got it.  We have no problems.

15    We're good with discovery.  We're good.

16          THE COURT:  Okay.  All right.  We'll skip over

17    Mr. Harrelson since he's not present.

18          Ms. Wicks, on behalf of Mr. Minuta?

19          MS. WICKS:  Thank you, Your Honor.  On behalf of

20    Mr. Minuta, we would oppose the 60 days and I agree with

21    the representations by Ms. Hernandez.  We would be

22    requesting a trial date since I think it's going to get

23    very hard to schedule with any -- even with a subset of

24    the attorneys in this case.

25          And so I mean I just think the more we do to

1    push us to get to that point and just continuing to give

2    the government increments of time when -- you know, as

3    Ms. Hernandez said, the indictment doesn't really show for

4    her client new information that they weren't aware of with

5    the last superseding indictment.  So I'm not quite sure

6    where this will end if we just let it keep going.

7              THE COURT:  Anything further, Ms. Wicks?

8              MS. WICKS:  No.  Thank you, Your Honor.

9              THE COURT:  Ms. Robin, on behalf of Mr. James?

10             MS. ROBIN:  Thank you, Your Honor.  With respect

11   to discovery, Your Honor, we are making our way through

12   the discovery that's been provided.  We do anticipate that

13   there are additional body cam video footage that has not

14   yet been I guess produced that is relevant to Mr. James.

15   But as I said, we're still making our way through what we

16   received.  I just don't have any reason to believe that

17   the government won't provide all relevant footage

18   eventually.

19             With respect to speedy trial, we don't have an

20   objection to tolling for an additional 60 days.

21             THE COURT:  Okay.  And then finally,

22   Mr. Issacs -- excuse me -- Mr. Rossi on behalf of

23   Mr. Issacs?

24             MR. ROSSI:  Your Honor, Gene Rossi for

25   Mr. Issacs.  We do not oppose the 60 days and we have no

1    concerns about discovery because I haven't gotten it yet,

2    but I'm sure the prosecutors will move with alacrity and

3    get it to me and my counsel this week.

4            THE COURT:  All right.  Thank you, Mr. Rossi.

5            All right.  So by my counts, I got one, two,

6    three, four defendants.  It's Mr. Crowl, Ms. Peterson,

7    Ms. Watkins, Mr. Meggs and Mr. Minuta, who have opposed

8    the full 60-day extension request or exclusion request.

9    Ms. Peterson has I guess opposed that in part.

10           Let me ask, does any counsel want the

11    opportunity to respond in writing or are you content with

12    stating your objections on the record here this morning?

13    So let me start with Ms. Hernandez.

14           MS. HERNANDEZ:  I'm okay with the objections on

15    the record, Your Honor.  Thank you.

16           THE COURT:  Ms. Peterson?

17           MS. PETERSON:  As am I.

18           THE COURT:  Mr. Wilson?

19           MR. WILSON:  I concur with Ms. Hernandez.

20           THE COURT:  Ms. Wicks?

21           MS. WICKS:  Agreed.

22           THE COURT:  So let me turn to Ms. Rakoczy and

23    let's figure out how we're going to do this, what thoughts

24    the government has about the trial in this case and what

25    it's going to look like.

1            You know, I have -- it may be that some
2     defendants plead out.  It may be that we see a fair number
3     of defendants go to trial.  It's hard to know at this
4     point.
5            I don't know in the history of this courthouse
6     whether we've had a 16-plus co-defendant case go to trial.
7     I think what we have done in the past or I've done in the
8     past with regard to conspiracy cases is divide up the case
9     here, divide up the trials to more manageable numbers,
10    certainly if for no other reason than the physical
11    constraints of the Court.
12           But, Ms. Rakoczy, have you all given this some
13    thought about how you'd like to proceed and what the
14    government is anticipating in terms of trying this case?
15           MS. RAKOCZY:  Yes, Your Honor.  I think the
16    Court is correct that it would be challenging to have a
17    trial, certainly to have a trial with 16 defendants and I
18    think we'll see what happens as plea negotiations
19    continue.  But it seems that there is a decent chance
20    that, ultimately, we have a number of defendants that is
21    still too large to try in one trial.  And so for that
22    reason, we do agree that there may be a point in time
23    where we have to make some meaningful decisions about how
24    to group the defendants into a couple of trials or more
25    than two trials, depending on how many defendants would

1    like to proceed to trial in this case.

2            I think the challenging thing with setting a

3    trial date now is that we don't know what that landscape

4    will look like.  And so the government would suggest that

5    it is a little premature to set a trial date at this time,

6    not knowing what's going to happen with plea negotiations

7    in the next 30 to 60 days.

8            So from the government's perspective, we think

9    it would make sense and be prudent to allow defense

10   counsel at this time to continue going through materials,

11   to allow the parties to engage in plea negotiations and to

12   see where we are in 60 days and at that point in time we

13   would be in a much better position to meaningfully discuss

14   trial dates and what those trial dates might look like and

15   whether there would be a need to group the defendants into

16   different trials.

17           THE COURT:  And let me ask defense counsel

18   your -- and I should have perhaps asked you to address

19   this when you each addressed me earlier.  But we've got 16

20   defendants right now and I assume there will be motions

21   coming once we set a motions date.  So let me just see --

22   we'll do this by a show of hands -- I think it's probably

23   the easiest way to do this -- in terms of defense counsel

24   and your intentions to file motions and these do not

25   include motions in limine.  Motions in limine I put in a

1    different category.  But any motions that would challenge

2    the legal validity of any charge against your client,

3    motions concerning severance, motions to suppress evidence

4    and similar motions.  So just by a show of hands, how many

5    of you at least at this point anticipate filing some

6    motions that would fall into that category?

7         All right.  It looks like we've got some

8    unanimity among a group of 16 defense lawyers.

9         Okay.  So I think what I'd like to do at a

10   minimum is to at least set a motions schedule today.  You

11   know, I think it's -- regardless of where things stand in

12   terms of pleas and the like, we could at least get started

13   with filing motions and figuring out what the shape of

14   this case is going to be and, you know, whether we're

15   going to have defendants who get severed out for whatever

16   reason or we have counts dropped out for whatever reason,

17   et cetera, et cetera.  So I think we ought to at least at

18   a minimum set that schedule today.

19        So what about motions filed in 30 days by

20   defense counsel?  Mr. Rossi, that may -- you may need to

21   be on a slightly different schedule, but let me at least

22   ask those who are all -- everybody other than Mr. Rossi,

23   why don't we set 30 days for any opening motions by

24   defendants?  So as I said, we'll spell this out in the

25   order.  But that includes any motions to dismiss any

1    counts in the indictment, motions to sever either

2    defendants or counts, motion with respect to suppression

3    of evidence, motion that asks to transfer venue.

4    Essentially, any motions with Rule 12 type motions other

5    than -- certainly, all Rule 12 motions, but basically in

6    this basket of motions would be anything other than motion

7    in limine to which we'll set a date later in time.  So

8    we'll set that for 30 days.  So that will be July 1 for

9    defense motions.

10           We'll give the government -- we'll give 28 days

11   to file opposition I think given the number of motions

12   that are likely to be filed.  You know, I think the

13   government is going to need -- it's reasonable to give the

14   government four weeks to file opposition.  So those will

15   be due on July 29th.  And then we'll look for any replies

16   that wish to be filed by August 19th.

17           We will see at that point where we are in terms

18   of kinds of motions that get filed and what we need to do

19   in terms of hearings, whether we have a need for

20   evidentiary hearings, if anybody is filing motions to

21   suppress evidence and whether that's going to involve an

22   evidentiary hearing or not.  We'll just have to see what

23   folks file and make that determination.

24           Insofar as having oral arguments, again I'm just

25   going to have to wait and see what gets filed, whether

1    we'll need oral argument on any of the motions.  Set it

2    out until the briefings have been completed.

3              So here is what I'm prepared to do on speedy

4    trial.  I think I will -- I'm going to grant the motion

5    insofar as requesting 30 days.  So I am going to exclude

6    time for 30 days.  I do think the exclusion of time is

7    warranted for that additional period of time.  I'm not yet

8    prepared to do another 60 days.  I do think it's useful

9    to -- not simply useful, but I do think it's in the

10   interest of justice.  And that interest outweighs the

11   interest of the defendants and the public and the speedy

12   trial to exclude the 30 days.  Specifically, exclusion of

13   that time is warranted it seems to me, one, to allow the

14   government to complete discovery that is still

15   outstanding.  As Ms. Rakoczy has identified, there are

16   some electronic evidence that needs to be reviewed and

17   disclosed, all the other body worn camera footage.  You

18   know, given the complexity of the case and the number of

19   defendants, the exclusion of an additional 30 days which

20   would give us a total of 90 days exclusion seems certainly

21   reasonable to me.

22             Secondly, the exclusion time is warranted to

23   ensure that defense counsel have all discovery and have

24   had an opportunity to review that discovery and discuss it

25   with their clients.

1          And then finally, I think the exclusion of time

2     is warranted -- I shouldn't say finally -- thirdly, the

3     exclusion of time is warranted in order to give the

4     government and the individual defendants an opportunity

5     and time to resolve these matters or resolve this matter.

6     The government as it's indicated is in the early stages of

7     having discussions with defense counsel.  I think the

8     exclusion of time to allow those discussions to continue

9     for an additional 30 days is warranted.

10          And then finally, under the current standing

11    order, the exclusion of time due to COVID and the pandemic

12    and the difficulties associated with holding trial during

13    the pandemic as set forth in the chief judge's standing

14    order, for those reasons as well I think the exclusion of

15    time is warranted for 30 days.

16          So that will put us at July 1 for our next --

17    actually, is everybody available on July the 2nd for our

18    next continued status hearing at 11 a.m.?  Or let me put

19    it differently.  Is there anybody that cannot make, that

20    absolutely cannot make --

21          MS. PETERSON:  Your Honor, I assume that will be

22    by Zoom as well?

23          THE COURT:  Yes.  It will be by Zoom.

24    Obviously, any defendants, that is, the defendants can

25    appear remotely.  To those who are out of town, you do not

1   need to appear in person nor do counsel need to appear in

2   person.

3           So July 2nd at 11 a.m.  Anybody with an

4   intractable or irresolvable conflict on that date and

5   time?

6           (No response.)

7           THE COURT:  Okay.  Hearing none, then that's

8   when we'll set our next status hearing.  By then, we will

9   have all the defense motions that have come in.  So I at

10  least will have had an opportunity to at least eye ball

11  those and get a sense of where things are --

12          MR. ROSSI:  Your Honor --

13          THE COURT:  Hang on a second, Mr. Rossi.

14          MR. ROSSI:  Okay.

15          THE COURT:  And so we'll have an opportunity at

16  least to discuss possibly setting a trial date, or likely

17  probably setting a trial date on the 2nd of July in light

18  of what motions have been filed.

19          Yes, Mr. Rossi?

20          MR. ROSSI:  Your Honor, I just want to make

21  clear because Mr. Issacs' trial team has not yet received

22  discovery, I assume and I want to make it clear Your Honor

23  excluded us from that deadline for filing motions?

24          THE COURT:  Yes.

25          MR. ROSSI:  Thank you, Your Honor.  Thank you.

1          THE COURT:  You know, that doesn't foreclose you

2    from filing on the 2nd and proceeding on the 1st, Mr.

3    Rossi.  But you and the other defendants who have just

4    been added to the case, we'll put you on a different

5    schedule.

6          MR. ROSSI:  Thank you, Your Honor.

7          THE COURT:  But ultimately, they need to put you

8    on a different trial track altogether.

9          Okay.  Those are based on my -- at least on my

10   agenda, those are the global issues.  That is everything

11   that affects each defendant in the case.  Is there

12   anything else that anybody wants to raise that affects

13   everyone?  If not, those who do not have any outstanding

14   issues can sign off.  But let me just ask, go around and

15   see if anybody else has anything else they want to raise

16   that affects all of the defendants and all of the parties?

17         MS. HERNANDEZ:  Your Honor, Carmen Hernandez.

18   Just wanted to clarify something on the plea offers.  The

19   last conversation I had with the government was no plea

20   offers were available unless the defendant came in to

21   proffer.  I just wasn't sure whether the government's

22   presentation today changes that position or whether we're

23   still on the plea offer is dependent on a proffer.

24         THE COURT:  Ms. Rakoczy, I leave that to you to

25   address that if you'd like.

1          MS. RAKOCZY:  I think that Ms. Hernandez and I

2     need to speak separately because I think that there may

3     have been a misunderstanding about exactly what the nature

4     of our negotiations were.  I don't think that's accurate.

5     I don't think that Mr. Crowl needs to come in and speak to

6     us before he will be given a plea offer.  I do think we

7     had some discussions generally about a conversation of

8     whether Mr. Crowl will be giving a proffer.  But I think

9     Ms. Hernandez has overstated the government's position.

10         THE COURT:  Anyone else?

11         MS. ROBIN:  Your Honor, on behalf of Mr. James,

12    who apart from the most recently added defendants,

13    Mr. James was the last one to be added prior to this

14    fourth superseding indictment.  So we are a little bit

15    behind some of the other defense teams in terms of

16    opportunity to assess and review the discovery.

17         And so my question is will there be -- if a

18    defense counsel is not able to get all of the motions

19    filed within the next 30 days, will there be a second

20    round of motions that the Court anticipates or is the 30

21    days kind of a hard and fast deadline?

22         The problem is we haven't made it through all of

23    the discovery and it is a terabyte of discovery and we had

24    a few weeks less than some of the other defense teams to

25    sort through.

1          THE COURT:  Sure.  I think I will say the

2     following which is I recognize that, you know, Mr. James

3     is sort of along with Mr. Minuta were two later additions.

4          I'd like you to stick with the 30 days.  If you

5     need an extension of time to file a motion -- these

6     motions that I'm contemplating being filed on the 30th

7     day, 30 days from today are of the variety that you may

8     not need to have gone through all the discovery.  So they

9     are sort of, you know, global challenges to the indictment

10    or counts, the structure of the indictment, who is in the

11    indictment, those type of motions and it seems to me that

12    we may not -- you know, I recognize that some motions may

13    require a review of the discovery and a reference to

14    discovery.  But hopefully, the motions that we are talking

15    about include a potential venue motion, those ought not to

16    necessarily involve a complete and thorough review of

17    every single terabyte of information or gigabyte of

18    information that's provided.

19         As I said, you've got 30 days.  If anybody needs

20    more time, file the motion for more time.  And assuming

21    you've got grounds for more time, I will likely grant it.

22    Okay?

23         MS. ROBIN:  Thank you, Your Honor.

24         THE COURT:  Great.  Anyone else on global

25    issues?

1          (No response.)

2          THE COURT:  Okay.  So here are the defendants

3     that I have listed who have individual matters to raise

4     and discuss.  Ms. Steele, Mr. James, Mr. Crowl and

5     Ms. Meggs and Mr. Caldwell.  Am I missing anyone?  Those

6     are the five defendants that I have that issues have been

7     raised either by motion or something is in the pretrial

8     report concerning conditions of release.  Okay.

9          MS. HERNANDEZ:  Your Honor, I don't think

10    Mr. Crowl has an outstanding pretrial issue.

11         THE COURT:  There is an issue that's raised in

12    his report.  I mean it's a small one.  It's not a big

13    deal, but I wanted to make sure that it's addressed.

14         All right.  So unless everyone other than

15    Ms. Steele and Mr. James, Mr. Crowl and Ms. Meggs,

16    Mr. Caldwell and their counsel, you are free to leave and

17    log out if you wish.  Anything that gets discussed here

18    forward is only going to have to do with conditions of

19    release or specific motions that have been filed, all of

20    which relate to conditions of release.  So --

21         MS. PETERSON:  Your Honor, if I can ask for the

22    Court's indulgence to have my client, Ms. Watkins,

23    continue to a breakout room?  There's one matter I need to

24    go over with her.  Is that possible?

25         THE COURT:  Well, I think there's two issues.

1      One is -- I'm not sure it's -- let's put it this way.  I

2      guess we can do it, but it looks like Mr. Meggs is seated

3      right next to Ms. Watkins.  So --

4              MS. PETERSON:  But I believe his matters are

5      over.  So I suspect he can return and then Ms. Meggs can

6      remain where she is.  I'm sorry.  Ms. Watkins can remain

7      where she is and I can have --

8              THE COURT:  Well, if Mr. Meggs can be -- he's

9      done.  And so if you can -- if you want to put them in a

10     breakout room, we can certainly do that then obviously

11     until Mr. Meggs leaves.

12             MS. PETERSON:  Thank you.

13             THE CLERK:  And, Your Honor, I also wanted to

14     note that I believe we have to -- and pretrial can correct

15     me if I'm wrong, but I believe we have to put Mr. Issacs

16     on pretrial conditions in our court.

17             THE COURT:  Oh, all right.

18             MR. ROSSI:  Your Honor, may I address that real

19     quickly?

20             THE COURT:  Hang on for a second.  He was

21     released on conditions by the magistrate.  Right?

22             THE CLERK:  That is correct.

23             MR. ROSSI:  In Orlando -- Your Honor, Gene Rossi

24     for Mr. Issacs.  In Orlando, the magistrate released him

25     on conditions.  I would just ask Your Honor to just impose

1    the same conditions and adopt the conditions in Orlando.

2            THE COURT:  Mr. Rossi, why don't you hang on for

3    a moment?  We'll keep you and Mr. Issacs in the group of

4    people that should hang on.

5            So everyone else, you are free to log off so

6    other than Ms. Steele and Mr. James, Mr. Crowl and Ms.

7    Meggs, Mr. Caldwell and Mr. Issacs.

8            Okay.  All right.  Looks like we've got people

9    logging off.  All right.  So let's start with Mr. Issacs.

10   Is pretrial on?  You asked whether he had conditions of

11   release?  Where did Mr. Isaacs go?  I don't see him

12   anymore.  Mr. Issacs is there.  Where is your lawyer?  Oh,

13   there he is.  Right next to you.  Crazy shuffling of

14   Hollywood Squares.  It's hard to figure out.

15           MR. ROSSI:  It was a great show, Your Honor.

16           THE COURT:  All right.  Mr. Rossi, let me ask.

17   Pretrial is on.  And what additional conditions or

18   modifications are pretrial requesting if any from those

19   that were imposed by the magistrate in Orlando?

20           THE CLERK:  Mr. Copes, are you still on the

21   line?

