# UNITED STATES DISTRICT  COURT

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **Case No.  21-cr-00028 (APM)** |
| **v.** | ) | |
| | ) | |
| **KENNETH HARRELSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## DEFENDANT'S MOTION TO WITHDRAW WITHOUT PREJUDICE MOTION FOR RELIEF FROM PREJUDICIAL JOINDER

COMES NOW, the Defendant, Kenneth Harrelson, by and through counsel, Bradford L. Geyer, respectfully requesting the Court's indulgence in accepting this Motion to Withdraw Defendant's Motion To Withdraw *Without Prejudice* For Relief From Prejudicial Joinder (Docket 342).

While recognizing that Mr. Harrelson's prior counsel viewed his joinder with co-defendants as improper and risked a "spillover" effect on Mr. Harrelson's trial, impacting his right to an impartial jury, it is not possible for undersigned counsel to reach such a firm opinion at this juncture. In support are the undersigned counsel's observations that this Court has taken great care and would take great care to mitigate any issues going forward. In any event, undersigned counsel would not want to embark on such a course of action unless he was absolutely convinced such action was necessary.

I have conferred with the Government and have been assured that it has no objection to the withdrawal of this motion without prejudice.

Dated:  September 28, 2021                    RESPECTFULLY SUBMITTED

/s/ Brad Geyer
Bradford L. Geyer, PHV
PA 62998
NJ 022751991
Suite 141 Route 130 S.
303
Cinnaminson, NJ 08077
Brad@FormerFedsGroup.Com
(856) 607-5708

/s/ Jonathon Alden Moseley
Jonathon Alden Moseley, Esq.
DC Bar No. VA005
Virginia State Bar No. 41058
Mailing address only:
5765-F Burke Centre Parkway, PMB #337
Burke, Virginia 22015
Telephone:  (703) 656-1230
Contact@JonMoseley.com
Moseley391@gmail.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on September 28, 2021, a true and accurate copy of the forgoing was electronically filed and served through the ECF system of the U.S. District Court for the District of Columbia.

<u>/s/ Brad Geyer</u>
Bradford L. Geyer, PHV
PA 62998
NJ 022751991
Suite 141 Route 130 S.
303
Cinnaminson, NJ 08077
<u>Brad@FormerFedsGroup.Com</u>
(856) 607-5708