# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | Case No. 21-cr-00028 (APM) |
| v. | ) | |
| | ) | |
| **KENNETH HARRELSON,** | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER GRANTING DEFENDANT'S MOTION TO WITHDRAW WITHOUT PREJUDICE MOTION FOR RELIEF FROM PREJUDICIAL JOINDER

Upon Consideration of Defendant Kenneth Harrelson's Motion to Withdraw the previously filed Motion for Relief from Prejudicial Joinder, the motion is GRANTED without prejudice.

SO ORDERED this _____ day of _____, 2021.

_____
THE HONORABLE AMIT P. MEHTA
United States District Judge