**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES | * |
| vs. | *   Case No.: 21-CR-28-APM |
| THOMAS E. CALDWELL | * |

\* \* \* \* \* \* \* \* \* \* \*

## UNOPPOSED MOTION TO EXTEND TIME TO FILE REPLY TO GOVERNMENT'S SUPPLEMENTAL BRIEF ON 18 U.S.C. § 1512(c)(2)

COMES NOW the Defendant, Thomas E. Caldwell, by and through counsel, David W. Fischer, Esq., and also on behalf of all co-defendants in the instant case, and without objection from the Government, and respectfully requests that the Court extend the time for the defendants to file their replies and, in support, states as follows:

1. On September 22, 2021 the Government filed a 31-page supplemental brief addressing issues raised by the Court regarding 18 U.S.C. § 1512(c)(2).  ECF No. 437.  The current deadline for the defendants to reply is October 6, 2021.

2. The Government's extensive supplemental brief sets forth numerous arguments and cites multiple cases, which require defense counsel to do extensive review and legal research. As a result, defense counsel require additional time to adequately prepare their replies.

3. Defense counsel, who are overwhelmed with large caseloads and busy trial schedules, are in accord that additional time is needed to complete appropriate replies to the

Government's supplemental brief.

4. The Government does not oppose the defense request to extend the filing deadline for replies to their supplemental brief until October 12, 2021.

WHEREFORE, all defendants respectfully request that the deadline to file their replies to the Government's supplemental brief be extended to October 12, 2021.

/s/
David W. Fischer, Esq.
Federal Bar No. 023787
Law Offices of Fischer & Putzi, P.A.
Empire Towers, Suite 300
7310 Ritchie Highway
Glen Burnie, MD 21061
(410) 787-0826
Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of October, 2021, a copy of the foregoing Unopposed Motion to Extend Time to File Reply was electronically filed with the Clerk of the United States District Court using CM/ECF, with a notice of said filing to the following:

Counsel for the Government:          Office of the United States Attorney
                                     555 4th Street, NW
                                     Washington, DC 20001


                                                     /s/
                                       .David W. Fischer, Esq.