**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES | * |
| vs. | *   Case No.: 21-CR-28-APM |
| THOMAS E. CALDWELL | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of the defendants' Unopposed Motion to Extend Time to File Reply to Government's Brief on 18 U.S.C. § 1512(c)(2), it is hereby ORDERED by the United States District Court for the District of Columbia, that the Motion is GRANTED and thus, all defendants replies are now due on or before October 12, 2021.

_____                          _____
Date                                                                            Honorable Amit P. Mehta
                                                                                         United States District Court