# UNITED STATES DISTRICT  COURT

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No.  21-cr-00028 (APM) |
| v. | ) | |
| | ) | |
| KENNETH HARRELSON, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION TO REMOVE OR SEAL ECF 483 THAT CONTAINED UNREDACTED LANGUAGE

COMES NOW, the Defendant, Kenneth Harrelson, by and through counsel, Bradford L. Geyer, respectfully requesting the Court's indulgence in removing or sealing filed ECF 483 that is identical in all respects to a successor filing ECF 485 save for removal of highlighting on page 9 and replacement on page 19 with a redacted reference in an image.  Undersigned counsel apologizes for the inconvenience and for inadvertently allowing this profane reference onto the Court's docket that occurred because the Word redaction did not carry over to Adobe. To minimize any negative effects, undersigned counsel has filed the proper redacted version in advance.

Dated:  November 11, 2021

RESPECTFULLY SUBMITTED

/s/ Brad Geyer
Bradford L. Geyer, PHV
PA 62998
NJ 022751991
Suite 141 Route 130 S.
303
Cinnaminson, NJ 08077
Brad@FormerFedsGroup.Com
(856) 607-5708

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2021, a true and accurate copy of the forgoing was electronically filed and served through the ECF system of the U.S. District Court for the District of Columbia.

/s/ Brad Geyer
Bradford L. Geyer, PHV
PA 62998
NJ 022751991
Suite 141 Route 130 S.
303
Cinnaminson, NJ 08077
Brad@FormerFedsGroup.Com
(856) 607-5708