# UNITED STATES DISTRICT  COURT
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **Case No.  21-cr-00028 (APM)** |
| **v.** | ) | |
| | ) | |
| **KENNETH HARRELSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### [Proposed] ORDER GRANTING DEFENDANT'S MOTION TO REMOVE OR SEAL ECF 483 HAVING REPLACED ECF 483 WITH A PROPERLY REDACTED VERSION OF THE SAME FILING AT ECF 485

Upon Consideration of Defendant Kenneth Harrelson's Motion to Remove or Seal the previously filed ECF 483 that is identical in all respects to a successor filing ECF 485 save for removal of highlighting on page 9 and replacement on page 19 with an image that is properly redacted, it is

SO ORDERED this _____ day of _____, 2021.


_____
THE HONORABLE AMIT P. MEHTA
United States District Judge