Coronavirus Prevention | doc



Menu

[Mayor Muriel Bowser](#)

search

Custom Search

Sort by:

Relevance

Relevance

Date

# Department of Corrections

[coronavirus.dc.gov](#)

## Department of Corrections



**Office Hours**

Monday to Friday, 8 am to 5 pm

**Connect With Us**

2000 14th Street, NW, Seventh Floor, Washington, DC 20009

Phone: (202) 698-4932

Fax: (202) 671-2043

TTY: 711

Email: [doc@dc.gov](mailto:doc@dc.gov) ✉

    

[Ask the Director](#)

[Amharic (አማርኛ)](#)

[Chinese (中文)](#)

[French (Français)](#)

[Korean (한국어)](#)

[Spanish (Español)](#)

[Vietnamese (Tiếng Việt)](#)

☐ **Listen** ☐

[Bookmark and Share](#)  

## Coronavirus Prevention

## GOVERNMENT OF THE DISTRICT OF COLUMBIA
### Department of Corrections

**Monday, May 3, 2021** – The D.C. Department of Corrections (DOC) continues to adjust movement restrictions within DOC facilities in a manner consistent with medical stay-in-place orders and Center for Disease Control and Prevention (CDC) guidelines. DOC has sought recommendations from experts on emergency management within a correctional setting to assist with identifying how to keep residents and staff safe and to reduce the likelihood of virus spread within its facilities. As more people have been vaccinated within DOC facilities and District communities, and the District's rate community spread declines, the DOC will continue to modify allowable activities and programming needed to meet the needs of residents in our care.

The crosswalk below represents an example of the steps the DOC is taking toward the District's new normal, being mindful of the restrictions still necessary to keep residents, staff, and potential visitors safe and healthy. The DOC team has worked to identify options for restarting many of the services that were suspended during the pandemic, and that can be scaled up or down depending on community spread of COVID-19, vaccinations, and the DOC population size.

**The Department of Corrections will implement the adjustments listed below, effective immediately.**

The DOC would not have been able to continue to provide a safe and secure environment for our expanding reopening efforts without the dedication and commitment to pandemic safety precautions of staff, residents, and community partners. The DOC has been able to expand access to programs and services through innovative strategies developed in collaboration with staff, volunteers, and residents. It has taken a team effort to maximize the impact of programs and services within the jail while reducing the spread of the COVID-19 virus.

DOC will continue to follow DC Department of Health (DOH) and CDC guidelines, as well as complying with the U.S. District Court order, to ensure the health and well-being of all its residents and staff. The medical stay in place is not designed to be punitive in nature and is also not the same as placing residents in restrictive housing. DOC continues to plan and work to implement the safe reopening of facilities and is moving to normalize operations as the pandemic draws to a close. We appreciate the concern, patience and support of our neighbors as we work to keep all within DOC safe, as well as support the public safety of all in the District.

Your health and safety of our residents is extremely important to us. Together, everyone needs to play their part in helping to continue to flatten the curve.

**DOC Modified Stay in Place Timeline - UPDATED**

## DC DOC Expanded Movement Crosswalk

|  | **Currently** | **Moderate Adjustments** |
|---|---|---|
| **Access to Education and Programs** | Prior to the COVID-19 pandemic, the DOC had a little over 300 American Prison Data Systems (APDS) tablets to provide additional educational, vocational, and social programs to residents. In the summer of 2020, DOC was able to obtain and distribute an additional 1,000 tablets to ensure that programs and services were able to continue despite COVID-19 restrictions. During the pandemic, the agency was able to significantly expand the provision of programs and services utilizing the tables. | Residents will continue to have access to the APDS tablets for educational, vocational, and social programs and services; and By May 17, 2021, DOC will allow for in-person synchronous education by DCPS in classrooms and CCR will resume in person educational instruction. |

Over 69,000 hours of tablet based educational and reentry supportive programs were provided via the tablets, in addition to weekly paper-based activity packets to support engagement in fiscal year 2020. As of the end of February 2021, nearly 60,000 additional hours of tablet based educational and reentry supportive programs had been provided to persons in DOC's care and custody.

Residents will continue to have digital access to the legal research library 12 hours each day via tablet, and paper distribution of requested materials will also continue. DOC staff will keep providing technical support for this process.

