# VigiAccess™

  

Uppsala Monitoring Centre

WHO Collaborating Centre for International Drug Monitoring

(https://who-umc.org) FAQ

| Covid-19 Vaccine | Search |  |
|---|---|---|

**Covid-19 Vaccine** contains the active ingredient(s): **Covid-19 vaccine**.
Result is presented for the active ingredient(s).
Total number of records retrieved: **2377093**. 

## Distribution

❯ Adverse drug reactions (ADRs)

    Blood and lymphatic system disorders (96697)
            Lymphadenopathy (74729)
            Lymph node pain (9674)
            Thrombocytopenia (6307)
            Lymphadenitis (2050)
            Immune thrombocytopenia (1952)
            Anaemia (1693)
            Coagulopathy (892)
            Leukocytosis (494)
            Neutropenia (482)
            Increased tendency to bruise (480)
            Leukopenia (415)
            Lymphopenia (348)
            Spontaneous haematoma (324)
            Pancytopenia (288)
            Splenomegaly (246)
            Disseminated intravascular coagulation (225)
            Thrombotic thrombocytopenic purpura (213)
            Eosinophilia (208)
            Splenic infarction (182)
            Autoimmune haemolytic anaemia (178)
            Thrombocytopenic purpura (174)
            Haemolytic anaemia (173)
            Iron deficiency anaemia (161)
            Thrombocytosis (161)
            Haemolysis (150)
            Platelet disorder (140)
            Hypercoagulation (135)
            Blood disorder (123)

Neutrophilia (119)
Antiphospholipid syndrome (112)
Haemorrhagic diathesis (105)
Hyperleukocytosis (102)
Splenic vein thrombosis (93)
White blood cell disorder (93)
Mast cell activation syndrome (89)
Lymphadenopathy mediastinal (85)
Acquired haemophilia (80)
Nucleated red cells (73)
Lymphocytosis (71)
Normocytic anaemia (69)
Blood loss anaemia (64)
Red blood cell abnormality (62)
Aplastic anaemia (60)
Heparin-induced thrombocytopenia (60)
Sickle cell anaemia with crisis (59)
Agranulocytosis (56)
Haemorrhagic disorder (54)
Microcytic anaemia (52)
Hilar lymphadenopathy (48)
Polycythaemia (47)
Thrombotic microangiopathy (46)
Febrile neutropenia (44)
Splenic thrombosis (39)
Lymphatic disorder (38)
Spleen disorder (37)
Abdominal lymphadenopathy (36)
Monocytosis (36)
Abnormal clotting factor (33)
Bicytopenia (33)
Anaemia macrocytic (32)
Spontaneous haemorrhage (31)
Anisocytosis (29)
Myelosuppression (27)
Anaemia vitamin B12 deficiency (26)
Purpura non-thrombocytopenic (26)
Evans syndrome (25)
Splenic artery thrombosis (24)
Bone marrow disorder (23)
Bone marrow failure (23)
Polychromasia (23)
Cytopenia (22)
Pseudolymphoma (22)
Bone marrow oedema (20)
Hypofibrinogenaemia (18)
Necrotic lymphadenopathy (17)
Hypochromic anaemia (16)
Haemoglobinaemia (15)

Hyperfibrinogenaemia (15)
Lymphocytic infiltration (15)
Mastocytosis (15)
Microangiopathic haemolytic anaemia (15)
Pernicious anaemia (15)
Activated protein C resistance (14)
Autoimmune neutropenia (14)
Haemolytic uraemic syndrome (14)
Macrocytosis (14)
Paratracheal lymphadenopathy (14)
Hypereosinophilic syndrome (13)
Aplasia pure red cell (12)
Normochromic normocytic anaemia (12)
Autoimmune anaemia (11)
Factor VIII inhibition (11)
Platelet anisocytosis (11)
Atypical haemolytic uraemic syndrome (10)
Coombs negative haemolytic anaemia (10)
Coombs positive haemolytic anaemia (10)
Hypochromasia (10)
Lymphoid tissue hyperplasia (10)
Cold type haemolytic anaemia (9)
Hypergammaglobulinaemia (9)
Retroperitoneal lymphadenopathy (9)
Splenic haemorrhage (9)
Warm type haemolytic anaemia (9)
Anaemia folate deficiency (8)
Bandaemia (8)
Haemoconcentration (8)
Hypocoagulable state (8)
Lymphatic obstruction (8)
Anaemia of chronic disease (7)
Schistocytosis (7)
Splenic embolism (7)
Thymus enlargement (7)
Elliptocytosis (6)
Granulomatous lymphadenitis (6)
Poikilocytosis (6)
Spontaneous heparin-induced thrombocytopenia syndrome (6)
Acquired Von Willebrand's disease (5)
Eosinopenia (5)
Granulocytopenia (5)
Lymphatic insufficiency (5)
Methaemoglobinaemia (5)
Normochromic anaemia (5)
Reticulocytosis (5)
Splenic cyst (5)
Splenic lesion (5)
Thymus disorder (5)

Febrile bone marrow aplasia (4)
Hyperviscosity syndrome (4)
Lymph node calcification (4)
Lymph node rupture (4)
Microcytosis (4)
Monoclonal B-cell lymphocytosis (4)
Monocytopenia (4)
Splenic varices (4)
Acquired factor VIII deficiency (3)
Anaemia megaloblastic (3)
Autoimmune pancytopenia (3)
Basophilia (3)
Deficiency anaemia (3)
Elephantiasis (3)
Erythropenia (3)
Erythropoiesis abnormal (3)
Hyperchromic anaemia (3)
Hypoplastic anaemia (3)
Platelet destruction increased (3)
Spleen ischaemia (3)
Splenic calcification (3)
Splenic vein occlusion (3)
Splenitis (3)
Stress polycythaemia (3)
Acquired dysfibrinogenaemia (2)
Autoimmune heparin-induced thrombocytopenia (2)
Bone marrow infiltration (2)
Breakthrough haemolysis (2)
Eosinophilia myalgia syndrome (2)
Extramedullary haemopoiesis (2)
Foetal anaemia (2)
Granulocytosis (2)
Heparin resistance (2)
Intravascular haemolysis (2)
Isoimmune haemolytic disease (2)
Jaundice acholuric (2)
Leukaemoid reaction (2)
Lymph node haemorrhage (2)
Lymph node ulcer (2)
Platelet dysfunction (2)
Post-anaphylaxis mast cell anergy (2)
Red blood cell agglutination (2)
Secondary thrombocytosis (2)
Spherocytic anaemia (2)
Spleen atrophy (2)
Splenic artery stenosis (2)
Splenic granuloma (2)
Splenic necrosis (2)
Subcapsular splenic haematoma (2)

Anaemia of malignant disease (1)
Anisochromia (1)
Basophilopenia (1)
B-lymphocyte abnormalities (1)
Bone marrow ischaemia (1)
Bone marrow oedema syndrome (1)
Bone marrow reticulin fibrosis (1)
Clonal haematopoiesis (1)
Coagulation disorder neonatal (1)
Coagulation factor deficiency (1)
Cutaneous extramedullary haemopoiesis (1)
Disseminated intravascular coagulation in newborn (1)
Dysglobulinaemia (1)
Erythroblastosis (1)
Factor XIII Inhibition (1)
Granulocytes maturation arrest (1)
Heinz bodies (1)
Hyperfibrinolysis (1)
Hyperplasia of thymic epithelium (1)
Hyperprothrombinaemia (1)
Hypersplenism (1)
Hyposplenism (1)
Idiopathic neutropenia (1)
Leukoerythroblastic anaemia (1)
Leukostasis syndrome (1)
Lupus anticoagulant hypoprothrombinaemia syndrome (1)
Lymph node fibrosis (1)
Lymphadenocyst (1)
Myelocytosis (1)
Myeloid maturation arrest (1)
Nephrogenic anaemia (1)
Neutropenia neonatal (1)
Placental transfusion syndrome (1)
Plasmacytosis (1)
Platelet production decreased (1)
Punctate basophilia (1)
Pure white cell aplasia (1)
Red blood cell vacuolisation (1)
Red cell fragmentation syndrome (1)
Reticuloendothelial system stimulated (1)
Rouleaux formation (1)
Spleen congestion (1)
Splenorenal shunt (1)
Cardiac disorders (122955)
Palpitations (40704)
Tachycardia (28401)
Myocarditis (10689)
Pericarditis (7999)
Arrhythmia (6987)

Atrial fibrillation (6028)
Myocardial infarction (4433)
Angina pectoris (3702)
Cardiac arrest (2884)
Bradycardia (2469)
Cardiac failure (2302)
Acute myocardial infarction (2275)
Cardiac flutter (2229)
Extrasystoles (1878)
Cardiovascular disorder (1860)
Pericardial effusion (1651)
Cardiac disorder (1511)
Sinus tachycardia (1167)
Ventricular extrasystoles (1144)
Cardio-respiratory arrest (1079)
Cardiac discomfort (793)
Supraventricular tachycardia (760)
Cardiac failure congestive (648)
Cardiomegaly (588)
Acute coronary syndrome (549)
Atrial flutter (534)
Ventricular tachycardia (434)
Ventricular fibrillation (393)
Cardiac failure acute (372)
Cardiogenic shock (359)
Coronary artery disease (334)
Cardiomyopathy (324)
Supraventricular extrasystoles (319)
Postural orthostatic tachycardia syndrome (293)
Myocardial ischaemia (274)
Atrioventricular block (246)
Mitral valve incompetence (244)
Sinus bradycardia (243)
Left ventricular dysfunction (236)
Intracardiac thrombus (223)
Coronary artery thrombosis (222)
Tachyarrhythmia (222)
Coronary artery occlusion (221)
Bundle branch block right (220)
Atrioventricular block complete (190)
Cardiac fibrillation (190)
Pulseless electrical activity (175)
Stress cardiomyopathy (169)
Tricuspid valve incompetence (156)
Ventricular hypokinesia (153)
Congestive cardiomyopathy (146)
Cardiac tamponade (142)
Bundle branch block left (140)
Left ventricular failure (130)

Sinus arrhythmia (127)
Arteriosclerosis coronary artery (125)
Coronary artery stenosis (122)
Left ventricular hypertrophy (118)
Atrial tachycardia (115)
Angina unstable (112)
Cardiovascular insufficiency (108)
Carditis (100)
Cardiopulmonary failure (96)
Atrioventricular block second degree (95)
Pleuropericarditis (93)
Cardiac dysfunction (90)
Cardiac failure chronic (90)
Atrioventricular block first degree (86)
Aortic valve incompetence (85)
Arrhythmia supraventricular (85)
Tachycardia paroxysmal (83)
Right ventricular failure (79)
Cardiac ventricular thrombosis (75)
Coronary artery dissection (75)
Right ventricular dysfunction (73)
Ventricular arrhythmia (70)
Hypertensive heart disease (68)
Diastolic dysfunction (64)
Acute left ventricular failure (62)
Myocardial oedema (62)
Cardiovascular symptom (59)
Heart valve incompetence (56)
Myocardial fibrosis (55)
Pericardial haemorrhage (51)
Right ventricular dilatation (51)
Cardiac valve disease (47)
Mitral valve prolapse (47)
Acute cardiac event (46)
Arteriospasm coronary (46)
Atrial thrombosis (45)
Sinus node dysfunction (45)
Cor pulmonale acute (42)
Ventricular hypertrophy (40)
Pericardial fibrosis (39)
Bundle branch block (38)
Sinus arrest (38)
Left atrial enlargement (37)
Systolic dysfunction (35)
Atrial enlargement (34)
Chronic left ventricular failure (34)
Ischaemic cardiomyopathy (33)
Ventricular dysfunction (33)
Cor pulmonale (31)

Left ventricular dilatation (31)
Cardiac hypertrophy (30)
Aortic valve stenosis (29)
Left atrial dilatation (29)
Heart alternation (25)
Myocardial necrosis (24)
Myocardial rupture (24)
Conduction disorder (23)
Prinzmetal angina (23)
Right ventricular enlargement (23)
Pericarditis constrictive (22)
Right atrial dilatation (22)
Tachycardia foetal (22)
Cardiac aneurysm (21)
Nodal rhythm (21)
Pericardial disease (19)
Right atrial enlargement (19)
Bradyarrhythmia (18)
Cardiac asthma (18)
Coronary artery embolism (18)
Right ventricular hypertrophy (18)
Foetal cardiac arrest (17)
Hyperdynamic left ventricle (17)
Aortic valve calcification (16)
Left ventricular enlargement (16)
Pulmonary valve incompetence (16)
Pericardial rub (15)
Supraventricular tachyarrhythmia (14)
Mitral valve calcification (13)
Cardiac sarcoidosis (12)
Defect conduction intraventricular (12)
Dilatation ventricular (12)
Aortic valve sclerosis (11)
Cardiac septal hypertrophy (11)
Cardio-respiratory distress (11)
Dilatation atrial (11)
Nodal arrhythmia (11)
Paroxysmal arrhythmia (11)
Torsade de pointes (11)
Ventricular dyskinesia (11)
Bradycardia foetal (10)
Microvascular coronary artery disease (10)
Ventricular tachyarrhythmia (10)
Brugada syndrome (9)
Eosinophilic myocarditis (9)
Long QT syndrome (9)
Mitral valve disease (9)
Cardiac perfusion defect (8)
Cardiac ventricular disorder (8)

Cardiorenal syndrome (8)
Coronary artery dilatation (8)
Mitral valve stenosis (8)
Paroxysmal atrioventricular block (8)
Ventricular enlargement (8)
Ventricular failure (8)
Wolff-Parkinson-White syndrome (8)
Agonal rhythm (7)
Aortic valve disease (7)
Autoimmune myocarditis (7)
Dressler's syndrome (7)
Sinoatrial block (7)
Tachycardia induced cardiomyopathy (7)
Aortic valve thickening (6)
Bifascicular block (6)
Cardiac amyloidosis (6)
Hepatojugular reflux (6)
Hypertensive cardiomyopathy (6)
Immune-mediated myocarditis (6)
Low cardiac output syndrome (6)
Myocardial hypoxia (6)
Silent myocardial infarction (6)
Arrhythmia neonatal (5)
Bundle branch block bilateral (5)
Cardiomyopathy acute (5)
Cardiovascular deconditioning (5)
Chordae tendinae rupture (5)
Coronary artery aneurysm (5)
Interventricular septum rupture (5)
Intracardiac mass (5)
Kounis syndrome (5)
Mitral valve thickening (4)
Restrictive cardiomyopathy (4)
Rhythm idioventricular (4)
Tricuspid valve disease (4)
Ventricular dyssynchrony (4)
Adams-Stokes syndrome (3)
Cardiomyopathy neonatal (3)
Coronary ostial stenosis (3)
Endocarditis noninfective (3)
Foetal heart rate disorder (3)
Heart valve calcification (3)
Heart valve stenosis (3)
Myocardial depression (3)
Pericardial mass (3)
Pneumopericardium (3)
Pulmonary valve disease (3)
Pulmonary valve stenosis (3)
Right ventricular diastolic collapse (3)

Trifascicular block (3)
Ventricle rupture (3)
Ventricular flutter (3)
Accelerated idioventricular rhythm (2)
Acute right ventricular failure (2)
Arteritis coronary (2)
Atrioventricular node dysfunction (2)
Cardiac steatosis (2)
Cardiac valve sclerosis (2)
Chronic coronary syndrome (2)
Degenerative mitral valve disease (2)
Endocardial disease (2)
Foetal heart rate deceleration abnormality (2)
Giant cell myocarditis (2)
Hypersensitivity myocarditis (2)
Myocardial haemorrhage (2)
Papillary muscle rupture (2)
Pericardial cyst (2)
Rheumatic heart disease (2)
Right ventricular hypertension (2)
Sigmoid-shaped ventricular septum (2)
Toxic cardiomyopathy (2)
Wandering pacemaker (2)
Abnormal precordial movement (1)
Anginal equivalent (1)
Atrioventricular conduction time shortened (1)
Bezold-Jarisch reflex (1)
Cardiac arrest neonatal (1)
Cardiac perforation (1)
Cardiac valve discolouration (1)
Cardiomyopathy alcoholic (1)
Cardiotoxicity (1)
Degenerative aortic valve disease (1)
Foetal arrhythmia (1)
Foetal heart rate acceleration abnormality (1)
Gastrocardiac syndrome (1)
Hypertensive cardiomegaly (1)
Intrapericardial thrombosis (1)
Ischaemic mitral regurgitation (1)
Lupus endocarditis (1)
Malignant hypertensive heart disease (1)
Myocardial stunning (1)
Myocarditis post infection (1)
Neonatal tachycardia (1)
Obesity cardiomyopathy (1)
Parasystole (1)
Postinfarction angina (1)
Pulmonary valve thickening (1)
Sinusoidal foetal heart rate pattern (1)

Tricuspid valve prolapse (1)
Ventricular hyperkinesia (1)
Ventricular remodelling (1)
Congenital, familial and genetic disorders (1349)
Factor V Leiden mutation (81)
Atrial septal defect (69)
Heart disease congenital (54)
Factor II mutation (49)
Macroglossia (42)
Hypertrophic cardiomyopathy (36)
Colour blindness (35)
Ehlers-Danlos syndrome (32)
Cerebral palsy (29)
Gene mutation (29)
Tourette's disorder (23)
Congenital anomaly (22)
Arnold-Chiari malformation (20)
Arteriovenous malformation (18)
Foetal malformation (17)
Hydrocele (16)
Paroxysmal extreme pain disorder (16)
Factor VIII deficiency (15)
Methylenetetrahydrofolate reductase gene mutation (15)
Haemophilia (13)
Trisomy 21 (13)
Anencephaly (12)
Dermoid cyst (12)
Dysmorphism (12)
Hereditary angioedema (12)
Familial mediterranean fever (11)
Gilbert's syndrome (11)
Huntington's disease (10)
Syringomyelia (10)
Ventricular septal defect (10)
Von Willebrand's disease (10)
Factor V Leiden carrier (9)
Janus kinase 2 mutation (9)
Limb reduction defect (9)
Micropenis (9)
Muscular dystrophy (9)
Antithrombin III deficiency (8)
Bicuspid aortic valve (8)
Congenital cystic kidney disease (8)
Cystic lymphangioma (8)
Cytogenetic abnormality (8)
Retinitis pigmentosa (8)
Venous angioma of brain (8)
Cerebral cavernous malformation (7)
Corneal dystrophy (7)

Limb malformation (7)
Methylmalonic aciduria (7)
Porphyria acute (7)
Trisomy 18 (7)
Vascular malformation (7)
Xeroderma pigmentosum (7)
Branchial cyst (6)
Congenital central nervous system anomaly (6)
Cystic fibrosis (6)
Familial hemiplegic migraine (6)
Familial periodic paralysis (6)
Foetal cystic hygroma (6)
Hereditary ataxia (6)
Hyperglycinaemia (6)
Myoclonic dystonia (6)
Porphyria (6)
Thyroglossal cyst (6)
Type V hyperlipidaemia (6)
Ankyloglossia congenital (5)
Aplasia (5)
Encephalocele (5)
Factor V deficiency (5)
Factor VII deficiency (5)
Foetal chromosome abnormality (5)
Gastroschisis (5)
Haemorrhagic arteriovenous malformation (5)
Hereditary neuropathy with liability to pressure palsies (5)
Kidney malformation (5)
Macrocephaly (5)
Malformation venous (5)
Phimosis (5)
Renal dysplasia (5)
Spina bifida (5)
Vestibulocerebellar syndrome (5)
Amegakaryocytic thrombocytopenia (4)
Birth mark (4)
Cleft lip (4)
Cleft lip and palate (4)
Cleft palate (4)
Combined immunodeficiency (4)
Gastrointestinal malformation (4)
Glucose-6-phosphate dehydrogenase deficiency (4)
Multiple congenital abnormalities (4)
Pectus excavatum (4)
Protein C deficiency (4)
Single umbilical artery (4)
Thalassaemia (4)
Thalassaemia minor (4)
Type IIa hyperlipidaemia (4)

Vertebral artery hypoplasia (4)
Alpha-1 antitrypsin deficiency (3)
CALR gene mutation (3)
Congenital arterial malformation (3)
Congenital uterine anomaly (3)
Craniosynostosis (3)
Hereditary spherocytosis (3)
Hyper IgD syndrome (3)
Hyperexplexia (3)
Laryngomalacia (3)
MPL gene mutation (3)
Myocardial bridging (3)
Naevus flammeus (3)
Neurofibromatosis (3)
Penoscrotal fusion (3)
Preauricular cyst (3)
Protein S deficiency (3)
Sickle cell anaemia (3)
Spine malformation (3)
Transposition of the great vessels (3)
Trisomy 13 (3)
Young's syndrome (3)
Aberrant aortic arch (2)
Adrenogenital syndrome (2)
Argininosuccinate lyase deficiency (2)
Arrhythmogenic right ventricular dysplasia (2)
Asymmetric crying facies (2)
Brachyolmia (2)
BRAF gene mutation (2)
Bronchogenic cyst (2)
Cardiac septal defect (2)
Cerebellar hypoplasia (2)
CFTR gene mutation (2)
Chimerism (2)
Coarctation of the aorta (2)
Congenital absence of cranial vault (2)
Congenital cystic lung (2)
Congenital diaphragmatic hernia (2)
Congenital hearing disorder (2)
Congenital heart valve disorder (2)
Congenital hydrocephalus (2)
Congenital jaw malformation (2)
Congenital methaemoglobinaemia (2)
Congenital myasthenic syndrome (2)
Congenital myopathy (2)
Congenital skin dimples (2)
Conjoined twins (2)
Cryptorchism (2)
CYP2C19 polymorphism (2)

Dacryostenosis congenital (2)
Developmental hip dysplasia (2)
Dextrocardia (2)
Diastematomyelia (2)
Duchenne muscular dystrophy gene carrier (2)
EGFR gene mutation (2)
Elliptocytosis hereditary (2)
Epidermolysis bullosa (2)
Epilepsy with myoclonic-atonic seizures (2)
Factor XIII deficiency (2)
Galactosialidosis (2)
Gastrointestinal arteriovenous malformation (2)
Glycogen storage disease type V (2)
Grey matter heterotopia (2)
Ichthyosis (2)
Intestinal atresia (2)
Intracranial lipoma (2)
Isocitrate dehydrogenase gene mutation (2)
Keratosis follicular (2)
Kidney duplex (2)
Left-to-right cardiac shunt (2)
MELAS syndrome (2)
Moebius II syndrome (2)
Neonatal alloimmune thrombocytopenia (2)
Neural tube defect (2)
Plasminogen activator inhibitor type 1 deficiency (2)
Porencephaly (2)
Primary familial brain calcification (2)
Pulmonary malformation (2)
Renal aplasia (2)
Renal fusion anomaly (2)
Sensory neuropathy hereditary (2)
Sickle cell disease (2)
Sickle cell trait (2)
Spinal muscular atrophy (2)
Spinal vessel congenital anomaly (2)
Supernumerary nipple (2)
Syndactyly (2)
Talipes (2)
Tuberous sclerosis complex (2)
Turner's syndrome (2)
Vitello-intestinal duct remnant (2)
11-beta-hydroxylase deficiency (1)
Ablepharon macrostomia syndrome (1)
Abnormal palmar/plantar creases (1)
Accessory muscle (1)
Accessory spleen (1)
Acral peeling skin syndrome (1)
Adenomatous polyposis coli (1)

Alagille syndrome (1)
Angelman's syndrome (1)
Anotia (1)
Argininosuccinate synthetase deficiency (1)
Arterial tortuosity syndrome (1)
Asplenia (1)
ASXL1 gene mutation (1)
Atrioventricular septal defect (1)
Benign familial haematuria (1)
Benign familial pemphigus (1)
Beta ketothiolase deficiency (1)
Block vertebra (1)
Brain malformation (1)
CADASIL (1)
Cardiac malposition (1)
Carney complex (1)
Cerebral arteriovenous malformation haemorrhagic (1)
Cerebrovascular arteriovenous malformation (1)
Chondrodystrophy (1)
Chronic granulomatous disease (1)
Cleft uvula (1)
Clinodactyly (1)
Congenital abdominal hernia (1)
Congenital absence of bile ducts (1)
Congenital cerebrovascular anomaly (1)
Congenital coagulopathy (1)
Congenital coronary artery malformation (1)
Congenital hypercoagulation (1)
Congenital hypothyroidism (1)
Congenital midline defect (1)
Congenital multiplex arthrogryposis (1)
Congenital skin disorder (1)
Congenital thrombocyte disorder (1)
Craniofacial deformity (1)
Deafness congenital (1)
DiGeorge's syndrome (1)
DNMT3A gene mutation (1)
Dowling-Degos disease (1)
Ductus arteriosus premature closure (1)
Ectrodactyly (1)
Epidermal naevus (1)
Epidermal naevus syndrome (1)
Exomphalos (1)
Fabry's disease (1)
Facioscapulohumeral muscular dystrophy (1)
Factor II deficiency (1)
Factor IX deficiency (1)
Factor XI deficiency (1)
Fallot's tetralogy (1)

Familial tremor (1)
FLT3 gene mutation (1)
Foetal warfarin syndrome (1)
Foramen magnum stenosis (1)
Fragile X carrier (1)
Fragile X syndrome (1)
Friedreich's ataxia (1)
Genetic polymorphism (1)
GM2 gangliosidosis (1)
Haemophilia A with anti factor VIII (1)
Hamartoma (1)
Hereditary angioedema with C1 esterase inhibitor deficiency (1)
Hereditary angioedema with normal C1 esterase inhibitor (1)
Hereditary disorder (1)
Hereditary haemorrhagic telangiectasia (1)
Hereditary optic atrophy (1)
Hereditary pancreatitis (1)
Heterotaxia (1)
Hollow visceral myopathy (1)
Hypophosphatasia (1)
Hypoplastic left heart syndrome (1)
Hypoplastic right heart syndrome (1)
Intestinal malrotation (1)
Klinefelter's syndrome (1)
Laevocardia (1)
Larsen syndrome (1)
Left ventricle outflow tract obstruction (1)
Left ventricular false tendon (1)
Macrognathia (1)
Melkersson-Rosenthal syndrome (1)
Microtia (1)
Mitral valve atresia (1)
Mucolipidosis (1)
Non-compaction cardiomyopathy (1)
NPM1 gene mutation (1)
N-ras gene mutation (1)
Os trigonum (1)
Parkes-Weber syndrome (1)
Patent ductus arteriosus (1)
Pelizaeus-Merzbacher disease (1)
Pfeiffer syndrome (1)
Phelan-McDermid syndrome (1)
Plasminogen activator inhibitor polymorphism (1)
Platelet storage pool deficiency (1)
Polycystic liver disease (1)
Polydactyly (1)
Polymicrogyria (1)
Porokeratosis (1)
Porphyria non-acute (1)

PTEN gene mutation (1)
Red blood cell enzymes abnormal (1)
Right-to-left cardiac shunt (1)
Septum pellucidum agenesis (1)
Skin malformation (1)
Skull malformation (1)
SRSF2 gene mutation (1)
Stiff skin syndrome (1)
Supernumerary rib (1)
Tracheo-oesophageal fistula (1)
Trisomy 22 (1)
Trisomy 8 (1)
TRPV4 gene mutation (1)
Tumour necrosis factor receptor-associated periodic syndrome (1)
Urethral atresia (1)
Urethral valves (1)
Very long-chain acyl-coenzyme A dehydrogenase deficiency (1)
Williams syndrome (1)
Wolf-Hirschhorn syndrome (1)
Ear and labyrinth disorders (79634)
Vertigo (31683)
Tinnitus (29788)
Ear pain (10520)
Ear discomfort (3786)
Hypoacusis (3079)
Deafness (3008)
Deafness unilateral (1588)
Hyperacusis (1386)
Sudden hearing loss (1152)
Vertigo positional (941)
Ear swelling (772)
Motion sickness (500)
Ear congestion (477)
Deafness neurosensory (475)
Ear pruritus (359)
Meniere's disease (299)
Ear disorder (289)
Vestibular disorder (258)
Auditory disorder (236)
Deafness bilateral (214)
Middle ear effusion (178)
Ear haemorrhage (135)
Inner ear disorder (122)
Excessive cerumen production (107)
Deafness transitory (89)
Otorrhoea (89)
Acute vestibular syndrome (83)
External ear pain (81)
Inner ear inflammation (74)

Eustachian tube dysfunction (62)
Paraesthesia ear (61)
Neurosensory hypoacusis (53)
Eustachian tube obstruction (49)
Auricular swelling (47)
Eustachian tube disorder (46)
Vertigo labyrinthine (41)
External ear inflammation (39)
Tympanic membrane perforation (39)
Dysacusis (28)
Tympanic membrane disorder (24)
Endolymphatic hydrops (19)
Middle ear inflammation (18)
Red ear syndrome (17)
Conductive deafness (16)
Cerumen impaction (15)
Mastoid disorder (15)
Otolithiasis (15)
Ear canal erythema (14)
Misophonia (13)
Diplacusis (12)
Inner ear infarction (12)
Middle ear disorder (12)
Phobic postural vertigo (10)
Mastoid effusion (8)
Mixed deafness (8)
Deafness permanent (7)
Autoimmune inner ear disease (6)
Autophony (6)
External ear disorder (6)
Ototoxicity (6)
Tympanic membrane hyperaemia (6)
Vestibular ataxia (6)
Haematotympanum (5)
Noninfective myringitis (4)
Presbyacusis (4)
Auricular chondritis (3)
Ear deformity acquired (3)
Vestibular paroxysmia (3)
Otosclerosis (2)
Superior semicircular canal dehiscence (2)
Vestibular ischaemia (2)
Allergic otitis media (1)
Eustachian tube patulous (1)
Juvenile spring eruption (1)
Endocrine disorders (3497)
Hyperthyroidism (565)
Hypothyroidism (464)
Basedow's disease (312)

Goitre (275)
Autoimmune thyroiditis (271)
Thyroiditis (256)
Thyroiditis subacute (233)
Thyroid disorder (227)
Anovulatory cycle (162)
Thyroid mass (149)
Ovulation delayed (128)
Adrenocortical insufficiency acute (120)
Thyroid pain (91)
Adrenal insufficiency (77)
Thyroiditis acute (77)
Premature menarche (47)
Adrenal haemorrhage (33)
Adrenal disorder (30)
Inappropriate antidiuretic hormone secretion (29)
Thyrotoxic crisis (25)
Adrenal mass (24)
Diabetes insipidus (24)
Thyroid cyst (24)
Endocrine disorder (20)
Addison's disease (19)
Hypopituitarism (15)
Cushing's syndrome (11)
Hypothalamo-pituitary disorder (11)
Hyperparathyroidism (10)
Autoimmune hypothyroidism (9)
Delayed menarche (9)
Adrenomegaly (8)
Autoimmune thyroid disorder (8)
Cushingoid (8)
Secondary adrenocortical insufficiency (7)
Toxic nodular goitre (7)
Pituitary haemorrhage (6)
Hyperadrenalism (5)
Hyperprolactinaemia (5)
Haemorrhagic adrenal infarction (4)
Hypoparathyroidism (4)
Luteal phase deficiency (4)
Myxoedema (4)
Pituitary apoplexy (4)
Primary hyperthyroidism (4)
Primary hypothyroidism (4)
Silent thyroiditis (4)
Thyroid calcification (4)
Adrenal haematoma (3)
Adrenal thrombosis (3)
Adrenocorticotropic hormone deficiency (3)
Glucocorticoid deficiency (3)

Haemorrhagic thyroid cyst (3)
Hyperaldosteronism (3)
Hyperparathyroidism primary (3)
Hyperparathyroidism secondary (3)
Hypophysitis (3)
Pituitary-dependent Cushing's syndrome (3)
Polyglandular autoimmune syndrome type I (3)
Primary hyperaldosteronism (3)
Androgen deficiency (2)
Carcinoid syndrome (2)
Euthyroid sick syndrome (2)
Fertility increased (2)
Immune-mediated thyroiditis (2)
Oestrogen deficiency (2)
Parathyroid disorder (2)
Primary adrenal insufficiency (2)
Secondary hyperthyroidism (2)
Secondary hypothyroidism (2)
Thyroid haemorrhage (2)
Toxic goitre (2)
Adrenal cyst (1)
Empty sella syndrome (1)
Growth hormone deficiency (1)
Hyperadrenocorticism (1)
Hypothyroidic goitre (1)
Immune-mediated hyperthyroidism (1)
Oestrogenic effect (1)
Parathyroid gland enlargement (1)
Pituitary enlargement (1)
Primary hypoparathyroidism (1)
Secondary hypogonadism (1)
Testicular failure (1)
Thyroid atrophy (1)
Thyroid stimulating hormone deficiency (1)
Thyroiditis chronic (1)
Eye disorders (87589)
Vision blurred (19120)
Eye pain (13457)
Visual impairment (11552)
Photophobia (6066)
Eye swelling (5527)
Ocular hyperaemia (3503)
Diplopia (3021)
Eye irritation (2808)
Eye pruritus (2802)
Lacrimation increased (2656)
Blindness (2181)
Swelling of eyelid (1956)
Ocular discomfort (1933)

Dry eye (1552)
Periorbital swelling (1457)
Asthenopia (1355)
Photopsia (1344)
Eye movement disorder (1216)
Blepharospasm (1209)
Eyelid oedema (1136)
Eye haemorrhage (1133)
Conjunctival haemorrhage (1065)
Vitreous floaters (1060)
Eye disorder (923)
Visual field defect (776)
Retinal vein occlusion (762)
Eyelid ptosis (739)
Periorbital oedema (684)
Blindness unilateral (669)
Eye inflammation (601)
Visual acuity reduced (571)
Mydriasis (545)
Uveitis (537)
Blindness transient (450)
Retinal artery occlusion (400)
Vitreous detachment (398)
Gaze palsy (366)
Eye discharge (365)
Abnormal sensation in eye (337)
Retinal detachment (317)
Eye oedema (302)
Erythema of eyelid (255)
Retinal vein thrombosis (249)
Eyelid function disorder (242)
Blepharitis (236)
Metamorphopsia (235)
Hypoaesthesia eye (234)
Eyelid pain (229)
Eyelids pruritus (225)
Iridocyclitis (215)
Eyelid disorder (209)
Optic ischaemic neuropathy (207)
Retinal haemorrhage (205)
Conjunctival hyperaemia (189)
Cataract (186)
Papilloedema (180)
Eyelid rash (179)
Foreign body sensation in eyes (176)
Ophthalmic vein thrombosis (167)
Eyelid irritation (157)
Iritis (151)
Amaurosis fugax (140)

Strabismus (139)
Eye haematoma (127)
Retinal vascular thrombosis (125)
Pupils unequal (123)
Miosis (122)
Glaucoma (120)
Macular oedema (120)
Dyschromatopsia (117)
Retinal tear (112)
Episcleritis (110)
Ophthalmoplegia (108)
Scleritis (100)
Exophthalmos (98)
Periorbital pain (97)
Vitreous haemorrhage (95)
Extraocular muscle paresis (94)
Pupil fixed (93)
Scintillating scotoma (92)
Eye allergy (89)
Lagophthalmos (88)
Dark circles under eyes (86)
Keratitis (86)
Macular degeneration (80)
Eyelid haematoma (76)
Accommodation disorder (75)
Optic nerve disorder (72)
Eye infarction (71)
Ocular vascular disorder (71)
Eye paraesthesia (69)
Retinal artery thrombosis (69)
Chorioretinopathy (67)
Excessive eye blinking (67)
Chalazion (65)
Conjunctivitis allergic (65)
Eye colour change (61)
Altered visual depth perception (60)
Halo vision (59)
Optic neuropathy (59)
Eyelid margin crusting (57)
Sudden visual loss (56)
Eye symptom (54)
Amaurosis (52)
Eyelid sensory disorder (51)
Ocular hypertension (49)
Pupillary reflex impaired (48)
Retinal vascular occlusion (47)
Retinal exudates (46)
Conjunctival oedema (45)
Visual brightness (43)

Amblyopia (42)
Myopia (42)
Retinal disorder (42)
Eczema eyelids (40)
Chromatopsia (38)
Ulcerative keratitis (38)
Angle closure glaucoma (36)
Maculopathy (36)
Retinopathy (36)
Eyelid cyst (35)
Orbital oedema (35)
Acute macular outer retinopathy (34)
Ocular myasthenia (34)
Endocrine ophthalmopathy (33)
Visual snow syndrome (33)
Eyelid skin dryness (31)
Vitreous disorder (31)
Periorbital discomfort (30)
Corneal opacity (29)
Neovascular age-related macular degeneration (29)
Retinal oedema (29)
Cystoid macular oedema (28)
Eye ulcer (28)
Glare (28)
Hypermetropia (27)
Conjunctival irritation (26)
Retinal artery embolism (26)
Night blindness (25)
Retinal ischaemia (25)
Scleral discolouration (25)
Xanthopsia (25)
Macular hole (24)
Ophthalmic artery thrombosis (24)
Orbital swelling (24)
Pupillary disorder (23)
Scleral haemorrhage (23)
Cyanopsia (22)
Eyelid bleeding (22)
Visual acuity reduced transiently (22)
Central vision loss (21)
Extraocular muscle disorder (21)
Oculogyric crisis (21)
Lacrimation disorder (20)
Retinal vasculitis (20)
Erythropsia (19)
Eyelid exfoliation (19)
Dermatochalasis (18)
Retinal vascular disorder (18)
Astigmatism (17)

Corneal disorder (17)
Corneal oedema (16)
Eyelid myokymia (16)
Growth of eyelashes (16)
Orbital haematoma (16)
Oscillopsia (16)
Eyelid myoclonus (15)
Lid sulcus deepened (15)
Limbal swelling (15)
Macular fibrosis (15)
Corneal bleeding (14)
Eyelid thickening (14)
Binocular eye movement disorder (13)
Dacryostenosis acquired (13)
Vogt-Koyanagi-Harada disease (13)
Hyperaesthesia eye (12)
Lacrimation decreased (12)
Meibomian gland dysfunction (12)
Optic atrophy (12)
Optic nerve infarction (12)
Presbyopia (12)
Retinal pigment epitheliopathy (12)
Vitreous opacities (12)
Corneal lesion (11)
Retinal degeneration (11)
Retinal infarction (11)
Retinal toxicity (11)
Xerophthalmia (11)
Ocular ischaemic syndrome (10)
Ocular rosacea (10)
Punctate keratitis (10)
Age-related macular degeneration (9)
Choroidal neovascularisation (9)
Eyelid retraction (9)
Holmes-Adie pupil (9)
Optic disc haemorrhage (9)
Scleral disorder (9)
Blindness cortical (8)
Chloropsia (8)
Conjunctival disorder (8)
Optic disc disorder (8)
Paralytic lagophthalmos (8)
Parophthalmia (8)
Retinal aneurysm (8)
Vitreoretinal traction syndrome (8)
Vitreous degeneration (8)
Eyelash discolouration (7)
Idiopathic orbital inflammation (7)
Lacrimal disorder (7)

Necrotising retinitis (7)
Optic discs blurred (7)
Optic nerve sheath haemorrhage (7)
Orbital myositis (7)
Panophthalmitis (7)
Tolosa-Hunt syndrome (7)
Vitritis (7)
Cataract subcapsular (6)
Corneal erosion (6)
Diabetic retinopathy (6)
Eye opacity (6)
Floppy eyelid syndrome (6)
Heterophoria (6)
Iris adhesions (6)
Keratoconus (6)
Lenticular opacities (6)
Macular detachment (6)
Macular rupture (6)
Swollen tear duct (6)
Arteriosclerotic retinopathy (5)
Birdshot chorioretinopathy (5)
Choroiditis (5)
Giant papillary conjunctivitis (5)
Iris discolouration (5)
Periorbital disorder (5)
Periorbital inflammation (5)
Periorbital irritation (5)
Retinopathy hypertensive (5)
Rhegmatogenous retinal detachment (5)
Saccadic eye movement (5)
Acute zonal occult outer retinopathy (4)
Blepharochalasis (4)
Charles Bonnet syndrome (4)
Chorioretinal atrophy (4)
Corneal irritation (4)
Dry age-related macular degeneration (4)
Homonymous diplopia (4)
Loss of visual contrast sensitivity (4)
Neurological eyelid disorder (4)
Ocular vasculitis (4)
Pinguecula (4)
Refraction disorder (4)
Retinal fovea disorder (4)
Retinal neovascularisation (4)
Subretinal fluid (4)
Autoimmune uveitis (3)
Cataract cortical (3)
Cataract nuclear (3)
Choroidal detachment (3)

Choroidal effusion (3)
Conjunctival cyst (3)
Conjunctival discolouration (3)
Conjunctival pallor (3)
Contact lens intolerance (3)
Corneal degeneration (3)
Corneal endotheliitis (3)
Corneal epithelium defect (3)
Corneal infiltrates (3)
Detachment of retinal pigment epithelium (3)
Eye degenerative disorder (3)
Eyelid vascular disorder (3)
Hypotony of eye (3)
Iris disorder (3)
Lacrimal gland enlargement (3)
Noninfective chorioretinitis (3)
Noninfective conjunctivitis (3)
Ocular dysmetria (3)
Ocular retrobulbar haemorrhage (3)
Ocular sarcoidosis (3)
Opsoclonus myoclonus (3)
Optic nerve compression (3)
Orbital cyst (3)
Posterior capsule opacification (3)
Retinal drusen (3)
Retinal scar (3)
Scleral hyperaemia (3)
Subretinal haematoma (3)
Vitreous haze (3)
Allergic keratitis (2)
Anterior chamber opacity (2)
Autoimmune eye disorder (2)
Bell's phenomenon (2)
Blepharal pigmentation (2)
Blindness day (2)
Conjunctival bleb (2)
Conjunctival vascular disorder (2)
Conjunctivochalasis (2)
Corneal exfoliation (2)
Corneal perforation (2)
Corneal scar (2)
Deposit eye (2)
Detachment of macular retinal pigment epithelium (2)
Ectropion (2)
Enophthalmos (2)
Eyelash changes (2)
Glaucomatocyclitic crises (2)
Heteronymous diplopia (2)
Lacrimal haemorrhage (2)

Lens disorder (2)
Lid lag (2)
Myopic chorioretinal degeneration (2)
Necrotising scleritis (2)
Open angle glaucoma (2)
Optic disc hyperaemia (2)
Optic nerve cupping (2)
Orbital haemorrhage (2)
Orbital space occupying lesion (2)
Papillophlebitis (2)
Pigmentary glaucoma (2)
Pupillary deformity (2)
Retinal cyst (2)
Retinal vein varices (2)
Retinoschisis (2)
Scleral oedema (2)
Serous retinopathy (2)
Spontaneous hyphaema (2)
Amblyopia strabismic (1)
Anisometropia (1)
Anterior capsule contraction (1)
Anterior chamber inflammation (1)
Atopic keratoconjunctivitis (1)
Atrophy of globe (1)
Chorioretinal disorder (1)
Choroidal haemorrhage (1)
Choroidal rupture (1)
Ciliary body disorder (1)
Ciliary hyperaemia (1)
Ciliary muscle spasm (1)
Colour blindness acquired (1)
Computer vision syndrome (1)
Conjunctival suffusion (1)
Conjunctival telangiectasia (1)
Corneal cyst (1)
Corneal defect (1)
Corneal leukoma (1)
Corneal neovascularisation (1)
Corneal thinning (1)
Deformity of orbit (1)
Delayed dark adaptation (1)
Detached Descemet's membrane (1)
Diabetic retinal oedema (1)
Disorder of globe (1)
Disorder of orbit (1)
Dysmetropsia (1)
Entropion (1)
Eversion of lacrimal punctum (1)
Excessive ocular convergence (1)

Exposure keratitis (1)
Hippus (1)
Hyalosis asteroid (1)
Immune-mediated uveitis (1)
Intraocular haematoma (1)
Iris bombe (1)
Iris haemorrhage (1)
Iris neovascularisation (1)
Keratopathy (1)
Lacrimal structural disorder (1)
Lens dislocation (1)
Lid margin discharge (1)
Macular cyst (1)
Macular ischaemia (1)
Macular scar (1)
Macular telangiectasia (1)
Myopic traction maculopathy (1)
Non-infectious endophthalmitis (1)
Noninfective retinitis (1)
Normal tension glaucoma (1)
Parinaud syndrome (1)
Pingueculitis (1)
Polypoidal choroidal vasculopathy (1)
Pseudomyopia (1)
Pupillotonia (1)
Purtscher retinopathy (1)
Retinal deposits (1)
Retinal dystrophy (1)
Retinal fibrosis (1)
Retinal pallor (1)
Retinal vessel avulsion (1)
Retinopathy haemorrhagic (1)
Scleral cyst (1)
Scleritis allergic (1)
Serpiginous choroiditis (1)
Subconjunctival cyst (1)
Sympathetic ophthalmia (1)
Tear discolouration (1)
Tractional retinal detachment (1)
Uveitic glaucoma (1)
Vitreous adhesions (1)
Vitreous cyst (1)
Vitreous haematoma (1)
Gastrointestinal disorders (484493)
Nausea (273425)
Vomiting (86392)
Diarrhoea (82066)
Abdominal pain (36573)
Abdominal pain upper (24339)

Paraesthesia oral (13512)
Abdominal discomfort (10906)
Lip swelling (9362)
Dysphagia (9319)
Hypoaesthesia oral (8173)
Swollen tongue (8169)
Dry mouth (6625)
Dyspepsia (4732)
Abdominal distension (4511)
Constipation (4027)
Retching (3021)
Abdominal pain lower (2439)
Toothache (2427)
Odynophagia (2131)
Mouth ulceration (2127)
Flatulence (2082)
Gastrointestinal disorder (1905)
Gastrointestinal pain (1812)
Oral pain (1621)
Gastrooesophageal reflux disease (1583)
Oral discomfort (1554)
Mouth swelling (1518)
Glossodynia (1428)
Haematochezia (1391)
Stomatitis (1363)
Aphthous ulcer (1306)
Lip oedema (1159)
Tongue discomfort (1092)
Abnormal faeces (1051)
Gingival bleeding (1036)
Rectal haemorrhage (984)
Gingival pain (974)
Oral pruritus (825)
Eructation (810)
Tongue oedema (764)
Tongue disorder (759)
Salivary hypersecretion (754)
Tongue pruritus (725)
Gastritis (711)
Colitis ulcerative (702)
Haematemesis (667)
Faeces discoloured (645)
Colitis (637)
Oral mucosal blistering (615)
Pancreatitis acute (580)
Lip pruritus (572)
Irritable bowel syndrome (545)
Gastrointestinal haemorrhage (522)
Frequent bowel movements (521)

Pancreatitis (517)
Diarrhoea haemorrhagic (504)
Lip pain (502)
Vomiting projectile (495)
Crohn's disease (476)
Gingival swelling (474)
Anal incontinence (463)
Mouth haemorrhage (458)
Haemorrhoids (451)
Lip dry (440)
Cheilitis (419)
Lip blister (418)
Tongue discolouration (389)
Glossitis (337)
Hyperaesthesia teeth (327)
Gastric disorder (319)
Oral disorder (312)
Mesenteric vein thrombosis (308)
Faeces soft (290)
Palatal oedema (276)
Tongue blistering (273)
Bowel movement irregularity (262)
Tongue ulceration (258)
Chapped lips (256)
Epigastric discomfort (256)
Intestinal ischaemia (255)
Abdominal rigidity (243)
Melaena (241)
Noninfective gingivitis (241)
Oral mucosal eruption (232)
Abdominal tenderness (226)
Defaecation urgency (223)
Enlarged uvula (220)
Tongue erythema (215)
Tongue dry (210)
Intestinal obstruction (199)
Lip erythema (199)
Colitis ischaemic (196)
Ascites (195)
Lip disorder (189)
Gastrointestinal sounds abnormal (187)
Haemorrhoids thrombosed (187)
Palatal swelling (187)
Tongue coated (180)
Oedema mouth (164)
Gastrointestinal inflammation (159)
Anal haemorrhage (152)
Oral mucosal erythema (152)
Functional gastrointestinal disorder (151)

Tongue eruption (145)
Hiatus hernia (144)
Oral blood blister (142)
Mucous stools (140)
Anaesthesia oral (137)
Proctalgia (135)
Enteritis (133)
Breath odour (132)
Oesophageal pain (126)
Lip discolouration (123)
Oesophagitis (116)
Parotid gland enlargement (115)
Dental discomfort (111)
Tongue movement disturbance (111)
Gastric ulcer (110)
Tooth disorder (110)
Gingival discomfort (109)
Discoloured vomit (108)
Intestinal haemorrhage (108)
Salivary gland enlargement (107)
Gastrointestinal motility disorder (104)
Impaired gastric emptying (97)
Dyschezia (94)
Gingival blister (93)
Salivary gland pain (93)
Small intestinal obstruction (91)
Food poisoning (88)
Upper gastrointestinal haemorrhage (88)
Gastric haemorrhage (85)
Reflux gastritis (85)
Lip ulceration (83)
Gastric dilatation (82)
Hyperchlorhydria (82)
Oral dysaesthesia (82)
Inflammatory bowel disease (81)
Coeliac disease (80)
Faeces pale (80)
Ileus (79)
Lip exfoliation (77)
Change of bowel habit (76)
Colitis microscopic (76)
Haemorrhoidal haemorrhage (76)
Oesophageal spasm (76)
Aptyalism (75)
Teething (75)
Acute abdomen (74)
Diverticulum (74)
Regurgitation (74)
Dental paraesthesia (67)

Oral lichen planus (66)
Tooth loss (66)
Mesenteric artery thrombosis (64)
Faecaloma (63)
Visceral venous thrombosis (63)
Oral mucosal exfoliation (62)
Lip haemorrhage (61)
Saliva altered (60)
Anorectal discomfort (59)
Small intestinal haemorrhage (59)
Gingival disorder (58)
Stiff tongue (58)
Burning mouth syndrome (57)
Gingival erythema (56)
Angular cheilitis (50)
Enterocolitis (50)
Intestinal perforation (50)
Palatal disorder (50)
Diverticulum intestinal (48)
Gastrointestinal necrosis (47)
Tooth discolouration (47)
Submaxillary gland enlargement (45)
Haemoperitoneum (44)
Intestinal infarction (44)
Tongue spasm (43)
Noninfective sialoadenitis (42)
Proctitis (42)
Tongue rough (42)
Intra-abdominal haematoma (41)
Tongue haemorrhage (41)
Abdominal symptom (40)
Faeces hard (39)
Gingival oedema (39)
Abdominal mass (38)
Intussusception (38)
Rectal tenesmus (38)
Trichoglossia (38)
Gastrointestinal wall thickening (37)
Peptic ulcer haemorrhage (37)
Anal pruritus (36)
Dental caries (36)
Gastrointestinal hypermotility (36)
Ileus paralytic (36)
Tongue geographic (36)
Mouth cyst (35)
Infantile vomiting (34)
Gastric antral vascular ectasia (33)
Inguinal hernia (33)
Large intestine perforation (33)

Oesophageal achalasia (33)
Thrombosis mesenteric vessel (33)
Appendix disorder (32)
Chronic gastritis (32)
Coating in mouth (32)
Gastrointestinal tract irritation (32)
Infrequent bowel movements (32)
Pancreatic disorder (32)
Uvulitis (32)
Loose tooth (31)
Pancreatitis necrotising (31)
Anal sphincter atony (30)
Duodenogastric reflux (30)
Gastrointestinal oedema (30)
Oesophageal discomfort (30)
Plicated tongue (30)
Gingival discolouration (29)
Scalloped tongue (28)
Defaecation disorder (27)
Duodenitis (27)
Gingival ulceration (27)
Oral mucosal roughening (27)
Abdominal hernia (26)
Gastritis erosive (26)
Oesophageal disorder (26)
Volvulus (26)
Abdominal wall haematoma (25)
Epiploic appendagitis (25)
Obstructive pancreatitis (25)
Cardiospasm (24)
Hypertrophy of tongue papillae (24)
Duodenal ulcer (23)
Eosinophilic oesophagitis (23)
Gingival pruritus (23)
Hypoaesthesia teeth (22)
Intra-abdominal fluid collection (22)
Intra-abdominal haemorrhage (22)
Large intestine polyp (22)
Mesenteric panniculitis (22)
Omental infarction (22)
Retroperitoneal haemorrhage (22)
Aerophagia (21)
Lower gastrointestinal haemorrhage (21)
Steatorrhoea (21)
Tongue haematoma (21)
Faecal vomiting (20)
Gastric ulcer haemorrhage (20)
Salivary gland disorder (20)
Tongue exfoliation (20)

Anal fissure (19)
Malabsorption (19)
Peptic ulcer (19)
Anorectal disorder (18)
Autoimmune pancreatitis (18)
Duodenal ulcer haemorrhage (18)
Gingivitis ulcerative (18)
Intestinal dilatation (18)
Oesophageal stenosis (18)
Rectal discharge (18)
Retroperitoneal haematoma (18)
Oral mucosa erosion (17)
Oral mucosal discolouration (17)
Diverticulum intestinal haemorrhagic (16)
Gingival recession (16)
Leukoplakia oral (16)
Oedematous pancreatitis (16)
Oesophageal varices haemorrhage (16)
Pancreatitis chronic (16)
Enterocolitis haemorrhagic (15)
Pancreatic cyst (15)
Pancreatic failure (15)
Terminal ileitis (15)
Varices oesophageal (15)
Anal hypoaesthesia (14)
Dysbiosis (14)
Oral mucosa haematoma (14)
Oral purpura (14)
Saliva discolouration (14)
Stomach mass (14)
Subileus (14)
Tongue cyst (14)
Acetonaemic vomiting (13)
Diverticular perforation (13)
Gastrointestinal hypomotility (13)
Intestinal pseudo-obstruction (13)
Mesenteric haemorrhage (13)
Oral papule (13)
Truncus coeliacus thrombosis (13)
Abdominal adhesions (12)
Abdominal migraine (12)
Autoimmune colitis (12)
Large intestinal haemorrhage (12)
Bile acid malabsorption (11)
Cyclic vomiting syndrome (11)
Gastrointestinal ulcer (11)
Neurogenic bowel (11)
Oesophageal ulcer (11)
Proctitis ulcerative (11)

Angina bullosa haemorrhagica (10)
Intestinal angioedema (10)
Large intestinal ulcer (10)
Lip haematoma (10)
Malocclusion (10)
Mesenteric arterial occlusion (10)
Oesophageal rupture (10)
Oral discharge (10)
Salivary gland calculus (10)
Salivary gland mass (10)
Tooth socket haemorrhage (10)
Anal fistula (9)
Anal inflammation (9)
Anal rash (9)
Barrett's oesophagus (9)
Gastrointestinal perforation (9)
Lip scab (9)
Mesenteric artery embolism (9)
Obstruction gastric (9)
Pancreatic mass (9)
Protrusion tongue (9)
Teeth brittle (9)
Abdominal wall oedema (8)
Large intestinal stenosis (8)
Oesophageal oedema (8)
Pneumoperitoneum (8)
Splenic artery aneurysm (8)
Umbilical hernia (8)
Acute haemorrhagic ulcerative colitis (7)
Anal erythema (7)
Anorectal swelling (7)
Coeliac artery stenosis (7)
Diaphragmatic hernia (7)
Diarrhoea neonatal (7)
Gastric polyps (7)
Gastrointestinal obstruction (7)
Gingival hypertrophy (7)
Large intestinal obstruction (7)
Mallory-Weiss syndrome (7)
Mesenteric vascular occlusion (7)
Oesophageal haemorrhage (7)
Oesophageal irritation (7)
Palatal ulcer (7)
Pancreatitis haemorrhagic (7)
Rectal prolapse (7)
Strawberry tongue (7)
Duodenal ulcer perforation (6)
Gastric varices haemorrhage (6)
Intestinal congestion (6)

Intestinal mass (6)
Mesenteric artery stenosis (6)
Oesophageal dilatation (6)
Oesophageal food impaction (6)
Pancreatic enlargement (6)
Pancreatic pseudocyst (6)
Pelvic floor dysfunction (6)
Rectal spasm (6)
Abdominal wall haemorrhage (5)
Acquired macroglossia (5)
Anal spasm (5)
Appendicolith (5)
Dental pulp disorder (5)
Enterovesical fistula (5)
Gastrointestinal mucosal disorder (5)
Ileal perforation (5)
Intestinal atony (5)
Intestinal stenosis (5)
Malpositioned teeth (5)
Pancreatic atrophy (5)
Pancreatic steatosis (5)
Periodontal disease (5)
Pneumatosis intestinalis (5)
Post-tussive vomiting (5)
Anal blister (4)
Anal ulcer (4)
Atrophic glossitis (4)
Dental dysaesthesia (4)
Gastric varices (4)
Gastric volvulus (4)
Gastrointestinal scarring (4)
Infantile spitting up (4)
Intestinal ulcer (4)
Lip erosion (4)
Oesophageal perforation (4)
Pancreatic duct dilatation (4)
Pancreatitis relapsing (4)
Peritoneal disorder (4)
Rectal lesion (4)
Retroperitoneal fibrosis (4)
Salivary gland mucocoele (4)
Tongue pigmentation (4)
Tongue thrust (4)
Transient lingual papillitis (4)
Vasculitis gastrointestinal (4)
Volvulus of small bowel (4)
Abdominal rebound tenderness (3)
Achlorhydria (3)
Acquired oesophageal web (3)

Allergic gastroenteritis (3)
Anal paraesthesia (3)
Apical granuloma (3)
Colonic fistula (3)
Dental cyst (3)
Dental necrosis (3)
Erosive oesophagitis (3)
Gastric perforation (3)
Gastric ulcer perforation (3)
Gastrointestinal fistula (3)
Gastrointestinal polyp haemorrhage (3)
Glossoptosis (3)
Intestinal mucosal tear (3)
Large intestinal ulcer haemorrhage (3)
Levator syndrome (3)
Mechanical ileus (3)
Megacolon (3)
Mesenteric venous occlusion (3)
Mesenteritis (3)
Necrotising colitis (3)
Oesophageal compression (3)
Oesophageal motility disorder (3)
Omental haemorrhage (3)
Oral lichenoid reaction (3)
Pancreatic enzyme abnormality (3)
Pancreatic infarction (3)
Parotid duct obstruction (3)
Portal venous gas (3)
Pouchitis (3)
Rectal fissure (3)
Salivary duct obstruction (3)
Superior mesenteric artery syndrome (3)
Tongue induration (3)
Tooth erosion (3)
Tooth resorption (3)
Abdominal compartment syndrome (2)
Abdominal wall mass (2)
Alcoholic pancreatitis (2)
Anal fissure haemorrhage (2)
Anal sphincter hypertonia (2)
Anal stenosis (2)
Ankyloglossia acquired (2)
Anorectal varices (2)
Appendicitis noninfective (2)
Coeliac artery aneurysm (2)
Coeliac artery compression syndrome (2)
Diabetic gastroparesis (2)
Diverticular fistula (2)
Dumping syndrome (2)

Duodenal perforation (2)
Enamel anomaly (2)
Eosinophilic colitis (2)
Fistula of small intestine (2)
Gastric hypertonia (2)
Gastric hypomotility (2)
Gastric mucosal lesion (2)
Gastritis haemorrhagic (2)
Gastrointestinal polyp (2)
Gastrointestinal toxicity (2)
Gastrointestinal wall thinning (2)
Gastrointestinal vascular malformation haemorrhagic (2)
Gastroptosis (2)
Gingival erosion (2)
Haemorrhagic ascites (2)
Incarcerated umbilical hernia (2)
Internal hernia (2)
Intestinal angina (2)
Mesenteric artery aneurysm (2)
Mesenteric haematoma (2)
Mesenteric vascular insufficiency (2)
Neonatal intestinal obstruction (2)
Obturator hernia (2)
Oesophageal obstruction (2)
Oesophageal ulcer haemorrhage (2)
Oesophagitis ulcerative (2)
Oral hyperaesthesia (2)
Oral pigmentation (2)
Overflow diarrhoea (2)
Pancreatic calcification (2)
Pancreatic duct stenosis (2)
Pancreatic haemorrhage (2)
Papilla of Vater sclerosis (2)
Peristalsis visible (2)
Peritoneal fibrosis (2)
Pigmentation lip (2)
Portal hypertensive gastropathy (2)
Proctitis haemorrhagic (2)
Rectal ulcer (2)
Rectourethral fistula (2)
Salivary gland cyst (2)
Small intestinal perforation (2)
Small intestinal stenosis (2)
Stomatitis necrotising (2)
Tongue polyp (2)
Tooth deposit (2)
Tooth development disorder (2)
Tooth impacted (2)
Ulcerative gastritis (2)

Abdominal wall cyst (1)
Abdominal wall disorder (1)
Allergic stomatitis (1)
Amalgam tattoo (1)
Anal dilatation (1)
Anal skin tags (1)
Anastomotic ulcer perforation (1)
Appendiceal mucocoele (1)
Bezoar (1)
Biliary ascites (1)
Brunner's gland hyperplasia (1)
Cannabinoid hyperemesis syndrome (1)
Cheilosis (1)
Chronic cheek biting (1)
Cryptitis (1)
Diastema (1)
Distal intestinal obstruction syndrome (1)
Diverticulum gastric (1)
Diverticulum oesophageal (1)
Dolichocolon acquired (1)
Duodenal obstruction (1)
Enteric neuropathy (1)
Enterocutaneous fistula (1)
Epulis (1)
Faecalith (1)
Fixed bowel loop (1)
Gastric hypermotility (1)
Gastritis alcoholic (1)
Gastrointestinal erosion (1)
Gastrointestinal ischaemia (1)
Gastrointestinal tract mucosal discolouration (1)
Gingival atrophy (1)
Gingival cyst (1)
Gut fermentation syndrome (1)
Haemorrhagic gastroenteritis (1)
Hernial eventration (1)
Hyperechogenic pancreas (1)
Incarcerated inguinal hernia (1)
Increased intraperitoneal volume (1)
Intestinal fistula (1)
Intestinal mucosal hypertrophy (1)
Ischaemic enteritis (1)
Jejunal perforation (1)
Lower gastrointestinal perforation (1)
Lumbar hernia (1)
Malignant dysphagia (1)
Oesophageal polyp (1)
Omental necrosis (1)
Oral mucosal hypertrophy (1)

Oral mucosal scab (1)
Pancreatic pseudocyst rupture (1)
Paresis anal sphincter (1)
Parotid lipomatosis (1)
Periodontal inflammation (1)
Peripancreatic varices (1)
Peritoneal adhesions (1)
Peritoneal perforation (1)
Poor dental condition (1)
Portal hypertensive colopathy (1)
Presbyoesophagus (1)
Pseudodiverticular disease (1)
Pyloric sphincter insufficiency (1)
Pylorospasm (1)
Rebound acid hypersecretion (1)
Rectal polyp (1)
Rectal ulcer haemorrhage (1)
Retroperitoneal effusion (1)
Retroperitoneal mass (1)
Retroperitoneal oedema (1)
Short-bowel syndrome (1)
Small intestinal ulcer haemorrhage (1)
Splanchnic hypoperfusion (1)
Stasis syndrome (1)
Tongue atrophy (1)
Tooth demineralisation (1)
Tooth pulp haemorrhage (1)
Varicose veins of abdominal wall (1)
General disorders and administration site conditions (1440378)
Pyrexia (501016)
Fatigue (433178)
Chills (335151)
Malaise (206758)
Injection site pain (172862)
Pain (158917)
Asthenia (107882)
Vaccination site pain (101465)
Influenza like illness (70345)
Chest pain (57485)
Injection site erythema (54302)
Injection site swelling (53486)
Injection site warmth (37283)
Peripheral swelling (35984)
Feeling abnormal (32837)
Injection site inflammation (31179)
Chest discomfort (30336)
Injection site pruritus (28756)
Feeling hot (25776)
Swelling (23276)

Injection site reaction (22420)
Feeling cold (21687)
Vaccination failure (19015)
Vaccination site erythema (16809)
Vaccination site reaction (16508)
Condition aggravated (15472)
Axillary pain (14449)
Vaccination site swelling (14353)
Illness (13504)
Swelling face (13113)
Application site pain (12942)
Injection site rash (12398)
Death (12302)
Gait disturbance (11663)
Drug ineffective (11576)
Tenderness (8717)
Injection site induration (8679)
Vaccination site pruritus (8456)
Discomfort (8095)
Vaccination site warmth (7900)
No adverse event (7398)
Inflammation (6577)
Injection site haematoma (6045)
Injection site mass (5916)
Oedema peripheral (5778)
Extensive swelling of vaccinated limb (5495)
Immediate post-injection reaction (5077)
Feeling of body temperature change (5007)
Thirst (4923)
Hyperpyrexia (4919)
Unevaluable event (4672)
Local reaction (4640)
Vaccination site rash (4480)
Vaccination site inflammation (3567)
Oedema (3329)
Vaccination site induration (3315)
Injected limb mobility decreased (3253)
Gait inability (3234)
Vaccination site oedema (3207)
Administration site pain (3192)
General physical health deterioration (2987)
Facial pain (2791)
Vaccination site mass (2777)
Injection site discomfort (2688)
Injection site bruising (2618)
Vaccination site discomfort (2543)
Induration (2535)
Injection site nodule (2468)
Sensation of foreign body (2314)

Face oedema (2302)
Disease recurrence (2229)
Injection site oedema (2203)
Adverse drug reaction (2032)
Injection site urticaria (2008)
Application site swelling (1971)
Vaccination site movement impairment (1914)
Nodule (1779)
Vaccination site lymphadenopathy (1769)
Application site erythema (1760)
Crying (1746)
Adverse event (1535)
Reactogenicity event (1505)
Sudden death (1422)
Vaccine positive rechallenge (1421)
Therapeutic response unexpected (1415)
Mass (1335)
Vaccination site bruising (1322)
Sluggishness (1142)
Injection site hypoaesthesia (1077)
Injection site paraesthesia (1074)
Exercise tolerance decreased (1045)
Application site reaction (1004)
Feeling drunk (962)
Hypothermia (959)
Feeling jittery (955)
Hyperthermia (943)
Puncture site pain (940)
Concomitant disease aggravated (934)
Temperature regulation disorder (889)
Vaccination site haematoma (877)
Adverse reaction (872)
Localised oedema (821)
Injection site haemorrhage (735)
Vaccination site urticaria (713)
Vaccination site paraesthesia (673)
Injection site discolouration (643)
Hangover (617)
Vaccination site joint pain (616)
Injection site hypersensitivity (603)
Hunger (590)
Secretion discharge (580)
Vaccination site discolouration (565)
Therapy non-responder (536)
Facial discomfort (535)
Vaccination site joint erythema (520)
Vaccination site haemorrhage (512)
Temperature intolerance (447)
Shoulder injury related to vaccine administration (446)

Multiple organ dysfunction syndrome (438)
Chronic fatigue syndrome (420)
Generalised oedema (409)
Injection site vesicles (407)
Irritability postvaccinal (399)
Vaccination site hypoaesthesia (393)
Vaccination site nodule (370)
Sense of oppression (356)
Application site pruritus (353)
Injection site movement impairment (353)
Injection site joint pain (338)
Injection site irritation (336)
Drug interaction (335)
Cyst (328)
Systemic inflammatory response syndrome (320)
Vaccination site joint movement impairment (315)
Vaccination site joint swelling (295)
Non-cardiac chest pain (288)
Energy increased (267)
Ulcer (249)
Administration site reaction (247)
Loss of control of legs (244)
Vaccination site vesicles (238)
Decreased activity (231)
Physical deconditioning (220)
No reaction on previous exposure to drug (198)
Screaming (198)
Injection site lymphadenopathy (197)
Performance status decreased (197)
Administration site erythema (192)
Vaccination site hypersensitivity (179)
Withdrawal syndrome (176)
Moaning (168)
Vaccination site irritation (168)
Foaming at mouth (167)
Injection site indentation (164)
Discharge (161)
Puncture site oedema (159)
Injection site extravasation (156)
Sudden cardiac death (155)
Ill-defined disorder (148)
Impaired healing (145)
Injection site muscle weakness (144)
Glassy eyes (142)
Injection site joint movement impairment (133)
Administration site oedema (131)
Application site warmth (131)
Inflammatory pain (128)
Puncture site bruise (126)

Administration site swelling (123)
Symptom recurrence (123)
Administration site bruise (117)
General symptom (115)
Pre-existing condition improved (114)
Sensation of blood flow (113)
Injection site papule (111)
Brain death (106)
Mucosal dryness (105)
Vaccination site hyperaesthesia (105)
Application site oedema (104)
Crepitations (99)
Injury associated with device (97)
Disease progression (95)
Mucosal inflammation (90)
Cardiac death (88)
Vaccination site dysaesthesia (88)
Thirst decreased (86)
Concomitant disease progression (85)
Effusion (85)
Oedema mucosal (83)
Necrosis (80)
Injection site joint swelling (79)
Vaccination site plaque (79)
Vaccination site discharge (75)
Application site bruise (74)
Vaccination site eczema (74)
Injection site scab (73)
Inadequate analgesia (72)
Feeling of relaxation (71)
Hernia (70)
Vaccination site scar (69)
Application site hypoaesthesia (67)
Injection site injury (67)
Puncture site erythema (65)
Injection site scar (63)
Mucosal haemorrhage (63)
Administration site pruritus (62)
Therapeutic product effect decreased (62)
Organ failure (61)
Vaccination site papule (61)
Administration site warmth (60)
Puncture site reaction (60)
Vaccination site joint inflammation (60)
Application site haematoma (59)
Injection site joint erythema (57)
Injection site streaking (57)
Drug intolerance (55)
Infusion site pain (55)

Injection site coldness (55)
Mucosal disorder (54)
Application site induration (53)
Nonspecific reaction (53)
Puncture site induration (53)
Vaccination site macule (51)
Application site movement impairment (50)
Impaired self-care (50)
Polyp (50)
Similar reaction on previous exposure to drug (50)
Vaccination site coldness (50)
Vaccination site anaesthesia (48)
Application site lymphadenopathy (47)
Stenosis (47)
Treatment noncompliance (47)
Administration site rash (46)
Therapeutic product ineffective (46)
Atrophy (45)
Therapy partial responder (45)
Puncture site pruritus (42)
Puncture site swelling (42)
Vaccination site dermatitis (42)
Vaccination site injury (42)
Vascular stent thrombosis (42)
Granuloma (40)
Vaccination site scab (40)
Polyserositis (39)
Application site rash (37)
Gravitational oedema (37)
Injection site discharge (37)
Application site vesicles (36)
Drowning (36)
Administration site lymphadenopathy (35)
Application site inflammation (35)
Complication associated with device (35)
Inhibitory drug interaction (34)
Application site paraesthesia (33)
Critical illness (33)
Terminal state (33)
Injection site cyst (32)
Vaccination site granuloma (32)
Implant site swelling (31)
Visceral pain (31)
Administration site inflammation (30)
Injection site plaque (30)
Suprapubic pain (30)
Therapeutic response decreased (30)
Treatment failure (30)
Fibrosis (29)

Injection site dryness (29)
Ulcer haemorrhage (29)
Administration site induration (28)
Injection site atrophy (28)
Injection site macule (28)
Injection site ulcer (28)
Vaccination site atrophy (28)
Instillation site warmth (27)
Vaccination site extravasation (27)
Vaccination site joint warmth (27)
Adverse food reaction (26)
Application site joint pain (26)
Enanthema (26)
Implant site pain (26)
Sensitivity to weather change (26)
Therapeutic response shortened (26)
Deformity (25)
Obstruction (25)
Therapeutic product effect incomplete (25)
Injection site necrosis (24)
Administration site joint pain (23)
Administration site movement impairment (23)
Vaccination site exfoliation (23)
Vaccination site joint discomfort (23)
Extravasation (22)
Injection site nerve damage (22)
Vaccination site necrosis (22)
Vaccination site nerve damage (22)
Administration site haematoma (21)
Fat necrosis (21)
Mucosal pain (21)
Adhesion (20)
Calcinosis (20)
Potentiating drug interaction (20)
Infusion site pruritus (19)
Mucosal hypertrophy (19)
Serositis (19)
Application site hypersensitivity (18)
Drug withdrawal syndrome (18)
Hyperplasia (18)
Infusion site erythema (18)
Injection site joint warmth (18)
Vaccination site cyst (18)
Administration site paraesthesia (17)
Application site coldness (17)
Application site discomfort (17)
Application site haemorrhage (17)
Application site joint swelling (17)
Application site nodule (17)

Gait deviation (17)
Implant site warmth (17)
Infusion site warmth (17)
Injection site deformation (17)
Injection site pallor (17)
Multi-organ disorder (17)
Soft tissue inflammation (17)
Vaccination site thrombosis (17)
Vaccination site ulcer (17)
Cyst rupture (16)
Hernia pain (16)
Injection site dysaesthesia (16)
Injection site eczema (16)
Non-pitting oedema (16)
Perforation (16)
Puncture site haematoma (16)
Scar inflammation (16)
High-pitched crying (15)
Infusion site mobility decreased (15)
Injection site exfoliation (15)
Mucosa vesicle (15)
Papillitis (15)
Injection site dermatitis (14)
Injection site muscle atrophy (14)
Mucosal ulceration (14)
Vaccination site dryness (14)
Vaccination site recall reaction (14)
Vaccination site streaking (14)
Alcohol interaction (13)
Application site discolouration (13)
Injection site hyperaesthesia (13)
Instillation site pain (13)
Lithiasis (13)
Multimorbidity (13)
Administration site urticaria (12)
Hypertrophy (12)
Injection site joint discomfort (12)
Injection site thrombosis (12)
Mucosal discolouration (12)
Application site burn (11)
Application site joint erythema (11)
Pre-existing disease (11)
Prosthetic cardiac valve thrombosis (11)
Vaccination site phlebitis (11)
Xerosis (11)
Administration site joint movement impairment (10)
Application site acne (10)
Decreased gait velocity (10)
Dysplasia (10)

Early satiety (10)
Idiosyncratic drug reaction (10)
Injection site joint inflammation (10)
Therapeutic product effect delayed (10)
Vaccination site pallor (10)
Absence of immediate treatment response (9)
Administration site irritation (9)
Haemorrhagic cyst (9)
Infusion site extravasation (9)
Infusion site joint swelling (9)
Infusion site swelling (9)
Medical device pain (9)
Tissue infiltration (9)
Vascular stent stenosis (9)
Acute phase reaction (8)
Administration site discomfort (8)
Administration site extravasation (8)
Breakthrough pain (8)
Capsular contracture associated with breast implant (8)
Catheter site pain (8)
Disease susceptibility (8)
Fat tissue increased (8)
Fever neonatal (8)
Paradoxical drug reaction (8)
Pelvic mass (8)
Tissue irritation (8)
Vaccination site abscess sterile (8)
Administration site nodule (7)
Challenge site reaction (7)
Death neonatal (7)
Developmental delay (7)
Drug effect less than expected (7)
Food interaction (7)
Implant site discolouration (7)
Infusion site mass (7)
Injection site granuloma (7)
Phantom shocks (7)
Puncture site haemorrhage (7)
Symptom masked (7)
Therapeutic product effect prolonged (7)
Vaccination site erosion (7)
Vaccination site vasculitis (7)
Vessel puncture site bruise (7)
Administration site discolouration (6)
Administration site indentation (6)
Administration site joint erythema (6)
Application site dermatitis (6)
Application site papules (6)
Application site urticaria (6)

Drug ineffective for unapproved indication (6)
Implant site inflammation (6)
Infusion site haematoma (6)
Infusion site joint pain (6)
Injection site erosion (6)
Injection site hypertrophy (6)
Mucosal hyperaemia (6)
Premature ageing (6)
Prolapse (6)
Rebound effect (6)
Therapeutic response delayed (6)
Administration site hypoaesthesia (5)
Application site plaque (5)
Catheter site haemorrhage (5)
Chronic disease (5)
Disease complication (5)
Drug resistance (5)
Foreign body reaction (5)
Implant site extravasation (5)
Implant site urticaria (5)
Infusion site haemorrhage (5)
Infusion site hypoaesthesia (5)
Injection site phlebitis (5)
Instillation site paraesthesia (5)
Pneumatosis (5)
Pseudocyst (5)
Retention cyst (5)
Therapeutic product effect increased (5)
Tissue discolouration (5)
Vaccination site calcification (5)
Vaccination site hypertrophy (5)
Vascular stent occlusion (5)
Vessel puncture site haematoma (5)
Abscess sterile (4)
Administration site dysaesthesia (4)
Administration site macule (4)
Administration site papule (4)
Application site mass (4)
Catheter site erythema (4)
Clinical death (4)
Complication of device removal (4)
Device embolisation (4)
Diet failure (4)
Disease prodromal stage (4)
Implant site hypersensitivity (4)
Implant site induration (4)
Implant site oedema (4)
Implant site rash (4)
Infusion site bruising (4)

Infusion site rash (4)
Infusion site urticaria (4)
Injection site anaesthesia (4)
Mucosal erosion (4)
Oedema due to cardiac disease (4)
Pseudoallergic reaction (4)
Stent-graft endoleak (4)
Tissue rupture (4)
Vaccination site joint effusion (4)
Vessel puncture site erythema (4)
Vessel puncture site pain (4)
Administration site coldness (3)
Administration site haemorrhage (3)
Administration site hypersensitivity (3)
Administration site nerve damage (3)
Administration site wound (3)
Application site dysaesthesia (3)
Application site eczema (3)
Application site hyperaesthesia (3)
Application site joint inflammation (3)
Application site joint warmth (3)
Application site odour (3)
Application site purpura (3)
Application site scar (3)
Breast implant palpable (3)
Catheter site related reaction (3)
Catheter site thrombosis (3)
Device related thrombosis (3)
Drug effective for unapproved indication (3)
Drug tolerance decreased (3)
Encapsulation reaction (3)
Implant site paraesthesia (3)
Implant site pruritus (3)
Injection site fibrosis (3)
Injection site laceration (3)
Injection site recall reaction (3)
Injection site vasculitis (3)
Loss of therapeutic response (3)
Medical device site pain (3)
Meteoropathy (3)
Oral administration complication (3)
Precancerous condition (3)
Product intolerance (3)
Pseudoangina (3)
Pseudohernia (3)
Sick building syndrome (3)
Steroid dependence (3)
Strangulated hernia (3)
Therapeutic response changed (3)

Vaccination site photosensitivity reaction (3)
Vessel puncture site haemorrhage (3)
Vessel puncture site injury (3)
Administration site hyperaesthesia (2)
Administration site injury (2)
Administration site joint discomfort (2)
Administration site pallor (2)
Agonal death struggle (2)
Antidepressant discontinuation syndrome (2)
Apparent death (2)
Application site irritation (2)
Application site joint movement impairment (2)
Application site laceration (2)
Application site necrosis (2)
Application site nerve damage (2)
Application site perspiration (2)
Application site vasculitis (2)
Artificial blood vessel occlusion (2)
Capsular contracture associated with implant (2)
Catheter site haematoma (2)
Dehiscence (2)
Drug tolerance (2)
Drug-disease interaction (2)
Eye complication associated with device (2)
Hanging (2)
Humidity intolerance (2)
Hyperthermia malignant (2)
Implant site dermatitis (2)
Implant site erythema (2)
Implant site hypoaesthesia (2)
Incarcerated hernia (2)
Infusion site discomfort (2)
Infusion site induration (2)
Infusion site irritation (2)
Infusion site joint inflammation (2)
Infusion site joint movement impairment (2)
Infusion site nodule (2)
Infusion site reaction (2)
Infusion site streaking (2)
Injection site abscess sterile (2)
Injection site telangiectasia (2)
Instillation site bruise (2)
Instillation site erythema (2)
Instillation site exfoliation (2)
Instillation site pruritus (2)
Instillation site swelling (2)
Masked fever (2)
Medical device discomfort (2)
Medical device site cyst (2)

Medical device site discomfort (2)
Medical device site haemorrhage (2)
Medical device site joint inflammation (2)
Medical device site joint pain (2)
Medical device site joint swelling (2)
Metaplasia (2)
Mucosal exfoliation (2)
Neonatal multi-organ failure (2)
Neurological complication associated with device (2)
Pacemaker generated arrhythmia (2)
Robust take following exposure to vaccinia virus (2)
Sudden unexplained death in epilepsy (2)
Surgical failure (2)
Therapeutic response increased (2)
Vaccination site fibrosis (2)
Vaccination site ischaemia (2)
Visceral oedema (2)
Administration site anaesthesia (1)
Administration site discharge (1)
Administration site dryness (1)
Administration site exfoliation (1)
Administration site fibrosis (1)
Administration site joint inflammation (1)
Administration site joint warmth (1)
Administration site mass (1)
Administration site plaque (1)
Administration site thrombosis (1)
Administration site vesicles (1)
Application site atrophy (1)
Application site discharge (1)
Application site erosion (1)
Application site exfoliation (1)
Application site injury (1)
Application site scab (1)
Application site streaking (1)
Application site wound (1)
Cardiac complication associated with device (1)
Catheter site bruise (1)
Catheter site discharge (1)
Catheter site inflammation (1)
Catheter site irritation (1)
Catheter site phlebitis (1)
Catheter site pruritus (1)
Catheter site swelling (1)
Catheter site urticaria (1)
Catheter site warmth (1)
Complication of device insertion (1)
Device intolerance (1)
Drug tolerance increased (1)

Dystrophic calcification (1)
Electrocution (1)
Fat tissue decreased (1)
Implant site coldness (1)
Implant site discharge (1)
Implant site haemorrhage (1)
Implant site hyperaesthesia (1)
Implant site mass (1)
Implant site reaction (1)
Implant site scar (1)
Implant site vesicles (1)
Infusion site coldness (1)
Infusion site discolouration (1)
Infusion site injury (1)
Infusion site joint effusion (1)
Infusion site joint erythema (1)
Infusion site lymphadenopathy (1)
Infusion site nerve damage (1)
Infusion site oedema (1)
Infusion site scab (1)
Infusion site thrombosis (1)
Injection site alopecia (1)
Injection site calcification (1)
Injection site ischaemia (1)
Injection site joint effusion (1)
Injection site panniculitis (1)
Injection site photosensitivity reaction (1)
Instillation site discomfort (1)
Instillation site hyperaesthesia (1)
Instillation site induration (1)
Instillation site rash (1)
Instillation site vesicles (1)
Macrosomia (1)
Medical device site burn (1)
Medical device site haematoma (1)
Medical device site hyperhidrosis (1)
Medical device site hypersensitivity (1)
Medical device site hypoaesthesia (1)
Medical device site inflammation (1)
Medical device site joint discomfort (1)
Medical device site movement impairment (1)
Medical device site phlebitis (1)
Medical device site recall reaction (1)
Medical device site swelling (1)
Mucosal atrophy (1)
Mucosal roughness (1)
Multiple-drug resistance (1)
Necrobiosis (1)
Pacemaker syndrome (1)

Paravalvular regurgitation (1)
Perforated ulcer (1)
PFAPA syndrome (1)
Positive dose response relationship (1)
Premature baby death (1)
Procedural failure (1)
Pseudopolyp (1)
Puncture site discharge (1)
Puncture site hypoaesthesia (1)
Remission not achieved (1)
Sudden infant death syndrome (1)
Systemic leakage (1)
Therapeutic product effect variable (1)
Therapeutic reaction time decreased (1)
Vaccination site eschar (1)
Vaccination site laceration (1)
Vessel puncture site inflammation (1)
Vessel puncture site swelling (1)
Hepatobiliary disorders (4925)
Portal vein thrombosis (518)
Jaundice (497)
Hepatic pain (357)
Hepatitis (351)
Liver disorder (312)
Hepatic cytolysis (279)
Cholelithiasis (252)
Hepatic function abnormal (244)
Cholecystitis (185)
Hepatic steatosis (184)
Biliary colic (173)
Autoimmune hepatitis (166)
Hepatic failure (160)
Hepatomegaly (153)
Liver injury (153)
Cholestasis (144)
Hepatitis acute (143)
Gallbladder disorder (104)
Hepatic cirrhosis (86)
Cholecystitis acute (76)
Acute hepatic failure (74)
Hepatic vein thrombosis (74)
Hypertransaminasaemia (70)
Hyperbilirubinaemia (64)
Cholangitis (61)
Ocular icterus (61)
Portosplenomesenteric venous thrombosis (57)
Hepatic cyst (56)
Hepatocellular injury (54)
Jaundice cholestatic (48)

Drug-induced liver injury (44)
Hepatic lesion (41)
Hepatitis cholestatic (38)
Gallbladder enlargement (32)
Hepatic mass (30)
Ischaemic hepatitis (29)
Mixed liver injury (27)
Hepatosplenomegaly (25)
Liver tenderness (23)
Bile duct stone (21)
Portal hypertension (21)
Biliary dilatation (20)
Hepatic infarction (20)
Congestive hepatopathy (19)
Hepatitis toxic (18)
Cholestatic liver injury (16)
Biliary tract disorder (14)
Hepatic artery thrombosis (14)
Biliary obstruction (13)
Hepatic haemorrhage (13)
Hepatic vascular thrombosis (13)
Cholangitis acute (12)
Gallbladder oedema (12)
Hepatorenal syndrome (11)
Hydrocholecystis (11)
Budd-Chiari syndrome (10)
Hepatic necrosis (10)
Primary biliary cholangitis (10)
Periportal oedema (9)
Portal vein occlusion (8)
Gallbladder polyp (7)
Gallbladder rupture (7)
Hepatitis fulminant (7)
Immune-mediated hepatitis (7)
Biliary cyst (6)
Cholangitis sclerosing (6)
Cirrhosis alcoholic (6)
Hepatic haematoma (6)
Hepatic perfusion disorder (6)
Hepatitis alcoholic (6)
Perihepatic discomfort (6)
Pneumobilia (6)
Sphincter of Oddi dysfunction (6)
Cholestasis of pregnancy (5)
Deficiency of bile secretion (5)
Gallbladder hypofunction (5)
Hepatotoxicity (5)
Nonalcoholic fatty liver disease (5)
Non-alcoholic steatohepatitis (5)

Portal vein embolism (5)
Subacute hepatic failure (5)
Allergic hepatitis (4)
Biliary dyskinesia (4)
Hepatic fibrosis (4)
Steatohepatitis (4)
Autoimmune cholangitis (3)
Chronic hepatic failure (3)
Dilatation intrahepatic duct acquired (3)
Gallbladder necrosis (3)
Haemobilia (3)
Hepatic artery embolism (3)
Hepatic hypertrophy (3)
Hepatic hypoperfusion (3)
Hepatic ischaemia (3)
Portal vein dilatation (3)
Bile duct stenosis (2)
Cholecystitis chronic (2)
Gallbladder mass (2)
Granulomatous liver disease (2)
Hepatic lymphocytic infiltration (2)
Hepatic vein dilatation (2)
Hepatitis chronic active (2)
Hepatobiliary disease (2)
Hepatorenal failure (2)
Hyperbilirubinaemia neonatal (2)
Immune-mediated hepatic disorder (2)
Perforation bile duct (2)
Portal fibrosis (2)
Portal vein phlebitis (2)
Subcapsular hepatic haematoma (2)
Venoocclusive liver disease (2)
Acute fatty liver of pregnancy (1)
Acute yellow liver atrophy (1)
Alcoholic liver disease (1)
Biliary ischaemia (1)
Flood syndrome (1)
Gallbladder obstruction (1)
Hepatic vein embolism (1)
Hepatic vein occlusion (1)
Immune-mediated cholangitis (1)
Liver induration (1)
Lupus hepatitis (1)
Portal shunt (1)
Reye's syndrome (1)
Spontaneous intrahepatic portosystemic venous shunt (1)
Immune system disorders (33994)
Hypersensitivity (14839)
Anaphylactic reaction (11182)

Anaphylactic shock (1752)
Allergy to vaccine (957)
Autoimmune disorder (731)
Seasonal allergy (688)
Drug hypersensitivity (547)
Immune system disorder (493)
Anaphylactoid reaction (490)
Food allergy (335)
Immunodeficiency (327)
Type I hypersensitivity (268)
Type IV hypersensitivity reaction (239)
Bacille Calmette-Guerin scar reactivation (196)
Sarcoidosis (195)
Immunisation reaction (144)
Haemophagocytic lymphohistiocytosis (132)
Sensitisation (97)
Immune-mediated adverse reaction (88)
Reaction to excipient (88)
Allergic oedema (87)
Multiple allergies (86)
Allergy to arthropod sting (76)
Decreased immune responsiveness (75)
Immunosuppression (67)
Multisystem inflammatory syndrome in children (64)
Serum sickness (64)
Allergy to arthropod bite (57)
Reaction to preservatives (53)
Type III immune complex mediated reaction (53)
Allergy to chemicals (50)
Cytokine storm (50)
Allergic reaction to excipient (45)
Anti-neutrophil cytoplasmic antibody positive vasculitis (40)
Serum sickness-like reaction (38)
Hypogammaglobulinaemia (33)
Corneal graft rejection (32)
Transplant rejection (30)
Allergy to animal (26)
Eosinophilic granulomatosis with polyangiitis (24)
Cytokine release syndrome (23)
Infusion related hypersensitivity reaction (22)
Autoinflammatory disease (19)
Anaphylactoid shock (17)
Atopy (17)
Vaccine associated enhanced disease (17)
Systemic immune activation (16)
Contrast media allergy (15)
Rubber sensitivity (15)
Contrast media reaction (14)
Mite allergy (14)

Oral allergy syndrome (14)
Allergy to metals (12)
Allergy to plants (12)
Milk allergy (12)
Amyloidosis (11)
Anamnestic reaction (11)
Immune reconstitution inflammatory syndrome (9)
Lung transplant rejection (9)
Graft versus host disease (8)
Loefgren syndrome (8)
Reaction to colouring (8)
Type II hypersensitivity (8)
Hypocomplementaemia (7)
Liver transplant rejection (7)
Perfume sensitivity (7)
Caffeine allergy (6)
Immunodeficiency common variable (6)
Mycotic allergy (6)
Smoke sensitivity (6)
Iodine allergy (5)
Kidney transplant rejection (5)
Allergy to sting (4)
Multiple chemical sensitivity (4)
Reaction to food additive (4)
Sunscreen sensitivity (4)
Allergy to synthetic fabric (3)
Dust allergy (3)
Heart transplant rejection (3)
Allergy to surgical sutures (2)
Allergy to venom (2)
Cell-mediated immune deficiency (2)
Chronic allograft nephropathy (2)
Hashitoxicosis (2)
Overlap syndrome (2)
Renal transplant failure (2)
Amyloidosis senile (1)
Chronic graft versus host disease in skin (1)
Chronic graft versus host disease oral (1)
Cross sensitivity reaction (1)
Human seminal plasma hypersensitivity (1)
Jarisch-Herxheimer reaction (1)
Pre-engraftment immune reaction (1)
Primary amyloidosis (1)
Reactive capillary endothelial proliferation (1)
Rhesus incompatibility (1)
Secondary immunodeficiency (1)
Selective IgA immunodeficiency (1)
Selective IgG subclass deficiency (1)
Solid organ transplant rejection (1)

Infections and infestations (170272)
COVID-19 (51385)
Herpes zoster (22366)
Influenza (21999)
Nasopharyngitis (15649)
Pneumonia (5794)
Oral herpes (4444)
COVID-19 pneumonia (3285)
Cellulitis (3266)
Urinary tract infection (3049)
Suspected COVID-19 (2498)
Sinusitis (2360)
Infection (2338)
Asymptomatic COVID-19 (2134)
Rhinitis (2029)
Sepsis (1573)
Lower respiratory tract infection (1182)
Appendicitis (1163)
Conjunctivitis (1134)
Vaccine breakthrough infection (1116)
Sweating fever (1072)
Bronchitis (1015)
Ear infection (984)
Cystitis (946)
Ophthalmic herpes zoster (888)
Dysentery (786)
Erysipelas (773)
Vestibular neuronitis (771)
Herpes simplex (763)
Tonsillitis (718)
Pharyngitis (694)
Herpes virus infection (629)
Viral infection (605)
Encephalitis (595)
Mastitis (582)
Genital herpes (565)
Labyrinthitis (560)
Diverticulitis (530)
Injection site cellulitis (482)
Gastroenteritis (450)
Upper respiratory tract infection (444)
Septic shock (426)
Abscess (420)
Laryngitis (414)
Rash pustular (403)
Myelitis (401)
Pustule (396)
Post viral fatigue syndrome (382)
Injection site abscess (366)

Localised infection (357)
Post-acute COVID-19 syndrome (348)
Kidney infection (331)
Candida infection (326)
Vaccination site cellulitis (325)
Furuncle (323)
Hordeolum (308)
Fungal infection (305)
Respiratory tract infection (300)
Gingivitis (294)
Eye infection (290)
Bacterial infection (289)
Meningitis (289)
Lyme disease (281)
Skin infection (280)
Injection site infection (275)
Infectious mononucleosis (271)
Oral candidiasis (271)
Lymphangitis (269)
Herpes ophthalmic (242)
Herpes zoster oticus (241)
Gastroenteritis viral (234)
Pyelonephritis (225)
Q fever (219)
Viral rash (214)
Pneumonia bacterial (202)
Varicella (196)
Vaccination site infection (193)
Vulvovaginal candidiasis (193)
Vaccination site abscess (176)
Meningitis aseptic (171)
Staphylococcal infection (171)
Otitis media (170)
Atypical pneumonia (161)
Tooth infection (147)
Herpes zoster reactivation (144)
Pneumonia viral (142)
Vulvovaginal mycotic infection (140)
Appendicitis perforated (139)
Parotitis (139)
Coronavirus infection (131)
Tooth abscess (130)
Endocarditis (129)
Varicella zoster virus infection (128)
Folliculitis (124)
Nasal herpes (124)
Urosepsis (124)
Meningitis viral (119)
Pharyngitis streptococcal (115)

Epididymitis (113)
Epstein-Barr virus infection (113)
Peritonitis (107)
Herpes simplex reactivation (105)
Epstein-Barr virus infection reactivation (104)
Abscess limb (98)
Subcutaneous abscess (98)
Impetigo (93)
Viral pharyngitis (91)
Sialoadenitis (86)
Pulpitis dental (85)
Otitis externa (84)
Bacteraemia (83)
Fungal skin infection (82)
Vaginal infection (76)
Hepatitis C (73)
Streptococcal infection (73)
Herpes zoster cutaneous disseminated (71)
Acute sinusitis (70)
Lymph node abscess (69)
Tracheitis (68)
Escherichia infection (67)
Hepatitis B (65)
Clostridium difficile colitis (64)
Severe acute respiratory syndrome (61)
Oral fungal infection (60)
Herpes zoster meningitis (59)
Injection site pustule (59)
Peritonsillar abscess (59)
Viral pericarditis (59)
Cytomegalovirus infection (58)
Gastrointestinal infection (58)
Encephalomyelitis (56)
Orchitis (56)
Dermo-hypodermitis (55)
Pyelonephritis acute (54)
Septic rash (54)
Osteomyelitis (53)
Lymph gland infection (52)
Arthritis bacterial (51)
Clostridium difficile infection (50)
Urinary tract infection bacterial (50)
Disseminated varicella zoster virus infection (49)
Mumps (49)
Viral myocarditis (49)
Chronic sinusitis (48)
Eyelid infection (48)
Syphilis (48)
Vaccination site pustule (48)

Breast abscess (46)
Acarodermatitis (44)
Pelvic inflammatory disease (44)
Tuberculosis (44)
Herpes dermatitis (43)
Infection susceptibility increased (43)
Staphylococcal sepsis (43)
Bacterial vaginosis (42)
Creutzfeldt-Jakob disease (42)
Herpes zoster meningoencephalitis (42)
Measles (42)
Ophthalmic herpes simplex (42)
Purulent discharge (42)
Staphylococcal bacteraemia (42)
Rhinovirus infection (41)
Encephalitis viral (40)
Disseminated Bacillus Calmette-Guerin infection (38)
Helicobacter infection (38)
Malaria (38)
Cavernous sinus thrombosis (37)
Escherichia urinary tract infection (37)
Gangrene (36)
Meningoencephalitis herpetic (36)
Toxoplasmosis (36)
Wound infection (35)
Abscess oral (34)
Bronchiolitis (34)
Skin bacterial infection (34)
Superinfection (34)
Arthritis infective (33)
Cholecystitis infective (33)
Erythema induratum (33)
Escherichia bacteraemia (33)
Genital herpes zoster (33)
Klebsiella infection (33)
Sputum purulent (33)
Anal abscess (32)
Cardiac infection (32)
Tonsillitis bacterial (32)
Secondary transmission (31)
Toxic shock syndrome (31)
Abdominal infection (30)
Body tinea (30)
Borrelia infection (29)
Complicated appendicitis (29)
Genital herpes simplex (29)
Gingival abscess (29)
Pneumonia pneumococcal (29)
Respiratory syncytial virus infection (29)

Dermatitis infected (28)

Large intestine infection (28)

Liver abscess (28)

Meningitis bacterial (28)

Pertussis (28)

Oral pustule (27)

Paronychia (27)

Soft tissue infection (27)

Tinea pedis (27)

Viral labyrinthitis (27)

Conjunctivitis bacterial (26)

Herpes zoster infection neurological (26)

Intervertebral discitis (26)

Mastoiditis (26)

Superinfection bacterial (26)

Escherichia sepsis (25)

Febrile infection (25)

Hepatitis A (25)

Hepatitis E (25)

HIV infection (25)

Oral infection (25)

Rubella (25)

Blister infected (24)

Erythema migrans (24)

Periorbital cellulitis (24)

Campylobacter infection (23)

Herpes simplex encephalitis (23)

Infectious pleural effusion (23)

Abdominal abscess (22)

Epiglottitis (22)

Periodontitis (22)

Viral upper respiratory tract infection (22)

Beta haemolytic streptococcal infection (21)

Cytomegalovirus infection reactivation (21)

Device related infection (21)

Eczema herpeticum (21)

Hepatitis viral (21)

Necrotising fasciitis (21)

Otitis media acute (21)

Pulmonary sepsis (21)

Pyuria (21)

Abscess neck (20)

Bacterial sepsis (20)

Chorioretinitis (20)

Enteritis infectious (20)

Infected cyst (20)

Pneumonia staphylococcal (20)

Conjunctivitis viral (19)

Parainfluenzae virus infection (19)

Pneumonia mycoplasmal (19)
Postoperative wound infection (19)
Pseudomonas infection (19)
Relapsing fever (19)
African trypanosomiasis (18)
Dengue fever (18)
Hand-foot-and-mouth disease (18)
Infected bite (18)
Neutropenic sepsis (18)
Pyelitis (18)
Vestibulitis (18)
Enterococcal infection (17)
Lung abscess (17)
Pneumocystis jirovecii pneumonia (17)
Purulence (17)
Tinea infection (17)
Bronchitis bacterial (16)
Endocarditis bacterial (16)
Infection reactivation (16)
Perichondritis (16)
Biliary sepsis (15)
Empyema (15)
Endometritis (15)
Eye infection bacterial (15)
Meningitis herpes (15)
Prostate infection (15)
Tinea versicolour (15)
Urethritis (15)
Acne pustular (14)
Croup infectious (14)
Diarrhoea infectious (14)
Gastric infection (14)
Meningitis pneumococcal (14)
Papilloma viral infection (14)
Pathogen resistance (14)
Pericarditis infective (14)
Bacteriuria (13)
Bronchitis viral (13)
Central nervous system infection (13)
Gonorrhoea (13)
Haematoma infection (13)
Infected dermal cyst (13)
Myringitis (13)
Pharyngeal abscess (13)
Respiratory tract infection viral (13)
Sexually transmitted disease (13)
Streptococcal sepsis (13)
Viral diarrhoea (13)
Virologic failure (13)

Campylobacter gastroenteritis (12)
Eczema infected (12)
Human herpesvirus 6 infection (12)
Infected skin ulcer (12)
Meningoencephalitis viral (12)
Neuroborreliosis (12)
Pneumonia klebsiella (12)
Scarlet fever (12)
Tonsillitis streptococcal (12)
Cytomegalovirus hepatitis (11)
Epstein-Barr viraemia (11)
Genital abscess (11)
Genital infection fungal (11)
Groin abscess (11)
Molluscum contagiosum (11)
Nasal abscess (11)
Pharyngitis bacterial (11)
Pneumococcal infection (11)
Pneumonia pseudomonal (11)
Renal abscess (11)
Skin candida (11)
Carbuncle (10)
Chlamydial infection (10)
Eyelid boil (10)
Focal peritonitis (10)
Gastrointestinal bacterial overgrowth (10)
Gastrointestinal viral infection (10)
Herpangina (10)
Herpes zoster meningoradiculitis (10)
Legionella infection (10)
Nasal vestibulitis (10)
Pelvic abscess (10)
Pericoronitis (10)
Pharyngotonsillitis (10)
Pilonidal cyst (10)
Pneumonia fungal (10)
Post procedural infection (10)
Root canal infection (10)
Vulval abscess (10)
Vulvitis (10)
Adenovirus infection (9)
Amniotic cavity infection (9)
Appendiceal abscess (9)
Brain abscess (9)
Brucellosis (9)
Dacryocystitis (9)
Ear infection bacterial (9)
Encephalitis brain stem (9)
Enterovirus infection (9)

Eye abscess (9)
Hepatitis infectious mononucleosis (9)
Lymphadenitis bacterial (9)
Muscle abscess (9)
Sinusitis bacterial (9)
Systemic infection (9)
Toxocariasis (9)
Viraemia (9)
Viral sepsis (9)
Abscess jaw (8)
Adenopathy syphilitic (8)
Babesiosis (8)
Breast cellulitis (8)
Bursitis infective (8)
Cardiac valve vegetation (8)
Coxsackie viral infection (8)
Ear infection viral (8)
Escherichia pyelonephritis (8)
Extradural abscess (8)
Eye infection viral (8)
Gastroenteritis norovirus (8)
Haemorrhagic pneumonia (8)
Infection in an immunocompromised host (8)
Oropharyngeal candidiasis (8)
Otosalpingitis (8)
Peritonitis bacterial (8)
Pneumonia chlamydial (8)
Pneumonia streptococcal (8)
Pulmonary tuberculosis (8)
Roseola (8)
Sepsis syndrome (8)
Staphylococcal skin infection (8)
Streptococcal urinary tract infection (8)
Tinea cruris (8)
Tongue abscess (8)
Vertical infection transmission (8)
Abscess of eyelid (7)
Anal candidiasis (7)
Application site abscess (7)
Application site pustules (7)
Bacterial diarrhoea (7)
Cellulitis orbital (7)
Coccidioidomycosis (7)
Cytomegalovirus viraemia (7)
Diverticulitis intestinal perforated (7)
Groin infection (7)
Haemophilus infection (7)
Infection parasitic (7)
Leptospirosis (7)

Lymph node tuberculosis (7)
Nail infection (7)
Omphalitis (7)
Overgrowth fungal (7)
Pleurisy viral (7)
Pneumonia legionella (7)
Pyoderma (7)
Retinitis (7)
Rocky mountain spotted fever (7)
Salmonellosis (7)
Spinal cord infection (7)
Tetanus (7)
Tracheobronchitis (7)
Typhoid fever (7)
Viral sinusitis (7)
Viral tonsillitis (7)
Abscess intestinal (6)
Acquired immunodeficiency syndrome (6)
Acute hepatitis B (6)
Arthritis viral (6)
Aspergillus infection (6)
Bartholinitis (6)
Bronchopulmonary aspergillosis (6)
Cellulitis staphylococcal (6)
Cystitis escherichia (6)
Diabetic foot infection (6)
Enterobacter infection (6)
Erysipeloid (6)
Gastroenteritis Escherichia coli (6)
H1N1 influenza (6)
Hepatic infection (6)
Herpes simplex meningitis (6)
Laryngopharyngitis (6)
Meningitis coxsackie viral (6)
Mucosal infection (6)
Myocarditis infectious (6)
Oesophageal candidiasis (6)
Oral viral infection (6)
Progressive multifocal leukoencephalopathy (6)
Pseudomembranous colitis (6)
Pseudomonal bacteraemia (6)
Rabies (6)
Rectal abscess (6)
SARS-CoV-2 carrier (6)
SARS-CoV-2 sepsis (6)
Severe asthma with fungal sensitisation (6)
Spinal cord abscess (6)
Streptococcal bacteraemia (6)
Sweat gland infection (6)

Systemic candida (6)
Tongue fungal infection (6)
Urinary tract candidiasis (6)
Urinary tract infection enterococcal (6)
Uterine infection (6)
Abscess bacterial (5)
Abscess rupture (5)
Adenoviral conjunctivitis (5)
Aerococcus urinae infection (5)
Application site infection (5)
Asymptomatic bacteriuria (5)
Bartholin's abscess (5)
Cat scratch disease (5)
Colon gangrene (5)
Ear infection fungal (5)
External ear cellulitis (5)
Herpes pharyngitis (5)
Infectious thyroiditis (5)
Infective exacerbation of chronic obstructive airways disease (5)
Intestinal gangrene (5)
Klebsiella sepsis (5)
Laryngitis viral (5)
Listeriosis (5)
Onychomycosis (5)
Oophoritis (5)
Opportunistic infection (5)
Osteomyelitis acute (5)
Pancreas infection (5)
Picornavirus infection (5)
Pneumococcal bacteraemia (5)
Poliomyelitis (5)
Respiratory tract infection bacterial (5)
Septic embolus (5)
Serratia infection (5)
Streptobacillus infection (5)
Upper respiratory tract infection bacterial (5)
Vaginal abscess (5)
Viral cardiomyopathy (5)
Wound abscess (5)
Vulvovaginitis (5)
Abdominal sepsis (4)
Abscess of salivary gland (4)
Abscess soft tissue (4)
Acute haemorrhagic conjunctivitis (4)
Application site cellulitis (4)
Atypical mycobacterial infection (4)
Bacterial disease carrier (4)
Bacterial vulvovaginitis (4)
Balanitis candida (4)

Bone tuberculosis (4)
Breast discharge infected (4)
Candida sepsis (4)
Catheter site infection (4)
Chronic hepatitis C (4)
Citrobacter infection (4)
Colonic abscess (4)
Corneal infection (4)
Cystitis klebsiella (4)
Diphtheria (4)
Ear lobe infection (4)
Embolic pneumonia (4)
Endophthalmitis (4)
Enterococcal bacteraemia (4)
Gastroenteritis bacterial (4)
Gastrointestinal bacterial infection (4)
Genital infection viral (4)
H2N2 influenza (4)
Helicobacter gastritis (4)
Helminthic infection (4)
Hepatitis B reactivation (4)
Herpes sepsis (4)
Herpes simplex hepatitis (4)
Herpes simplex meningoencephalitis (4)
Human ehrlichiosis (4)
Infected lymphocele (4)
Infected seroma (4)
Infectious disease carrier (4)
Infective myositis (4)
Infective tenosynovitis (4)
Joint abscess (4)
Latent tuberculosis (4)
Mediastinitis (4)
Meningoencephalitis bacterial (4)
Mononucleosis syndrome (4)
Morganella infection (4)
Mucormycosis (4)
Mycobacterium avium complex infection (4)
Mycoplasma infection (4)
Norovirus infection (4)
Nosocomial infection (4)
Parasitic gastroenteritis (4)
Pleural infection (4)
Pneumococcal sepsis (4)
Pneumonia necrotising (4)
Proteus infection (4)
Rotavirus infection (4)
Salmonella sepsis (4)
Sebaceous gland infection (4)

Septic encephalopathy (4)
Shigella infection (4)
Sinobronchitis (4)
Staphylococcal abscess (4)
Trichomoniasis (4)
Trombidiasis (4)
Vaccination site joint infection (4)
Varicella post vaccine (4)
Viral myelitis (4)
Wound infection staphylococcal (4)
Abdominal wall abscess (3)
Bacterial colitis (3)
Bacterial prostatitis (3)
Bartonellosis (3)
Biliary tract infection (3)
Blastomycosis (3)
Bullous impetigo (3)
Campylobacter colitis (3)
Chronic active Epstein-Barr virus infection (3)
CNS ventriculitis (3)
Cranial nerve infection (3)
Cystitis bacterial (3)
Cytomegalovirus syndrome (3)
Disseminated tuberculosis (3)
Disseminated varicella (3)
Diverticulitis intestinal haemorrhagic (3)
Emphysematous cystitis (3)
Encephalitis lethargica (3)
Enterobacter bacteraemia (3)
Enterocolitis infectious (3)
Erythrasma (3)
Exanthema subitum (3)
Eye infection toxoplasmal (3)
Fascial infection (3)
Fasciolopsiasis (3)
Funisitis (3)
Gas gangrene (3)
Gastritis bacterial (3)
Gastroenteritis rotavirus (3)
Genitourinary tract infection (3)
Giardiasis (3)
Group B streptococcus neonatal sepsis (3)
Histoplasmosis (3)
Human anaplasmosis (3)
Human herpesvirus 6 infection reactivation (3)
Implant site pustules (3)
Infected fistula (3)
Infective exacerbation of bronchiectasis (3)
Infective spondylitis (3)

Infective thrombosis (3)
Lip infection (3)
Lower respiratory tract infection viral (3)
Lymphadenitis viral (3)
Meningitis tuberculous (3)
Mycetoma mycotic (3)
Mycobacterial infection (3)
Myocarditis septic (3)
Necrotising ulcerative gingivostomatitis (3)
Oral bacterial infection (3)
Otitis media chronic (3)
Parainfluenzae viral laryngotracheobronchitis (3)
Parapharyngeal space infection (3)
Parvovirus infection (3)
Pelvic infection (3)
Perineal abscess (3)
Periorbital infection (3)
Persistent generalised lymphadenopathy (3)
Pharyngeal pustule (3)
Postoperative abscess (3)
Pseudomonal sepsis (3)
Rhinolaryngitis (3)
Salpingitis (3)
Scrotal cellulitis (3)
Scrotal infection (3)
Septic arthritis staphylococcal (3)
Septic pulmonary embolism (3)
Splenic infection (3)
Streptococcal abscess (3)
Subperiosteal abscess (3)
Thrombophlebitis septic (3)
Tularaemia (3)
Urinary tract infection fungal (3)
Vaccine virus shedding (3)
Viral parotitis (3)
Viral uveitis (3)
Wound sepsis (3)
Acanthamoeba keratitis (2)
Acariasis (2)
Acid fast bacilli infection (2)
Acute endocarditis (2)
Adenoviral meningitis (2)
Administration site abscess (2)
Administration site cellulitis (2)
Alveolar osteitis (2)
American trypanosomiasis (2)
Anal fungal infection (2)
Bacterial pericarditis (2)
Bacterial pyelonephritis (2)

Bacterial toxaemia (2)
Bacteroides bacteraemia (2)
Bed bug infestation (2)
Blastocystis infection (2)
Bone abscess (2)
Boston exanthema (2)
Bullous erysipelas (2)
Cardiac valve abscess (2)
Cellulitis gangrenous (2)
Cellulitis pasteurella (2)
Chest wall abscess (2)
Cholera (2)
Chronic tonsillitis (2)
Clostridial infection (2)
Coinfection (2)
Cryptococcal meningoencephalitis (2)
Cystitis viral (2)
Cytomegalovirus chorioretinitis (2)
Cytomegalovirus colitis (2)
Cytomegalovirus mononucleosis (2)
Cytomegalovirus pericarditis (2)
Dacryocanaliculitis (2)
Dermatophytosis (2)
Diabetic gangrene (2)
Eczema impetiginous (2)
Encephalitis Japanese B (2)
Endocarditis staphylococcal (2)
Enterobiasis (2)
Enterocolitis viral (2)
Epiglottitis obstructive (2)
Erythema infectiosum (2)
Eye infection staphylococcal (2)
Fournier's gangrene (2)
Fungal disease carrier (2)
Gastritis herpes (2)
Gastroenteritis adenovirus (2)
Gastroenteritis salmonella (2)
Gastrointestinal candidiasis (2)
Genital infection (2)
Genital ulcer syndrome (2)
Gonococcal infection (2)
Haemorrhagic fever (2)
Haemorrhagic fever with renal syndrome (2)
Haemorrhagic varicella syndrome (2)
Haemorrhoid infection (2)
Hantavirus pulmonary infection (2)
HCoV-OC43 infection (2)
Hepatitis D (2)
Herpes simplex otitis externa (2)

Herpes zoster necrotising retinopathy (2)
Herpetic radiculopathy (2)
Hookworm infection (2)
Human herpesvirus 6 encephalitis (2)
Hypopyon (2)
Implant site infection (2)
Incision site abscess (2)
Infective pulmonary exacerbation of cystic fibrosis (2)
Intrauterine infection (2)
Keratitis bacterial (2)
Keratitis viral (2)
Keratouveitis (2)
Klebsiella bacteraemia (2)
Lactobacillus infection (2)
Lemierre syndrome (2)
Lice infestation (2)
Lyme carditis (2)
Malassezia infection (2)
Mastitis bacterial (2)
Meningococcal bacteraemia (2)
Meningococcal sepsis (2)
Meningomyelitis herpes (2)
Mesenteric abscess (2)
Nail bed infection (2)
Neurological infection (2)
Nipple infection (2)
Oesophageal infection (2)
Ovarian abscess (2)
Overgrowth bacterial (2)
Parvovirus B19 infection (2)
Penile abscess (2)
Periorbital abscess (2)
Peritonsillitis (2)
Periumbilical abscess (2)
Pharyngolaryngeal abscess (2)
Pinta (2)
Plague (2)
Plasmodium falciparum infection (2)
Pneumonia haemophilus (2)
Pneumonia respiratory syncytial viral (2)
Proctitis herpes (2)
Psoas abscess (2)
Puerperal pyrexia (2)
Puncture site cellulitis (2)
Puncture site infection (2)
Pyoderma streptococcal (2)
Respiratory moniliasis (2)
Respiratory syncytial virus bronchitis (2)
Rubella in pregnancy (2)

Secondary syphilis (2)
Sepsis neonatal (2)
Serratia sepsis (2)
Severe fever with thrombocytopenia syndrome (2)
Severe invasive streptococcal infection (2)
Small intestine gangrene (2)
Staphylococcal impetigo (2)
Staphylococcal scalded skin syndrome (2)
Stenotrophomonas infection (2)
Streptococcal endocarditis (2)
Subacute endocarditis (2)
Subdural abscess (2)
Tick-borne viral encephalitis (2)
Tinea capitis (2)
Tracheobronchitis bacterial (2)
Tracheostomy infection (2)
Trachoma (2)
Trematode infection (2)
Trichiniasis (2)
Tubo-ovarian abscess (2)
Ureteritis (2)
Urinary tract infection pseudomonal (2)
Urinary tract infection staphylococcal (2)
Urogenital infection bacterial (2)
Uterine abscess (2)
Varicella zoster oesophagitis (2)
Varicella zoster pneumonia (2)
Vascular device infection (2)
Viral corneal ulcer (2)
Viral keratouveitis (2)
Viral skin infection (2)
Visceral leishmaniasis (2)
Vitritis infective (2)
Wound infection bacterial (2)
Yellow fever (2)
Yersinia infection (2)
Zoonotic bacterial infection (2)
Abdominal wall infection (1)
Abortion infected (1)
Abscess sweat gland (1)
Acute HIV infection (1)
Adenoiditis (1)
Adrenalitis (1)
AIDS related complex (1)
Allergic bronchopulmonary mycosis (1)
Anal infection (1)
Angina gangrenous (1)
Arboviral infection (1)
Arteriosclerotic gangrene (1)

Arthropod-borne disease (1)
Atypical mycobacterial lower respiratory tract infection (1)
Atypical mycobacterial lymphadenitis (1)
Bacillus infection (1)
Bacterial abdominal infection (1)
Bacterial parotitis (1)
Bacterial rhinitis (1)
BK virus infection (1)
Boutonneuse fever (1)
Brain empyema (1)
Candida cervicitis (1)
Capnocytophaga sepsis (1)
Cellulitis streptococcal (1)
Central nervous system viral infection (1)
Cervicitis (1)
Cervicitis trichomonal (1)
Chikungunya virus infection (1)
Cholangitis infective (1)
Chronic hepatitis B (1)
Colitis herpes (1)
Colostomy infection (1)
Cow pox (1)
Coxsackie bronchitis (1)
Cryptococcal cutaneous infection (1)
Cutaneous mucormycosis (1)
Dengue haemorrhagic fever (1)
Dental fistula (1)
Dermatophytosis of nail (1)
Device related bacteraemia (1)
Dientamoeba infection (1)
Disseminated varicella zoster vaccine virus infection (1)
Ebola disease (1)
Ecthyma (1)
Eczema vaccinatum (1)
Emphysematous pyelonephritis (1)
Encephalitis cytomegalovirus (1)
Encephalitis meningococcal (1)
Endocarditis meningococcal (1)
Endocarditis viral (1)
Enterobacter sepsis (1)
Enterococcal sepsis (1)
Epidemic polyarthritis (1)
Eruptive pseudoangiomatosis (1)
Eye infection fungal (1)
Eye infection intraocular (1)
Fallopian tube abscess (1)
Fascioliasis (1)
Flea infestation (1)
Fungaemia (1)

Fungal oesophagitis (1)
Fungal peritonitis (1)
Fungal pharyngitis (1)
Fungal sepsis (1)
Gardnerella infection (1)
Gastric ulcer helicobacter (1)
Gastritis viral (1)
Gastroenteritis proteus (1)
Gastroenteritis shigella (1)
Gastrointestinal fungal infection (1)
Genital candidiasis (1)
Genital infection bacterial (1)
Genital infection female (1)
Hantaviral infection (1)
Hepatic cyst infection (1)
Hepatosplenic abscess (1)
Herpes oesophagitis (1)
Herpes simplex gastritis (1)
Herpes simplex oesophagitis (1)
Herpes simplex viraemia (1)
Herpes zoster meningomyelitis (1)
Herpes zoster pharyngitis (1)
HIV viraemia (1)
HIV-associated neurocognitive disorder (1)
Human herpesvirus 7 infection (1)
Human T-cell lymphotropic virus infection (1)
Ileal gangrene (1)
Indeterminate leprosy (1)
Infected varicose vein (1)
Infection transmission via personal contact (1)
Infection via vaccinee (1)
Infective aneurysm (1)
Infective corneal ulcer (1)
Infective iritis (1)
Infestation (1)
Infusion site infection (1)
Intestinal fistula infection (1)
Intestinal sepsis (1)
Laryngitis bacterial (1)
Leprosy (1)
Lochial infection (1)
Lower respiratory tract infection bacterial (1)
Malaria relapse (1)
Medical device site joint infection (1)
Meningitis meningococcal (1)
Meningococcal infection (1)
Meningoencephalitis herpes simplex neonatal (1)
Metapneumovirus infection (1)
Middle East respiratory syndrome (1)

Moraxella infection (1)
Myocarditis bacterial (1)
Necrotising soft tissue infection (1)
Necrotising ulcerative periodontitis (1)
Nematodiasis (1)
Neonatal pneumonia (1)
Neurosyphilis (1)
Osteomyelitis chronic (1)
Otitis externa bacterial (1)
Otitis externa fungal (1)
Otitis media bacterial (1)
Pancreatitis viral (1)
Papular pruritic eruption of HIV (1)
Paragonimiasis (1)
Paravaccinia (1)
Parechovirus infection (1)
Parotid abscess (1)
Parvovirus B19 infection reactivation (1)
Pasteurella infection (1)
Pelvic sepsis (1)
Peptostreptococcus infection (1)
Perineal infection (1)
Perirectal abscess (1)
Pneumocystis jirovecii infection (1)
Pneumonia adenoviral (1)
Pneumonia cryptococcal (1)
Pneumonia cytomegaloviral (1)
Pneumonia escherichia (1)
Pneumonia moraxella (1)
Post procedural cellulitis (1)
Post procedural pneumonia (1)
Post procedural sepsis (1)
Post vaccination autoinoculation (1)
Prion disease (1)
Prostatic abscess (1)
Puncture site abscess (1)
Purple urine bag syndrome (1)
Purulent pericarditis (1)
Pyelonephritis chronic (1)
Pyometra (1)
Pyomyositis (1)
Recurrent subareolar breast abscess (1)
Renal graft infection (1)
Retinitis viral (1)
Rhinotracheitis (1)
Rickettsiosis (1)
Salpingo-oophoritis (1)
Scedosporium infection (1)
Spirochaetal infection (1)

Splenic abscess (1)
Sternitis (1)
Subglottic laryngitis (1)
Suspected transmission of an infectious agent via product (1)
Syphilis genital (1)
Systemic bacterial infection (1)
Systemic mycosis (1)
Systemic viral infection (1)
Thyroglossal cyst infection (1)
Tick-borne fever (1)
Tonsillitis fungal (1)
Toxic shock syndrome staphylococcal (1)
Tuberculoma of central nervous system (1)
Tuberculosis of central nervous system (1)
Tuberculous pleurisy (1)
Typhus (1)
Urinary bladder abscess (1)
Urinary tract infection viral (1)
Vaccine bacteria shedding (1)
Vaccine derived SARS-CoV-2 infection (1)
Vaccinia virus infection (1)
Vaginitis gardnerella (1)
Vascular graft infection (1)
Weil's disease (1)
Whipple's disease (1)
Viral hepatitis carrier (1)
Viral myositis (1)
Viral rhinitis (1)
Viral vasculitis (1)
Vulvovaginitis staphylococcal (1)
Vulvovaginitis trichomonal (1)
Yellow fever vaccine-associated neurotropic disease (1)
Yersinia bacteraemia (1)
Zika virus infection (1)
Injury, poisoning and procedural complications (118536)
Inappropriate schedule of product administration (13783)
Contusion (12504)
Fall (9989)
Product storage error (8755)
Product administered to patient of inappropriate age (8695)
Expired product administered (5608)
Vaccination complication (5444)
Maternal exposure during pregnancy (5370)
Off label use (5141)
Maternal exposure during breast feeding (4272)
Extra dose administered (3912)
Exposure during pregnancy (3378)
Incorrect dose administered (3156)
Product dose omission issue (2722)

Head injury (2308)
Underdose (2306)
Poor quality product administered (2198)
Product use issue (1949)
Incorrect route of product administration (1908)
Product preparation issue (1795)
Exposure to SARS-CoV-2 (1289)
Exposure via breast milk (1075)
Wrong product administered (1073)
Limb injury (1064)
Product administered at inappropriate site (871)
Product administration error (839)
Vaccination error (834)
Injection related reaction (807)
Medication error (713)
Nerve injury (708)
Overdose (692)
Incorrect product formulation administered (666)
Product preparation error (653)
Incomplete course of vaccination (580)
Muscle strain (551)
Injury (428)
Chillblains (395)
Skin laceration (391)
Wrong technique in product usage process (368)
Wound (365)
Face injury (355)
Adverse event following immunisation (351)
Scar (343)
Joint injury (330)
Skin abrasion (330)
Concussion (323)
Subdural haematoma (306)
Circumstance or information capable of leading to medication error (286)
Road traffic accident (268)
Eye contusion (259)
Scratch (259)
Sunburn (258)
Thermal burn (242)
Intentional dose omission (238)
Eye injury (236)
Intentional product use issue (211)
Accidental overdose (206)
Ligament sprain (206)
Maternal exposure before pregnancy (191)
Arthropod bite (181)
Exposure via skin contact (173)
Muscle injury (166)
Epicondylitis (163)

Rib fracture (153)
Foetal exposure during pregnancy (152)
Joint dislocation (152)
Accidental underdose (150)
Accidental exposure to product (140)
Maternal exposure timing unspecified (140)
Incision site rash (131)
Lip injury (129)
Tendon rupture (128)
Thermal burns of eye (128)
Craniocerebral injury (127)
Fracture (119)
Facial bones fracture (118)
Muscle rupture (115)
Tooth fracture (111)
Intentional product misuse (107)
Subcutaneous haematoma (99)
Back injury (97)
Heart injury (96)
Hip fracture (94)
Arthropod sting (92)
Electric shock (90)
Heat stroke (86)
Post procedural complication (86)
Upper limb fracture (86)
Wound haemorrhage (86)
Wrong dose (86)
Skin injury (84)
Reaction to previous exposure to any vaccine (83)
Nasal injury (82)
Foreign body in throat (81)
Tooth injury (80)
Infusion related reaction (79)
Procedural pain (78)
Foot fracture (76)
Clavicle fracture (74)
Subdural haemorrhage (72)
Femur fracture (71)
Incision site swelling (71)
Toxicity to various agents (71)
Mouth injury (68)
Spinal fracture (67)
Wrong technique in device usage process (67)
Accident (66)
Vascular injury (66)
Procedural dizziness (65)
Skin wound (65)
Oral contusion (64)
Ankle fracture (62)

Lower limb fracture (62)
Occupational exposure to SARS-CoV-2 (61)
Product dose omission in error (59)
Product use in unapproved indication (59)
Neck injury (58)
Poisoning (58)
Brain herniation (56)
Chest injury (56)
Tendon injury (56)
Product administration interrupted (54)
Wound complication (54)
Procedural nausea (53)
Product label confusion (53)
Spinal compression fracture (52)
Burn oral cavity (50)
Wound secretion (50)
Chest crushing (48)
Wrong patient (48)
Product dispensing error (47)
Brain contusion (46)
Optic nerve injury (44)
Femoral neck fracture (42)
Heat oedema (41)
Bite (40)
Burns second degree (40)
Skull fracture (40)
Wrong schedule (40)
Animal bite (39)
Heat illness (39)
Periorbital haematoma (39)
Wrist fracture (39)
Ligament rupture (38)
Tongue injury (38)
Meniscus injury (37)
Traumatic haematoma (37)
Pelvic fracture (35)
Post vaccination syndrome (35)
Heat exhaustion (34)
Incorrect product administration duration (34)
Incision site pain (33)
Hand fracture (31)
Periorbital haemorrhage (31)
Post procedural haemorrhage (31)
Product dispensing issue (31)
Splenic rupture (31)
Burn oesophageal (30)
Child maltreatment syndrome (30)
Multiple fractures (30)
Spinal cord injury (30)

Frostbite (29)
Post-traumatic neck syndrome (29)
Wrong patient received product (29)
Traumatic lung injury (28)
Bone contusion (27)
Post lumbar puncture syndrome (27)
Alcohol poisoning (26)
Contraindicated product administered (26)
Occupational exposure to product (26)
Venous injury (26)
Humerus fracture (25)
Post-traumatic pain (25)
Retinal injury (25)
Intentional overdose (23)
Jaw fracture (23)
Brachial plexus injury (22)
Vascular graft thrombosis (22)
Eyelid contusion (21)
Product prescribing error (21)
Cartilage injury (20)
Ear injury (20)
Multiple injuries (20)
Post concussion syndrome (20)
Tibia fracture (20)
Ulnar nerve injury (20)
Compression fracture (19)
Corneal abrasion (19)
Multiple use of single-use product (19)
Radius fracture (19)
Bursa injury (18)
Exposure to extreme temperature (18)
Incorrect dosage administered (18)
Inflammation of wound (18)
Intercepted medication error (18)
Palate injury (18)
Soft tissue injury (18)
Synovial rupture (18)
Cervical vertebral fracture (17)
Contraindicated product prescribed (17)
Exposure to communicable disease (17)
Lumbar vertebral fracture (17)
Radial nerve injury (17)
Skull fractured base (17)
Stress fracture (17)
Wrong drug (17)
Airway burns (16)
Axillary web syndrome (16)
Burn of internal organs (16)
Chemical burn of skin (16)

Extradural haematoma (16)
Hypobarism (16)
Ligament injury (16)
Limb crushing injury (16)
Tissue injury (16)
Arteriovenous fistula thrombosis (15)
Eschar (15)
Exposure to vaccinated person (15)
Fibula fracture (15)
Incorrect dose administered by device (15)
Prescribed underdose (15)
Traumatic haemorrhage (15)
Traumatic intracranial haemorrhage (15)
Arterial injury (14)
Chemical burn (14)
Endotracheal intubation complication (14)
Foreign body in eye (14)
Skeletal injury (14)
Axillary nerve injury (13)
Dose calculation error (13)
Vulvovaginal injury (13)
Eyelid injury (12)
Peripheral nerve injury (12)
Seroma (12)
Spinal column injury (12)
Autonomic dysreflexia (11)
Burns third degree (11)
Device use issue (11)
Fractured coccyx (11)
Heat cramps (11)
Nervous system injury (11)
Procedural haemorrhage (11)
Product selection error (11)
Recall phenomenon (11)
Sciatic nerve injury (11)
Spinal cord injury cervical (11)
Vasoplegia syndrome (11)
Anaesthetic complication (10)
Booster dose missed (10)
Delayed recovery from anaesthesia (10)
Inadequate aseptic technique in use of product (10)
Patella fracture (10)
Procedural vomiting (10)
Thoracic vertebral fracture (10)
Vascular pseudoaneurysm (10)
VIIIth nerve injury (10)
Animal scratch (9)
Barotrauma (9)
Cold burn (9)

Hyphaema (9)
Injury corneal (9)
Intentional underdose (9)
Peroneal nerve injury (9)
Procedural complication (9)
Sedation complication (9)
Stoma site haemorrhage (9)
Stoma site pain (9)
Tracheal obstruction (9)
Transcription medication error (9)
Traumatic haemothorax (9)
Wrong route (9)
Accident at work (8)
Buttock injury (8)
Cranial nerve injury (8)
Gastrointestinal injury (8)
Gastrointestinal stoma complication (8)
Musculoskeletal injury (8)
Postoperative wound complication (8)
Product prescribing issue (8)
Vascular graft occlusion (8)
Wrong device used (8)
Device use error (7)
Drug exposure before pregnancy (7)
Exposure to toxic agent (7)
Foreign body (7)
Fractured sacrum (7)
Gingival injury (7)
Hair injury (7)
Heavy exposure to ultraviolet light (7)
Intercepted product administration error (7)
Intoxication by breast feeding (7)
Near drowning (7)
Post procedural diarrhoea (7)
Postoperative thrombosis (7)
Product monitoring error (7)
Product use complaint (7)
Splenic injury (7)
Tooth avulsion (7)
Ulna fracture (7)
Wound necrosis (7)
Accident at home (6)
Administration related reaction (6)
Airway complication of anaesthesia (6)
Cardiac procedure complication (6)
Cerebral ventricle collapse (6)
Decreased embryo viability (6)
Drug monitoring procedure incorrectly performed (6)
Exposure via eye contact (6)

Incorrect disposal of product (6)
Lack of vaccination site rotation (6)
Paternal exposure before pregnancy (6)
Post procedural contusion (6)
Prescribed overdose (6)
Procedural site reaction (6)
Spinal cord injury thoracic (6)
Sternal fracture (6)
Subarachnoid haematoma (6)
Surgical procedure repeated (6)
Traumatic fracture (6)
Vth nerve injury (6)
Atypical femur fracture (5)
Auricular haematoma (5)
Dental restoration failure (5)
Device difficult to use (5)
Drug administered in wrong device (5)
Duplicate therapy error (5)
Environmental exposure (5)
Epidural haemorrhage (5)
Exposure to noise (5)
Face crushing (5)
Gun shot wound (5)
Incorrect dose administered by product (5)
Incorrect drug administration rate (5)
Intercepted product storage error (5)
Needle fatigue (5)
Nerve root injury (5)
Paternal exposure during pregnancy (5)
Penis injury (5)
Postoperative ileus (5)
Prescription drug used without a prescription (5)
Radiation associated pain (5)
Recalled product administered (5)
Rectal injury (5)
Repetitive strain injury (5)
Stoma site discharge (5)
Superficial injury of eye (5)
Transplant failure (5)
Trunk injury (5)
VIIth nerve injury (5)
Abdomen crushing (4)
Bone fragmentation (4)
Breast injury (4)
Central cord syndrome (4)
Colon injury (4)
Compensatory sweating (4)
Complications of transplant surgery (4)
Counterfeit product administered (4)

Dialysis related complication (4)
Documented hypersensitivity to administered product (4)
Drug dispensed to wrong patient (4)
Drug dose omission by device (4)
Drug monitoring procedure not performed (4)
Exposure to allergen (4)
Exposure via unknown route (4)
Foreign body in gastrointestinal tract (4)
Iliotibial band syndrome (4)
Incision site complication (4)
Incision site erythema (4)
Median nerve injury (4)
Metal poisoning (4)
Muscle contusion (4)
Nail avulsion (4)
Nail injury (4)
Neck crushing (4)
Penile contusion (4)
Peripancreatic fluid collection (4)
Pharyngeal contusion (4)
Pneumoconiosis (4)
Post laminectomy syndrome (4)
Post procedural fever (4)
Post procedural inflammation (4)
Product packaging confusion (4)
Pulmonary contusion (4)
Sports injury (4)
Stab wound (4)
Stoma site rash (4)
Vascular access site swelling (4)
Vascular access site thrombosis (4)
Vascular procedure complication (4)
Wound dehiscence (4)
Wrong dosage formulation (4)
Acetabulum fracture (3)
Anaemia postoperative (3)
Anterior cord syndrome (3)
Arteriovenous fistula site haemorrhage (3)
Barotitis media (3)
Bladder injury (3)
Cardiac valve rupture (3)
Central nervous system injury (3)
Chemical burn of oral cavity (3)
Chemical poisoning (3)
Coronary bypass thrombosis (3)
Craniofacial injury (3)
Dermal filler overcorrection (3)
Device use confusion (3)
Exposure via partner (3)

Eye luxation (3)
Graft thrombosis (3)
Incision site haemorrhage (3)
Intercepted product dispensing error (3)
Kidney rupture (3)
Labelled drug-drug interaction issue (3)
Lack of injection site rotation (3)
Pancreatic injury (3)
Perineal injury (3)
Periprosthetic fracture (3)
Post procedural discomfort (3)
Post procedural swelling (3)
Prevertebral soft tissue swelling of cervical space (3)
Procedural headache (3)
Procedural hypertension (3)
Product administered by wrong person (3)
Product communication issue (3)
Product confusion (3)
Product substitution error (3)
Stoma site erythema (3)
Stroke-like migraine attacks after radiation therapy (3)
Suture related complication (3)
Systemic toxicity (3)
Tracheal deviation (3)
Tracheal injury (3)
Vascular access malfunction (3)
Vascular access site bruising (3)
Weaning failure (3)
Wound haematoma (3)
Abdominal injury (2)
Abdominal wall wound (2)
Anaesthetic complication neurological (2)
Anastomotic ulcer (2)
Arteriovenous fistula aneurysm (2)
Arteriovenous graft thrombosis (2)
Asbestosis (2)
Avulsion fracture (2)
Bone fissure (2)
Carbon monoxide poisoning (2)
Cardiac vein dissection (2)
Chemical phlebitis (2)
Circumstance or information capable of leading to device use error (2)
Complications of transplanted kidney (2)
Conjunctival scar (2)
Coronary artery reocclusion (2)
Craniofacial fracture (2)
Decompression sickness (2)
Device dispensing error (2)
Dislocation of vertebra (2)

Ear canal injury (2)
Electrical burn (2)
Exposure to contaminated air (2)
Exposure to contaminated device (2)
Exposure to contaminated water (2)
Exposure via body fluid (2)
Exposure via direct contact (2)
Fallopian tube perforation (2)
Flail chest (2)
Foreign body in ear (2)
Foreign body in respiratory tract (2)
Foreign body in urogenital tract (2)
Fractured skull depressed (2)
Gallbladder injury (2)
Gastrointestinal procedural complication (2)
Inappropriate schedule of product discontinuation (2)
Incision site discharge (2)
Incision site impaired healing (2)
Incision site pruritus (2)
Incisional hernia (2)
Internal injury (2)
Ischaemic contracture of the left ventricle (2)
Kidney contusion (2)
Labelled drug-drug interaction medication error (2)
Limb fracture (2)
Medical device monitoring error (2)
Meningitis chemical (2)
Meniscus cyst (2)
Neovaginal pain (2)
Nerve root injury thoracic (2)
Open globe injury (2)
Oropharyngeal stenosis (2)
Pelvic bone injury (2)
Periprosthetic osteolysis (2)
Phrenic nerve injury (2)
Pneumocephalus (2)
Pneumonitis chemical (2)
Pneumothorax traumatic (2)
Post procedural discharge (2)
Post procedural oedema (2)
Post procedural stroke (2)
Post procedural urine leak (2)
Posterior capsule rupture (2)
Posterior fossa syndrome (2)
Posterior tibial nerve injury (2)
Product name confusion (2)
Pulmonary oil microembolism (2)
Respiratory fume inhalation disorder (2)
Shunt blood flow excessive (2)

Shunt malfunction (2)
Shunt occlusion (2)
Snake bite (2)
Spinal cord injury cauda equina (2)
Stoma complication (2)
Stoma site extravasation (2)
Stoma site hypergranulation (2)
Struck by lightning (2)
Suture rupture (2)
Tensor fasciae latae syndrome (2)
Testicular injury (2)
Toxic anterior segment syndrome (2)
Tracheal haemorrhage (2)
Transplant dysfunction (2)
Urinary tract stoma complication (2)
Uterine rupture (2)
Uveitis-glaucoma-hyphaema syndrome (2)
Accidental exposure to product by child (1)
Accidental exposure to product packaging (1)
Acoustic shock (1)
Adrenal gland injury (1)
Anal injury (1)
Anastomotic complication (1)
Aortic pseudoaneurysm (1)
Arteriovenous fistula maturation failure (1)
Arteriovenous fistula site complication (1)
Bronchial injury (1)
Burns first degree (1)
Cataract traumatic (1)
Cerebral hyperperfusion syndrome (1)
Cervix injury (1)
Chemical cystitis (1)
Cold shock response (1)
Comminuted fracture (1)
Complications of transplanted lung (1)
Conjunctival laceration (1)
Coronary artery restenosis (1)
Coronary vascular graft occlusion (1)
Crush injury (1)
Deafness traumatic (1)
Deep vein thrombosis postoperative (1)
Delayed graft function (1)
Dental leakage (1)
Device placement issue (1)
Dialysis disequilibrium syndrome (1)
Diaphragmatic injury (1)
Diffuse axonal injury (1)
Drain site complication (1)
Drug titration error (1)

Dysphotopsia (1)
Ergot poisoning (1)
Expired device used (1)
Exposure to chemical pollution (1)
Exposure to fungus (1)
Exposure to household chemicals (1)
Exposure to radiation (1)
Exposure to tobacco (1)
Exposure via contaminated device (1)
Exposure via father (1)
Extraskeletal ossification (1)
Eyeball avulsion (1)
Eyelid scar (1)
Failed in vitro fertilisation (1)
Fascial rupture (1)
Fat adherence syndrome (1)
Fat embolism (1)
Femoral nerve injury (1)
Foreign body aspiration (1)
Foreign body in mouth (1)
Foreign body in skin or subcutaneous tissue (1)
Foreign body ingestion (1)
Fracture displacement (1)
Gastrointestinal anastomotic leak (1)
Genital contusion (1)
Graft haemorrhage (1)
Iatrogenic injury (1)
Incarcerated incisional hernia (1)
Incision site oedema (1)
Incorrect product dosage form administered (1)
Induced abortion failed (1)
Injury of conjunctiva (1)
Intentional device misuse (1)
Intentional device use issue (1)
Intentional medical device removal by patient (1)
Intentional product misuse to child (1)
Intentional removal of drug delivery system by patient (1)
Intercepted product preparation error (1)
Intercepted product prescribing error (1)
Intervertebral disc injury (1)
Iris injury (1)
Joint dislocation postoperative (1)
Labelled drug-disease interaction medication error (1)
Lacrimal structure injury (1)
Lymphatic duct injury (1)
Mallet finger (1)
Maternal drugs affecting foetus (1)
Maternal exposure during delivery (1)
Metal fume fever (1)

Mucosal excoriation (1)
Musculoskeletal foreign body (1)
Neurological procedural complication (1)
Occupational exposure to communicable disease (1)
Occupational exposure to extreme temperature (1)
Occupational exposure to sunlight (1)
Ocular procedural complication (1)
Oesophageal injury (1)
Open fracture (1)
Osteochondral fracture (1)
Ovarian injury (1)
Parasympathetic nerve injury (1)
Paravenous drug administration (1)
Paternal exposure timing unspecified (1)
Pelvic organ injury (1)
Peri-spinal heterotopic ossification (1)
Petroleum distillate poisoning (1)
Plaque shift (1)
Post procedural constipation (1)
Post procedural erythema (1)
Post procedural fistula (1)
Post procedural haematoma (1)
Postmastectomy lymphoedema syndrome (1)
Procedural intestinal perforation (1)
Procedural pneumothorax (1)
Pseudophakic bullous keratopathy (1)
Radial head dislocation (1)
Radiation injury (1)
Radiation mastitis (1)
Radiation pneumonitis (1)
Radiation proctitis (1)
Radiation sickness syndrome (1)
Reactive gastropathy (1)
Reocclusion (1)
Respiratory tract procedural complication (1)
Restenosis (1)
Sacroiliac fracture (1)
Scapula fracture (1)
Scrotal injury (1)
Shunt thrombosis (1)
Silicosis (1)
Single component of a two-component product administered (1)
Skin pressure mark (1)
Soft tissue foreign body (1)
Spinal cord injury lumbar (1)
Spinal cord injury sacral (1)
Spinal shock (1)
Splinter (1)
Stoma obstruction (1)

Stoma site irritation (1)
Stoma site oedema (1)
Tendon dislocation (1)
Tooth dislocation (1)
Tracheostomy malfunction (1)
Transfusion reaction (1)
Transfusion-related acute lung injury (1)
Traumatic arthropathy (1)
Traumatic iritis (1)
Traumatic renal injury (1)
Traumatic shock (1)
Traumatic spinal cord compression (1)
Unintentional use for unapproved indication (1)
Ureteric injury (1)
Urethral injury (1)
Urinary retention postoperative (1)
Uterine injury (1)
Vascular access site inflammation (1)
Vascular graft complication (1)
Vascular graft stenosis (1)
Vena cava injury (1)
VIth nerve injury (1)
Vitreous injury (1)
Wound contamination (1)
Wound decomposition (1)
Investigations (331088)
SARS-CoV-2 test (63018)
Blood pressure increased (34776)
Body temperature (31438)
Body temperature increased (27161)
Heart rate increased (23298)
Blood test (21461)
SARS-CoV-2 test positive (19658)
Blood pressure measurement (18983)
Electrocardiogram (18238)
Heart rate (15027)
Computerised tomogram (12008)
Oxygen saturation (8989)
SARS-CoV-2 test negative (8290)
Magnetic resonance imaging (8270)
Chest X-ray (7856)
Echocardiogram (7414)
Laboratory test (7231)
Full blood count (6393)
C-reactive protein (6320)
Investigation (6178)
Ultrasound scan (5899)
Platelet count (5060)
Fibrin D dimer (4985)

Metabolic function test (4735)
Blood pressure decreased (4716)
Oxygen saturation decreased (4511)
X-ray (4482)
Electrocardiogram normal (4407)
Computerised tomogram head (4358)
Fibrin D dimer increased (4108)
White blood cell count (3989)
Urine analysis (3984)
Troponin (3982)
Magnetic resonance imaging head (3672)
Ultrasound Doppler (3640)
C-reactive protein increased (3460)
Blood glucose (3420)
Blood test normal (3392)
Weight decreased (3255)
Haemoglobin (2971)
Heart rate irregular (2970)
Angiogram (2964)
Troponin increased (2945)
Blood glucose increased (2912)
Platelet count decreased (2883)
SARS-CoV-2 antibody test (2840)
Chest X-ray normal (2708)
Computerised tomogram thorax (2602)
Physical examination (2531)
Full blood count normal (2509)
Blood creatinine (2356)
Electrocardiogram abnormal (2349)
Heart rate decreased (2031)
White blood cell count increased (2008)
Vital signs measurement (1963)
Chest X-ray abnormal (1866)
Blood thyroid stimulating hormone (1858)
Neurological examination (1853)
Computerised tomogram normal (1786)
Blood glucose normal (1742)
Laboratory test normal (1697)
Blood potassium (1578)
Blood creatine phosphokinase (1496)
Respiratory rate (1488)
Alanine aminotransferase (1461)
Haemoglobin decreased (1460)
Blood sodium (1449)
Echocardiogram normal (1447)
Neutrophil count (1402)
International normalised ratio (1400)
Lumbar puncture (1397)
Prothrombin time (1382)

Polymerase chain reaction (1344)
Glomerular filtration rate (1334)
Aspartate aminotransferase (1288)
Activated partial thromboplastin time (1279)
Blood test abnormal (1272)
Body temperature decreased (1219)
Computerised tomogram abdomen (1215)
Computerised tomogram thorax abnormal (1205)
Computerised tomogram abnormal (1170)
Electroencephalogram (1148)
Red blood cell sedimentation rate (1146)
Lymphocyte count (1140)
Magnetic resonance imaging head abnormal (1135)
Blood urea (1134)
Magnetic resonance imaging heart (1133)
Scan (1103)
Liver function test (1100)
Electrocardiogram ambulatory (1078)
Antibody test (1077)
Red blood cell sedimentation rate increased (1058)
Blood urine present (1057)
Blood fibrinogen (1050)
Cardiac monitoring (1043)
Weight (1033)
Magnetic resonance imaging head normal (1026)
Echocardiogram abnormal (1025)
Antinuclear antibody (1019)
Acoustic stimulation tests (1002)
Cardiac stress test (999)
Computerised tomogram head normal (999)
Pregnancy test (996)
Magnetic resonance imaging normal (995)
Alanine aminotransferase increased (989)
Platelet count normal (988)
Ophthalmological examination (976)
Blood creatinine increased (966)
Blood pressure abnormal (966)
Gamma-glutamyltransferase (965)
Ultrasound Doppler abnormal (953)
Biopsy (944)
Haematocrit (941)
Blood bilirubin (939)
Respiratory rate increased (928)
Urine analysis normal (916)
Heart rate abnormal (915)
Glycosylated haemoglobin (901)
Blood lactic acid (895)
Metabolic function test normal (883)
Ultrasound abdomen (876)

Blood lactate dehydrogenase (875)
Aspartate aminotransferase increased (867)
Auscultation (862)
Brain natriuretic peptide (862)
Blood glucose decreased (859)
Blood pressure systolic (858)
Troponin normal (857)
Troponin I (852)
White blood cell count decreased (852)
Influenza virus test negative (850)
Differential white blood cell count (846)
Weight increased (841)
Coma scale (831)
Red blood cell count (826)
Blood culture (815)
Computerised tomogram head abnormal (788)
Scan with contrast (784)
Blood alkaline phosphatase (778)
Blood cholesterol (777)
Body temperature fluctuation (777)
Electromyogram (774)
Electrocardiogram ST segment elevation (763)
Mean cell volume (759)
SARS-CoV-2 antibody test negative (753)
White blood cell count normal (735)
Blood creatine phosphokinase increased (733)
Ultrasound scan abnormal (707)
Haemoglobin normal (700)
Magnetic resonance imaging abnormal (691)
International normalised ratio increased (689)
Red blood cell sedimentation rate normal (688)
Blood potassium decreased (686)
Monocyte count (674)
N-terminal prohormone brain natriuretic peptide (673)
Grip strength decreased (670)
Ultrasound scan normal (669)
Low density lipoprotein (661)
Ejection fraction (656)
Catheterisation cardiac (649)
Eosinophil count (645)
Angiogram pulmonary abnormal (644)
Angiocardiogram (639)
Pulse abnormal (634)
Troponin T (626)
Blood creatinine normal (615)
C-reactive protein normal (612)
Colonoscopy (610)
Blood potassium normal (608)
Body temperature abnormal (608)

HIV test (605)
Blood calcium (600)
Influenza B virus test (600)
PO2 (595)
Laboratory test abnormal (590)
Hepatic enzyme increased (589)
Streptococcus test negative (586)
Culture urine (574)
Renal function test (573)
Blood sodium decreased (569)
Blood albumin (565)
Haematocrit decreased (562)
Blood immunoglobulin G (561)
Blood electrolytes (556)
Serum ferritin (552)
Biopsy skin (551)
Blood count (544)
X-ray normal (538)
Influenza A virus test negative (537)
Blood sodium normal (535)
Blood magnesium (532)
Haematocrit normal (532)
Scan brain (525)
Blood chloride (523)
Blood urea increased (523)
Mammogram (515)
Mean cell haemoglobin (515)
SARS-CoV-2 antibody test positive (515)
Rheumatoid factor (513)
Blood gases (509)
Pain assessment (509)
Blood triglycerides (508)
Body mass index (508)
Viral test (504)
Thyroid function test (503)
Computerised tomogram abdomen abnormal (500)
Ejection fraction decreased (499)
Protein total (499)
Fibrin D dimer normal (497)
Lipase (487)
Red blood cell count decreased (485)
Procalcitonin (481)
Brain natriuretic peptide increased (477)
Platelet count increased (465)
Troponin I increased (465)
Magnetic resonance imaging neck (457)
Magnetic resonance imaging spinal (452)
Respiratory viral panel (452)
Basophil count (443)

PCO2 (443)
Cytomegalovirus test (442)
Blood thyroid stimulating hormone normal (441)
Blood chloride normal (440)
Blood urea normal (430)
Hormone level abnormal (428)
Computerised tomogram neck (426)
Serology test (422)
Urine analysis abnormal (417)
Blood bicarbonate (415)
High density lipoprotein (415)
Vitamin B12 (415)
X-ray limb (413)
Tryptase (409)
Blood pressure systolic increased (407)
Inflammatory marker increased (407)
Audiogram (404)
Liver function test abnormal (403)
Full blood count abnormal (402)
Positron emission tomogram (402)
Immunology test (400)
Coagulation test (399)
Mean cell haemoglobin concentration (398)
Ear, nose and throat examination (396)
Cardiovascular examination (390)
Hepatitis C virus test (387)
Influenza virus test (387)
Scan with contrast abnormal (387)
Endoscopy (385)
Alanine aminotransferase normal (384)
Blood pressure diastolic (383)
Acoustic stimulation tests abnormal (382)
Liver function test increased (382)
Pulmonary function test (377)
Mean cell volume normal (374)
Blood alkaline phosphatase normal (373)
Glomerular filtration rate decreased (373)
Vitamin D (367)
Blood culture negative (362)
pH body fluid (362)
Blood alkaline phosphatase increased (359)
Autopsy (358)
Blood bilirubin increased (358)
Blood immunoglobulin M (354)
Pulse absent (353)
Streptococcus test (353)
Bacterial test (352)
Hepatitis B virus test (352)
Red cell distribution width (350)

Neutrophil count increased (348)
Carbon dioxide normal (347)
Epstein-Barr virus test (346)
Prothrombin level (346)
Blood bilirubin normal (343)
Blood glucose abnormal (342)
CSF test (342)
Antinuclear antibody positive (340)
Ultrasound Doppler normal (340)
Blood magnesium normal (337)
Antinuclear antibody negative (335)
Blood cholesterol increased (334)
Aspartate aminotransferase normal (333)
Pregnancy test negative (330)
Allergy test (328)
Red blood cell count normal (327)
Respiratory syncytial virus test negative (326)
Imaging procedure (325)
Lipids (325)
Transaminases increased (324)
Blood iron (318)
Blood calcium normal (315)
Protein total normal (309)
Lymphocyte count decreased (307)
Borrelia test (305)
Myocardial necrosis marker (305)
Differential white blood cell count normal (304)
International normalised ratio normal (302)
Activated partial thromboplastin time prolonged (300)
Monocyte percentage (299)
Blood lactate dehydrogenase increased (298)
Red cell distribution width normal (298)
Antineutrophil cytoplasmic antibody (297)
Mean cell haemoglobin concentration normal (296)
Inflammatory marker test (295)
Stool analysis (295)
Electrophoresis protein (294)
Blood uric acid (293)
Blood glucose fluctuation (292)
Sinus rhythm (292)
Blood creatine phosphokinase MB (290)
Human chorionic gonadotropin (288)
Eosinophil percentage (286)
Blood thyroid stimulating hormone increased (285)
Blood thyroid stimulating hormone decreased (278)
Anion gap (276)
Nerve conduction studies (275)
Treponema test (274)
Blood creatine phosphokinase normal (273)

Computerised tomogram thorax normal (273)
Blood phosphorus (269)
Mean platelet volume (267)
Serum ferritin increased (266)
Catheterisation cardiac normal (264)
Neutrophil count decreased (264)
Blood albumin normal (263)
Cardiac function test (261)
Culture (260)
Blood iron decreased (259)
Blood calcium decreased (258)
Lymphocyte percentage (258)
Neutrophil percentage increased (258)
Lymphocyte percentage decreased (256)
Mean cell haemoglobin normal (256)
Ultrasound scan vagina (256)
Blood folate (255)
Body height (254)
Skin temperature (254)
Electroencephalogram normal (253)
Thyroid function test normal (253)
CSF protein increased (248)
Blood fibrinogen increased (247)
Brain natriuretic peptide normal (247)
Liver function test normal (247)
Cardiac telemetry (246)
Breath sounds abnormal (243)
Blood albumin decreased (242)
Blood creatine (242)
Catheterisation cardiac abnormal (241)
Neutrophil percentage (239)
Computerised tomogram pelvis (238)
Magnetic resonance imaging spinal abnormal (236)
Adenovirus test (235)
Vitamin B12 normal (235)
Amylase (234)
Blood lactic acid increased (233)
Protein urine (233)
Thyroxine free (233)
Cardiac murmur (231)
Spinal X-ray (231)
Basophil percentage (230)
Blood urine (230)
Rheumatoid factor negative (230)
Lymph node palpable (226)
Scan with contrast normal (223)
Troponin I normal (223)
Angiogram cerebral (222)
Cardiac imaging procedure abnormal (221)

Coronavirus test (221)
Antiphospholipid antibodies (218)
Quality of life decreased (218)
X-ray abnormal (218)
International normalised ratio decreased (217)
Viral test negative (217)
Acoustic stimulation tests normal (215)
Blood potassium increased (215)
Mean platelet volume normal (210)
Troponin T increased (210)
Angiogram normal (208)
Urine output decreased (207)
Angiogram cerebral abnormal (206)
Monocyte count increased (205)
Respiratory rate decreased (205)
Glycosylated haemoglobin increased (203)
Cardiac stress test normal (202)
Antibody test negative (201)
Anti-thyroid antibody (200)
Gamma-glutamyltransferase increased (200)
Thyroxine (199)
Chest scan (198)
NIH stroke scale (198)
Haematology test (197)
Complement factor C3 (196)
HIV test negative (196)
Lumbar puncture abnormal (196)
Venogram (196)
Carbon dioxide decreased (195)
Prothrombin time prolonged (195)
Culture urine negative (194)
Lymphocyte count normal (194)
Carbon dioxide (193)
Lipase increased (193)
Cardiolipin antibody (192)
Endoscopy upper gastrointestinal tract (192)
N-terminal prohormone brain natriuretic peptide increased (192)
Angiogram abnormal (190)
Heparin-induced thrombocytopenia test (190)
Prothrombin time normal (190)
Red cell distribution width increased (190)
Activated partial thromboplastin time ratio (188)
Complement factor C4 (188)
X-ray limb normal (188)
Blood electrolytes normal (187)
Borrelia test negative (187)
Ejection fraction normal (185)
Angiogram cerebral normal (184)
Biopsy bone marrow (184)

Bilirubin conjugated (183)
Abdominal X-ray (182)
Immature granulocyte count (182)
Gynaecological examination (180)
Hepatic enzyme (180)
Ultrasound breast (180)
Blood pH (179)
Prostatic specific antigen (179)
Ventilation/perfusion scan (179)
Blood pressure diastolic increased (178)
Anti-cyclic citrullinated peptide antibody (177)
Enterovirus test negative (177)
Magnetic resonance imaging spinal normal (177)
Smear test (177)
Cardiovascular evaluation (176)
Influenza A virus test (176)
Neutrophil count normal (176)
Eosinophil count normal (175)
Heart sounds (175)
Vitamin D decreased (174)
CSF protein (171)
Myocardial necrosis marker increased (171)
Blood chloride increased (169)
Skin test (168)
Audiogram abnormal (166)
Visual analogue scale (165)
Lipase normal (163)
Platelet factor 4 (162)
Emergency care examination (161)
Eosinophil count decreased (161)
Transaminases (161)
Ultrasound chest (160)
Polymerase chain reaction positive (159)
Electrocardiogram T wave inversion (158)
Sensory level abnormal (158)
Ultrasound foetal (158)
Blood immunoglobulin A (157)
Herpes simplex test (157)
Monocyte percentage increased (157)
Lumbar puncture normal (156)
SARS-CoV-1 test (156)
Glomerular filtration rate normal (155)
Activated partial thromboplastin time shortened (154)
Computerised tomogram spine (154)
Electromyogram abnormal (154)
Lymphocyte count increased (154)
Protein urine present (154)
Eosinophil count increased (153)
General physical condition abnormal (152)

Nucleic acid test (152)
Biopsy kidney (151)
Ultrasound pelvis (150)
Creatinine renal clearance (149)
Biopsy skin abnormal (148)
Culture stool (147)
Protein C (147)
Angiogram pulmonary normal (146)
Basophil count decreased (146)
Human metapneumovirus test (146)
Mycoplasma test negative (146)
Ultrasound thyroid (146)
Monocyte count normal (145)
Human rhinovirus test (144)
Oxygen saturation abnormal (144)
Base excess (143)
Computerised tomogram abdomen normal (142)
X-ray limb abnormal (142)
Blood pressure normal (141)
Arteriogram carotid normal (139)
Muscle strength abnormal (139)
Cardiac monitoring abnormal (137)
Intraocular pressure increased (136)
Treponema test negative (136)
Chlamydia test negative (135)
Diagnostic procedure (135)
Electroencephalogram abnormal (135)
Blood chloride decreased (133)
Ultrasound antenatal screen abnormal (133)
Ultrasound kidney (133)
Cytomegalovirus test negative (132)
Respiratory syncytial virus test (131)
Basophil count normal (130)
Electromyogram normal (130)
Visual acuity tests (130)
Angiogram pulmonary (129)
Parvovirus B19 test (129)
Urine output (129)
Arteriogram carotid (128)
Bordetella test negative (128)
Ophthalmological examination abnormal (128)
Ultrasound abdomen normal (128)
X-ray of pelvis and hip (128)
Blood immunoglobulin E (127)
Procalcitonin increased (127)
Renal function test normal (127)
Human chorionic gonadotropin negative (126)
Intraocular pressure test (126)
Legionella test (126)

Thyroxine free normal (126)
Basophil percentage decreased (125)
Antithrombin III (124)
Haptoglobin (124)
Herpes simplex test negative (124)
Neurological examination normal (124)
Smear cervix (123)
Eosinophil percentage decreased (122)
Mammogram abnormal (122)
Prothrombin time ratio (122)
Red blood cell count increased (122)
Blood lactic acid normal (121)
Hepatic enzyme abnormal (121)
Myocardial strain (121)
Blood triglycerides increased (120)
Electrocardiogram ST segment depression (120)
Computerised tomogram pelvis abnormal (119)
Blood count abnormal (118)
Pulmonary physical examination (118)
Urobilinogen urine (118)
Coagulation time (117)
Drug screen negative (117)
Glycosylated haemoglobin normal (117)
Pathology test (117)
CSF cell count (116)
Globulin (115)
Haemoglobin increased (115)
Mean cell volume increased (115)
Urine leukocyte esterase (115)
Glucose tolerance test (114)
Mean cell haemoglobin concentration decreased (114)
Radioisotope scan (113)
Ultrasound abdomen abnormal (113)
Angiotensin converting enzyme (112)
Foetal heart rate abnormal (112)
Histology (111)
Low density lipoprotein increased (111)
Reticulocyte count (111)
Beta-2 glycoprotein antibody (110)
Bilirubin urine (110)
Mononucleosis heterophile test negative (110)
Cardiac monitoring normal (109)
Electrocardiogram ambulatory abnormal (109)
Myoglobin blood (109)
Exercise electrocardiogram (108)
Tri-iodothyronine (108)
Blood ketone body (107)
Drug screen (107)
Lipids normal (107)

Mean platelet volume increased (107)
Protein total decreased (107)
Red blood cell nucleated morphology (107)
Activated partial thromboplastin time normal (106)
Blood creatine phosphokinase MB increased (106)
Myocardial necrosis marker normal (106)
Optical coherence tomography (106)
Protein S (106)
Nitrite urine absent (105)
Serum ferritin normal (105)
Microbiology test (104)
White blood cells urine positive (104)
Autoantibody test (103)
Haematocrit increased (103)
Hepatitis A virus test (103)
Immunoglobulins (103)
Neurological examination abnormal (103)
Protein total increased (103)
Varicella virus test (103)
Bacterial test negative (102)
Blood homocysteine (102)
Heart rate normal (102)
Abdomen scan (101)
Coma scale abnormal (100)
Culture negative (100)
Double stranded DNA antibody (100)
Electrocardiogram ST segment abnormal (100)
Metabolic function test abnormal (100)
Anti-platelet antibody (99)
Biopsy liver (99)
Dermatologic examination (99)
Electrocardiogram QT prolonged (99)
Blood pressure diastolic decreased (98)
Blood pressure systolic decreased (98)
Blood urea nitrogen/creatinine ratio (98)
CSF glucose (98)
Vitamin B12 decreased (98)
pH urine (97)
SARS-CoV-2 RNA (97)
Coronavirus test positive (96)
Gastrointestinal examination (96)
Oesophagogastroduodenoscopy (96)
Blood osmolarity (95)
Coronavirus test negative (95)
Herpes virus test (95)
Thyroid function test abnormal (95)
Blood magnesium decreased (94)
Medical observation (94)
Bacterial test positive (93)

HIV antibody (93)
Mean cell haemoglobin increased (93)
Red blood cells urine (93)
Urine output increased (93)
Albumin globulin ratio (92)
Antibody test abnormal (92)
Monocyte count decreased (92)
Blood culture positive (91)
Blood urea decreased (91)
Epstein-Barr virus antibody (91)
Epstein-Barr virus antibody positive (91)
Mammogram normal (91)
PO2 decreased (91)
Arteriogram coronary normal (90)
DNA antibody (90)
Heparin-induced thrombocytopenia test positive (90)
Venogram abnormal (90)
Electroneuromyography (89)
Scan myocardial perfusion (89)
Ultrasound antenatal screen (89)
White blood cells urine (89)
Anion gap normal (87)
Cardiac stress test abnormal (87)
Visual field tests (87)
Electrocardiogram T wave abnormal (86)
Corneal reflex decreased (85)
Prostatic specific antigen increased (85)
Blood gases abnormal (84)
Breath sounds (84)
CSF glucose normal (84)
Enterovirus test (84)
Mycoplasma test (84)
Oxygen saturation normal (84)
Red blood cells urine positive (84)
Blood folate normal (83)
Epstein-Barr virus test negative (83)
Hepatitis C antibody (83)
Neutrophil percentage decreased (83)
Specific gravity urine normal (83)
Transferrin saturation (83)
Biopsy lymph gland (82)
Blood cortisol (82)
Blood creatine increased (82)
Carbon dioxide increased (82)
Serum ferritin decreased (82)
Aspiration pleural cavity (81)
Blood smear test (81)
CSF culture negative (81)
Culture urine positive (81)

Granulocyte count (81)
Arteriogram carotid abnormal (80)
Spinal myelogram (80)
Stress echocardiogram (80)
Antinuclear antibody increased (79)
Blood bicarbonate decreased (79)
CSF test abnormal (79)
Culture throat (79)
Interleukin level (79)
Allergy test negative (78)
Blood cholesterol normal (78)
Colonoscopy abnormal (78)
Electrocardiogram ambulatory normal (78)
Glucose urine absent (78)
Mean cell haemoglobin decreased (78)
Pregnancy test positive (78)
Troponin abnormal (78)
Ultrasound liver (78)
Bleeding time prolonged (77)
Haemodynamic test (77)
Hepatitis viral test (77)
Platelet distribution width (77)
Rheumatoid factor increased (77)
Streptococcus test positive (77)
Transferrin (77)
CSF red blood cell count positive (76)
Ophthalmological examination normal (76)
Blood calcium increased (75)
Coagulation factor (75)
Differential white blood cell count abnormal (75)
Nerve conduction studies abnormal (75)
Toxicologic test (75)
Venogram normal (75)
Blood pH decreased (74)
CSF white blood cell count (74)
Nitrite urine (74)
pH urine normal (74)
Prenatal screening test (74)
Tri-iodothyronine free (74)
Urine ketone body absent (74)
Anion gap decreased (73)
Cytology (73)
Hepatitis viral test negative (73)
Mycobacterium tuberculosis complex test (73)
Procalcitonin normal (73)
Urine ketone body present (73)
Varicella virus test positive (73)
Antineutrophil cytoplasmic antibody negative (72)
Clostridium test (72)

Protein urine absent (72)
Albumin globulin ratio normal (71)
Blood magnesium increased (71)
Blood uric acid normal (71)
Low density lipoprotein normal (71)
Stool analysis normal (71)
Varicella virus test negative (71)
Bronchoscopy (70)
Chlamydia test (70)
Electrophoresis (70)
Total lung capacity decreased (70)
Tumour marker test (70)
Urine ketone body (70)
Blood uric acid increased (69)
Brain scan normal (69)
Mean cell volume decreased (69)
Romberg test (69)
Spirometry (69)
Blood iron normal (68)
Blood phosphorus decreased (68)
Rheumatological examination (68)
Sexually transmitted disease test (68)
Blood fibrinogen decreased (67)
Blood immunoglobulin G normal (67)
Blood sodium increased (67)
Magnetic resonance imaging thoracic (67)
Renal function test abnormal (67)
Ultrasound biliary tract (67)
Coagulation test normal (66)
Glucose urine (66)
Reflex test (66)
Ultrasound uterus (66)
Amylase increased (65)
Heart sounds abnormal (65)
Hepatitis C test negative (65)
High density lipoprotein decreased (65)
Mononucleosis heterophile test (65)
Total cholesterol/HDL ratio (65)
Ultrasound foetal abnormal (65)
Anti-thyroid antibody positive (64)
Arteriogram coronary abnormal (64)
Blood phosphorus normal (64)
Blood triglycerides normal (64)
Electrocardiogram repolarisation abnormality (64)
Hepatitis B surface antigen (64)
Pulmonary function test decreased (64)
Blood pressure immeasurable (63)
CSF culture (63)
Cystoscopy (63)

Total complement activity test (63)
Balance test (62)
Biopsy bone marrow abnormal (62)
Cardiovascular function test (62)
Flow cytometry (62)
Sleep study (62)
Urine leukocyte esterase positive (62)
Antibody test positive (61)
CSF white blood cell count increased (61)
Fibrin degradation products (61)
Imaging procedure abnormal (61)
Red blood cell analysis (61)
Thyroxine normal (61)
Computerised tomogram coronary artery (60)
International normalised ratio abnormal (60)
Iron binding capacity total (60)
Peak expiratory flow rate (60)
Rheumatoid factor positive (60)
C-reactive protein abnormal (59)
Anti-cyclic citrullinated peptide antibody negative (58)
Blood bicarbonate normal (58)
Blood lactic acid decreased (58)
Cardiac function test normal (58)
Colonoscopy normal (58)
Grip strength (58)
Magnetic resonance imaging abdominal (58)
Spinal X-ray abnormal (58)
Blood pH increased (57)
Cardiac imaging procedure (57)
Culture stool negative (57)
Lymphocyte percentage increased (57)
Platelet count abnormal (57)
Pregnancy test urine negative (57)
Toxoplasma serology (57)
Ultrasound joint (57)
Bilirubin conjugated increased (56)
Blood bilirubin unconjugated (56)
Enzyme level test (56)
Microscopy (56)
Nerve conduction studies normal (56)
Ultrasound testes (56)
Antiphospholipid antibodies negative (55)
Blood 25-hydroxycholecalciferol (55)
Complement factor (55)
Cryptococcus test (55)
Eosinophil percentage increased (55)
Biopsy heart (54)
Coombs direct test (54)
Electrocardiogram change (54)

Electrocardiogram QT interval (54)
Faecal calprotectin (54)
Fundoscopy (54)
Occult blood (54)
Sputum culture (54)
Urinary sediment present (54)
Body height decreased (53)
Body temperature normal (53)
Epstein-Barr virus antibody negative (53)
Otoscopy (53)
Vascular test (53)
Blood creatinine decreased (52)
Carcinoembryonic antigen (52)
Helicobacter test (52)
Prothrombin time shortened (52)
Temperature difference of extremities (52)
Toxicologic test normal (52)
Analgesic drug level (51)
Blood immunoglobulin G increased (51)
Electrocardiogram ST-T segment abnormal (51)
Spinal X-ray normal (51)
Tuberculin test (51)
Urological examination (51)
Viral load (51)
Biopsy breast (50)
Blood osmolarity decreased (50)
Hysteroscopy (50)
Menstruation normal (50)
Skull X-ray (50)
Ultrasound pelvis normal (50)
Urinary sediment (50)
Bone scan (49)
Calcium ionised (49)
Coagulation time prolonged (49)
Electroneurography (49)
PCO2 increased (49)
Blood follicle stimulating hormone (48)
Blood urine absent (48)
Carbohydrate antigen 19-9 (48)
Endoscopy normal (48)
Hepatitis C antibody negative (48)
Hepatitis E virus test (48)
Plateletcrit (48)
Scan normal (48)
Ultrasound kidney normal (48)
Blood lactate dehydrogenase normal (47)
Blood pH normal (47)
C-reactive protein decreased (47)
Epinephrine (47)

Hepatitis B test negative (47)
HIV antibody negative (47)
Magnetic resonance imaging thoracic abnormal (47)
Anti-ganglioside antibody (46)
Laryngoscopy (46)
Magnetic resonance imaging joint (46)
Non-high-density lipoprotein cholesterol (46)
PCO2 decreased (46)
Prohormone brain natriuretic peptide (46)
Skin test positive (46)
White blood cell count abnormal (46)
ADAMTS13 activity assay (45)
Audiogram normal (45)
Coxsackie virus test (45)
CSF test normal (45)
Fungal test (45)
Gram stain (45)
Anion gap increased (44)
Arteriogram (44)
Blood bilirubin decreased (44)
Bone densitometry (44)
CSF protein normal (44)
EGFR status assay (44)
Erythroblast count (44)
Immature granulocyte count increased (44)
Parvovirus B19 test negative (44)
Prothrombin level normal (44)
Specific gravity urine (44)
Staphylococcus test negative (44)
Staphylococcus test positive (44)
Troponin T normal (44)
Biopsy endometrium (43)
Blood testosterone (43)
Bronchoalveolar lavage (43)
Gene sequencing (43)
Human chorionic gonadotropin decreased (43)
Magnetic resonance cholangiopancreatography (43)
Thrombin time (43)
X-ray of pelvis and hip normal (43)
Biopsy artery (42)
Biopsy kidney abnormal (42)
Blood folate decreased (42)
Blood immunoglobulin E increased (42)
Brain scan abnormal (42)
Cardiolipin antibody negative (42)
Creatinine urine (42)
Electrocardiogram ST segment (42)
Gene mutation identification test (42)
Perfusion brain scan (42)

QRS axis abnormal (42)
Red blood cell sedimentation rate abnormal (42)
X-ray dental (42)
Blood parathyroid hormone (41)
Blood prolactin (41)
Cytomegalovirus test positive (41)
Diagnostic aspiration (41)
Electrocardiogram ST-T change (41)
Endocrine test (41)
Oesophagogastroduodenoscopy abnormal (41)
Positron emission tomogram abnormal (41)
Pulmonary function test normal (41)
Urine protein/creatinine ratio (41)
Blood pressure ambulatory increased (40)
CSF oligoclonal band (40)
Endoscopy abnormal (40)
Epstein-Barr virus test positive (40)
High density lipoprotein normal (40)
Occult blood positive (40)
Tympanometry (40)
Ultrasound breast abnormal (40)
White blood cells urine negative (40)
Antiacetylcholine receptor antibody (39)
Cardiac telemetry normal (39)
Electrocardiogram PR segment depression (39)
Fungal test negative (39)
Light chain analysis (39)
Nerve stimulation test (39)
Pulmonary arterial pressure (39)
Scan abnormal (39)
Sputum abnormal (39)
Tilt table test (39)
Tri-iodothyronine decreased (39)
Biopsy lung (38)
Blood immunoglobulin G decreased (38)
Cardiac electrophysiologic study (38)
Coagulation test abnormal (38)
Coombs test (38)
Drug level (38)
Faecal calprotectin increased (38)
Hepatitis B antibody (38)
Hepatobiliary scan (38)
Peak expiratory flow rate decreased (38)
Physical examination normal (38)
Vitamin B1 (38)
Coagulation factor VIII level (37)
Drug screen positive (37)
Granulocyte percentage (37)
Mean platelet volume decreased (37)

Thyroid stimulating immunoglobulin (37)
Vital functions abnormal (37)
Allergy test positive (36)
Alpha 1 foetoprotein (36)
Blood creatine normal (36)
Carbohydrate antigen 125 (36)
Dental examination (36)
Forced expiratory volume increased (36)
Head lag (36)
Orthopaedic examination (36)
Oxygen consumption (36)
Thyroxine free increased (36)
Vitamin B12 increased (36)
Blood grouping (35)
Blood luteinising hormone (35)
Cardiac telemetry abnormal (35)
Electronystagmogram (35)
Exercise test (35)
Pregnancy test urine (35)
Rectal examination (35)
SARS-CoV-1 test positive (35)
SARS-CoV-2 test false positive (35)
Antiphospholipid antibodies positive (34)
Biopsy liver abnormal (34)
Capillary nail refill test (34)
Coagulation factor V level (34)
Fluorescence angiogram (34)
Foetal monitoring (34)
Globulins increased (34)
Pulmonary function test abnormal (34)
Ultrasound thyroid abnormal (34)
Babinski reflex test (33)
Biopsy muscle (33)
Blood albumin increased (33)
Blood bicarbonate increased (33)
Blood count normal (33)
Blood creatine phosphokinase decreased (33)
Cardiac output (33)
CSF glucose increased (33)
Escherichia test positive (33)
Gastric pH decreased (33)
Histamine level (33)
Protein C increased (33)
Skin test negative (33)
Smear cervix normal (33)
Transferrin saturation decreased (33)
Ammonia (32)
Anti-cyclic citrullinated peptide antibody positive (32)
Aspartate aminotransferase decreased (32)

Aspiration joint (32)
Blood iron increased (32)
Carboxyhaemoglobin (32)
Computerised tomogram aorta (32)
CSF red blood cell count (32)
Ehrlichia test (32)
General physical condition (32)
Immunophenotyping (32)
Mycobacterium tuberculosis complex test negative (32)
Myoglobin blood increased (32)
Nitrite urine present (32)
Oxygen saturation increased (32)
Shift to the left (32)
Staphylococcus test (32)
Thyroxine increased (32)
Visual evoked potentials (32)
Beta 2 microglobulin (31)
Hepatitis B core antibody (31)
Herpes simplex test positive (31)
Human chorionic gonadotropin positive (31)
Monocyte percentage decreased (31)
Progesterone (31)
Albumin urine (30)
Antimitochondrial antibody (30)
Bleeding time (30)
Blood fibrinogen normal (30)
Blood prolactin increased (30)
Borrelia test positive (30)
CSF cell count normal (30)
Culture positive (30)
Ear, nose and throat examination abnormal (30)
Glomerular filtration rate increased (30)
Vestibular function test (30)
Vitamin B6 (30)
Anti factor VIII antibody test (29)
Aspiration bone marrow (29)
Beta-2 glycoprotein antibody negative (29)
Blood methaemoglobin (29)
Blood phosphorus increased (29)
Blood urea nitrogen/creatinine ratio increased (29)
Cognitive test (29)
CSF lymphocyte count increased (29)
CSF white blood cell count negative (29)
Fluid balance assessment (29)
Haemoglobin abnormal (29)
Hepatitis A antibody (29)
International normalised ratio fluctuation (29)
Tri-iodothyronine normal (29)
Tumour marker increased (29)

Ultrasound pelvis abnormal (29)
Anti-aquaporin-4 antibody (28)
Basophil count increased (28)
Blood pressure orthostatic (28)
Clostridium test positive (28)
COVID-19 screening (28)
Electrocardiogram PR interval (28)
Glucose urine present (28)
Helicobacter test negative (28)
Lipoprotein (a) (28)
Magnetic resonance imaging thoracic normal (28)
Neisseria test (28)
Scan thyroid gland (28)
Urinary system X-ray (28)
Urine cytology (28)
West Nile virus test negative (28)
Viral test positive (28)
X-ray of pelvis and hip abnormal (28)
Blood alcohol (27)
Bronchoscopy abnormal (27)
Cardiac imaging procedure normal (27)
CSF oligoclonal band present (27)
Ear, nose and throat examination normal (27)
Endoscopy gastrointestinal (27)
Influenza B virus test positive (27)
Iron binding capacity total normal (27)
Lymphocyte morphology abnormal (27)
Mini mental status examination (27)
Otic examination (27)
SARS-CoV-2 RNA increased (27)
Slit-lamp examination (27)
Swallow study (27)
Tri-iodothyronine increased (27)
Ultrasound antenatal screen normal (27)
Ultrasound kidney abnormal (27)
Ultrasound scan vagina abnormal (27)
Aldolase (26)
AST/ALT ratio (26)
Blood cholinesterase (26)
CSF pressure (26)
Culture throat negative (26)
Gastrointestinal pathogen panel (26)
Gene mutation identification test negative (26)
Haemoglobin distribution width (26)
Mean arterial pressure (26)
Protein S normal (26)
Radial pulse abnormal (26)
Sigmoidoscopy (26)
Smooth muscle antibody (26)

Sputum test (26)
Thyroglobulin (26)
Ultrasound bladder (26)
Urine albumin/creatinine ratio (26)
Adjusted calcium (25)
Amniocentesis (25)
Biopsy bone marrow normal (25)
Carbohydrate antigen 125 increased (25)
CD4 lymphocytes (25)
Cortisol decreased (25)
Cryoglobulins (25)
Cytokine test (25)
Electrocardiogram QRS complex (25)
Face and mouth X-ray (25)
Fibrin D dimer decreased (25)
HLA-B*27 assay (25)
Human herpes virus 6 serology (25)
Human rhinovirus test positive (25)
Interleukin level increased (25)
Oxygen consumption decreased (25)
Pulmonary imaging procedure (25)
Venous oxygen saturation (25)
Viral titre (25)
Amylase normal (24)
Angiogram retina (24)
Blood ethanol (24)
Double stranded DNA antibody positive (24)
Free thyroxine index (24)
Haematology test normal (24)
Haemoglobin urine (24)
Hepatitis B surface antibody (24)
Influenza virus test positive (24)
Magnetic resonance imaging abdominal abnormal (24)
Mycoplasma test positive (24)
Pulse pressure increased (24)
Pupillary light reflex tests abnormal (24)
Radial pulse (24)
Red blood cell sedimentation rate decreased (24)
Stress echocardiogram normal (24)
Wall motion score index abnormal (24)
Albumin globulin ratio decreased (23)
Alcohol test (23)
Alpha 1 globulin (23)
Ammonia normal (23)
Basophil percentage increased (23)
Biopsy breast abnormal (23)
Blood follicle stimulating hormone increased (23)
Blood gases normal (23)
Blood smear test abnormal (23)

Blood testosterone decreased (23)
Blood thromboplastin (23)
B-lymphocyte count decreased (23)
Endoscopic retrograde cholangiopancreatography (23)
Gastric emptying study (23)
Hepatitis B surface antigen negative (23)
Immature granulocyte percentage increased (23)
Immunology test normal (23)
Laparoscopy (23)
Mycobacterium test (23)
Nasoendoscopy (23)
Occult blood negative (23)
Oestradiol (23)
Pancreatic enzymes increased (23)
Parasite blood test (23)
Physical breast examination (23)
PO2 increased (23)
Prohormone brain natriuretic peptide increased (23)
Somatosensory evoked potentials (23)
Thermometry (23)
Thyroid hormones increased (23)
Antineutrophil cytoplasmic antibody positive (22)
Barre test (22)
Carbohydrate antigen 15-3 (22)
Cardiopulmonary exercise test (22)
Complement factor C4 decreased (22)
Computerised tomogram coronary artery normal (22)
Cortisol normal (22)
Coxiella test (22)
Drug specific antibody (22)
Gram stain negative (22)
Haptoglobin decreased (22)
High density lipoprotein increased (22)
HIV antigen negative (22)
HLA marker study (22)
Homans' sign (22)
Influenza A virus test positive (22)
Lipids increased (22)
Neutralising antibodies (22)
Neutrophil count abnormal (22)
Parasite stool test (22)
Psychiatric evaluation (22)
Pupillary light reflex tests (22)
Thyroxine free decreased (22)
Ultrasound breast normal (22)
White blood cell agglutination present (22)
Whole body scan (22)
Blood corticotrophin (21)
Blood creatinine abnormal (21)

Blood immunoglobulin M increased (21)
Blood insulin (21)
Blood oestrogen (21)
Coagulation time shortened (21)
CSF oligoclonal band absent (21)
Cytogenetic analysis (21)
Hepatitis B core antibody negative (21)
Inspiratory capacity decreased (21)
Mononucleosis heterophile test positive (21)
Oxygenation index (21)
Physical examination abnormal (21)
Sputum culture positive (21)
Ultrasound uterus abnormal (21)
Alpha 2 globulin (20)
Anti-glomerular basement membrane antibody (20)
Anti-transglutaminase antibody (20)
Bladder scan (20)
Blood copper (20)
Electrophoresis protein normal (20)
Histamine level increased (20)
HIV antigen (20)
Ophthalmic scan (20)
Parasite stool test negative (20)
Prothrombin level increased (20)
Red blood cell scan (20)
Rubella antibody test (20)
Thyroxine decreased (20)
Tri-iodothyronine free normal (20)
Ultrasound eye (20)
Urinary casts (20)
Vascular imaging (20)
Very low density lipoprotein (20)
West Nile virus test (20)
Ammonia increased (19)
Barium swallow (19)
Biopsy lymph gland abnormal (19)
Blood electrolytes decreased (19)
Blood prolactin normal (19)
Complement factor normal (19)
CSF immunoglobulin increased (19)
Electrocardiogram QRS complex prolonged (19)
Forced expiratory volume (19)
Full blood count decreased (19)
Immune complex assay (19)
Investigation abnormal (19)
Mean cell haemoglobin concentration increased (19)
Oesophagogastroduodenoscopy normal (19)
PCO2 normal (19)
Perfusion brain scan normal (19)

Reticulocyte count increased (19)
Tryptase increased (19)
Ultrasound liver abnormal (19)
Ultrasound liver normal (19)
Urobilinogen urine increased (19)
Antibody test normal (18)
Anticoagulation drug level below therapeutic (18)
Autoantibody positive (18)
Bartonella test (18)
Biopsy skin normal (18)
Biopsy uterus (18)
Blood homocysteine increased (18)
Blood immunoglobulin A normal (18)
Blood thyroid stimulating hormone abnormal (18)
Capillary nail refill test abnormal (18)
CSF cell count increased (18)
CSF glucose decreased (18)
Epstein-Barr virus antigen positive (18)
Positron emission tomogram normal (18)
Protein albumin ratio (18)
Respirovirus test (18)
Troponin decreased (18)
Ultrasound ovary (18)
Ultrasound scan vagina normal (18)
X-ray dental normal (18)
Anti-neuronal antibody (17)
Bartonella test negative (17)
Benzodiazepine drug level (17)
Biopsy brain (17)
Blood immunoglobulin M normal (17)
Blood oestrogen increased (17)
Blood parathyroid hormone increased (17)
Carbon dioxide abnormal (17)
Carcinoembryonic antigen increased (17)
Cardiolipin antibody positive (17)
Ceruloplasmin (17)
Computerised tomogram kidney (17)
Continuous glucose monitoring (17)
CSF immunoglobulin G index (17)
Gram stain positive (17)
Haptoglobin normal (17)
HIV test false positive (17)
Human herpes virus 6 serology negative (17)
Immunoglobulins increased (17)
Immunoglobulins normal (17)
Left ventricular end-diastolic pressure increased (17)
Listeria test (17)
Metamyelocyte count (17)
Multipathogen PCR test (17)

Mycobacterium test negative (17)
NIH stroke scale score increased (17)
Pulmonary arterial pressure increased (17)
Retinogram (17)
Romberg test positive (17)
Russell's viper venom time (17)
SARS-CoV-2 RNA undetectable (17)
Serology negative (17)
T-lymphocyte count (17)
Urine sodium (17)
Ventilation/perfusion scan abnormal (17)
Abdomen scan normal (16)
Alanine aminotransferase decreased (16)
Anti-muscle specific kinase antibody (16)
Anti-RNA polymerase III antibody (16)
Aspartate aminotransferase abnormal (16)
Band neutrophil count (16)
Bilirubin urine present (16)
Biopsy colon abnormal (16)
Biopsy endometrium normal (16)
Blast cells (16)
Blood cholesterol decreased (16)
Blood follicle stimulating hormone normal (16)
Blood osmolarity increased (16)
Blood viscosity increased (16)
Calcium ionised normal (16)
Cholangiogram (16)
Clostridium test negative (16)
Computerised tomogram intestine (16)
CSF lactate (16)
CSF lymphocyte count (16)
Culture wound (16)
DNA antibody negative (16)
Ejection fraction abnormal (16)
Foetal heart rate (16)
Hepatitis C RNA (16)
Human chorionic gonadotropin normal (16)
Investigation normal (16)
Lymph nodes scan abnormal (16)
NYHA classification (16)
Paracentesis (16)
Prealbumin (16)
Progesterone decreased (16)
Red blood cell count abnormal (16)
Red blood cells urine negative (16)
Reflex test normal (16)
Renal scan (16)
Scan lymph nodes (16)
Tilt table test positive (16)

Ventricular internal diameter (16)
Albumin CSF (15)
Angioscopy (15)
Antiacetylcholine receptor antibody positive (15)
Autoantibody negative (15)
Blood cannabinoids (15)
Blood fibrinogen abnormal (15)
Blood immunoglobulin E normal (15)
Blood osmolarity normal (15)
Blood potassium abnormal (15)
Blood smear test normal (15)
Body fluid analysis (15)
Cardiac ventriculogram (15)
Creatinine renal clearance decreased (15)
Echovirus test (15)
Escherichia test (15)
Exercise electrocardiogram abnormal (15)
Fibrin (15)
Fundus autofluorescence (15)
Glycosylated haemoglobin decreased (15)
Heart rate variability increased (15)
Inflammation scan (15)
Lipids abnormal (15)
Mean cell volume abnormal (15)
Neuropsychological test (15)
N-terminal prohormone brain natriuretic peptide normal (15)
Parasitic blood test negative (15)
PO2 normal (15)
Respiratory syncytial virus test positive (15)
Skin culture (15)
Smear cervix abnormal (15)
Toxoplasma serology negative (15)
Ultrasound skull (15)
Ultrasound thyroid normal (15)
Ultrasound uterus normal (15)
Urinary occult blood (15)
Urine potassium (15)
White blood cell analysis (15)
Ankle brachial index (14)
Anti-GAD antibody (14)
Aspergillus test (14)
Beta 2 globulin (14)
Beta globulin (14)
Biopsy uterus normal (14)
Blood creatine phosphokinase MB normal (14)
Blood immunoglobulin M decreased (14)
Breath sounds absent (14)
C1 esterase inhibitor test (14)
Calcium ionised decreased (14)

Cardiac index (14)
Circulating anticoagulant (14)
Computerised tomogram coronary artery abnormal (14)
Computerised tomogram liver (14)
Coombs indirect test (14)
Cortisol increased (14)
CSF immunoglobulin (14)
CSF pressure increased (14)
Cystoscopy normal (14)
Electrocardiogram PR prolongation (14)
Endoscopic ultrasound (14)
Enterovirus test positive (14)
Enzyme level increased (14)
Granulocyte count increased (14)
Haemophilus test (14)
Hepatitis B antigen (14)
HIV test positive (14)
Immunohistochemistry (14)
Leptospira test (14)
Measles antibody (14)
Mononuclear cell count (14)
Optical coherence tomography abnormal (14)
PaO2/FiO2 ratio (14)
Platelet morphology abnormal (14)
QRS axis (14)
Red blood cell schistocytes (14)
Right ventricular ejection fraction decreased (14)
Seroconversion test negative (14)
Ultrasound pancreas (14)
Ultrasound spleen (14)
Urobilinogen urine decreased (14)
Venous oxygen saturation decreased (14)
Visual field tests abnormal (14)
Von Willebrand's factor activity test (14)
X-ray with contrast upper gastrointestinal tract (14)
Amylase decreased (13)
Anti-myelin-associated glycoprotein antibodies positive (13)
Antithrombin III decreased (13)
Anti-thyroid antibody negative (13)
Biopsy colon (13)
Blood alkaline phosphatase decreased (13)
Blood cholesterol abnormal (13)
Blood ethanol normal (13)
Blood immunoglobulin A increased (13)
Blood ketone body increased (13)
Blood testosterone normal (13)
Blood urea abnormal (13)
Blood zinc (13)
Cardiothoracic ratio (13)

CSF virus no organisms observed (13)
Culture wound positive (13)
Dehydroepiandrosterone test (13)
Electrocardiogram PR shortened (13)
Electrocardiogram QRS complex shortened (13)
Endoscopy upper gastrointestinal tract abnormal (13)
Endoscopy upper gastrointestinal tract normal (13)
Epinephrine increased (13)
Foetal non-stress test (13)
Gynaecological examination normal (13)
Hepatitis A antibody negative (13)
Interferon gamma release assay (13)
LDL/HDL ratio (13)
Lymphocyte count abnormal (13)
Magnetic resonance imaging hepatobiliary (13)
Plasminogen activator inhibitor (13)
Prostate examination (13)
Red cell distribution width decreased (13)
SARS-CoV-2 test false negative (13)
Sensory level (13)
Specific gravity urine increased (13)
Treponema test positive (13)
Ultrasound urinary system (13)
Urinary occult blood positive (13)
Viral mutation identified (13)
Vitamin B6 normal (13)
Volume blood (13)
Anticoagulation drug level above therapeutic (12)
Antidepressant drug level (12)
AST/ALT ratio abnormal (12)
Band neutrophil percentage (12)
Bilirubin conjugated normal (12)
Biopsy lymph gland normal (12)
Blood bilirubin abnormal (12)
Blood bilirubin unconjugated increased (12)
Blood catecholamines (12)
Blood electrolytes abnormal (12)
Blood insulin increased (12)
Blood luteinising hormone increased (12)
Blood pressure ambulatory (12)
Blood pressure systolic abnormal (12)
Blood testosterone increased (12)
B-lymphocyte count (12)
Capillary permeability increased (12)
Cardiac ventriculogram left (12)
Cardioactive drug level (12)
CD4 lymphocytes decreased (12)
CHA2DS2-VASc-score (12)
Coagulation factor increased (12)

Complement factor C3 decreased (12)
Culture stool positive (12)
Cytology normal (12)
Dermatologic examination abnormal (12)
Drug level decreased (12)
Electrocardiogram QRS complex abnormal (12)
False negative pregnancy test (12)
Female sex hormone level (12)
Foetal heart rate decreased (12)
Haematology test abnormal (12)
Haemodynamic test normal (12)
Helicobacter test positive (12)
HLA-B*27 positive (12)
Human chorionic gonadotropin abnormal (12)
Human chorionic gonadotropin increased (12)
Immunoelectrophoresis (12)
Insulin C-peptide (12)
Interleukin-2 receptor assay (12)
Lipaemic index score (12)
Liver scan (12)
Maximum heart rate (12)
Modified Rankin score (12)
Muscle enzyme (12)
Orthostatic heart rate test (12)
Platelet-large cell ratio (12)
Pregnancy test urine positive (12)
Procalcitonin decreased (12)
Protein total abnormal (12)
Pupil dilation procedure (12)
Red blood cell morphology (12)
Scan myocardial perfusion normal (12)
Single photon emission computerised tomogram (12)
Stool analysis abnormal (12)
Tri-iodothyronine free increased (12)
Urogram (12)
Ventilation/perfusion scan normal (12)
Vital capacity (12)
Acid base balance (11)
Activated protein C resistance test (11)
Albumin globulin ratio increased (11)
Aldolase normal (11)
Antimicrobial susceptibility test (11)
Arthrogram (11)
Arthroscopy (11)
Base excess increased (11)
Biopsy salivary gland (11)
Blood aldosterone (11)
Blood beta-D-glucan (11)
Blood oestrogen decreased (11)

Brain natriuretic peptide decreased (11)
Breast scan (11)
Breath sounds normal (11)
CD8 lymphocytes (11)
Coagulation factor V level normal (11)
Colposcopy (11)
Coombs test positive (11)
CSF lymphocyte count normal (11)
CSF neutrophil count increased (11)
CSF volume (11)
Cytogenetic analysis normal (11)
Dental examination normal (11)
False positive investigation result (11)
Fluorescent in situ hybridisation (11)
Free prostate-specific antigen (11)
Haptoglobin increased (11)
Heart rate variability decreased (11)
Heart rate variability test (11)
Hepatitis B antibody negative (11)
Histamine abnormal (11)
Inflammatory marker decreased (11)
Intraocular pressure test abnormal (11)
Light chain analysis increased (11)
Magnetic resonance imaging breast (11)
Magnetic resonance neurography (11)
Mean arterial pressure increased (11)
Mumps antibody test (11)
Murphy's sign test (11)
Myelocyte count (11)
NIH stroke scale abnormal (11)
Norepinephrine increased (11)
Palpatory finding abnormal (11)
Pancreatic enzymes (11)
Parasitic test (11)
Parvovirus B19 test positive (11)
Pulmonary imaging procedure abnormal (11)
Stress echocardiogram abnormal (11)
Sulphur dioxide test (11)
Temperature perception test increased (11)
Transaminases abnormal (11)
Urine electrolytes (11)
Vitamin B12 abnormal (11)
Vitamin C (11)
Alanine aminotransferase abnormal (10)
Albumin CSF increased (10)
Albumin urine present (10)
Alpha tumour necrosis factor (10)
Anticonvulsant drug level (10)
Anti-ganglioside antibody negative (10)

Antineutrophil cytoplasmic antibody increased (10)
Apnoea test (10)
Barium swallow abnormal (10)
Biopsy artery abnormal (10)
Biopsy artery normal (10)
Biopsy cervix (10)
Biopsy soft tissue (10)
Biopsy thyroid gland (10)
Blast cells present (10)
Bleeding time abnormal (10)
Blood copper normal (10)
Blood homocysteine normal (10)
Blood pressure orthostatic decreased (10)
Brain stem auditory evoked response (10)
Bronchoscopy normal (10)
Candida test (10)
Capsule endoscopy (10)
Cardiac function test abnormal (10)
Cardiac pacemaker evaluation (10)
Cells in urine (10)
Computerised tomogram kidney abnormal (10)
Coombs direct test positive (10)
Coxsackie virus test negative (10)
CSF monocyte count (10)
Cystoscopy abnormal (10)
Giardia test negative (10)
Globulins decreased (10)
Glucose tolerance test normal (10)
Haemoglobin urine present (10)
Hepatitis E antibody (10)
Immunoglobulins abnormal (10)
Interferon gamma level (10)
Klebsiella test positive (10)
Left ventricular end-diastolic pressure (10)
Light chain analysis normal (10)
Magnetic resonance imaging abdominal normal (10)
Mean arterial pressure decreased (10)
Neutralising antibodies negative (10)
Neutrophil/lymphocyte ratio (10)
Oxygen consumption increased (10)
Pneumocystis test (10)
Prostatic specific antigen normal (10)
Prothrombin time abnormal (10)
Right ventricular systolic pressure increased (10)
Septic screen (10)
Swollen joint count (10)
Synovial fluid analysis (10)
Thyroid gland scan abnormal (10)
Tuberculin test negative (10)

Walking distance test (10)
Vascular test abnormal (10)
Visual acuity tests normal (10)
Activated partial thromboplastin time abnormal (9)
ADAMTS13 activity decreased (9)
Albumin urine absent (9)
Aldolase increased (9)
Alpha-1 anti-trypsin (9)
Anti-ganglioside antibody positive (9)
Antimitochondrial antibody normal (9)
Anti-RNA polymerase III antibody negative (9)
Atrial pressure (9)
Biopsy muscle abnormal (9)
Blood HIV RNA (9)
Blood parathyroid hormone normal (9)
Campylobacter test positive (9)
Cardiac output decreased (9)
Cardiac pharmacologic stress test (9)
Cephalin flocculation (9)
Cold agglutinins (9)
Coma scale normal (9)
Complement factor C3 increased (9)
CSF neutrophil count (9)
Cytokine increased (9)
Cytology abnormal (9)
Drug specific antibody absent (9)
Electrocardiogram QRS complex normal (9)
Faecal volume increased (9)
Fluorescence angiogram abnormal (9)
Gene mutation identification test positive (9)
Glomerular filtration rate abnormal (9)
Gynaecological examination abnormal (9)
Haematocrit abnormal (9)
Hepatitis B core antibody positive (9)
Immunoglobulins decreased (9)
Immunology test abnormal (9)
Infertility tests (9)
Interferon gamma release assay positive (9)
Karyotype analysis (9)
Lasegue's test (9)
Mycobacterium tuberculosis complex test positive (9)
Nerve stimulation test abnormal (9)
Opiates negative (9)
Oxygen saturation immeasurable (9)
Perfusion brain scan abnormal (9)
pH urine increased (9)
Plasma viscosity (9)
Platelet aggregation abnormal (9)
Promyelocyte count (9)

Prostatic specific antigen decreased (9)
Prothrombin index (9)
Pulmonary arterial pressure abnormal (9)
Red blood cell nucleated morphology present (9)
Rhesus antigen negative (9)
Right ventricular systolic pressure (9)
SARS-CoV-1 test negative (9)
Semen analysis abnormal (9)
Smear vagina (9)
Smooth muscle antibody positive (9)
Thyroid hormones decreased (9)
Tuberculin test positive (9)
Ultrasound bladder normal (9)
Urodynamics measurement (9)
Visual acuity tests abnormal (9)
ACTH stimulation test (8)
ADAMTS13 activity abnormal (8)
Adenosine deaminase (8)
Alpha 1 foetoprotein normal (8)
Amino acid level (8)
Analgesic drug level therapeutic (8)
Angiogram peripheral abnormal (8)
Anti factor VIII antibody positive (8)
Anti-aquaporin-4 antibody negative (8)
Anti-GAD antibody positive (8)
Anti-platelet antibody positive (8)
Antipsychotic drug level (8)
Aspergillus test negative (8)
Barbiturates negative (8)
Beta-2 glycoprotein antibody positive (8)
Biopsy bone (8)
Biopsy lung abnormal (8)
Blood alcohol increased (8)
Blood alcohol normal (8)
Blood creatine phosphokinase abnormal (8)
Blood folate increased (8)
Blood heavy metal test (8)
Blood iron abnormal (8)
Blood lactic acid abnormal (8)
Blood pressure orthostatic abnormal (8)
Bone density abnormal (8)
Bone density decreased (8)
Bordetella test (8)
C1 esterase inhibitor test normal (8)
Carotid bruit (8)
Carotid pulse (8)
Carotid pulse abnormal (8)
Cell marker (8)
Coagulation factor IX level (8)

Coagulation factor VIII level decreased (8)
Computed tomographic abscessogram (8)
Creatinine renal clearance increased (8)
Crystal urine present (8)
CSF electrophoresis (8)
CSF monocyte count decreased (8)
Culture wound negative (8)
Echoencephalogram (8)
Electrocardiogram Q wave abnormal (8)
Electrocardiogram Q waves (8)
Electrocardiogram ST segment normal (8)
Endoscopy large bowel (8)
Fibrin degradation products increased (8)
Forced vital capacity (8)
Fungal test positive (8)
Gamma-glutamyltransferase normal (8)
Granulocytes abnormal (8)
Hepatitis C antibody positive (8)
Iodine uptake decreased (8)
Iron binding capacity unsaturated (8)
Laryngoscopy abnormal (8)
Lysozyme (8)
Nerve stimulation test normal (8)
Nutritional assessment (8)
Orthopaedic examination abnormal (8)
Platelet aggregation test (8)
Platelet morphology (8)
Platelet morphology normal (8)
Plethysmography (8)
Product residue present (8)
Progesterone receptor assay (8)
Protein C decreased (8)
Prothrombin level decreased (8)
Quantitative sudomotor axon reflex test (8)
Radial pulse increased (8)
Saline infusion sonogram (8)
Saliva analysis (8)
Semen volume decreased (8)
Serology normal (8)
Skin turgor decreased (8)
Sleep study abnormal (8)
Smear vaginal normal (8)
Smooth muscle antibody negative (8)
Specific gravity urine decreased (8)
Sweat test (8)
Thyroid stimulating immunoglobulin increased (8)
Toxicologic test abnormal (8)
Tracheal aspirate culture (8)
Troponin C (8)

Typhus rickettsia test (8)
Ultrasonic angiogram (8)
Ultrasound eye abnormal (8)
Ultrasound testes abnormal (8)
Urine amphetamine negative (8)
Valsalva maneuver (8)
Weight abnormal (8)
Vestibular function test normal (8)
White blood cell scan (8)
Vitamin B12 absorption test (8)
Von Willebrand's factor antigen test (8)
Allergy alert test (7)
Anticoagulation drug level (7)
Anti-Muellerian hormone level decreased (7)
Anti-thrombin antibody (7)
Antithrombin III increased (7)
Anti-transglutaminase antibody negative (7)
Atrial natriuretic peptide (7)
Band neutrophil count increased (7)
Base excess decreased (7)
Biopsy heart abnormal (7)
Biopsy stomach normal (7)
Biopsy vagina (7)
Blood chromium (7)
Blood creatine phosphokinase MB decreased (7)
Blood heavy metal normal (7)
Blood lactate dehydrogenase abnormal (7)
Blood lactate dehydrogenase decreased (7)
Blood lead (7)
Blood luteinising hormone normal (7)
Blood sodium abnormal (7)
Blood triglycerides decreased (7)
Blood zinc normal (7)
Brucella test negative (7)
Cardiac murmur functional (7)
CD4/CD8 ratio (7)
Chlamydia test positive (7)
Chromosomal analysis (7)
Coagulation factor VIII level increased (7)
Complement factor increased (7)
Computerised tomogram pancreas (7)
Crystal urine (7)
CSF culture positive (7)
CSF white blood cell differential (7)
Electrocardiogram PR segment elevation (7)
Electrocardiogram T wave peaked (7)
Endoscopy small intestine (7)
Eosinophil count abnormal (7)
Escherichia test negative (7)

FEV1/FVC ratio (7)
Foetal heart rate increased (7)
Gastrointestinal scan (7)
Hepatitis B surface antibody negative (7)
Hepatitis B surface antibody positive (7)
Icterus index (7)
IL-2 receptor assay (7)
Interleukin-2 receptor increased (7)
Iron binding capacity total decreased (7)
KL-6 (7)
Lipase decreased (7)
Liver function test decreased (7)
Monoclonal immunoglobulin increased (7)
Muscle enzyme increased (7)
Muscle strength normal (7)
Oestradiol increased (7)
Peripheral pulse decreased (7)
Pleural fluid analysis (7)
Pulse waveform (7)
Pulse volume decreased (7)
Red blood cell morphology normal (7)
Red blood cell schistocytes present (7)
Reticulocyte count decreased (7)
Reticulocyte count normal (7)
Russell's viper venom time normal (7)
Salmonella test (7)
Salmonella test negative (7)
Scan abdomen abnormal (7)
Serum ferritin abnormal (7)
Sperm concentration (7)
Stomach scan (7)
Stroke volume decreased (7)
Thromboelastogram (7)
Total cholesterol/HDL ratio normal (7)
Total lung capacity (7)
Transferrin receptor assay (7)
Tympanometry normal (7)
Ultrasound biliary tract normal (7)
Ultrasound ovary abnormal (7)
Urea urine (7)
Wall motion score index normal (7)
Vascular test normal (7)
Very low density lipoprotein normal (7)
Viral titre increased (7)
Volume blood decreased (7)
X-ray dental abnormal (7)
X-ray gastrointestinal tract (7)
X-ray gastrointestinal tract abnormal (7)
Alcohol test negative (6)

Alpha 1 globulin normal (6)
Amino acid level increased (6)
Amniocentesis normal (6)
Amphetamines (6)
Anti factor X activity (6)
Anti factor Xa assay normal (6)
Anticoagulation drug level therapeutic (6)
Anti-islet cell antibody (6)
Antimitochondrial antibody positive (6)
Arterial catheterisation abnormal (6)
Band neutrophil percentage increased (6)
Bile output (6)
Bilirubin conjugated decreased (6)
Biopsy breast normal (6)
Biopsy endometrium abnormal (6)
Bleeding time shortened (6)
Blood 25-hydroxycholecalciferol decreased (6)
Blood beta-D-glucan negative (6)
Blood chromogranin A (6)
Blood corticotrophin normal (6)
Blood creatine abnormal (6)
Blood group A (6)
Blood insulin decreased (6)
Blood pH abnormal (6)
Blood triglycerides abnormal (6)
Blood urea nitrogen/creatinine ratio decreased (6)
Blood uric acid abnormal (6)
Blood viscosity abnormal (6)
B-lymphocyte count increased (6)
Body mass index increased (6)
Body surface area (6)
Brucella test (6)
Candida test negative (6)
Carbohydrate antigen 19-9 increased (6)
Carotid pulse increased (6)
Central venous pressure (6)
Chromosome analysis normal (6)
Clot retraction (6)
Coagulation factor VII level (6)
Colour vision tests (6)
Coombs direct test negative (6)
Coombs test negative (6)
Coxsackie virus test positive (6)
Cryoglobulins absent (6)
CSF lymphocyte count abnormal (6)
CSF myelin basic protein normal (6)
CSF protein abnormal (6)
Culture tissue specimen (6)
Cystatin C (6)

Disability assessment scale (6)
Eastern Cooperative Oncology Group performance status (6)
Electrocardiogram P wave abnormal (6)
Electrocardiogram T wave amplitude decreased (6)
Electrocardiogram T wave normal (6)
Electronystagmogram normal (6)
Enterococcus test positive (6)
Exercise electrocardiogram normal (6)
Face and mouth X-ray normal (6)
Factor Xa activity test (6)
Fibrinolysis (6)
Flavivirus test (6)
Foetal monitoring normal (6)
Forced expiratory volume decreased (6)
Fundoscopy normal (6)
Gamma-glutamyltransferase abnormal (6)
General physical condition normal (6)
Heart sounds normal (6)
Hepatitis C virus core antigen (6)
Hepatitis C virus test positive (6)
HLA marker study positive (6)
Homans' sign positive (6)
HTLV test (6)
Human papilloma virus test (6)
Low density lipoprotein decreased (6)
Lymphocyte stimulation test (6)
Magnetic resonance elastography (6)
Magnetic resonance imaging hepatobiliary abnormal (6)
Magnetic resonance imaging pancreas (6)
Malaria antigen test (6)
Matrix metalloproteinase-3 (6)
Maximal voluntary ventilation (6)
Metamyelocyte count increased (6)
Metamyelocyte percentage (6)
Metanephrine urine (6)
Monoclonal immunoglobulin present (6)
Monocyte count abnormal (6)
Nasopharyngoscopy (6)
Nephrological examination (6)
NIH stroke scale score decreased (6)
Norovirus test (6)
Oesophagram (6)
Opiates (6)
Oral soft tissue biopsy (6)
Orthostatic heart rate response increased (6)
Pain threshold decreased (6)
Percussion test (6)
Pericardial drainage test (6)
Platelet function test (6)

Pregnancy test false positive (6)
Prenatal screening test abnormal (6)
Progesterone normal (6)
Pulse pressure decreased (6)
Pyruvate kinase (6)
Radial pulse decreased (6)
Radioallergosorbent test (6)
Reflex test abnormal (6)
Renin (6)
Reticulocyte percentage (6)
Retinal function test abnormal (6)
Rhinoscopy (6)
Russell's viper venom time abnormal (6)
Scan myocardial perfusion abnormal (6)
Schellong test (6)
Sigmoidoscopy abnormal (6)
Skull X-ray abnormal (6)
Sleep study normal (6)
Stroke volume (6)
Swallow study abnormal (6)
Swollen joint count increased (6)
Synovial fluid crystal present (6)
Synovial fluid white blood cells positive (6)
Temperature perception test abnormal (6)
Temperature perception test normal (6)
Tender joint count (6)
Tensilon test (6)
Tilt table test normal (6)
T-lymphocyte count decreased (6)
T-lymphocyte count increased (6)
Transcranial electrical motor evoked potential monitoring (6)
Transferrin decreased (6)
Transferrin increased (6)
Tympanometry abnormal (6)
Ultrasound eye normal (6)
Urinary casts absent (6)
Urine osmolarity (6)
Waist circumference increased (6)
Vascular endothelial growth factor assay (6)
Vestibular function test abnormal (6)
Vitamin B6 increased (6)
X-ray with contrast (6)
ADAMTS13 activity normal (5)
ADAMTS13 inhibitor screen assay (5)
Agglutination test (5)
Amniotic fluid volume decreased (5)
Amniotic fluid volume increased (5)
Anal examination (5)
Angiogram peripheral (5)

Anti factor VIII antibody increased (5)
Anti-complement antibody (5)
Anticonvulsant drug level therapeutic (5)
Anti-IA2 antibody (5)
Anti-Muellerian hormone level (5)
Antipsychotic drug level increased (5)
Antiribosomal P antibody (5)
Arteriogram abnormal (5)
Barium swallow normal (5)
Bence Jones protein urine (5)
Beta globulin increased (5)
Biopsy bone abnormal (5)
Biopsy chorionic villous (5)
Biopsy lung normal (5)
Biopsy prostate abnormal (5)
Biopsy spinal cord (5)
Biopsy stomach (5)
Blood acid phosphatase (5)
Blood calcium abnormal (5)
Blood creatine decreased (5)
Blood group O (5)
Blood immunoglobulin A decreased (5)
Blood insulin abnormal (5)
Blood magnesium abnormal (5)
Blood thrombin (5)
Blood uric acid decreased (5)
Bone density increased (5)
Brachial pulse decreased (5)
Brain natriuretic peptide abnormal (5)
Bronchoalveolar lavage normal (5)
Candida test positive (5)
Catecholamines urine (5)
CD4 lymphocytes increased (5)
Ceruloplasmin normal (5)
Complement factor C4 increased (5)
Complement factor decreased (5)
Computed tomographic gastrography (5)
Computerised tomogram pancreas abnormal (5)
Computerised tomogram pancreas normal (5)
Creatinine renal clearance abnormal (5)
Crossmatch (5)
CSF monocyte count increased (5)
CSF white blood cell count positive (5)
Culture tissue specimen negative (5)
Cytokine abnormal (5)
Dental examination abnormal (5)
Device function test (5)
Diffusion-weighted brain MRI abnormal (5)
Drug level increased (5)

Electrocardiogram low voltage (5)
Electrocardiogram QT interval normal (5)
Electrocardiogram ST-T segment depression (5)
Electrocardiogram ST-T segment elevation (5)
Full blood count increased (5)
Granulocyte count decreased (5)
Haemophilus test positive (5)
Hepatitis A antibody positive (5)
Hepatobiliary scan abnormal (5)
Histone antibody positive (5)
Human herpes virus 8 test (5)
Hunt and Hess scale (5)
Insulin C-peptide decreased (5)
Intestinal transit time abnormal (5)
JC polyomavirus test (5)
Joint position sense decreased (5)
Joint range of motion measurement (5)
Klebsiella test (5)
Laryngoscopy normal (5)
Leucine aminopeptidase (5)
Lipase abnormal (5)
Lung diffusion test (5)
Lymphoblast count (5)
Lymphocyte morphology (5)
Magnetic resonance imaging renal (5)
Magnetic resonance imaging whole body (5)
Nasolaryngoscopy (5)
Neurone-specific enolase (5)
Non-high-density lipoprotein cholesterol increased (5)
Nutritional condition abnormal (5)
Oestradiol normal (5)
Panel-reactive antibody (5)
Physical capacity evaluation (5)
Proctoscopy (5)
Pseudomonas test positive (5)
Quantitative sensory testing (5)
Retinogram abnormal (5)
Rhesus antibodies (5)
Rhesus antibodies positive (5)
Rhesus antigen positive (5)
Rheumatoid factor quantitative (5)
Serology positive (5)
Serum serotonin (5)
Smear site unspecified normal (5)
Soluble fibrin monomer complex (5)
Spermatozoa abnormal (5)
Spirometry normal (5)
Synovial fluid analysis abnormal (5)
Thrombin time prolonged (5)

Thrombin-antithrombin III complex normal (5)
Thyroglobulin increased (5)
Transferrin normal (5)
Troponin I decreased (5)
Ubiquinone (5)
Upper respiratory tract endoscopy (5)
Urea renal clearance (5)
Urine barbiturates (5)
Urine copper (5)
Urine electrolytes normal (5)
Urine electrophoresis (5)
Urine protein/creatinine ratio increased (5)
Walking distance test normal (5)
Visual field tests normal (5)
Visual tracking test abnormal (5)
Vitamin B2 (5)
Vitamin D increased (5)
Vitamin E (5)
Vitamin K (5)
Xanthochromia (5)
X-ray gastrointestinal tract normal (5)
Adenovirus test positive (4)
Albumin CSF normal (4)
Alpha 1 foetoprotein increased (4)
Alpha 2 globulin increased (4)
Alpha globulin increased (4)
Amino acid level normal (4)
Angiogram retina abnormal (4)
Angiotensin converting enzyme increased (4)
Anion gap abnormal (4)
Antibiotic level (4)
Anticonvulsant drug level decreased (4)
Antigliadin antibody (4)
Anti-glomerular basement membrane antibody positive (4)
Anti-NMDA antibody (4)
Anti-platelet antibody negative (4)
Antipsychotic drug level below therapeutic (4)
Anti-saccharomyces cerevisiae antibody (4)
Antithrombin III abnormal (4)
Apgar score (4)
Apolipoprotein (4)
Apolipoprotein B (4)
Aspiration joint abnormal (4)
Atrial pressure increased (4)
Band neutrophil count decreased (4)
Basophil count abnormal (4)
Biopsy brain abnormal (4)
Biopsy bronchus (4)
Biopsy kidney normal (4)

Biopsy pericardium (4)
Biopsy pharynx (4)
Biopsy thyroid gland normal (4)
Biopsy tonsil (4)
Blood albumin abnormal (4)
Blood calcitonin (4)
Blood calcitonin normal (4)
Blood carbon monoxide increased (4)
Blood catecholamines normal (4)
Blood cholinesterase increased (4)
Blood ethanol increased (4)
Blood follicle stimulating hormone decreased (4)
Blood glucagon increased (4)
Blood HIV RNA below assay limit (4)
Blood HIV RNA increased (4)
Blood ketone body present (4)
Blood parathyroid hormone decreased (4)
Blood pressure orthostatic normal (4)
Blood pressure systolic normal (4)
Blood thromboplastin increased (4)
Bone marrow myelogram abnormal (4)
Bone scan abnormal (4)
Brachial pulse increased (4)
Capillary fragility increased (4)
Cardiac ventriculogram left abnormal (4)
Cardiothoracic ratio increased (4)
Cardiovascular autonomic function test (4)
Carnitine (4)
CD8 lymphocytes decreased (4)
Chromosome analysis abnormal (4)
Coagulation factor inhibitor assay (4)
Coagulation factor X level normal (4)
Coagulation factor XI level (4)
Coagulation time abnormal (4)
Computerised tomogram liver abnormal (4)
Corticosteroid binding globulin test (4)
Creatine urine (4)
Crystal urine absent (4)
CSF mononuclear cell count increased (4)
CSF neutrophil count positive (4)
CSF pressure normal (4)
CSF protein decreased (4)
CSF white blood cell count decreased (4)
Dehydroepiandrosterone decreased (4)
Dermatologic examination normal (4)
Diffusion-weighted brain MRI (4)
Digestive enzyme abnormal (4)
Eastern Cooperative Oncology Group performance status worsened (4)
ECG signs of myocardial infarction (4)

Electrocardiogram QT interval abnormal (4)
Electrocardiogram RR interval (4)
Electronystagmogram abnormal (4)
Electrophoresis abnormal (4)
Electrophoresis normal (4)
Enterococcus test (4)
Enzyme activity normal (4)
Epinephrine abnormal (4)
Exercise test normal (4)
Expanded disability status scale (4)
Fluorescence angiogram normal (4)
Foetal biophysical profile score abnormal (4)
Foetal heart rate normal (4)
Foetal non-stress test abnormal (4)
Forced expiratory flow (4)
Functional residual capacity decreased (4)
Geriatric assessment (4)
Giardia test (4)
Glycosylated haemoglobin abnormal (4)
Haemoglobin electrophoresis (4)
Head circumference (4)
Hepatic enzyme decreased (4)
Hepatitis A antigen negative (4)
Hepatitis A virus test positive (4)
Hepatitis B DNA assay (4)
Hepatitis B virus test positive (4)
Histology abnormal (4)
Human papilloma virus test positive (4)
Hysteroscopy normal (4)
Intestinal transit time decreased (4)
Iodine uptake (4)
Iron binding capacity total increased (4)
Listeria test positive (4)
Macrophage count (4)
Mediastinoscopy (4)
Mononuclear cell percentage (4)
Myelocyte count increased (4)
Myelocyte percentage (4)
Natural killer cell count (4)
Norepinephrine (4)
Oculomotor study (4)
Opiates positive (4)
Optical coherence tomography normal (4)
Periodic acid Schiff stain (4)
Physical examination of joints (4)
Plasma cell count (4)
Plasma cells increased (4)
Plasminogen (4)
Platelet function test abnormal (4)

Portogram (4)
Positron emission tomography-magnetic resonance imaging (4)
Proctosigmoidoscopy (4)
Protein S decreased (4)
Proteus test positive (4)
Pseudomonas test (4)
Psychiatric investigation (4)
Pulse waveform abnormal (4)
Rectal examination abnormal (4)
Rectal examination normal (4)
Red blood cell anisocytes present (4)
Red blood cell elliptocytes present (4)
Renal scan normal (4)
Residual urine volume (4)
Respiratory sinus arrhythmia magnitude abnormal (4)
Reticulocyte haemoglobin equivalent (4)
Reticulocyte percentage increased (4)
Rhesus antigen (4)
Rheumatoid factor decreased (4)
Salmonella test positive (4)
Scan bone marrow (4)
Semen analysis (4)
Skin culture positive (4)
Specific gravity body fluid (4)
Spinal myelogram normal (4)
Spirometry abnormal (4)
Sputum normal (4)
Stereotactic electroencephalography (4)
Thrombin-antithrombin III complex (4)
Thyroxine free abnormal (4)
Tidal volume (4)
Tidal volume decreased (4)
Total bile acids (4)
Total complement activity increased (4)
Total lung capacity abnormal (4)
Tri-iodothyronine free decreased (4)
Tyrosine kinase mutation assay (4)
Ultrasound pancreas normal (4)
Ultrasound penis (4)
Ultrasound testes normal (4)
Ureteroscopy (4)
Urinary occult blood negative (4)
Urine chloride (4)
Urine homocystine (4)
Urine porphobilinogen increased (4)
Urine protein/creatinine ratio normal (4)
Urine uric acid increased (4)
Wall motion score index (4)
Weber tuning fork test (4)

Venous oxygen partial pressure (4)
Venous pressure (4)
Venous pressure jugular (4)
Very low density lipoprotein increased (4)
Viral load increased (4)
X-ray with contrast lower gastrointestinal tract (4)
Yersinia test (4)
5-hydroxyindolacetic acid (3)
5'nucleotidase (3)
Activated partial thromboplastin time ratio decreased (3)
Activated partial thromboplastin time ratio increased (3)
Allen's test (3)
Alpha 2 globulin decreased (3)
Alpha 2 globulin normal (3)
Alpha tumour necrosis factor increased (3)
Alveolar-arterial oxygen gradient (3)
Amniocentesis abnormal (3)
Amniotic fluid index (3)
Amniotic fluid index decreased (3)
Amniotic membrane rupture test positive (3)
Amphetamines negative (3)
Amphetamines positive (3)
Amylase abnormal (3)
Anal pap smear (3)
Analgesic drug level increased (3)
Anti factor V antibody (3)
Anti-aquaporin-4 antibody positive (3)
Anticoagulation drug level increased (3)
Anti-glomerular basement membrane antibody negative (3)
Anti-HLA antibody test (3)
Anti-NMDA antibody positive (3)
Anti-prothrombin antibody positive (3)
Aortic bruit (3)
Aspiration bone marrow abnormal (3)
Aspiration bursa (3)
Aspiration joint normal (3)
Barbiturates (3)
Base excess negative (3)
Beta 2 microglobulin increased (3)
Bile output abnormal (3)
Bilirubin conjugated abnormal (3)
Biopsy bladder (3)
Biopsy blood vessel abnormal (3)
Biopsy cervix abnormal (3)
Biopsy oesophagus (3)
Biopsy pancreas (3)
Biopsy peripheral nerve (3)
Biopsy placenta (3)
Biopsy prostate (3)

Biopsy small intestine (3)
Biopsy stomach abnormal (3)
Biopsy testes (3)
Biopsy thyroid gland abnormal (3)
Blast cell count increased (3)
Blood 1,25-dihydroxycholecalciferol (3)
Blood 25-hydroxycholecalciferol increased (3)
Blood antidiuretic hormone (3)
Blood bicarbonate abnormal (3)
Blood bilirubin unconjugated normal (3)
Blood caffeine decreased (3)
Blood cannabinoids normal (3)
Blood copper increased (3)
Blood folate abnormal (3)
Blood follicle stimulating hormone abnormal (3)
Blood gonadotrophin (3)
Blood growth hormone (3)
Blood luteinising hormone abnormal (3)
Blood mercury normal (3)
Blood oestrogen abnormal (3)
Blood phosphorus abnormal (3)
Blood pressure ambulatory abnormal (3)
Blood pressure ambulatory decreased (3)
Blood pressure ambulatory normal (3)
Blood pressure difference of extremities (3)
Blood pressure orthostatic increased (3)
Blood prolactin decreased (3)
Blood testosterone free (3)
Blood viscosity decreased (3)
Bone marrow myelogram (3)
Bordetella test positive (3)
Brain stem auditory evoked response normal (3)
Bronchoalveolar lavage abnormal (3)
Calcium phosphate product (3)
Capillary fragility abnormal (3)
Carbohydrate antigen 15-3 increased (3)
Cardiac electrophysiologic study abnormal (3)
Cardiac ventriculogram left normal (3)
Cardiopulmonary exercise test abnormal (3)
Cardiopulmonary exercise test normal (3)
Cardiovascular function test abnormal (3)
Central venous pressure increased (3)
Coagulation factor V level abnormal (3)
Coagulation factor X level (3)
Coagulation time normal (3)
Cold agglutinins positive (3)
Cortisol abnormal (3)
Creatine urine increased (3)
Creatinine renal clearance normal (3)

CSF cell count abnormal (3)
CSF lactate dehydrogenase normal (3)
CSF myelin basic protein (3)
CSF myelin basic protein increased (3)
CSF polymorphonuclear cell count increased (3)
Culture throat positive (3)
CYP2C19 gene status assay (3)
Cyst aspiration (3)
Cystogram (3)
DNA test for fragile X (3)
Drug trough level (3)
ECG P wave inverted (3)
Electrocardiogram S1-S2-S3 pattern (3)
Endoscopy gastrointestinal abnormal (3)
Endoscopy small intestine abnormal (3)
Enterobacter test positive (3)
Enzyme level abnormal (3)
Eosinophil cationic protein (3)
Faecal elastase test (3)
Fibrin increased (3)
Flavivirus test negative (3)
Forced vital capacity decreased (3)
Fractional exhaled nitric oxide (3)
Francisella test (3)
Gardnerella test negative (3)
Glucose-6-phosphate dehydrogenase (3)
Glycated albumin (3)
Haemoglobin E (3)
Head lag abnormal (3)
Hepatitis B core antigen (3)
Hepatitis B surface antigen positive (3)
Hepatitis D virus test (3)
Hoover's sign of leg paresis (3)
HTLV-1 test (3)
HTLV-2 test (3)
Human papilloma virus test negative (3)
Hydrogen breath test normal (3)
Hysteroscopy abnormal (3)
Immune agglutinins (3)
Immunosuppressant drug level (3)
Interferon gamma normal (3)
Intestinal transit time increased (3)
Intra-abdominal pressure increased (3)
Intraocular pressure decreased (3)
Intraocular pressure test normal (3)
Intrinsic factor antibody (3)
JC polyomavirus test negative (3)
Lactobacillus test positive (3)
LE cells (3)

Leukocyte alkaline phosphatase (3)
Limb girth decreased (3)
Lipoprotein (a) increased (3)
Liver scan abnormal (3)
Liver scan normal (3)
Low density lipoprotein abnormal (3)
Lung diffusion test decreased (3)
Lymphocyte percentage abnormal (3)
Magnetic resonance imaging breast abnormal (3)
Malaria antibody test negative (3)
Mast cell degranulation present (3)
Maximum heart rate increased (3)
Measles antibody positive (3)
Megakaryocytes (3)
Microbiology test normal (3)
Mitogen stimulation test (3)
Monoblast count (3)
Monofilament pressure perception test (3)
Myelocyte percentage increased (3)
Natural killer T cell count (3)
Neisseria test positive (3)
Neurodevelopment test (3)
Neurotransmitter level altered (3)
Neutrophil percentage abnormal (3)
Neutrophil toxic granulation present (3)
Norovirus test positive (3)
Oesophageal manometry (3)
Oesophageal motility test (3)
Oestradiol abnormal (3)
Oestrogen receptor assay (3)
Otic examination normal (3)
Otoscopy normal (3)
Paracentesis eye (3)
PCO2 abnormal (3)
Pharyngoscopy (3)
Pituitary scan (3)
Plasma viscosity abnormal (3)
Platelet aggregation increased (3)
Platelet factor 4 increased (3)
Platelet function test normal (3)
Plateletcrit decreased (3)
Pleural fluid analysis abnormal (3)
PO2 abnormal (3)
Podiatric examination (3)
Popliteal pulse (3)
Precancerous cells present (3)
Progesterone abnormal (3)
Progesterone increased (3)
Prostate examination abnormal (3)

Protein induced by vitamin K absence or antagonist II (3)
Protein S increased (3)
Prothrombin time ratio increased (3)
Psoriasis area severity index (3)
Psoriasis area severity index decreased (3)
Pulmonary arterial pressure normal (3)
Pulmonary arterial wedge pressure (3)
Pus in stool (3)
Red blood cell microcytes present (3)
Red blood cell morphology abnormal (3)
Remnant-like lipoprotein particles (3)
Reticular cell count (3)
Retinal function test normal (3)
Rinne tuning fork test (3)
Rubivirus test positive (3)
SARS-CoV-2 RNA fluctuation (3)
Scan spleen (3)
Schirmer's test (3)
Sex hormone binding globulin (3)
Shift to the right (3)
Sigmoidoscopy normal (3)
Skull X-ray normal (3)
Slit-lamp tests abnormal (3)
Smear buccal (3)
Smear vaginal abnormal (3)
Somatotropin stimulation test (3)
Specific gravity urine abnormal (3)
Sperm concentration decreased (3)
Spinal myelogram abnormal (3)
Stool DNA test (3)
Synovial fluid cell count (3)
Systemic lupus erythematosus disease activity index increased (3)
Thrombin time normal (3)
Topography corneal (3)
Toxoplasma serology positive (3)
Transaminases decreased (3)
Troponin I abnormal (3)
Ultrasound biliary tract abnormal (3)
Ultrasound bladder abnormal (3)
Urine albumin/creatinine ratio increased (3)
Urine bilirubin decreased (3)
Urine calcium (3)
Urine cannabinoids increased (3)
Urine phosphorus normal (3)
Urine protein/creatinine ratio abnormal (3)
Urogram abnormal (3)
Urogram normal (3)
Venous pressure increased (3)
White blood cell analysis normal (3)

Vibration test (3)
Viral titre decreased (3)
Visual evoked potentials abnormal (3)
Vital capacity decreased (3)
Vital capacity normal (3)
Von Willebrand's factor antibody (3)
5-hydroxyindolacetic acid in urine (2)
Abdominal bruit (2)
Acid base balance abnormal (2)
Acinetobacter test (2)
Actinomyces test positive (2)
Activated protein C resistance test positive (2)
Adenosine deaminase increased (2)
Airway peak pressure (2)
Albumin CSF decreased (2)
Albumin globulin ratio abnormal (2)
Aldolase decreased (2)
Alpha 1 foetoprotein amniotic fluid (2)
Alpha 1 foetoprotein decreased (2)
Alpha 1 globulin decreased (2)
Alpha 1 globulin increased (2)
Alpha-1 acid glycoprotein abnormal (2)
Alpha-1 anti-trypsin increased (2)
Alpha-1 anti-trypsin normal (2)
Alveolar oxygen partial pressure (2)
Amino acid level decreased (2)
Aminopyrine breathing test (2)
Analgesic drug level above therapeutic (2)
Angiotensin converting enzyme decreased (2)
Anti factor X antibody (2)
Anti factor Xa activity decreased (2)
Anti-actin antibody (2)
Anticonvulsant drug level increased (2)
Antiendomysial antibody test (2)
Anti-erythrocyte antibody (2)
Anti-glycyl-tRNA synthetase antibody (2)
Anti-IA2 antibody positive (2)
Anti-insulin antibody (2)
Anti-melanoma differentiation-associated protein 5 antibody positive (2)
Anti-muscle specific kinase antibody negative (2)
Anti-NMDA antibody negative (2)
Antioxidant capacity test (2)
Anti-VGCC antibody negative (2)
Anti-zinc transporter 8 antibody (2)
Antral follicle count (2)
Aortogram (2)
APACHE II score (2)
Apgar score low (2)
Apnoea test abnormal (2)

Apolipoprotein A-I (2)
Arteriogram normal (2)
Arteriogram renal (2)
Bartonella test positive (2)
Base excess abnormal (2)
Basophil degranulation test (2)
Beta 2 microglobulin urine (2)
Beta globulin decreased (2)
Beta globulin normal (2)
Bile output increased (2)
Biopsy abdominal wall (2)
Biopsy abdominal wall normal (2)
Biopsy bladder abnormal (2)
Biopsy blood vessel (2)
Biopsy brain normal (2)
Biopsy cartilage (2)
Biopsy cervix normal (2)
Biopsy gingival (2)
Biopsy intestine abnormal (2)
Biopsy lip (2)
Biopsy liver normal (2)
Biopsy oesophagus abnormal (2)
Biopsy oesophagus normal (2)
Biopsy pleura (2)
Biopsy site unspecified abnormal (2)
Biopsy small intestine abnormal (2)
Biopsy small intestine normal (2)
Biopsy tongue (2)
Biopsy tongue abnormal (2)
Biopsy uterus abnormal (2)
Biopsy vulva abnormal (2)
BK polyomavirus test (2)
BK polyomavirus test negative (2)
Blood 1,25-dihydroxycholecalciferol decreased (2)
Blood aldosterone increased (2)
Blood aldosterone normal (2)
Blood aluminium (2)
Blood arsenic normal (2)
Blood bactericidal activity (2)
Blood beta-D-glucan normal (2)
Blood beta-D-glucan positive (2)
Blood bilirubin unconjugated decreased (2)
Blood cadmium (2)
Blood carbon monoxide (2)
Blood chromium increased (2)
Blood copper decreased (2)
Blood corticotrophin increased (2)
Blood creatine phosphokinase MB abnormal (2)
Blood cyanide (2)

Blood erythropoietin (2)
Blood glucagon (2)
Blood group B (2)
Blood growth hormone increased (2)
Blood heavy metal abnormal (2)
Blood lead normal (2)
Blood loss assessment (2)
Blood luteinising hormone decreased (2)
Blood mercury (2)
Blood mercury abnormal (2)
Blood methaemoglobin present (2)
Blood methanol (2)
Blood oestrogen normal (2)
Blood pregnenolone increased (2)
Blood pressure diastolic abnormal (2)
Blood testosterone abnormal (2)
Blood testosterone free increased (2)
Blood thromboplastin normal (2)
Bone formation test (2)
Bone scan normal (2)
Brain stem auditory evoked response abnormal (2)
Bronchial aspiration procedure (2)
Bronchogram (2)
Carboxyhaemoglobin decreased (2)
Carboxyhaemoglobin increased (2)
Carcinoembryonic antigen normal (2)
Cardiovascular function test normal (2)
Carotid pulse decreased (2)
Cell marker increased (2)
Ceruloplasmin decreased (2)
Chemokine increased (2)
Chemokine test (2)
Clinical dementia rating scale (2)
Coagulation factor level normal (2)
Coagulation factor VIII level normal (2)
Coagulation factor XII level (2)
Colour vision tests abnormal (2)
Complement factor C2 (2)
Complement fixation test positive (2)
Computerised tomogram kidney normal (2)
Computerised tomogram of gallbladder (2)
Corneal pachymetry (2)
Cortisol free urine (2)
Creatinine urine decreased (2)
Creatinine urine increased (2)
Cryoglobulins present (2)
CSF cell count decreased (2)
CSF glucose abnormal (2)
CSF lactate increased (2)

CSF leukocyte/erythrocyte ratio (2)
CSF pressure abnormal (2)
CSF volume increased (2)
Culture cervix negative (2)
Cytogenetic analysis abnormal (2)
Dengue virus test negative (2)
Dexamethasone suppression test (2)
Digestive enzyme test (2)
Direct calorimetry (2)
Directional Doppler flow tests (2)
Directional Doppler flow tests normal (2)
Discogram abnormal (2)
DNA antibody positive (2)
Drug clearance (2)
Drug provocation test (2)
Dry weight evaluation (2)
ECG signs of myocardial ischaemia (2)
Echovirus test negative (2)
Electrocardiogram delta waves abnormal (2)
Electrocardiogram T wave amplitude increased (2)
Electrocochleogram (2)
Electrocochleogram abnormal (2)
Electrophoresis protein abnormal (2)
Endobronchial ultrasound (2)
Endoscopic retrograde cholangiopancreatography abnormal (2)
Endoscopic swallowing evaluation (2)
Endoscopic ultrasound abnormal (2)
Endoscopy biliary tract (2)
Endoscopy gastrointestinal normal (2)
End-tidal CO2 (2)
Enzyme activity assay (2)
Erythrocyte osmotic fragility test (2)
Expiratory reserve volume (2)
Eye pH test (2)
Face and mouth X-ray abnormal (2)
Faecal calprotectin normal (2)
Faecal elastase concentration decreased (2)
False negative investigation result (2)
False positive tuberculosis test (2)
Femoral pulse (2)
Fibrinolysis abnormal (2)
Fibronectin (2)
Fibronectin decreased (2)
Fibronectin normal (2)
Finger tapping test (2)
Fluid balance positive (2)
Fluid wave test (2)
Foetal non-stress test normal (2)
Fractional excretion of sodium (2)

Fractional exhaled nitric oxide abnormal (2)
Fractional exhaled nitric oxide normal (2)
Gastric pH (2)
Gastrointestinal stoma output increased (2)
Gastrointestinal tract biopsy (2)
Glucose tolerance test abnormal (2)
Glucose-6-phosphate dehydrogenase normal (2)
Glutamate dehydrogenase (2)
Glycolysis increased (2)
Gomori methenamine silver stain (2)
Haemoglobin A2 (2)
Haemoglobin C (2)
Haemoglobin S (2)
Haemoglobin urine absent (2)
Head circumference abnormal (2)
Hepatic fibrosis marker test (2)
Hepatitis B antigen positive (2)
Hepatitis B DNA assay negative (2)
Hepatitis B DNA increased (2)
Hepatitis B e antigen (2)
Hepatitis C core antibody negative (2)
Hepatitis C RNA negative (2)
Hepatobiliary scan normal (2)
Herpes virus test abnormal (2)
Histamine normal (2)
Histamine release test (2)
Histone antibody (2)
Histone antibody negative (2)
Hydrogen breath test (2)
Hysterosalpingogram (2)
Iliac bruit (2)
Imaging procedure artifact (2)
Indeterminable ABO blood type (2)
Inhibiting antibodies positive (2)
Inspiratory capacity (2)
Inspiratory capacity abnormal (2)
Insulin resistance test (2)
Intestinal transit time (2)
Iodine uptake increased (2)
Iron binding capacity total abnormal (2)
ISTH score for disseminated intravascular coagulation (2)
Kleihauer-Betke test negative (2)
Laboratory test interference (2)
Lactose tolerance test (2)
Lasegue's test positive (2)
LDL/HDL ratio decreased (2)
LDL/HDL ratio increased (2)
Length at birth (2)
Lymphatic mapping (2)

Lymphocyte stimulation test positive (2)
Macrophages increased (2)
Macula thickness measurement (2)
Magnetic resonance imaging breast normal (2)
Male genital examination abnormal (2)
Mallampati score (2)
Mast cell degranulation test (2)
Measles antibody negative (2)
MERS-CoV test negative (2)
Methaemoglobin urine absent (2)
Mini mental status examination abnormal (2)
Minimum inhibitory concentration (2)
Monocyte percentage abnormal (2)
Mononuclear cell count increased (2)
Montreal cognitive assessment (2)
Montreal cognitive assessment abnormal (2)
Myeloblast count (2)
Myoglobin blood decreased (2)
Myoglobin blood present (2)
Myoglobin urine present (2)
Natural killer cell activity normal (2)
Neuro-ophthalmological test (2)
Oculomotor study abnormal (2)
Oesophagoscopy (2)
Oestradiol decreased (2)
Olfactory test (2)
Otoscopy abnormal (2)
Parasite blood test positive (2)
Parasite stool test positive (2)
Parasite urine test negative (2)
Parietal cell antibody normal (2)
Past-pointing (2)
Peak expiratory flow rate abnormal (2)
Peak nasal inspiratory flow test (2)
Pedal pulse abnormal (2)
Peritoneal fluid analysis (2)
Peritoneal fluid analysis abnormal (2)
pH body fluid increased (2)
pH urine abnormal (2)
pH urine decreased (2)
Phalen's test positive (2)
Philadelphia chromosome positive (2)
Phospholipase A2 activity increased (2)
Physical thyroid examination (2)
Plasminogen normal (2)
Platelet distribution width decreased (2)
Platelet distribution width increased (2)
Plateletcrit abnormal (2)
Potassium chloride sensitivity test (2)

Potassium chloride sensitivity test abnormal (2)
Potassium hydroxide preparation (2)
Prealbumin decreased (2)
Progesterone receptor assay negative (2)
Protein albumin ratio normal (2)
Protein S abnormal (2)
Prothrombin level abnormal (2)
Pulmonary function challenge test (2)
Pulmonary physical examination abnormal (2)
Pulmonary physical examination normal (2)
Pulse pressure abnormal (2)
QRS axis normal (2)
Red blood cell microcytes (2)
Red blood cell rouleaux formation present (2)
Renin normal (2)
Respirovirus test positive (2)
Right atrial pressure increased (2)
Right ventricular systolic pressure decreased (2)
Rotavirus test (2)
Rotavirus test negative (2)
Scan bone marrow normal (2)
Scan parathyroid (2)
Schistosoma test (2)
SCORTEN score (2)
Seroconversion test (2)
Serum amyloid A protein (2)
Sinoscopy (2)
Skeletal muscle enzymes (2)
Skeletal survey (2)
Spleen scan abnormal (2)
Spleen scan normal (2)
Streptobacillus test positive (2)
Sweat test abnormal (2)
Synovial fluid white blood cells (2)
Systemic lupus erythematosus disease activity index abnormal (2)
T-cell receptor gene rearrangement test (2)
Temperature perception test decreased (2)
Thermometry abnormal (2)
Thiopurine methyltransferase (2)
Thrombin time abnormal (2)
Thrombopoietin level abnormal (2)
Thyroid gland scan normal (2)
Thyroid releasing hormone challenge test (2)
Thyroxin binding globulin (2)
T-lymphocyte count abnormal (2)
Topography corneal abnormal (2)
Total cholesterol/HDL ratio decreased (2)
Total complement activity decreased (2)
Tracheoscopy (2)

Transferrin abnormal (2)
Transient elastography (2)
Transplant evaluation (2)
Transvalvular pressure gradient (2)
Tri-iodothyronine free abnormal (2)
Tri-iodothyronine uptake increased (2)
Ubiquinone decreased (2)
Ultrasound pancreas abnormal (2)
Ultrasound prostate (2)
Unevaluable investigation (2)
Urea urine abnormal (2)
Urinary casts present (2)
Urinary stone analysis (2)
Urinary system x-ray abnormal (2)
Urine alcohol test (2)
Urine alcohol test negative (2)
Urine bilirubin increased (2)
Urine calcium/creatinine ratio (2)
Urine nitrogen (2)
Urine osmolarity decreased (2)
Urine osmolarity increased (2)
Urine osmolarity normal (2)
Urine phosphorus (2)
Urine potassium decreased (2)
Urine sodium decreased (2)
Urine sodium normal (2)
Urine uric acid (2)
Venous oxygen saturation normal (2)
Venous pressure jugular increased (2)
Ventricular internal diameter abnormal (2)
Ventricular internal diameter normal (2)
Very low density lipoprotein decreased (2)
West Nile virus test positive (2)
White blood cells stool negative (2)
White blood cells stool positive (2)
Visual tracking test (2)
Vitamin D abnormal (2)
Vitamin K decreased (2)
Von Willebrand's factor activity decreased (2)
Von Willebrand's factor activity increased (2)
Von Willebrand's factor antigen increased (2)
17 ketosteroids urine decreased (1)
5-hydroxyindolacetic acid increased (1)
Abnormal involuntary movement scale (1)
Acid haemolysin test (1)
Acinetobacter test positive (1)
ACTH stimulation test normal (1)
Activated partial thromboplastin time ratio fluctuation (1)
Activated partial thromboplastin time ratio normal (1)

Adjusted calcium decreased (1)
Adjusted calcium increased (1)
Albumin CSF abnormal (1)
Alcohol test false positive (1)
Aldolase abnormal (1)
Alpha-1 acid glycoprotein normal (1)
Alpha-2 macroglobulin (1)
Alpha-2 macroglobulin increased (1)
American Society of Anesthesiologists physical status classification (1)
Ammonia abnormal (1)
Ammonia decreased (1)
Amniotic fluid index increased (1)
Amniotic membrane rupture test (1)
Amniotic membrane rupture test negative (1)
Analgesic drug level decreased (1)
Androgens increased (1)
Angiotensin I (1)
Angiotensin II (1)
Ankle brachial index abnormal (1)
Ankle brachial index normal (1)
Anti factor IX antibody (1)
Anti factor IX antibody increased (1)
Anti factor X activity increased (1)
Anti factor XI antibody positive (1)
Anti Kell antibody test positive (1)
Anti-actin antibody positive (1)
Anticoagulation drug level normal (1)
Antidepressant drug level decreased (1)
Antiendomysial antibody positive (1)
Anti-erythropoietin antibody (1)
Anti-erythropoietin antibody negative (1)
Anti-erythropoietin antibody positive (1)
Anti-GAD antibody negative (1)
Antigliadin antibody positive (1)
Anti-HLA antibody test positive (1)
Anti-islet cell antibody negative (1)
Antimicrobial susceptibility test resistant (1)
Antimicrobial susceptibility test sensitive (1)
Anti-Muellerian hormone level increased (1)
Anti-Muellerian hormone level normal (1)
Anti-muscle specific kinase antibody positive (1)
Antimyocardial antibody positive (1)
Antiribosomal P antibody positive (1)
Anti-RNA polymerase III antibody positive (1)
Anti-sperm antibody (1)
Anti-SRP antibody positive (1)
Anti-thyroid antibody decreased (1)
Anti-transglutaminase antibody increased (1)
Anti-VGCC antibody (1)

Anti-VGKC antibody negative (1)
Anti-zinc transporter 8 antibody positive (1)
Apgar score normal (1)
Aphthovirus test positive (1)
Arterial bruit (1)
Arterial catheterisation normal (1)
Arterial segmental pressure test (1)
Aspergillus test positive (1)
Aspiration tracheal normal (1)
AST to platelet ratio index increased (1)
Ataxia assessment scale (1)
Band neutrophil percentage decreased (1)
Barbiturates positive (1)
Barium enema (1)
Barium enema abnormal (1)
Barium enema normal (1)
Barium meal (1)
BCL-2 gene status assay (1)
Benzodiazepine drug level increased (1)
Beta 2 microglobulin normal (1)
Beta 2 microglobulin urine increased (1)
Bile culture (1)
Bile culture negative (1)
Biomedical photography (1)
Biopsy adrenal gland abnormal (1)
Biopsy bile duct abnormal (1)
Biopsy bone normal (1)
Biopsy chest wall (1)
Biopsy chest wall abnormal (1)
Biopsy chorionic villous abnormal (1)
Biopsy colon normal (1)
Biopsy eyelid normal (1)
Biopsy foetal (1)
Biopsy heart normal (1)
Biopsy intestine (1)
Biopsy mucosa abnormal (1)
Biopsy mucosa normal (1)
Biopsy muscle normal (1)
Biopsy pancreas abnormal (1)
Biopsy peripheral nerve abnormal (1)
Biopsy peritoneum (1)
Biopsy pharynx abnormal (1)
Biopsy rectum (1)
Biopsy rectum abnormal (1)
Biopsy spleen (1)
Biopsy spleen abnormal (1)
Biopsy tendon (1)
Biopsy vocal cord abnormal (1)
Biopsy vulva (1)

Bladder tumour antigen (1)
Blood acid phosphatase increased (1)
Blood alcohol decreased (1)
Blood androstenedione increased (1)
Blood antidiuretic hormone increased (1)
Blood beryllium (1)
Blood beta-D-glucan increased (1)
Blood bromide (1)
Blood caffeine increased (1)
Blood calcitonin increased (1)
Blood cannabinoids decreased (1)
Blood carbon monoxide decreased (1)
Blood chloride abnormal (1)
Blood cholinesterase decreased (1)
Blood cholinesterase normal (1)
Blood chromium normal (1)
Blood corticotrophin abnormal (1)
Blood corticotrophin decreased (1)
Blood creatine phosphokinase MM (1)
Blood creatine phosphokinase MM normal (1)
Blood elastase (1)
Blood electrolytes increased (1)
Blood erythropoietin increased (1)
Blood erythropoietin normal (1)
Blood ethanal increased (1)
Blood ethanol decreased (1)
Blood galactose (1)
Blood gastrin (1)
Blood gastrin decreased (1)
Blood gastrin normal (1)
Blood glucose false positive (1)
Blood gonadotrophin decreased (1)
Blood gonadotrophin normal (1)
Blood group AB (1)
Blood growth hormone abnormal (1)
Blood growth hormone decreased (1)
Blood homocysteine decreased (1)
Blood immunoglobulin E abnormal (1)
Blood immunoglobulin G abnormal (1)
Blood immunoglobulin M abnormal (1)
Blood insulin normal (1)
Blood isopropanol (1)
Blood isotope clearance (1)
Blood ketone body absent (1)
Blood parathyroid hormone abnormal (1)
Blood pressure systolic inspiratory decreased (1)
Blood prolactin abnormal (1)
Blood pyruvic acid (1)
Blood selenium (1)

Blood testosterone free normal (1)
Blood thromboplastin abnormal (1)
Blood thromboplastin decreased (1)
Blood trypsin (1)
Blood zinc decreased (1)
Blood zinc increased (1)
B-lymphocyte count abnormal (1)
Body mass index abnormal (1)
Body surface area decreased (1)
Brachial pulse abnormal (1)
BRCA2 gene mutation assay (1)
Breast scan abnormal (1)
Bronchogram abnormal (1)
C1 esterase inhibitor decreased (1)
Calcium ionised abnormal (1)
Calcium ionised increased (1)
Capillary fragility test (1)
Capillary permeability (1)
Capnogram (1)
Carbohydrate antigen 27.29 increased (1)
Carbohydrate antigen 72-4 (1)
Carbohydrate deficient transferrin test (1)
Carboxyhaemoglobin normal (1)
Cardiac electrophysiologic study normal (1)
Cardiac index increased (1)
Cardiac output increased (1)
Cardiac ventriculogram abnormal (1)
Cardio-ankle vascular index (1)
Cardiovascular autonomic function test abnormal (1)
Cardiovascular examination abnormal (1)
Carnitine normal (1)
Catecholamines urine increased (1)
Catheter culture (1)
CD25 antigen positive (1)
CD4 lymphocyte percentage decreased (1)
CD4 lymphocytes abnormal (1)
CD4 lymphocytes normal (1)
CD4/CD8 ratio decreased (1)
CD4/CD8 ratio increased (1)
CD8 lymphocytes abnormal (1)
Cell marker decreased (1)
Central nervous system function test (1)
Central nervous system function test abnormal (1)
Central nervous system function test normal (1)
Central venous pressure normal (1)
Cephalin flocculation abnormal (1)
CHA2DS2-VASc annual stroke risk high (1)
Chest expansion decreased (1)
Child-Pugh-Turcotte score (1)

Cholangiogram normal (1)
Circulating anticoagulant positive (1)
Cisternogram (1)
Citrobacter test positive (1)
Clot retraction normal (1)
Clot retraction time prolonged (1)
Coagulation factor decreased (1)
Coagulation factor IX level normal (1)
Coagulation factor V level decreased (1)
Coagulation factor VII level decreased (1)
Coagulation factor VIII level abnormal (1)
Coagulation factor XI level normal (1)
Coagulation factor XIII level (1)
Cold agglutinins negative (1)
Collagen antigen type IV (1)
Colour vision tests abnormal red-green (1)
Colposcopy normal (1)
Columbia suicide severity rating scale (1)
Complement factor C1 increased (1)
Conjunctival staining (1)
COPD assessment test (1)
Corneal endothelial microscopy (1)
Corneal light reflex test (1)
Corticotropin-releasing hormone stimulation test (1)
Cortisol free urine abnormal (1)
Corynebacterium test (1)
Cough challenge test (1)
Creatine urine abnormal (1)
CSF electrophoresis normal (1)
CSF eosinophil count (1)
CSF granulocyte count (1)
CSF immunoglobulin decreased (1)
CSF lactate dehydrogenase (1)
CSF monocyte count negative (1)
CSF virus identified (1)
Culture cervix (1)
Cyclic AMP normal (1)
Cystatin C increased (1)
Cystogram normal (1)
Cystometrogram (1)
Dehydroepiandrosterone increased (1)
Depression rating scale score (1)
Diffusion-weighted brain MRI normal (1)
Dihydrotestosterone decreased (1)
Dihydrotestosterone level (1)
Directional Doppler flow tests abnormal (1)
Drug level abnormal (1)
Drug level fluctuating (1)
Drug level therapeutic (1)

Drug metabolite level (1)
Drug specific antibody present (1)
ECG electrically inactive area (1)
Effective peritoneal surface area increased (1)
Electrocardiogram J wave abnormal (1)
Electrocardiogram P wave (1)
Electrocardiogram P wave biphasic (1)
Electrocardiogram P wave normal (1)
Electrocardiogram U wave inversion (1)
Electrocardiogram U wave present (1)
Electrogastrogram (1)
Emergency care examination normal (1)
Endoscopic retrograde cholangiopancreatography normal (1)
Endoscopic ultrasound normal (1)
End-tidal CO2 decreased (1)
Eosinophil percentage abnormal (1)
Eosinophils urine (1)
Eosinophils urine absent (1)
Epinephrine decreased (1)
Episcleral venous pressure increased (1)
Erythroblast count increased (1)
Erythroblast count normal (1)
Erythroid series abnormal (1)
Exocrine pancreatic function test (1)
Exocrine pancreatic function test normal (1)
Faecal calprotectin abnormal (1)
Faecal volume decreased (1)
Female sex hormone level abnormal (1)
Femoral pulse increased (1)
Fibrin degradation products normal (1)
Fibrinolysis increased (1)
Fibrinolysis normal (1)
Fibroblast growth factor 23 (1)
Fibroblast growth factor 23 increased (1)
Fibronectin increased (1)
Finkelstein test (1)
Fistulogram (1)
Fluid balance negative (1)
Fluorescent in situ hybridisation negative (1)
Foetal gastrointestinal tract imaging abnormal (1)
Foetal haemoglobin (1)
Forced expiratory volume normal (1)
Foveal reflex abnormal (1)
Free androgen index (1)
Free haemoglobin (1)
Free prostate-specific antigen negative (1)
Free thyroxine index decreased (1)
Functional residual capacity (1)
Functional residual capacity abnormal (1)

Fundoscopy abnormal (1)
Fusobacterium test positive (1)
Galactography (1)
Gamma-glutamyltransferase decreased (1)
Gardnerella test positive (1)
Gastric pH increased (1)
Gastrointestinal stoma output abnormal (1)
Gastrointestinal stoma output decreased (1)
Genotype drug resistance test (1)
Genotype drug resistance test positive (1)
Gestational age test abnormal (1)
Giardia test positive (1)
Gleason grading score (1)
Glucocorticoids normal (1)
Glucose-6-phosphate dehydrogenase abnormal (1)
Glutamate dehydrogenase increased (1)
Glutamate dehydrogenase level abnormal (1)
Glycine test (1)
Gonioscopy (1)
Granulocyte-colony stimulating factor level increased (1)
Gustometry (1)
Haemodynamic test abnormal (1)
Haemoglobin A absent (1)
Haemoglobin A present (1)
HBV-DNA polymerase increased (1)
Heel-knee-shin test abnormal (1)
Hepatitis A antibody normal (1)
Hepatitis B antibody abnormal (1)
Hepatitis B antibody positive (1)
Hepatitis B DNA assay positive (1)
Hepatitis B DNA decreased (1)
Hepatitis C core antibody (1)
Hepatitis C RNA increased (1)
Hepatitis D antibody negative (1)
Hepatitis E antibody negative (1)
Hepatitis E antibody positive (1)
Hepatitis E virus test positive (1)
Hepatitis viral test positive (1)
HIV antibody positive (1)
HLA-B gene status assay (1)
HLA-B*1502 assay (1)
HLA-B*5701 assay (1)
Homans' sign negative (1)
HTLV-1 test positive (1)
HTLV-2 test positive (1)
Human herpes virus 6 serology positive (1)
Hydroxyproline (1)
Hypophonesis (1)
Hysterometry (1)

Immunosuppressant drug level decreased (1)
Increased steroid activity (1)
Influenza C virus test (1)
Inhibiting antibodies (1)
Insulin C-peptide normal (1)
Insulin tolerance test (1)
Insulin-like growth factor (1)
Intelligence test (1)
Interferon alpha level (1)
Interferon gamma decreased (1)
Interferon gamma level increased (1)
Interleukin level decreased (1)
Intermediate density lipoprotein increased (1)
Intestinal intraepithelial lymphocytes increased (1)
Intrinsic factor antibody negative (1)
Intrinsic factor antibody positive (1)
Iodine uptake abnormal (1)
Iodine uptake normal (1)
Iron binding capacity unsaturated decreased (1)
Iron binding capacity unsaturated increased (1)
JC polyomavirus test positive (1)
Karnofsky scale (1)
Karyotype analysis normal (1)
Kleihauer-Betke test (1)
Lactate dehydrogenase urine (1)
Lactate dehydrogenase urine increased (1)
Lactescent serum (1)
Lactose tolerance test abnormal (1)
Laparoscopy abnormal (1)
Laparoscopy normal (1)
Laryngotracheobronchoscopy (1)
Laser doppler flowmetry (1)
LE cells present (1)
Left ventricular end-diastolic pressure decreased (1)
Left-handedness (1)
Legionella test positive (1)
Leucine aminopeptidase increased (1)
Leukocyte alkaline phosphatase increased (1)
Leukotriene test (1)
Light chain analysis abnormal (1)
Lipase urine (1)
Lipids decreased (1)
Lipoprotein (a) normal (1)
Lipoprotein increased (1)
Lipoprotein-associated phospholipase A2 (1)
Liver iron concentration increased (1)
Lymph nodes scan normal (1)
Lymphangiogram (1)
Lymphocyte transformation test (1)

Macrophage inflammatory protein-1 alpha increased (1)
Matrix metalloproteinase-3 increased (1)
Maximum heart rate decreased (1)
Medical observation normal (1)
Medication crystals in urine present (1)
Megakaryocytes normal (1)
Megaloblasts increased (1)
MERS-CoV test (1)
Metamyelocyte percentage increased (1)
Metanephrine urine increased (1)
Metanephrine urine normal (1)
Minimum inhibitory concentration increased (1)
Misleading laboratory test result (1)
Model for end stage liver disease score (1)
Modified Rankin score increased (1)
Monocyte morphology (1)
Monocyte morphology abnormal (1)
Monofilament pressure perception test abnormal (1)
Mononuclear cell count abnormal (1)
Morganella test (1)
Mucosal biopsy (1)
Multipathogen PCR test positive (1)
Multiple gated acquisition scan (1)
Multiple gated acquisition scan normal (1)
Mumps antibody test negative (1)
Murphy's sign positive (1)
Mycobacterium test positive (1)
Myeloblast percentage (1)
Myeloblast percentage increased (1)
Myeloblast present (1)
Myoglobin urine (1)
Nasal potential difference test (1)
Nasogastric output abnormal (1)
Natural killer cell count decreased (1)
Natural killer T cell count increased (1)
Needle biopsy site unspecified abnormal (1)
Neurone-specific enolase increased (1)
Neuropsychological test abnormal (1)
Neutralising antibodies positive (1)
Neutrophil chemotaxis (1)
Neutrophil function test abnormal (1)
Neutrophil morphology abnormal (1)
Neutrophil/lymphocyte ratio decreased (1)
Neutrophil/lymphocyte ratio increased (1)
Nicotinamide (1)
Non-neutralising antibodies (1)
Non-neutralising antibodies negative (1)
Normetanephrine urine increased (1)
N-telopeptide urine (1)

Oesophagogastroscopy (1)
Oestriol (1)
Oestrogen receptor assay negative (1)
Oestrogen receptor assay positive (1)
Opticokinetic nystagmus tests (1)
Opticokinetic nystagmus tests abnormal (1)
Osteocalcin increased (1)
Osteoprotegerin ligand decreased (1)
Otoacoustic emissions test (1)
Otoendoscopy (1)
Pancreatic enzymes decreased (1)
Pancreatic enzymes normal (1)
Panendoscopy (1)
Pantoea agglomerans test positive (1)
Paranasal biopsy normal (1)
Parasite DNA test (1)
Parasitic test positive (1)
Parietal cell antibody (1)
Parietal cell antibody positive (1)
Pericardial drainage test normal (1)
Peripheral arteriogram (1)
Peripheral nervous system function test (1)
Peripheral nervous system function test abnormal (1)
pH body fluid abnormal (1)
pH body fluid decreased (1)
Philadelphia chromosome negative (1)
Physical breast examination abnormal (1)
Physical breast examination normal (1)
Physical examination of joints abnormal (1)
Plasmin inhibitor (1)
Platelet aggregation decreased (1)
Platelet aggregation normal (1)
Platelet factor 4 decreased (1)
Pneumocystis test negative (1)
Pneumovirus test positive (1)
Polychromic red blood cells present (1)
Polyomavirus test (1)
Popliteal pulse decreased (1)
Popliteal pulse increased (1)
Porphyrins urine normal (1)
Potassium hydroxide preparation negative (1)
Primitive reflex test (1)
Procalcitonin abnormal (1)
Procollagen type I C-terminal propeptide increased (1)
Prohormone brain natriuretic peptide decreased (1)
Prostate examination normal (1)
Prostatic acid phosphatase (1)
Prostatic specific antigen abnormal (1)
Protein albumin ratio abnormal (1)

Protein albumin ratio increased (1)
Prothrombin consumption time prolonged (1)
Prothrombin consumption time shortened (1)
Prothrombin fragment 1.2 (1)
Prothrombin time ratio abnormal (1)
Psoriasis area severity index increased (1)
Psychiatric evaluation abnormal (1)
Pulmonary imaging procedure normal (1)
Radioallergosorbent test negative (1)
Radioisotope uptake increased (1)
Rapid alternating movement test abnormal (1)
Rectal ultrasound (1)
Red blood cell analysis abnormal (1)
Red blood cell analysis normal (1)
Red blood cell burr cells present (1)
Red blood cell Heinz bodies present (1)
Red blood cell hyperchromic morphology present (1)
Red blood cell hypochromic morphology present (1)
Red blood cell macrocytes present (1)
Red blood cell poikilocytes present (1)
Red blood cell spherocytes (1)
Red blood cell spherocytes present (1)
Red blood cell target cells present (1)
Renal scan abnormal (1)
Renin abnormal (1)
Renin increased (1)
Reproductive hormone (1)
Respiratory sinus arrhythmia magnitude (1)
Reticulocyte percentage decreased (1)
Reticulocyte percentage normal (1)
Retinogram normal (1)
Retinoscopy (1)
Reverse tri-iodothyronine (1)
Rinne tuning fork test abnormal (1)
Roseolovirus test positive (1)
Rubulavirus test positive (1)
Saliva alcohol test (1)
Saliva alcohol test positive (1)
Scan adrenal gland (1)
Scan bone marrow abnormal (1)
Scan gallium (1)
Schistosoma test negative (1)
Semen viscosity decreased (1)
Semen volume abnormal (1)
Semen volume increased (1)
Serology abnormal (1)
Serratia test positive (1)
Serum colour abnormal (1)
Serum serotonin increased (1)

Sex hormone binding globulin increased (1)
Single photon emission computerised tomogram normal (1)
Slit-lamp tests normal (1)
Slow vital capacity (1)
Smear buccal abnormal (1)
Soluble fibrin monomer complex increased (1)
Somatosensory evoked potentials abnormal (1)
Specific gravity body fluid normal (1)
Sperm analysis abnormal (1)
Sperm concentration abnormal (1)
Spleen palpable (1)
Stenotrophomonas test positive (1)
Steroid activity (1)
Stomach scan normal (1)
Stomatocytes present (1)
Strongyloides test positive (1)
Surfactant protein (1)
Sustained viral response (1)
Synovial biopsy abnormal (1)
Synovial fluid crystal (1)
Synovial fluid protein (1)
Synovial fluid red blood cells positive (1)
Systemic lupus erythematosus disease activity index decreased (1)
Tandem gait test (1)
Tandem gait test abnormal (1)
Tartrate-resistant acid phosphatase increased (1)
Tender joint count decreased (1)
Testicular scan (1)
Thermogram (1)
Thoracic cavity drainage test (1)
Thrombin time shortened (1)
Thyroglobulin present (1)
Thyroxine abnormal (1)
Tidal volume abnormal (1)
Tinetti test (1)
Total bile acids increased (1)
Total cholesterol/HDL ratio abnormal (1)
Total cholesterol/HDL ratio increased (1)
Tracheal aspiration procedure (1)
Transcranial electrical motor evoked potential monitoring abnormal (1)
Transfer factor reduced (1)
Transferrin saturation increased (1)
Transmembrane receptor tyrosine kinase assay (1)
Tri-iodothyronine abnormal (1)
Tri-iodothyronine uptake (1)
Tryptase decreased (1)
Tuberculin test false positive (1)
Tumour marker abnormal (1)
Tympanoscopy (1)

Ultrasonic angiogram normal (1)
Ultrasound skull normal (1)
Umbilical cord blood pH (1)
Unevaluable specimen (1)
Urea renal clearance decreased (1)
Urea urine decreased (1)
Urea urine increased (1)
Urinary lipids present (1)
Urinary nitrogen increased (1)
Urinary system x-ray normal (1)
Urine amphetamine positive (1)
Urine cannabinoids decreased (1)
Urine chromium increased (1)
Urine cytology normal (1)
Urine delta aminolevulinate (1)
Urine delta aminolevulinate normal (1)
Urine electrolytes decreased (1)
Urine electrophoresis normal (1)
Urine organic acid test (1)
Urine oxalate (1)
Urine protein/creatinine ratio decreased (1)
Urine retinol binding protein increased (1)
Urine sodium increased (1)
Urine transitional cells present (1)
Urine uric acid decreased (1)
Urine uric acid normal (1)
Vaginal pH abnormal (1)
Waist circumference (1)
Walking distance test abnormal (1)
Vascular resistance pulmonary decreased (1)
Vascular resistance pulmonary increased (1)
Vascular resistance systemic decreased (1)
Vascular resistance systemic increased (1)
Vasoactive intestinal polypeptide test (1)
Weber tuning fork test abnormal (1)
Venous bruit (1)
Venous oxygen partial pressure decreased (1)
Venous oxygen saturation abnormal (1)
Venous oxygen saturation increased (1)
Venous pressure jugular normal (1)
White blood cell analysis abnormal (1)
White blood cell morphology abnormal (1)
White blood cells stool (1)
Vibration test abnormal (1)
Visual evoked potentials normal (1)
Vital capacity abnormal (1)
Vitamin A (1)
Vitamin A normal (1)
Vitamin B1 decreased (1)

Vitamin B6 abnormal (1)
Vitamin B6 decreased (1)
Vitamin C increased (1)
Vitamin C normal (1)
Volume blood increased (1)
Von Willebrand's factor activity normal (1)
Von Willebrand's factor antigen abnormal (1)
Von Willebrand's factor antigen normal (1)
Von Willebrand's factor multimers normal (1)
X-ray with contrast upper gastrointestinal tract normal (1)
Yergason's test (1)
Zinc sulphate turbidity increased (1)
Metabolism and nutrition disorders (53796)
Decreased appetite (37311)
Dehydration (4348)
Feeding disorder (1818)
Hyperglycaemia (1108)
Hypoglycaemia (1090)
Gout (1039)
Diabetes mellitus (778)
Fluid retention (754)
Hypophagia (660)
Hyponatraemia (592)
Hypokalaemia (445)
Diabetes mellitus inadequate control (412)
Increased appetite (399)
Appetite disorder (291)
Diabetic ketoacidosis (265)
Abnormal loss of weight (245)
Polydipsia (225)
Hyperkalaemia (223)
Food aversion (209)
Type 1 diabetes mellitus (202)
Type 2 diabetes mellitus (187)
Fluid intake reduced (179)
Metabolic acidosis (178)
Lactic acidosis (146)
Vitamin D deficiency (139)
Electrolyte imbalance (136)
Tetany (136)
Food intolerance (135)
Food craving (129)
Food refusal (128)
Iron deficiency (112)
Abnormal weight gain (101)
Fluid overload (101)
Hyperlipidaemia (88)
Hypernatraemia (87)
Cachexia (86)

Hyperphagia (86)
Acidosis (81)
Vitamin B12 deficiency (81)
Hypomagnesaemia (73)
Hypocalcaemia (70)
Malnutrition (69)
Obesity (67)
Poor feeding infant (66)
Alcohol intolerance (64)
Diabetic metabolic decompensation (59)
Hypercholesterolaemia (57)
Diet refusal (54)
Hypoalbuminaemia (54)
Folate deficiency (53)
Hypovolaemia (53)
Insulin resistance (53)
Glucose tolerance impaired (50)
Dyslipidaemia (49)
Ketoacidosis (47)
Hypercalcaemia (43)
Lactose intolerance (43)
Failure to thrive (42)
Hypertriglyceridaemia (41)
Increased insulin requirement (41)
Hypovitaminosis (38)
Histamine intolerance (36)
Metabolic disorder (36)
Cell death (35)
Hypoosmolar state (35)
Gluten sensitivity (34)
Weight fluctuation (32)
Hypervolaemia (31)
Eating disorder symptom (28)
Marasmus (28)
Hyperuricaemia (26)
Hypophosphataemia (25)
Overweight (23)
Dairy intolerance (22)
Hyperlactacidaemia (21)
Hypochloraemia (20)
Salt craving (20)
Adult failure to thrive (18)
Weight loss poor (18)
Hyperglycaemic hyperosmolar nonketotic syndrome (17)
Lipoedema (17)
Hyperferritinaemia (16)
Neonatal insufficient breast milk syndrome (15)
Oligodipsia (14)
Diabetic complication (13)

Hyperhomocysteinaemia (13)
Hypermetabolism (13)
Hyponatraemic syndrome (13)
Starvation (13)
Diabetic ketosis (12)
Underweight (12)
Acetonaemia (11)
Fluid imbalance (11)
Metabolic alkalosis (11)
Decreased insulin requirement (10)
Enzyme abnormality (10)
Haemochromatosis (10)
Hyperproteinaemia (10)
Impaired fasting glucose (10)
Insulin-requiring type 2 diabetes mellitus (10)
Latent autoimmune diabetes in adults (10)
Steroid diabetes (10)
Ketosis (9)
Mineral metabolism disorder (9)
Hypokalaemic syndrome (8)
Insulin resistant diabetes (8)
Electrolyte depletion (7)
Postprandial hypoglycaemia (7)
Vitamin B complex deficiency (7)
Body fat disorder (6)
Hyperammonaemia (6)
Hyperlipasaemia (6)
Mineral deficiency (6)
Alkalosis (5)
Feeding intolerance (5)
Hyperchloraemia (5)
Hypercreatininaemia (5)
Hyperphosphataemia (5)
Hypoglycaemia unawareness (5)
Lack of satiety (5)
Metabolic syndrome (5)
Pseudohyponatraemia (5)
Weight gain poor (5)
Euglycaemic diabetic ketoacidosis (4)
Hyperosmolar state (4)
Hypoproteinaemia (4)
Trousseau's sign (4)
Calcium deficiency (3)
Hypermagnesaemia (3)
Hypoglycaemia neonatal (3)
Hypometabolism (3)
Iron overload (3)
Salt intoxication (3)
Vitamin B1 deficiency (3)

Central obesity (2)
Cerebral salt-wasting syndrome (2)
Glycopenia (2)
Hyperalbuminaemia (2)
Hypervitaminosis B12 (2)
Hypoferritinaemia (2)
Lipomatosis (2)
Milk soy protein intolerance (2)
Overfeeding of infant (2)
Protein deficiency (2)
Shock hypoglycaemic (2)
Trace element deficiency (2)
Tumour lysis syndrome (2)
Water intoxication (2)
Vitamin C deficiency (2)
Acidosis hyperchloraemic (1)
Apoptosis (1)
Breast milk substitute intolerance (1)
Carbohydrate intolerance (1)
Cell-mediated cytotoxicity (1)
Cholesterosis (1)
Chvostek's sign (1)
Copper deficiency (1)
Fructose intolerance (1)
Fulminant type 1 diabetes mellitus (1)
Glucose tolerance impaired in pregnancy (1)
Hyper HDL cholesterolaemia (1)
Hypercarotinaemia (1)
Hyperinsulinaemic hypoglycaemia (1)
Hypervitaminosis B (1)
Hypocholesterolaemia (1)
Hypolipidaemia (1)
Latent tetany (1)
Macroamylasaemia (1)
Magnesium deficiency (1)
Periarthritis calcarea (1)
Pseudo-Bartter syndrome (1)
Selenium deficiency (1)
Sodium retention (1)
Vitamin B6 deficiency (1)
Vitamin K deficiency (1)
Musculoskeletal and connective tissue disorders (687301)
Myalgia (323080)
Arthralgia (215434)
Pain in extremity (171559)
Back pain (38077)
Limb discomfort (25375)
Neck pain (23847)
Muscle spasms (20905)

Muscular weakness (17789)
Musculoskeletal stiffness (15602)
Mobility decreased (10406)
Bone pain (8626)
Musculoskeletal pain (7076)
Joint swelling (6992)
Muscle twitching (4779)
Pain in jaw (4399)
Arthritis (3844)
Muscle tightness (3195)
Musculoskeletal chest pain (2917)
Joint stiffness (2821)
Muscle fatigue (2709)
Musculoskeletal discomfort (2338)
Joint range of motion decreased (2093)
Spinal pain (1964)
Rheumatoid arthritis (1766)
Axillary mass (1442)
Groin pain (1404)
Periarthritis (1248)
Flank pain (1232)
Bursitis (1106)
Fibromyalgia (1091)
Polymyalgia rheumatica (1077)
Muscle rigidity (801)
Tendonitis (720)
Myositis (608)
Osteoarthritis (573)
Costochondritis (559)
Trismus (555)
Rhabdomyolysis (552)
Nuchal rigidity (504)
Arthropathy (501)
Tendon pain (451)
Musculoskeletal disorder (447)
Muscle discomfort (433)
Limb mass (424)
Neck mass (419)
Rotator cuff syndrome (416)
Systemic lupus erythematosus (415)
Polyarthritis (400)
Muscle swelling (388)
Posture abnormal (363)
Arthritis reactive (348)
Muscle contracture (334)
Weight bearing difficulty (331)
Mastication disorder (296)
Torticollis (268)
Muscle atrophy (267)

Rheumatic disorder (265)
Synovial cyst (265)
Joint effusion (258)
Joint lock (258)
Joint noise (255)
Muscle disorder (241)
Psoriatic arthropathy (235)
Intervertebral disc protrusion (228)
Facial asymmetry (223)
Temporomandibular joint syndrome (220)
Ankylosing spondylitis (210)
Trigger finger (192)
Joint warmth (186)
Tendon disorder (168)
Jaw disorder (165)
Soft tissue swelling (158)
Spinal osteoarthritis (137)
Sjogren's syndrome (132)
Synovitis (112)
Intervertebral disc degeneration (108)
Back disorder (106)
Tenosynovitis (103)
Myopathy (100)
Haematoma muscle (98)
Coccydynia (96)
Myosclerosis (96)
Spondylitis (95)
Bone swelling (93)
Plantar fasciitis (90)
Osteitis (89)
Haemarthrosis (83)
Spinal stenosis (76)
Spinal disorder (75)
Still's disease (74)
Joint contracture (73)
Osteoporosis (72)
Foot deformity (71)
Growing pains (70)
Extremity contracture (69)
Bone disorder (68)
Myofascial pain syndrome (68)
Polymyositis (68)
Joint instability (65)
Tendon discomfort (53)
Ligament pain (49)
Muscle mass (49)
Intervertebral disc disorder (48)
Exostosis (44)
Hand deformity (44)

Joint ankylosis (44)
Finger deformity (43)
Connective tissue disorder (42)
Muscle oedema (42)
Muscle haemorrhage (40)
Autoimmune arthritis (39)
Myokymia (39)
Osteopenia (39)
Myalgia intercostal (38)
Scoliosis (38)
Enthesopathy (36)
Sacroiliitis (35)
Vertebral foraminal stenosis (35)
Jaw clicking (34)
Limb deformity (34)
Seronegative arthritis (34)
Chondrocalcinosis pyrophosphate (33)
Scleroderma (31)
Dupuytren's contracture (30)
Medial tibial stress syndrome (30)
Cervical spinal stenosis (29)
Soft tissue mass (28)
Juvenile idiopathic arthritis (26)
Chondrocalcinosis (25)
Compartment syndrome (25)
Oligoarthritis (25)
Chondropathy (24)
Mixed connective tissue disease (24)
Rheumatic fever (24)
Lupus-like syndrome (23)
Pubic pain (23)
Bursa disorder (22)
Collagen disorder (22)
Soft tissue disorder (22)
Facet joint syndrome (21)
Osteonecrosis (21)
Joint vibration (20)
Kyphosis (20)
Lumbar spinal stenosis (20)
Morphoea (20)
Dactylitis (19)
Joint hyperextension (19)
Osteoarthropathy (18)
Palindromic rheumatism (18)
Polychondritis (18)
Tenosynovitis stenosans (18)
Decreased nasolabial fold (17)
Fasciitis (17)
Intervertebral disc space narrowing (17)

Bone lesion (16)
Hypermobility syndrome (16)
Masticatory pain (16)
Spinal deformity (16)
Amyotrophy (15)
Bursal fluid accumulation (15)
Fistula (15)
Gouty arthritis (15)
Reynold's syndrome (15)
Acute aseptic arthritis (14)
Antisynthetase syndrome (14)
Chest wall mass (14)
Joint laxity (14)
Muscle necrosis (14)
Neuropathic muscular atrophy (14)
Patellofemoral pain syndrome (14)
Winged scapula (14)
Chest wall haematoma (13)
Knee deformity (13)
Mandibular mass (13)
Connective tissue inflammation (12)
Ligament disorder (12)
Muscle hypertrophy (12)
Immune-mediated myositis (11)
Osteonecrosis of jaw (11)
Vertebral lesion (11)
Vertebral osteophyte (11)
Chondritis (10)
Inguinal mass (10)
Spondylolisthesis (10)
Bone cyst (9)
Joint space narrowing (9)
Ligamentitis (9)
Loose body in joint (9)
Sacroiliac joint dysfunction (9)
Somatic dysfunction (9)
Systemic scleroderma (9)
Arthritis enteropathic (8)
Intervertebral disc compression (8)
Metatarsalgia (8)
Nodal osteoarthritis (8)
Osteolysis (8)
Osteoporotic fracture (8)
Sarcopenia (8)
Shoulder deformity (8)
Wrist deformity (8)
Articular calcification (7)
Axial spondyloarthritis (7)
Bursal haematoma (7)

Immunoglobulin G4 related disease (7)
Myofascitis (7)
Nose deformity (7)
Pathological fracture (7)
Spinal retrolisthesis (7)
Spondyloarthropathy (7)
Amplified musculoskeletal pain syndrome (6)
Autoimmune myositis (6)
Crystal arthropathy (6)
Head deformity (6)
Lordosis (6)
Neck deformity (6)
Rheumatoid nodule (6)
SLE arthritis (6)
Symphysiolysis (6)
Synovial disorder (6)
Tendon calcification (6)
Tendon sheath disorder (6)
Femoroacetabular impingement (5)
Fracture pain (5)
Growth disorder (5)
Immobilisation syndrome (5)
Neuropathic arthropathy (5)
Osteochondritis (5)
Plantar fascial fibromatosis (5)
Soft tissue haemorrhage (5)
Undifferentiated connective tissue disease (5)
Bone erosion (4)
Clubbing (4)
CREST syndrome (4)
Deformity thorax (4)
Focal myositis (4)
Gouty tophus (4)
Growth retardation (4)
Joint microhaemorrhage (4)
Locomotive syndrome (4)
Necrotising myositis (4)
Osteochondrosis (4)
Periostitis (4)
SAPHO syndrome (4)
Slipping rib syndrome (4)
Soft tissue necrosis (4)
Spinal synovial cyst (4)
Tendinous contracture (4)
Vertebral wedging (4)
Bone hypertrophy (3)
Camptocormia (3)
Chondromalacia (3)
Degenerative bone disease (3)

Drooping shoulder syndrome (3)
Elbow deformity (3)
Epiphyses premature fusion (3)
Fistula discharge (3)
Fluctuance (3)
Immune-mediated arthritis (3)
Intervertebral disc annular tear (3)
Jaw cyst (3)
Joint adhesion (3)
Joint destruction (3)
Ligament laxity (3)
Musculoskeletal deformity (3)
Osteosclerosis (3)
Resorption bone increased (3)
Satoyoshi syndrome (3)
Spinal instability (3)
Sympathetic posterior cervical syndrome (3)
Thoracic spinal stenosis (3)
Vertebral end plate inflammation (3)
Ankle impingement (2)
Bone decalcification (2)
Bone loss (2)
Cartilage atrophy (2)
Dysponesis (2)
Eagle's syndrome (2)
Eosinophilic fasciitis (2)
Haemophilic arthropathy (2)
Hip deformity (2)
Hypotonia neonatal (2)
Inclusion body myositis (2)
Joint deposit (2)
Kyphoscoliosis (2)
Myofascial spasm (2)
Paraneoplastic arthritis (2)
Periarticular disorder (2)
Purple glove syndrome (2)
Rib deformity (2)
Soft tissue atrophy (2)
Spinal flattening (2)
Spinal fusion acquired (2)
Tendon laxity (2)
Acquired claw toe (1)
Aneurysmal bone cyst (1)
Ankle deformity (1)
Arthritis allergic (1)
Bone atrophy (1)
Bone deformity (1)
Bone development abnormal (1)
Bone hyperpigmentation (1)

Bone infarction (1)
Bursa calcification (1)
Chest wall cyst (1)
Chronic kidney disease-mineral and bone disorder (1)
Collagen-vascular disease (1)
Dentofacial functional disorder (1)
Diffuse idiopathic skeletal hyperostosis (1)
Dwarfism (1)
Enteropathic spondylitis (1)
Felty's syndrome (1)
Flat chest (1)
Growth accelerated (1)
Growth failure (1)
Infantile back arching (1)
Interspinous osteoarthritis (1)
Intervertebral disc displacement (1)
Knee impingement syndrome (1)
Ligament calcification (1)
Ligamentum flavum hypertrophy (1)
Lupus myositis (1)
Muscle fibrosis (1)
Muscle hypoxia (1)
Myopathy toxic (1)
Myositis ossificans (1)
Osteitis deformans (1)
Perthes disease (1)
Posterior tibial tendon dysfunction (1)
Retrognathia (1)
Sclerodactylia (1)
Scleroderma-like reaction (1)
Snapping hip syndrome (1)
Spinal ligament ossification (1)
Spondylolysis (1)
Stenocephaly (1)
Subchondral insufficiency fracture (1)
Toe walking (1)
Vertebral lateral recess stenosis (1)
Neoplasms benign, malignant and unspecified (incl cysts and polyps) (3709)
Breast cancer (199)
Lymphoma (194)
Neoplasm malignant (189)
Skin papilloma (135)
Uterine leiomyoma (124)
Neoplasm (115)
Lipoma (107)
Lung neoplasm malignant (89)
Acute myeloid leukaemia (80)
Haemangioma (76)
Leukaemia (75)

Neoplasm progression (67)
Haemangioma of skin (61)
Chronic lymphocytic leukaemia (56)
Melanocytic naevus (55)
Brain neoplasm (54)
Breast cancer female (53)
Plasma cell myeloma (50)
Prostate cancer (47)
Myelodysplastic syndrome (46)
Pancreatic carcinoma (45)
Acute leukaemia (42)
Squamous cell carcinoma (38)
Meningioma (37)
B-cell lymphoma (36)
Malignant melanoma (36)
Metastases to lymph nodes (31)
Metastatic neoplasm (29)
Basal cell carcinoma (28)
Colon cancer (28)
Hodgkin's disease (28)
Non-Hodgkin's lymphoma (26)
Ovarian cancer (25)
Malignant neoplasm progression (24)
Metastases to liver (24)
Metastasis (23)
Renal cancer (22)
Bladder cancer (21)
Glioblastoma (21)
Metastases to lung (21)
Neoplasm skin (21)
Skin cancer (21)
Acoustic neuroma (20)
Anogenital warts (20)
Diffuse large B-cell lymphoma (19)
Endometrial cancer (19)
Follicular lymphoma (19)
Pituitary tumour benign (19)
Seborrhoeic keratosis (18)
Gastrointestinal carcinoma (17)
Neoplasm recurrence (17)
Thyroid cancer (17)
Acrochordon (16)
Benign breast neoplasm (16)
Invasive ductal breast carcinoma (16)
Monoclonal gammopathy (16)
Acute lymphocytic leukaemia (15)
Essential thrombocythaemia (15)
Lung cancer metastatic (15)
Adenocarcinoma (14)

Hepatocellular carcinoma (14)
Hypergammaglobulinaemia benign monoclonal (14)
Metastases to central nervous system (14)
Tonsil cancer (14)
Benign lymph node neoplasm (13)
Breast cancer metastatic (13)
Haemangioma of liver (13)
Oesophageal cancer metastatic (13)
Squamous cell carcinoma of skin (13)
Adenoma benign (12)
Hepatic cancer (12)
Hepatic neoplasm (12)
Bone neoplasm (11)
Chronic myeloid leukaemia (11)
Metastases to bone (11)
Uterine cancer (11)
Adrenal adenoma (10)
Benign hydatidiform mole (10)
Breast cancer recurrent (10)
Intraductal proliferative breast lesion (10)
Polycythaemia vera (10)
Breast neoplasm (9)
Bronchial carcinoma (9)
Cervix carcinoma (9)
Chronic myelomonocytic leukaemia (9)
Histiocytic necrotising lymphadenitis (9)
Lymphoproliferative disorder (9)
Tumour pain (9)
Bladder neoplasm (8)
Bone cancer (8)
Castleman's disease (8)
Colon cancer metastatic (8)
Colorectal cancer (8)
Cutaneous T-cell lymphoma (8)
Gastric cancer (8)
Leukaemia recurrent (8)
Lip and/or oral cavity cancer (8)
Neuroendocrine tumour (8)
Small cell lung cancer (8)
Abdominal neoplasm (7)
Brain neoplasm malignant (7)
Breast cancer stage III (7)
Cancer pain (7)
Cholangiocarcinoma (7)
Good syndrome (7)
Haematological malignancy (7)
Malignant ascites (7)
Metastases to peritoneum (7)
Myeloid leukaemia (7)

Prostate cancer metastatic (7)
Testis cancer (7)
Tumour haemorrhage (7)
Acute promyelocytic leukaemia (6)
Benign neoplasm of thyroid gland (6)
Breast cancer male (6)
Fibroadenoma of breast (6)
Hepatic cancer metastatic (6)
Leiomyoma (6)
Leiomyosarcoma (6)
Lung neoplasm (6)
Lymphangioma (6)
Metastases to meninges (6)
Myelofibrosis (6)
Oesophageal carcinoma (6)
Pyogenic granuloma (6)
Thyroid neoplasm (6)
Transitional cell carcinoma (6)
Triple negative breast cancer (6)
Benign neoplasm (5)
Bile duct cancer (5)
Cancer fatigue (5)
Chronic leukaemia (5)
Clear cell renal cell carcinoma (5)
Eye naevus (5)
Fibroma (5)
Haemangioma of bone (5)
Inflammatory carcinoma of the breast (5)
Kaposi's sarcoma (5)
Malignant melanoma in situ (5)
Pancreatic carcinoma metastatic (5)
Rectal cancer (5)
Renal cancer metastatic (5)
Renal neoplasm (5)
Sarcoma (5)
Squamous cell carcinoma of lung (5)
Acute monocytic leukaemia (4)
Adenocarcinoma pancreas (4)
Adrenal neoplasm (4)
B-cell type acute leukaemia (4)
Brain cancer metastatic (4)
Breast cancer stage I (4)
Chronic lymphocytic leukaemia recurrent (4)
Gastrointestinal neoplasm (4)
Invasive breast carcinoma (4)
Keratoacanthoma (4)
Knuckle pads (4)
Lung adenocarcinoma (4)
Lung carcinoma cell type unspecified stage IV (4)

Malignant lymphoid neoplasm (4)
Melanoma recurrent (4)
Metastases to spine (4)
Metastatic lymphoma (4)
Oncologic complication (4)
Osteoma (4)
Pancreatic neoplasm (4)
Papillary thyroid cancer (4)
Paraneoplastic syndrome (4)
Paraproteinaemia (4)
Pharyngeal neoplasm (4)
Pleomorphic adenoma (4)
Recurrent cancer (4)
Renal cell carcinoma (4)
Salivary gland neoplasm (4)
Spinal cord neoplasm (4)
T-cell lymphoma (4)
Tumour thrombosis (4)
Acute megakaryocytic leukaemia (3)
Adenocarcinoma metastatic (3)
Adenocarcinoma of colon (3)
Adrenal gland cancer (3)
Angioimmunoblastic T-cell lymphoma (3)
Benign hepatic neoplasm (3)
Bone cancer metastatic (3)
Bowen's disease (3)
Extranodal marginal zone B-cell lymphoma (MALT type) (3)
Gastrointestinal stromal tumour (3)
Haematopoietic neoplasm (3)
Histiocytosis (3)
Lung carcinoma cell type unspecified recurrent (3)
Lymphatic system neoplasm (3)
Mantle cell lymphoma (3)
Mantle cell lymphoma recurrent (3)
Marginal zone lymphoma (3)
Marrow hyperplasia (3)
Metastatic malignant melanoma (3)
Myeloproliferative neoplasm (3)
Naevus haemorrhage (3)
Neurilemmoma benign (3)
Neuroma (3)
Non-Hodgkin's lymphoma recurrent (3)
Oral neoplasm (3)
Papilloma (3)
Phaeochromocytoma (3)
Pituitary tumour (3)
Plasma cell myeloma recurrent (3)
Plasmacytoma (3)
POEMS syndrome (3)

Richter's syndrome (3)
Second primary malignancy (3)
Small intestine carcinoma (3)
Squamous cell carcinoma of the oral cavity (3)
Tumour rupture (3)
Waldenstrom's macroglobulinaemia (3)
Acanthoma (2)
Acute myeloid leukaemia recurrent (2)
Adenocarcinoma gastric (2)
Anal cancer (2)
Anaplastic thyroid cancer (2)
Angiocentric lymphoma (2)
Angioimmunoblastic T-cell lymphoma stage III (2)
Angiolipoma (2)
Angiomyolipoma (2)
Astrocytoma (2)
B-cell lymphoma stage III (2)
B-cell small lymphocytic lymphoma (2)
Benign ovarian tumour (2)
Benign salivary gland neoplasm (2)
Bladder cancer recurrent (2)
Blastic plasmacytoid dendritic cell neoplasia (2)
Breast cancer stage IV (2)
Bronchial neoplasm (2)
Burkitt's lymphoma (2)
Burkitt's lymphoma stage I (2)
Cancer in remission (2)
Carcinoid tumour (2)
Cardiac valve fibroelastoma (2)
Central nervous system lymphoma (2)
Cerebral haemangioma (2)
Colon cancer stage IV (2)
Colon neoplasm (2)
Cranial nerve neoplasm benign (2)
Cutaneous lymphoma (2)
Fallopian tube cancer (2)
Fibromatosis (2)
Fibrous histiocytoma (2)
Follicular lymphoma stage I (2)
Gallbladder adenocarcinoma (2)
Glioma (2)
Hormone receptor positive breast cancer (2)
Intraductal papilloma of breast (2)
Invasive lobular breast carcinoma (2)
Langerhans' cell histiocytosis (2)
Laryngeal neoplasm (2)
Lip and/or oral cavity cancer recurrent (2)
Lip neoplasm (2)
Lobular breast carcinoma in situ (2)

Lung carcinoma cell type unspecified stage 0 (2)
Lymphocytic leukaemia (2)
Malignant nervous system neoplasm (2)
Malignant peritoneal neoplasm (2)
Malignant pleural effusion (2)
Meningeal neoplasm (2)
Meningioma benign (2)
Mesothelioma (2)
Metastases to breast (2)
Metastases to pancreas (2)
Metastases to reproductive organ (2)
Metastases to skin (2)
Metastases to the mediastinum (2)
Metastatic carcinoid tumour (2)
Minimal residual disease (2)
Myxofibrosarcoma (2)
Neoplasm prostate (2)
Neuroendocrine carcinoma of the skin (2)
Nodular fasciitis (2)
Nodular melanoma (2)
Ovarian cancer recurrent (2)
Ovarian epithelial cancer (2)
Ovarian neoplasm (2)
Paraganglion neoplasm (2)
Penile wart (2)
Pericardial lipoma (2)
Plasma cell leukaemia (2)
Primary gastrointestinal follicular lymphoma (2)
Prostate cancer recurrent (2)
Prostatic adenoma (2)
Rectal cancer metastatic (2)
Salivary gland adenoma (2)
Salivary gland cancer (2)
Schwannoma (2)
Small intestine adenocarcinoma (2)
Soft tissue sarcoma (2)
Spindle cell sarcoma (2)
Systemic mastocytosis (2)
TEMPI syndrome (2)
Testicle adenoma (2)
Throat cancer (2)
Tumour pseudoprogression (2)
Waldenstrom's macroglobulinaemia stage III (2)
Vulval cancer (2)
Acral lentiginous melanoma stage III (1)
Acute myelomonocytic leukaemia (1)
Acute undifferentiated leukaemia (1)
Adenocarcinoma of the cervix (1)
Angioimmunoblastic T-cell lymphoma recurrent (1)

Angiosarcoma (1)
Astrocytoma malignant (1)
B precursor type acute leukaemia (1)
B-cell lymphoma stage II (1)
B-cell small lymphocytic lymphoma recurrent (1)
Benign anorectal neoplasm (1)
Benign ear neoplasm (1)
Benign neoplasm of cervix uteri (1)
Benign neoplasm of skin (1)
Benign oesophageal neoplasm (1)
Benign penile neoplasm (1)
Bladder cancer stage IV (1)
Bladder transitional cell carcinoma (1)
Blast cell crisis (1)
Blast crisis in myelogenous leukaemia (1)
Blepharal papilloma (1)
Brain neoplasm benign (1)
Breast adenoma (1)
Breast cancer in situ (1)
Breast cancer stage II (1)
Brenner tumour (1)
Carcinoid tumour of the gastrointestinal tract (1)
Carcinoid tumour pulmonary (1)
Cardiac neoplasm unspecified (1)
Cartilage neoplasm (1)
Cerebellar haemangioma (1)
Cerebellar tumour (1)
Cervix neoplasm (1)
Cervix warts (1)
Chest wall tumour (1)
Cholangiosarcoma (1)
Cholesteatoma (1)
Chondromatosis (1)
Chronic eosinophilic leukaemia (1)
Chronic lymphocytic leukaemia stage 0 (1)
Chronic lymphocytic leukaemia stage 2 (1)
Chronic myeloid leukaemia (in remission) (1)
Chronic myeloid leukaemia recurrent (1)
Clear cell endometrial carcinoma (1)
Colon adenoma (1)
Colorectal adenocarcinoma (1)
Cystadenocarcinoma ovary (1)
Desmoid tumour (1)
Diffuse large B-cell lymphoma stage IV (1)
Double hit lymphoma (1)
Ear neoplasm (1)
Endometrial adenocarcinoma (1)
Endometrial cancer stage I (1)
Enteropathy-associated T-cell lymphoma (1)

Epithelioid sarcoma (1)
Epstein Barr virus positive mucocutaneous ulcer (1)
Epstein-Barr virus associated lymphoproliferative disorder (1)
Erythroplasia (1)
Extradural neoplasm (1)
Eyelid tumour (1)
Fallopian tube neoplasm (1)
Fibrous cortical defect (1)
Follicular lymphoma stage III (1)
Follicular lymphoma stage IV (1)
Gallbladder cancer (1)
Gammopathy (1)
Ganglioneuroma (1)
Gastric cancer stage I (1)
Gastric cancer stage IV (1)
Gastric neoplasm (1)
Gastrointestinal tract adenoma (1)
Germ cell cancer (1)
Glioblastoma multiforme (1)
Haemangioma of breast (1)
Haemangioma of spleen (1)
Haemangioma rupture (1)
Hairy cell leukaemia (1)
Hepatic angiosarcoma (1)
Hepatic cancer recurrent (1)
Hepatoblastoma (1)
HER2 negative breast cancer (1)
Hodgkin's disease mixed cellularity stage III (1)
Hodgkin's disease nodular sclerosis stage II (1)
Hodgkin's disease stage II (1)
Inflammatory pseudotumour (1)
Intracranial tumour haemorrhage (1)
Intraductal papillary mucinous neoplasm (1)
Joint neoplasm (1)
Kaposi's sarcoma AIDS related (1)
Large intestine benign neoplasm (1)
Laryngeal cancer (1)
Laryngeal papilloma (1)
Leukaemia in remission (1)
Leukaemia monocytic (1)
Leukaemic lymphoma (1)
Light chain disease (1)
Liposarcoma (1)
Liver carcinoma ruptured (1)
Lung carcinoma cell type unspecified stage I (1)
Lymphoproliferative disorder in remission (1)
Malignant neoplasm of eye (1)
Malignant neoplasm of spinal cord (1)
Malignant neoplasm of unknown primary site (1)

Maxillofacial sinus neoplasm (1)
Medullary thyroid cancer (1)
Mesothelioma malignant (1)
Metastases to adrenals (1)
Metastases to heart (1)
Metastases to neck (1)
Metastases to nervous system (1)
Metastases to ovary (1)
Metastases to pituitary gland (1)
Metastatic carcinoma of the bladder (1)
Metastatic renal cell carcinoma (1)
Metastatic squamous cell carcinoma (1)
Muscle neoplasm (1)
Myelodysplastic syndrome unclassifiable (1)
Myxoma (1)
Naevus lipomatosus cutaneous superficialis (1)
Nasal cavity cancer (1)
Nasopharyngeal cancer (1)
Neoplasm of orbit (1)
Neoplasm swelling (1)
Neuroendocrine carcinoma (1)
Neurofibroma (1)
Non-small cell lung cancer (1)
Non-small cell lung cancer stage IV (1)
Ocular neoplasm (1)
Oesophageal adenocarcinoma (1)
Oesophageal squamous cell carcinoma (1)
Oligodendroglioma (1)
Oropharyngeal squamous cell carcinoma (1)
Ovarian adenoma (1)
Ovarian cancer metastatic (1)
Ovarian cancer stage II (1)
Ovarian cancer stage IV (1)
Ovarian clear cell carcinoma (1)
Ovarian granulosa cell tumour (1)
Pancreatic carcinoma recurrent (1)
Pancreatic neuroendocrine tumour (1)
Papillary cystadenoma lymphomatosum (1)
Penile cancer (1)
Peripheral T-cell lymphoma unspecified (1)
Philadelphia positive acute lymphocytic leukaemia (1)
Pituitary cancer metastatic (1)
Pleomorphic leiomyosarcoma (1)
Pleomorphic malignant fibrous histiocytoma (1)
Pleural mesothelioma (1)
Primary mediastinal large B-cell lymphoma (1)
Rectosigmoid cancer (1)
Refractory cytopenia with unilineage dysplasia (1)
Rosai-Dorfman syndrome (1)

Salivary gland cancer stage 0 (1)
Salivary gland cancer stage III (1)
Seminoma (1)
Small cell carcinoma (1)
Small cell lung cancer metastatic (1)
Spinal cord lipoma (1)
Spinal meningioma benign (1)
Squamous cell carcinoma of head and neck (1)
Squamous cell carcinoma of pharynx (1)
Squamous cell carcinoma of the vulva (1)
Testicular neoplasm (1)
Thymoma (1)
Thyroid adenoma (1)
Thyroid cancer stage IV (1)
Transitional cell carcinoma metastatic (1)
Triple positive breast cancer (1)
Tubular breast carcinoma (1)
Tumour flare (1)
Tumour inflammation (1)
Tumour necrosis (1)
Tumour perforation (1)
Tumour ulceration (1)
Urinary tract neoplasm (1)
Uterine neoplasm (1)
Warty dyskeratoma (1)
Vulvovaginal warts (1)
Yolk sac tumour site unspecified (1)
Nervous system disorders (1019194)
Headache (621010)
Dizziness (190454)
Paraesthesia (71559)
Hypoaesthesia (49337)
Syncope (36922)
Tremor (35076)
Migraine (28360)
Lethargy (27110)
Somnolence (25220)
Loss of consciousness (19917)
Presyncope (13173)
Dysgeusia (12556)
Burning sensation (11620)
Seizure (10892)
Ageusia (10501)
Cerebrovascular accident (9185)
Facial paralysis (9136)
Balance disorder (8691)
Anosmia (8190)
Disturbance in attention (7793)
Neuralgia (7418)

Head discomfort (7110)
Bell's palsy (6930)
Dizziness postural (4679)
Taste disorder (4671)
Unresponsive to stimuli (4513)
Formication (4093)
Dysarthria (3794)
Memory impairment (3673)
Tension headache (3642)
Hypersomnia (3609)
Aphasia (3601)
Guillain-Barre syndrome (3505)
Dysstasia (3439)
Transient ischaemic attack (3399)
Speech disorder (3356)
Movement disorder (3199)
Amnesia (3094)
Sensory disturbance (3084)
Parosmia (2979)
Ischaemic stroke (2909)
Neuropathy peripheral (2666)
Hemiparesis (2654)
Facial paresis (2625)
Epilepsy (2602)
Cerebral infarction (2570)
Paralysis (2258)
Hyperaesthesia (2249)
Depressed level of consciousness (2172)
Cerebral haemorrhage (2115)
Sinus headache (2002)
Dyskinesia (1942)
Hypotonia (1859)
Hypokinesia (1799)
Cognitive disorder (1650)
Cluster headache (1509)
Sensory loss (1497)
Cerebral venous sinus thrombosis (1440)
Migraine with aura (1411)
Restless legs syndrome (1317)
Monoplegia (1274)
Generalised tonic-clonic seizure (1223)
Sciatica (1198)
Mental impairment (1194)
Nervous system disorder (1168)
Electric shock sensation (1106)
Dysaesthesia (1091)
Hemiplegia (1089)
Neurological symptom (1045)
Coordination abnormal (1021)

Altered state of consciousness (988)
Muscle contractions involuntary (857)
Motor dysfunction (841)
Trigeminal neuralgia (805)
Subarachnoid haemorrhage (727)
Cerebral thrombosis (715)
Monoparesis (715)
Multiple sclerosis (694)
Hemiparaesthesia (640)
Optic neuritis (624)
Multiple sclerosis relapse (595)
Tunnel vision (576)
Ataxia (565)
Cerebral venous thrombosis (543)
Febrile convulsion (528)
Myelitis transverse (506)
Coma (501)
Seizure like phenomena (487)
Polyneuropathy (479)
Haemorrhagic stroke (468)
Paresis (460)
Nystagmus (457)
Myoclonus (431)
Encephalopathy (426)
Dementia (415)
Status epilepticus (402)
Hypogeusia (398)
Incoherent (381)
Cerebral ischaemia (378)
Language disorder (370)
Neuralgic amyotrophy (368)
Neuritis (360)
Hemianaesthesia (358)
Diplegia (352)
Psychomotor hyperactivity (347)
Brain oedema (344)
Nerve compression (336)
Drooling (335)
Myasthenia gravis (325)
Dizziness exertional (324)
Slow speech (323)
Bradykinesia (310)
Partial seizures (305)
Hyposmia (304)
Anaesthesia (302)
Facial spasm (301)
Fine motor skill dysfunction (301)
Ischaemic cerebral infarction (300)
Carpal tunnel syndrome (294)

Petit mal epilepsy (294)
Aura (282)
Ophthalmic migraine (280)
Demyelination (279)
Allodynia (277)
Sedation (277)
Transient global amnesia (270)
Haemorrhage intracranial (258)
Post herpetic neuralgia (256)
Facial neuralgia (241)
Sleep deficit (241)
Freezing phenomenon (239)
Muscle spasticity (232)
Embolic stroke (227)
Autonomic nervous system imbalance (219)
Brain injury (217)
Slow response to stimuli (212)
Tonic clonic movements (211)
Tonic convulsion (211)
Acute disseminated encephalomyelitis (204)
Intracranial pressure increased (202)
Radiculopathy (202)
Retinal migraine (199)
Clumsiness (198)
Areflexia (197)
Cerebellar infarction (191)
VIth nerve paralysis (189)
Occipital neuralgia (186)
Stupor (186)
Lacunar infarction (178)
Peroneal nerve palsy (177)
Parkinson's disease (175)
Dystonia (171)
Cerebellar stroke (170)
Superior sagittal sinus thrombosis (170)
White matter lesion (165)
Brain stem infarction (162)
Cold-stimulus headache (162)
Thalamic infarction (160)
Hyporeflexia (158)
Hemiplegic migraine (157)
Head titubation (154)
Hyporesponsive to stimuli (154)
Hypotonic-hyporesponsive episode (153)
Paraparesis (153)
Cerebral haematoma (152)
Central nervous system lesion (151)
Tongue biting (150)
Peripheral sensory neuropathy (147)

Narcolepsy (146)
Cerebral artery occlusion (145)
Transverse sinus thrombosis (145)
New daily persistent headache (143)
Cerebral disorder (141)
Intracranial aneurysm (141)
Cerebral artery thrombosis (140)
Facial nerve disorder (139)
Cervicobrachial syndrome (136)
Cerebrovascular disorder (133)
Radiculitis brachial (133)
Vascular headache (132)
Sleep paralysis (131)
IIIrd nerve paralysis (130)
Meningism (130)
Trigeminal nerve disorder (130)
Vestibular migraine (125)
Miller Fisher syndrome (124)
Dysgraphia (121)
Thunderclap headache (120)
Cerebral artery embolism (119)
Cervical radiculopathy (119)
Consciousness fluctuating (119)
Hypertonia (119)
Postictal state (114)
Hemianopia (112)
Carotid artery thrombosis (109)
Migraine without aura (109)
Band sensation (108)
Cerebral small vessel ischaemic disease (106)
Complex regional pain syndrome (106)
Reduced facial expression (104)
Clonus (103)
Carotid artery occlusion (102)
Lacunar stroke (102)
Small fibre neuropathy (102)
Demyelinating polyneuropathy (100)
Quadriparesis (100)
Acute polyneuropathy (99)
Apraxia (99)
Chronic inflammatory demyelinating polyradiculoneuropathy (94)
Tongue paralysis (94)
Cerebellar haemorrhage (93)
Carotid artery stenosis (90)
Dyslalia (90)
Noninfective encephalitis (88)
Orthostatic intolerance (88)
Intraventricular haemorrhage (87)
Vocal cord paralysis (87)

Cranial nerve disorder (86)
Hydrocephalus (85)
Paraplegia (84)
Idiopathic intracranial hypertension (82)
Sudden onset of sleep (82)
Encephalitis autoimmune (81)
Metabolic encephalopathy (79)
Neuromyelitis optica spectrum disorder (78)
Cerebral atrophy (77)
Psychogenic seizure (77)
Cerebral mass effect (76)
Phantom limb syndrome (75)
Vertebral artery dissection (75)
Vibratory sense increased (75)
Basilar artery thrombosis (74)
Carotid artery dissection (74)
Hyperreflexia (74)
Clonic convulsion (73)
Brain stem stroke (72)
Persistent postural-perceptual dizziness (71)
Sensorimotor disorder (71)
Thrombotic stroke (71)
Hemidysaesthesia (69)
Brain stem haemorrhage (68)
Dementia Alzheimer's type (68)
Akathisia (66)
Central nervous system inflammation (65)
Burning feet syndrome (64)
Dreamy state (64)
Quadriplegia (64)
Neurologic neglect syndrome (62)
Peripheral paralysis (62)
Hemianopia homonymous (61)
Haemorrhagic transformation stroke (60)
Parkinsonism (59)
Burning sensation mucosal (58)
Ruptured cerebral aneurysm (58)
Spinal cord disorder (58)
Pleocytosis (57)
Psychomotor skills impaired (56)
Extrapyramidal disorder (55)
Dyspraxia (54)
IVth nerve paralysis (53)
Myelopathy (53)
Radial nerve palsy (53)
Amnestic disorder (52)
Neurological decompensation (52)
Carotid arteriosclerosis (51)
Cranial nerve paralysis (50)

Sensory overload (50)
Thalamus haemorrhage (50)
Exertional headache (49)
Focal dyscognitive seizures (48)
Basal ganglia infarction (47)
Resting tremor (47)
Cerebellar syndrome (46)
Essential tremor (46)
Typical aura without headache (46)
Chorea (44)
Restless arm syndrome (44)
Hypoxic-ischaemic encephalopathy (43)
Intellectual disability (43)
Intercostal neuralgia (43)
Loss of proprioception (43)
Neuromuscular pain (43)
Reversed hot-cold sensation (43)
Transient aphasia (43)
Embolic cerebral infarction (42)
Posterior reversible encephalopathy syndrome (42)
Retrograde amnesia (42)
Basal ganglia stroke (41)
Circadian rhythm sleep disorder (41)
Atonic seizures (40)
Brachial plexopathy (40)
Thrombotic cerebral infarction (40)
Basal ganglia haemorrhage (39)
Haemorrhagic cerebral infarction (39)
Hyperkinesia (39)
Akinesia (38)
IIIrd nerve paresis (38)
Mononeuropathy (38)
Horner's syndrome (37)
Speech disorder developmental (37)
Central pain syndrome (36)
Hepatic encephalopathy (36)
Infant irritability (36)
Neuromyopathy (36)
On and off phenomenon (36)
Reflexes abnormal (36)
Brain stem syndrome (35)
Cerebral congestion (35)
Limbic encephalitis (35)
Reversible cerebral vasoconstriction syndrome (35)
Status migrainosus (35)
Extensor plantar response (34)
Intracranial mass (34)
Medication overuse headache (34)
Mononeuritis (34)

Myasthenia gravis crisis (34)
Peripheral motor neuropathy (34)
Primary headache associated with sexual activity (33)
Basilar artery occlusion (32)
Leukoencephalopathy (32)
Meningoradiculitis (32)
Spinal cord infarction (32)
Cerebellar ataxia (31)
Lumbar radiculopathy (31)
Paraesthesia mucosal (31)
Peripheral nerve lesion (31)
Repetitive speech (31)
Stiff leg syndrome (31)
Tardive dyskinesia (31)
Vertebrobasilar stroke (31)
Amyotrophic lateral sclerosis (30)
Axonal neuropathy (30)
Cervicogenic headache (30)
Dyslexia (30)
Radicular pain (30)
Seizure cluster (30)
Acute flaccid myelitis (29)
Toxic encephalopathy (29)
Vertebral artery occlusion (29)
Central nervous system vasculitis (28)
Cerebellar ischaemia (28)
Cerebral artery stenosis (28)
Drug withdrawal headache (28)
Hemihyperaesthesia (28)
Hypertensive encephalopathy (28)
Numb chin syndrome (28)
Trigeminal neuritis (28)
Cataplexy (27)
Opisthotonus (27)
Peripheral sensorimotor neuropathy (27)
Uhthoff's phenomenon (27)
Cholinergic syndrome (26)
Drop attacks (26)
Myoclonic epilepsy (26)
Vagus nerve disorder (26)
Anterograde amnesia (25)
Brain compression (25)
Brain stem thrombosis (25)
Cauda equina syndrome (25)
Dysmetria (25)
Hand-eye coordination impaired (25)
Meralgia paraesthetica (25)
Myasthenic syndrome (25)
Cubital tunnel syndrome (24)

Meningeal disorder (24)
Neuritis cranial (24)
Patient elopement (24)
Bulbar palsy (23)
Epileptic aura (23)
Intention tremor (23)
Peripheral nerve paresis (23)
Ulnar neuritis (23)
Vascular dementia (23)
Cerebral microhaemorrhage (22)
Putamen haemorrhage (22)
Simple partial seizures (22)
Subacute inflammatory demyelinating polyneuropathy (22)
Vasogenic cerebral oedema (22)
Autoimmune encephalopathy (21)
Autonomic neuropathy (21)
Axonal and demyelinating polyneuropathy (21)
Carotid artery aneurysm (21)
Cerebral arteriosclerosis (21)
Hyperresponsive to stimuli (21)
Motor neurone disease (21)
Spinal cord compression (21)
Spinal cord ischaemia (21)
Trigeminal nerve paresis (21)
Upper motor neurone lesion (21)
Acute motor-sensory axonal neuropathy (20)
Autoimmune neuropathy (20)
Bickerstaff's encephalitis (20)
Brain hypoxia (20)
Convulsions local (20)
Diabetic coma (20)
Hemiataxia (20)
Intracranial haematoma (20)
Irregular sleep phase (20)
Vertebral artery thrombosis (20)
Vertigo CNS origin (20)
Acute motor axonal neuropathy (19)
Arachnoid cyst (19)
Cramp-fasciculation syndrome (19)
Vertebral artery stenosis (19)
Cerebral microangiopathy (18)
Judgement impaired (18)
Lateral medullary syndrome (18)
Lhermitte's sign (18)
Peripheral nerve palsy (18)
Sciatic nerve neuropathy (18)
Temporal lobe epilepsy (18)
Trigeminal palsy (18)
VIth nerve disorder (18)

Apallic syndrome (17)
Carotid artery disease (17)
Cerebral amyloid angiopathy (17)
Cerebrospinal fluid leakage (17)
Clinically isolated syndrome (17)
Decreased vibratory sense (17)
Diabetic neuropathy (17)
Fumbling (17)
Lumbosacral radiculopathy (17)
Paresis cranial nerve (17)
Postictal paralysis (17)
Thoracic outlet syndrome (17)
Action tremor (16)
Alexia (16)
Cerebral vasoconstriction (16)
Encephalomalacia (16)
External compression headache (16)
Relapsing-remitting multiple sclerosis (16)
Brain stem ischaemia (15)
Hyperintensity in brain deep nuclei (15)
Inability to crawl (15)
Microvascular cranial nerve palsy (15)
Mononeuropathy multiplex (15)
Neurotoxicity (15)
Partial seizures with secondary generalisation (15)
Quadrantanopia (15)
Ulnar nerve palsy (15)
Vocal cord paresis (15)
Agnosia (14)
Asterixis (14)
Exaggerated startle response (14)
Hand-arm vibration syndrome (14)
IIIrd nerve disorder (14)
Internal capsule infarction (14)
Irregular sleep wake rhythm disorder (14)
Piriformis syndrome (14)
Auditory nerve disorder (13)
Ballismus (13)
Cerebellar artery thrombosis (13)
Change in seizure presentation (13)
Cranial nerve palsies multiple (13)
Glossopharyngeal neuralgia (13)
Olfactory nerve disorder (13)
Relapsing multiple sclerosis (13)
Serotonin syndrome (13)
Tonic posturing (13)
Basilar migraine (12)
Cerebral calcification (12)
Cerebral ventricle dilatation (12)

Encephalitis post immunisation (12)
Foetal movement disorder (12)
Meningorrhagia (12)
Primary cough headache (12)
Pyramidal tract syndrome (12)
VIth nerve paresis (12)
Autoimmune demyelinating disease (11)
Cerebellar haematoma (11)
Cerebrospinal fluid circulation disorder (11)
Cognitive linguistic deficit (11)
Gliosis (11)
Grimacing (11)
Hypergeusia (11)
Intracranial hypotension (11)
IVth nerve paresis (11)
Lumbosacral plexopathy (11)
Muscle tone disorder (11)
Nerve degeneration (11)
Oculofacial paralysis (11)
Paralysis recurrent laryngeal nerve (11)
Seizure anoxic (11)
Sensory processing disorder (11)
Spinal cord oedema (11)
Thermohypoaesthesia (11)
Vascular encephalopathy (11)
Visual perseveration (11)
Autonomic failure syndrome (10)
Cerebral microinfarction (10)
Cerebral ventricular rupture (10)
Hoffmann's sign (10)
Locked-in syndrome (10)
Morton's neuralgia (10)
Neurosarcoidosis (10)
Pachymeningitis (10)
Postural tremor (10)
Spinal cord haemorrhage (10)
Stiff person syndrome (10)
Acoustic neuritis (9)
Arachnoiditis (9)
Cerebral vascular occlusion (9)
Decerebrate posture (9)
Dysdiadochokinesis (9)
Hyperpathia (9)
Normal pressure hydrocephalus (9)
Oromandibular dystonia (9)
Senile dementia (9)
Tinel's sign (9)
Visuospatial deficit (9)
Cerebellar atrophy (8)

Choreoathetosis (8)
Cytotoxic oedema (8)
Gait spastic (8)
Hypoglycaemic coma (8)
Hypoglycaemic unconsciousness (8)
Lateropulsion (8)
Optic perineuritis (8)
Pseudostroke (8)
Stroke in evolution (8)
Vertebrobasilar insufficiency (8)
Agraphia (7)
Anosognosia (7)
Brown-Sequard syndrome (7)
Cerebral hypoperfusion (7)
Dural arteriovenous fistula (7)
Embolic cerebellar infarction (7)
Fine motor delay (7)
Fontanelle bulging (7)
Gross motor delay (7)
Hypoglossal nerve paralysis (7)
Noninfectious myelitis (7)
Poor sucking reflex (7)
Progressive supranuclear palsy (7)
Reversible ischaemic neurological deficit (7)
Right hemisphere deficit syndrome (7)
Sciatic nerve palsy (7)
Spinal claudication (7)
Spinal stroke (7)
Agitation neonatal (6)
Autonomic seizure (6)
Basilar artery aneurysm (6)
Cerebral cyst (6)
Cervical neuritis (6)
Cervicogenic vertigo (6)
Dementia with Lewy bodies (6)
Dropped head syndrome (6)
Generalised onset non-motor seizure (6)
Immune-mediated encephalitis (6)
Immune-mediated neuropathy (6)
Ischaemic neuropathy (6)
IVth nerve disorder (6)
Lower motor neurone lesion (6)
Neuroleptic malignant syndrome (6)
Pineal gland cyst (6)
Post-traumatic headache (6)
Spinal epidural haematoma (6)
Sympathicotonia (6)
Transverse sinus stenosis (6)
Visual pathway disorder (6)

Writer's cramp (6)
Cerebral microembolism (5)
Cerebrovascular insufficiency (5)
Cogwheel rigidity (5)
Diabetic hyperosmolar coma (5)
Hemianopia heteronymous (5)
Hypercapnic coma (5)
Migraine-triggered seizure (5)
Moyamoya disease (5)
Multifocal motor neuropathy (5)
Neurodegenerative disorder (5)
Neuromuscular blockade (5)
Non-24-hour sleep-wake disorder (5)
Ophthalmoplegic migraine (5)
Persistent genital arousal disorder (5)
Progressive multiple sclerosis (5)
Pudendal canal syndrome (5)
Radial nerve compression (5)
Sensory integrative dysfunction (5)
Spinal cord haematoma (5)
Subdural hygroma (5)
Tumefactive multiple sclerosis (5)
Ulnar tunnel syndrome (5)
Wernicke's encephalopathy (5)
Alcoholic seizure (4)
Altered pitch perception (4)
Basilar artery stenosis (4)
Brudzinski's sign (4)
Central nervous system immune reconstitution inflammatory response (4)
Cerebellar artery occlusion (4)
Cerebellar embolism (4)
Cervical cord compression (4)
Chronic lymphocytic inflammation with pontine perivascular enhancement responsive to steroids (4)
Colloid brain cyst (4)
Decorticate posture (4)
Dystonic tremor (4)
Epileptic encephalopathy (4)
Glossopharyngeal nerve disorder (4)
Hemiapraxia (4)
Hemiasomatognosia (4)
Hippocampal atrophy (4)
Hippocampal sclerosis (4)
Hypoglycaemic seizure (4)
Intensive care unit acquired weakness (4)
Juvenile myoclonic epilepsy (4)
Long thoracic nerve palsy (4)
Meige's syndrome (4)
Meningitis noninfective (4)

Myotonia (4)
Neuromyotonia (4)
Neuronal neuropathy (4)
Notalgia paraesthetica (4)
Parkinsonian gait (4)
Parkinsonian rest tremor (4)
Periventricular leukomalacia (4)
Phrenic nerve paralysis (4)
Post cardiac arrest syndrome (4)
Prosopagnosia (4)
Reversible splenial lesion syndrome (4)
Spinal vascular disorder (4)
Vestibular nystagmus (4)
Amputation stump pain (3)
Arachnoid web (3)
Basal ganglia haematoma (3)
Biernacki's sign (3)
Chronic paroxysmal hemicrania (3)
Conus medullaris syndrome (3)
Hashimoto's encephalopathy (3)
Hypoglossal nerve paresis (3)
Idiopathic generalised epilepsy (3)
Internal carotid artery deformity (3)
Kernig's sign (3)
Microsleep (3)
Muscle tension dysphonia (3)
Orthostatic tremor (3)
Osmotic demyelination syndrome (3)
Periodic limb movement disorder (3)
Polyneuropathy chronic (3)
Polyneuropathy idiopathic progressive (3)
Post polio syndrome (3)
Posthaemorrhagic hydrocephalus (3)
Secondary progressive multiple sclerosis (3)
Spasmodic dysphonia (3)
Subacute combined cord degeneration (3)
SUNCT syndrome (3)
Synaesthesia (3)
Synkinesis (3)
Thecal sac compression (3)
Thermoanaesthesia (3)
Vagus nerve paralysis (3)
Vascular parkinsonism (3)
Accessory nerve disorder (2)
Advanced sleep phase (2)
Akinaesthesia (2)
Amyloid related imaging abnormalities (2)
Anterior spinal artery syndrome (2)
Anticholinergic syndrome (2)

Brain stem microhaemorrhage (2)
Carotid arterial embolus (2)
Central nervous system necrosis (2)
Cerebellar tonsillar ectopia (2)
Cerebral ataxia (2)
Cerebral capillary telangiectasia (2)
Cerebral circulatory failure (2)
Cerebral haemorrhage foetal (2)
Cerebral haemosiderin deposition (2)
Cold dysaesthesia (2)
Convulsion in childhood (2)
Convulsive threshold lowered (2)
Cortical laminar necrosis (2)
Delayed sleep phase (2)
Dementia of the Alzheimer's type, with delirium (2)
Diabetic hyperglycaemic coma (2)
Diabetic ketoacidotic hyperglycaemic coma (2)
Drug withdrawal convulsions (2)
Epidural lipomatosis (2)
Faciobrachial dystonic seizure (2)
Frontotemporal dementia (2)
Hypoglossal nerve disorder (2)
Hypokinetic dysarthria (2)
Infant sedation (2)
Intracranial artery dissection (2)
Jugular vein haemorrhage (2)
Meningeal thickening (2)
Motor developmental delay (2)
Multiple system atrophy (2)
Myelomalacia (2)
Neurovascular conflict (2)
Noninfective encephalomyelitis (2)
Palatal palsy (2)
Paroxysmal sympathetic hyperactivity (2)
Post stroke seizure (2)
Postictal headache (2)
Postresuscitation encephalopathy (2)
Post-traumatic neuralgia (2)
Primary progressive multiple sclerosis (2)
Progressive bulbar palsy (2)
Pseudoparalysis (2)
Psychomotor disadaptation syndrome (2)
Secondary cerebellar degeneration (2)
Sensory ganglionitis (2)
Spinal artery embolism (2)
Spinal artery thrombosis (2)
Spinal epidural haemorrhage (2)
Spinal subdural haemorrhage (2)
Spontaneous cerebrospinal fluid leak syndrome (2)

Tarsal tunnel syndrome (2)
Vertebral artery aneurysm (2)
Vertebral artery arteriosclerosis (2)
VIIIth nerve lesion (2)
Visual agnosia (2)
Acquired epileptic aphasia (1)
Acute encephalitis with refractory, repetitive partial seizures (1)
Acute haemorrhagic leukoencephalitis (1)
Adrenergic syndrome (1)
Amyloid related imaging abnormality-microhaemorrhages and haemosiderin deposits (1)
Amyloid related imaging abnormality-oedema/effusion (1)
Anaesthesia dolorosa (1)
Anterior interosseous syndrome (1)
Anti-myelin-associated glycoprotein associated polyneuropathy (1)
Aqueductal stenosis (1)
Athetosis (1)
Atypical benign partial epilepsy (1)
Benign enlargement of the subarachnoid spaces (1)
Blood brain barrier defect (1)
Brain stem haematoma (1)
Cardiac autonomic neuropathy (1)
Central nervous system lupus (1)
Cerebral arteritis (1)
Cerebral artery perforation (1)
Cerebral haemorrhage neonatal (1)
Cerebral infarction foetal (1)
Cerebral reperfusion injury (1)
Cerebrospinal fluid retention (1)
Cerebrovascular stenosis (1)
Claude's syndrome (1)
Coma acidotic (1)
Coma hepatic (1)
Concentric sclerosis (1)
Delayed ischaemic neurological deficit (1)
Diabetic encephalopathy (1)
Diabetic mononeuropathy (1)
Dorsal ramus syndrome (1)
Dyscalculia (1)
Dysprosody (1)
Encephalitis allergic (1)
Encephalitis post varicella (1)
Febrile infection-related epilepsy syndrome (1)
Femoral nerve palsy (1)
Foetal cerebrovascular disorder (1)
Gait apraxia (1)
Gelastic seizure (1)
Glabellar reflex abnormal (1)
Glial scar (1)
Gulf war syndrome (1)

Hyperglycaemic seizure (1)
Hypertensive cerebrovascular disease (1)
Idiopathic partial epilepsy (1)
Immune-mediated encephalopathy (1)
Immune-mediated neurological disorder (1)
Laryngeal tremor (1)
Lennox-Gastaut syndrome (1)
Lenticulostriatal vasculopathy (1)
Lewis-Sumner syndrome (1)
Lumbosacral plexus lesion (1)
Lumbosacral radiculoplexus neuropathy (1)
Microglial nodules (1)
Micrographia (1)
Migraine postdrome (1)
Mixed dementia (1)
Morvan syndrome (1)
Myxoedema coma (1)
Nervous system cyst (1)
Neuritic plaques (1)
Neuropsychiatric lupus (1)
Obturator neuropathy (1)
Oculocephalogyric reflex absent (1)
Paraneoplastic myelopathy (1)
Parkinsonian crisis (1)
Parkinsonism hyperpyrexia syndrome (1)
Perineurial cyst (1)
Polyneuropathy in malignant disease (1)
Post stroke epilepsy (1)
Posterior cortical atrophy (1)
Posterior interosseous syndrome (1)
Post-traumatic epilepsy (1)
Precerebral artery thrombosis (1)
Preictal state (1)
Presbyastasis (1)
Radiologically isolated syndrome (1)
Serotonin deficiency (1)
Somnolence neonatal (1)
Sphenopalatine neuralgia (1)
Spinal meningeal cyst (1)
Spinal subarachnoid haemorrhage (1)
Spinal subdural haematoma (1)
Subdural effusion (1)
Sydenham's chorea (1)
Sympathomimetic effect (1)
Thermohyperaesthesia (1)
Tick paralysis (1)
Toxic leukoencephalopathy (1)
Toxic neuropathy (1)
Vascular cognitive impairment (1)

Pregnancy, puerperium and perinatal conditions (5614)
Abortion spontaneous (3242)
Pregnancy (345)
Foetal death (279)
Abortion missed (140)
Premature labour (124)
Abortion (112)
Haemorrhage in pregnancy (112)
Foetal hypokinesia (110)
Premature delivery (100)
Uterine contractions during pregnancy (96)
Premature baby (95)
Foetal growth restriction (92)
Stillbirth (84)
Delivery (82)
Morning sickness (80)
Ectopic pregnancy (78)
Pre-eclampsia (61)
Premature separation of placenta (59)
Premature rupture of membranes (57)
Induced labour (53)
Live birth (51)
Gestational diabetes (49)
Anembryonic gestation (45)
Uterine hypertonus (45)
Uterine contractions abnormal (42)
Preterm premature rupture of membranes (40)
Postpartum haemorrhage (33)
Pelvic girdle pain (30)
Placental disorder (25)
Abortion threatened (24)
Complication of pregnancy (23)
First trimester pregnancy (21)
Gestational hypertension (21)
HELLP syndrome (20)
Amniorrhoea (18)
Foetal disorder (17)
Threatened labour (17)
Placenta praevia (16)
Abortion early (15)
Decidual cast (15)
Hydrops foetalis (14)
Subchorionic haematoma (14)
Twin pregnancy (14)
Unintended pregnancy (14)
Pregnancy on contraceptive (13)
Pregnancy on oral contraceptive (12)
Pregnancy with contraceptive device (12)
Retroplacental haematoma (12)

Subchorionic haemorrhage (12)
Abortion spontaneous complete (11)
Foetal growth abnormality (11)
High risk pregnancy (11)
Hyperemesis gravidarum (11)
Oligohydramnios (11)
Eclampsia (10)
Foetal placental thrombosis (10)
Somatic symptom disorder of pregnancy (10)
Abortion incomplete (9)
Arrested labour (9)
Biochemical pregnancy (9)
Foetal cardiac disorder (9)
Polyhydramnios (9)
Pregnancy after post coital contraception (9)
Prolonged labour (9)
Second trimester pregnancy (9)
Labour pain (8)
Low birth weight baby (8)
Third trimester pregnancy (8)
Abortion complete (7)
Breech presentation (7)
Cervical dilatation (7)
Labour complication (7)
Neonatal disorder (7)
Placental insufficiency (7)
Umbilical cord abnormality (7)
Foetal distress syndrome (6)
Gestational trophoblastic detachment (6)
Placental infarction (6)
Postpartum state (6)
Placenta praevia haemorrhage (5)
Small for dates baby (5)
Amniorrhexis (4)
Face presentation (4)
Peripartum cardiomyopathy (4)
Post abortion haemorrhage (4)
Pregnancy of unknown location (4)
Pregnancy with implant contraceptive (4)
Retained placenta or membranes (4)
Ruptured ectopic pregnancy (4)
Umbilical cord thrombosis (4)
Unwanted pregnancy (4)
Abnormal labour (3)
Abortion spontaneous incomplete (3)
Amniotic cavity disorder (3)
Cervical incompetence (3)
Ectopic pregnancy with contraceptive device (3)
Foetal damage (3)

Haemorrhage foetal (3)
High foetal head (3)
Intrapartum haemorrhage (3)
Meconium in amniotic fluid (3)
Normal labour (3)
Prolonged pregnancy (3)
Term birth (3)
Umbilical cord prolapse (3)
Uterine atony (3)
Abnormal cord insertion (2)
Abortion complicated (2)
Abortion late (2)
Abortion of ectopic pregnancy (2)
Afterbirth pain (2)
Cervix dystocia (2)
Chorioamniotic separation (2)
Failed induction of labour (2)
False labour (2)
Foetal macrosomia (2)
Jaundice neonatal (2)
Large for dates baby (2)
Maternal condition affecting foetus (2)
Maternal death during childbirth (2)
Peripartum haemorrhage (2)
Pregnancy with advanced maternal age (2)
Retained products of conception (2)
Risk of future pregnancy miscarriage (2)
Shoulder dystocia (2)
Traumatic delivery (2)
Uterine irritability (2)
Vanishing twin syndrome (2)
Anaphylactoid syndrome of pregnancy (1)
Birth trauma (1)
Breech delivery (1)
Cephalhaematoma (1)
Cephalo-pelvic disproportion (1)
Complication of delivery (1)
Delayed delivery (1)
Foetal-maternal haemorrhage (1)
Hypothermia neonatal (1)
Imminent abortion (1)
Meconium stain (1)
Multiple pregnancy (1)
Normal foetus (1)
Normal newborn (1)
Placenta accreta (1)
Placental calcification (1)
Poor weight gain neonatal (1)
Postpartum disorder (1)

Precipitate labour (1)
Previous caesarean section (1)
Term baby (1)
Third stage postpartum haemorrhage (1)
Umbilical cord around neck (1)
Uterine hypotonus (1)
Uterine inversion (1)
Vasa praevia (1)
Weight decrease neonatal (1)
Product issues (3761)
Product temperature excursion issue (1079)
Syringe issue (1020)
Device connection issue (421)
Needle issue (283)
Product quality issue (139)
Oversensing (118)
Thrombosis in device (92)
Product contamination physical (76)
Product reconstitution quality issue (63)
Product availability issue (55)
Product taste abnormal (33)
Product colour issue (32)
Liquid product physical issue (31)
Device malfunction (29)
Product leakage (27)
Product contamination (26)
Device issue (24)
Product complaint (21)
Device occlusion (20)
Product container issue (20)
Suspected product quality issue (19)
Device dislocation (18)
Device leakage (17)
Undersensing (16)
Product label issue (14)
Product odour abnormal (14)
Product packaging quantity issue (14)
Device breakage (13)
Device expulsion (13)
Product supply issue (13)
Suspected counterfeit product (12)
Product origin unknown (11)
Product physical issue (11)
Device defective (10)
Product formulation issue (10)
Device failure (9)
Product substitution issue (9)
Device physical property issue (8)
Product lot number issue (8)

Electromagnetic interference (7)
Inappropriate release of product for distribution (7)
Device infusion issue (5)
Product delivery mechanism issue (5)
Product expiration date issue (5)
Product impurity (5)
Product measured potency issue (5)
Suspected product contamination (5)
Drug delivery system malfunction (4)
Embedded device (4)
Manufacturing product shipping issue (4)
Device kink (3)
Device loosening (3)
Patient-device incompatibility (3)
Device delivery system issue (2)
Device electrical impedance issue (2)
Device information output issue (2)
Device mechanical issue (2)
Device pacing issue (2)
Device temperature issue (2)
Manufacturing issue (2)
Manufacturing materials issue (2)
Physical product label issue (2)
Product barcode issue (2)
Product closure issue (2)
Product container seal issue (2)
Product packaging issue (2)
Stent malfunction (2)
Suspected product tampering (2)
Device end of service (1)
Device extrusion (1)
Device inappropriate shock delivery (1)
Device ineffective shock delivery (1)
Device material issue (1)
Device operational issue (1)
Device stimulation issue (1)
Drug delivery system issue (1)
Internal device exposed (1)
Lead dislodgement (1)
Manufacturing equipment issue (1)
Packaging design issue (1)
Product closure removal difficult (1)
Product deposit (1)
Product design issue (1)
Product distribution issue (1)
Product identification number issue (1)
Product outer packaging issue (1)
Product packaging difficult to open (1)
Product physical consistency issue (1)

Recalled product (1)

Psychiatric disorders (112525)

Insomnia (27448)

Anxiety (17058)

Confusional state (12952)

Sleep disorder (10678)

Nervousness (5780)

Disorientation (4902)

Acute stress disorder (3604)

Restlessness (3441)

Hallucination (3247)

Depression (3120)

Depressed mood (3033)

Panic attack (2574)

Poor quality sleep (2292)

Irritability (2235)

Delirium (1763)

Agitation (1732)

Nightmare (1668)

Abnormal dreams (1435)

Mental fatigue (1147)

Stress (1082)

Fear (940)

Mental status changes (870)

Apathy (810)

Tension (781)

Mood swings (769)

Emotional distress (701)

Suicidal ideation (663)

Listless (660)

Thinking abnormal (591)

Mood altered (573)

Initial insomnia (570)

Eating disorder (550)

Emotional disorder (544)

Bradyphrenia (536)

Middle insomnia (530)

Panic reaction (524)

Euphoric mood (518)

Mental disorder (488)

Hallucination, visual (458)

Anger (435)

Abnormal behaviour (422)

Fear of injection (361)

Dissociation (350)

Delusion (343)

Aggression (331)

Tearfulness (324)

Dysphemia (314)

Dysphoria (311)
Hallucination, auditory (275)
Psychotic disorder (275)
Paranoia (240)
Feeling of despair (222)
Affect lability (212)
Staring (208)
Communication disorder (205)
Tic (203)
Disorganised speech (202)
Bruxism (189)
Enuresis (189)
Near death experience (187)
Conversion disorder (186)
Loss of libido (164)
Libido decreased (162)
Sleep terror (158)
Autoscopy (154)
Illusion (150)
Head banging (148)
Fear of death (147)
Mania (145)
Frustration tolerance decreased (143)
Derealisation (134)
Personality change (128)
Tachyphrenia (127)
Depersonalisation/derealisation disorder (124)
Terminal insomnia (124)
Inappropriate affect (119)
Daydreaming (115)
Sopor (108)
Major depression (106)
Panic disorder (106)
Suicide attempt (105)
Phonophobia (99)
Behaviour disorder (98)
Discouragement (93)
Anxiety disorder (90)
Attention deficit hyperactivity disorder (84)
Reading disorder (84)
Decreased interest (83)
Hallucination, olfactory (83)
Affective disorder (82)
Somnambulism (82)
Immunisation anxiety related reaction (81)
Delirium febrile (78)
Sleep disorder due to general medical condition, insomnia type (77)
Depression suicidal (74)
Habit cough (72)

Psychiatric symptom (72)
Sleep talking (70)
Somatic symptom disorder (67)
Hallucinations, mixed (66)
Hypervigilance (66)
Laziness (66)
Mutism (62)
Flat affect (61)
Post-traumatic stress disorder (61)
Distractibility (57)
Lack of spontaneous speech (56)
Completed suicide (53)
Negative thoughts (53)
Libido increased (50)
Depressive symptom (49)
Logorrhoea (48)
Intentional self-injury (47)
Catatonia (45)
Bipolar disorder (43)
Burnout syndrome (43)
Sleep disorder due to a general medical condition (42)
Impaired reasoning (41)
Generalised anxiety disorder (39)
Time perception altered (39)
Helplessness (37)
Indifference (37)
Dissociative disorder (36)
Intrusive thoughts (36)
Acute psychosis (35)
Social avoidant behaviour (35)
Abnormal sleep-related event (34)
Phobia (33)
Psychomotor retardation (33)
Self-injurious ideation (33)
Sleep attacks (33)
Adjustment disorder with depressed mood (31)
Claustrophobia (29)
Mixed anxiety and depressive disorder (29)
Schizophrenia (28)
Anhedonia (27)
Fear of disease (27)
Fear of falling (27)
Speech sound disorder (27)
Disturbance in sexual arousal (26)
Bipolar I disorder (25)
Posturing (25)
Alcoholism (24)
Autism spectrum disorder (24)
Exploding head syndrome (24)

Personality disorder (24)
Hypnagogic hallucination (23)
Obsessive-compulsive disorder (23)
Soliloquy (23)
Impatience (22)
Morbid thoughts (21)
Anorgasmia (20)
Emotional poverty (20)
Constricted affect (19)
Deja vu (19)
Psychological trauma (19)
Abulia (18)
Breath holding (18)
Paramnesia (18)
Thought blocking (18)
Drug abuse (17)
Hypomania (17)
Delusional perception (16)
Neurosis (16)
Obsessive thoughts (16)
Suicidal behaviour (16)
Agitated depression (15)
Persistent depressive disorder (15)
Agoraphobia (14)
Binge eating (14)
Decreased eye contact (14)
Dissociative amnesia (14)
Libido disorder (14)
Organic brain syndrome (14)
Aversion (13)
Disinhibition (13)
Factitious disorder (13)
Fear of eating (13)
Flashback (13)
Impulsive behaviour (13)
Violence-related symptom (13)
Alcohol withdrawal syndrome (12)
Hallucination, tactile (12)
Neuropsychiatric symptoms (12)
Persecutory delusion (12)
Psychotic symptom (12)
Social anxiety disorder (12)
Change in sustained attention (11)
Fear-related avoidance of activities (11)
Feeling guilty (11)
Female orgasmic disorder (11)
Imperception (11)
Learning disability (11)
Self esteem decreased (11)

Disturbance in social behaviour (10)
Feelings of worthlessness (10)
Hostility (10)
Impulse-control disorder (10)
Orgasm abnormal (10)
Pressure of speech (10)
Alice in wonderland syndrome (9)
Dyssomnia (9)
Illogical thinking (9)
Poverty of speech (9)
Psychiatric decompensation (9)
Trance (9)
Clinomania (8)
Confusional arousal (8)
Executive dysfunction (8)
Hyperarousal (8)
Hypnopompic hallucination (8)
Procedural anxiety (8)
Psychotic behaviour (8)
Rapid eye movements sleep abnormal (8)
Adjustment disorder (7)
Confabulation (7)
Delusional disorder, unspecified type (7)
Drug dependence (7)
Flight of ideas (7)
Genito-pelvic pain/penetration disorder (7)
Illness anxiety disorder (7)
Mood disorder due to a general medical condition (7)
Nicotine dependence (7)
Orgasmic sensation decreased (7)
Premature ejaculation (7)
Psychological factor affecting medical condition (7)
Sense of a foreshortened future (7)
Sleep inertia (7)
Alcoholic hangover (6)
Belligerence (6)
Derailment (6)
Hypersexuality (6)
Hyposomnia (6)
Pica (6)
Purging (6)
Stereotypy (6)
Alcohol problem (5)
Antisocial behaviour (5)
Body dysmorphic disorder (5)
Boredom (5)
Dermatillomania (5)
Menopausal depression (5)
Obsessive-compulsive symptom (5)

Pseudohallucination (5)
Selective eating disorder (5)
Self-induced vomiting (5)
Suicide threat (5)
Suspiciousness (5)
Vomiting psychogenic (5)
Alcohol abuse (4)
Anticipatory anxiety (4)
Blunted affect (4)
Breathing-related sleep disorder (4)
Brief psychotic disorder with marked stressors (4)
Compulsions (4)
Delirium tremens (4)
Delusion of parasitosis (4)
Delusional disorder, persecutory type (4)
Homicidal ideation (4)
Learning disorder (4)
Morose (4)
Neglect of personal appearance (4)
Nosophobia (4)
Parasomnia (4)
Perinatal depression (4)
Pseudodementia (4)
Psychogenic tremor (4)
Psychogenic visual disorder (4)
Schizoaffective disorder (4)
Sexual inhibition (4)
Sleep-related eating disorder (4)
Social fear (4)
Somatic hallucination (4)
Substance-induced psychotic disorder (4)
Thanatophobia (4)
Aberrant motor behaviour (3)
Adjustment disorder with mixed anxiety and depressed mood (3)
Anxiety disorder due to a general medical condition (3)
Binge drinking (3)
Borderline personality disorder (3)
Cardiovascular somatic symptom disorder (3)
Compulsive shopping (3)
Delusion of grandeur (3)
Dependence (3)
Gastrointestinal somatic symptom disorder (3)
Grief reaction (3)
Haemophobia (3)
Hypersomnia-bulimia syndrome (3)
Limited symptom panic attack (3)
Loose associations (3)
Manic symptom (3)
Mental disorder due to a general medical condition (3)

Merycism (3)
Osmophobia (3)
Paranoid personality disorder (3)
Phantom vibration syndrome (3)
Psychotic disorder due to a general medical condition (3)
Self-consciousness (3)
Sleep disorder due to general medical condition, hypersomnia type (3)
Substance abuse (3)
Tangentiality (3)
Waxy flexibility (3)
Acrophobia (2)
Alcohol use disorder (2)
Asocial behaviour (2)
Attention-seeking behaviour (2)
Automatism (2)
Brief psychotic disorder without marked stressors (2)
Bulimia nervosa (2)
Catastrophic reaction (2)
Clang associations (2)
Coprolalia (2)
Cyclothymic disorder (2)
Delusional disorder, erotomanic type (2)
Depressive delusion (2)
Emotional disorder of childhood (2)
Excessive masturbation (2)
Fear of open spaces (2)
Fear of pregnancy (2)
Fetishism (2)
Grandiosity (2)
Intermittent explosive disorder (2)
Neuropsychiatric syndrome (2)
Nocturnal fear (2)
Obsessive-compulsive personality disorder (2)
Onychophagia (2)
Paediatric autoimmune neuropsychiatric disorders associated with streptococcal infection (2)
Paruresis (2)
Performance fear (2)
Perseveration (2)
Phobia of driving (2)
Post-traumatic amnestic disorder (2)
Poverty of thought content (2)
Psychogenic movement disorder (2)
Psychogenic pseudosyncope (2)
Regressive behaviour (2)
Secondary tic (2)
Sexually inappropriate behaviour (2)
Social (pragmatic) communication disorder (2)
Taciturnity (2)

Thermophobia (2)
Verbigeration (2)
Adjustment disorder with anxiety (1)
Affective ambivalence (1)
Alcoholic psychosis (1)
Algophobia (1)
Anorexia nervosa (1)
Antisocial personality disorder (1)
Behaviour disorder due to a general medical condition (1)
Bipolar II disorder (1)
Childhood depression (1)
Circumstantiality (1)
Compulsive cheek biting (1)
Compulsive hoarding (1)
Compulsive lip biting (1)
Defiant behaviour (1)
Delusion of replacement (1)
Dependent personality disorder (1)
Dermatophagia (1)
Dissociative identity disorder (1)
Drug use disorder (1)
Echolalia (1)
Emetophobia (1)
Encopresis (1)
Fear of closed spaces (1)
Fear of crowded places (1)
Finger licking (1)
Gambling disorder (1)
Gender dysphoria (1)
Hallucination, gustatory (1)
Haphephobia (1)
Histrionic personality disorder (1)
Hysterical psychosis (1)
Jealous delusion (1)
Loss of dreaming (1)
Male orgasmic disorder (1)
Mixed delusion (1)
Negativism (1)
Neologism (1)
Nosocomephobia (1)
Oppositional defiant disorder (1)
Paradoxical insomnia (1)
Parkinson's disease psychosis (1)
Pedantic speech (1)
Phobic avoidance (1)
Post stroke depression (1)
Postpartum anxiety (1)
Rapid eye movement sleep behaviour disorder (1)
Rebound psychosis (1)

Schizoaffective disorder bipolar type (1)
Schizophreniform disorder (1)
School refusal (1)
Shared psychotic disorder (1)
Sitophobia (1)
Substance use disorder (1)
Substance-induced mood disorder (1)
Suggestibility (1)
Thought broadcasting (1)
Thought withdrawal (1)
Tobacco abuse (1)
Transient psychosis (1)
Transvestism (1)
Renal and urinary disorders (19483)
Renal pain (3352)
Acute kidney injury (1973)
Pollakiuria (1914)
Urinary incontinence (1573)
Dysuria (1357)
Haematuria (1176)
Chromaturia (1043)
Renal failure (969)
Urinary retention (696)
Micturition urgency (658)
Incontinence (614)
Renal impairment (522)
Polyuria (501)
Nephrolithiasis (422)
Renal disorder (351)
Haemorrhage urinary tract (298)
Bladder pain (287)
Nephrotic syndrome (283)
Proteinuria (261)
Chronic kidney disease (243)
Urine odour abnormal (232)
Urine abnormality (201)
Renal colic (175)
Renal infarct (163)
Bladder disorder (158)
Anuria (144)
Cystitis noninfective (127)
Oliguria (118)
Nocturia (116)
Renal cyst (96)
Nephritis (89)
Micturition disorder (85)
Urinary tract disorder (85)
Urine flow decreased (74)
Glomerulonephritis minimal lesion (73)

Bladder discomfort (70)
IgA nephropathy (65)
Renal vein thrombosis (63)
Tubulointerstitial nephritis (63)
Urinary bladder haemorrhage (62)
Hydronephrosis (61)
Urinary hesitation (61)
Glomerulonephritis (59)
Bladder dysfunction (56)
Urinary tract inflammation (56)
Cystitis haemorrhagic (54)
Hypertonic bladder (52)
Urinary tract pain (52)
Nephropathy (51)
Azotaemia (46)
Cystitis interstitial (44)
End stage renal disease (43)
Urethral pain (43)
Bladder spasm (39)
Loss of bladder sensation (38)
Renal artery thrombosis (38)
Urinary tract discomfort (38)
Bladder irritation (36)
Renal injury (36)
Renal tubular necrosis (34)
Costovertebral angle tenderness (33)
Neurogenic bladder (32)
Choluria (26)
Glomerulonephritis rapidly progressive (24)
Leukocyturia (24)
Lupus nephritis (24)
Renal haemorrhage (24)
Glomerulonephritis membranous (22)
Renal mass (22)
Bladder dilatation (20)
Paroxysmal nocturnal haemoglobinuria (20)
Prerenal failure (20)
Urge incontinence (20)
Lower urinary tract symptoms (19)
Renal vascular thrombosis (19)
Bladder sphincter atony (17)
Cystitis-like symptom (17)
Renal ischaemia (16)
Ureterolithiasis (16)
Urinary straining (16)
Bladder hypertrophy (15)
Renal atrophy (15)
Strangury (15)
Haemoglobinuria (14)

Renal embolism (14)
Stress urinary incontinence (13)
Urinary tract obstruction (13)
Urethral haemorrhage (12)
Albuminuria (11)
Bladder obstruction (11)
Calculus urinary (11)
Genitourinary symptom (11)
Glomerulonephritis acute (11)
Kidney enlargement (11)
Microalbuminuria (11)
Urethritis noninfective (11)
Calculus bladder (10)
Ketonuria (10)
Renal vasculitis (10)
Myoglobinuria (9)
Goodpasture's syndrome (8)
Ureteric dilatation (8)
Anti-glomerular basement membrane disease (7)
C3 glomerulopathy (7)
Diabetic nephropathy (7)
Focal segmental glomerulosclerosis (7)
Glomerulonephropathy (7)
Nephritic syndrome (7)
Ureteric stenosis (7)
Urethral spasm (7)
Atonic urinary bladder (6)
Micturition frequency decreased (6)
Renal artery stenosis (6)
Renal tubular injury (6)
Renal vein occlusion (6)
Ureteric obstruction (6)
Hydroureter (5)
Mixed incontinence (5)
Ureteral disorder (5)
Urogenital haemorrhage (5)
Bilirubinuria (4)
Bladder stenosis (4)
Haematinuria (4)
Nephrosclerosis (4)
Pyelocaliectasis (4)
Renal artery occlusion (4)
Renal necrosis (4)
Renal-limited thrombotic microangiopathy (4)
Single functional kidney (4)
Urethral disorder (4)
Urethral stenosis (4)
Bladder prolapse (3)
Crush syndrome (3)

Glomerulonephritis membranoproliferative (3)
Kidney fibrosis (3)
Kidney small (3)
Nephrocalcinosis (3)
Renal cortical necrosis (3)
Renal cyst haemorrhage (3)
Renal haematoma (3)
Renal tubular disorder (3)
Subcapsular renal haematoma (3)
Tubulointerstitial nephritis and uveitis syndrome (3)
Urethral caruncle (3)
Bladder fibrosis (2)
Bladder mass (2)
Bladder trabeculation (2)
Foetal renal impairment (2)
Glycosuria (2)
Hypotonic urinary bladder (2)
Kidney congestion (2)
Mesangioproliferative glomerulonephritis (2)
Nephritis allergic (2)
Nephrogenic diabetes insipidus (2)
Oedematous kidney (2)
Pelvi-ureteric obstruction (2)
Perinephric oedema (2)
Post infection glomerulonephritis (2)
Renal artery dissection (2)
Renal hypertrophy (2)
Renal vein embolism (2)
Scleroderma renal crisis (2)
Sterile pyuria (2)
Urethral obstruction (2)
Urinary bladder rupture (2)
Urinary tract toxicity (2)
Urogenital disorder (2)
Vesicoureteric reflux (2)
Autoimmune nephritis (1)
Automatic bladder (1)
Bence Jones proteinuria (1)
Bladder diverticulum (1)
Bladder neck obstruction (1)
Bladder outlet obstruction (1)
Bladder ulcer (1)
Bladder wall calcification (1)
Calculus urethral (1)
Calyceal diverticulum (1)
Cryoglobulinuria (1)
Crystal nephropathy (1)
Crystalluria (1)
Cystitis glandularis (1)

Diabetic end stage renal disease (1)
Diffuse mesangial sclerosis (1)
Faecaluria (1)
Fibrillary glomerulonephritis (1)
Fowler's syndrome (1)
Glomerulonephritis chronic (1)
Glomerulonephritis proliferative (1)
Glomerulosclerosis (1)
Hypertensive nephropathy (1)
Immune-mediated cystitis (1)
Lupus cystitis (1)
Nephropathy toxic (1)
Obstructive nephropathy (1)
Perinephric collection (1)
Perinephritis (1)
Pneumaturia (1)
Post micturition dribble (1)
Postrenal failure (1)
Reflux nephropathy (1)
Renal aneurysm (1)
Renal arteriosclerosis (1)
Renal artery arteriosclerosis (1)
Renal tubular acidosis (1)
Renal tubular atrophy (1)
Semenuria (1)
Ureteric haemorrhage (1)
Urethral atrophy (1)
Urethral cyst (1)
Urethral dilatation (1)
Urethral discharge (1)
Urethral fistula (1)
Urethral meatus stenosis (1)
Urethral polyp (1)
Urethral ulcer (1)
Urinary bladder haematoma (1)
Urinary bladder toxicity (1)
Urinoma (1)
Reproductive system and breast disorders (101429)
Heavy menstrual bleeding (26063)
Menstruation delayed (14643)
Menstrual disorder (14214)
Menstruation irregular (13300)
Dysmenorrhoea (11950)
Intermenstrual bleeding (9090)
Amenorrhoea (6902)
Vaginal haemorrhage (6602)
Polymenorrhoea (6046)
Breast pain (5477)
Postmenopausal haemorrhage (2661)

Hypomenorrhoea (2092)
Oligomenorrhoea (2006)
Breast swelling (1437)
Pelvic pain (1181)
Breast tenderness (947)
Erectile dysfunction (711)
Breast mass (705)
Premenstrual syndrome (666)
Adnexa uteri pain (608)
Testicular pain (570)
Premenstrual pain (548)
Vaginal discharge (524)
Menstrual discomfort (511)
Menometrorrhagia (426)
Suppressed lactation (404)
Breast enlargement (371)
Breast discomfort (370)
Endometriosis (361)
Uterine haemorrhage (344)
Nipple pain (343)
Ovulation pain (283)
Uterine spasm (279)
Menopausal symptoms (264)
Uterine pain (248)
Vulvovaginal pain (241)
Ovarian cyst (237)
Breast inflammation (185)
Genital haemorrhage (185)
Abnormal withdrawal bleeding (182)
Testicular swelling (168)
Abnormal uterine bleeding (141)
Breast cyst (133)
Polycystic ovaries (129)
Prostatitis (118)
Genital pain (115)
Vulvovaginal pruritus (108)
Infertility (100)
Lactation disorder (97)
Pruritus genital (94)
Vulval haemorrhage (91)
Genital rash (90)
Breast oedema (86)
Genital ulceration (84)
Breast discharge (83)
Premature menopause (82)
Vulvovaginal burning sensation (82)
Breast engorgement (80)
Vulvovaginal discomfort (80)
Pelvic haemorrhage (75)

Vulval ulceration (74)
Haematospermia (73)
Scrotal pain (73)
Ovarian cyst ruptured (69)
Sexual dysfunction (68)
Vulvovaginal swelling (63)
Gynaecomastia (62)
Vaginal ulceration (62)
Vulvovaginal dryness (60)
Galactorrhoea (56)
Organic erectile dysfunction (55)
Withdrawal bleed (55)
Prostatomegaly (50)
Genital burning sensation (49)
Pelvic discomfort (48)
Penis disorder (48)
Genital swelling (47)
Ovulation disorder (47)
Nipple swelling (45)
Scrotal swelling (45)
Breast disorder (44)
Premenstrual dysphoric disorder (44)
Breast induration (43)
Lactation puerperal increased (41)
Adenomyosis (40)
Genital discomfort (40)
Premenstrual headache (40)
Benign prostatic hyperplasia (39)
Coital bleeding (38)
Galactostasis (37)
Testicular disorder (35)
Priapism (34)
Uterine polyp (34)
Erection increased (33)
Ovarian vein thrombosis (32)
Vaginal cyst (32)
Breast disorder female (31)
Endometrial thickening (31)
Penile swelling (31)
Breast haematoma (30)
Genital blister (30)
Penile pain (29)
Ejaculation failure (28)
Penile haemorrhage (28)
Vulval disorder (28)
Ejaculation disorder (27)
Genital lesion (27)
Spontaneous penile erection (26)
Balanoposthitis (25)

Dyspareunia (25)
Premature ovulation (25)
Vaginal lesion (25)
Nipple disorder (24)
Uterine inflammation (24)
Vulvovaginal rash (24)
Genital tract inflammation (23)
Perineal pain (23)
Penile vein thrombosis (22)
Haemorrhagic ovarian cyst (21)
Ovarian haemorrhage (21)
Vaginal odour (21)
Breast milk discolouration (20)
Cervix haemorrhage uterine (20)
Genital erythema (20)
Infertility female (20)
Penile oedema (20)
Breast discolouration (19)
Labia enlarged (19)
Oedema genital (19)
Ovarian disorder (19)
Vulvovaginal inflammation (19)
Genital paraesthesia (18)
Nipple inflammation (18)
Noninfective oophoritis (18)
Ovarian enlargement (18)
Vulvovaginal erythema (18)
Testis discomfort (17)
Uterine disorder (17)
Vulvovaginal ulceration (17)
Endometrial hyperplasia (15)
Genital hypoaesthesia (15)
Varicocele (15)
Breast haemorrhage (14)
Fibrocystic breast disease (14)
Prostatic disorder (13)
Vaginal disorder (13)
Adnexal torsion (12)
Bartholin's cyst (12)
Orchitis noninfective (12)
Scrotal oedema (12)
Uterine enlargement (12)
Nipple exudate bloody (11)
Ovarian mass (11)
Penile rash (11)
Polymenorrhagia (11)
Prostatic pain (11)
Retrograde menstruation (11)
Anisomastia (10)

Endometrial disorder (10)
Painful erection (10)
Breast hyperplasia (9)
Cervical polyp (9)
Menopausal disorder (9)
Menopause delayed (9)
Painful ejaculation (9)
Pelvic congestion (9)
Penile blister (9)
Penile discomfort (9)
Penile erythema (9)
Peyronie's disease (9)
Testicular mass (9)
Testicular oedema (9)
Vulval oedema (9)
Cervical dysplasia (8)
Genital discharge (8)
Mammary duct ectasia (8)
Penile discharge (8)
Perineal disorder (8)
Uterine tenderness (8)
Cervical discharge (7)
Cervix disorder (7)
Female reproductive tract disorder (7)
Hydrosalpinx (7)
Pelvic fluid collection (7)
Pelvic haematoma (7)
Penile curvature (7)
Scrotal erythema (7)
Semen discolouration (7)
Shortened cervix (7)
Testicular atrophy (7)
Uterine cyst (7)
Adnexa uteri mass (6)
Breast calcifications (6)
Cervix inflammation (6)
Ejaculation delayed (6)
Ovarian failure (6)
Scrotal dermatitis (6)
Aspermia (5)
Ectropion of cervix (5)
Female sexual dysfunction (5)
Metrorrhoea (5)
Nipple enlargement (5)
Nipple oedema (5)
Pelvic floor muscle weakness (5)
Penile burning sensation (5)
Plasma cell mastitis (5)
Retracted nipple (5)

Scrotal discomfort (5)
Testicular torsion (5)
Vaginal mucosal blistering (5)
Varicose veins pelvic (5)
Atrophic vulvovaginitis (4)
Breast atrophy (4)
Breast milk odour abnormal (4)
Cervical cyst (4)
Cervix oedema (4)
Epididymal enlargement (4)
Fallopian tube disorder (4)
Female genital tract fistula (4)
Feminisation acquired (4)
Genital cyst (4)
Genital discolouration (4)
Genital hyperaesthesia (4)
Haematosalpinx (4)
Haemorrhagic breast cyst (4)
Infertility male (4)
Mastoptosis (4)
Perineal rash (4)
Poor milk ejection reflex (4)
Retrograde ejaculation (4)
Testicular retraction (4)
Uterine prolapse (4)
Vaginal prolapse (4)
Vulva cyst (4)
Acquired phimosis (3)
Artificial menopause (3)
Bleeding anovulatory (3)
Clitoral engorgement (3)
Enlarged clitoris (3)
Genital disorder (3)
Hydrometra (3)
Ovarian hyperstimulation syndrome (3)
Penile haematoma (3)
Penile vascular disorder (3)
Prostatic haemorrhage (3)
Prostatic obstruction (3)
Scrotal exfoliation (3)
Superovulation (3)
Testicular cyst (3)
Uterine mass (3)
Breast fibrosis (2)
Breast necrosis (2)
Cervix erythema (2)
Cervix haematoma uterine (2)
Cystocele (2)
Epididymal cyst (2)

Epididymal disorder (2)
Genital dysaesthesia (2)
Genital odour (2)
Male sexual dysfunction (2)
Nocturnal emission (2)
Ovarian necrosis (2)
Pelvic prolapse (2)
Penile size reduced (2)
Perineal cyst (2)
Prostatism (2)
Rectocele (2)
Scrotal angiokeratoma (2)
Scrotal disorder (2)
Scrotal inflammation (2)
Scrotal mass (2)
Spermatic cord haemorrhage (2)
Spermatocele (2)
Spontaneous ejaculation (2)
Testicular haemorrhage (2)
Uterine cervical pain (2)
Vaginal erosion (2)
Vaginal haematoma (2)
Vaginal polyp (2)
Vulvar erosion (2)
Acquired hydrocele (1)
Adnexa uteri cyst (1)
Asherman's syndrome (1)
Azoospermia (1)
Breast disorder male (1)
Cervical friability (1)
Cervix enlargement (1)
Endocervical mucosal thickening (1)
Endometrial atrophy (1)
Epididymal tenderness (1)
Fallopian tube cyst (1)
Fallopian tube obstruction (1)
Fallopian tube spasm (1)
Female sexual arousal disorder (1)
Genital erosion (1)
Genitals enlarged (1)
Heterogeneous testis (1)
Hypospermia (1)
Inadequate lubrication (1)
Male genital atrophy (1)
Male reproductive tract disorder (1)
Oligospermia (1)
Ovarian adhesion (1)
Ovarian hyperfunction (1)
Ovarian oedema (1)

Ovarian prolapse (1)
Ovarian rupture (1)
Penile erosion (1)
Penile exfoliation (1)
Perineal erythema (1)
Perineal haematoma (1)
Perineal ulceration (1)
Prostate tenderness (1)
Prostatic calcification (1)
Prostatic cyst (1)
Reproductive tract disorder (1)
Scrotal haemorrhage (1)
Spermatic cord cyst (1)
Spermatorrhoea (1)
Testicular appendage torsion (1)
Testicular infarction (1)
Testicular microlithiasis (1)
Thrombosis corpora cavernosa (1)
Urogenital atrophy (1)
Uterine cervix hyperplasia (1)
Uterine cervix stenosis (1)
Uterine obstruction (1)
Vaginal fistula (1)
Vaginal oedema (1)
Varicose veins vaginal (1)
Varicose veins vulval (1)
Vulval haematoma (1)
Vulvar dysplasia (1)
Vulvovaginal exfoliation (1)
Respiratory, thoracic and mediastinal disorders (254084)
Dyspnoea (96110)
Cough (52939)
Oropharyngeal pain (33379)
Rhinorrhoea (17693)
Pulmonary embolism (16673)
Epistaxis (11021)
Throat tightness (9683)
Nasal congestion (9119)
Throat irritation (9033)
Pharyngeal swelling (6692)
Wheezing (5356)
Asthma (4598)
Dysphonia (4340)
Sneezing (4007)
Respiratory distress (3419)
Oropharyngeal discomfort (3241)
Dyspnoea exertional (3045)
Productive cough (2904)
Respiratory tract congestion (2629)

Hypoxia (2183)
Dry throat (2083)
Hyperventilation (1772)
Sinus pain (1673)
Pulmonary pain (1670)
Respiratory failure (1458)
Pharyngeal paraesthesia (1423)
Pleural effusion (1363)
Aphonia (1349)
Acute respiratory failure (1341)
Respiratory disorder (1293)
Sinus congestion (1220)
Tachypnoea (1202)
Painful respiration (1179)
Haemoptysis (1158)
Bronchospasm (1131)
Hypopnoea (1080)
Paranasal sinus discomfort (1016)
Respiration abnormal (925)
Pulmonary oedema (904)
Lung disorder (864)
Lung opacity (855)
Laryngeal oedema (851)
Pulmonary thrombosis (845)
Respiratory symptom (821)
Chronic obstructive pulmonary disease (759)
Nasal discomfort (749)
Pharyngeal hypoaesthesia (718)
Respiratory arrest (683)
Pleurisy (603)
Tonsillar hypertrophy (575)
Lung infiltration (555)
Pleuritic pain (533)
Pneumonitis (524)
Pulmonary congestion (523)
Sinus disorder (523)
Upper-airway cough syndrome (504)
Pharyngeal oedema (501)
Stridor (466)
Throat clearing (446)
Pulmonary infarction (439)
Pneumonia aspiration (430)
Choking (429)
Interstitial lung disease (427)
Acute respiratory distress syndrome (390)
Atelectasis (390)
Asthmatic crisis (387)
Nasal dryness (374)
Choking sensation (352)

Dyspnoea at rest (323)
Yawning (320)
Suffocation feeling (315)
Hiccups (311)
Pharyngeal erythema (301)
Pulmonary mass (291)
Obstructive airways disorder (290)
Rhinalgia (268)
Catarrh (266)
Pneumothorax (264)
Sputum discoloured (247)
Laryngospasm (242)
Apnoea (238)
Rales (221)
Rhinitis allergic (213)
Aspiration (211)
Acute pulmonary oedema (209)
Asphyxia (205)
Sleep apnoea syndrome (202)
Increased upper airway secretion (192)
Nasal pruritus (190)
Pulmonary hypertension (189)
Increased viscosity of upper respiratory secretion (184)
Nasal oedema (178)
Irregular breathing (170)
Orthopnoea (166)
Lung consolidation (162)
Pulmonary fibrosis (159)
Respiratory fatigue (159)
Respiratory tract irritation (159)
Upper respiratory tract congestion (146)
Emphysema (140)
Diaphragmalgia (137)
Oropharyngeal blistering (127)
Nasal obstruction (125)
Snoring (125)
Laryngeal discomfort (108)
Respiratory tract oedema (106)
Hypercapnia (100)
Lower respiratory tract congestion (93)
Pulmonary haemorrhage (92)
Pharyngeal inflammation (90)
Rhonchi (87)
Increased bronchial secretion (84)
Bronchiectasis (82)
Paranasal sinus inflammation (82)
Larynx irritation (81)
Paranasal sinus hypersecretion (79)
Tonsillar inflammation (79)

Organising pneumonia (76)
Pharyngeal ulceration (73)
Pulmonary artery thrombosis (73)
Respiratory depression (73)
Oropharyngeal swelling (71)
Bronchial hyperreactivity (68)
Nasal disorder (68)
Pharyngeal disorder (66)
Sputum increased (66)
Respiratory acidosis (65)
Nasal inflammation (64)
Sinonasal obstruction (63)
Laryngeal pain (59)
Allergic cough (58)
Allergic respiratory symptom (56)
Tonsillar erythema (56)
Vocal cord disorder (54)
Agonal respiration (52)
Use of accessory respiratory muscles (52)
Grunting (51)
Tonsillar disorder (50)
Bronchial disorder (48)
Hypoventilation (48)
Nocturnal dyspnoea (47)
Pneumothorax spontaneous (46)
Mouth breathing (45)
Pulmonary alveolar haemorrhage (44)
Lung hyperinflation (43)
Oropharyngeal oedema (43)
Bronchial secretion retention (39)
Nasal crusting (39)
Pharyngeal mass (39)
Upper airway obstruction (39)
Hypersensitivity pneumonitis (38)
Pulmonary arterial hypertension (37)
Tracheal pain (36)
Respiratory alkalosis (34)
Pharyngeal haemorrhage (33)
Pleural thickening (33)
Cough variant asthma (32)
Dependence on respirator (32)
Nasal discharge discolouration (31)
Pulmonary granuloma (31)
Asthma exercise induced (30)
Diaphragmatic spasm (30)
Vocal cord dysfunction (30)
Bronchitis chronic (29)
Epiglottic oedema (29)
Idiopathic pulmonary fibrosis (28)

Intranasal hypoaesthesia (28)
Pneumomediastinum (28)
Bronchopneumopathy (27)
Chronic respiratory failure (27)
Dyspnoea paroxysmal nocturnal (26)
Haemothorax (26)
Respiratory muscle weakness (26)
Respiratory tract haemorrhage (26)
Apnoeic attack (25)
Bronchial irritation (25)
Eosinophilic pneumonia (24)
Bronchostenosis (23)
Diaphragmatic disorder (23)
Pulmonary venous thrombosis (23)
Allergic sinusitis (22)
Oropharyngeal plaque (22)
Sputum retention (22)
Throat lesion (22)
Laryngeal inflammation (21)
Laryngeal obstruction (20)
Nasal ulcer (20)
Upper respiratory tract inflammation (20)
Acquired diaphragmatic eventration (19)
Apparent life threatening event (19)
Bronchial wall thickening (19)
Nasal polyps (19)
Pulmonary microemboli (19)
Upper respiratory tract irritation (19)
Pulmonary sarcoidosis (18)
Reflux laryngitis (18)
Respiratory depth decreased (18)
Respiratory tract inflammation (18)
Cough decreased (17)
Laryngeal disorder (17)
Nasal mucosal blistering (17)
Oropharyngeal spasm (17)
Alveolitis (16)
Bronchial obstruction (16)
Childhood asthma (16)
Increased viscosity of bronchial secretion (16)
Paranasal sinus hyposecretion (16)
Pulmonary calcification (16)
Pulmonary vascular disorder (16)
Tracheal inflammation (16)
Bradypnoea (15)
Paranasal sinus haemorrhage (15)
Pharyngeal stenosis (15)
Pulmonary artery dilatation (15)
Pulmonary artery occlusion (15)

Status asthmaticus (15)
Tracheal stenosis (15)
Hypocapnia (14)
Nasal mucosal disorder (14)
Nasal odour (14)
Tonsillolith (14)
Vocal cord inflammation (14)
Nasal septum deviation (13)
Pharyngeal enanthema (13)
Stertor (13)
Intranasal paraesthesia (12)
Laryngeal dyspnoea (12)
Laryngeal stenosis (12)
Tonsillar ulcer (12)
Cheyne-Stokes respiration (11)
Hydrothorax (11)
Mediastinal mass (11)
Paranasal cyst (11)
Pulmonary cavitation (11)
Diaphragmatic paralysis (10)
Nasal mucosal discolouration (10)
Pulmonary vasculitis (10)
Adenoidal disorder (9)
Cyanosis central (9)
Cystic lung disease (9)
Lung cyst (9)
Tonsillar haemorrhage (9)
Tracheal disorder (9)
Vocal cord thickening (9)
Allergic respiratory disease (8)
Asthma late onset (8)
Diaphragm muscle weakness (8)
Nasal turbinate hypertrophy (8)
Acute chest syndrome (7)
Acute lung injury (7)
Allergic bronchitis (7)
Bronchial oedema (7)
Chronic respiratory disease (7)
Neonatal respiratory distress (7)
Pleural fibrosis (7)
Reversible airways obstruction (7)
Sinus polyp (7)
Tracheal oedema (7)
Adenoidal hypertrophy (6)
Anoxia (6)
Diffuse alveolar damage (6)
Hyperactive pharyngeal reflex (6)
Neonatal asphyxia (6)
Pleural disorder (6)

Pleural rub (6)
Pulmonary sensitisation (6)
Restrictive pulmonary disease (6)
Dysaesthesia pharynx (5)
Eosinophilic bronchitis (5)
Lung hypoinflation (5)
Mediastinal disorder (5)
Pulmonary hilum mass (5)
Vasomotor rhinitis (5)
Alveolar lung disease (4)
Eosinophilic pleural effusion (4)
Eosinophilic pneumonia acute (4)
Gasping syndrome (4)
Hyperoxia (4)
Laryngeal erythema (4)
Laryngeal haematoma (4)
Lower respiratory tract inflammation (4)
Meconium aspiration syndrome (4)
Nasal mucosal ulcer (4)
Neonatal dyspnoea (4)
Pharyngeal lesion (4)
Prolonged expiration (4)
Pulmonary hilar enlargement (4)
Pulmonary hypoperfusion (4)
Small airways disease (4)
Tonsillar cyst (4)
Tonsillar exudate (4)
Tracheal compression (4)
Tracheomalacia (4)
Adductor vocal cord weakness (3)
Aspirin-exacerbated respiratory disease (3)
Asthma-chronic obstructive pulmonary disease overlap syndrome (3)
Bronchopulmonary disease (3)
Dry lung syndrome (3)
Eosinophilic pneumonia chronic (3)
Immune-mediated lung disease (3)
Laryngeal haemorrhage (3)
Nasal cyst (3)
Nasal flaring (3)
Nasal septum disorder (3)
Neonatal anoxia (3)
Neonatal respiratory failure (3)
Oropharyngeal cobble stone mucosa (3)
Pharyngeal cyst (3)
Pulmonary hypertensive crisis (3)
Pulmonary necrosis (3)
Pulmonary venous hypertension (3)
Respiratory gas exchange disorder (3)
Rhinitis perennial (3)

Vocal cord atrophy (3)
Acute interstitial pneumonitis (2)
Allergic pharyngitis (2)
Alveolar proteinosis (2)
Autoimmune lung disease (2)
Bronchial haemorrhage (2)
Chylothorax (2)
Combined pulmonary fibrosis and emphysema (2)
Decreased bronchial secretion (2)
Egobronchophony (2)
Idiopathic interstitial pneumonia (2)
Infantile apnoea (2)
Kussmaul respiration (2)
Laryngeal mass (2)
Laryngeal ulceration (2)
Laryngitis allergic (2)
Laryngotracheal oedema (2)
Lupus pleurisy (2)
Lymphangioleiomyomatosis (2)
Mediastinal haematoma (2)
Mediastinal haemorrhage (2)
Middle lobe syndrome (2)
Nasal mucosa atrophy (2)
Nasal septum perforation (2)
Neonatal respiratory acidosis (2)
Non-cardiogenic pulmonary oedema (2)
Obliterative bronchiolitis (2)
Pharyngeal exudate (2)
Platypnoea (2)
Pleural calcification (2)
Pulmonary air leakage (2)
Pulmonary amyloidosis (2)
Pulmonary artery compression (2)
Pulmonary artery wall hypertrophy (2)
Pulmonary eosinophilia (2)
Pulmonary vascular resistance abnormality (2)
Respiratory disorder neonatal (2)
Respiratory fremitus (2)
Thoracic haemorrhage (2)
Ventilation perfusion mismatch (2)
Anaemic hypoxia (1)
Atopic cough (1)
Bendopnoea (1)
Bronchiolitis obliterans syndrome (1)
Bronchopleural fistula (1)
Chronic rhinosinusitis with nasal polyps (1)
Chronic rhinosinusitis without nasal polyps (1)
Confirmed e-cigarette or vaping product use associated lung injury (1)
Diffuse panbronchiolitis (1)

Fibrinous bronchitis (1)
Glottal incompetence (1)
Laryngeal atrophy (1)
Laryngeal ventricle prolapse (1)
Loeffler's syndrome (1)
Lung diffusion disorder (1)
Lung hernia (1)
Lung induration (1)
Lung perforation (1)
Lupus pneumonitis (1)
Mediastinal effusion (1)
Mediastinal shift (1)
Multifocal micronodular pneumocyte hyperplasia (1)
Nasal adhesions (1)
Nasal cavity mass (1)
Nasal mucosal erosion (1)
Nasal turbinate abnormality (1)
Neonatal aspiration (1)
Neonatal respiratory distress syndrome (1)
Oropharyngeal discolouration (1)
Paranasal sinus mass (1)
Pharyngeal haematoma (1)
Pleural mass (1)
Pulmonary arteriopathy (1)
Pulmonary artery aneurysm (1)
Pulmonary artery stenosis (1)
Pulmonary haematoma (1)
Pulmonary interstitial emphysema syndrome (1)
Pulmonary pneumatocele (1)
Pulmonary toxicity (1)
Reactive airways dysfunction syndrome (1)
Respiratory depth increased (1)
Respiratory paralysis (1)
Respiratory tract ulceration (1)
Rhinitis atrophic (1)
Sputum decreased (1)
Tonsillar atrophy (1)
Tracheal diverticulum (1)
Tracheal fistula (1)
Vocal cord bowing (1)
Vocal cord cyst (1)
Vocal cord polyp (1)
Vocal cord scarring (1)
Skin and subcutaneous tissue disorders (323916)
Rash (83349)
Pruritus (73817)
Hyperhidrosis (51303)
Erythema (44316)
Urticaria (39783)

Rash pruritic (16792)
Rash erythematous (16435)
Cold sweat (9993)
Skin warm (9549)
Rash macular (7243)
Night sweats (7187)
Rash papular (4934)
Angioedema (4788)
Pain of skin (4633)
Blister (4566)
Petechiae (4165)
Skin discolouration (3870)
Sensitive skin (3834)
Skin burning sensation (3666)
Skin reaction (2998)
Alopecia (2687)
Eczema (2604)
Dry skin (1970)
Dermatitis allergic (1746)
Skin disorder (1687)
Skin exfoliation (1678)
Psoriasis (1490)
Rash maculo-papular (1464)
Rash vesicular (1387)
Acne (1262)
Dermatitis (1222)
Purpura (1197)
Skin irritation (1118)
Ecchymosis (1065)
Skin lesion (1047)
Skin swelling (993)
Photosensitivity reaction (978)
Papule (813)
Erythema multiforme (796)
Skin tightness (746)
Pityriasis rosea (663)
Skin mass (582)
Miliaria (554)
Dermatitis bullous (549)
Skin haemorrhage (540)
Livedo reticularis (492)
Skin sensitisation (469)
Scab (423)
Piloerection (421)
Rash morbilliform (402)
Blood blister (391)
Erythema nodosum (391)
Cutaneous vasculitis (365)
Dermatitis atopic (335)

Pemphigoid (330)
Drug eruption (324)
Haemorrhage subcutaneous (298)
Dermatitis contact (292)
Alopecia areata (286)
Skin ulcer (278)
Skin induration (277)
Rosacea (249)
Dermatitis acneiform (243)
Skin odour abnormal (241)
Yellow skin (228)
Pigmentation disorder (208)
Urticaria chronic (208)
Skin discomfort (207)
Lichen planus (189)
Nail discolouration (178)
Vitiligo (178)
Macule (176)
Mechanical urticaria (174)
Exfoliative rash (167)
Henoch-Schonlein purpura (161)
Skin erosion (159)
Dyshidrotic eczema (150)
Skin weeping (147)
Stevens-Johnson syndrome (145)
Skin plaque (138)
Toxic skin eruption (126)
Vascular purpura (122)
Vasculitic rash (122)
Palmar erythema (116)
Skin fissures (114)
Skin oedema (112)
Circumoral swelling (106)
Scar pain (104)
Skin hyperpigmentation (102)
Neurodermatitis (97)
Guttate psoriasis (96)
Dermal cyst (95)
Dermatitis exfoliative generalised (93)
Dermatomyositis (85)
Granuloma annulare (85)
Pemphigus (85)
Telangiectasia (81)
Drug reaction with eosinophilia and systemic symptoms (80)
Decubitus ulcer (79)
Hypersensitivity vasculitis (78)
Hand dermatitis (76)
Acute generalised exanthematous pustulosis (74)
Butterfly rash (71)

Skin depigmentation (71)
Skin wrinkling (71)
Acne cystic (69)
Hidradenitis (69)
Lichen sclerosus (69)
Skin hypertrophy (68)
Skin texture abnormal (68)
Cold urticaria (67)
Prurigo (67)
Acute febrile neutrophilic dermatosis (64)
Lividity (64)
Pityriasis (64)
Cutaneous symptom (61)
Dermatitis psoriasiform (60)
Eczema nummular (60)
Skin atrophy (60)
Skin indentation (59)
Skin striae (59)
Pruritus allergic (58)
Seborrhoea (58)
Blister rupture (57)
Hair texture abnormal (57)
Circumoral oedema (56)
Skin necrosis (55)
Chronic spontaneous urticaria (54)
Urticarial vasculitis (54)
Madarosis (52)
Seborrhoeic dermatitis (50)
Urticaria papular (50)
Diffuse alopecia (48)
Hair colour changes (48)
Onychoclasis (47)
Dermatosis (46)
Panniculitis (46)
Nail disorder (45)
Palmar-plantar erythrodysaesthesia syndrome (45)
Lichenoid keratosis (42)
Oculomucocutaneous syndrome (41)
Onychalgia (40)
Perioral dermatitis (40)
Eczema asteatotic (38)
Sticky skin (38)
Systemic lupus erythematosus rash (38)
Hair disorder (36)
Fixed eruption (34)
Toxic epidermal necrolysis (34)
Erythema annulare (33)
Palpable purpura (33)
Hair growth abnormal (32)

Hyperkeratosis (31)
Trichodynia (29)
Cutaneous lupus erythematosus (28)
Itching scar (28)
Keratosis pilaris (28)
Peau d'orange (28)
Dandruff (26)
Onychomadesis (26)
Solar dermatitis (25)
Nail ridging (24)
Pustular psoriasis (24)
Solar lentigo (24)
Dermatitis exfoliative (23)
Hypohidrosis (23)
Pernio-like erythema (23)
Splinter haemorrhages (23)
Stasis dermatitis (23)
Target skin lesion (23)
Trichorrhexis (23)
Idiopathic urticaria (22)
Pyoderma gangrenosum (22)
Androgenetic alopecia (21)
Capillaritis (21)
Onycholysis (21)
Plantar erythema (21)
Dermatitis herpetiformis (20)
Neutrophilic dermatosis (20)
Palmoplantar pustulosis (20)
Polymorphic light eruption (20)
Skin hypopigmentation (20)
Nodular rash (19)
Solar urticaria (19)
Alopecia universalis (18)
Bullous haemorrhagic dermatosis (18)
Chronic pigmented purpura (17)
Ephelides (17)
Hypotrichosis (17)
Intertrigo (17)
Subcutaneous emphysema (17)
Transient acantholytic dermatosis (17)
Urticaria thermal (17)
Alopecia totalis (16)
Dermatitis diaper (16)
Keloid scar (16)
Parapsoriasis (16)
Perivascular dermatitis (16)
Pityriasis rubra pilaris (16)
Rash scarlatiniform (15)
Skin lesion inflammation (15)

Spider naevus (15)
Subacute cutaneous lupus erythematosus (15)
Erythrosis (14)
Lipoatrophy (14)
Needle track marks (14)
Urticarial dermatitis (14)
Skin discharge (13)
Erythrodermic psoriasis (12)
Nail bed inflammation (12)
Segmented hyalinising vasculitis (12)
Symmetrical drug-related intertriginous and flexural exanthema (12)
Urticaria pressure (12)
Chloasma (11)
Cutaneous sarcoidosis (11)
Eczema weeping (11)
Hypertrichosis (11)
Rash maculovesicular (11)
Rash rubelliform (11)
Actinic keratosis (10)
Anhidrosis (10)
Diabetic foot (10)
Hirsutism (10)
Idiopathic angioedema (10)
Nail bed bleeding (10)
Nail psoriasis (10)
Photodermatosis (10)
Skin laxity (10)
Sweat discolouration (10)
Urticaria cholinergic (10)
Lipodystrophy acquired (9)
Nail bed disorder (9)
Rash papulosquamous (9)
Ingrown hair (8)
Linear IgA disease (8)
Milia (8)
Oedema blister (8)
Pseudofolliculitis (8)
Urticaria contact (8)
Urticaria physical (8)
Autoimmune blistering disease (7)
Autoimmune dermatitis (7)
Eosinophilic cellulitis (7)
Epidermolysis (7)
Ischaemic skin ulcer (7)
Leukoplakia (7)
Lymphomatoid papulosis (7)
Nail pigmentation (7)
Rash follicular (7)
Skin fragility (7)

Vascular skin disorder (7)
Epidermal necrosis (6)
Generalised bullous fixed drug eruption (6)
Hypertrophic scar (6)
Nail bed tenderness (6)
Nail growth abnormal (6)
Nikolsky's sign (6)
Precancerous skin lesion (6)
Skin maceration (6)
Urticaria vesiculosa (6)
Brow ptosis (5)
Erythematotelangiectatic rosacea (5)
Excessive granulation tissue (5)
Haemorrhage subepidermal (5)
Haemosiderin stain (5)
Herpes gestationis (5)
Lichen striatus (5)
Lichenification (5)
Lipohypertrophy (5)
Mucocutaneous haemorrhage (5)
Urticaria aquagenic (5)
Chronic cutaneous lupus erythematosus (4)
Eczema infantile (4)
Eczema vesicular (4)
Granuloma skin (4)
Koebner phenomenon (4)
Pityriasis lichenoides et varioliformis acuta (4)
Red man syndrome (4)
Skin adhesion (4)
Sweat gland disorder (4)
Xanthelasma (4)
Achromotrichia acquired (3)
Acquired epidermolysis bullosa (3)
Acute cutaneous lupus erythematosus (3)
Adiposis dolorosa (3)
Bromhidrosis (3)
Eosinophilic pustular folliculitis (3)
Erythema elevatum diutinum (3)
Fungating wound (3)
Granulomatous dermatitis (3)
Ichthyosis acquired (3)
Ingrowing nail (3)
Interstitial granulomatous dermatitis (3)
Keratolysis exfoliativa acquired (3)
Lichen planopilaris (3)
Melanoderma (3)
Mucocutaneous disorder (3)
Mucocutaneous rash (3)
Nail necrosis (3)

Nodular vasculitis (3)
Papulopustular rosacea (3)
Parakeratosis (3)
Pathergy reaction (3)
Post inflammatory pigmentation change (3)
Rebound eczema (3)
Rhinophyma (3)
Sebaceous gland disorder (3)
Skin ulcer haemorrhage (3)
Subcorneal pustular dermatosis (3)
Umbilical erythema (3)
Vasculitic ulcer (3)
Acne conglobata (2)
Alopecia scarring (2)
Angiokeratoma (2)
Brachioradial pruritus (2)
Dermal absorption impaired (2)
Diabetic ulcer (2)
Digital pulpitis (2)
Dilated pores (2)
Erythema ab igne (2)
Erythema dyschromicum perstans (2)
Erythema marginatum (2)
Flagellate dermatitis (2)
Fordyce spots (2)
Haemorrhagic urticaria (2)
Hair growth rate abnormal (2)
Hangnail (2)
Heliotrope rash (2)
Leukoderma (2)
Lichen nitidus (2)
Mucocutaneous ulceration (2)
Myxoid cyst (2)
Nail fold inflammation (2)
Nail hypertrophy (2)
Nail pitting (2)
Palmoplantar keratoderma (2)
Paradoxical psoriasis (2)
Paraneoplastic dermatomyositis (2)
Penile ulceration (2)
Progressive macular hypomelanosis (2)
Rash neonatal (2)
Scleroderma associated digital ulcer (2)
Sebaceous glands overactivity (2)
Sebaceous hyperplasia (2)
Umbilical haematoma (2)
Urticaria pigmentosa (2)
Acantholysis (1)
Acquired blaschkoid dermatitis (1)

Actinic cheilitis (1)
Actinic elastosis (1)
Angiodermatitis (1)
Anonychia (1)
Aquagenic wrinkling of palms (1)
Argyria (1)
Cafe au lait spots (1)
Cullen's sign (1)
Cutis verticis gyrata (1)
Dermatitis papillaris capillitii (1)
Diabetic wound (1)
Diffuse cutaneous mastocytosis (1)
Erythrodermic atopic dermatitis (1)
Facial wasting (1)
Follicular eczema (1)
Follicular mucinosis (1)
Fracture blisters (1)
Granulomatous rosacea (1)
Haemangioma-thrombocytopenia syndrome (1)
Haematidrosis (1)
Idiopathic guttate hypomelanosis (1)
Lentigo (1)
Mechanical acne (1)
Mechanic's hand (1)
Melanocytic hyperplasia (1)
Morbihan disease (1)
Nail cuticle fissure (1)
Necrobiosis lipoidica diabeticorum (1)
Necrolytic migratory erythema (1)
Necrotic angiodermatitis (1)
Neuropathic ulcer (1)
PASH syndrome (1)
Pityriasis alba (1)
Poikiloderma (1)
Polymorphic eruption of pregnancy (1)
Progressive facial hemiatrophy (1)
Purpura fulminans (1)
Purpura senile (1)
Reactive perforating collagenosis (1)
Rebound atopic dermatitis (1)
Rebound psoriasis (1)
Senile pruritus (1)
Shagreen skin (1)
Skin degenerative disorder (1)
Skin fibrosis (1)
Skin toxicity (1)
Subcutaneous drug absorption impaired (1)
Umbilical haemorrhage (1)
Urticaria vibratory (1)

Xeroderma (1)
Social circumstances (16991)
Impaired work ability (7067)
Loss of personal independence in daily activities (5333)
Bedridden (1616)
Impaired driving ability (1112)
Walking aid user (414)
Immobile (318)
Impaired quality of life (279)
Menopause (258)
Wheelchair user (174)
Walking disability (167)
Refusal of treatment by patient (143)
Breast feeding (138)
Disability (137)
Sitting disability (136)
Physical disability (77)
Sight disability (65)
Cardiac assistance device user (55)
Postmenopause (51)
Sick relative (40)
Contraindication to vaccination (36)
Water pollution (34)
Housebound (30)
Dependence on oxygen therapy (29)
Alcohol use (28)
Fasting (27)
Refusal of vaccination (26)
Hearing disability (25)
Hearing aid user (24)
Illiteracy (24)
Feeding tube user (23)
Orthosis user (23)
Tobacco user (22)
Substance use (21)
Menarche (20)
Non-tobacco user (17)
Stress at work (17)
Corrective lens user (16)
Exercise lack of (15)
Job dissatisfaction (15)
Patient uncooperative (14)
Retirement (14)
Immobilisation prolonged (12)
Social problem (12)
Ex-tobacco user (10)
Breast prosthesis user (9)
Death of relative (9)
Inadequate diet (8)

Abstains from alcohol (7)
Caffeine consumption (7)
Foreign travel (7)
Vascular device user (7)
Aborted pregnancy (6)
Blood donor (6)
Economic problem (6)
Family stress (6)
Non-consummation (6)
Refusal of examination (6)
Refusal of treatment by relative (6)
Alcoholic (5)
Blood product transfusion dependent (5)
Disease risk factor (5)
Homeless (5)
Impaired ability to use machinery (5)
Loss of employment (5)
Mental disability (5)
Multigravida (5)
Overwork (5)
Passive smoking (5)
Primigravida (5)
Tanning (5)
Unemployment (5)
Caregiver (4)
Educational problem (4)
Hair dye user (4)
Inability to afford medication (4)
Infant (4)
Organ donor (4)
Patient dissatisfaction with treatment (4)
Tattoo (4)
Underimmunisation (4)
Contraindication to medical treatment (3)
Convalescent (3)
Device dependence (3)
Exercise adequate (3)
Familial risk factor (3)
Partner stress (3)
Victim of abuse (3)
Anal sex (2)
Artificial heart device user (2)
Bed sharing (2)
Clinical trial participant (2)
Death of pet (2)
Early retirement (2)
Elderly (2)
Electronic cigarette user (2)
Excessive exercise (2)

Flooding (2)
Homosexuality (2)
Imprisonment (2)
Insurance issue (2)
Life expectancy shortened (2)
Living in residential institution (2)
Low income (2)
Paralytic disability (2)
Parity (2)
Physical assault (2)
Poor personal hygiene (2)
Social alcohol drinker (2)
Verbal abuse (2)
Bereavement (1)
Body modification (1)
Chemical submission (1)
Childhood (1)
Drug abuser (1)
Ex-drug abuser (1)
Food contamination (1)
Foot prosthesis user (1)
High income (1)
High risk sexual behaviour (1)
Homosexual parent (1)
Investigation noncompliance (1)
Joint prosthesis user (1)
Kosher diet (1)
Limb prosthesis user (1)
Living alone (1)
Marital problem (1)
Parent-child problem (1)
Personal relationship issue (1)
Planning to become pregnant (1)
Primiparous (1)
Puberty (1)
Sexual abuse (1)
Spousal abuse (1)
Trans-sexualism (1)
Truancy (1)
Unhealthy diet (1)
Urinary assistance device user (1)
Vegan (1)
Wig wearer (1)
Surgical and medical procedures (24424)
Interchange of vaccine products (8396)
Intensive care (1944)
Anticoagulant therapy (1632)
COVID-19 immunisation (1037)
Endotracheal intubation (1029)

Immunisation (858)
Resuscitation (713)
Immunoglobulin therapy (666)
Mechanical ventilation (530)
Specialist consultation (521)
Hospitalisation (427)
Appendicectomy (409)
Surgery (332)
Cardioversion (328)
Transfusion (312)
Bed rest (301)
Thrombectomy (267)
Bilevel positive airway pressure (211)
Stent placement (198)
Cardiac pacemaker insertion (174)
Coronary arterial stent insertion (172)
Sinus operation (170)
Platelet transfusion (165)
Infusion (152)
Uterine dilation and curettage (148)
Injection (142)
Limb immobilisation (141)
Menstrual cycle management (139)
Drainage (128)
Dialysis (127)
Plasmapheresis (117)
Bladder catheterisation (107)
Cholecystectomy (104)
Office visit (93)
Caesarean section (91)
Oxygen therapy (88)
Chemotherapy (85)
Cardiac ablation (76)
Life support (71)
Continuous positive airway pressure (69)
Central venous catheterisation (68)
Pericardial drainage (68)
Thrombolysis (68)
Diabetes mellitus management (66)
Laparoscopic surgery (66)
Angioplasty (65)
Haemostasis (65)
Gastrointestinal tube insertion (63)
Catheter placement (60)
Packed red blood cell transfusion (56)
Haemodialysis (55)
Percutaneous coronary intervention (55)
Suture insertion (55)
Cooling therapy (54)

Extubation (54)
Abortion induced (52)
Prophylaxis of nausea and vomiting (52)
Abscess drainage (51)
Chest tube insertion (51)
Craniotomy (51)
Lung assist device therapy (51)
Implantable defibrillator insertion (50)
Fraction of inspired oxygen (48)
Hip arthroplasty (48)
Physiotherapy (48)
Contraception (46)
Tooth extraction (44)
Coronary artery bypass (43)
Fluid replacement (43)
Acupuncture (42)
Convalescent plasma transfusion (42)
Nerve block (42)
Patient isolation (42)
Steroid therapy (42)
Tracheostomy (42)
Medical diet (41)
Medical induction of coma (41)
Cardiac operation (40)
Gastrostomy (40)
Brain operation (39)
Dermal filler injection (39)
Incisional drainage (38)
Axillary lymphadenectomy (37)
Lymphadenectomy (37)
Hysterectomy (36)
Implantable cardiac monitor insertion (36)
Limb operation (36)
Thromboembolectomy (36)
Mass excision (34)
Catheter directed thrombolysis (33)
Coronary angioplasty (33)
Knee arthroplasty (33)
Leg amputation (33)
Emergency care (32)
Vena cava filter insertion (30)
Nasal cavity packing (29)
Cerumen removal (28)
Joint injection (28)
Colectomy (27)
Endodontic procedure (27)
Anaphylaxis prophylaxis (25)
Hormone therapy (25)
Withdrawal of life support (25)

Abdominal exploration (24)
Knee operation (24)
Prone position (24)
Aortic valve replacement (23)
Endometrial ablation (23)
Nothing by mouth order (23)
Therapy change (23)
Canalith repositioning procedure (22)
Oral contraception (22)
Sedative therapy (22)
COVID-19 treatment (21)
Drain placement (21)
Explorative laparotomy (21)
Inhalation therapy (21)
Polypectomy (21)
Therapy interrupted (21)
Analgesic therapy (20)
Antiplatelet therapy (20)
Breast conserving surgery (20)
Heat therapy (20)
Pericardial excision (20)
Antibiotic therapy (19)
Arterial catheterisation (19)
Decompressive craniectomy (19)
Insulin therapy (19)
Radiotherapy (19)
Renal replacement therapy (19)
Splenectomy (19)
Craniectomy (18)
Debridement (18)
Eye operation (18)
Hip surgery (18)
Monoclonal antibody unconjugated therapy (18)
Spinal fusion surgery (18)
Hospice care (17)
Intestinal resection (17)
Shoulder operation (17)
Thoracic cavity drainage (17)
Ventricular assist device insertion (17)
Ventricular drainage (17)
Wound drainage (17)
Cardiac resynchronisation therapy (16)
Central nervous system stimulation (16)
Joint stabilisation (16)
Small intestinal resection (16)
Spinal operation (16)
Eye irrigation (15)
Hormone replacement therapy (15)
Intra-aortic balloon placement (15)

Local anaesthesia (15)
Mineral supplementation (15)
Therapeutic hypothermia (15)
Toe amputation (15)
Vascular graft (15)
Wound closure (15)
Hernia repair (14)
Joint fluid drainage (14)
Oophorectomy (14)
Quarantine (14)
Spinal laminectomy (14)
Wound treatment (14)
Cautery to nose (13)
Chiropractic (13)
Diuretic therapy (13)
Ear irrigation (13)
Labour induction (13)
Therapy cessation (13)
Anaphylaxis treatment (12)
Enteral nutrition (12)
Eye laser surgery (12)
Haematoma evacuation (12)
Ileostomy (12)
In vitro fertilisation (12)
Medication dilution (12)
Vitamin supplementation (12)
Amputation (11)
Asthma prophylaxis (11)
Carotid artery stent insertion (11)
Compression garment application (11)
Dental care (11)
Laparotomy (11)
Vasopressive therapy (11)
Arterial stent insertion (10)
Botulinum toxin injection (10)
Colostomy (10)
Epidural injection (10)
Fasciotomy (10)
Immunosuppressant drug therapy (10)
Influenza immunisation (10)
Localised alternating hot and cold therapy (10)
Nephrostomy (10)
Open reduction of fracture (10)
Product substitution (10)
Salpingectomy (10)
Therapeutic embolisation (10)
Tonsillectomy (10)
Vitrectomy (10)
Abdominal operation (9)

Antiallergic therapy (9)
Carotid endarterectomy (9)
Catheter management (9)
Cyst removal (9)
Electroconvulsive therapy (9)
Haemofiltration (9)
Mastectomy (9)
Nail operation (9)
Parenteral nutrition (9)
Phlebotomy (9)
Thyroidectomy (9)
Uterine dilation and evacuation (9)
Vascular operation (9)
Wisdom teeth removal (9)
Blood donation (8)
Blood pressure management (8)
Breast operation (8)
Cataract operation (8)
Contraceptive implant (8)
Electrocauterisation (8)
Epidural blood patch (8)
Gallbladder operation (8)
Heart valve replacement (8)
Intrauterine contraception (8)
Pacemaker generated rhythm (8)
Palliative care (8)
Retinal operation (8)
Skin operation (8)
Splint application (8)
Supine position (8)
Ureteral stent insertion (8)
Vascular catheterisation (8)
Vascular cauterisation (8)
Ventriculo-peritoneal shunt (8)
Airway secretion clearance therapy (7)
Automatic positive airway pressure (7)
Cerebral endovascular aneurysm repair (7)
Cerebrospinal fluid drainage (7)
Fallopian tube operation (7)
Haemorrhoid operation (7)
Incentive spirometry (7)
Intervertebral disc operation (7)
Medical counselling (7)
Physical fitness training (7)
Positive end-expiratory pressure (7)
Psychotherapy (7)
Renal stone removal (7)
Shoulder arthroplasty (7)
Subdural haematoma evacuation (7)

Thoracic operation (7)
Trendelenburg position (7)
Biliary catheter insertion (6)
Cancer surgery (6)
Cast application (6)
Cholelithotomy (6)
Colon operation (6)
Continuous haemodiafiltration (6)
Cryotherapy (6)
Cyst drainage (6)
Exploratory operation (6)
Interventional procedure (6)
Lithotripsy (6)
Liver transplant (6)
Magnetic therapy (6)
Massage (6)
Medical device removal (6)
Patient restraint (6)
Peripheral nerve decompression (6)
Spinal decompression (6)
Telemedicine (6)
Tooth repair (6)
Tumour excision (6)
Venipuncture (6)
Venous angioplasty (6)
X-ray therapy to lung (6)
Abdominal cavity drainage (5)
Ankle operation (5)
Aortic aneurysm repair (5)
Cardiopulmonary bypass (5)
Contraceptive diaphragm (5)
Dental operation (5)
Ear tube insertion (5)
Electrolyte substitution therapy (5)
Eye patch application (5)
Fluid intake restriction (5)
Gastrectomy (5)
Gastrointestinal surgery (5)
Interleukin therapy (5)
Intra-ocular injection (5)
Intra-uterine contraceptive device insertion (5)
Laser therapy (5)
Limb amputation (5)
Lung operation (5)
Manual lymphatic drainage (5)
Medical procedure (5)
Mitral valve replacement (5)
Monoclonal antibody immunoconjugate therapy (5)
Multiple sclerosis relapse prophylaxis (5)

Myringotomy (5)
Neck surgery (5)
Nephrectomy (5)
Neurosurgery (5)
Occupational therapy (5)
Prophylaxis (5)
Rehabilitation therapy (5)
Renal transplant (5)
Retinopexy (5)
Skin graft (5)
Sternotomy (5)
Tenoplasty (5)
Tetanus immunisation (5)
Thrombosis prophylaxis (5)
Transcutaneous pacing (5)
Ultrasound therapy (5)
Ventricular cisternostomy (5)
Aneurysm repair (4)
Antiviral treatment (4)
Arterial revascularisation (4)
Arteriovenous fistula operation (4)
Bile duct stent insertion (4)
Brain tumour operation (4)
Breast cyst drainage (4)
Cardiac pacemaker replacement (4)
Carpal tunnel decompression (4)
Catheterisation venous (4)
COVID-19 prophylaxis (4)
Diabetic diet (4)
Drain of cerebral subdural space (4)
Elbow operation (4)
Electrocorticogram (4)
Enema administration (4)
Fatigue management (4)
Foot operation (4)
Frontal sinus operation (4)
Hormonal contraception (4)
Inguinal hernia repair (4)
Intra-cerebral aneurysm operation (4)
Intracerebral haematoma evacuation (4)
Intraosseous access placement (4)
Joint arthroplasty (4)
Joint dislocation reduction (4)
Keratomileusis (4)
Large intestinal polypectomy (4)
Ligament operation (4)
Lung transplant (4)
Mole excision (4)
Nitrate compound therapy (4)

Oral surgery (4)
Ovulation induction (4)
Pain management (4)
Peripheral nerve neurostimulation (4)
Peritoneal dialysis (4)
Pleurodesis (4)
Posterior fossa decompression (4)
Product used for unknown indication (4)
Retained placenta operation (4)
Self-medication (4)
Skin neoplasm excision (4)
Splenic artery embolisation (4)
Therapeutic procedure (4)
Vagotomy (4)
Abdominoplasty (3)
Airway patency device insertion (3)
Antiinflammatory therapy (3)
Arterial angioplasty (3)
Arterial puncture (3)
Artificial crown procedure (3)
Atrial septal defect repair (3)
Benign tumour excision (3)
Bladder catheter replacement (3)
Bladder hydrodistension (3)
Bladder neck operation (3)
Breast prosthesis removal (3)
Breast reconstruction (3)
Bursa removal (3)
Cardiac pacemaker adjustment (3)
Central venous catheter removal (3)
Cerebrovascular operation (3)
Clamping of blood vessel (3)
Cochlea implant (3)
Colonic lavage (3)
Corneal transplant (3)
Cranial nerve decompression (3)
Dermabrasion (3)
Distraction osteogenesis (3)
Drain removal (3)
Ear and hearing disorder prophylaxis (3)
Endarterectomy (3)
External vagal nerve stimulation (3)
Eyeglasses therapy (3)
Face lift (3)
Facetectomy (3)
Faecal disimpaction (3)
Female sterilisation (3)
Foot amputation (3)
Fracture treatment (3)

Gastric lavage (3)
Genetic counselling (3)
Glaucoma drainage device placement (3)
Gluten free diet (3)
Heart transplant (3)
Hyperbaric oxygen therapy (3)
Hysterotomy (3)
Ileocolostomy (3)
Internal fixation of fracture (3)
Intestinal anastomosis (3)
Intra-uterine contraceptive device removal (3)
Labour stimulation (3)
Left atrial appendage closure implant (3)
Lung lobectomy (3)
Mammoplasty (3)
Manipulation (3)
Maxillofacial operation (3)
Mitral valve repair (3)
Muscle relaxant therapy (3)
Neck exploration (3)
Neck lift (3)
Oesophageal dilation procedure (3)
Orthopaedic procedure (3)
Ovarian operation (3)
Peripheral artery bypass (3)
Phlebectomy (3)
Plastic surgery to the face (3)
Pleural decortication (3)
Procedure aborted (3)
Prostatic operation (3)
Rectal tube insertion (3)
Reduction of increased intracranial pressure (3)
Renal artery stent placement (3)
Respiratory therapy (3)
Revascularisation procedure (3)
Robotic surgery (3)
Smoking cessation therapy (3)
Speech rehabilitation (3)
Spinal cord drainage (3)
Spinal nerve stimulator implantation (3)
Stem cell therapy (3)
Therapeutic aspiration (3)
Thoracotomy (3)
Thyroid operation (3)
Transplant (3)
Transurethral bladder resection (3)
Ureteral stent removal (3)
UV light therapy (3)
Vascular stent insertion (3)

Vasodilation procedure (3)
Venous stent insertion (3)
Vessel harvesting (3)
Abdominal wall operation (2)
Acrochordon excision (2)
Antitussive therapy (2)
Antiviral prophylaxis (2)
Aortic valve repair (2)
Arm amputation (2)
Arterial repair (2)
Artificial insemination (2)
Behavioural therapy (2)
Bladder catheter permanent (2)
Bladder neoplasm surgery (2)
Bone marrow transplant (2)
Bowel preparation (2)
Bunion operation (2)
Cardiac device reprogramming (2)
Cardiac therapeutic procedure (2)
Carotid angioplasty (2)
Carotid revascularisation (2)
Carotid sinus massage (2)
Cerebral artery stent insertion (2)
Cerebral revascularisation (2)
Cervix operation (2)
Choledocholithotomy (2)
Condom (2)
Cranioplasty (2)
Cytoreductive surgery (2)
Dental implantation (2)
Dental impression procedure (2)
Dental local anaesthesia (2)
Depilation (2)
Dialysis device insertion (2)
Drug therapy (2)
Dry skin prophylaxis (2)
Ectopic pregnancy termination (2)
Elective procedure (2)
Endometrial scratching (2)
Endometriosis ablation (2)
Eyelid cyst removal (2)
Facial operation (2)
Forceps delivery (2)
Fowler's position (2)
Gastric aspiration procedure (2)
Gastroenterostomy (2)
Great saphenous vein closure (2)
Hepatic embolisation (2)
Hepatitis B immunisation (2)

High frequency ablation (2)
Ileectomy (2)
Immobilisation bandage (2)
Intestinal adhesion lysis (2)
Kinesitherapy (2)
Lateral position (2)
Lesion excision (2)
Lip cosmetic procedure (2)
Lymphodepletion (2)
Macrophage activation (2)
Malignant neoplasm removal (2)
Mesenteric artery stent insertion (2)
Micrographic skin surgery (2)
Migraine prophylaxis (2)
Mini-tracheostomy (2)
Nasal septal operation (2)
Neck dissection (2)
Oocyte harvest (2)
Ophthalmic fluid drainage (2)
Orchidectomy (2)
Orchidopexy (2)
Osteotomy (2)
Ostomy bag placement (2)
Ovarian cystectomy (2)
Peripheral artery angioplasty (2)
Peripheral artery stent insertion (2)
Peritoneal lavage (2)
Platelet rich plasma therapy (2)
Plateletpheresis (2)
Pneumococcal immunisation (2)
Portal shunt procedure (2)
Positive expiratory pressure therapy (2)
Proctocolectomy (2)
Prophylaxis against gastrointestinal ulcer (2)
Pulmonary resection (2)
Radioactive iodine therapy (2)
Renal exploration (2)
Renal surgery (2)
Renal tumour excision (2)
Rib excision (2)
Rotator cuff repair (2)
Scleral buckling surgery (2)
Seizure prophylaxis (2)
Seroma drainage (2)
Sigmoidectomy (2)
Skin cosmetic procedure (2)
Skin lesion removal (2)
Small intestinal anastomosis (2)
Spinal anaesthesia (2)

Stem cell transplant (2)
Supportive care (2)
Surgical stapling (2)
Suture removal (2)
Temporary mechanical circulatory support (2)
Tenotomy (2)
Traction (2)
Transcranial magnetic stimulation (2)
Transsphenoidal surgery (2)
Transurethral prostatectomy (2)
Treatment delayed (2)
Trigeminal nerve injection (2)
Tympanoplasty (2)
Umbilical hernia repair (2)
Uterine operation (2)
Vagal nerve stimulator implantation (2)
Wean from ventilator (2)
Weight loss diet (2)
Vena cava filter removal (2)
Venous operation (2)
Vertebroplasty (2)
Wheat-free diet (2)
Wrist surgery (2)
X-ray therapy to blood (2)
X-ray treatment (2)
Abortion induced complete (1)
Abscess management (1)
Adenoidectomy (1)
Allergy prophylaxis (1)
Anal sphincterotomy (1)
Analgesic intervention supportive therapy (1)
Anorectal operation (1)
Antacid therapy (1)
Antiangiogenic therapy (1)
Antidepressant therapy (1)
Antiemetic supportive care (1)
Antiretroviral therapy (1)
Aortic bypass (1)
Apicectomy (1)
Argon plasma coagulation (1)
Arterial therapeutic procedure (1)
Arteriotomy (1)
Arteriovenous graft (1)
Artificial rupture of membranes (1)
Artificial skin graft (1)
Assisted delivery (1)
Assisted reproductive technology (1)
Astringent therapy (1)
Atherectomy (1)

Bartholin's cyst removal (1)
Bilateral orchidectomy (1)
Bile duct stent removal (1)
Biliary tract dilation procedure (1)
Bladder catheter temporary (1)
Bladder irrigation (1)
Bladder training (1)
Bone anchored hearing aid implantation (1)
Bone graft (1)
Brain stent insertion (1)
Breast tumour excision (1)
Burn dressing (1)
Cardiac massage (1)
Cardiac rehabilitation therapy (1)
Cardiac septal defect repair (1)
Catheter removal (1)
Cervical conisation (1)
Cervix cerclage procedure (1)
Chemocauterisation (1)
Chemotherapy toxicity attenuation (1)
Chest tube removal (1)
Cholecystostomy (1)
Cholelithotripsy (1)
Clotting factor transfusion (1)
Colectomy total (1)
Colorectostomy (1)
Contact lens therapy (1)
Continuous passive motion machine therapy (1)
Contraceptive cap (1)
Corneal cross linking (1)
Coronary artery stent removal (1)
Cows milk free diet (1)
Cox-Maze procedure (1)
Crown lengthening (1)
Dental cleaning (1)
Dental implant removal (1)
Dental prosthesis placement (1)
Detoxification (1)
Drug detoxification (1)
Drug titration (1)
Ear operation (1)
Empyema drainage (1)
Enterorrhaphy (1)
Epidural anaesthesia (1)
Epidural analgesia (1)
Epidural catheter placement (1)
Evacuation of retained products of conception (1)
Evidence based treatment (1)
External cephalic version (1)

External fixation of fracture (1)
Eye drop instillation (1)
Eye excision (1)
Eye muscle operation (1)
Eye muscle recession (1)
Eyelid operation (1)
Eyelids protective suture (1)
Facet joint block (1)
Facial nerve exploration (1)
Fascia release (1)
Fascial operation (1)
Fasciectomy (1)
Fiducial marker placement (1)
Finger amputation (1)
Foraminotomy (1)
Fracture reduction (1)
Gamma interferon therapy (1)
Gastric bypass (1)
Gastrointestinal decompression (1)
Gastrointestinal disorder prophylaxis (1)
Gastrostomy tube removal (1)
General anaesthesia (1)
Gingival operation (1)
Glossectomy (1)
Gynaecological disorder prophylaxis (1)
Hand amputation (1)
Hand repair operation (1)
Hepatitis A immunisation (1)
Hernia hiatus repair (1)
Home care (1)
Hydrocele operation (1)
Hysterosalpingo-oophorectomy (1)
Ileocaecal resection (1)
Ileocolectomy (1)
Immune enhancement therapy (1)
Immune tolerance induction (1)
Immunomodulatory therapy (1)
Implantable defibrillator replacement (1)
Incisional hernia repair (1)
Infection prophylaxis (1)
Infrared therapy (1)
Injectable contraception (1)
Inner ear operation (1)
Intestinal operation (1)
Intraocular lens implant (1)
Intratympanic injection (1)
Intravesical immunotherapy (1)
Iridotomy (1)
Irrigation therapy (1)

Jaw operation (1)
Jejunectomy (1)
Jejunostomy (1)
Joint irrigation (1)
Joint manipulation (1)
Joint surgery (1)
Kidney ablation (1)
Lacrimal gland operation (1)
Large intestinal obstruction reduction (1)
Large intestine anastomosis (1)
Laryngeal mask airway insertion (1)
Laser brain ablation (1)
Leukapheresis (1)
Limb reattachment surgery (1)
Lipectomy (1)
Lipolysis procedure (1)
Low carbohydrate diet (1)
Lumboperitoneal shunt (1)
Maxillary antrum operation (1)
Medical cannabis therapy (1)
Medical device battery replacement (1)
Medical device change (1)
Meniscus operation (1)
Meniscus removal (1)
Metabolic surgery (1)
Muscle electrostimulation therapy (1)
Muscle reattachment (1)
Muscle suture (1)
Myomectomy (1)
Nasal aspiration (1)
Nasal cavity packing removal (1)
Nasal irrigation (1)
Nasal operation (1)
Nasal polypectomy (1)
Nasal sinus irrigation (1)
Naturopathy (1)
Neobladder surgery (1)
Neuroendoscopy (1)
Neurological rehabilitation (1)
Neurolysis (1)
Ocular deposits removal (1)
Oesophageal variceal ligation (1)
Oesophagogastric fundoplasty (1)
Oestrogen replacement therapy (1)
Oestrogen therapy (1)
Omentectomy (1)
Oophorectomy bilateral (1)
Optometric therapy (1)
Organ transplant (1)

Osteopathic treatment (1)
Pain prophylaxis (1)
Pancreatic operation (1)
Parathyroidectomy (1)
Parotidectomy (1)
Pelvic exploration (1)
Pelvic floor muscle training (1)
Pelvic floor stimulation (1)
Pericardial operation (1)
Perineal operation (1)
Peripheral endarterectomy (1)
Peripheral nerve destruction (1)
Peripheral nerve operation (1)
Peritoneal catheter insertion (1)
Pharyngeal operation (1)
Photopheresis (1)
Physiotherapy chest (1)
Pilonidal sinus repair (1)
Pituitary gland operation (1)
Pneumatic compression therapy (1)
Pneumonectomy (1)
Pneumonolysis (1)
Post procedural drainage (1)
Premedication (1)
Preoperative care (1)
Probiotic therapy (1)
Procoagulant therapy (1)
Proctectomy (1)
Promotion of peripheral circulation (1)
Promotion of wound healing (1)
Prophylaxis against transplant rejection (1)
Prosthesis implantation (1)
Prosthetic vessel removal (1)
Pterygium operation (1)
Pulmonary endarterectomy (1)
Punctal plug insertion (1)
Pupil constriction procedure (1)
Radiotherapy to breast (1)
Radiotherapy to lymph nodes (1)
Radisectomy (1)
Rectal polypectomy (1)
Removal of external fixation (1)
Removal of foreign body from oesophagus (1)
Renal artery stent removal (1)
Renal lithiasis prophylaxis (1)
Reproductive system disorder prophylaxis (1)
Retinal laser coagulation (1)
Reversal of opiate activity (1)
Rhinoplasty (1)

Routine health maintenance (1)
Sacroiliac fusion (1)
Salivary gland operation (1)
Salpingo-oophorectomy (1)
Salpingo-oophorectomy unilateral (1)
Scar excision (1)
Scrotal exploration (1)
Skin implant (1)
Small intestinal intussusception reduction (1)
Spinal manipulation (1)
Stent removal (1)
Sterilisation (1)
Stoma care (1)
Stoma closure (1)
Stoma creation (1)
Strabismus correction (1)
Surgical ventricular restoration (1)
Swan ganz catheter placement (1)
Symptomatic treatment (1)
Tattoo excision (1)
Temporary transvenous pacing (1)
Temporomandibular joint surgery (1)
Tendon sheath incision (1)
Tenodesis (1)
Testes exploration (1)
Therapeutic gargle (1)
Therapeutic skin care topical (1)
Thyroid hormone replacement therapy (1)
Thyroid nodule removal (1)
Thyroid therapy (1)
Tissue expansion procedure (1)
Trabeculoplasty (1)
Tracheostomy tube removal (1)
Transgender operation (1)
Transurethral incision of prostate (1)
Trigeminal nerve ablation (1)
Tuberculosis immunisation (1)
Tumour vaccine therapy (1)
Turbinectomy (1)
Ureteric calculus removal (1)
Ureterolithotomy (1)
Urethral bulking agent injection (1)
Urethral repair (1)
Urinary bladder suspension (1)
Urinary cystectomy (1)
Urinary tract operation (1)
Urine alkalinisation therapy (1)
Uterine cervix dilation procedure (1)
Uterine leiomyoma embolisation (1)

Vacuum aspiration (1)
Vacuum extractor delivery (1)
Vagal nerve stimulator removal (1)
Vaginal dilation procedure (1)
Valvuloplasty cardiac (1)
Varicella immunisation (1)
Varicose vein operation (1)
Vascular anastomosis (1)
Vascular compression therapy (1)
Vasectomy (1)
Weight control (1)
Venous arterialisation (1)
Venous repair (1)
Vestibuloplasty (1)
Vocal cord augmentation (1)
Vocal cord nodule removal (1)
Vocal cord polypectomy (1)
Volvulus repair (1)
Vascular disorders (129164)
Hypertension (23086)
Flushing (13428)
Hot flush (13271)
Deep vein thrombosis (11769)
Hypotension (11459)
Thrombosis (10715)
Pallor (8942)
Peripheral coldness (5636)
Haemorrhage (5573)
Haematoma (4392)
Hypertensive crisis (2613)
Thrombophlebitis superficial (1945)
Cyanosis (1867)
Circulatory collapse (1826)
Thrombophlebitis (1437)
Blood pressure fluctuation (1225)
Venous thrombosis limb (1041)
Peripheral vascular disorder (992)
Vasculitis (969)
Lymphoedema (871)
Venous thrombosis (870)
Phlebitis (853)
Embolism (792)
Vasodilatation (757)
Varicose vein (738)
Vascular pain (655)
Raynaud's phenomenon (650)
Orthostatic hypotension (553)
Shock (547)
Giant cell arteritis (409)

Vein disorder (319)
Peripheral artery thrombosis (310)
Internal haemorrhage (301)
Poor peripheral circulation (301)
Ischaemia (294)
Peripheral ischaemia (294)
Infarction (276)
Peripheral venous disease (249)
Jugular vein thrombosis (239)
Arteriosclerosis (232)
Neurogenic shock (223)
Pelvic venous thrombosis (197)
Arterial thrombosis (196)
Peripheral circulatory failure (191)
Capillary fragility (183)
Aortic dissection (181)
Arterial occlusive disease (180)
Subclavian vein thrombosis (178)
Phlebitis superficial (177)
Hyperaemia (171)
Hypovolaemic shock (147)
Peripheral embolism (142)
Dependent rubor (141)
Bloody discharge (139)
Embolism venous (130)
Angiopathy (128)
Aneurysm (124)
Hypertensive urgency (123)
Labile blood pressure (118)
Blue toe syndrome (116)
Aortic thrombosis (115)
Hypertensive emergency (107)
Capillary leak syndrome (104)
Aortic aneurysm (101)
Venous occlusion (99)
Spider vein (98)
Vein rupture (98)
Varicophlebitis (95)
Vein discolouration (93)
Vena cava thrombosis (92)
Aortic arteriosclerosis (83)
Peripheral artery occlusion (82)
Essential hypertension (81)
Embolism arterial (74)
Intermittent claudication (69)
Vasoconstriction (67)
Axillary vein thrombosis (66)
Haemodynamic instability (64)
Vasospasm (64)

Shock symptom (61)
Peripheral arterial occlusive disease (60)
Vascular rupture (60)
Aortic stenosis (57)
Capillary disorder (57)
Shock haemorrhagic (57)
Behcet's syndrome (56)
Blood pressure inadequately controlled (55)
Superficial vein prominence (54)
Aortic aneurysm rupture (52)
Artery dissection (51)
Aneurysm ruptured (45)
Systolic hypertension (44)
Vascular occlusion (43)
Arteritis (42)
Granulomatosis with polyangiitis (42)
Microembolism (42)
Aortic embolus (40)
Erythromelalgia (40)
Hypotensive crisis (40)
Poor venous access (40)
Diastolic hypertension (38)
Hypoperfusion (38)
Aortic dilatation (34)
Malignant hypertension (34)
Arterial disorder (32)
Extravasation blood (30)
Labile hypertension (30)
Microangiopathy (30)
White coat hypertension (30)
Arterial stenosis (29)
Extremity necrosis (29)
Orthostatic hypertension (29)
Accelerated hypertension (28)
Achenbach syndrome (27)
Haemorrhagic infarction (26)
Peripheral vein occlusion (26)
Brachiocephalic vein thrombosis (24)
Ischaemic limb pain (24)
Phlebitis deep (24)
Venous haemorrhage (24)
Subclavian artery thrombosis (20)
Thrombosed varicose vein (20)
Arterial haemorrhage (19)
Iliac artery occlusion (18)
Vasculitis necrotising (18)
Aortic disorder (17)
Aortitis (17)
Arterial rupture (17)

Microscopic polyangiitis (17)
Vascular calcification (17)
Vein collapse (17)
Inferior vena cava dilatation (16)
Peripheral vein thrombus extension (16)
Aortic occlusion (15)
Cryoglobulinaemia (15)
Distributive shock (15)
May-Thurner syndrome (15)
Diffuse vasculitis (14)
Jugular vein distension (14)
Kawasaki's disease (14)
Lymphocele (14)
Peripheral artery aneurysm (14)
Peripheral artery stenosis (14)
Periphlebitis (14)
Post thrombotic syndrome (14)
Vascular compression (13)
Bleeding varicose vein (12)
Claudication of jaw muscles (12)
Femoral artery embolism (12)
Jugular vein occlusion (12)
Obstructive shock (12)
Varicose vein ruptured (12)
Aortic rupture (11)
Arteriovenous fistula (11)
Polyarteritis nodosa (11)
Withdrawal hypertension (11)
Paradoxical embolism (10)
Subclavian vein occlusion (9)
Arterial spasm (8)
Carotidynia (8)
Secondary hypertension (8)
Fibromuscular dysplasia (7)
Haemorrhagic vasculitis (7)
Lymphangiopathy (7)
Subclavian artery embolism (7)
Superior vena cava syndrome (7)
Takayasu's arteritis (7)
Varicose ulceration (7)
Vascular fragility (7)
Vascular insufficiency (7)
Acute aortic syndrome (6)
Dry gangrene (6)
Endothelial dysfunction (6)
Iliac artery embolism (6)
Lymphorrhoea (6)
Susac's syndrome (6)
Vascular stenosis (6)

Vena cava embolism (6)
Venous aneurysm (6)
Air embolism (5)
Aortic dissection rupture (5)
Atherosclerotic plaque rupture (5)
Diastolic hypotension (5)
Lymphostasis (5)
MAGIC syndrome (5)
Necrosis ischaemic (5)
Thromboangiitis obliterans (5)
Thrombophlebitis migrans (5)
Arterial intramural haematoma (4)
Atheroembolism (4)
CT hypotension complex (4)
Iliac artery stenosis (4)
Leriche syndrome (4)
Lymphatic fistula (4)
Neovascularisation (4)
Paget-Schroetter syndrome (4)
Peripheral vein stenosis (4)
Venous hypertension (4)
Angiodysplasia (3)
Aortic elongation (3)
Aortic intramural haematoma (3)
Aortic perforation (3)
Calcium embolism (3)
Collateral circulation (3)
Diabetic vascular disorder (3)
Jugular vein embolism (3)
Lymphangiectasia (3)
Penetrating aortic ulcer (3)
Postpartum venous thrombosis (3)
Prehypertension (3)
Subclavian artery aneurysm (3)
Subclavian artery occlusion (3)
Subclavian vein stenosis (3)
Venous recanalisation (3)
Venous valve ruptured (3)
Vessel perforation (3)
Visceral congestion (3)
Brachial artery entrapment syndrome (2)
Brachiocephalic artery stenosis (2)
Exsanguination (2)
Hypertensive angiopathy (2)
Hypertensive end-organ damage (2)
Iliac vein occlusion (2)
Inferior vena caval occlusion (2)
Macroangiopathy (2)
Paradoxical pressor response (2)

Peripheral artery aneurysm rupture (2)
Peripheral artery dissection (2)
Phlebolith (2)
Plethoric face (2)
Pseudovasculitis (2)
Subclavian artery stenosis (2)
Vascular dissection (2)
Venous perforation (2)
Venous thrombosis in pregnancy (2)
Arterial insufficiency (1)
Arterial stiffness (1)
Brachiocephalic artery occlusion (1)
Brachiocephalic vein occlusion (1)
Catecholamine crisis (1)
Coeliac artery occlusion (1)
Erythrocyanosis (1)
False lumen dilatation of aortic dissection (1)
Femoral artery aneurysm (1)
Haematocoele (1)
Haemodynamic rebound (1)
Haemorrhage neonatal (1)
Iliac vein stenosis (1)
Inferior vena cava stenosis (1)
Inferior vena cava syndrome (1)
Lower limb artery perforation (1)
Lupus vasculitis (1)
Paraneoplastic thrombosis (1)
Penetrating atherosclerotic ulcer (1)
Peripheral artery haematoma (1)
Phlebosclerosis (1)
Popliteal artery entrapment syndrome (1)
Postpartum thrombosis (1)
Rheumatoid vasculitis (1)
Subclavian artery dissection (1)
Subclavian steal syndrome (1)
Subgaleal haematoma (1)
Subgaleal haemorrhage (1)
Superior vena cava occlusion (1)
Supra-aortic trunk stenosis (1)
Tyramine reaction (1)
Vascular shunt (1)
Vascular wall discolouration (1)
Vascular wall hypertrophy (1)
Vein dissection (1)
Vein wall hypertrophy (1)
Venous stenosis (1)

❥Geographical distribution

| Continent | Count | Percentage |
|-----------|-------|------------|
| Africa | 66747 | 3 |
| Americas | 902085 | 38 |
| Asia | 144347 | 6 |
| Europe | 1181061 | 50 |
| Oceania | 82853 | 3 |

❤ Age group distribution

| Age group | Count | Percentage |
|-----------|-------|------------|
| 0 - 27 days | 345 | 0 |
| 28 days to 23 months | 1443 | 0 |
| 2 - 11 years | 1717 | 0 |
| 12 - 17 years | 36475 | 2 |
| 18 - 44 years | 938129 | 39 |
| 45 - 64 years | 736961 | 31 |
| 65 - 74 years | 225696 | 9 |
| ≥ 75 years | 151914 | 6 |
| Unknown | 284413 | 12 |

❤ Patient sex distribution

| Sex | Count | Percentage |
|-----|-------|------------|
| Female | 1632314 | 69 |
| Male | 714984 | 30 |
| Unknown | 29795 | 1 |

❤ ADR reports per year

| Year | Count | Percentage |
|------|-------|------------|

| 2021 | 2374707 | 100 |
| 2020 | 2264 | 0 |
| 2019 | 87 | 0 |
| 2018 | 31 | 0 |
| 2017 | 2 | 0 |
| 2016 | 1 | 0 |
| 2014 | 1 | 0 |