**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES | * | |
| vs. | * | Case No.: 21-CR-28-APM |
| THOMAS E. CALDWELL | * | |

\* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Defendant's Unopposed Request to Modify Conditions of Release, it is hereby ordered by the United States District Court for the District of Columbia that the Motion be granted and that the Defendant be permitted to leave his home on November 19, 2021 from 9:00 a.m. to 2:00 p.m. for the purpose of conducting business with his bank, the Virginia Department of Motor Vehicles, and related errands within the City of Berryville, Virginia, while accompanied by his wife, Sharon Caldwell.

_____      _____
Date                                              Honorable Amit P. Mehta
                                                         United States District Court