## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | * | |
| vs. | * | Case No.: 21-CR-28-APM |
| THOMAS E. CALDWELL | * | |

\* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon consideration of the Defendant's Request to Modify Conditions of Release, it is hereby ordered by the United States District Court for the District of Columbia that the Motion be granted and, accordingly, that the Defendant's conditions of release be modified as follows:

1) The Defendant may access computers and the internet, while supervised by his wife, for the purpose of conducting research regarding pending cases that are before this Court; and

2) The condition of home incarceration is hereby stricken and the Defendant shall be placed on a curfew to be set by Pretrial Services.

_____  _____
Date                                            Honorable Amit P. Mehta
                                                    United States District Court