
# Gmail

## Fw: Order #528 Confirmation — Online Store
1 message

Tue, Oct 5, 2021 at 1:20 PM

To:

Hi

The email chain below is a full account of our email communication with this email address for Thomas Caldwell.
I will check for any other accounts.

The credit Card Refund information is available below as well.

Thank you,



---

**From:** Tom Caldwell
**Sent:** Friday, April 30, 2021 7:40 AM
**To:**
**Subject:** Re: Order #528 Confirmation — Online Store

Thank you so much!!

On Thu, Apr 29, 2021 at 7:09 AM                                            wrote:

> Tom,
>
> Thanks for the email.
>
> Here you go.  These are the dates of the order and refund

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 62855578347 | 171556536 | Refund | 15-Feb-2021 13:01:44 | CALDWELL, THOMAS | D | USD (570.00) | 15-Feb-2021 18:25:58 | USD (570.00) |
| 42361736681 | 171556536 | Settled Successfully | 21-Nov-2020 11:12:55 | CALDWELL, THOMAS | D | USD 570.00 | 21-Nov-2020 18:22:52 | USD 570.00 |

**From:** Tom Caldwell
**Sent:** Wednesday, February 17, 2021 8:30 AM
**To:**
**Subject:** Re: Order #528 Confirmation — Online Store

Thank you for your assistance with this -- I greatly appreciate it.

On Mon, Feb 15, 2021 at 11:51 AM                                                         wrote:
> Thank you for your confirmation Tom. I did process your refund, and you should see it on your statement in the next few days.
>
> I am sorry that we were unable to get this to you sooner, but we are ramping up and soon hope to ship much closer to the order date.
> I see you were told end of December below, and I can understand why you wanted the refund. I see you were very excited about it, and it is a great pistol so if you would like to order your Cellphone Pistol again in the future please let us know and we will be happy to let you know our estimated ship dates and answer any other questions you have.
>
> Hope to chat with you again soon!
>
> Best,

---

**From:** Tom Caldwell
**Sent:** Monday, February 15, 2021 12:52 PM
**To:**
**Subject:** Re: Order #528 Confirmation — Online Store

Yes, please. I would like very much to cancel this order and receive a refund.

Thank you very much.

On Mon, Feb 15, 2021 at 6:50 AM                                                         wrote:
> Hi Tom,
>
> Thank you for your email. I am sorry that it has taken longer than expected for your order to ship. We will be ready to ship your order by the end of February if you would like to wait just a bit longer, or if you would still like to cancel your order please let me know and we will refund per your request.
>
> Thank you,

**From:** Tom Caldwell
**Sent:** Saturday, February 13, 2021 7:31 PM
**To:**
**Subject:** Re: Order #528 Confirmation — Online Store

Hello,

Since it appears that this order has not yet shipped (Order #528), I would like to cancel this order and request a full refund.

Thank you.

Any questions, call

On Mon, Dec 28, 2020 at 9:10 AM                                         wrote:
> Thans for sending this. We will emial you the tracking number once your order ships.

---

**From:** Tom Caldwell
**Sent:** Monday, December 28, 2020 10:24 AM
**To:**
**Cc:**
**Subject:** Re: Order #528 Confirmation — Online Store

Thanks for the response! The FFL information you requested is:

All MY info is as follows:

Thomas Caldwell

Many thanks!

Tom

On Mon, Dec 28, 2020 at 9:41 AM ▮▮▮▮▮▮▮▮▮▮ wrote:

> Tom,
>
> Your message was forwarded here as we handle the shipping.
>
> Sorry for the delay. This Virus going around has us running behind.
>
> We will get ship your order by the end of December.
>
> Please email back the name, address and phone number of the dealer in your area that will be doing the transfer for you. ALSO, please verify your current address and phone number for the packing slip.
>
> ---
>
> **From:** ▮▮▮▮▮▮▮▮▮▮
> **Sent:** Thursday, December 24, 2020 7:55 PM
> **To:** ▮▮▮▮▮▮▮▮▮▮
> **Subject:** Fwd: Order #528 Confirmation — Online Store
>
> ---------- Forwarded message ----------
> From: **Tom Caldwell** ▮▮▮▮▮▮▮▮▮▮
> Date: Wed, Dec 23, 2020, 2:07 PM
> Subject: Re: Order #528 Confirmation — Online Store
> To: ▮▮▮▮▮▮▮▮▮▮
>
> Can you please tell me the status of this pre-order? I am eager to receive this weapon.
>
> Regards,
>
> Tom Caldwell
>
> On Sat, Nov 21, 2020 at 12:13 PM ▮▮▮▮▮▮▮▮▮▮ wrote:
>
> > # Order Confirmation
> >
> > Hello Thomas Caldwell,

We have received your Online Store order! Thank you for your purchase.

# Order #528

**Payment status**
Paid

**Fulfillment status**
Awaiting Processing

**All Firearms MUST be shipped to an FFL Dealer (Federal Firearm License) We will contact you shortly to get the name, address and phone number of the FFL in your area that will be doing the transfer for you.**

**Thomas Caldwell**

**Shipping method**
Standard shipping

## Your order



Double Barreled .380 Caliber

SKU: #IC380

1 × $550.00

| | |
|---|---|
| Items | $550.00 |
| Shipping | $20.00 |
| **Total** | **$570.00** |

## Thanks for shopping with us!

You can check the status of your orders at any time on our Orders History Page .

We welcome you to our store anytime. If you need assistance or have any questions, please email us at ▮▮▮▮▮▮▮▮▮▮▮▮▮ We are happy to help!

Sincerely,
Online Store