IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.   1:21-cr-28-1 (APM) |
| | ) | |
| THOMAS CALDWELL, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S UNOPPOSED MOTION FOR LEAVE TO FILE SURREPLY
TO DEFENDANT'S REPLY IN SUPPORT OF THIRD MOTION FOR RELEASE**

The United States hereby respectfully requests permission to file a surreply to Defendant Caldwell's reply in support of his request to modify conditions of release, ECF 544. Defendant Caldwell addresses a new issue in his reply, namely, statements allegedly made by undersigned government counsel during a reverse proffer. The government therefore requests the opportunity to respond on this unique issue. Undersigned counsel consulted with Defendant Caldwell's attorney, who does not object to the filing of a surreply.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:    _____
Kathryn L. Rakoczy
Assistant United States Attorney
D.C. Bar No. 994559
Ahmed M. Baset
Troy A. Edwards, Jr.
Jeffrey S. Nestler
Assistant United States Attorneys
Louis Manzo
Special Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.

Washington, D.C. 20530

*/s/ Alexandra Hughes*
Alexandra Hughes
Justin Sher
Trial Attorneys
National Security Division
United States Department of Justice
950 Pennsylvania Avenue
NW Washington, D.C. 20004