**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES | * | |
| vs. | * | Case No.: 21-CR-28-APM |
| THOMAS E. CALDWELL | * | |

\* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Defendant's Unopposed Request to Modify Conditions of Release, it is hereby ordered by the United States District Court for the District of Columbia that the Motion be granted and that the Defendant be permitted to leave his home on December 25, 2021 from 11:30 a.m. to 7:00 p.m. to celebrate the Christmas holiday with his neighbors in Berryvillle, Virginia, while accompanied by his wife, Sharon Caldwell.

_____      _____
Date                                                     Honorable Amit P. Mehta
                                                              United States District Court