UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Case No. 21-cr-28 (APM) |
| THOMAS E. CALDWELL, et al., | ) |
| Defendants. | ) |

**ORDER**

Defendant Thomas E. Caldwell's Request to Modify Defendant's Conditions of Release, ECF No. 505, is granted in part and denied in part.

The court hereby removes Mr. Caldwell's condition of home confinement and places him on a curfew that requires him to remain on his property from 9:00 p.m. to 7:00 a.m., unless granted leave by Pretrial Services. Defendant's travel shall be restricted to Clarke and Frederick Counties, Virginia, absent leave of court. Although the government opposes this modification, the court grants it due to Mr. Caldwell's compliance with pretrial-release conditions to date and because Pretrial Services does not oppose the modification.

Additionally, Mr. Caldwell is hereby permitted to use an internet-connected device solely to communicate with counsel, to review discovery, or to conduct legal research. He is not granted permission to indiscriminately surf the internet for evidence relating to the events of January 6th. Mr. Caldwell's wife shall monitor any access to any internet-connected device to ensure compliance with this term of release.

Dated: December 23, 2021

Amit P. Mehta
United States District Court Judge