22           MR. COPES:  Yes.  John Copes.  Pretrial

23   Services.

24           THE COURT:  Hello, Mr. Copes.  So, Mr. Issacs,

25   are you asking for any change in the conditions or

```
1    additional conditions?  Are you asking for any change in
2    conditions or new conditions other than those that were
3    imposed by the magistrate in Orlando?
4             MR. COPES:  No, Your Honor.
5             THE COURT:  All right.  So, Mr. Issacs,
6    conditions will remain, those that were imposed by the
7    magistrate judge in Orlando.  And with that, Mr. Rossi,
8    you and Mr. Issacs are welcome to leave the Zoom
9    conference.
10            MR. ROSSI:  Okay.  Judge, we'll leave the
11   Hollywood Squares.  Thank you, Your Honor.
12            MR. GREENE:  Thank you, Your Honor.
13            MS. NAPIERALA:  Thank you, Your Honor.
14            THE COURT:  Okay.  Let's turn first to
15   Ms. Steele and Mr. Cooper.  There was a request to monitor
16   her via a landline instead of GPS because of difficulties
17   with cell service given where she is.  Government counsel,
18   any objection to that modification?
19            MS. RAKOCZY:  No, Your Honor.  Thank you.
20            THE COURT:  All right.  So Ms. Steele's
21   conditions of release will be modified to permit that she
22   be monitored by landline instead of GPS.  Otherwise all
23   conditions will remain the same.  Anything else,
24   Mr. Cooper, on that point?
25            MR. COOPER:  No, Your Honor.  Thank you.
```

1          THE COURT:  All right.  Thank you.  So

2    Ms. Steele and Mr. Cooper are free to leave.

3          Mr. James, the request was made in the pretrial

4    services report to move him to home detention so that

5    pretrial doesn't have to alert the Court for medical

6    appointments.

7          It's not clear to me and maybe this is just a

8    matter of how things are done differently in different

9    districts or maybe it's my own conditions.  But,

10   Mr. James, for those reasons that he's been accepted to

11   leave his home, he doesn't need permission from the Court.

12   He simply needs to just notify the pretrial services in

13   the district to which he is reporting in advance of that.

14   So he doesn't need to get permission from the Court for

15   that purpose.

16         Mr. Copes, is that sufficient for the purposes

17   or the concerns that were raised by the district in

18   Alabama?

19         MS. SCHUCK:  Good morning, Your Honor.  This is

20   Christine Schuck with Pretrial.  I'm actually the assigned

21   officer with handling Mr. James.

22         THE COURT:  Okay.

23         MS. SCHUCK:  In the district of Alabama, they

24   are requesting the home detention provision because under

25   home incarceration, he is not allowed to leave for medical

1    appointments unless he comes to the court for every

2    medical appointment.  So yes.  We are just asking that he

3    be moved to home detention and then the Court can specify

4    in its minute order that he may only leave for the

5    purposes of medical appointments.

6             THE COURT:  Well, I'm happy to do that, move him

7    to home detention if that works, if that's what they are

8    requesting.  I think in the past, we have allowed folks

9    even on home confinement to leave for medical/legal visits

10   and other court approved matters.  But we'll change the

11   wording of what he's required of his conditions and make

12   clear what he is permitted to leave for and he'll need

13   simply to notify pretrial services.

14            MS. SCHUCK:  Thank you, Your Honor.

15            THE COURT:  Okay.

16            MS. SCHUCK:  We learned through the other

17   offices that the national -- under the national standard,

18   home incarceration just does not allow for medical

19   appointments.  In order for that to take place, they have

20   to be on home detention.

21            THE COURT:  Okay.  All right.  Okay.  So we'll

22   make that modification for Mr. James.  Anything else for

23   Mr. James?

24            MS. ROBIN:  Not at this time, Your Honor.  Thank

25   you.

1          THE COURT:  All right.  Thank you, all.

2   Mr. James and your counsel, you are free to leave.

3          Okay.  Mr. Crowl, there was in his pretrial, in

4   the compliance report, there was just a notation that

5   there was a contempt citation issued in Champagne County,

6   Champagne County in Ohio back on February 8, 2021.  Ms

7   Hernandez, I just want to make sure you saw that and

8   Mr. Crowl ought to get that resolved --

9          MS. HERNANDEZ:  Sorry, Your Honor.  I hadn't

10  seen the report that was entered this morning.  It's for a

11  traffic citation matter that he had some payments to make

12  and he hadn't been able to because he had been on home

13  incarceration.  But we're going to take care of it.  He

14  has to appear in court in order to take care of it.

15         THE COURT:  That's fine.  And obviously, if he's

16  got court obligations, state court, he is -- that's a

17  valid reason for him to be outside.

18         MS. HERNANDEZ:  Thank you, Your Honor.

19         THE COURT:  All right.  So, Mr. Crowl and Ms.

20  Hernandez, you are free to go.

21         All right.  That leaves Ms. Meggs and Mr.

22  Caldwell, both of whom had filed motions.  Let's start

23  with Ms. Meggs.  I mean, first, I have sort of two motions

24  I want to take up with Ms. Meggs and the first concerns

25  her change in counsel and I just want to talk about that

1     with her and make sure that she is -- that she assents

2     essentially to the change in counsel.  I know Ms. Anderson

3     has entered her appearance.  But let me just make sure for

4     the record that Ms. Meggs approves of that.

5            Ms. Meggs, we had talked about in your last

6     hearing there was a concern that you and your husband were

7     represented both by Mr. Wilson.  The government raised a

8     concern about that.  I had a concern about it.  In the

9     interim, what we did is we appointed two lawyers to serve

10    as what we call conference counsel.  Those lawyers spoke

11    with you.  They talked to you I think within the last 60

12    days.  They spoke with Ms. Anderson.  They spoke with Mr.

13    Wilson.  I know they spoke with government counsel.

14           Part of that discussion what was discussed was

15    the possibility that Ms. Anderson would represent -- that

16    you would no longer be represented by Mr. Wilson and that

17    you would be represented by Ms. Anderson individually.

18    And that's at least Ms. Anderson has entered her

19    appearance for that purpose.  But I just wanted to make

20    sure for the record so that there is no doubt that that is

21    an acceptable arrangement for you, that you are satisfied

22    to be represented separately by Ms. Anderson, you will no

23    longer be represented jointly with your husband by

24    Mr. Wilson.

25           DEFENDANT MEGGS:  Your Honor, I love her.  She

1    is wonderful and I thank you for everything you did for

2    making that happen.  I appreciate that, sir.

3              THE COURT:  All right.  You are welcome, Ms.

4    Meggs.  All right.  So let's talk about your conditions of

5    release.  There was a motion filed to reduce Ms. Meggs'

6    detention status to home detention.  That would permit her

7    to work.  Alternatively, to amend the conditions to expand

8    the footprint to include the perimeter of her home.  The

9    government doesn't oppose the latter modification, but it

10   does oppose the former.

11             Mr. Wilson, can you tell me in terms of

12   employment, what your thinking is and your client's

13   thinking about employment, her financial circumstances?

14             MR. WILSON:  Judge, I no longer represent

15   Ms. Meggs.

16             THE COURT:  I'm sorry.

17             MR. WILSON:  And the confusion is because she is

18   in my office as a courtesy to Ms. Anderson because of the

19   proximity of their respective offices.  I'm much closer.

20   So that it's just easier for Ms. Meggs to be on the Zoom

21   here as opposed to --

22             THE COURT:  No, no, no.  I completely

23   understand.  I figured as much and I was just going from

24   muscle memory.  So --

25             MR. WILSON:  I just suspect that, judge.

1          MS. ANDERSON:  Your Honor, and the -- just so

2    you know that I don't think I've ever had a client here on

3    home incarceration.  That's just how they do it.  What's

4    interesting is that they really mean home incarceration.

5    It is literally you cannot step out of your doorstep.  So

6    that's where she's been and she lives on this five-acre

7    property and so that's one of the requests that the

8    government is not opposing.  That they just set the

9    boundaries of the GPS so that she can move about her

10   property and the government doesn't have a problem with

11   that.

12          But also Ms. Meggs would like to seek some sort

13   of part-time employment like waitressing or to be a server

14   or something like that.  I don't think that she's found

15   any -- been able to look for it, but just some sort of

16   part-time employment.  Pretrial services -- she was on the

17   regular home detention which I think is the middle box

18   would be able to just approve that and monitor that.  So

19   that's what she's wanting to do.  And they would have to

20   approve any choice that she made.

21          THE COURT:  Government counsel, opposition to

22   that amendment?

23          MS. RAKOCZY:  Your Honor, I think that there's

24   just been some confusion back and forth in talking about

25   what the true difference is between home incarceration and

1    home confinement.  The government's concern here -- as the

2    Court knows, we asked for all these defendants to be

3    detained and so obviously, we believe there is a threat to

4    the community and so we are reluctant to keep stepping

5    down conditions of release, worried that we might

6    ultimately get to unfettered movements by these

7    defendants.

8            What we do not oppose is any of these defendants

9    attending necessary medical appointments and we do not

10   oppose individuals seeking or going to employment.  We

11   think that those -- under the circumstances, it's in the

12   best interest of the community to allow Ms. Meggs or

13   Mr. James, for example, to attend those appointments or

14   interviews or employment.  But we do not believe we should

15   step any of these defendants down to just unrestricted

16   movements with GPS monitoring.  And so that's where the

17   government's concerns lie.

18           And so if the release order were to be modified

19   to home confinement with a limited set of activities that

20   would be permitted such as a job interview, medical

21   appointments and I think there are some religious services

22   that we agreed that Ms. Meggs should be allowed to attend,

23   we would not oppose that.  What we would oppose is

24   unrestricted movements with just GPS monitoring.

25           THE COURT:  Well, it sounds like then that there

1     really isn't much in the way of daylight between the two

2     sides.  My orders with respect to those defendants that

3     have been released and placed on conditions of home

4     confinement were quite restrictive and obviously, with

5     some exceptions.  Those exceptions always included

6     medical/legal visits, pretrial obligations or meetings

7     with counsel.  It did not permit employment.  So anybody

8     who -- right now it's I believe Mr. James is not permitted

9     to work.  I may be wrong.  But we may need to take a look

10    at that.  And we may need to go back and take a look at

11    some of the conditions that are imposed because if the

12    government is not imposing employment, I think that

13    affects more than just Ms. Meggs.  So and I don't know

14    whether the government is not opposing that just for her

15    or across the board.

16         MS. RAKOCZY:  I think we might want the

17    opportunity to respond on a case-by-case basis.

18         THE COURT:  Well, that's fine.  And so, you

19    know, we'll take the government's position then with

20    respect to Ms. Meggs.  We'll grant the motion.  We'll step

21    Ms. Meggs down to home detention and we'll do two things.

22    One, we'll allow her to be on home detention.  We'll allow

23    her to leave the house for a variety of reasons

24    including -- do you have the list, the standard list of

25    home detention, approvals for release?

1            MS. SCHUCK:  Your Honor, Christine Schuck,

2     Pretrial Services.  Home detention allows for movements

3     for employment, education, religious services, medical,

4     substance abuse and mental health or treatment along with

5     attorney visits, court appearances, court-ordered

6     obligations and other activities approved in advance by

7     the pretrial services officer or supervision officer.

8            THE COURT:  Okay.  So there you go.  So those

9     will be the expanded exceptions for her to leave.  We'll

10    also expand the perimeter to -- of when she is at home to

11    include the parameter of her property.  So she'll have the

12    opportunity to actually leave the confines of the actual

13    physical home itself.  Okay.  So I think -- does that take

14    care, Ms. Anderson, of your motion and how you'd like the

15    conditions modified?

16           MS. ANDERSON:  It does, Your Honor.  Thank you.

17           THE COURT:  All right.  So we'll make sure that

18    that's reflected in a minute order so that the folks in

19    Florida know that we've adjusted her conditions.  Okay.

20    So I think Mr. Wilson and Ms. Anderson, you are welcome to

21    sign off along with Ms. Meggs.  And that leaves us with

22    Mr. Caldwell.

23           MR. WILSON:  Thank you, judge.

24           MS. ANDERSON:  Thank you, judge.

25           THE COURT:  Okay.  Mr. Caldwell, I see

1    Mr. Caldwell there in the background, Mr. Fischer.  All
2    right.  So there's been a request made by the pretrial
3    services folks in the I think it's in the Western District
4    of Virginia to modify his conditions from the current what
5    is essentially a home confinement with exceptions.
6    Mr. Caldwell has had need to leave the house for a number
7    of those exceptions.  To sort of step that down and impose
8    a curfew.  And the government has opposed that.

9         So I'm happy to hear further from either party
10   if you want to be heard.  And that includes pretrial
11   services if pretrial services wants to add anything.

12        MR. FISCHER:  So, Your Honor, on behalf of
13   Mr. Caldwell, David Fischer.  Your Honor, at this point I
14   would just point out that the request that we're making,
15   if the Court granted the request, Mr. Caldwell already
16   effectively, he already has 80% of what we requested
17   because he's in an unusual position.  He has a number of
18   medical appointments which have been backloaded.  What I
19   mean by that is when he was originally released in March,
20   he had to quarantine for 14 days and many of his medical
21   appointments didn't take place for a month or so because
22   he had to make the appointments.

23        So the number of times he's been leaving his
24   home with approval has greatly increased over the past
25   month.  He's already left his house with approval.  I

1    think today he was at my office.  He's up to almost I

2    believe 28 or 29 times he's left his house with approval

3    and hasn't had a single issue yet.

4            Your Honor, the number of times he will have to

5    be released is going to be -- is going to increase

6    because, number one, discovery is so voluminous, he will

7    have to come to my office at least twice a week and maybe

8    three times a week over the next month, two months.  His

9    medical visits are going to increase because it looks like

10   he will need another back fusion surgery.  So he's going

11   to need a number of consultations with his orthopedic

12   doctor and his orthopedist has prescribed physical therapy

13   visits, which they're in the process of setting more

14   appointments.

15           So, Your Honor, effectively, it would not be --

16   with church visits and other approved visits, Mr. Caldwell

17   will likely be out of his home 28 out of 30 days each

18   month and those are for extended period of times.  To get

19   to my office which is just outside of Baltimore, it's

20   almost a two-and-a-half hour ride depending on how traffic

21   is.  It can be longer.  It can be a little shorter.  So

22   effectively, he's unofficially been on a curfew because of

23   the issues that he has.

24           I would point out that he's obviously followed

25   the Court's order a hundred percent and these were very

1   restrictive conditions.  He can still be monitored by GPS.

2   Ms. Moorehead, the Officer Moorehead of pretrial services

3   indicated they can still monitor him via GPS.

4           I'd also point out, Your Honor, that the newest

5   indictment drops a count against Mr. Caldwell.  That's not

6   an insignificant issue.  So there is less exposure.

7           So, Your Honor, I don't believe he's a danger.

8   I'd also point out his wife travels with him practically

9   everywhere.  Mr. Caldwell rarely drives because he's

10  typically consuming a lot of pain medication and he

11  believes it's just appropriate not to drive to most

12  places.  So effectively, Mrs. Caldwell can be the eyes and

13  ears of the court.

14          So we'd ask the Court to consider -- I actually

15  was going to file this motion anyway before I was

16  contacted by pretrial services.  So they contacted me out

17  of the blue and strongly suggested that I file this

18  motion.

19          So, Your Honor, I ask the Court to grant the

20  relief and allow Mr. Caldwell to just be simply be placed

21  on a curfew.  All other conditions remaining the same and

22  that he be accompanied by Mrs. Caldwell whenever he leaves

23  the property.  Thank you, Your Honor.

24          THE COURT:  Ms. Rakoczy, government counsel?

25          MS. RAKOCZY:  Thank you, Your Honor.  I think

1    our concern is that this request seems to go further than
2    is necessary to achieve the goals here.  We have no
3    opposition to Mr. Caldwell attending his medical
4    appointments and visiting with Mr. Fischer.  But we are
5    concerned about stepping him down to a level where he has
6    only a curfew and that he has unfettered movements
7    throughout his area.  We think that there should be
8    supervision and that he should be have to account for his
9    whereabouts.  And beyond just medical -- necessary medical
10   appointments and legal visits, we don't think that it's
11   safe for the community for him to be allowed to go
12   wherever he wants whenever he wants.
13            THE COURT:  Ms. Schuck, can I ask you or
14   Mr. Copes, I'm not sure which of the two of you are on for
15   Mr. Caldwell?
16            MS. SCHUCK:  Good morning, Your Honor.
17   Christine Schuck, Pretrial Services.
18            THE COURT:  What's the concern in terms of the
19   burden that's being placed upon pretrial services in the
20   Western District?  Is there a way we can alleviate -- I
21   mean, look, let me just tell you what my concern is
22   because it's two-fold.  One is the government's opposition
23   has introduced some new evidence that suggests that
24   Mr. Caldwell in fact did bring a weapon to Northern
25   Virginia, left that weapon at the hotel as part of the

1   Quick Reaction Force.  And so that is -- I think there

2   was -- if memory serves, it's been a few months, but I

3   think the government contemplated that that evidence or

4   contemplated that possibility that the actual photographs

5   of it are new.  Is that right, Ms. Rakoczy?  I don't think

6   that was presented --

7          MS. RAKOCZY:  Yes, Your Honor.  The surveillance

8   video photographs were not presented with our initial

9   detention request.

10         THE COURT:  So you will have in some respects

11  additional evidence that ought to give anybody some

12  concern.  But I want to be, you know, mindful about what

13  is being asked and the burden that we are placing on

14  pretrial in the Western District.  Ms. Schuck?

15         MS. SCHUCK:  I just communicated with

16  Ms. Valentine-Lewis, who was the assigned officer in our

17  office and she was not aware that the Eastern District of

18  Virginia had reached out to defense counsel.  So we are

19  not aware of this request from the Eastern District of

20  Virginia.  Pretrial Services for the District of Columbia

21  does not request or recommend lower levels of supervision.

22  And moving Mr. Caldwell from home detention to a curfew

23  would be a lower level of supervision.  So D.C. Pretrial

24  Services' position is no change in conditions.

25         THE COURT:  Okay.

1          MS. SCHUCK:  We cannot speak to what the Eastern

2     District of Virginia has represented to defense counsel

3     because we were not made aware of it.

4          THE COURT:  Is he in the Eastern District, is

5     it, or the Western District?

6          MS. RAKOCZY:  Western.

7          MS. SCHUCK:  Western.  Okay.  I'm seeing a

8     couple of different notations.  So I apologize if it is

9     the Western District.  But the district conducting the

10    courtesy supervision for us did not notify us.  They

11    reached out to defense counsel and made this request.

12         THE COURT:  Okay.  Look, let me just say the

13    following.  Ms. Schuck, what I would ask you to do is sort

14    of reach out to -- well, let me ask.  Have you spoken to

15    his pretrial officer then?

16         MS. SCHUCK:  Ms. Valentine-Lewis just notified

17    me it was not mentioned to her.

18         THE COURT:  Okay.  And so are you -- do I

19    understand that she reached out to you for -- but did not

20    tell you that she had recommended or requested a step down

21    in conditions?

22         MS. SCHUCK:  What I just reached out to Ms.

23    Valentine-Lewis just now based on what I'm hearing in

24    court, I asked her, you know, if there was a conversation,

25    if she was notified.  Ms. Valentine-Lewis said no, she was

1    not notified by that district.  Nothing was mentioned to

2    her that they had made this request.