Legal research library is available to residents via tablets for 12 hours each day. Residents electronically submit requests on forms located on tablets. Requests are immediately submitted electronically to DOC law library staff. Restrictive housing and intake units do not have access to tablets, therefore DOC College and Career Readiness (CCR) staff walk through these units weekly to distribute paper request forms for legal research requests and copies. Requested materials are delivered to residents within 2 working days of request by CCR staff. Three DOC staff members, including one who is a licensed attorney, assist in researching requested materials, and a DOC CCR staff member provides technical support to all residents related to tablet use and delivers all copies of requested materials.

Starting June 1, 2021, DOC will implement a partnership with the UDC Law School's DOC Legal Research Clinic. Law students and professors will conduct virtual classes on resident tablets on legal research topics and skills and respond to requests for research assistance via tablet messaging.

Starting in the Fall 2021 semester, Howard Law School, American Law School, and the University of Illinois Law Library staff and students will join UDC Law School in conducting virtual classes on resident tablets on legal research topics and skills and respond to requests for research assistance via tablet messaging.

Throughout the pandemic, DCPS has been able to upload course content for students on resident tablets, provide paper based lessons delivered to residents by DOC CCR staff and eventually two DCPS teacher-volunteers, and residents have been able to gather in small groups on housing units with appropriate social distancing in place.

As the medical stay-in place and social distancing protocols allow for in-person course work to resume, these universities will also be available to assist DOC residents in-person.

DOC will continue to provide DCPS access to upload course content for students on resident tablets, provide paper based lessons

delivered to residents, and residents have been able to gather in small groups on housing units with appropriate social distancing in place. In addition, designated classroom space has been identified and, by May 10, 2021, will allow for the resumption of synchronous education at CDF, CTF, and on the restricted housing units, with appropriate social distancing.

| | | |
|---|---|---|
| **Access to Family and Friends** | DOC has continued expanded the provision of telephone services and added 456 GTL provided tablets at the same cost as usual phone calls ($0.05 per minute) to residents. Previously there was one phone for every 33 residents, now there is one tablet-based phone for every 3 residents.<br><br>Low cost text messaging is also accessible via the GTL tablets to residents at $0.02 per minute. The text messages are a new way of connecting residents to their loved ones that was not available before the pandemic. | DOC residents will continue to have access to the GTL tablets and more phones will be available on the units and video visitation will resume in June 2021. |
| **Video Visitation** | Video visitation was suspended at the start of the pandemic in response to the need to help prevent the spread of COVID-19 by curtailing community movement and to protect DOC staff from potential COVID exposure with community members visiting the facility. Staff tasked that supporting video visitation have assumed other duties within the DOC. | By June 7, 2021, DOC will begin limited video visitation, which will be dependent on staff availability, modification to movement to maintain public health guidelines, and installation of tablets/IT equipment on CTF housing units. |
| **DOC Resident Housing (Out of cell time)** | During the current medical stay in place DOC residents recreation time has been limited to one hour of out of cell time per day. | Beginning April 30, 2021, out of cell time will increase to 2 hours per day. DOC will continue to work with and obtain guidance from the DOH and follow CDC guidelines. DOC will continue to adjust resident out of cell time as COVID restrictions ease and vaccinations increase. |
| **Outdoor Recreation** | The DOC has been providing a minimum of 1 hour outdoor recreation in small groups to maintain safe and secure conditions for residents and staff. | Beginning May 15, 2021, the DOC will expand outdoor recreation to a minimum of 1.5 hours per week for each housing unit. DOC will review further increases as COVID restrictions ease and vaccinations increase. |
| **Small Groups on Unit** | The DOC has allowed small group meetings on the housing units (limit 10 residents out of cell at a time). | The DOC will expand small groups to designated off unit spaces that have been appropriately setup to maintain social distancing. DOC will review further increases as COVID restrictions ease and vaccinations increase. |
| **Barbering & Cosmetology** | Barbering and cosmetology services will continue for residents wishing to receive services prior to a court appearance. | Barbering and cosmetology services have resumed for residents with upcoming jury |