3              MS. RAKOCZY:  Your Honor, for the Court's

4    information, I was on the email correspondence with

5    Mr. Fischer where the pretrial officer did suggest that

6    this would be helpful.

7              THE COURT:  Okay.  No.  I'm not suggesting that

8    this -- you know, I'm not sure what the mixup in the

9    communication.

10             But, look, I think the bottom line is as

11   follows, Mr. Fischer.  I just am not comfortable

12   particularly in light of the new evidence, that I'm going

13   to modify Mr. Caldwell's conditions, give him some greater

14   flexibility and freedom and lessen his restrictions.  I

15   think the restrictions that are in place right now are

16   appropriate and he's obviously out of the house a fair

17   amount for reasons that he's allowed to be out of the

18   house.  Moving to a curfew will allow him to be out of the

19   house for other reasons, including going down the block to

20   a restaurant to eat, which I don't think is appropriate at

21   this time and certainly given some of the evidence that's

22   coming out against him recently, I don't that's

23   appropriate.

24             So we will retain him on the current conditions.

25   To the extent, Ms. Schuck, if there are concerns by

1    pretrial, I'd suggest that we reach out to them and figure

2    out what that is and if there is a way we can minimize the

3    burden on them, I'm happy to work with them and try to

4    figure that out.

5            MS. SCHUCK:  Yes, Your Honor.

6            THE COURT:  But insofar as the reasons

7    Mr. Caldwell is permitted out, those will remain the same.

8    And so I'm not going to grant the motion to modify

9    conditions to drop him down to a curfew.

10           All right.  So that's that.  I don't think

11   there's anything else for Mr. Caldwell.  And I think that

12   brings us to an end to our proceedings this morning.

13   Mr. Fischer, anything else from you?

14           MR. FISCHER:  No, Your Honor.

15           THE COURT:  All right.  Thank you all very much.

16   Ms. Rakoczy, Mr. Baset, Mr. Edwards?

17           MS. RAKOCZY:  Nothing further, Your Honor.

18   Thank you.

19           THE COURT:  All right.  Thank you all very much.

20   We'll see everybody in about 30 days.

21           MS. RAKOCZY:  Thank you, Your Honor.

22           (Proceedings concluded.)

23

24

25

1                    <u>CERTIFICATE OF REPORTER</u>

2

3           I, Lisa K. Bankins, an Official Court Reporter

4    for the United States District and Bankruptcy Courts for

5    the District of Columbia, do hereby certify that I

6    reported, by machine shorthand, in my official capacity,

7    the proceedings had and testimony adduced upon the status

8    conference in the case of the United States of America

9    versus Thomas Caldwell, et al., Criminal Number CR-21-28,

10   in said court on the 1st day of June, 2021.

11

12          I further certify that the foregoing 63 pages

13   constitute the official transcript of said proceedings, as

14   taken from my machine shorthand notes, together with the

15   backup tape of said proceedings to the best of my ability.

16

17          In witness whereof, I have hereto subscribed my

18   name, this 15th day of June, 2021.

19

20

21                              Lisa K. Bankins

22                              Lisa K. Bankins
                                Official Court Reporter
23

24

25

**DEFENDANT MEGGS: [1]** 50/25
**MR. BRENNWALD: [4]** 12/9 12/15 12/18 28/20
**MR. COOPER: [3]** 5/13 29/6 46/25
**MR. COPES: [2]** 45/22 46/4
**MR. FISCHER: [5]** 10/3 10/8 23/15 56/12 63/14
**MR. FOLEY: [4]** 13/7 14/14 14/18 28/25
**MR. GREENE: [1]** 46/12
**MR. LEIBIG: [1]** 16/22
**MR. MACHADO: [3]** 15/18 26/16 28/12
**MR. ROSSI: [15]** 6/21 7/12 7/15 7/20 8/16 31/24 39/12 39/14 39/20 39/25 40/6 44/18 44/23 45/15 46/10
**MR. WILSON: [7]** 15/3 29/14 32/19 51/14 51/17 51/25 55/23
**MS. ANDERSON: [6]** 5/17 30/3 30/14 52/1 55/16 55/24
**MS. HERNANDEZ: [10]** 10/23 23/22 25/10 25/19 26/1 32/14 40/17 43/9 49/9 49/18
**MS. NAPIERALA: [1]** 46/13
**MS. PETERSON: [7]** 11/17 26/5 32/17 38/21 43/21 44/4 44/12
**MS. RAKOCZY: [19]** 13/12 13/20 17/22 18/12 20/20 22/15 22/22 27/17 33/15 41/1 46/19 52/23 54/16 58/25 60/7 61/6 62/3 63/17 63/21
**MS. ROBIN: [5]** 17/14 31/10 41/11 42/23 48/24
**MS. SCHUCK: [12]** 47/19 47/23 48/14 48/16 55/1 59/16 60/15 61/1 61/7 61/16 61/22 63/5
**MS. WICKS: [4]** 5/21 30/19 31/8 32/21
**THE CLERK: [17]** 3/2 7/21 9/6 9/23 10/12 11/7 11/25 12/21 14/2 14/21 15/10 16/7 16/10 16/25 44/13 44/22 45/20
**THE COURT: [109]**

**1**
**10:00 [1]** 1/11
**11 [4]** 3/8 3/18 38/18 39/3
**111 [1]** 17/9

**12 [4]** 3/8 3/19 36/4 36/3
**1361 [1]** 8/7
**14 [1]** 56/20
**1512 [5]** 8/4 13/3 14/11 14/24 17/11
**15th [1]** 64/18
**16 [8]** 3/9 3/20 7/24 21/16 29/12 33/17 34/19 35/8
**16-plus [1]** 33/6
**1752 [1]** 8/9
**18 [16]** 8/1 8/3 8/6 8/8 8/10 8/12 10/18 11/12 13/2 14/8 14/10 14/23 15/14 17/5 17/8 17/11
**19th [1]** 36/16
**1st [2]** 40/2 64/10

**2**
**20 [2]** 24/10 24/11
**20001 [1]** 2/6
**2021 [4]** 1/5 49/6 64/10 64/18
**21-28-16 [1]** 7/24
**231 [8]** 8/10 8/13 10/19 11/12 13/22 14/9 15/15 17/6
**28 [5]** 1/3 36/10 57/2 57/17 64/9
**28th [1]** 30/9
**29 [1]** 57/2
**29th [1]** 36/15
**2nd [4]** 38/17 39/3 39/17 40/2

**3**
**30 [18]** 26/11 34/7 35/19 35/23 36/8 37/5 37/6 37/12 37/19 38/9 38/15 41/19 41/20 42/4 42/7 42/19 57/17 63/20
**30-day [1]** 26/13
**300 [1]** 18/20
**30th [1]** 42/6
**333 [1]** 2/6
**371 [1]** 8/1

**5**
**5th [2]** 7/3 8/18

**6**
**60 [17]** 20/5 23/3 24/15 25/16 25/25 25/25 26/1 26/18 29/3 29/7 30/20 31/20 31/25 34/7 34/12 37/8 50/11
**60-day [4]** 25/9 28/21 30/4 32/8
**63 [1]** 64/12
**680 [1]** 18/18
**6th [1]** 27/19

**8**
**80 [1]** 56/16

**9**
**90 [1]** 37/20

**A**
**a.m [3]** 1/11 38/18 39/3
**abetting [9]** 8/3 8/5 8/10 8/12 10/18 11/11 14/7 15/13 17/5
**ability [1]** 64/15
**able [5]** 16/10 41/18 49/12 52/15 52/18
**about [32]** 4/10 9/6 18/9 18/20 19/24 20/10 20/18 21/24 22/23 22/24 24/1 25/2 28/6 32/1 32/24 33/13 33/23 35/19 41/3 41/7 42/15 49/25 50/5 50/8 50/8 51/4 51/13 52/9 52/24 59/5 60/12 63/20
**absolutely [1]** 38/20
**abuse [1]** 55/4
**acceptable [1]** 50/21
**accepted [1]** 47/10
**accompanied [1]** 58/22
**account [2]** 20/24 59/8
**accurate [1]** 41/4
**accurately [1]** 23/18
**achieve [1]** 59/2
**acre [1]** 52/6
**across [1]** 54/15
**Act [2]** 23/16 25/21
**actions [1]** 21/17
**activities [2]** 53/19 55/6
**actual [2]** 55/12 60/4
**actually [6]** 4/22 13/13 38/17 47/20 55/12 58/14
**add [4]** 22/20 23/7 26/6 56/11
**added [15]** 4/23 5/6 6/2 6/6 6/7 9/2 14/20 15/9 16/20 17/20 18/3 24/6 40/4 41/12 41/13
**adding [5]** 24/5 25/11 25/11 29/21 29/21
**additional [11]** 15/9 18/2 26/18 31/13 31/20 37/7 37/19 38/9 45/17 46/1 60/11
**additions [1]** 42/3
**address [4]** 23/1 34/18 40/25 44/18
**addressed [2]** 34/19 43/13
**adds [2]** 14/22 25/22
**adduced [1]** 64/7
**adjusted [1]** 55/19
**adopt [1]** 45/1
**advance [2]** 47/13 55/6

# A

**affects [4]**   40/11 40/12
40/16 54/13
**again [3]**   8/17 15/21
36/24
**against [5]**   7/18 11/23
35/2 58/5 62/22
**agenda [1]**   40/10
**agree [2]**   30/20 33/22
**agreed [2]**   32/21 53/22
**AHMED [1]**   1/16
**aiding [9]**   8/2 8/5 8/9
8/11 10/18 11/11 14/7
15/13 17/5
**al [1]**   64/9
**Alabama [2]**   47/18 47/23
**alacrity [1]**   32/2
**alert [1]**   47/5
**all [79]**
**allegedly [1]**   24/13
**alleviate [1]**   59/20
**allow [12]**   20/7 20/9
34/9 34/11 37/13 38/8
48/18 53/12 54/22 54/22
58/20 62/18
**allowed [5]**   47/25 48/8
53/22 59/11 62/17
**allows [1]**   55/2
**almost [2]**   57/1 57/20
**along [3]**   42/3 55/4
55/21
**already [4]**   10/15 56/15
56/16 56/25
**also [13]**   3/23 19/3
21/6 21/19 22/7 24/19
24/19 28/15 44/13 52/12
55/10 58/4 58/8
**Alternatively [1]**   51/7
**although [1]**   16/1
**altogether [1]**   40/8
**Alvin [1]**   3/5
**always [1]**   54/5
**am [7]**   6/23 26/23 26/24
32/17 37/5 43/5 62/11
**amend [1]**   51/7
**amendment [3]**   11/2
15/24 52/22
**AMERICA [2]**   1/3 64/8
**AMIT [1]**   1/13
**among [2]**   19/6 35/8
**amount [5]**   4/4 18/14
19/9 20/4 62/17
**ANDERSON [13]**   1/22 3/17
5/16 30/2 50/2 50/12
50/15 50/17 50/18 50/22
51/18 55/14 55/20
**announce [1]**   11/22
**announced [1]**   10/7
**another [2]**   37/8 57/10
**answer [1]**   28/5
**answered [1]**   28/9
**anticipate [2]**   31/12
35/5
**anticipates [1]**   41/20
**anticipating [1]**   33/14
**anxious [1]**   26/12
**any [38]**   4/6 5/7 6/12
6/16 9/1 17/19 18/9
18/10 21/10 21/20 22/5
25/14 27/3 29/7 29/9
29/15 30/3 30/23 31/16
32/10 35/1 35/2 35/23
35/25 35/25 36/4 36/15
37/1 38/24 40/13 45/18
45/25 46/1 46/18 52/15
52/20 53/8 53/15
**anybody [8]**   36/20 38/19
39/3 40/12 40/15 42/19
54/7 60/11
**anymore [1]**   45/12
**anyone [4]**   17/19 41/10
42/24 43/5
**anything [16]**   22/20
23/6 23/7 23/10 23/11
26/5 31/7 36/6 40/12
40/15 43/17 46/23 48/22
56/11 63/11 63/13
**anyway [1]**   58/15
**apart [1]**   41/12
**apologize [5]**   7/13
13/12 14/2 27/6 61/8
**appear [4]**   38/25 39/1
39/1 49/14
**appearance [2]**   50/3
50/19
**appearances [2]**   1/15
55/5
**appearing [1]**   3/21
**appointed [1]**   50/9
**appointment [1]**   48/2
**appointments [13]**   47/6
48/1 48/5 48/19 53/9
53/13 53/21 56/18 56/21
56/22 57/14 59/4 59/10
**appreciate [2]**   28/14
51/2
**appropriate [5]**   15/23
58/11 62/16 62/20 62/23
**approval [3]**   56/24
56/25 57/2
**approvals [1]**   54/25
**approve [2]**   52/18 52/20
**approved [3]**   48/10 55/6
57/16
**approves [1]**   50/4
**approximately [2]**
18/15 20/5
**are [95]**
**area [1]**   59/7
**argument [1]**   37/1
**arguments [1]**   36/24
**arithmetic [1]**   7/3
**around [1]**   40/14
**arraigned [8]**   4/9 9/10
10/14 10/15 11/9 12/3
12/25 16/17
**arraignment [1]**   10/2
**arraignments [1]**   4/21
**arrangement [1]**   50/21
**arrested [1]**   18/5
**articulated [1]**   29/23
**as [43]**   4/11 4/11 6/11
8/23 12/2 12/24 13/10
14/16 15/22 17/2 19/4
21/1 22/3 22/5 23/10
23/15 23/16 24/6 27/10
28/16 31/2 31/15 32/17
33/18 35/24 36/24 37/5
37/15 38/6 38/13 38/14
38/22 42/19 50/10 51/18
51/21 51/23 53/1 53/20
59/25 62/10 63/6 64/13
**aside [1]**   20/14
**ask [23]**   7/2 7/10 7/17
8/17 9/4 11/22 15/25
22/25 24/18 24/20 25/15
32/10 34/17 35/22 40/14
43/21 44/25 45/16 58/14
58/19 59/13 61/13 61/14
**asked [5]**   34/18 45/10
53/2 60/13 61/24
**asking [5]**   12/13 27/9
45/25 46/1 48/2
**asks [1]**   36/3
**aspects [1]**   28/16
**assaulting [1]**   17/7
**assents [1]**   50/1
**assert [6]**   15/21 15/21
15/23 16/1 16/3 25/13
**asserting [1]**   25/19
**asserts [1]**   11/1
**assess [1]**   41/16
**assessing [1]**   19/11
**assigned [2]**   47/20
60/16
**associated [2]**   10/6
38/12
**assume [3]**   34/20 38/21
39/22
**assuming [1]**   42/20
**attack [1]**   21/15
**attempting [1]**   27/21
**attend [2]**   53/13 53/22
**attended [1]**   21/8
**attending [2]**   53/9 59/3
**attention [1]**   30/6
**attorney [1]**   55/5
**Attorney's [1]**   21/13
**attorneys [1]**   30/24
**August [3]**   7/3 8/18
36/16
**August 19th [1]**   36/16
**August 5th [2]**   7/3 8/18
**available [4]**   21/14
24/23 38/17 40/20
**Avenue [1]**   2/6
**aware [6]**   9/20 29/15
31/4 60/17 60/19 61/3

---

# B

**back [6]**   15/8 29/19

**B**

back... [4]  49/6 52/24 54/10 57/10
background [1]  56/1
backloaded [1]  56/18
backup [1]  64/15
ball [1]  39/10
Baltimore [1]  57/19
Bankins [4]  2/4 64/3 64/21 64/22
BANKRUPTCY [2]  1/1 64/4
based [2]  40/9 61/23
BASET [2]  1/16 63/16
basically [1]  36/5
basis [1]  54/17
basket [1]  36/6
be [94]
because [24]  5/8 7/7 16/15 19/4 24/7 24/21 26/11 32/1 39/21 41/2 46/16 47/24 49/12 51/17 51/18 54/11 56/17 56/21 57/6 57/9 57/22 58/9 59/22 61/3
becomes [1]  28/13
been [37]  6/7 6/10 7/24 9/1 9/3 9/10 9/17 10/14 10/15 11/9 11/23 14/20 15/9 17/20 19/7 23/24 27/17 31/12 31/14 37/2 39/18 40/4 41/3 43/6 43/19 47/10 49/12 49/12 52/6 52/15 52/24 54/3 56/2 56/18 56/23 57/22 60/2
before [4]  1/13 19/24 41/6 58/15
begun [1]  19/18
behalf [24]  3/10 3/24 7/1 10/23 11/17 13/8 14/14 15/4 15/18 17/14 23/20 26/4 26/14 28/19 28/24 29/5 29/13 30/2 30/18 30/19 31/9 31/22 41/11 56/12
behind [1]  41/15
being [11]  10/13 10/17 11/10 14/4 15/13 17/4 26/7 29/9 42/6 59/19 60/13
believe [16]  13/13 13/20 17/22 19/5 19/16 23/17 26/9 31/16 44/4 44/14 44/15 53/3 53/14 54/8 57/2 58/7
believes [1]  58/11
BENNIE [4]  1/7 3/5 11/25 28/19
best [3]  7/3 53/12 64/15
better [1]  34/13
between [3]  5/1 52/25 54/1

beyond [2]  26/11 59/9
big [1]  43/12
biggest [1]  25/1
bit [4]  9/5 21/4 24/3 41/14
block [1]  62/19
blue [1]  58/17
board [1]  54/15
body [9]  21/7 26/21 26/24 27/3 27/9 27/10 27/14 31/13 37/17
bond [1]  30/7
both [3]  6/24 49/22 50/7
bottom [1]  62/10
boundaries [1]  52/9
box [1]  52/17
Brady [2]  26/8 27/7
brand [1]  5/25
breakout [2]  43/23 44/10
BRENNWALD [5]  1/20 3/15 12/9 12/12 28/19
briefings [1]  37/2
bring [2]  18/6 59/24
brings [1]  63/12
broader [2]  27/15 27/15
building [1]  8/7
bulk [2]  18/24 21/13
burden [4]  24/4 59/19 60/13 63/3
business [1]  17/25

**C**

calculation [1]  8/18
CALDWELL [34]  1/5 3/3 6/8 8/23 9/3 9/7 9/10 9/15 9/18 9/24 23/14 43/5 43/16 45/7 49/22 55/22 55/25 56/1 56/6 56/13 56/15 57/16 58/5 58/9 58/12 58/20 58/22 59/3 59/15 59/24 60/22 63/7 63/11 64/9
Caldwell's [1]  62/13
call [1]  50/10
cam [1]  31/13
came [1]  40/20
camera [10]  21/7 21/10 26/24 27/3 27/9 27/10 27/14 27/24 27/24 37/17
cameras [1]  26/21
can [28]  4/12 20/13 22/15 25/15 27/12 38/24 40/14 43/21 44/2 44/5 44/5 44/6 44/7 44/8 44/9 44/10 44/14 48/3 51/11 52/9 57/21 57/21 58/1 58/3 58/12 59/13 59/20 63/2
cannot [4]  38/19 38/20 52/5 61/1
capacity [1]  64/6
Capitol [6]  19/8 21/8