|  |  | trials. Barbering and cosmetology will resume for all residents on June 1, 2021 contingent upon having contractors and participating residents able to demonstrate they have been fully vaccinated for COVID-19 and appropriate social distancing is maintained. |
|---|---|---|
| **Court Appearances** | Video court at the DOC was implemented in response to the need that arose during the course of the pandemic. The DOC operates 10 video hearing spaces designed to accommodate video hearings for the United States District Court for the District of Columbia, the District of Columbia Superior Court and the United States District Court for the District of Maryland. | Video court appearances will continue until the courts are able to fully provide in-person court appearances for DOC residents. Once in-person court appearances fully resumes for DOC residents, staff utilized for video hearing purpose will be able to return to transporting residents to court and to other duties. |
| **Legal Calls** | DOC's case management team has coordinated over 20,000 legal calls since the start of the pandemic. DOC continues to work to identify additional space for case managers to provide legal calls.<br><br>Since June 22, 2020, DOC resumed in-person and contactless legal visits between attorneys and clients. | DOC will continue to work to identify and maintain additional space for case managers to safely provide residents with legal calls until the District's pandemic restrictions are eased.<br><br>DOC will continue to allow in-person and contactless legal visits. |
| **The READY Center** | DOC READY Center is virtually available to returning citizens. | As community spread of COVID-19 decreases and vaccination rates rise, the READY Center will begin to ease into the reopening process, which will allow returning citizens to visit the READY Center in person. |
| **Deliveries** | The DOC uses separate vehicles for facility deliveries to avoid multiple employees in one truck. | DOC will continue to maintain the use of separate vehicles for deliveries to avoid close contact until the District's pandemic restrictions are lifted. |

| | |
|---|---|
| **Staff Workspaces** | The DOC has and will continue to ensure that staff workstations are placed in a manner that meets the required social distancing guidelines while completing work on-site. |
| **Staff Considerations (vulnerable groups, caregiving obligations, transportation challenges)** | Continue to allow staff to telework while allowing staff to make use of PFL, COVID sick leave, DOE leave, and FMLA. DOC continues to utilize various forms of telecommunications to support staff's work and training opportunities. |
| | Additional videoconferencing capability would greatly assist with providing telehealth services to reduce the likelihood of the spread of the virus. |
| | To provide additional flexibility, DOC continues to support staggering start times for nonuniform staff and utilizes the 12-hour shift to reduce staff footprints at any given time. |
| | Carpooling/ridesharing continue to be used to meet the needs of staff who have transportation challenges related to Metro closures, lack of access to a vehicle, etc. |

# The District of Columbia Department of Corrections is offering free, unmonitored and unrecorded legal and emergency calls to its residents during coronavirus (COVID-19) pandemic

In response to coronavirus (COVID-19) and acknowledging the rights of its residents to communicate with their attorneys, the Department of Corrections (DOC)and its telephone service providers at the direction of Mayor Muriel Bowser have developed an automated service to provide each resident housed in its facilities a free, unmonitored and unrecorded telephone call to his/her attorney each day for up to 30-minutes. The automated system is available to residents in both DOC's Central Detention Facility and Correctional Treatment Facility. For DOC residents to have access to legal calls through the automated system, their attorneys must submit their contact information to DOC case management to be registered with the automated system. In addition to the automated service, DOC's case managers and operations staff are now facilitating emergency legal calls between DOC residents and their attorneys scheduled Monday through Friday from **9:00 am** to **6:00 pm**.

**How to submit contact information for DOC's automated system:**
The DOC previously developed processes for the Public Defenders Service of District of Columbia (PDS) and the Federal Public Defender for the District of Columbia (FPD) to register their attorneys' numbers with the automated system and request emergency legal calls with their clients. Specifically, PDS provides their attorneys' information to DOC's case management staff through its Deputy Trial Chief, Dominique D. Winters, Dwinters@pdsdc.org, and FPD provides its attorneys' information to DOC's case management staff through its Chief Assistant, Michelle Peterson, Shelli_Peterson@fd.org.

Private attorneys and other legal entities may email their contact information for the automated system and requests for emergency legal calls to DOC's centralized case management email address at DCDOClegalcalllist@dc.gov. The email should include the attorney's name, phone number and the resident's name and the DOC's identification number, also known as the DCDC number. Upon receipt of the requested information, it will take approximately 24-48 business hours before all information is uploaded to the new system and before DOC's residents can call their attorneys using the automated system. Additionally, once the system is set up, each private attorney and legal entity is responsible for notifying their client that their information has been entered into the automated system.