21/14 21/21 21/23 26/25 captures [1]  21/16
care [3]  49/13 49/14 55/14
Carlton [1]  6/24
CARMEN [3]  1/18 3/12 40/17
carryover [5]  6/1 6/4 8/25 13/18 13/25
case [22]  4/9 7/24 9/2 18/1 19/11 19/11 21/25 25/2 25/6 30/24 32/24 33/6 33/8 33/14 34/1 35/14 37/18 40/4 40/11 54/17 54/17 64/8
cases [2]  21/15 33/8
category [3]  20/18 35/1 35/6
cell [2]  18/19 46/17
certain [3]  17/8 19/15 28/3
certainly [8]  27/20 28/6 33/10 33/17 36/5 37/20 44/10 62/21
CERTIFICATE [1]  63/23
certify [2]  64/5 64/12
cetera [2]  35/17 35/17
challenge [1]  35/1
challenges [1]  42/9
challenging [2]  33/16 34/2
Champagne [2]  49/5 49/6
chance [1]  33/19
change [6]  45/25 46/1 48/10 49/25 50/2 60/24
changes [1]  40/22
charge [5]  13/15 13/15 13/22 13/22 35/2
charged [10]  7/24 9/18 10/13 10/17 11/10 12/1 14/4 15/13 17/4 24/14
charges [16]  4/23 4/24 5/6 6/5 7/10 7/18 11/8 11/19 12/22 15/5 15/11 15/22 17/1 17/7 17/9 17/16
CHARLES [3]  2/1 3/20 6/25
chief [1]  38/13
choice [1]  52/20
Christine [4]  3/23 47/20 55/1 59/17
CHRISTOPHER [2]  1/25 3/19
church [1]  57/16
circumstances [2]  51/13 53/11
citation [2]  49/5 49/11
civil [9]  8/9 8/11 10/17 11/11 13/15 13/22 14/7 15/13 17/4
clarify [2]  27/12 40/18
clear [9]  9/15 16/14 18/16 26/20 27/7 39/21

clear... [3]   39/22 47/7
48/12
client [10]   5/7 10/7
12/14 24/2 24/6 25/4
31/4 35/2 43/22 52/2
client's [6]   15/23 23/8
25/13 25/19 29/19 51/12
clients [4]   19/12 20/8
27/2 37/25
clock [2]   20/6 26/18
closer [2]   22/8 51/19
Cloud [1]   20/24
co [3]   6/23 6/25 33/6
co-counsel [2]   6/23
6/25
co-defendant [1]   33/6
Code [15]   8/1 8/3 8/6
8/8 8/12 10/19 11/12
13/2 14/8 14/11 14/23
15/14 17/6 17/9 17/11
COLUMBIA [4]   1/1 2/5
60/20 64/5
come [5]   22/2 24/22
39/9 41/5 51/7
comes [2]   18/19 48/1
comfortable [4]   10/1
10/4 10/5 62/11
coming [6]   18/4 29/1
29/8 29/15 34/21 62/22
communicated [1]   60/15
communication [1]   62/9
community [3]   53/4
53/12 59/11
comparison [1]   6/13
complete [3]   21/9 37/14
42/16
completed [1]   37/2
completely [1]   51/22
complexity [1]   37/18
compliance [1]   49/4
concern [11]   24/15 25/1
25/1 50/6 50/8 50/8
53/1 59/1 59/18 59/21
60/12
concerned [2]   24/1 59/5
concerning [3]   4/17
35/3 43/8
concerns [5]   32/1 47/17
49/24 53/17 62/25
concluded [1]   63/22
concur [1]   32/19
condition [1]   30/7
conditions [35]   4/18
43/8 43/18 43/20 44/16
44/21 44/25 45/1 45/1
45/10 45/17 45/25 46/1
46/2 46/2 46/6 46/21
46/23 47/9 48/11 51/4
51/7 53/5 54/3 54/11
55/15 55/19 56/4 58/1
58/21 60/24 61/21 62/13
62/24 63/9

conducting [1]   61/9
conference [6]   1/13
3/22 10/24 46/9 50/10
64/8
confinement [5]   48/9
53/1 53/19 54/4 56/5
confines [1]   55/12
conflict [1]   39/4
confusion [2]   51/17
52/24
connection [1]   16/15
CONNIE [2]   1/9 3/7
consent [2]   23/3 26/13
consenting [1]   25/24
consider [3]   20/1 20/2
58/14
considering [1]   28/15
consists [2]   18/20
20/24
conspiracy [2]   7/25
33/8
constitute [1]   64/13
Constitution [1]   2/6
constraints [1]   33/11
consultations [1]
57/11
consuming [1]   58/10
contact [1]   25/5
contacted [2]   58/16
58/16
contemplated [2]   60/3
60/4
contemplating [1]   42/6
contempt [1]   49/5
content [1]   32/11
continuance [1]   30/4
continue [8]   15/25 19/4
22/4 26/8 33/19 34/10
38/8 43/23
continued [1]   38/18
continuing [2]   29/22
31/1
control [1]   25/14
conversation [4]   22/21
40/19 41/7 61/24
convey [1]   21/5
COOPER [7]   1/21 3/16
5/12 29/4 46/15 46/24
47/2
Copes [6]   3/23 45/20
45/22 45/24 47/16 59/14
copy [3]   7/22 9/8 11/1
correct [5]   25/18 29/23
33/16 44/14 44/22
corrected [2]   13/17
17/20
correspondence [1]
62/4
could [5]   7/6 27/22
28/2 28/7 35/12
counsel [52]   3/25 4/7
5/6 5/10 6/16 6/23 6/25
7/19 7/22 9/8 11/3
13/11 18/14 19/10 19/15

20/1 20/7 20/9 20/10
21/5 21/5 21/14 21/18
21/25 22/14 22/16 22/18
22/25 24/22 32/3 32/10
34/10 34/17 34/23 35/20
37/23 38/7 39/1 41/18
43/16 46/17 49/2 49/25
50/2 50/10 50/13 52/21
54/7 58/24 60/18 61/2
61/11
count [56]   6/2 6/2 6/5
6/6 6/7 6/9 7/25 8/1
8/4 8/7 8/9 8/11 9/13
9/13 9/14 9/14 9/15
9/19 9/20 9/21 9/21
9/22 9/23 10/1 10/2
10/6 10/7 10/13 10/17
11/10 11/23 11/23 12/4
12/4 12/25 13/13 13/14
13/18 13/21 13/21 13/24
13/25 14/6 14/7 14/9
14/20 14/22 15/9 15/12
15/12 15/12 17/3 17/6
17/9 24/6 58/5
counts [31]   5/6 6/4
7/25 8/25 9/1 9/11 9/11
9/19 10/14 11/8 11/9
11/21 12/2 12/22 12/23
13/10 14/5 14/15 14/25
15/11 16/20 17/1 17/2
17/20 24/5 29/21 32/5
35/16 36/1 36/2 42/10
County [2]   49/5 49/6
couple [3]   4/24 33/24
61/8
court [35]   2/4 2/5 22/3
24/18 24/20 24/25 25/15
28/14 29/10 29/24 30/7
33/11 33/16 41/20 44/16
47/5 47/11 47/14 48/1
48/3 48/10 49/14 49/16
49/16 53/2 55/5 55/5
56/15 58/13 58/14 58/19
61/24 64/3 64/10 64/22
Court's [5]   28/9 30/6
43/22 57/25 62/3
court-ordered [1]   55/5
courtesy [2]   51/18
61/10
courthouse [1]   33/5
courtroom [5]   6/3 7/9
7/18 8/24 11/22
COURTS [2]   1/1 64/4
covers [1]   17/18
COVID [1]   38/11
CR [2]   1/3 64/9
CR-21-28 [2]   1/3 64/9
Crazy [1]   45/13
Criminal [3]   1/3 7/23
64/9
CROWL [16]   1/5 3/3
10/11 10/12 10/24 23/21
32/6 41/5 41/8 43/4
43/10 43/15 45/6 49/3

**C**

CROWL... **[2]** 49/8 49/19
**curfew [7]** 56/8 57/22
58/21 59/6 60/22 62/18
63/9
**current [3]** 38/10 56/4
62/24
**currently [2]** 22/9
27/17
**custody [3]** 26/12 29/19
30/4

**D**

**D.C [3]** 1/4 2/6 60/23
**danger [1]** 58/7
**data [4]** 18/15 18/19
18/20 22/17
**date [13]** 16/18 22/8
24/21 24/22 25/1 30/22
34/3 34/5 34/21 36/7
39/4 39/16 39/17
**dates [2]** 34/14 34/14
**DAVID [6]** 1/18 1/22
3/12 3/17 15/3 56/13
**day [11]** 21/8 21/17
21/23 25/9 26/13 28/21
30/4 32/8 42/7 64/10
64/18
**daylight [1]** 54/1
**days [38]** 18/5 20/5
23/3 24/3 25/16 25/25
25/25 26/1 26/11 26/18
29/3 29/7 30/20 31/20
31/25 34/7 34/12 35/19
35/23 36/8 36/10 37/5
37/6 37/8 37/12 37/19
37/20 38/9 38/15 41/19
50/12 56/20 57/17 63/20
**deadline [4]** 7/4 8/19
39/23 41/21
**deal [5]** 15/20 16/2
20/21 30/11 43/13
**decent [2]** 19/17 33/19
**decisions [1]** 33/23
**deemed [1]** 22/9
**defendant [31]** 3/2 3/3
3/3 3/4 3/5 3/6 3/6 3/7
3/7 3/8 3/8 3/9 3/12
3/13 3/14 3/14 3/15
3/16 3/16 3/17 3/18
3/18 3/19 3/20 6/8 9/8
16/20 30/11 33/6 40/11
40/20
**defendants [54]** 1/11
1/18 3/21 4/1 4/23 5/5
5/7 5/10 5/24 6/1 18/3
19/19 20/2 21/16 24/5
24/15 24/20 25/6 25/11
25/22 27/11 27/15 27/19
28/2 28/8 29/21 30/13
32/6 33/2 33/3 33/17
33/20 33/24 33/25 34/15

**34/20 35/15 35/24 36/2
37/11 37/13 38/4 38/24
38/24 40/3 40/16 41/12
43/2 43/6 53/2 53/7
53/8 53/15 54/2**
**defense [32]** 6/16 18/14
19/10 19/15 20/1 20/7
20/9 21/1 21/3 21/5
21/10 21/14 21/18 21/20
21/25 22/25 27/9 34/9
34/17 34/23 35/8 35/20
36/9 37/23 38/7 39/9
41/15 41/18 41/24 60/18
61/2 61/11
**deleted [7]** 4/24 5/6
6/2 6/7 9/2 11/23 12/4
**demands [1]** 11/4
**dependent [1]** 40/23
**depending [2]** 33/25
57/20
**deputy [5]** 6/3 7/9 7/18
8/24 11/22
**DESIREE [3]** 1/20 3/15
13/8
**destruction [1]** 8/5
**detail [1]** 20/13
**detained [1]** 53/3
**detention [17]** 4/17
18/4 24/8 47/4 47/24
48/3 48/7 48/20 51/6
51/6 52/17 54/21 54/22
54/25 55/2 60/9 60/22
**determination [1]**
36/23
**did [10]** 30/5 30/6
45/11 50/9 51/1 54/7
59/24 61/10 61/19 62/5
**didn't [1]** 56/21
**difference [1]** 52/25
**different [8]** 16/18
34/16 35/1 35/21 40/4
40/8 47/8 61/8
**differently [2]** 38/19
47/8
**difficult [2]** 21/4
24/21
**difficulties [2]** 38/12
46/16
**disclose [1]** 21/20
**disclosed [2]** 21/7
37/17
**discoverable [6]** 18/25
22/6 22/9 27/22 28/3
28/8
**discovery [39]** 4/14
18/7 18/14 18/21 19/9
19/12 19/17 20/4 20/16
22/13 23/1 23/10 23/17
23/18 23/23 25/10 26/6
26/19 27/6 28/21 29/1
29/8 29/8 29/15 30/15
31/11 31/12 32/1 37/14
37/23 37/24 39/22 41/16
41/23 41/23 42/8 42/13**

**34/20 35/3 35/20 36/2
37/24 39/16 43/4**
**discuss [5]** 20/8 34/13
37/24 39/16 43/4
**discussed [3]** 19/20
19/22 50/14
**discussing [2]** 4/13
19/11
**discussion [3]** 4/14
19/20 50/14
**discussions [6]** 18/9
18/10 19/22 38/7 38/8
41/7
**dismiss [1]** 35/25
**disorder [9]** 8/9 8/11
10/18 11/11 13/15 13/22
14/7 15/13 17/4
**district [22]** 1/1 1/1
1/14 2/5 2/5 47/13
47/17 47/23 56/3 59/20
60/14 60/17 60/19 60/20
61/2 61/4 61/5 61/9
61/9 62/1 64/4 64/5
**districts [1]** 47/9
**divide [2]** 33/8 33/9
**do [69]**
**doctor [1]** 57/12
**documents [4]** 13/1
14/10 14/22 17/10
**does [7]** 28/11 32/10
48/18 51/10 55/13 55/16
60/21
**doesn't [11]** 25/4 25/4
25/21 28/7 31/3 40/1
47/5 47/11 47/14 51/9
52/10
**doing [1]** 26/23
**don't [40]** 5/8 5/14
5/18 5/21 6/18 6/19
12/10 13/17 18/9 23/13
24/17 24/24 25/14 25/15
26/5 27/23 28/5 28/21
29/7 29/9 30/3 31/16
31/19 33/5 34/3 35/23
41/4 41/5 43/9 45/2
45/11 52/2 52/14 54/13
58/7 59/10 60/5 62/20
62/22 63/10
**done [4]** 33/7 33/7 44/9
47/8
**DONOVAN [2]** 1/5 3/3
**doorstep [1]** 52/5
**doubt [1]** 50/20
**Douyon [4]** 7/16 9/4
13/17 13/23
**down [8]** 53/5 53/15
54/21 56/7 59/5 61/20
62/19 63/9
**draw [1]** 30/5
**drive [2]** 22/17 58/11
**drives [1]** 58/9
**drop [1]** 63/9
**dropped [2]** 9/17 35/16
**drops [1]** 58/5
**due [2]** 36/15 38/11

**D**

**during [2]** 20/7 38/12

**E**

**each [5]** 4/1 22/25
34/19 40/11 57/17
**earlier [1]** 34/19
**early [1]** 38/6
**ears [1]** 58/13
**easier [1]** 51/20
**easiest [1]** 34/23
**easily [1]** 21/5
**Eastern [4]** 60/17 60/19
61/1 61/4
**eat [1]** 62/20
**education [1]** 55/3
**Edward [1]** 3/2
**Edwards [1]** 63/16
**effectively [4]** 56/16
57/15 57/22 58/12
**efficiently [1]** 4/11
**Eight [2]** 17/2 17/7
**either [8]** 3/21 4/2
4/23 6/2 25/24 36/1
43/7 56/9
**electronic [3]** 18/18
20/21 37/16
**Eleven [2]** 14/22 15/1
**else [11]** 6/10 40/12
40/15 40/15 41/10 42/24
45/5 46/23 48/22 63/11
63/13
**email [1]** 62/4
**emailed [1]** 10/25
**employment [9]** 51/12
51/13 52/13 52/16 53/10
53/14 54/7 54/12 55/3
**end [4]** 24/17 24/24
31/6 63/12
**enforcement [2]** 21/8
21/22
**engage [2]** 20/9 34/11
**enlargement [1]** 29/18
**ensure [1]** 37/23
**enter [4]** 11/19 15/5
15/21 15/22
**entered [3]** 49/10 50/3
50/18
**enters [1]** 17/15
**entire [1]** 10/4
**error [1]** 14/3
**especially [1]** 26/8
**ESQUIRE [20]** 1/16 1/16
1/18 1/18 1/19 1/19
1/20 1/20 1/21 1/21
1/22 1/22 1/23 1/23
1/24 1/24 1/25 2/1 2/1
2/2
**essentially [3]** 36/4
50/2 56/5
**establish [1]** 24/20
**establishes [1]** 24/25
**estimate [1]** 22/13

**et [3]** 35/17 35/17 64/9
**even [4]** 23/12 27/24
30/23 48/9
**eventually [1]** 31/18
**ever [1]** 52/2
**every [4]** 24/17 27/23
42/17 48/1
**everybody [4]** 17/18
35/22 38/17 63/20
**everyone [3]** 40/13
43/14 45/5
**everything [2]** 40/10
51/1
**everywhere [1]** 58/9
**evidence [17]** 18/18
19/3 19/6 20/21 20/22
21/2 21/24 22/6 35/3
36/3 36/21 37/16 59/23
60/3 60/11 62/12 62/21
**evidentiary [2]** 36/20
36/22
**exactly [2]** 12/15 41/3
**example [2]** 24/6 53/13
**exceptions [6]** 4/24
54/5 54/5 55/9 56/5
56/7
**exclude [3]** 4/15 37/5
37/12
**excluded [1]** 39/23
**exclusion [16]** 23/3
25/9 26/11 26/13 28/21
32/8 37/6 37/12 37/19
37/20 37/22 38/1 38/3
38/8 38/11 38/14
**excuse [3]** 4/17 30/8
31/22
**executed [1]** 18/17
**exists [1]** 26/9
**expand [2]** 51/7 55/10
**expanded [1]** 55/9
**expecting [1]** 27/7
**expeditiously [1]**
19/16
**exposure [1]** 58/6
**extended [1]** 57/18
**extension [2]** 32/8 42/5
**extent [1]** 62/25
**extractions [1]** 18/19
**eye [1]** 39/10
**eyes [1]** 58/12

**F**

**facility [1]** 16/16
**facing [1]** 18/4
**fact [3]** 29/24 30/6
59/24
**faint [1]** 9/5
**fair [3]** 4/4 33/2 62/16
**fairly [1]** 25/23
**fall [1]** 35/6
**falls [1]** 20/17
**fast [1]** 41/21
**FBI [1]** 18/22
**FCRR [1]** 2/4