For the latest information on the District Government's response to COVID-19 (Coronavirus), please visit coronavirus.dc.gov.

# DC Department of Corrections' COVID-19 Response FAQs

**Has the District of Columbia Department of Corrections (DOC) taken steps to mitigate the spread of the COVID-19 virus throughout its facilities?**
Yes, DOC put in place a COVID-19 response plan prior to the report of the first individual testing positive for infection. The Department has taken a number of steps consistent with this plan to mitigate the spread of COVID-19 throughout its facilities: These measures are described in detail throughout this frequently asked questions (FAQ) document.

**What guidance is being followed to respond to COVID-19?**
DOC is following guidance from DC Health and the Centers for Disease Control (CDC) to make health and safety decisions with regard preventing the spread of COVID-19 among staff and residents in its facilities. This guidance is evolving as more is

learned about how the virus spreads and how to reduce transmission. As a result, the steps DOC takes may change or be modified based on this guidance and recommendations.

**Is the guidance from CDC related to correctional facilities available for the general public to view?**

Yes. CDC's guidance for responding to COVID-19 specific to correctional facilities can be found at https://www.cdc.gov/coronavirus/2019-ncov/community/correction-detention/index.html.

**What steps has DOC taken to help residents stay clean and healthy?**

Each resident receives a new bar of soap every week, free of charge. If they use up their bar of soap before the end of the week, DOC provides them an additional bar of soap. Each resident has access to a sink. They enjoy constant access to running water. They can frequently wash their hands to prevent spread of the virus. DOC conducts weekly clothing exchanges and weekly linen exchanges, so residents regularly receive clean clothing and linens.

**What about hand sanitizer?**

CDC guidance recommends frequently washing with soap and water where soap and water are available. In fact, the CDC guidelines clarify that soap is more effective at killing germs. (https://www.cdc.gov/handwashing/pdf/hand-sanitizer-factsheet.pdf).  CDC recommends that hand sanitizer should be spared for situations in which soap and water are not available. Staff is provided with access to hand sanitizer, because they will not have the same close, immediate access to soap and water that a resident does (who has the soap and water in their cell). DOC is acting consistently with this guidance.

**What is DOC doing to help families and loved ones stay connected to residents?**

While all non-legal visits to DOC facilities have been halted to prevent transmission of COVID-19, DOC residents are still able to connect to families and loved ones through video-visits, phone calls and letters.

**How has DOC operations responded?**

In response to the COVID-19 pandemic, Director Booth has activated the agency's Incident Command Team, where each day, DOC's department heads meet to discuss measures to combat the spread of COVID-19 in its facilities. DOC also meets with local detention stakeholders daily to discuss the spread of COVID-19 in the District.

**Does DOC staff have Personal Protection Equipment (PPE)?**

Despite the national shortage of personal protective equipment, PPE, DOC is providing PPE to all staff including surgical masks and gloves. Staff working in DOC's isolation units are provided with N95 masks, gowns and eye protection. This follows the current guidance provided by DC Health. The PPE guidelines are available here.

**What is the DOC doing to inform residents and staff of preventative measures they should take?**

DOC's medical staff meets with staff and residents on DOC's housing units to discuss COVID-19 preventative measures. DOC staff also provides training to the residents in its facilities on how to report to medical if experiencing symptoms such as dry cough or fever. Finally, DOC placed posters and signage throughout DOC's facilities to remind staff and residents about what they should do to prevent the spread of COVID-19.

**How is DOC supporting staff during this time?**

DOC's medical staff connects with staff on a regular basis informing them about COVID-19 and how to properly take care of and protect themselves. COVID-19 updates are provided at Roll Call.  Staff who are in areas impacted by COVID-19 are trained and provided appropriate PPE, in accordance with CDC guidelines. The communications team links staff to virtual wellness resources.

**How is DOC keeping facilities clean to prevent transmission of the virus?**

In addition to its standard facility cleaning practices, DOC mandates a cleaning of the common spaces and housing unit common areas in its facilities every two hours, on the **am-4pm** and **pm-12pm** shifts and twice during the **M+Am-am** shift, to provide adequate sanitization of high use and high touch areas.

**What specific steps has DOC taken to prevent COVID-19 from entering the facility?**

DOC began screening staff and visitors with the CDC recommended screening questions on March 13th. Starting March 14th, DOC halted all non-legal visits to DOC facilities to prevent person to person transmission of the virus.