**February [1]** 49/6
**February 8 [1]** 49/6
**FedEx [1]** 22/18
**few [5]** 19/2 20/20
20/24 41/24 60/2
**fewer [1]** 11/21
**Fields [1]** 6/24
**Fifth [2]** 11/2 15/23
**figure [5]** 23/12 32/23
45/14 63/1 63/4
**figured [1]** 51/23
**figuring [1]** 35/13
**file [9]** 30/6 34/24
36/11 36/14 36/23 42/5
42/20 58/15 58/17
**filed [13]** 4/15 30/8
35/19 36/12 36/16 36/18
36/25 39/18 41/19 42/6
43/19 49/22 51/5
**filing [5]** 35/5 35/13
36/20 39/23 40/2
**finally [6]** 4/16 23/6
31/21 38/1 38/2 38/10
**financial [1]** 51/13
**find [1]** 21/18
**fine [5]** 5/13 5/17
28/12 49/15 54/18
**finished [1]** 24/5
**firm [1]** 6/24
**first [6]** 5/24 29/20
30/12 46/14 49/23 49/24
**FISCHER [10]** 1/18 3/12
9/25 23/14 56/1 56/13
59/4 62/5 62/11 63/13
**five [7]** 8/9 9/13 9/19
9/21 9/21 43/6 52/6
**five-acre [1]** 52/6
**flagged [1]** 6/11
**flexibility [1]** 62/14
**Florida [2]** 6/24 55/19
**focused [1]** 21/15
**focusing [1]** 27/17
**fold [1]** 59/22
**FOLEY [7]** 1/21 3/16
12/20 13/8 14/14 14/17
28/23
**folks [4]** 36/23 48/8
55/18 56/3
**followed [1]** 57/24
**following [3]** 7/25 42/2
61/13
**follows [1]** 62/11
**followup [1]** 19/14
**footage [18]** 21/7 21/11
21/13 21/16 21/18 26/25
27/4 27/8 27/18 27/22
27/24 28/1 28/2 28/4
28/7 31/13 31/17 37/17
**footprint [1]** 51/8
**Force [1]** 60/1
**foreclose [1]** 40/1
**foregoing [1]** 64/12
**forgotten [1]** 16/13
**form [1]** 18/21

## F

**formal [20]** 7/10 8/14
8/16 10/2 10/20 10/25
11/14 11/18 12/6 13/4
13/9 14/13 14/15 15/1
15/4 15/17 17/13 17/15
19/23 27/3
**formally [2]** 12/13
13/21
**former [1]** 51/10
**forth [2]** 38/13 52/24
**forward [4]** 10/1 16/5
25/13 43/18
**found [1]** 52/14
**four [18]** 5/10 8/7 9/12
9/19 10/15 11/8 11/10
12/2 12/23 12/23 14/5
15/1 15/11 17/1 17/2
18/2 32/6 36/14
**fourth [24]** 5/2 6/10
6/14 7/22 9/9 9/12
10/12 10/16 10/21 11/7
11/15 11/24 12/1 12/7
12/21 13/5 14/4 14/15
14/21 15/10 16/25 18/1
18/5 41/14
**free [5]** 43/16 45/5
47/2 49/2 49/20
**freedom [2]** 24/3 62/14
**fruitful [1]** 20/5
**fulfilled [1]** 26/7
**full [1]** 32/8
**further [5]** 31/7 56/9
59/1 63/17 64/12
**fusion [1]** 57/10

## G

**gather [1]** 19/4
**gathered [1]** 19/6
**GENE [5]** 2/1 3/19 6/22
31/24 44/23
**general [1]** 4/19
**generally [1]** 41/7
**get [20]** 6/12 6/13
16/16 20/25 22/1 23/8
26/12 30/10 30/22 31/1
32/3 35/12 35/15 36/18
39/11 41/18 47/14 49/8
53/6 57/18
**gets [3]** 25/12 36/25
43/17
**getting [1]** 22/13
**gigabyte [1]** 42/17
**gigabytes [3]** 18/18
18/20 19/7
**Giglio [1]** 22/7
**GINSBURG [1]** 1/23
**give [11]** 4/5 20/13
25/21 31/1 36/10 36/10
36/13 37/20 38/3 60/11
62/13
**given [10]** 20/3 21/21
24/19 29/18 33/12 36/11

**giving [1]** 41/8
**global [3]** 40/10 42/9
42/24
**go [22]** 4/4 4/19 4/25
8/22 15/8 18/8 20/25
21/2 21/20 23/13 25/12
27/21 33/3 33/6 40/14
43/24 45/11 49/20 54/10
55/8 59/1 59/11
**goals [1]** 59/2
**goes [1]** 29/19
**going [41]** 4/13 5/24
7/7 7/8 7/17 8/24 20/23
22/11 23/13 24/16 24/21
24/25 26/22 27/2 27/25
28/15 30/22 31/6 32/23
32/25 34/6 34/10 35/14
35/15 36/13 36/21 36/25
37/4 37/5 43/18 49/13
51/23 53/10 57/5 57/5
57/9 57/10 58/15 62/12
62/19 63/8
**gone [2]** 21/6 42/8
**good [11]** 3/25 4/1 13/7
15/3 22/10 23/22 29/14
30/15 30/15 47/19 59/16
**Google [1]** 20/24
**got [9]** 6/25 30/14 32/5
34/19 35/7 42/19 42/21
45/8 49/16
**gotten [1]** 32/1
**government [39]** 1/16
3/11 4/15 8/5 12/5
18/13 20/9 23/24 24/4
24/16 25/22 26/8 27/13
29/11 30/8 31/2 31/17
32/24 33/14 34/4 36/10
36/13 36/14 37/14 38/4
38/6 40/19 46/17 50/7
50/13 51/9 52/8 52/10
52/21 54/12 54/14 56/8
58/24 60/3
**government's [15]** 18/8
20/15 22/24 23/16 25/8
25/15 29/2 29/17 34/8
40/21 41/9 53/1 53/17
54/19 59/22
**GPS [7]** 46/16 46/22
52/9 53/16 53/24 58/1
58/3
**grant [5]** 37/4 42/21
54/20 58/19 63/8
**granted [1]** 56/15
**GRAYDON [3]** 1/7 3/6
12/21
**great [2]** 42/24 45/15
**greater [1]** 62/13
**greatly [1]** 56/24
**GREENE [3]** 2/1 3/20
6/25
**ground [1]** 27/25
**grounds [2]** 8/8 42/21
**group [4]** 33/24 34/15

37/18 41/6 46/17 62/21
**guess [5]** 15/20 16/2
31/14 32/9 44/2
**guilty [9]** 7/2 8/17
11/4 11/19 13/10 14/16
15/5 15/22 17/15

## H

**had [27]** 4/23 16/13
18/10 23/4 24/7 25/5
33/6 37/24 39/10 40/19
41/7 41/23 45/10 49/11
49/12 49/22 50/5 50/8
52/2 56/6 56/20 56/22
57/3 60/18 61/20 62/2
64/7
**hadn't [2]** 49/9 49/12
**half [1]** 57/20
**handle [1]** 22/1
**handling [2]** 16/23
47/21
**hands [2]** 34/22 35/4
**hang [4]** 39/13 44/20
45/2 45/4
**happen [3]** 24/25 34/6
51/2
**happened [1]** 27/19
**happens [1]** 33/18
**happy [3]** 48/6 56/9
63/3
**hard [5]** 22/17 30/23
33/3 41/21 45/14
**Harrelson [6]** 16/6 16/7
16/13 16/14 16/17 30/17
**has [35]** 4/7 4/15 6/9
7/22 9/8 9/17 15/9 18/5
18/13 19/7 23/7 23/17
24/2 31/13 32/9 32/24
37/15 39/21 40/15 41/9
43/10 49/14 50/3 50/18
56/6 56/8 56/16 56/17
56/24 57/12 57/23 59/5
59/6 59/23 61/2
**hasn't [1]** 57/3
**have [106]**
**haven't [2]** 32/1 41/22
**having [5]** 5/11 10/6
28/25 36/24 38/7
**he [51]** 5/25 6/22 6/25
7/1 10/24 11/1 11/3
11/4 12/14 16/10 17/15
25/4 41/6 44/5 44/20
45/10 45/13 47/11 47/12
47/13 47/14 47/25 48/1
48/2 48/4 48/12 49/11
49/12 49/12 49/13 49/16
56/16 56/17 56/19 56/20
56/22 57/1 57/4 57/6
57/10 57/23 58/1 58/10
58/22 58/22 59/5 59/6
59/8 59/12 59/12 61/4
**he'll [2]** 7/10 48/12
**he's [20]** 9/20 16/9
16/16 30/17 44/8 47/10

**H**

**he's... [14]** 48/11 49/15 56/17 56/23 56/25 57/1 57/2 57/10 57/22 57/24 58/7 58/9 62/16 62/17
**health [1]** 55/4
**hear [2]** 25/7 56/9
**heard [1]** 56/10
**hearing [7]** 4/3 36/22 38/18 39/7 39/8 50/6 61/23
**hearings [3]** 18/4 36/19 36/20
**Hello [1]** 45/24
**help [2]** 19/10 28/11
**helpful [3]** 22/19 27/8 62/6
**her [23]** 29/23 30/7 31/4 43/24 46/16 49/25 50/1 50/3 50/18 50/25 51/6 51/8 51/13 52/9 54/14 54/22 54/23 55/9 55/11 55/19 61/17 61/24 62/2
**here [16]** 4/3 6/23 7/8 16/23 18/8 22/21 23/13 32/12 33/9 37/3 43/2 43/17 51/21 52/2 53/1 59/2
**Here's [1]** 4/21
**hereby [1]** 64/5
**hereto [1]** 64/17
**HERNANDEZ [14]** 1/18 3/13 23/20 25/7 29/22 30/21 31/3 32/13 32/19 40/17 41/1 41/9 49/7 49/20
**him [16]** 10/25 22/13 44/24 45/11 47/4 48/6 49/17 58/3 58/8 59/5 59/11 62/13 62/18 62/22 62/24 63/9
**his [24]** 11/1 11/2 11/3 22/14 43/12 44/4 47/11 48/11 49/3 56/4 56/20 56/23 56/25 57/2 57/8 57/11 57/12 57/17 58/8 59/3 59/7 59/8 61/15 62/14
**history [1]** 33/5
**holding [1]** 38/12
**Hollywood [2]** 45/14 46/11
**home [29]** 47/4 47/11 47/24 47/25 48/3 48/7 48/9 48/18 48/20 49/12 51/6 51/8 52/3 52/4 52/17 52/25 53/1 53/19 54/3 54/21 54/22 54/25 55/2 55/10 55/13 56/5 56/24 57/17 60/22
**Honor [87]**

**hope [4]** 19/1 19/10 20/1 28/9
**hopefully [1]** 42/14
**hoping [3]** 15/19 19/23 19/25
**hotel [1]** 59/25
**hotels [1]** 19/8
**hour [2]** 27/25 57/20
**house [7]** 54/23 56/6 56/25 57/2 62/16 62/18 62/19
**housed [1]** 16/16
**how [19]** 8/14 10/21 11/15 12/7 13/5 14/12 14/25 15/16 17/12 19/24 32/23 33/13 33/23 33/25 35/4 47/8 52/3 55/14 57/20
**however [2]** 6/5 30/5
**hundred [1]** 57/25
**husband [2]** 50/6 50/23

**I**

**I'd [8]** 4/6 23/9 24/23 35/9 42/4 58/4 58/8 63/1
**I'll [4]** 7/16 9/4 11/22 22/25
**I'm [41]** 4/13 5/13 6/25 7/7 7/12 7/15 7/17 9/11 16/9 24/1 25/19 26/1 27/3 27/7 27/9 28/3 29/15 31/5 32/2 32/14 36/24 37/3 37/4 37/7 42/6 44/1 44/6 44/15 47/20 48/6 51/16 51/19 56/9 59/14 61/7 61/23 62/7 62/8 62/12 63/3 63/8
**I've [2]** 33/7 52/2
**I-Cloud [1]** 20/24
**identification [1]** 26/23
**identified [2]** 27/21 37/15
**identify [5]** 6/5 6/6 6/7 9/1 24/11
**identifying [1]** 27/18
**impeding [1]** 17/7
**impose [2]** 44/25 56/7
**imposed [4]** 45/19 46/3 46/6 54/11
**imposing [1]** 54/12
**incarceration [6]** 47/25 48/18 49/13 52/3 52/4 52/25
**incident [1]** 26/25
**include [4]** 34/25 42/15 51/8 55/11
**included [1]** 54/5
**includes [2]** 35/25 56/10
**including [4]** 15/24

**increase [2]** 57/5 57/9
**increased [1]** 56/24
**increments [1]** 31/2
**indicated [4]** 23/3 26/22 38/6 58/3
**indictment [53]** 5/1 5/2 5/9 6/11 7/23 8/23 9/2 9/9 9/12 9/16 9/17 10/4 10/13 10/16 10/21 10/25 11/1 11/8 11/15 11/18 11/24 12/1 12/4 12/7 12/13 12/17 12/22 12/25 13/5 13/14 13/19 14/1 14/5 14/16 14/22 15/2 15/11 15/17 17/1 17/3 17/13 18/2 24/1 24/10 24/12 31/3 31/5 36/1 41/14 42/9 42/10 42/11 58/5
**indictments [2]** 6/14 24/24
**individual [5]** 4/6 18/10 30/12 38/4 43/3
**individually [1]** 50/17
**individuals [2]** 4/16 53/10
**indulgence [1]** 43/22
**informal [1]** 19/18
**information [6]** 24/7 24/12 31/4 42/17 42/18 62/4
**initial [1]** 60/8
**inquiries [2]** 19/14 21/24
**insignificant [1]** 58/6
**insofar [3]** 36/24 37/5 63/6
**instead [2]** 46/16 46/22
**intend [1]** 5/8
**intentions [1]** 34/24
**interaction [1]** 25/5
**interest [4]** 37/10 37/10 37/11 53/12
**interesting [1]** 52/4
**interim [1]** 50/9
**interrupt [1]** 7/7
**interrupting [1]** 13/13
**interview [1]** 53/20
**interviews [3]** 18/23 21/21 53/14
**intractable [1]** 39/4
**introduced [1]** 59/23
**investigation [5]** 19/4 19/5 20/15 22/4 29/22
**investigative [1]** 18/23
**involve [3]** 27/2 36/21 42/16
**involves [1]** 27/10
**involving [1]** 26/25
**irresolvable [1]** 39/4
**is [168]**
**Isaacs [1]** 45/11

**I**

isn't [1]   54/1
isolate [1]   21/17
ISSACS [26]   1/10 3/9
4/10 5/25 6/18 6/19
6/21 6/22 7/1 7/17 7/22
7/23 18/3 22/12 31/22
31/23 31/25 44/15 44/24
45/3 45/7 45/9 45/12
45/24 46/5 46/8
Issacs' [2]   22/18 39/21
issue [5]   28/13 43/10
43/11 57/3 58/6
issued [1]   49/5
issues [17]   4/7 23/12
23/19 24/2 28/20 29/1
29/9 29/16 29/19 30/11
30/12 40/10 40/14 42/25
43/6 43/25 57/23
it [72]
it's [33]   13/13 21/3
24/3 24/21 29/9 29/15
30/22 32/6 32/25 33/3
34/22 35/11 36/13 37/8
37/9 38/6 43/12 43/12
43/13 44/1 45/14 47/7
47/9 49/10 51/20 53/11
54/8 56/3 57/19 58/11
59/10 59/22 60/2
items [3]   19/3 20/16
22/2
its [2]   29/11 48/4
itself [1]   55/13

**J**

Jail [1]   16/11
JAMES [22]   1/10 3/9
16/19 16/21 16/25 17/14
31/9 31/14 41/11 41/13
42/2 43/4 43/15 45/6
47/3 47/10 47/21 48/22
48/23 49/2 53/13 54/8
January [1]   27/19
January 6th [1]   27/19
JEFFREY [1]   1/23
Jencks [1]   22/7
JENIFER [2]   1/24 3/18
JESSICA [2]   1/6 3/4
JOAN [2]   1/24 3/18
job [1]   53/20
JOHN [5]   1/19 3/14 3/23
15/18 45/22
jointly [1]   50/23
JOSHUA [2]   1/10 3/9
judge [7]   1/14 46/7
46/10 51/14 51/25 55/23
55/24
judge's [1]   38/13
July [6]   36/8 36/15
38/16 38/17 39/3 39/17
July 1 [2]   36/8 38/16
July 29th [1]   36/15
July 2nd [1]   39/3

**J**

June [3]   1/5 64/10
64/18
jury [4]   7/2 8/17 11/4
15/25
just [67]
justice [1]   37/10

**K**

KATHRYN [2]   1/16 3/10
keep [4]   9/4 31/6 45/3
53/4
KELLY [2]   1/8 3/7
kind [2]   19/19 41/21
kinds [1]   36/18
know [40]   4/25 6/12
6/15 6/16 6/19 21/12
21/23 23/2 24/10 24/17
24/23 25/4 25/4 26/2
27/23 28/5 29/10 29/21
31/2 33/1 33/3 33/5
34/3 35/11 35/14 36/12
37/18 40/1 42/2 42/9
42/12 50/2 50/13 52/2
54/13 54/19 55/19 60/12
61/24 62/8
knowing [1]   34/6
knowledge [1]   20/22
knows [1]   53/2

**L**

landline [2]   46/16
46/22
landscape [1]   34/3
large [1]   33/21
last [7]   16/20 25/3
31/5 40/19 41/13 50/5
50/11
later [3]   16/2 36/7
42/3
latter [1]   51/9
LAURA [3]   1/8 3/6 5/12
law [2]   21/7 21/22
lawyer [1]   45/12
lawyers [3]   35/8 50/9
50/10
learned [1]   48/16
least [17]   6/9 7/7 7/9
19/19 21/24 24/7 35/5
35/10 35/12 35/17 35/21
39/10 39/10 39/16 40/9
50/18 57/7
leave [16]   20/14 40/24
43/16 46/8 46/10 47/2
47/11 47/25 48/4 48/9
48/12 49/2 54/23 55/9
55/12 56/6
leaves [5]   16/19 44/11
49/21 55/21 58/22
leaving [1]   56/23
left [4]   20/14 56/25
57/2 59/25
legal [4]   35/2 48/9
54/6 59/10
LEIBIG [4]   1/25 3/19