All new residents entering a DOC facility are quarantined for 14 days with enhanced monitoring of any symptoms before they are assigned to their permanent housing unit.

DOC has modified resident movement and activity at its facilities so that residents will only be moved from their housing units for court appearances, medical and dental appointments, work details and legal visits/calls.

Finally, DOC has been in regular communication with subject matter experts (SME) at the National Commission on Correctional Health Care (NCCHC) to review its medical processes. DOC's medical processes have been approved and the SME have approved of and support DOC's proactive measures. DOC continues to modify operations consistent with guidance and recommendations from DC Health.

**What does the DOC do to screen staff and legal visitors for the virus?**

Everyone entering a DOC facility, including – legal visitors, DOC employees, and residents—is screened for COVID-19 or flu symptoms, using a thermometer and a screening survey. The DOC staff conducting the screening wear masks and gloves, and DOC maintains the surveys, preserving a record of each screening. Staff who screen positive are sent away. The District offers COVID-19 testing for Correctional Officers at its first responder screening site.

**What about residents? How does DOC screen residents?**

Upon arrival at a DOC facility, new residents are screened for COVID-19 or flu symptoms by an officer. If the resident has a positive screen they are immediately provided a surgical mask and sent to a qualified medical professional (stationed at the Inmate Reception Center, IRC) for evaluation. DOC then implements the qualified medical professional's recommendations in consultation with DC Health.

**How does DOC prevent pre-symptomatic and asymptomatic transmission from new residents?**

Again, all new residents entering a DOC facility are quarantined for 14 days with enhanced monitoring of any symptoms before they are assigned to their permanent housing unit.

**How is DOC protecting the health of medically vulnerable residents?**

DOC closely monitors residents with medical conditions that make them particularly vulnerable to COVID-19. This includes prioritizing medical visits for residents with chronic and high-risk conditions and increasing medical services delivered on the units to decrease the need for movement throughout the facility.

**What has DOC done to separate infected or potentially infected persons from transmitting the virus?**

Consistent with recommendations and guidance from DC Health and the CDC, DOC employs every effort possible to separate infected or potentially infected individuals from the rest of the incarcerated population. Thus, DOC established and engages in non-punitive quarantine for any resident believed to have been exposed to COVID-19, but is not yet symptomatic. Those who

are infected are placed in non-punitive isolation with appropriate medical care.

**What is DOC doing to hasten the release of inmates similar to other jails in other states?**

In the District, neither the DOC nor the Mayor has the legal authority to release residents from jail. The committing authorities, the DC Superior Court, Federal Bureau of Prisons, US Parole Commission, Court Services and Offender Supervision Agency, and the US Marshall's Service, have the authority to release residents under their respective jurisdictions. The DOC is working diligently with these and other partner agencies to ensure that all official orders are faithfully executed in a timely way.

In response to the COVID-19 Response Emergency Amendment Act of 2020, DOC has modified its good time credit policy to allow eligible residents to receive up to 20 good time credits per month.

**For updated COVID-19 data in the District, please visit** https://coronavirus.dc.gov/page/coronavirus-data

For the latest information on the District Government's response to COVID-19 (Coronavirus), please visit coronavirus.dc.gov.


**Medical Stay-In-Place**

**Saturday, April 4, 2020** – Your health and safety is extremely important to us. Together, everyone needs to play their part in helping to flatten the curve. To mitigate the possible spread of coronavirus (COVID-19) through DC Department of Corrections (DC DOC) facilities, the Department will implement a medical stay-in-place, **effective immediately**, which will further limit movement of residents and help "flatten the curve", as we anticipate the pandemic's peak in the next several weeks.

During the medical stay in place, the following activities will occur:

- Residents will largely be restricted to their cells with the exception of a modified recreation schedule, where groups no larger than five are out at any one time, and practice social distancing of six feet to the fullest extent possible;

- All non-urgent medical visits will be re-scheduled to minimize movement. To the extent possible medical care will be provided on the unit;

- Commissary will continue once a week as scheduled;

- Laundry will continue once a week as scheduled;

- Out of cell time is **one hour each day** for phone calls, showers, and cell wipe down;

- Parole Commission and Video Court Hearings would continue;

- Medical escorts will continue for matters that cannot be handled on the unit;

- Disciplinary hearings will continue as scheduled;

- Culinary and Environmental details will continue as scheduled;

- Mail services will continue as scheduled;

- Stop all group activities and minimize the number of residents participating in recreation on tier (no more than 10 at a time);

- Cease all movement between facilities unless in an emergency situation;

- Cease all video visitation; and

- Cease all visits with attorneys unless actively in trial for the same reason listed above.