**L**

16/21 16/22
less [2]   41/24 58/6
lessen [1]   62/14
lesser [1]   11/23
let [22]   4/5 5/4 5/9
6/12 6/15 6/16 7/6
22/25 31/6 32/10 32/13
32/22 34/17 34/21 35/21
38/18 40/14 45/16 50/3
59/21 61/12 61/14
let's [19]   4/21 8/22
10/10 11/5 12/19 13/18
13/24 14/19 15/8 16/5
16/20 17/24 28/18 32/23
44/1 45/9 46/14 49/22
51/4
level [2]   59/5 60/23
levels [1]   60/21
Lewis [4]   60/16 61/16
61/23 61/25
lie [1]   53/17
light [2]   39/17 62/12
like [29]   4/6 9/25
19/21 23/6 23/9 23/11
24/23 25/12 25/13 27/1
28/12 32/25 33/13 34/1
34/4 34/14 35/7 35/9
35/12 40/25 42/4 44/2
45/8 52/12 52/13 52/14
53/25 55/14 57/9
likely [4]   36/12 39/16
42/21 57/17
Likewise [1]   5/21
limine [3]   34/25 34/25
36/7
limited [2]   27/14 53/19
line [2]   45/21 62/10
Lisa [4]   2/4 64/3 64/21
64/22
list [2]   54/24 54/24
listed [1]   43/3
listen [1]   7/17
literally [1]   52/5
little [8]   9/5 9/5 21/4
24/3 28/17 34/5 41/14
57/21
lives [1]   52/6
local [1]   19/8
locate [1]   21/19
log [2]   43/17 45/5
logging [1]   45/9
long [3]   19/24 21/12
27/20
longer [5]   28/17 50/16
50/23 51/14 57/21
look [12]   5/4 19/21
32/25 34/4 34/14 36/15
52/15 54/9 54/10 59/21
61/12 62/10
looks [4]   35/7 44/2
45/8 57/9
lot [3]   18/16 24/12
58/10
love [1]   50/25

**L**

lower **[2]** 60/21 60/23

**M**

MACHADO **[8]** 1/19 3/14 15/18 16/4 26/14 27/20 28/6 28/10
machine **[2]** 64/6 64/14
made **[12]** 6/15 6/17 21/4 23/24 26/6 41/22 47/3 52/20 56/2 61/3 61/11 62/2
magistrate **[5]** 44/21 44/24 45/19 46/3 46/7
main **[1]** 22/2
maintained **[1]** 12/14
maintaining **[1]** 12/14
majority **[3]** 4/22 25/4 25/5
make **[28]** 5/9 9/20 13/17 13/24 16/15 19/25 21/9 21/13 21/19 21/25 27/6 33/23 34/9 36/23 38/19 38/20 39/20 39/22 43/13 48/11 48/22 49/7 49/11 50/1 50/3 50/19 55/17 56/22
making **[5]** 27/3 31/11 31/15 51/2 56/14
manageable **[1]** 33/9
many **[7]** 19/6 19/7 24/22 25/21 33/25 35/4 56/20
March **[2]** 24/7 56/19
Marie **[1]** 3/4
MARY **[2]** 1/22 3/17
material **[2]** 26/9 27/16
materials **[8]** 18/25 20/4 20/8 20/19 21/4 22/8 22/8 34/10
matter **[7]** 18/11 20/5 26/12 38/5 43/23 47/8 49/11
matters **[7]** 4/17 19/1 20/10 38/5 43/3 44/4 48/10
may **[23]** 7/21 9/7 20/1 20/2 21/13 25/23 27/7 27/8 30/9 33/1 33/2 33/22 35/20 35/20 41/2 42/7 42/12 42/12 44/18 48/4 54/9 54/9 54/10
maybe **[3]** 47/7 47/9 57/7
me **[35]** 4/5 4/17 5/4 5/9 6/15 7/6 18/6 20/13 22/25 25/21 30/8 31/22 32/3 32/10 32/13 32/22 34/17 34/19 34/21 35/21 37/13 37/21 38/18 40/14 42/11 44/15 45/16 47/7 50/3 51/11 58/16 59/21 61/12 61/14 61/17

mean **[6]** 30/25 43/12 49/23 52/4 56/19 59/21
meaningful **[1]** 33/23
meaningfully **[1]** 34/13
mechanical **[1]** 2/9
medical **[16]** 47/5 47/25 48/2 48/5 48/9 48/18 53/9 53/20 54/6 55/3 56/18 56/20 57/9 59/3 59/9 59/9
medical/legal **[2]** 48/9 54/6
medication **[1]** 58/10
meetings **[1]** 54/6
MEGGS **[35]** 1/8 1/9 3/7 3/8 5/4 5/15 14/20 14/21 15/4 29/13 30/2 30/4 32/7 43/5 43/15 44/2 44/5 44/8 44/11 45/7 49/21 49/23 49/24 50/4 50/5 51/4 51/15 51/20 52/12 53/12 53/22 54/13 54/20 54/21 55/21
Meggs' **[1]** 51/5
MEHTA **[1]** 1/13
memorializing **[1]** 18/22
memory **[2]** 51/24 60/2
memos **[1]** 24/8
mental **[1]** 55/4
mention **[1]** 27/1
mentioned **[2]** 61/17 62/1
MICHELLE **[2]** 1/19 3/13
middle **[1]** 52/17
might **[7]** 19/21 28/2 28/4 28/8 34/14 53/5 54/16
mind **[1]** 22/2
mindful **[2]** 28/6 60/12
minimize **[1]** 63/2
minimum **[2]** 35/10 35/18
MINUTA **[8]** 1/9 3/8 5/5 5/19 30/18 30/20 32/7 42/3
minute **[2]** 48/4 55/18
missed **[2]** 17/19 17/19
missing **[1]** 43/5
misstep **[2]** 6/15 6/17
misunderstanding **[1]** 41/3
misunderstood **[1]** 27/5
mixup **[1]** 62/8
modification **[3]** 46/18 48/22 51/9
modifications **[1]** 45/18
modified **[3]** 46/21 53/18 55/15
modify **[4]** 30/7 56/4 62/13 63/8
moment **[6]** 4/11 20/14 22/24 23/9 30/10 45/3
monitor **[3]** 46/15 52/18

58/3
monitored **[2]** 46/22 58/1
monitoring **[2]** 53/16 53/24
month **[5]** 19/23 56/21 56/25 57/8 57/18
months **[3]** 24/17 57/8 60/2
Moorehead **[2]** 58/2 58/2
more **[10]** 20/13 24/3 30/25 33/9 33/24 42/20 42/20 42/21 54/13 57/13
morning **[16]** 3/25 4/1 4/4 4/5 4/20 5/1 13/7 15/3 22/21 23/22 29/14 32/12 47/19 49/10 59/16 63/12
most **[4]** 19/19 24/9 41/12 58/11
motion **[17]** 4/15 22/24 30/6 36/2 36/3 36/6 37/4 42/5 42/15 42/20 43/7 51/5 54/20 55/14 58/15 58/18 63/8
motions **[37]** 34/20 34/21 34/24 34/25 34/25 35/1 35/3 35/3 35/4 35/6 35/10 35/13 35/19 35/23 35/25 36/1 36/4 36/4 36/5 36/6 36/9 36/11 36/18 36/20 37/1 39/9 39/18 39/23 41/18 41/20 42/6 42/11 42/12 42/14 43/19 49/22 49/23
move **[6]** 4/13 16/5 32/2 47/4 48/6 52/9
moved **[1]** 48/3
movements **[5]** 53/6 53/16 53/24 55/2 59/6
moving **[3]** 10/1 60/22 62/18
Mr **[23]** 6/19 7/16 7/16 7/21 10/12 12/10 12/11 12/20 13/8 13/17 17/14 26/14 28/18 40/2 41/11 44/24 49/21 50/12 55/22 59/4 62/11 63/16 63/16
Mr. **[157]**
Mr. Bennie **[2]** 11/25 28/19
Mr. Brennwald **[1]** 12/12
Mr. Caldwell **[27]** 6/8 8/23 9/3 9/7 9/10 9/15 9/18 9/24 23/14 43/5 43/16 45/7 55/25 56/1 56/6 56/13 56/15 57/16 58/5 58/9 58/20 59/3 59/15 59/24 60/22 63/7 63/8
Mr. Caldwell's **[1]** 62/13
Mr. Cooper **[5]** 5/12

**M**

Mr. Cooper... **[4]** 29/4
46/15 46/24 47/2
Mr. Copes **[4]** 45/20
45/24 47/16 59/14
Mr. Crowl **[13]** 10/11
10/24 23/21 32/6 41/5
41/8 43/4 43/10 43/15
45/6 49/3 49/8 49/19
Mr. Douyon **[2]** 9/4
13/23
Mr. Fischer **[5]** 9/25
23/14 56/1 62/5 63/13
Mr. Foley **[2]** 14/17
28/23
Mr. Graydon **[1]** 12/21
Mr. Harrelson **[6]** 16/6
16/7 16/13 16/14 16/17
30/17
Mr. Isaacs **[1]** 45/11
Mr. Issacs **[20]** 4/10
5/25 6/18 6/19 6/21
6/22 7/1 18/3 22/12
31/22 31/23 31/25 44/15
45/3 45/7 45/9 45/12
45/24 46/5 46/8
Mr. Issacs' **[2]** 22/18
39/21
Mr. James **[18]** 16/19
16/21 16/25 31/9 31/14
41/13 42/2 43/4 43/15
45/6 47/3 47/10 47/21
48/22 48/23 49/2 53/13
54/8
Mr. Leibig **[1]** 16/21
Mr. Machado **[4]** 16/4
27/20 28/6 28/10
Mr. Meggs **[8]** 14/20
14/21 15/4 29/13 32/7
44/2 44/8 44/11
Mr. Minuta **[6]** 5/5 5/19
30/18 30/20 32/7 42/3
Mr. Parker **[2]** 11/21
11/24
Mr. Rossi **[12]** 6/19 7/6
8/21 31/22 32/4 35/20
35/22 39/13 39/19 45/2
45/16 46/7
Mr. William **[1]** 7/23
Mr. Wilson **[9]** 15/6
29/13 30/1 32/18 50/7
50/16 50/24 51/11 55/20
Mr. Young **[4]** 12/20
14/4 14/14 28/24
Mrs **[1]** 58/12
Mrs. **[1]** 58/22
Mrs. Caldwell **[1]**
58/22
Ms **[39]** 5/19 6/14 11/7
12/20 13/16 17/18 18/6
20/12 22/20 23/17 26/4
26/4 26/11 26/14 26/20
27/5 27/12 30/4 32/6

32/13 32/22 33/12 37/15
40/24 44/5 44/6 45/6
49/6 49/19 50/2 51/3
51/18 51/20 55/20 58/24
60/5 61/22 61/25 63/16
Ms. **[69]**
Ms. Anderson **[8]** 5/16
30/2 50/12 50/15 50/17
50/18 50/22 55/14
Ms. Hernandez **[8]**
23/20 25/7 29/22 30/21
31/3 32/19 41/1 41/9
Ms. Meggs **[19]** 5/4 5/15
30/2 43/5 43/15 44/5
49/21 49/23 49/24 50/4
50/5 51/15 52/12 53/12
53/22 54/13 54/20 54/21
55/21
Ms. Meggs' **[1]** 51/5
Ms. Moorehead **[1]** 58/2
Ms. Parker **[3]** 15/8
15/8 15/10
Ms. Peterson **[4]** 11/6
11/20 32/9 32/16
Ms. Robin **[3]** 16/22
17/17 31/9
Ms. Schuck **[4]** 59/13
60/14 61/13 62/25
Ms. Steele **[7]** 5/4 29/5
43/4 43/15 45/6 46/15
47/2
Ms. Steele's **[1]** 46/20
Ms. Valentine-Lewis **[2]**
60/16 61/16
Ms. Watkins **[4]** 11/6
11/7 32/7 43/22
Ms. Wicks **[3]** 30/18
31/7 32/20
Ms. Wilson **[1]** 28/23
much **[6]** 34/13 51/19
51/23 54/1 63/15 63/19
muscle **[1]** 51/24
my **[34]** 6/23 6/24 7/2
8/17 15/23 20/22 24/2
24/4 24/6 24/15 25/1
25/1 25/4 25/13 25/19
27/6 29/18 32/3 32/5
40/9 40/9 41/17 43/22
47/9 51/18 54/2 57/1
57/7 57/19 59/21 64/6
64/14 64/15 64/17

**N**

name **[1]** 64/18
named **[1]** 3/21
NAPIERALA **[3]** 2/2 3/20
6/23
NATALIE **[3]** 2/2 3/20
6/23
national **[2]** 48/17
48/17
nature **[1]** 41/3
necessarily **[2]** 6/4
42/16

necessary **[3]** 53/9 59/2
59/9
Neck **[1]** 16/11
need **[36]** 4/8 5/14 5/18
5/21 9/18 10/8 12/10
15/20 18/9 20/17 20/25
21/9 22/17 25/23 26/2
34/15 35/20 36/13 36/18
36/19 37/1 39/1 39/1
40/7 41/2 42/5 42/8
43/23 47/11 47/14 48/12
54/9 54/10 56/6 57/10
57/11
needs **[4]** 37/16 41/5
42/19 47/12
negotiations **[5]** 19/18
33/18 34/6 34/11 41/4
new **[18]** 4/23 5/5 5/9
5/25 6/5 6/6 13/15
13/21 13/21 13/24 13/25
14/20 15/12 31/4 46/2
59/23 60/5 62/12
newest **[1]** 58/4
newly **[1]** 4/9
next **[11]** 17/25 19/23
19/24 34/7 38/16 38/18
39/8 41/19 44/3 45/13
57/8
NINA **[1]** 1/23
Nine **[8]** 9/13 9/14 9/19
9/20 9/22 9/23 10/6
10/7
no **[35]** 1/3 5/5 9/17
10/8 17/22 22/22 23/16
23/18 25/5 26/17 28/20
28/25 29/2 30/14 31/8
31/25 33/10 39/6 40/19
43/1 46/4 46/19 46/25
50/16 50/20 50/22 51/14
51/22 51/22 51/22 59/2
60/24 61/25 62/7 63/14
none **[1]** 39/7
Northern **[2]** 16/11
59/24
not **[84]**
notation **[1]** 49/4
notations **[1]** 61/8
note **[2]** 13/25 44/14
noted **[1]** 22/3
notereading **[1]** 2/9
notes **[1]** 64/14
Nothing **[3]** 19/22 62/1
63/17
noticed **[1]** 15/20
notified **[3]** 61/16
61/25 62/1
notify **[3]** 47/12 48/13
61/10
now **[17]** 9/13 9/18 9/20
9/21 10/13 10/17 12/1
18/1 19/17 21/15 22/25
25/2 34/3 34/20 54/8
61/23 62/15
number **[23]** 3/2 3/3 3/4

**N**

number... [20]   3/4  3/5
  3/12  3/13  3/14  3/14
  4/16  7/24  24/19  33/2
  33/20  36/11  37/18  56/6
  56/17  56/23  57/4  57/6
  57/11  64/9
numbered [2]   9/3  10/2
numbers [1]   33/9
NW [1]   2/6

**O**

object [3]   28/21  29/18
  29/25
objecting [1]   30/8
objection [8]   23/16
  26/17  29/2  29/7  29/20
  30/3  31/20  46/18
objections [2]   32/12
  32/14
obligations [4]   29/11
  49/16  54/6  55/6
obstruction [2]   8/2
  12/5
obtained [1]   22/6
obviously [13]   4/6  6/15
  18/1  21/2  22/3  22/7
  38/24  44/10  49/15  53/3
  54/4  57/24  62/16
off [5]   7/9  40/14  45/5
  45/9  55/21
offense [2]   6/6  10/6
offer [2]   40/23  41/6
offers [6]   19/21  19/25
  20/2  20/2  40/18  40/20
office [6]   21/13  51/18
  57/1  57/7  57/19  60/17
officer [7]   47/21  55/7
  55/7  58/2  60/16  61/15
  62/5
officers [4]   17/8  21/8
  21/22  26/21
offices [2]   48/17  51/19
official [5]   8/2  64/3
  64/6  64/13  64/22
officially [1]   10/7
offline [1]   22/16
Oh [4]   7/12  16/12  44/17
  45/12
Ohio [1]   49/6
okay [47]   5/10  5/15
  5/19  5/23  7/12  8/22
  10/5  11/21  13/23  14/2
  14/19  16/13  16/24  17/24
  22/19  23/20  28/10  28/23
  29/4  29/16  30/16  31/21
  32/14  35/9  39/7  39/14
  40/9  42/22  43/2  43/8
  45/8  46/10  46/14  47/22
  48/15  48/21  48/21  49/3
  55/8  55/13  55/19  55/25
  60/25  61/7  61/12  61/18
  62/7

once [2]   8/17  34/21
one [35]   6/8  6/9  7/2
  9/11  9/11  9/19  10/14
  11/8  11/9  11/21  12/2
  12/22  12/23  14/5  14/25
  15/11  17/1  17/2  17/20
  18/3  18/15  24/8  25/3
  25/25  32/5  33/21  37/13
  41/13  43/12  43/23  44/1
  52/7  54/22  57/6  59/22
ones [1]   27/2
ongoing [3]   19/5  20/15
  22/4
only [7]   25/1  27/10
  27/10  27/15  43/18  48/4
  59/6
opening [1]   35/23
operates [1]   7/8
opportunity [9]   23/4
  32/11  37/24  38/4  39/10
  39/15  41/16  54/17  55/12
oppose [9]   26/10  30/20
  31/25  51/9  51/10  53/8
  53/10  53/23  53/23
opposed [5]   27/10  32/7
  32/9  51/21  56/8
opposing [5]   25/17
  25/25  26/1  52/8  54/14
opposition [5]   36/11
  36/14  52/21  59/3  59/22
oral [2]   36/24  37/1
order [11]   17/25  35/25
  38/3  38/11  38/14  48/4
  48/19  49/14  53/18  55/18
  57/25
ordered [1]   55/5
orders [1]   54/2
original [1]   9/16
originally [1]   56/19
Orlando [6]   44/23  44/24
  45/1  45/19  46/3  46/7
orthopedic [1]   57/11
orthopedist [1]   57/12
other [24]   17/20  18/23
  21/22  23/7  23/11  28/3
  28/16  33/10  35/22  36/4
  36/6  37/17  40/3  41/15
  41/24  43/14  45/6  46/2
  48/10  48/16  55/6  57/16
  58/21  62/19
others [1]   23/3
Otherwise [1]   46/22
ought [4]   35/17  42/15
  49/8  60/11
our [15]   18/25  21/9
  27/2  29/20  31/11  31/15
  38/16  38/17  39/8  41/4
  44/16  59/1  60/8  60/16
  63/12
our proceedings [1]
  63/12
out [36]   6/4  8/25  22/13
  23/12  28/11  32/23  33/2
  35/13  35/15  35/16  35/24

37/2  38/25  43/17  45/14
  52/7  56/14  57/17  57/17
  57/24  58/4  58/8  58/16
  60/18  61/11  61/14  61/19
  61/22  62/16  62/17  62/18
  62/22  63/1  63/2  63/4
  63/7
outline [1]   4/20
outside [2]   49/17  57/19
outstanding [6]   19/1
  23/23  23/25  37/15  40/13
  43/10
outweighs [1]   37/10
over [8]   5/3  15/7  19/23
  30/16  43/24  44/5  56/24
  57/8
overall [1]   16/3
overstated [1]   41/9
own [1]   47/9