These changes are for the health and safety of our workforce, residents, and contractors.

Please continue to utilize health and safety precautions to help keep our DOC facilities, staff, and residents safe and healthy. Follow the guidance below on how to reduce your risk of infection and slow its spread.

Thoroughly wash your hands for at least 20 seconds.

- Avoid close contact with people who are sick.

- Avoid touching your eyes, nose, and mouth

- Sanitize your equipment.

- Follow the safety protocols in place at each of the DOC facilities.

- If you are sick, contact your healthcare provider and request sick leave through your supervisor.

Thank you for your continued commitment to serving our city and our neighbors.

For the latest information on the District Government's response to COVID-19 (Coronavirus), please visit www.coronavirus.dc.gov

### Modified Movement and Activities

**Effective 4:30 p.m... Friday, March 27, 2020** – To mitigate the possible spread of coronavirus (COVID-19) through DC Department of Corrections (DC DOC) facilities, the Department will move to modified movement and activities **effective immediately**.

For the safety of our workforce, residents, and contractors, DOC is implementing modified operations to minimize risk in our facilities, as much as practicable. This includes the cancellation of off-unit religious services, halting off-unit activities, and suspending barbering/cosmetology services.

All residents are being authorized for movements under the following conditions:

- Court (in-person and teleconference);
- Medical, mental health, and dental appointments;
- Work detail; and
- Legal visits/phone calls.

On-unit activities will continue, which includes groups, video visitation visits, phone calls, showers, and modified recreation. Modified recreation will include a reduction in out-of-cell time (minimum of 2.5 hours daily) to reduce the number of social contacts. Individual and small group religious services can continue on housing units. Medical is developing a plan to provide services on the units when appropriate. DOC is exploring opportunities to provide paper-based mental stimulation activities for residents such as books, word searches and crossword puzzles, Sudoku etc. The College and Career Readiness (CCR) division will continue to utilize virtual education tools available on the tablets as well as creating education packets for any of the population who are interested. The Programs and Case Management (PCM) division will be providing tablets and some paper-based programming, but no groups will be held by PCM staff.

Please continue to practice health and safety precautions to help keep our DOC facilities, staff, and residents safe and healthy. Follow the guidance below on how to reduce your risk of infection and slow its spread.

- Thoroughly wash your hands for at least 20 seconds.
- Avoid close contact with people who are sick.
- Avoid touching your eyes, nose, and mouth
- Sanitize your equipment.
- Follow the safety protocols in place at each of the DOC facilities.
- If you are sick, contact your healthcare provider and request sick leave through your supervisor.

Thank you for your continued commitment to serving our city and our neighbors.

**For more information about COVID-19, visit:**

https://coronavirus.dc.gov/

https://cdc.gov/coronavirus/2019-ncov/index.html

https://travel.state.gov/content/travel/en/traveladvisories/traveladvisories.html/

**PLEASE READ AT ALL ROLL CALLS FOR SEVEN (7) CONSECUTIVE DAYS AND POST ON ALL**

**APPROPRIATE BULLETIN BOARDS**

For the latest information on the District Government's response to COVID-19 (Coronavirus), please visit www.coronavirus.dc.gov.

# Staying in Communication with Your Loved Ones

The Department of Corrections (DOC) has suspended all in-person visits, programming, and volunteer activities at its facilities for the entirety of the Public Health Emergency. To help you stay in communication with your loved ones during this unprecedented time, DOC and Global Tel Link (GTL) will provide two free 5-minute phone calls and one free 15-minute video call per week beginning March 20, 2020 through April 27, 2020. Securus Technologies will also provide two free calls per inmate per week, at the Correctional Treatment Facility. Phone calls and video visitations will be provided as conditions and security allow.