**P**

pages [1]   64/12
pain [1]   58/10
pandemic [2]   38/11
  38/13
parameter [1]   55/11
parameters [1]   19/20
PARKER [15]   1/6  1/7  3/5
  3/6  11/21  11/24  11/25
  12/10  12/11  15/8  15/8
  15/10  15/19  26/15  28/19
part [6]   30/7  32/9
  50/14  52/13  52/16  59/25
part-time [2]   52/13
  52/16
particular [3]   6/16
  17/19  28/8
particularly [1]   62/12
parties [2]   34/11  40/16
party [1]   56/9
past [4]   33/7  33/8  48/8
  56/24
payments [1]   49/11
people [3]   24/14  45/4
  45/8
percent [1]   57/25
perhaps [1]   34/18
perimeter [2]   51/8
  55/10
period [5]   7/5  8/20
  20/7  37/7  57/18
permission [2]   47/11
  47/14
permit [3]   46/21  51/6
  54/7
permitted [4]   48/12
  53/20  54/8  63/7
person [5]   24/11  24/11
  24/13  39/1  39/2
persons [1]   24/10
perspective [2]   23/1
  34/8
PETER [2]   1/21  3/16
PETERSON [8]   1/19  3/13

## P

PETERSON... **[6]**   11/6
11/20 26/4 32/6 32/9
32/16
phone **[4]**   4/2 6/20
10/24 18/19
photographs **[2]**   60/4
60/8
physical **[3]**   33/10
55/13 57/12
place **[3]**   48/19 56/21
62/15
placed **[3]**   54/3 58/20
59/19
places **[1]**   58/12
placing **[1]**   60/13
plea **[17]**   11/19 14/25
15/5 15/16 17/12 19/18
19/20 19/25 20/1 20/2
33/18 34/6 34/11 40/18
40/19 40/23 41/6
plead **[10]**   8/15 8/16
10/22 11/16 12/8 13/6
13/10 14/12 14/16 33/2
pleads **[2]**   7/2 11/3
pleas **[4]**   12/14 15/22
17/15 35/12
please **[1]**   6/12
plus **[1]**   33/6
point **[25]**   18/13 18/16
18/24 19/13 19/22 20/3
23/19 24/16 25/3 25/3
28/14 29/10 29/16 31/1
33/4 33/22 34/12 35/5
36/17 46/24 56/13 56/14
57/24 58/4 58/8
police **[2]**   21/21 26/21
position **[9]**   19/17 23/4
29/24 34/13 40/22 41/9
54/19 56/17 60/24
possession **[1]**   18/25
possibility **[2]**   50/15
60/4
possible **[2]**   20/10
43/24
possibly **[1]**   39/16
postpone **[1]**   20/5
potential **[2]**   18/11
42/15
practically **[1]**   58/8
preliminary **[1]**   19/21
premature **[1]**   34/5
prepared **[2]**   37/3 37/8
prescribed **[1]**   57/12
present **[9]**   6/22 11/3
13/9 16/8 16/9 16/15
18/3 21/22 30/17
presentation **[1]**   40/22
presented **[2]**   60/6 60/8
pretrial **[37]**   3/24 4/17
4/18 4/18 23/8 23/12
43/7 43/10 44/14 44/16
45/10 45/17 45/18 45/22

47/3 47/5 47/12 47/20
48/13 49/5 52/16 54/6
55/2 55/7 56/2 56/10
56/11 58/2 58/16 59/17
59/19 60/14 60/20 60/23
61/15 62/5 63/1
pretty **[1]**   22/10
preview **[1]**   4/5
previously **[5]**   9/10
9/21 10/14 11/9 12/25
prior **[6]**   9/2 13/14
13/18 13/25 20/10 41/13
probably **[2]**   34/22
39/17
problem **[3]**   7/14 41/22
52/10
problems **[1]**   30/14
procedurally **[1]**   7/8
proceed **[2]**   33/13 34/1
proceeding **[2]**   8/2 40/2
proceedings **[11]**   2/9
5/25 13/1 14/10 14/23
17/10 63/13 63/22 64/7
64/13 64/15
proceeds **[1]**   19/4
process **[2]**   4/10 57/13
processed **[1]**   29/9
produce **[3]**   20/17 22/6
26/8
produced **[2]**   2/9 31/14
producing **[2]**   27/13
27/14
proffer **[3]**   40/21 40/23
41/8
property **[6]**   8/5 12/5
52/7 52/10 55/11 58/23
propose **[1]**   4/22
prosecutors **[1]**   32/2
provide **[9]**   19/2 21/3
21/18 22/5 27/21 27/23
28/1 28/4 31/17
provided **[9]**   18/13
18/16 18/24 19/8 19/9
21/10 26/25 31/12 42/18
providing **[2]**   22/7
27/18
provision **[1]**   47/24
proximity **[1]**   51/19
prudent **[1]**   34/9
public **[1]**   37/11
pulled **[1]**   20/22
purpose **[2]**   47/15 50/19
purposes **[2]**   47/16 48/5
push **[1]**   31/1
put **[10]**   6/10 22/17
34/25 38/16 38/18 40/4
40/7 44/1 44/9 44/15

## Q

QRF **[1]**   24/14
quarantine **[1]**   56/20
question **[1]**   41/17
questioned **[1]**   11/3
questions **[1]**   28/9

Quick **[1]**   60/1
quickly **[2]**   22/1 44/19
quite **[2]**   31/5 54/4

## R

raise **[9]**   4/7 23/7 23/9
23/11 28/13 29/10 40/12
40/15 43/3
raised **[5]**   29/20 43/7
43/11 47/17 50/7
RAKOCZY **[19]**   1/16 3/10
6/15 13/16 17/19 18/6
20/13 22/20 23/17 26/20
27/5 27/12 32/22 33/12
37/15 40/24 58/24 60/5
63/16
rarely **[1]**   58/9
Ray **[1]**   3/3
RDR **[1]**   2/4
re **[5]**   9/3 10/2 15/21
15/22 16/17
re-arraigned **[1]**   16/17
re-assert **[1]**   15/21
re-enter **[1]**   15/22
re-numbered **[2]**   9/3
10/2
reach **[2]**   61/14 63/1
reached **[4]**   60/18 61/11
61/19 61/22
Reaction **[1]**   60/1
read **[10]**   6/4 7/9 8/25
9/13 9/14 9/18 9/23
10/1 12/13 14/6
reading **[19]**   7/1 7/11
8/14 8/16 10/4 10/20
10/25 11/14 11/18 12/6
13/4 13/10 14/13 14/15
15/2 15/5 15/17 17/13
17/15
real **[1]**   44/18
realize **[1]**   28/16
really **[5]**   12/10 19/22
31/3 52/4 54/1
rearraign **[1]**   13/24
rearraigned **[6]**   4/9
5/8 5/11 5/14 5/18 5/22
rearraigning **[1]**   4/8
reason **[8]**   24/18 24/19
31/16 33/10 33/22 35/16
35/16 49/17
reasonable **[4]**   7/5 8/19
36/13 37/21
reasons **[9]**   27/20 28/3
29/23 38/14 47/10 54/23
62/17 62/19 63/6
received **[6]**   7/22 9/8
19/14 21/23 31/16 39/21
receiving **[1]**   25/10
recent **[1]**   24/9
recently **[2]**   41/12
62/22
recite **[1]**   7/18
recognize **[3]**   25/20
42/2 42/12

# R

recommend [1]   60/21
recommended [1]   61/20
record [9]   7/21 9/7
 16/14 23/5 26/10 32/12
 32/15 50/4 50/20
recorded [1]   2/9
reduce [1]   51/5
refer [2]   6/3 8/25
reference [1]   42/13
referred [1]   24/8
reflect [2]   7/21 9/7
reflected [1]   55/18
regard [4]   26/17 26/19
 26/21 33/8
regarding [1]   23/10
regardless [1]   35/11
Regional [1]   16/11
regular [1]   52/17
reject [1]   25/15
relate [1]   43/20
related [1]   21/15
relates [1]   27/15
release [11]   4/18 4/18
 43/8 43/19 43/20 45/11
 46/21 51/5 53/5 53/18
 54/25
released [5]   44/21
 44/24 54/3 56/19 57/5
relevant [5]   20/22
 21/10 28/1 31/14 31/17
relied [1]   21/1
relief [1]   58/20
religious [2]   53/21
 55/3
reluctant [1]   53/4
remain [10]   9/12 10/16
 12/2 12/24 17/2 44/6
 44/6 46/6 46/23 63/7
remaining [2]   5/24
 58/21
remains [3]   13/14 18/20
 26/11
reminded [1]   15/7
remotely [1]   38/25
replies [1]   36/15
report [5]   43/8 43/12
 47/4 49/4 49/10
reported [1]   64/6
Reporter [4]   2/4 64/1
 64/3 64/22
reporting [1]   47/13
reports [3]   18/22 19/6
 21/20
represent [2]   50/15
 51/14
representations [1]
 30/21
represented [6]   50/7
 50/16 50/17 50/22 50/23
 61/2
request [22]   23/16 25/8
 25/16 25/17 27/3 27/7

29/2 29/17 29/21 32/8
32/8 46/15 47/3 56/2
56/14 56/15 59/1 60/9
60/19 60/21 61/11 62/2
requested [2]   56/16
 61/20
requesting [7]   26/24
 28/11 30/22 37/5 45/18
 47/24 48/8
requests [4]   23/23
 23/25 26/7 52/7
require [1]   42/13
required [1]   48/11
reset [1]   25/12
resisting [1]   17/7
resolution [1]   20/10
resolutions [1]   18/11
resolve [2]   38/5 38/5
resolved [2]   26/12 49/8
respect [16]   19/17 26/6
 27/19 29/1 29/6 29/8
 29/11 29/15 29/17 29/20
 30/13 31/10 31/19 36/2
 54/2 54/20
respectfully [1]   10/3
respective [1]   51/19
respects [1]   60/10
respond [3]   19/15 32/11
 54/17
response [3]   25/24 39/6
 43/1
responsive [1]   23/24
restaurant [1]   62/20
restricted [1]   8/7
restrictions [2]   62/14
 62/15
restrictive [2]   54/4
 58/1
result [1]   18/17
retain [1]   62/24
return [1]   44/5
returns [5]   18/21 18/22
 20/21 20/25 22/5
review [6]   20/8 21/9
 37/24 41/16 42/13 42/16
reviewed [1]   37/16
Rhodes [1]   24/13
ride [1]   57/20
right [55]   4/3 5/23
 8/21 10/10 11/5 12/15
 12/18 12/19 13/19 13/23
 15/24 16/4 16/5 16/12
 16/12 16/19 17/18 17/24
 19/17 21/15 22/19 25/2
 26/3 28/18 29/4 30/16
 32/4 32/5 34/20 35/7
 43/14 44/3 44/17 44/21
 45/8 45/9 45/13 45/16
 46/5 46/20 47/1 48/21
 49/1 49/19 49/21 51/3
 51/4 54/8 55/17 56/2
 60/5 62/15 63/10 63/15
 63/19
rights [7]   11/2 11/2

15/24 16/3 23/5 25/14 25/20
25/24
RMR [1]   2/4
ROBERT [4]   1/21 3/16
 13/7 14/14
ROBERTO [2]   1/9 3/8
ROBIN [5]   1/24 3/18
 16/22 17/17 31/9
room [2]   43/23 44/10
ROSSI [18]   2/1 3/19
 6/19 6/22 7/6 8/21
 31/22 31/24 32/4 35/20
 35/22 39/13 39/19 40/3
 44/23 45/2 45/16 46/7
round [1]   41/20
Rule [3]   29/12 36/4
 36/5
Ruth [1]   3/5

# S

safe [1]   59/11
said [12]   8/24 21/1
 23/10 24/13 31/3 31/15
 35/24 42/19 61/25 64/10
 64/13 64/15
same [8]   6/9 12/2 12/14
 13/14 45/1 46/23 58/21
 63/7
SANDRA [3]   1/6 3/5
 15/19
satisfied [1]   50/21
saw [1]   49/7
say [3]   38/2 42/1 61/12
schedule [5]   30/23
 35/10 35/18 35/21 40/5
scheduled [1]   16/10
Schuck [8]   3/23 47/20
 55/1 59/13 59/17 60/14
 61/13 62/25
screen [2]   6/20 6/22
search [5]   18/17 18/22
 20/21 20/25 22/5
seated [1]   44/2
second [3]   39/13 41/19
 44/20
Secondly [1]   37/22
Section [15]   8/1 8/4
 8/7 8/9 8/11 8/13 10/19
 11/13 14/9 14/11 14/24
 15/15 17/6 17/9 17/11
Sections [10]   8/4 8/6
 8/10 8/13 10/19 11/12
 13/2 14/8 15/14 17/6
see [11]   33/2 33/18
 34/12 34/21 36/17 36/22
 36/25 40/15 45/11 55/25
 63/20
seeing [2]   27/2 61/7
seek [1]   52/12
seeking [2]   21/19 53/10
seemed [2]   26/22 27/1
seems [5]   33/19 37/13
 37/20 42/11 59/1
seen [1]   49/10

**S**

sense [2]   34/9 39/11
separately [2]   41/2 50/22
serve [1]   50/9
server [1]   52/13
serves [1]   60/2
service [1]   46/17
services [18]   3/24 45/23 47/4 47/12 48/13 52/16 53/21 55/2 55/3 55/7 56/3 56/11 56/11 58/2 58/16 59/17 59/19 60/20
Services' [1]   60/24
set [13]   15/25 34/5 34/21 35/10 35/18 35/23 36/7 36/8 37/1 38/13 39/8 52/8 53/19
setting [4]   34/2 39/16 39/17 57/13
Seven [2]   17/1 17/4
sever [1]   36/1
severance [1]   35/3
severed [1]   35/15
shape [1]   35/13
she [19]   29/23 44/6 44/7 46/17 46/21 50/1 50/1 50/25 51/17 52/6 52/9 52/16 52/20 55/10 60/17 61/19 61/20 61/25 61/25
she'll [1]   55/11
she's [3]   52/6 52/14 52/19
shorter [1]   57/21
shorthand [2]   64/6 64/14
should [9]   4/7 9/23 22/15 34/18 45/4 53/14 53/22 59/7 59/8
shouldn't [1]   38/2
show [6]   28/2 28/7 31/3 34/22 35/4 45/15
showed [1]   27/24
shows [1]   27/18
shuffling [1]   45/13
sides [1]   54/2
sign [2]   40/14 55/21
similar [1]   35/4
simply [6]   6/3 8/25 37/9 47/12 48/13 58/20
since [4]   5/25 24/7 30/17 30/22
single [3]   27/23 42/17 57/3
sir [2]   14/18 51/2
Six [17]   8/11 10/13 10/17 11/9 11/10 12/23 12/24 13/14 13/21 13/21 13/24 14/6 14/6 14/7 15/12 15/12 15/12
Sixth [2]   11/2 15/23

skip [1]   30/16
skipped [1]   15/7
slightly [1]   35/21
small [1]   43/12
so [148]
some [34]   18/18 19/1 19/14 20/1 21/23 22/2 23/2 23/23 26/6 26/23 27/1 30/13 33/1 33/12 33/23 35/5 35/7 37/16 41/7 41/15 41/24 42/12 49/11 52/12 52/15 52/24 53/21 54/5 54/11 59/23 60/10 60/11 62/13 62/21
somebody's [1]   27/24
something [6]   22/15 26/19 27/8 40/18 43/7 52/14
somewhere [1]   6/10
sorry [8]   7/12 7/15 9/6 9/11 16/9 44/6 49/9 51/16
sort [14]   4/5 4/13 4/19 6/10 7/9 30/11 41/25 42/3 42/9 49/23 52/12 52/15 56/7 61/13
sounds [2]   28/12 53/25
speak [4]   22/16 41/2 41/5 61/1
speaking [1]   3/10
specific [2]   21/23 43/19
specifically [3]   9/1 21/16 37/12
specify [1]   48/3
speed [1]   18/7
speedy [23]   7/4 8/18 11/1 15/24 16/1 16/3 20/6 22/23 23/2 23/11 23/15 24/2 25/11 25/13 25/19 25/20 26/10 26/17 28/22 29/18 31/19 37/3 37/11
spell [1]   35/24
spoke [4]   50/10 50/12 50/12 50/13
spoken [1]   61/14
Squares [2]   45/14 46/11
stages [1]   38/6
stand [7]   4/14 18/1 18/7 18/11 23/2 25/8 35/11
standard [2]   48/17 54/24
standing [2]   38/10 38/13
stands [2]   23/18 25/2
staring [1]   27/25
start [12]   4/8 4/21 5/24 6/18 8/23 19/19 19/25 23/13 23/14 32/13 45/9 49/22
started [1]   35/12
state [2]   23/4 49/16

stated [2]   23/18 26/20
statements [1]   21/21
STATES [22]   1/1 1/3 1/14 2/5 8/1 8/3 8/6 8/8 8/12 10/19 11/12 13/2 14/8 14/11 14/23 15/14 17/6 17/8 17/11 21/12 64/4 64/8
stating [1]   32/12
status [14]   1/13 4/3 16/17 19/12 19/25 23/1 23/8 23/12 23/17 29/19 38/18 39/8 51/6 64/7
STEELE [10]   1/8 3/7 5/4 5/12 29/5 43/4 43/15 45/6 46/15 47/2
Steele's [1]   46/20
stenography [1]   2/9
step [5]   52/5 53/15 54/20 56/7 61/20
STEPHEN [3]   1/20 3/15 12/9
stepping [2]   53/4 59/5
steps [1]   18/23
stick [1]   42/4
still [15]   20/16 20/17 20/23 23/25 24/3 24/5 25/10 28/8 31/15 33/21 37/14 40/23 45/20 58/1 58/3
straightforward [1]   25/24
strongly [1]   58/17
structure [1]   42/10
Stuart [1]   24/13
subpoena [2]   18/21 22/5
subscribed [1]   64/17
subset [1]   30/23
substance [1]   55/4
substantial [2]   18/14 19/9
substantive [1]   18/21
substantively [1]   6/9
such [1]   53/20
sufficient [1]   47/16
suggest [4]   20/4 34/4 62/5 63/1
suggested [1]   58/17
suggesting [1]   62/7
suggests [1]   59/23
summary [2]   20/12 22/10
superseding [40]   5/1 5/2 5/9 6/11 6/14 7/23 9/9 9/12 9/17 10/12 10/16 10/21 11/7 11/15 11/18 11/24 12/1 12/3 12/7 12/16 12/22 12/24 13/5 14/5 14/16 14/21 15/2 15/10 15/17 16/25 17/3 17/13 18/2 24/1 24/9 24/12 24/16 24/24 31/5 41/14
supervision [5]   55/7 59/8 60/21 60/23 61/10