**Free Calls:**
- Free call schedule dates will be provided on the following cycle:

- March 20-21, 2020
- March 22-28, 2020
- March 29-April 4, 2020
- April 5-11, 2020
- April 12-18, 2020
- April 19-25, 2020

- All persons incarcerated at the time free calls are offered will be provided two free 5-minute calls each week (Sunday-Saturday).
- You will not hear a free call message when making a call: only the called party will hear a message saying the call is provided at no charge before accepting the call.
- The two free calls will be applied to the first two calls you make each week (on the schedule above).
- If the free weekly calls are not used, no credit will be given.

**Free Remote Visits:**
For a thirty-day period, GTL agrees to provide each inmate at the DC Department of Corrections one free video visit per week, lasting up to fifteen minutes.

**Video Visitation Center:**
The Department will provide video visitation for inmates while in-person visitation is suspended. The VVC is located behind the Correctional Treatment Facility (1901 E Street, SE, Washington, DC 20009), on the ground level of The READY Center. All visits will continue to be scheduled via the Internet at https://visitation.doc.dc.gov/app or by calling 1 (888) 906-6394 or (202) 442-6155 (Tuesday through Saturday from 9 am-5 pm).

For more information on the District's response to COVID-19, visit www.coronavirus.dc.gov.

### DC Department of Corrections Halts In-Person Visitations

**UPDATE: Effective 11:59 p.m... Saturday, March 14, 2020** – In order to protect our residents, staff, and their families, the DC Department of Corrections is suspending all in-person visits, programming, and volunteer activities at its facilities for the entirety of the Public Health Emergency declared on March 11, 2020. The Department will provide video visitation for inmates while in-person visitation is suspended. While we recognize the significant impact this will have on inmates, their families, and loved ones, we are guided by medical experts who recommend social distancing measures as a proven method for preventing the spread of COVID-19.

As the Centers for Disease Control and DC Health guidelines and recommendations change, DOC will provide updated information to everyone in our facilities. For more information regarding the coronavirus, please visit www.coronavirus.dc.gov.

\* \* \*

DC Department of Corrections Puts in Place New Policies to Protect Residents, Visitors, and Staff from COVID-19 and Ensure Continued Visitations, Including Screening Upon Entry

The DC Department of Corrections takes the safety and well-being of DOC residents, visitors, staff, volunteers, and contractors extremely seriously.

As we continue to monitor COVID-19 in our community and follow guidance from DC Health and the Centers for Disease Control and Prevention, we are taking necessary steps to protect everyone in our facilities and ensure that residents can continue to safely receive visitors.

- Established Incident Command Team
- Medical Staff is staying vigilant and meeting with each housing unit and officer roll call
- Developed and implemented a strategic communications plan
- Enhanced cleaning efforts, especially within common areas
- Ordered additional cleaning and sanitation supplies, including protective gloves, masks and clothing for staff
- Initiated a two-hour cleaning of the entire facility (sanitizing and reminding people to wash their hands)
- Continuously partnering and sharing info with our criminal justice partners
- Sending daily COVID-19 emails to all employees to keep everyone informed

**Effective March 11, 2020**, in an effort to prevent the potential spread of the Coronavirus (COVID-19) throughout the District of Columbia Department of Corrections (DC DOC) facilities; Central Detention Facility (CDF) Correctional Treatment Facility (CTF), Central Cell Block (CCB), VVC (Video Visitation Center), The Center for Professional Development and Learning (CPDL), and The Ready Center, DOC will screen all staff and visitors (friends, family members, attorneys, contractors, volunteers, etc.) for the virus before they are allowed to enter the facilities. The screening will take place at the main entrances of the facilities. DOC staff and visitors will be asked if they are currently experiencing flu-like symptoms (cough, fever or shortness of breath), if they have come into direct contact with a person with the COVID-19 virus, or if they have recently traveled to country affected by the COVID-19 virus. If DOC staff responds "yes" to any of these questions, they will be sent home and advised to see their health care provider. If a visitor responds "yes" to any of these questions or exhibits obvious flu-like symptoms, they will be denied entry to the facilities.

We will continue to keep you up to date on all DOC efforts regarding the coronavirus. As CDC and DC Health guidelines and recommendations change, we will provide updated information to everyone in our facilities. Also, for more information

regarding the coronavirus, please visit www.coronavirus.dc.gov.

## Resources

District News                                                                                   +

District Initiatives                                                                            +

About DC                                                                                        +

Contact Us                                                                                      +

Accessibility

Privacy and Security

Terms and Conditions

About DC.Gov