**S**

suppress [2]   35/3 36/21
suppression [1]   36/2
sure [22]   5/9 6/25 9/20
13/17 13/24 21/9 21/19
22/1 27/6 31/5 32/2
40/21 42/1 43/13 44/1
49/7 50/1 50/3 50/20
55/17 59/14 62/8
surgery [1]   57/10
surveillance [2]   19/7
60/7
suspect [2]   44/5 51/25
suspecting [1]   26/24

**T**

take [10]   5/4 48/19
49/13 49/14 49/24 54/9
54/10 54/19 55/13 56/21
taken [1]   64/14
takes [1]   28/17
talk [5]   4/10 18/9
22/23 49/25 51/4
talked [2]   50/5 50/11
talking [5]   12/11 20/18
28/6 42/14 52/24
tampering [4]   13/1 14/9
14/22 17/10
tape [1]   64/15
team [1]   39/21
teams [2]   41/15 41/24
teleconference [1]
3/22
tell [3]   51/11 59/21
61/20
temporarily [1]   16/2
Ten [8]   12/23 13/1
13/13 13/18 13/25 14/6
14/6 14/9
terabyte [2]   41/23
42/17
terabyte's [1]   18/15
term [2]   21/12 27/20
terms [15]   18/7 20/13
20/16 20/18 22/12 22/13
28/11 33/14 34/23 35/12
36/17 36/19 41/15 51/11
59/18
testimony [1]   64/7
than [14]   17/20 23/7
23/11 33/10 33/25 35/22
36/5 36/6 41/24 43/14
45/6 46/2 54/13 59/1
thank [50]   7/20 8/21
11/20 13/11 13/16 14/17
15/6 16/4 17/17 17/23
18/12 20/12 22/20 22/22
23/19 26/3 26/16 28/15
28/17 30/1 30/19 31/8
31/10 32/4 32/15 39/25
39/25 40/6 42/23 44/12
46/11 46/12 46/13 46/19
46/25 47/1 48/14 48/24

49/1 49/18 51/1 55/16
55/23 55/24 58/25 58/25
63/15 63/18 63/19 63/21
that [317]
that's [48]   4/19 6/5
6/6 6/7 6/8 6/9 6/10
10/6 11/23 12/15 12/18
13/17 16/12 16/12 17/20
17/22 19/12 19/24 21/4
22/6 22/10 22/19 24/25
25/1 26/2 28/12 31/12
36/21 39/7 41/4 42/18
43/11 48/7 49/15 49/16
50/18 52/3 52/6 52/7
52/19 53/16 54/18 55/18
58/5 59/19 62/21 62/22
63/10
their [7]   19/11 20/8
21/17 23/4 37/25 43/16
51/19
them [7]   5/11 20/8
28/15 44/9 63/1 63/3
63/3
then [30]   4/6 4/16 5/19
6/1 7/10 7/19 8/22
10/10 11/5 12/19 14/19
16/5 17/25 23/6 23/8
23/12 28/13 30/12 31/21
36/15 38/1 38/10 39/7
39/8 44/5 44/10 48/3
53/25 54/19 61/15
therapy [1]   57/12
there [55]   4/22 4/24
6/8 11/21 12/11 18/1
18/2 18/19 19/1 19/3
19/9 20/20 20/24 21/6
22/3 22/20 23/25 27/1
27/7 27/8 28/7 28/13
31/13 33/19 33/22 34/15
34/20 37/15 38/19 40/11
41/2 41/17 41/19 43/11
45/12 45/13 46/15 49/3
49/4 49/5 50/6 50/20
51/5 53/3 53/21 53/25
55/8 56/1 58/6 59/7
59/20 60/1 61/24 62/25
63/2
there's [15]   4/4 6/2
9/17 10/8 14/20 22/3
23/6 24/12 24/23 24/24
43/23 43/25 52/23 56/2
63/11
these [18]   20/8 20/10
21/14 21/16 24/3 27/11
27/15 27/19 28/2 28/7
34/24 38/5 42/5 53/2
53/6 53/8 53/15 57/25
they [37]   4/7 4/7 12/2
12/24 17/3 22/5 22/6
24/4 24/6 24/9 24/10
24/11 24/11 26/7 26/22
26/22 26/23 27/1 31/4
40/7 40/15 42/8 47/23
48/7 48/19 50/11 53/20

50/2 50/13 52/3 52/4
52/19 52/19 58/3 58/16
61/10 62/2
they're [3]   24/14 28/14
57/13
they've [2]   23/24 24/7
thing [2]   25/3 34/2
things [8]   4/14 17/25
18/7 18/10 35/11 39/11
47/8 54/21
think [71]
thinking [2]   51/12
51/13
third [7]   5/1 6/14 9/16
12/3 12/16 12/24 17/3
thirdly [1]   38/2
Thirteen [2]   17/2 17/9
this [79]
THOMAS [3]   1/5 3/2 64/9
thorough [1]   42/16
those [40]   4/8 4/19 5/7
5/10 5/10 6/4 8/25
19/16 19/21 20/1 20/2
21/4 22/1 22/8 34/14
35/22 36/14 38/8 38/14
38/25 39/11 40/9 40/10
40/13 42/11 42/15 43/5
45/18 46/2 46/6 47/10
50/10 53/11 53/13 54/2
54/5 55/8 56/7 57/18
63/7
though [1]   25/12
thought [1]   33/13
thoughts [1]   32/23
threat [1]   53/3
three [16]   5/5 5/10 8/4
9/14 9/16 10/14 11/8
11/10 12/4 12/23 12/23
14/5 15/1 15/11 32/6
57/8
through [21]   4/4 4/19
4/25 7/22 9/8 20/23
20/25 21/2 21/6 21/20
26/22 27/2 27/21 28/15
31/11 31/15 34/10 41/22
41/25 42/8 48/16
throughout [1]   59/7
time [45]   4/15 8/20
13/9 18/13 18/16 18/24
19/1 19/10 19/13 19/22
20/3 20/6 20/7 20/7
22/10 28/4 28/22 29/10
29/25 31/2 33/22 34/5
34/10 34/12 36/7 37/6
37/6 37/7 37/13 37/22
38/1 38/3 38/5 38/8
38/11 38/15 39/5 42/5
42/20 42/20 42/21 48/24
52/13 52/16 62/21
times [5]   56/23 57/2
57/4 57/8 57/18
Title [16]   8/1 8/3 8/6
8/8 8/10 8/12 10/18
11/12 13/2 14/8 14/10

**T**

**Title... [5]**   14/23 15/14 17/5 17/8 17/11
**today [6]**   16/8 35/10 35/18 40/22 42/7 57/1
**together [1]**   64/14
**toll [2]**   20/6 20/6
**tolling [3]**   26/18 29/3 31/20
**too [2]**   25/21 33/21
**top [2]**   8/22 23/14
**total [1]**   37/20
**town [1]**   38/25
**track [1]**   40/8
**traffic [2]**   49/11 57/20
**transcript [3]**   1/13 2/9 64/13
**transfer [1]**   36/3
**travels [1]**   58/8
**treatment [1]**   55/4
**trial [49]**   7/2 7/4 8/17 8/19 11/1 11/4 15/24 15/25 16/1 16/3 20/6 20/11 22/8 22/23 23/2 23/11 23/15 24/2 24/21 24/23 25/1 25/12 25/13 25/20 25/21 26/10 26/17 28/22 29/18 30/22 31/19 32/24 33/3 33/6 33/17 33/17 33/21 34/1 34/3 34/5 34/14 34/14 37/4 37/12 38/12 39/16 39/17 39/21 40/8
**trials [4]**   33/9 33/24 33/25 34/16
**tried [3]**   4/25 6/13 6/13
**true [1]**   52/25
**trust [1]**   26/7
**try [6]**   4/11 24/20 28/1 30/11 33/21 63/3
**trying [4]**   19/15 21/17 21/25 33/14
**turn [14]**   6/1 7/16 7/19 10/10 11/5 12/19 14/19 16/21 17/24 22/25 28/18 30/12 32/22 46/14
**twice [1]**   57/7
**two [32]**   8/1 9/11 9/11 9/19 10/14 11/8 11/10 12/2 12/22 12/23 14/5 14/25 15/11 17/1 17/2 18/3 19/24 21/24 24/17 25/11 32/5 33/25 42/3 43/25 49/23 50/9 54/1 54/21 57/8 57/20 59/14 59/22
**two-fold [1]**   59/22
**type [3]**   20/19 36/4 42/11
**typically [1]**   58/10

**U**

**U.S [2]**   19/8 26/25
**ultimately [3]**   33/20 40/7 53/6
**unable [2]**   16/14 16/15
**unanimity [1]**   35/8
**under [5]**   11/2 38/10 47/24 48/17 53/11
**understand [5]**   12/12 18/4 20/15 51/23 61/19
**understanding [1]**   24/4
**understands [1]**   29/11
**unfettered [2]**   53/6 59/6
**UNITED [22]**   1/1 1/3 1/14 2/5 8/1 8/3 8/6 8/8 8/12 10/19 11/12 13/2 14/8 14/10 14/23 15/14 17/5 17/8 17/11 21/12 64/4 64/8
**universe [2]**   27/14 27/16
**unless [4]**   5/6 40/20 43/14 48/1
**unofficially [1]**   57/22
**unrestricted [2]**   53/15 53/24
**unsealed [1]**   5/2
**until [3]**   24/25 37/2 44/11
**unusual [1]**   56/17
**up [10]**   9/5 16/6 18/6 24/10 24/11 24/22 33/8 33/9 49/24 57/1
**upon [2]**   59/19 64/7
**us [14]**   6/12 6/16 16/19 17/21 27/1 31/1 37/20 38/16 39/23 41/6 55/21 61/10 61/10 63/12
**useful [2]**   37/8 37/9

**V**

**Valentine [4]**   60/16 61/16 61/23 61/25
**Valentine-Lewis [2]**   61/23 61/25
**valid [1]**   49/17
**validity [1]**   35/2
**variety [2]**   42/7 54/23
**various [2]**   21/7 21/21
**venue [2]**   36/3 42/15
**versus [1]**   64/9
**very [7]**   19/21 19/22 22/1 30/23 57/25 63/15 63/19
**via [4]**   3/21 13/9 46/16 58/3
**video [5]**   3/22 4/2 19/7 31/13 60/8
**view [1]**   18/8
**violation [16]**   7/25 8/3 8/6 8/8 8/10 8/12 10/18 11/11 13/2 14/8 14/10

**Virginia [5]**   56/4 59/25 60/18 60/20 61/2
**visiting [1]**   59/4
**visits [8]**   48/9 54/6 55/5 57/9 57/13 57/16 57/16 59/10
**voice [2]**   9/5 9/5
**volume [3]**   20/18 21/3 28/14
**voluminous [2]**   20/3 57/6

**W**

**wait [1]**   36/25
**waitressing [1]**   52/13
**waive [20]**   7/1 7/4 7/10 8/14 8/16 8/19 10/20 11/14 11/18 12/6 13/4 13/9 14/13 14/15 15/1 15/4 15/16 16/1 17/12 17/15
**waives [1]**   10/24
**waiving [1]**   10/4
**want [22]**   4/7 4/8 4/11 4/13 4/20 18/6 21/2 22/20 27/6 30/5 30/11 32/10 39/20 39/22 40/15 44/9 49/7 49/24 49/25 54/16 56/10 60/12
**wanted [5]**   26/20 40/18 43/13 44/13 50/19
**wanting [1]**   52/19
**wants [4]**   40/12 56/11 59/12 59/12
**warrant [3]**   18/22 20/21 20/25
**warranted [7]**   37/7 37/13 37/22 38/2 38/3 38/9 38/15
**warrants [2]**   18/17 22/5
**was [42]**   5/2 9/5 9/19 9/21 12/11 13/18 13/21 15/7 16/10 24/8 27/1 29/23 40/19 41/13 44/20 45/15 46/15 47/3 49/3 49/4 49/5 49/10 50/6 50/14 50/14 51/5 51/23 52/16 56/19 57/1 58/15 58/15 60/2 60/6 60/16 60/17 61/17 61/24 61/25 61/25 62/1 62/4
**Washington [2]**   1/4 2/6
**wasn't [1]**   40/21
**WATKINS [11]**   1/6 3/4 11/6 11/7 11/17 26/4 26/11 32/7 43/22 44/3 44/6
**way [9]**   7/8 25/14 31/11 31/15 34/23 44/1 54/1 59/20 63/2
**we [177]**
**we'd [1]**   58/14

## W

**we'll [44]**   4/10 4/19
6/1 7/19 8/23 9/20 16/2
16/2 16/16 22/16 22/23
23/8 23/12 23/14 28/13
30/10 30/12 30/16 33/18
34/22 35/24 36/7 36/8
36/10 36/10 36/15 36/22
37/1 39/8 39/15 40/4
45/3 46/10 48/10 48/21
54/19 54/20 54/20 54/21
54/22 54/22 55/9 55/17
63/20
**we're [25]**   4/3 5/17
5/24 6/24 7/8 8/24 10/3
16/6 20/23 21/15 21/17
21/25 23/13 24/15 24/22
25/10 29/16 30/15 30/15
31/15 32/23 35/14 40/22
49/13 56/14
**we've [10]**   6/16 19/20
21/10 21/23 23/23 33/6
34/19 35/7 45/8 55/19
**weapon [2]**   59/24 59/25
**week [4]**   22/16 32/3
57/7 57/8
**weekend [1]**   5/3
**weeks [3]**   19/2 36/14
41/24
**welcome [3]**   46/8 51/3
55/20
**well [10]**   6/11 28/16
38/14 38/22 43/25 44/8
48/6 53/25 54/18 61/14
**were [25]**   12/3 12/3
12/24 12/25 15/19 16/13
16/15 17/3 18/2 18/17
21/22 26/23 40/20 41/4
42/3 45/19 46/2 46/6
47/17 50/6 53/18 54/4
57/25 60/8 61/3
**weren't [1]**   31/4
**Western [7]**   56/3 59/20
60/14 61/5 61/6 61/7
61/9
**what [57]**   4/6 4/20 4/22
6/2 8/24 9/19 9/21
11/22 18/8 19/20 20/17
20/18 22/24 27/13 27/18
28/6 28/11 31/15 32/23
32/24 33/7 33/13 33/18
34/3 34/14 35/9 35/13
35/19 36/18 36/22 36/25
37/3 39/18 41/3 45/17
48/7 48/11 48/12 50/9
50/10 50/14 51/12 52/19
52/25 53/8 53/23 56/4
56/16 56/18 59/21 60/12
61/1 61/13 61/22 61/23
62/8 63/2
**what's [5]**   20/14 22/12
34/6 52/3 59/18
**whatever [2]**   35/15

35/16
**when [9]**   12/3 24/22
24/23 25/21 31/2 34/19
39/8 55/10 56/19
**whenever [2]**   58/22
59/12
**where [30]**   4/14 6/19
16/16 17/25 18/7 18/8
18/10 22/11 23/2 23/12
23/18 24/11 24/17 25/2
25/8 31/6 33/23 34/12
35/11 36/17 39/11 44/6
44/7 45/11 45/12 46/17
52/6 53/16 59/5 62/5
**whereabouts [1]**   59/9
**whereof [1]**   64/17
**wherever [1]**   59/12
**whether [13]**   7/10 27/13
33/6 34/15 35/14 36/19
36/21 36/25 40/21 40/22
41/8 45/10 54/14
**which [27]**   5/2 9/12
9/13 10/15 10/16 10/17
12/2 12/4 12/25 13/15
17/25 18/2 25/25 26/7
27/2 30/7 36/7 37/19
42/2 43/20 47/13 52/17
56/18 57/13 57/19 59/14
62/20
**who [21]**   4/1 4/8 5/5
6/9 7/18 10/24 13/8
21/8 21/22 24/13 32/7
35/15 35/22 38/25 40/3
40/13 41/12 42/10 43/3
54/8 60/16
**whom [4]**   6/1 14/20 15/8
49/22
**why [5]**   6/18 13/17
23/13 35/23 45/2
**WICKS [6]**   1/24 3/18
5/20 30/18 31/7 32/20
**wife [1]**   58/8
**will [52]**   3/10 6/3 6/5
6/11 7/18 8/24 9/1 9/13
9/14 14/6 15/25 16/1
16/22 18/3 19/10 22/4
22/7 26/8 26/10 28/4
31/6 32/2 34/4 34/20
36/8 36/14 36/17 37/4
38/16 38/21 38/23 39/8
39/10 41/6 41/8 41/17
41/19 42/1 42/21 46/6
46/21 46/23 50/22 55/9
57/4 57/6 57/10 57/17
60/10 62/18 62/24 63/7
**WILLIAM [3]**   1/10 3/9
7/23
**WILSON [18]**   1/20 1/22
3/15 3/17 12/20 13/8
15/4 15/6 28/23 29/13
30/1 32/18 50/7 50/13
50/16 50/24 51/11 55/20
**wish [18]**   8/14 8/15
10/20 10/21 11/14 11/15

12/6 12/7 13/4 13/5
14/18 14/12 14/25 15/1
15/16 17/12 36/16 43/17
**wishes [1]**   5/7
**within [2]**   41/19 50/11
**without [2]**   10/1 11/3
**witness [1]**   64/17
**won't [1]**   31/17
**wonderful [1]**   51/1
**wording [1]**   48/11
**work [3]**   51/7 54/9 63/3
**works [1]**   48/7
**worn [7]**   21/7 26/21
26/24 27/9 27/10 27/14
37/17
**worried [1]**   53/5
**worth [1]**   18/15
**would [46]**   5/11 7/4
8/19 9/25 13/9 15/4
15/21 15/23 15/25 20/4
24/18 24/20 25/12 25/13
27/23 29/18 29/24 30/20
30/21 33/16 33/25 34/4
34/9 34/13 34/15 35/1
35/6 36/6 37/20 44/25
50/15 50/16 50/17 51/6
52/12 52/18 52/19 53/20
53/23 53/23 56/14 57/15
57/24 60/23 61/13 62/6
**wouldn't [1]**   15/19
**writing [1]**   32/11
**wrong [3]**   6/12 44/15
54/9

## Y

**year [2]**   7/4 8/18
**yes [19]**   6/21 10/8
12/18 13/20 14/18 15/18
18/12 19/20 26/16 28/25
30/3 33/15 38/23 39/19
39/24 45/22 48/2 60/7
63/5
**yet [10]**   6/25 18/5
20/23 21/2 24/14 31/14
32/1 37/7 39/21 57/3
**you [194]**
**you'd [5]**   23/6 23/11
33/13 40/25 55/14
**you're [5]**   10/5 25/17
25/24 25/25 28/11
**you've [3]**   18/10 42/19
42/21
**YOUNG [8]**   1/7 3/6 12/20
12/21 13/8 14/4 14/14
28/24
**your [110]**

## Z

**ZIMMERMAN [1]**   1/23
**zoom [6]**   6/23 13/9
38/22 38/23 46/8 51/20