IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,         )
                            )
        Plaintiff,        )
                            )   CR No. 21-28
                            )   Washington, D.C.
      vs.                )   December 6, 2021
                            )   11:14 a.m.
THOMAS E. CALDWELL, ET AL.,     )
                            )
        Defendants.      )
_____)

TRANSCRIPT OF STATUS HEARING VIA ZOOM PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:         Kathryn Leigh Rakoczy
                         U.S. ATTORNEY'S OFFICE
                         FOR THE DISTRICT OF COLUMBIA
                         555 Fourth Street, NW
                         Washington, D.C. 20530
                         (202) 252-6928
                         Email:
                         kathryn.rakoczy@usdoj.gov

APPEARANCES CONTINUED:

For Defendant
Thomas E. Caldwell:                 David William Fischer, Sr.
                                    FISCHER & PUTZI, P.A.
                                    7310 Governor Ritchie Highway
                                    Empire Towers, Suite 300
                                    Glen Burnie, MD 21061-3065
                                    (410) 787-0826
                                    Email:
                                    fischerandputzi@hotmail.com

For Defendant
Donovan Ray Crowl:                  Carmen D. Hernandez
                                    7166 Mink Hollow Road
                                    Highland, MD 20777
                                    (240) 472-3391
                                    Email: chernan7@aol.com

For Defendant
Jessica M. Watkins:                 Michelle M. Peterson
                                    FEDERAL PUBLIC DEFENDER
                                    FOR THE DISTRICT OF COLUMBIA
                                    625 Indiana Avenue, NW
                                    Suite 550
                                    Washington, D.C. 20004
                                    (202) 208-7500
                                    Email: Shelli_peterson@fd.org

For Defendant
Sandra R. Parker:                   John L. Machado
                                    LAW OFFICE OF JOHN MACHADO
                                    503 D Street, NW
                                    Suite 310
                                    Washington, D.C. 20001
                                    (703) 989-0840
                                    Email: johnlmachado@gmail.com

For Defendant
Bennie A. Parker:                   Stephen F. Brennwald
                                    BRENNWALD & ROBERTSON, LLP
                                    922 Pennsylvania Avenue, SE
                                    Washington, D.C. 20003
                                    (301) 928-7727
                                    Email: sfbrennwald@cs.com

```
APPEARANCES CONTINUED:

For Defendant
Laura Steele:                   Peter A. Cooper
                                PETER A. COOPER
                                400 5th Street, NW
                                Suite 350
                                Washington, D.C. 20001
                                (202) 400-1431
                                Email:
                                pcooper@petercooperlaw.com


For Defendant
Kelly Meggs:                    Jonathon Alden Moseley
                                JONATHON MOSELEY
                                ATTORNEY AT LAW
                                5765-F Burke Centre Parkway
                                #337
                                Burke, VA 22015
                                (703) 656-1230
                                 Email: contact@jonmoseley.com

For Defendant
Connie Meggs:                   Julia Zsuzsa Haller
                                LAW OFFICES OF JULIA HALLER
                                601 Pennsylvania Avenue, NW
                                Suite 900
                                S. Building
                                Washington, D.C. 20036
                                (202) 352-2615
                                Email: hallerjulia@outlook.com

                                Stanley Edmund Woodward, Jr.
                                BRAND WOODWARD LAW
                                1808 Park Road NW
                                Washington, D.C. 20010
                                (202) 996-7447
                                Email:
                                stanley@brandwoodwardlaw.com
```

APPEARANCES CONTINUED:

For Defendant
Kenneth Harrelson:                  Bradford L. Geyer
                                    FormerFeds LLC
                                    2006 Berwick Drive
                                    Cinnaminson, NJ 08077
                                    (856) 607-5708
                                    Email:
                                    Bradford@formerfedsgroup.com

For Defendant
Roberto A. Minuta:                  Alfred Guillaume, III
                                    LAW OFFICE OF
                                    ALFRED GUILLAUME III
                                    6305 Ivy Ln
                                    Suite 700
                                    Greenbelt, MD 20770
                                    (301) 377-2158
                                    Email: ag3law@gmail.com

APPEARANCES CONTINUED:

For Defendant
Joshua A. James:                Christopher R.K. Leibig
                                LAW OFFICES
                                OF CHRISTOPHER LEIBIG
                                114 N. Alfred Street
                                Alexandria, VA 22314
                                (703) 683-4310
                                Email:
                                chris@chrisleibiglaw.com


For Defendant
Jonathan Walden:                Thomas J. Spina
                                1330 21st Way South
                                Suite 200
                                Birmingham, AL 35205
                                (205) 939-1330
                                Email: tommy@tommyspina.com

                                Edward B. MacMahon, Jr.
                                EDWARD B. MACMAHON, JR., PLC
                                P.O. Box 25
                                107 East Washington Street
                                Middleburg, VA 20118
                                (540) 687-3902
                                Email: ebmjr@macmahon-law.com


For Defendant
Joseph Hackett:                 Angela Halim
                                FEDERAL COMMUNITY
                                DEFENDER OFFICE
                                601 Walnut Street
                                Suite 501 West
                                Philadelphia, PA 19106
                                (215) 928-1100
                                Email: angie_halim@fd.org

APPEARANCES CONTINUED:

For Defendant
William Isaacs:                     Eugene Rossi
                                    CARLTON FIELDS P.A.
                                    1025 Thomas Jeferson St., NW
                                    Suite 400 West
                                    Washington, D.C. 20007
                                    (202) 965-8100
                                    Email:
                                    grossi@carltonfields.com

                                    Natalie Napierala
                                    CARLTON FIELDS P.A.
                                    405 Lexington Avenue,
                                    36th Floor
                                    New York, NY 10174-3699
                                    (212) 785-2747
                                    Email:
                                    nnapierala@carltonfields.com

For Defendant
David Moerschel:                    Scott Weinberg
                                    BROWN, SUAREZ, RIOS & WEINBERG
                                    265 E. Marion Avenue
                                    Suite 114
                                    Punta Gorda, FL 33950
                                    (941) 575-8000
                                    Email: scott@bsrwlegal.com

For Defendant
Brian Ulrich:                       Attilio Joseph Balbo
                                    BALBO & GREGG,
                                    ATTORNEYS AT LAW, P.C.
                                    P.O. Box 1297
                                    Richmond Hill, GA 31324
                                    (912) 459-1776
                                    Email: aj@balbogregg.com

APPEARANCES CONTINUED:

For Defendant James Beeks:      Joshua Uller
                                FEDERAL DEFENDER SERVICES
                                OF WISCONSIN
                                22 East Mifflin Street
                                Suite 1000
                                Madison, WI 53703
                                (608) 260-9900
                                Email: Joshua_Uller@fd.org


Court Reporter:                 William P. Zaremba
                                Registered Merit Reporter
                                Certified Realtime Reporter
                                Official Court Reporter
                                E. Barrett Prettyman CH
                                333 Constitution Avenue, NW
                                Washington, D.C. 20001
                                (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
 1                        P R O C E E D I N G S
 2              COURTROOM DEPUTY:  All rise.  The Honorable
 3    Amit P. Mehta presiding.
 4              THE COURT:  Good morning, everyone.  Please be
 5    seated.
 6              COURTROOM DEPUTY:  Good morning, Your Honor.
 7    This is Criminal Case No. 21-28, United States of America
 8    versus Defendant No. 1, Thomas Edward Caldwell; Defendant
 9    No. 2, Donovan Ray Crowl; Defendant No. 3, Jessica Marie
10    Watkins; Defendant 4, Sandra Ruth Parker; Defendant 5,
11    Bennie Alvin Parker; Defendant 7, Laura Steele; Defendant 8,
12    Kelly Meggs; Defendant 9, Connie Meggs; Defendant 10,
13    Kenneth Harrelson; Defendant 11, Roberto A. Minuta;
14    Defendant 12, Joshua A. James; Defendant 13,
15    Jonathan Walden; Defendant 14, Joseph Hackett; Defendant 16,
16    William Isaacs; Defendant 17, David Moerschel; Defendant 18,
17    Brian Ulrich; Defendant 19, James Beeks.
18              Kathryn Rakoczy for the government.
19              David Fischer for Defendant Caldwell; Carmen
20    Hernandez for Defendant Crowl; Shelli Peterson for Defendant
21    Watkins; John Machado for Defendant Sandra Parker;
22    Stephen Brennwald for Defendant Bennie Parker; Peter Cooper
23    for Defendant Laura Steele; Jon Moseley for Defendant Kelly
24    Meggs; Juli Haller and Stanley Woodward for Defendant Connie
25    Meggs; Bradford Geyer for Defendant Harrelson; Alfred
```

1  Guillaume for Defendant Minuta; Chris Leibig for Defendant

2  James; Thomas Spina and Ed MacMahon for Defendant Walden;

3  Angela Halim for Defendant Hackett; Eugene Rossi and Natalie

4  Napierala for Defendant Isaacs; Scott Weinberg for Defendant

5  Moerschel; A.J. Balbo for Defendant Ulrich; and Joshua Uller

6  for Defendant Beeks.

7          Jessica Watkins, Kelly Meggs, and Kenneth

8  Harrelson are appearing in person for this matter.  All

9  other named defendants are appearing remotely.

10          THE COURT:  Okay.  Good morning again, everyone.

11  Everybody remotely, good morning.  To those of you who are

12  here, good morning to each of you.

13          All right.  So we're back here for a status

14  conference to see where things stand and check on progress.

15          There are a number of matters that are

16  outstanding, so let's start with the one that is most

17  recent, and that is there is a superseding indictment.

18          Mr. Douyon, has Mr. Beeks been arraigned yet?

19          COURTROOM DEPUTY:  No.

20          THE COURT:  All right.

21          So based on -- and it was helpful to get from the

22  government a redline.

23          So it looks like there are additional counts

24  against Mr. Hackett, Mr. Moerschel, and then Mr. Beeks has

25  been joined in the indictment; otherwise, all other counts

1    remain the same against each of the defendants.

2           So unless counsel for -- if there's any counsel

3    that believes their client should be re-arraigned who is not

4    newly charged in the indictment, speak now or forever hold

5    your peace; we will not re-arraign you on the new

6    indictment.

7           Okay.  So the entry of not-guilty pleas for all

8    defendants, other than Hackett, Moerschel, and Beeks, will

9    carry forward from their prior entry of not-guilty pleas on

10   the fifth superseding indictment.

11          So let's then turn to the business of having

12   Mr. Hackett, Mr. Moerschel, and Mr. Beeks indicted -- excuse

13   me, arraigned on their new charges in the case of

14   Mr. Hackett and Mr. Moerschel, and then we'll have Mr. Beeks

15   arraigned as well.

16          COURTROOM DEPUTY:  May the record reflect that

17   Mr. Hackett and Mr. Moerschel and Mr. Beeks, as well as all

18   other defendants, have received, through counsel, a copy of

19   the sixth superseding indictment.

20          Mr. Hackett, in Criminal Case No. 21-28-14, you've

21   been charged with the following counts:

22          Count 1, conspiracy, in violation of Title 18,

23   United States Code, Section 371;

24          Count 2, obstruction of an official proceeding and

25   aiding and abetting, in violation of Title 18, United States

1    Code, Sections 1512(c)(2) and Section 2;

2                Count 3, destruction of government property and

3    aiding and abetting, in violation of Title 18, United States

4    Code, Sections 1361 and Section 2;

5                Count 4, restricted building or grounds, in

6    violation of Title 18, United States Code 1752(a)(1);

7                And Count 14, tampering with documents or

8    proceedings, in violation of Title 18, United States Code,

9    Section 1512(c)(1).

10               Do you wish to waive formal reading of the sixth

11   superseding indictment and how do you wish to plead?

12               MS. HALIM:  Your Honor, this is Angela Halim on

13   behalf of Mr. Hackett.

14               Mr. Hackett will waive a formal reading, and he is

15   prepared to enter a plea of not guilty.

16               THE COURT:  All right.  Thank you, Ms. Halim.

17               So on behalf of Mr. Hackett, the record will

18   reflect an entry of not-guilty plea to each of the counts of

19   the indictment of the sixth superseding indictment.

20               All right.  Let's turn then to Mr. Moerschel.

21               COURTROOM DEPUTY:  Mr. David Moerschel, in

22   Criminal Case No. 21-28-17, you've been charged with the

23   following counts:

24               Count 1, conspiracy, in violation of Title 18,

25   United States Code, Section 371;

1          Count 2, obstruction of an official proceeding and

2     aiding and abetting, in violation of Title 18, United States

3     Code, Sections 1512(c)(2) and Section 2;

4          Count 3, destruction of government property and

5     aiding and abetting, in violation of Title 18, United States

6     Code, Sections 1361 and Section 2;

7          Count 4, restricted building or grounds, in

8     violation of Title 18, United States Code, Section

9     1752(a)(1);

10          And Count 15, tampering with documents or

11     proceedings, in violation of Title 18, United States Code,

12     Section 1512(c)(1).

13          Do you wish to waive formal reading of the sixth

14     superseding indictment and how do you wish to plead?

15          MR. WEINBERG:  Scott Weinberg on behalf of

16     Mr. David Moerschel.

17          We would waive the formal reading of the

18     indictment and enter a plea of not guilty.

19          THE COURT:  Okay.  Thank you, Mr. Weinberg.

20          So the record will reflect the entry of not-guilty

21     pleas to each count of the sixth superseding indictment

22     against Mr. Moerschel.

23          All right.  Let's finally turn to Mr. Beeks.

24          COURTROOM DEPUTY:  And Mr. James Beeks, in

25     Criminal Case No. 21-28-19, you've been charged with the

1  following counts:

2         Count 1, conspiracy, in violation of Title 18,

3  United States Code, Section 371;

4         Count 2, obstruction of an official proceeding and

5  aiding and abetting, in violation of Title 18, United States

6  Code, Sections 1512(c)(2) and Section 2;

7         Count 3, destruction of government property and

8  aiding and abetting, in violation of Title 18, United States

9  Code, Sections 1361 and Section 2;

10         Count 4, restricted building or grounds, in

11  violation of Title 18, United States Code, Section

12  1752(a)(1);

13         And Count 6, civil disorder and aiding and

14  abetting, in violation of Title 18, United States Code,

15  Sections 231(a)(3) and Section 2.

16         Do you wish to waive formal reading of the sixth

17  superseding indictment and how do you wish to plead?

18         MR. ULLER:  Your Honor, Joshua Uller on behalf of

19  Mr. Beeks.

20         We'll waive full reading of the indictment and

21  stand silent as to a plea.

22         THE COURT:  I'm sorry, you're going to stand

23  silent as to entering a plea?

24         MR. ULLER:  Yes.  At this time.

25         THE COURT:  So do I take it -- should I infer from

1    that that he's not entering a guilty -- he's entering a plea

2    of not guilty at this point?

3              MR. ULLER:  Judge, I think the -- he's asked me

4    not to enter a plea.

5              The Court can, I believe, enter a plea on his

6    behalf.  That's what we would -- the Court would typically

7    do in this district when a defendant doesn't enter a plea

8    himself.

9              THE COURT:  Okay.

10             Well, that's not the ordinary course here, but

11   I will take Mr. Beeks's refusal to enter a plea as the entry

12   of pleas of not guilty at this point.  And so we will assume

13   that Mr. Beeks is not pleading guilty at this point to each

14   of the counts of the indictment against him.  Okay.

15             All right.  Let's then turn to the next issue.

16   And let me just sort of preview what I'd like to discuss.

17   So I want to get an update on where discovery stands and

18   getting access to the various discovery platforms to defense

19   counsel.  I have some idea based on my own independent

20   understandings of where things stand in terms of getting

21   those who are incarcerated access to it, but it's not clear

22   to me where things stand for defense counsel.

23             Then I want to just talk quickly about motions,

24   and in particular, talk about Mr. Beeks and his status with

25   respect to motions.

1        Then let's talk about the April trial date.

2        Then there are some specific motions with respect

3   to each defendant.

4        Then Mr. James has a pretrial-release issue that

5   we'll deal with at the end.

6        So that's sort of the order in which I plan to

7   proceed.  And after discussing the April trial, I'll go to

8   each defense counsel and see if there's anything anybody

9   wants to raise specifically.

10        So why don't we start with the government and

11   Ms. Rakoczy and if you'd like to provide an update on where

12   things stand in terms of getting access, any additional

13   disclosures or getting defense counsel access to the

14   discovery platforms.

15        MS. RAKOCZY:  Yes, Your Honor.  Thank you.

16        Since we were last before the Court in this

17   particular case, the government has continued to make

18   rolling discovery productions.  I think we've made

19   approximately ten productions since we were last before the

20   Court, just case-specific information.

21        We are mindful of the April trial date.  And while

22   there is an ongoing investigation, we are relatively

23   confident that by the middle of January, we will have

24   produced all of the relevant case-specific discovery so that

25   the defendants would have -- those defendants going to trial

1    in April would have approximately three months to review all

2    the relevant case-specific information and discovery to

3    prepare for trial.

4            We have also provided reverse proffers for all of

5    the defendants who have asked for one.  I think it's

6    probably about two-thirds to three-quarters of the

7    defendants who we've met with and given reverse proffers.

8            We've also made ourselves available to walk

9    through the discovery materials and attempt to highlight

10   where the most relevant discovery materials are located for

11   those counsel who have requested it.  And that offer remains

12   open, both the offer for a reverse proffer and the offer for

13   a less formal walk-through of the discovery.  Particularly

14   for the new counsel who have entered appearances, this offer

15   is on the table and we're happy to do that at any time

16   convenient for those counsel.

17           With respect to the global discovery materials, we

18   submitted a Status Report to the Court on November 5th,

19   I believe, that provided a relatively in-depth overview.

20   And we believe we are still on track, as indicated in that

21   Status Report, to provide the bulk of the discoverable

22   materials currently in the government's possession, to load

23   those into the various platforms, by the end of January, at

24   least in terms of what's in the government's possession or

25   was in the government's possession as of this fall.

1          The Evidence.com database is fully up and running,

2     and we understand that licenses are being given to the

3     defense counsel who apply for them.  There are over 23,000

4     video files, I believe, uploaded in there, and that consists

5     of the bulk of the Capitol surveillance video, body-worn

6     camera video from the agencies that responded, and similar

7     surveillance video from other entities is all in there now.

8          We've also provided maps and tools that we hope

9     will help to provide -- or to help the defense counsel to

10    utilize those videos and to identify the relevant videos.

11    And I would note that in this particular case, we had

12    already, several months ago, provided a list and screenshots

13    of the relevant Capitol Police cameras, and provided actual

14    copies of the body-worn-camera videos that we thought were

15    most relevant to this case.  We obviously understand the

16    defense may want to do their own investigation, and that's

17    why we're making the global discovery materials available.

18    But we've already tried to take steps to identify all the

19    relevant footage as we see it from government counsel in

20    this case so that defense counsel can be prepared to more

21    easily locate those materials.

22          With respect to the Relativity database for

23    documentary-type evidence, we continue to make productions

24    to the government instance of that and then to provide

25    copies of these materials through USAfx to discovery

 1   counsel.

 2           We understand that we have modified our contract

 3   with Deloitte so that the defense can start getting the

 4   licenses they need to utilize that Relativity database.

 5   And we know that -- the last update that I had was that the

 6   Federal Public Defender Service was actively testing and

 7   finalizing the defense instance of that database so that it

 8   could be rolled out and subsequent productions could be made

 9   just directly through the defense instance of the Relativity

10   database.

11           With respect to discovery for the inmates who are

12   incarcerated at the D.C. jail, we understand some progress

13   has been made on that front.  I believe that there are

14   additional laptops now available for the viewing of

15   materials.  My understanding is that there are currently

16   23 laptops available and that the waitlist for access to

17   those laptops currently, at least as of November 29th, only

18   had about 15 defendants on the waitlist.

19           And so if you do the math, that means that there

20   should, at maximum, be a two-week waitlist to get access to

21   the laptop.  The defendant then has a two-week period to

22   review the discovery materials.  And if that's not

23   sufficient time, they can then get back on the waitlist and

24   hopefully will have no longer than a two-week waitlist

25   period to then have another two-week period of access to the

 1   materials.  And so it's obviously not a perfect scenario,

 2   but we understand that the jail continues to make efforts to

 3   try to make these materials more accessible to the

 4   incarcerated defendants.

 5            I think that those are most of the updates that we

 6   wanted to provide on the discovery front, Your Honor.

 7            THE COURT:  Okay.  Thank you, Ms. Rakoczy.

 8            I guess, so just to be clear, are defense counsel

 9   getting access to the two databases at this point?  What is

10   the current status -- even if there is still to be

11   additional information uploaded from the government's

12   perspective and I can understand that that's ongoing, but

13   are defense counsel able to sit down in front of a computer

14   terminal at this point with a license and get on and do

15   whatever searching they want to do?

16            MS. RAKOCZY:  For Evidence.com, yes.

17            For the Relativity database, my understanding is

18   that the Federal Public Defender Service is still finalizing

19   that platform to get -- and getting the licenses to the

20   defense.

21            The materials we're putting in there are being

22   provided to the defense through USAfx, but the actual access

23   to the Relativity platform is still being finalized, is my

24   understanding.

25            THE COURT:  Okay.

1          Ms. Peterson, do you have -- would you like to --

2    is there an update from your perspective on getting access

3    to these databases?

4          MS. PETERSON:  Your Honor, Ms. Rakoczy is

5    absolutely correct.  The Evidence.com is fully up and

6    functional and ready for anyone who fills out the very

7    simple form to get their license for Evidence.com.  We have

8    been giving out multiple licenses until they run out, at

9    which time we'll have to limit them or purchase additional

10   licenses for people who have asked for multiple licenses for

11   paralegals and investigators and other counsel in their

12   case.  But as of right now, we have not run out of licenses

13   and everyone who has asked for multiples has received

14   multiples.

15         The Relativity database is still being constructed

16   by the national support litigation team.  But they hope to

17   have it up and ready fairly soon.  And as soon as it is,

18   we will, again, send out instructions to everyone who's

19   entered their appearance in a Capitol case to get a license

20   for Relativity.com as well.

21         THE COURT:  Okay.

22         When I go to each individual counsel, I'm going to

23   ask whether you have obtained a license for Evidence.com or

24   not.  So please be prepared to let me know whether you have

25   done that or not, and if not, when you plan to do so,

1   because I don't want -- and now that I have been told -- and

2   I think this is, frankly, the first time I've been told,

3   that defense counsel can actually access the video database.

4   So if you haven't yet, it's now on defense counsel, the ball

5   is in your court.  And so I'll be asking everybody whether

6   you've actually put in the application or filled out

7   whatever paperwork needs to get filled out to get your

8   license to get on that database to access that evidence.

9            Okay.  So that's the state of discovery.  Let's --

10  I guess -- I'm sorry, did I hear someone?

11           MR. MOSELEY:  Jon Moseley.

12           Before you move on, could I ask one clarification

13  question?

14           THE COURT:  Sure.

15           MR. MOSELEY:  There was a mention that some

16  agencies responded and some didn't.  Does that mean they're

17  not going to because they have no responsive data or do you

18  think they should respond?

19           THE COURT:  All right.  I didn't hear your

20  question, Mr. Moseley, so can you speak up and repeat

21  yourself?

22           MR. MOSELEY:  All right.  I'll try again.

23           Ms. Rakoczy, I think, mentioned something about

24  those agencies that responded.  And I was just wondering if

25  that meant that some didn't respond because they don't have

 1    anything or we're waiting for them to respond or they should

 2    respond.  But could we ask to clarify that?

 3              MS. RAKOCZY:  I can clarify, Your Honor, if I may.

 4              THE COURT:  Sure.  Go ahead, Ms. Rakoczy.

 5              MS. RAKOCZY:  I think my use of language was

 6    imprecise there.

 7              I meant that those agencies that responded to the

 8    United States Capitol building on January 6th, and also had

 9    body-worn-camera footage, have provided it to the

10    government, and I believe the vast majority of that footage

11    is now uploaded into Evidence.com.

12              THE COURT:  Okay.

13              All right.  So I think that sort of brings us up

14    to date on discovery and where things stand.

15              Let's talk briefly about motions.  I know I have

16    not yet resolved the pending motions to dismiss on Count 1

17    and Count 2.  I continue to work on that.  And so that's the

18    status of that.

19              Mr. Beeks, and counsel for Mr. Beeks, Mr. Uller,

20    or -- is it "Yuller" or "Uller"?

21              MR. ULLER:  It's "Yuller."

22              THE COURT:  "Yuller."  Okay.

23              So you're obviously new to the case, and you're

24    about to, if you haven't already, been -- you'll receive a

25    fair amount of discovery.  But we've now had multiple

1    deadlines for Rule 12 motions for various defendants who've

2    been both originally -- who are originally part of the case

3    and subsequently added to the case.  And it is obviously up

4    to you and your client, but there are pending motions to

5    dismiss Count 1 and Count 2 of the indictment; that is, the

6    conspiracy count, and then the substantive obstruction of an

7    official proceeding count.

8            And what I've asked newly joined defendants to do

9    is simply file a notice indicating whether you are joining

10   in that motion or not, and if you are, I ask you to just

11   simply do that.  I understand there's -- there may be other

12   motions that you wish to file, but, at a minimum, just to

13   preserve your record and to ensure that any ruling in that

14   case applies equally to your client, I just ask you to file

15   a "me too" notice by the end of the week.  Is that something

16   you think you can take care of?

17           MR. ULLER:  Yes, Judge.

18           THE COURT:  Okay.

19           And then in terms of additional Rule 12 motions

20   for Mr. Beeks, you know, what do you think, Counsel, if I

21   put something out in 60 days, is that something reasonable

22   for you to file something, any additional Rule 12 motions?

23           MR. ULLER:  So we have not received any discovery

24   yet.  I don't -- we've started the process of getting the

25   license for the Evidence.com database.  But in terms of the

1    case-specific productions, I don't know what kind of

2    timeline we're looking at for that, if it's already on USAfx

3    and the government just needs to send a link over.

4              I have been in touch with counsel for the

5    government, so I imagine we'll -- I'll know where we stand

6    on discovery within the next week or two.  And if the

7    Court's inclined to give me maybe a couple -- a week or two

8    after that to give a more concrete timeline on motions,

9    that's what I would ask for.

10             THE COURT:  Okay.

11             MR. ULLER:  But if the Court has something else in

12   mind, you're the Judge.

13             THE COURT:  Why don't we do this:  Why don't we

14   set down a special hearing just for Mr. Uller and his client

15   right before Christmas so that we can get a sense of where

16   things are in terms of the production of discovery to him

17   and getting him up to speed, and then we can set a schedule

18   for Mr. Beeks.

19             You know, the Rule 12 motions, you know, some of

20   them obviously -- some of them might require access to

21   discovery; others do not.  You know, I don't know whether

22   Mr. Beeks made any statements or any evidence was gathered

23   that might be subject to a motion to suppress, so I can

24   understand why you would need access to discovery before you

25   made those decisions.

1          So why don't we at least set down a hearing for

2   Mr. Beeks and his counsel before the Christmas break just to

3   kind of get a sense of where things stand with him.

4          Are you available, Mr. Uller, at -- where are you

5   located, Mr. Uller?

6          MR. ULLER:  I'm in Milwaukee, Wisconsin.

7   I'm in the Federal Public Defender's Office in Wisconsin.

8          THE COURT:  Are you available at 11:00 a.m. on the

9   22nd of December?

10          MR. ULLER:  I'm not, actually.  I have a

11   sentencing hearing scheduled right at that time.

12          THE COURT:  Okay.

13          How about 10:00 a.m.?

14          MR. ULLER:  Yes, that would work.

15          THE COURT:  Okay.

16          I mean, I don't think it will be long.

17          Is government counsel available at 10:00 a.m. on

18   the 22nd?

19          MS. RAKOCZY:  Yes, Your Honor.  Thank you.

20          THE COURT:  All right.

21          So we'll just set a date down for Mr. Beeks and

22   his counsel at 10:00 a.m. on the 22nd of December and go

23   from there.

24          I should have backtracked one minute.  Let me just

25   touch on discovery, particular for the three defendants who

1    are held, two things:  One is, it is true -- and I don't

2    know where you all are with your clients on getting them

3    discovery, and we can talk about it as we go through the

4    individual defendants, but it is possible, as you all should

5    know, to send electronic discovery to your clients at the

6    jail, at CTF, where they will then be -- receive a laptop

7    and they can review it independently.  Now, that will

8    require you to actually download things and send it to them.

9    That's one track for making discovery available to those

10   defendants.

11           The second track, of course, is going to the jail

12   and sharing the discovery on a laptop and discussing with

13   them, because those legal visits are available right now.

14           And then the final track that Ms. Rakoczy alluded

15   to is still a work in progress, and I don't think, frankly,

16   is going to be up for some months, which is that, there will

17   be a room, a computer room, a discovery room that is being

18   set up over at CTF so that individuals can access the

19   databases from computers and -- Internet-enabled computers

20   that can connect to both Evidence.com and Relativity.com, at

21   least that's the hope, and be able to actually go to a room

22   and access it.

23           Now, that said, that's not likely to get -- based

24   on my understanding, that's unlikely to be set up in the

25   next four to six weeks, from, I understand, Ms. Peterson,

1    that laptops that have been ordered for that purpose aren't

2    even scheduled to arrive until the end of January.  So the

3    earliest this room could even get set up is probably early

4    February, and that's ambitious.  So for those of you who

5    represent individuals who are incarcerated, it's really

6    either track one or track two that's going to be the best

7    way for you to get discovery to your clients.

8         And last I checked, I don't think any of these

9    three defendants are on the waiting list.  I just checked

10   the waiting list the other day.  I don't know that any of

11   these three defendants are on the waiting list to review

12   discovery.  I may be wrong about that.  But if discovery

13   hasn't been forwarded to them, you know, that's between

14   counsel and client.  But I'm just making sure everybody is

15   aware that that is an alternative to get discovery to the

16   defendants while we're all waiting for this discovery room

17   to get up and running, which, as I said, isn't likely to

18   happen for another six to eight weeks.

19        Okay.  With that, let's talk about the April trial

20   date for a moment.  We do have the first trial in this case

21   scheduled for April 19th.  Those who are held currently,

22   Mr. Meggs, Mr. Harrelson, and Ms. Watkins will be in that

23   group.

24        Ms. Rakoczy, have you all given any thought to who

25   else the government believes or would like to see in that

 1    first group from an evidence-presentation perspective?

 2           MS. RAKOCZY:  We have given a lot of thought,

 3    Your Honor.  I think it would be useful to submit something

 4    in writing to propose that.

 5           And it also remains our position that we would

 6    love to have a few weeks, after the Court decides the

 7    motions to dismiss, to resume plea negotiations with some of

 8    the defendants who I think were hoping to see that ruling

 9    before they made a final decision on how to proceed with

10    their case.

11           And so we could set trial groupings for the April

12    date, but it would seem a little imprudent to do so and to

13    potentially put people in that trial date who might then

14    subsequently plead guilty since there is a finite number of

15    people who can be tried together and we would hate to see

16    some spots taken up by defendants who then plead guilty and

17    then we lose the judicial efficiency of being able to

18    include more people in that trial date.

19           THE COURT:  I mean, look, what you say makes

20    sense, Ms. Rakoczy.  And I know that the bottleneck here is

21    with me and getting this decision on the motion, and I

22    certainly hope to do that as expeditiously as possible.

23           My expectation is we could probably include five

24    in the first trial group.  And I guess we ought to then be

25    thinking certainly no later than January to identify who's

 1    going to be in that group, because certainly somebody -- you

 2    know, Counsel ought to have at least 90 days' notice that

 3    they're in that group if they're going to be added.

 4             So you suggested something in writing.  And is

 5    that something that would be contingent upon the motions

 6    determination or is that something you're prepared to file

 7    even before I rule?

 8             MS. RAKOCZY:  Our preference would be to have a

 9    few weeks after the Court decides the motion so that we can

10    resume some conversations that have been kind of put on

11    pause because of the outstanding nature of that motion.

12             So our preference would be to have a few weeks

13    after the Court's decision to file something.  We can

14    prepare it so that we have something drafted and ready to

15    go, but we would love to have that opportunity to talk to

16    some of the defense counsel who we had been talking with but

17    we kind of paused things.

18             THE COURT:  Okay.

19             Well, here's what I at least suggest at this

20    point, Ms. Rakoczy, which is, it would be useful, to, at a

21    minimum, for you and your colleagues to reach out to those

22    defense counsel who you are contemplating making a request

23    to have put in the first group.

24             I understand that, you know, there will be a lot

25    of moving parts between now and then, but it would be

1    helpful, I think, if I was on the other side of the

2    defense -- on the other side of the aisle here, to at least

3    have some sense of who the government is thinking about

4    including in the first group.

5             MR. ROSSI:  Your Honor, this is Gene Rossi.

6             THE COURT:  And so I think it would be useful to

7    at least begin reaching out to counsel sooner rather than

8    later to let them -- at least just give them a heads-up that

9    they may be in the April trial date, okay?

10            MS. RAKOCZY:  Could we ask just two follow-up

11   questions, Your Honor?

12            And I guess the first was whether the Court is

13   100 percent committed to five being the maximum number.

14   We understand with COVID and the needs of the Marshals

15   Service, particularly with detained defendants at trial,

16   there is certainly a limit.  But we were under the

17   impression that we might be able to get certainly at least

18   six, possibly as many as eight, individuals tried at once.

19            And then our other question was just, if it was

20   worth checking in with some of the counsel for some of the

21   detained defendants, whether they still want to be in that

22   trial grouping.  It may be premature, but I know we have

23   some counsel who recently joined the case.  And I just think

24   it would be helpful to know if they definitely anticipate

25   being prepared for that April date before we assume that all

 1    three detained defendants will want to be in that trial

 2    date.

 3              THE COURT:  Right.

 4              Well, I can do that as we go through.  I mean,

 5    I think we only -- I think both Mr. Meggs and Mr. Harrelson

 6    have had recently added counsel.  But I certainly can make

 7    that inquiry.  But it's certainly been my expectation that

 8    anybody who's held should be ready to go in April.

 9              I'll ask again, Ms. Rakoczy.  My understanding was

10    that we could do five, and particularly if we had held

11    defendants, five was the number.  But let me go back and

12    make another inquiry and I'll see if we can -- if that

13    number is actually greater than five, and if it is, I'll let

14    you all know, okay?

15              MS. RAKOCZY:  Thank you.

16              THE COURT:  What I'll do is, we'll file some kind

17    of notice indicating what the maximum number of defendants

18    that we can accommodate in the Ceremonial Courtroom is,

19    okay?

20              All right.  One other trial-related question,

21    and I've sort of been posing this question to every

22    government lawyer in cases where we've set down trial dates,

23    and that is, you know, we're not too late -- or it's not too

24    early to think about voir dire questions and potential jury

25    questionnaires, and I don't -- Ms. Rakoczy, is there any

 1    developments -- are there any developments on that front in

 2    terms of the U.S. Attorney's Office's thinking about

 3    potential -- at least a template for jury questions?

 4              MS. RAKOCZY:  Yes, Your Honor.

 5              I'm not -- I don't speak for the office, but my

 6    understanding from hearing from my colleagues is that in the

 7    majority of these cases, we do not think it will be

 8    necessary to do a special voir dire process.  I think in

 9    this particular case, it may be helpful, so I think it might

10    be our request that it might make sense and be prudent in

11    this particular case to do a special voir dire process.

12              THE COURT:  Okay.

13              Well, that will -- you know, stay tuned for that,

14    because if we are to have a special jury panel and send

15    questionnaires out in this case, all of that needs to be

16    done a few weeks ahead of when we ordinarily would get

17    summonses out for jurors.

18              So by the time we meet again next in January, we

19    should have a better sense of what we're going to do with

20    that.  And I know that actually is obviously dependent, in

21    part, on who's in that first trial, but we should make sure

22    we don't lose sight of the timing of all of that.  And I'll

23    doubly confirm with our jury office what the timing of those

24    kind of questionnaires needs to be and when they would need

25    to go out, okay?

```
 1               So those were the issues I wanted to raise

 2     generally before I turn to individual defense counsel.

 3               So is there anything else from the government,

 4     Ms. Rakoczy, that you'd like to raise, that applies to all

 5     defendants or many of them?

 6               MS. RAKOCZY:  No, Your Honor.  Thank you.

 7               THE COURT:  All right.

 8               So let's then turn to -- I'm next going to turn to

 9     individual defense counsel, starting just with sort of going

10     down the indictment as listed and if there's anything you'd

11     like to raise.

12               Mr. Fischer on behalf of Mr. Caldwell?

13               MR. FISCHER:  Good morning, Your Honor.

14               On behalf of Mr. Caldwell, we have no issues

15     regarding discovery.

16               I did file, at ECF 505, a request to modify

17     Mr. Caldwell's conditions of release.  That issue is the

18     only thing we have outstanding.  I didn't know if the Court

19     wanted to address that today or not.

20               THE COURT:  Mr. Fischer, I'm sorry to interrupt

21     you, but can we put a pin on that, because after we go

22     through everybody, I'm going to ask just those counsel who

23     have outstanding motions to stay on so we can address those

24     individual motions.

25               It wasn't clear to me that I was going to get an
```

1    opposition or some sort of response from the government, and

2    I don't know where we are in terms of the timing of that.

3    So we'll get to that in a moment.  So if you would just be

4    patient with me on that front.

5            But is there anything else you want to raise on

6    the discovery front or any other issues you'd like to

7    identify?

8            MR. FISCHER:  No, Your Honor.

9            THE COURT:  Okay.

10           Ms. Hernandez on behalf of Mr. Crowl?

11           MS. HERNANDEZ:  Good morning, Your Honor.

12           On the Evidence.com, I would just tell the

13   Court --

14           THE COURT:  Oh, Ms. Hernandez, I'm sorry to

15   interrupt you.

16           Mr. Fischer, have you been able to get on

17   Evidence.com?  Have you applied for the license?

18           MR. FISCHER:  Your Honor, I have not applied.

19   Mr. Caldwell did not enter the Capitol, so that's not a

20   priority in discovery yet, but I can get around to doing

21   that over the next couple of weeks.

22           THE COURT:  All right.

23           I'm sorry, Ms. Hernandez, I interrupted you.

24   Go ahead.

25           MS. HERNANDEZ:  Good morning, Your Honor.

```
 1              So I have a license for Evidence.com.  I will tell
 2    the Court it's a little more computer-complex than I
 3    anticipated, but I'm working on that.  I have not yet
 4    accessed the videos, but I have the license, which was
 5    fairly easy to obtain from the Federal Defender system.  But
 6    it is -- it's just computer-dense, let me put it that way.
 7              On the 1512 motion, Your Honor, that the Court has
 8    under advisement, I know that the government and other
 9    counsel have filed a number of these before other judges.
10    And from time to time, it appears that there are different
11    arguments made in those cases, both by the government and by
12    defense counsel.  And I just -- I know we've bombarded the
13    Court with pleadings, but I wonder if the Court is
14    interested in having sort of a summary of anything else --
15    anything new that may have been filed.  I mean, from my
16    pie -- I feel like I almost have to bring that up to the
17    Court's attention if there's any new argument or something
18    being raised in another -- before another court.
19              THE COURT:  I mean, look, I have plenty before me.
20    If there's another argument being made before another judge,
21    then that argument is before another judge, and I'm only
22    going to deal with the arguments that are before me.
23              So if someone believes that there's a new
24    dimension to the arguments that have already exhaustively
25    been made, you need to make it in this case.  And don't rely
```

1   on the fact that it's been made in some other proceeding by

2   some other defendant, because I certainly won't reach out on

3   an argument that hasn't been put before me.  And if there's

4   to be an appeal on it, you can rest assured that unless it's

5   raised in this case, that the D.C. Circuit isn't going to

6   consider it in any appeal in this case

7           MS. HERNANDEZ:  Correct.

8           And, Your Honor, when you mention "appeal," my

9   understanding from government counsel, not in this case but

10  in other cases, is that their intent is to file an

11  interlocutory appeal were any judge to grant the motion to

12  dismiss the 1512.  So in terms of trial schedules, just

13  letting the Court know that.  I mean, maybe the Court was

14  already aware of that.

15          THE COURT:  It wouldn't surprise me if that's what

16  would happen, yes.  It wouldn't surprise me.  And it will

17  undoubtedly, if that comes to pass, will affect scheduling.

18          MS. HERNANDEZ:  Right.

19          And other than that, Your Honor, I'm still

20  concerned with the superseding indictments.  I'm still

21  concerned that the number -- Person One, who's alleged to be

22  the leader of the Oath Keepers, who we've received discovery

23  on, has not been charged, and I, frankly, don't see how an

24  Oath Keepers' conspiracy trial can be had if that person

25  hasn't been charged in this case.  So I still have concerns

1    about the volume of discovery, the number of defendants, and

2    the continuing nature of the supersedings.

3              THE COURT:  Okay.

4              MS. HERNANDEZ:  I don't know if -- I've asked the

5    Court in the past maybe to put a deadline as to when the

6    government can continue to supersede, but that's the only

7    concern I have in the case at this point.

8              THE COURT:  Understood.

9              And as I've said in the past, you know, if the

10   government is intent on superseding, then I don't think

11   there's anything I can do to prevent that.  You know, it may

12   impact what kind of evidence the government may be able to

13   present in any given trial that's already scheduled and any

14   impact it could have on proceedings against defendants who

15   are already part of the case, but, you know, we'll just have

16   to see.

17             I mean, as we've heard from the get-go, you know,

18   the government's investigation is ongoing, and, you know,

19   I don't know where it's going to lead.  Your guess is as

20   good as mine.  I don't have any special insight into it, and

21   I'm not going to put Ms. Rakoczy on the spot to tell us

22   where things stand.

23             All right.  Let's turn then to Ms. Watkins and

24   Ms. Peterson.

25             MS. PETERSON:  Yes, Your Honor.

1          I don't have anything to raise at this point.

2    I do believe a jury questionnaire will be necessary.

3    And I'm happy to work with other counsel who are on the

4    April case, work with government, to try to come up with a

5    joint proposal for a jury questionnaire, but I do absolutely

6    believe it will be necessary in this case.

7          With respect to discovery, I obviously do have my

8    license for Evidence.com.  Ms. Watkins has been provided

9    discovery at the jail.  We had the first method, as well as

10   the second method the Court outlined.

11         I do not -- am not entirely confident that the

12   waitlist that the Court has received is entirely accurate,

13   because I know that she has one set now, but is on the

14   waitlist for the second set.  But it is -- the Court is

15   correct that that process works and it can be done in that

16   fashion.

17         I don't have anything further.

18         THE COURT:  Thank you, Ms. Peterson.

19         I'll take a -- I looked quickly at the list, and I

20   may have missed Ms. Watkins' name if she's not on it.  So if

21   you think she should be on it, I'll double-check, and if it

22   turns out she's not, I'll let you know.

23         MS. PETERSON:  That's all right, Your Honor.

24   I've got a connection at the jail and am able to make sure

25   that she's on the list.  So I'll follow up on it as well.

1   So nothing that I need the Court to do.

2              THE COURT:  All right.  Thank you.

3              Hang on one second.

4              (Pause)

5              THE COURT:  Okay.  I misspoke.  I'm now looking at

6    the list again, and I do see Ms. Watkins's name on the list.

7    I misspoke.  Sorry about that.

8              Let's turn then to Mr. Machado on behalf of

9    Ms. Parker.

10             MR. MACHADO:  Yes, Your Honor.

11             We only have one issue with regard to discovery,

12   which we're working out with Ms. Rakoczy, they're

13   cooperating, we're just trying to finalize that, it doesn't

14   need to bubble up to your level at this point.

15             And then as far as the license is concerned,

16   I have the paperwork, I just am trying to finalize getting

17   some assistance, as far as a paralegal is concerned, so

18   I'm going to try and get both licenses at the same time.

19   Once I have that information and once everything has been

20   approved, I'll be submitting it.  I hope to finish that by

21   the end of this week.

22             But other than that, no other issues.  Thank you,

23   Your Honor.

24             THE COURT:  All right.

25             Mr. Brennwald on behalf of Mr. Parker?

1          MR. BRENNWALD:  No issues, Your Honor.  I have

2    applied for the license, and I expect to get it shortly.

3          THE COURT:  Okay.

4          Mr. Cooper on behalf of Ms. Steele?

5          MR. COOPER:  Good morning, Your Honor.

6          I have nothing else to add to what's already been

7    said.  I am in the process of applying and that will be done

8    today.

9          THE COURT:  Okay.

10         I'm sorry, so you are in the process of applying

11   for it, Mr. Cooper?

12         MR. COOPER:  Yes, Your Honor.  And that will be

13   done today.

14         THE COURT:  Okay.

15         All right.  Mr. Moseley on behalf of Mr. Meggs?

16         MR. MOSELEY:  Yes, thank you, Your Honor.  I'll

17   try to be brief about each item.

18         I've applied for Evidence.com, which I've used.

19         Can you hear me?

20         THE COURT:  Yes.

21         MR. MOSELEY:  All right.

22         I've applied for Evidence.com, but, for reasons

23   past, when I did the application, I think it bounced back.

24   So if someone could just help make sure we have the correct

25   email address, I think it's been received, but I'm not sure.

1              In terms of discovery, I -- what's that?

2    I don't have anything from prior counsel good case file or

3    the previous discovery.  I'm getting USAfx transmissions and

4    things.

5              And so I have not put Mr. Meggs on the list or

6    worked with him; I don't have anything to share with him.

7    It's not exactly the government's fault in terms of the

8    change of attorney, but they have agreed to, I guess, this

9    extension.

10             So at the moment, I'm waiting for that.  And

11   I think that if we're able to jump on that, assuming I'm

12   able to get that, I certainly intend to be ready for April,

13   including second chair and dealing with other things to deal

14   with.  There's a lot of detail involved in that.

15             I know one attorney has suggested that although

16   the Public Defender's Office is doing a tremendous job in

17   setting up the facilities, they may have some technical

18   difficulty giving them access to PACER.  So far, I've just

19   been printing out a lot of things and sending it to Kelly

20   Meggs.

21             And so that would be where we are in discovery and

22   things, and I believe that's where we stand.

23             THE COURT:  All right.

24             Well, Mr. Moseley, I guess two things:  One is

25   obviously, to the extent you need access that the government

1   can provide, you know, certainly Ms. Rakoczy can assist with

2   that.

3            But if you've not received the file from

4   Mr. Wilson --

5            MR. MOSELEY:  That's correct.

6            THE COURT:  -- and you've asked for it, then you

7   need to let me know that, because he obviously has an

8   obligation to turn that file over and turn that over to new

9   counsel, and I understood that he was going to do that.  And

10  it hasn't happened and it's impairing your ability and

11  inhibiting your ability to get prepared for trial, then I

12  need to know that sooner rather than later, okay?

13           MR. MOSELEY:  Well, let me ask one more time.

14           And Mr. Meggs's son has offered to go pick it up

15  in Florida, because he's in Florida.  And let me try it.

16           But just in terms of assuming that all those

17  things get wrapped up, then I believe we can be on track

18  with the calendar.  Just letting you know where we stand.

19           THE COURT:  All right.

20           So we'll wait to hear from you on that front.

21  And, as I said, if I need to intercede, you ought to let me

22  know sooner rather than later.

23           Let me turn then to Ms. Haller on behalf of

24  Ms. Meggs.

25           MS. HALLER:  Yes, Your Honor.

1          We have nothing to add, Your Honor.  We would

2    note, just so that Your Honor knows, Mr. Woodward has gotten

3    his license in our team.  I am in the process, because I am

4    also waiting to confirm the status with my paralegal.  And

5    also we're going to discuss multiple licenses, to the extent

6    we can get them, for Mrs. Meggs.

7          But other than that, we have nothing to raise

8    beyond what's been said.  Thank you, Your Honor.

9          THE COURT:  All right.  Thank you.

10         All right.  Mr. Geyer on behalf of Mr. Harrelson?

11         MR. GEYER:  Good morning, Your Honor.

12         I would second what Ms. Peterson suggested about

13   the jury questionnaire, I think that's very important.

14         I will apply for the Evidence.com license later on

15   today.  We've been kept very busy with the hard drives that

16   have been provided to us and also information that's

17   provided to us by other counsel and also the public, quite

18   frankly.

19         And I'm still not able to get on USAfx, but I

20   can't say that that's the government issue; I'm not entirely

21   sure.  The government has been very good about, when they do

22   provide discovery, sometimes when it's even belated, they're

23   very good about pointing us to the part that's most helpful

24   for our purposes.

25         Everything else is before -- two pending motions

1    before the Court.  If we can get an enlargement on time,

2    that'll be before you on paper.  Thank you, Your Honor.

3                THE COURT:  All right.  Thank you.

4                Mr. Guillaume on behalf of Mr. Minuta?

5                MR. GUILLAUME:  Good morning, Your Honor.

6                As the Court is aware, I'm relatively new to the

7    case also.  However, I have been in touch with government

8    counsel, have received access to most of the discovery.

9    I have not yet received a license for Evidence.com.

10   I applied about a week ago, so I'm still waiting on that.

11               And I do have a pending motion -- a consent motion

12   to potentially file more -- additional pretrial motions or

13   potentially supplement prior counsel's motions.

14               But other than those things, Your Honor, we are

15   going forward with relative ease, I guess, in this case.

16               THE COURT:  Okay.

17               Ms. Robin on behalf of Mr. James?

18               MR. LEIBIG:  Judge, this is Chris Leibig for

19   Mr. James today.

20               THE COURT:  Oh.  Good morning, Mr. Leibig.

21               MR. LEIBIG:  We have nothing to add to the

22   discovery discussion.  We have applied for the license, and

23   that's all we have for now.

24               THE COURT:  Okay.  Thank you.

25               Mr. Spina and Mr. MacMahon on behalf of

1   Mr. Walden?

2           MR. MacMAHON:  Go afternoon, Your Honor.  Edward

3   MacMahon again for Mr. Walden.

4           Both Mr. Spina and I have applied for and been

5   granted licenses and have been able to get on the platform.

6   It is challenging.  But other than that, I don't have

7   anything else to add.  We didn't have any other issues.

8           THE COURT:  Okay.

9           I think I heard you, Mr. MacMahon, you were

10  breaking up a little bit, but I thought I understood you to

11  say that both you and Mr. Spina have gotten your licenses

12  and have been able to get on the platform; is that correct?

13          MR. MacMAHON:  It is, Your Honor.

14          THE COURT:  Okay.

15          Ms. Halim on behalf of Mr. Hackett?

16          MS. HALIM:  Yes, Your Honor.

17          I do have the license, and I have been able to get

18  on to the Evidence.com platform.

19          And I'd also just like to echo others who have

20  voiced support for a jury questionnaire.  That's something

21  that I agree is also necessary in this case.

22          THE COURT:  Okay.

23          MS. HALIM:  With that, there's nothing additional

24  on Mr. Hackett's behalf.

25          THE COURT:  Thank you, Ms. Halim.

```
 1                Mr. Rossi on behalf of Mr. Isaacs?

 2                Mr. Rossi, I think you're on mute.

 3                MR. ROSSI:  Well, you missed my "Happy holidays to

 4     the Court and to everyone on this call."

 5                We have a license for and access to Evidence.com.

 6     I would join in the comment about jury questions; I think

 7     they're vital.  And other than that, we have no issues to

 8     raise; Ms. Rakoczy has been very responsive in discovery.

 9                THE COURT:  All right.  Thank you, Mr. Rossi.

10                All right.  Mr. Weinberg on behalf of

11     Mr. Moerschel?

12                MR. WEINBERG:  Yes, Your Honor, we have no issues.

13                THE COURT:  Okay.

14                And have you obtained or applied for a license yet

15     for Evidence.com?

16                MR. WEINBERG:  I have not.  We're going to do that

17     today.

18                THE COURT:  Okay.

19                All right.  And then Mr. Balbo on behalf of

20     Mr. Ulrich?

21                MR. BALBO:  Yes, Your Honor.

22                We received our license for Evidence.com last

23     week.  No other issues in discovery at this time.  But we

24     would also agree with other counsel about the need for a

25     jury questionnaire in this case.  But nothing else,
```

1    Your Honor.

2              THE COURT:  Okay.

3              And then, Mr. Beeks, we've already spoke --

4    I'm sorry, Mr. Uller on behalf of Mr. Beeks, we've already

5    spoken, and we'll reconvene with you in a couple of weeks to

6    get a better sense of where things stand with respect to you

7    and your client.

8              Okay.  So with that, those are all the global

9    issues I wanted to raise.  Is there anything else anybody

10   wants to raise?  I'm going to ask certain counsel to stay on

11   in a moment because there are pending issues that are

12   specific to each -- to certain defendants.  So unless

13   there's anything else that -- oh, yes, here's the one other

14   thing we need to also raise, which is a next date for a

15   status conference.  How about January 25th at 11:00 a.m.?

16             MR. MacMAHON:  Your Honor, Edward MacMahon.

17   I'll be in trial in Alexandria that week, but Mr. Spina can

18   cover, if that's okay.

19             THE COURT:  That's fine, Mr. MacMahon.

20             MR. MacMAHON:  Thank you, Your Honor.

21             THE COURT:  All right.

22             So January 25th, 11:00 a.m., will be our next

23   status conference.  And I expect that we'll probably have a

24   fair amount to discuss by that date.

25             Okay.  So unless there's anything --

1          MS. HERNANDEZ:  I'm sorry, Your Honor.  I have

2   status in front of Judge Cooper at 11:00 a.m. on

3   January 25th.  It's a single-defendant case, so I could try

4   to move that status.

5          THE COURT:  If you would, Ms. Hernandez, that

6   would be helpful.  I can always talk to Judge Cooper to see

7   if that can get moved.

8          MS. HERNANDEZ:  Okay.  I will.

9          MR. ROSSI:  Judge, Gene Rossi for Mr. Isaacs.

10  I'll be in trial that week, but Ms. Napierala can fill in.

11         THE COURT:  Okay.  Terrific.

12         Thank you, Mr. Rossi.  I appreciate that.

13  With so many counsel, it's hard to get a date that works for

14  everybody.

15         Okay.  Thank you, all.

16         So the following counsel should stay on:  Counsel

17  for Mr. Caldwell, Mr. Harrelson, and Mr. Meggs should all

18  remain, as well as counsel for Mr. James.

19         MS. RAKOCZY:  Your Honor, I apologize for

20  interrupting.

21         Would the Court consider making a finding that the

22  time under the Speedy Trial Act should be tolled between now

23  and the next status due to the continuing interests of

24  justice and reviewing voluminous discovery materials and the

25  ongoing pandemic?

1          THE COURT:  Any objection to the exclusion --

2   I mean, the motions are still pending, so the time is tolled

3   for the time being, but is there any objection to tolling

4   time from any counsel through the next status hearing of

5   January 25th?

6          MR. MOSELEY:  Jon Moseley.

7          While I don't think my client actually wants to

8   agree to that -- but I'm not sure I'm going to argue against

9   it, but I wouldn't want it to be noted by agreement for

10  Kelly Meggs.

11         THE COURT:  Okay.

12         Well, I will exclude.

13         MR. GEYER:  Your Honor, I'm sorry, Brad Geyer.

14         I feel the same way about my client,

15  Mr. Harrelson.

16         THE COURT:  Okay.  Understood.

17         All right.  So I will -- with the objections or

18  reservations noted, I'll exclude time through January 25th

19  under the Speedy Trial Act.  I do think, given the

20  complexity and the nature of this case, the continued

21  exclusion of time is warranted to enable defense counsel to

22  get access to the two discovery platforms.  As we've

23  discussed today, some counsel are -- either have or are in

24  the process of getting access to Evidence.com, which

25  contains the reservoir of video evidence in this case, which

1    is quite voluminous.

2            The Relativity database is still not yet up and

3    running.  And so counsel, as I understand it from today's

4    discussion, still does not have access to that and it may be

5    some weeks before that happens.  And so getting access to

6    that information and that -- that evidence, excuse me, is

7    critically important to ensuring that the defendants have

8    adequate time to prepare for trial.

9            And so for those reasons, as well as those reasons

10   that I think are stated in the current standing order, I do

11   think the exclusion of time through January the 25th is

12   warranted and that the ends of justice are outweighed by the

13   interest of the defendants and the public in a speedy trial,

14   and so we'll exclude time through the 25th for those

15   reasons, okay?

16           All right.  So everybody else can sign off other

17   than Mr. Caldwell's counsel, Harrelson's counsel, Meggs's

18   counsel, and Mr. James's counsel.

19           Thank you, everyone, and have a nice holiday.

20           (Pause)

21           THE COURT:  Okay.

22           Let me start with Mr. Leibig.  I see you there on

23   the top of my screen.

24           There was a pretrial compliance issue concerning

25   Mr. James and his possession of a hunting bow.  Any response

1   with respect to that pretrial compliance report?

2         MR. LEIBIG:  Yes, Judge.

3         I have spoken to government counsel about it.

4   What happened is, the James family moved with permission of

5   Pretrial and moved into a new home nearby their old home on

6   December 1st.  It was during that move and the visits by

7   Pretrial for them to check out that residence that the

8   conversation happened.

9         Mr. James was asked if he had a hunting bow; he

10  truthfully said he did.  The bow is currently in the garage

11  as was ordered.  He doesn't intend to possess it.  The

12  Pretrial Officer, through discussion with Mr. James, told --

13  suggested to him and said to him it was felt, in their mind,

14  to be a gray area about the bow.

15        The Pretrial Officers from Alabama contacted D.C.,

16  were told it does count as a weapon, and that if he wanted

17  to ever possess that, he would need to file a motion.  We

18  don't intend to file that motion at this time.  That's not

19  something that's important to us.

20        Mr. James fully understands the rule now.

21  I've spoken to his wife this morning.  The bow is located in

22  the garage at their previous home, and she has every ability

23  to move it again somewhere else to store it to a friend's

24  home.

25        And it's just not an issue in Mr. James's mind at

1    all; it's something that came up during their move.  It has

2    never come up with us.  We had never advised -- and if it

3    had, Mr. James had any idea he was in violation to have that

4    in the home, he would have brought it to our attention and

5    gotten rid of it.

6         His home -- his old home had been previously

7    searched and there have been home visits.  It's just not

8    nothing that came up.

9         THE COURT:  That's fine, Mr. Leibig.  I just

10   wanted to know -- I appreciate all that in the way of

11   background.  I mean, if Mr. James is intending to turn it

12   in, I think that probably resolve it.

13        Is Pretrial on the line?

14        Okay.  I don't know that we have a Pretrial

15   Officer.  But I will assume that Mr. James will take the

16   necessary steps that are being requested of him by Pretrial

17   in Alabama to handle the bow, the hunting bow.  But,

18   otherwise, I'm certainly not concerned and I can understand

19   why it's a gray area and why Mr. James may not have

20   understood that that may be something that needed to be

21   turned in, okay?

22        MR. LEIBIG:  Yes, Your Honor.

23        THE COURT:  All right.  Thank you, all.  You are

24   free to leave.

25        All right.  So let me turn then to Mr. Caldwell

1   and Mr. Fischer.

2          And so there was -- there's a pending motion to

3   modify some of Mr. Caldwell's conditions.  The government at

4   least had indicated orally that it was opposed to them.

5   I wasn't sure whether the government intended to file

6   something or not.

7          MS. RAKOCZY:  Your Honor, we would like the

8   opportunity to file something in writing, very brief, and

9   we'd ask until this Wednesday to file that response.

10          THE COURT:  Okay.  That's fine.

11          I mean, I will say the one thing that Mr. Fischer

12  raises in his motion that is giving me pause or at least,

13  you know, something to chew on is, you know, do we need

14  to -- and this arguably may not even just be limited to

15  Mr. Caldwell, to the extent that individuals have been

16  limited in their use of and access to the Internet, whether

17  I can -- whether that condition needs to be modified to

18  enable them to access evidence in their case, and in the

19  case of Mr. Caldwell, you know, his civil case as well.

20          So, you know, I do think that is something that I

21  need to think about.  It's the first time it's been raised,

22  and it's not clear to me yet -- I mean, this may be the

23  first time that defendants are actually getting access to

24  evidence online.  So that's just something to bear in mind

25  in terms of your response, Ms. Rakoczy, and then I can deal

```
 1    with the request.
 2              MS. RAKOCZY:  Yes, Your Honor.  Thank you.
 3              THE COURT:  Okay.
 4              And then if we need to get together to talk it
 5    through, I'll reach out to counsel to try and get that taken
 6    care of, okay?
 7              All right.  So we'll get that taken care of as
 8    soon as I get a response from the government, Mr. Fischer.
 9    And unless there's anything else, you are free to leave.
10              MR. FISCHER:  Thank you, Your Honor.
11    Happy holidays.
12              THE COURT:  Same to you, Mr. Fischer.  Thank you.
13              Okay.  Let's talk -- so we've got left Mr. Meggs
14    and Mr. Harrelson, both of whom have a number of pending
15    motions.
16              Let's talk about the one motion that I believe is
17    sort of a joint motion, and this is this motion to remove
18    the designation -- the confidentiality designation from some
19    video.
20              I guess I don't quite understand what's being
21    requested, one.  But, more importantly, it's not clear to me
22    that there's been a full meet-and-confer with the government
23    here about what the request is, and so I'd like to be
24    satisfied that that's actually happened, you know, in other
25    words, to specifically identify what video.
```

1          And, first of all, it's not even clear to me,

2  based on the motion that was filed, that counsel knows what

3  video they're talking about, given that it's based on a

4  filing made in another case and some public reporting of

5  that filing.

6          So have you all actually talked about a specific

7  video and made a specific request to the government to have

8  that classification changed on that video?

9          MR. MOSELEY:  Well, Your Honor, it's a little

10 complicated, because in the other case, Joe McBride has

11 filed to have the designation removed after we filed our

12 motion, which was actually going to -- well, I didn't know

13 if a reply for a motion for reconsideration was needed,

14 but -- and I was thinking of bringing that to the Court's

15 attention.

16         I think he will dispute the extent of the email

17 exchanges, and the extent to which video is known.  I'll

18 print a copy to the prosecutor from that case, and I think

19 it's -- I believe it's fully identified in the pleading that

20 I referred to.

21         But since in the Ryan Nichols case they've now

22 gone ahead and asked for it to be removed there, I would

23 probably feel comfortable -- and I'm not -- I'm thinking it

24 through -- at least deferring or refiling that at a point

25 where maybe we see what happens in the Ryan Nichols case, it

1    being the same video.

2            THE COURT:  Okay.

3            Well, look, if you're prepared to defer my ruling

4    on the motion, because, as I said, it's not clear to me

5    there's been a fulsome meet-and-confer here, I'm happy to do

6    that.  That'll also give you all time to have a more fulsome

7    discussion with Ms. Rakoczy.  Then you can do that.

8            Is that something, Mr. Geyer, that is acceptable

9    to you?

10           MR. GEYER:  Yes, Your Honor.  Thank you.

11           THE COURT:  All right.

12           So I'll defer that motion, and then you all can

13   just let me know what happens in the other case and what the

14   government's position is, depending on the outcome of

15   whatever is happening in that other matter about this

16   particular video.

17           Okay.  There's then the motions that have been

18   filed by Mr. Caldwell -- excuse me, on behalf of

19   Mr. Harrelson for release.

20           Mr. Moseley, I have -- excuse me, Mr. Geyer,

21   I think I granted today the request for some additional

22   time.  Those should have come over by Minute Order; if they

23   not, they will.  I believe you've asked for till this

24   afternoon one of the motions, and then till tomorrow on the

25   other.  And so you'll get that extension of time and then

1    we'll take it from there, okay?

2            MR. GEYER:  Thank you, Your Honor.  I'll reserve

3    my comment on that for the papers.  Thank you so much.

4            THE COURT:  All right.  Thank you.

5            All right.  That leaves --

6            MR. MOSELEY:  And just --

7            THE COURT:  I'm sorry?

8            MR. MOSELEY:  And just for the record, to be

9    clear, is that I don't -- for release from detention --

10   pretrial detention, I think Harrelson has that pending by

11   Brad Geyer, I don't have that pending for Kelly Meggs,

12   reviewing some of the past motions and the conditions that

13   may apply.  So just for the record, I may file one, but

14   I don't have one before you the way Mr. Harrelson does.

15           THE COURT:  Okay.  Understood.

16           So then the last motion has been filed by

17   Mr. Moseley on behalf of Mr. Meggs, and that's seeking a

18   subpoena from the Capitol Police.

19           The government hasn't responded to that motion;

20   I don't know if you intend to do so, Ms. Rakoczy.

21           MS. RAKOCZY:  Yes, Your Honor, we would like to

22   respond to the motion.

23           THE COURT:  Okay.  So I guess I'll just wait for a

24   response.

25           I mean, look, the bottom line, Mr. Moseley, to me,

1   is as follows, which is, you know, look, the defense

2   obviously has every right to try and independently seek

3   evidence from whatever source it believes might have

4   evidence that's helpful to the defense.  On the other hand,

5   you know, there's a lot that's been produced in this case

6   from the Capitol Police, including hours of video, some of

7   which is covered by your subpoena.

8          And so if there is really something that you

9   haven't gotten, then perhaps -- and there's something you

10  want that you don't think you've received, then I would urge

11  you to confer with Ms. Rakoczy to confirm that it's

12  something that's outside the scope of what's already been

13  provided.  You know, maybe we need something a little bit

14  more finely tailored.

15         But at least as of right now, the scope of the

16  production is pretty broad in terms of what you're asking

17  for, and I suspect encompasses a fair amount that's already

18  been produced.  And, you know, defense subpoena, you're not

19  entitled to get stuff you've already gotten.

20         MR. MOSELEY:  Yes.

21         THE COURT:  I'm sorry?

22         MR. MOSELEY:  Yes, certainly that would be true.

23         But, you know, as I've been dealing with, you

24  know, what is expected of the same office in another case,

25  we've gotten a tremendous volume of information, but nothing

 1  that I actually asked for.  You know, the things that

 2  defense counsel, from their analysis, believe to be

 3  important and potentially exculpatory is not, I think,

 4  reflected in the flood of information that I'm seeing.

 5          THE COURT:  Well, as I said, you know, if that is

 6  the case, if you believe there is information, then

 7  certainly, you know, it would be properly, potentially

 8  something you could obtain by subpoena.

 9          You know, obviously -- look, there's an additional

10  level of complexity here in the sense that any time you

11  subpoena a government agency, it creates levels of

12  complexity than if you're subpoenaing a third party that is

13  not a government entity.

14          And so, you know, you've got prosecutors here who

15  generally have been responsive to defense counsel, is my

16  understanding.  And if there are specific things you want

17  from the Capitol Police that they can obtain, then I would

18  suspect that that may be a more expeditious route to get

19  what you want.

20          But, again, I'll leave it to you-all to resolve

21  that in the first instance, because it's in my interest to

22  make sure you're getting what you think is relevant and what

23  you ought to get, okay?

24          MR. MOSELEY:  Yes.  Thank you, Your Honor.

25          THE COURT:  And, you know, if -- you know, I'd

 1   encourage you-all to have a discussion about this.  And if

 2   Ms. Rakoczy is going to file something by Wednesday,

 3   terrific.  On the other hand, Ms. Rakoczy, if reaching out

 4   to have a discussion about this, you-all can agree, you

 5   know, much like lawyers do in civil discovery, as to what

 6   will be made available -- what the government will look for

 7   and make available, all the better.

 8           MS. RAKOCZY:  Yes, Your Honor.  We'll reach out to

 9   Mr. Moseley after the hearing to see if maybe we can reach

10   some kind of agreement and then file something to say the

11   status of things.

12           THE COURT:  Okay.  Terrific.

13           MR. MOSELEY:  And if I just note on that that

14   I believe that while you never know what you're going to

15   get, maybe I'll regret asking for it, but I think there's

16   pretty core issues about what Count 1 and Count 2 is

17   alleging.  So I hope we can come to -- we can, you know,

18   deal with it.

19           We've got an awful lot of information that I don't

20   really think is helping me, as people say.  It may be a very

21   tremendous effort upon the part of the government.  And I

22   know it's not easy for them, any more than it is for us, but

23   I do want to kind of zero in on it.

24           THE COURT:  Okay.

25           So I think that addresses what's outstanding, and

1   so we'll look forward to getting something from the

2   government on Wednesday.  Hopefully, it's something that

3   says you-all are continuing to work on this and there's no

4   need for me to issue a subpoena at this point.  But just let

5   me know where things stand and we will take it from there,

6   all right?

7           Thank you, all.  And if I don't see you before the

8   holidays, have a nice holiday, everyone.  Thank you.

9           COURTROOM DEPUTY:  All rise.

10          MR. MOSELEY:  Oh, wait.  Your Honor?

11          THE COURT:  Yes, Mr. Moseley.

12          MR. MOSELEY:  I was just going to ask that the

13  resolution of some of these motions have waited till

14  January 25th.  I just hope we can, if necessary, get some

15  decisions before January 25th so we can key it up for a

16  hearing if it's something like we just talked about that

17  doesn't need to wait that long.

18          THE COURT:  Maybe I'm not following, but if -- oh,

19  if these motions remain unresolved, then certainly it won't

20  take until January 25th for me to resolve them, if that's

21  what you're suggesting.

22          MR. MOSELEY:  Thank you, Your Honor.

23          THE COURT:  Yeah.  Okay.

24          MR. GEYER:  Your Honor, if I may just real quick.

25          I want to make -- I'll extend an olive branch to

1    the government if, in light of the discovery disclosure, the

2    *Brady* disclosure that was made a few days ago, if there's

3    any interest in maybe re-evaluating or maybe taking a fresh

4    view as to the actual risks posed by my client, it could be

5    that we could come to some sort of stipulated recommendation

6    about getting Mr. Harrelson to home confinement, where I

7    would feel much more comfortable, in terms of how I prepare

8    a defense, working with him hand in glove from his home,

9    probably putting him to work 16 hours a day on his case, and

10   I would have much greater confidence that that trial date in

11   April will hold up.

12           So I'm extending an olive branch.  I don't believe

13   that my -- you know what?  That's all I'm going to say

14   because I don't want to go outside the -- this isn't a

15   hearing.  I just wanted to say that, because I'd be willing

16   to withdraw pending motions.

17           THE COURT:  All right.

18           Well, look, I mean, I'm always -- I would always

19   encourage counsel to try and resolve disputed issues,

20   whether it's subpoenas or the bond -- you know, the

21   detention status of a defendant.

22           And I'm not sure what the -- what you're referring

23   to about recent *Brady* disclosures, so I'm not sure -- and

24   that's not before me.  If that's something I need to

25   consider, then maybe that's something I should be made aware

1    of.

2           MR. GEYER:  Your Honor --

3           THE COURT:  But, you know, if Mr. Nestler and his

4    colleagues are prepared to negotiate, then by all means,

5    have at it.

6           MR. GEYER:  It's in my filing.  And I don't want

7    to take two bites at the apple, Your Honor.  Thank you very

8    much.

9           THE COURT:  Okay.

10          Mr. Moseley, you're on the phone while the hearing

11   is still ongoing, but that's okay, I think we're wrapping

12   up.

13          Mr. Nestler, did you want to add anything before

14   we conclude?

15          MR. NESTLER:  No, Your Honor.

16          THE COURT:  Okay.

17          Thank you all very much.

18          COURTROOM DEPUTY:  All rise.

19          (Proceedings concluded at 12:30 p.m.)

20

21

22

23

24

25

C E R T I F I C A T E

      I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

      Please note:  This hearing occurred during the COVID-19 pandemic and is therefore subject to the technological limitations of court reporting remotely.



Date:__January 28, 2022_____    _____

                     William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY: [8]** 8/2 8/6 9/19 10/16 11/6 11/21 12/24 61/9 63/18
**MR. BALBO: [1]** 46/21
**MR. BRENNWALD: [1]** 40/1
**MR. COOPER: [2]** 40/5 40/12
**MR. FISCHER: [4]** 33/13 34/8 34/18 54/10
**MR. GEYER: [7]** 43/1 49/13 56/10 57/2 61/24 63/2 63/6
**MR. GUILLAUME: [1]** 44/5
**MR. LEIBIG: [4]** 44/18 44/21 51/2 52/22
**MR. MACHADO: [1]** 39/10
**MR. MacMAHON: [4]** 45/2 45/13 47/16 47/20
**MR. MOSELEY: [18]** 21/11 21/15 21/22 40/16 40/21 42/5 42/13 49/6 55/9 57/6 57/8 58/20 58/22 59/24 60/13 61/10 61/12 61/22
**MR. NESTLER: [1]** 63/15
**MR. ROSSI: [3]** 30/5 46/3 48/9
**MR. ULLER: [10]** 13/18 13/24 14/3 22/21 23/17 23/23 24/11 25/6 25/10 25/14
**MR. WEINBERG: [3]** 12/15 46/12 46/16
**MS. HALIM: [3]** 11/12 45/16 45/23
**MS. HALLER: [1]** 42/25
**MS. HERNANDEZ: [7]** 34/11 34/25 36/7 36/18 37/4 48/1 48/8
**MS. PETERSON: [3]** 20/4 37/25 38/23
**MS. RAKOCZY: [16]** 15/15 19/16 22/3 22/5 25/19 28/2 29/8 30/10 31/15 32/4 33/6 48/19 53/7 54/2 57/21 60/8
**THE COURT: [93]**

**0**

**08077 [1]** 4/4
**0826 [1]** 2/5
**0840 [1]** 2/18

**1**

**10 [1]** 8/12
**100 percent [1]** 30/13
**1000 [1]** 7/4
**10174-3699 [1]** 6/9
**1025 [1]** 6/3
**107 [1]** 5/12

**108-1126 [1]** 7/19
**11 [1]** 8/13
**1100 [1]** 5/18
**114 [2]** 5/4 6/13
**11:00 [4]** 25/8 47/15 47/22 48/2
**11:14 [1]** 1/6
**12 [5]** 8/14 23/1 23/19 23/22 24/19
**1230 [1]** 3/10
**1297 [1]** 6/18
**12:30 [1]** 63/19
**13 [1]** 8/14
**1330 [2]** 5/8 5/9
**1361 [3]** 11/4 12/6 13/9
**14 [3]** 8/15 10/20 11/7
**1431 [1]** 3/5
**15 [2]** 12/10 18/18
**1512 [7]** 11/1 11/9 12/3 12/12 13/6 35/7 36/12
**16 [2]** 8/15 62/9
**17 [2]** 8/16 11/22
**1752 [3]** 11/6 12/9 13/12
**1776 [1]** 6/19
**18 [16]** 8/16 10/22 10/25 11/3 11/6 11/8 11/24 12/2 12/5 12/8 12/11 13/2 13/5 13/8 13/11 13/14
**1808 [1]** 3/18
**19 [3]** 8/17 12/25 64/6
**19106 [1]** 5/18
**19th [1]** 27/21
**1st [1]** 51/6

**2**

**200 [1]** 5/8
**20001 [3]** 2/17 3/4 7/9
**20003 [1]** 2/21
**20004 [1]** 2/13
**20007 [1]** 6/4
**20010 [1]** 3/18
**20036 [1]** 3/15
**2006 [1]** 4/3
**20118 [1]** 5/13
**202 [7]** 1/15 2/13 3/5 3/15 3/19 6/5 7/10
**2021 [1]** 1/5
**2022 [1]** 64/10
**205 [1]** 5/9
**20530 [1]** 1/15
**20770 [1]** 4/9
**20777 [1]** 2/8
**208-7500 [1]** 2/13
**21-28 [2]** 1/4 8/7
**21-28-14 [1]** 10/20
**21-28-17 [1]** 11/22
**21-28-19 [1]** 12/25
**21061-3065 [1]** 2/4
**212 [1]** 6/9
**215 [1]** 5/18
**2158 [1]** 4/10
**21st [1]** 5/8
**22 [1]** 7/3
**22015 [1]** 3/10
**22314 [1]** 5/4

**22611 [1]** 25/22
**23 laptops [1]** 18/16
**23,000 [1]** 17/3
**231 [1]** 13/15
**240 [1]** 2/8
**25 [1]** 5/12
**252-6928 [1]** 1/15
**25th [10]** 47/15 47/22 48/3 49/5 49/18 50/11 50/14 61/14 61/15 61/20
**260-9900 [1]** 7/5
**2615 [1]** 3/15
**265 [1]** 6/13
**2747 [1]** 6/9
**28 [1]** 1/4 8/7 64/10
**29th [1]** 18/17

**3**

**300 [1]** 2/4
**301 [2]** 2/22 4/10
**3065 [1]** 2/4
**310 [1]** 2/17
**31324 [1]** 6/18
**3249 [1]** 7/10
**333 [1]** 7/9
**337 [1]** 3/9
**3391 [1]** 2/8
**33950 [1]** 6/14
**350 [1]** 3/4
**352-2615 [1]** 3/15
**35205 [1]** 5/9
**354-3249 [1]** 7/10
**3699 [1]** 6/9
**36th [1]** 6/8
**371 [3]** 10/23 11/25 13/3
**377-2158 [1]** 4/10
**3902 [1]** 5/13

**4**

**400 [2]** 3/3 6/4
**400-1431 [1]** 3/5
**405 [1]** 6/8
**410 [1]** 2/5
**4310 [1]** 5/5
**459-1776 [1]** 6/19
**472-3391 [1]** 2/8

**5**

**501 [1]** 5/17
**503 [1]** 2/16
**505 [1]** 33/16
**53703 [1]** 7/4
**540 [1]** 5/13
**550 [1]** 2/12
**555 [1]** 1/14
**5708 [1]** 4/4
**575-8000 [1]** 6/14
**5765-F [1]** 3/9
**5th [2]** 3/3 16/18

**6**

**60 days [1]** 23/21
**601 [2]** 3/13 5/17
**607-5708 [1]** 4/4
**608 [1]** 7/5
**625 [1]** 2/12

**656-1230 [1]** 3/10
**683-4310 [1]** 5/5
**687-3902 [1]** 5/13
**6928 [1]** 1/15
**6th [1]** 22/8

**7**

**700 [1]** 4/9
**703 [3]** 2/18 3/10 5/5
**7166 [1]** 2/7
**7310 [1]** 2/3
**7447 [1]** 3/19
**7500 [1]** 2/13
**7727 [1]** 2/22
**785-2747 [1]** 6/9
**787-0826 [1]** 2/5

**8**

**8000 [1]** 6/14
**8100 [1]** 6/5
**856 [1]** 4/4

**9**

**90 [1]** 29/2
**900 [1]** 3/14
**912 [1]** 6/19
**922 [1]** 2/21
**928-1100 [1]** 5/18
**928-7727 [1]** 2/22
**939-1330 [1]** 5/9
**941 [1]** 6/14
**965-8100 [1]** 6/5
**989-0840 [1]** 2/18
**9900 [1]** 7/5
**996-7447 [1]** 3/19

**A**

**A.J [1]** 9/5
**a.m [8]** 1/6 25/8 25/13 25/17 25/22 47/15 47/22 48/2
**abetting [7]** 10/25 11/3 12/2 12/5 13/5 13/8 13/14
**ability [3]** 42/10 42/11 51/22
**able [13]** 19/13 26/21 28/17 30/17 34/16 37/12 38/24 41/11 41/12 43/19 45/5 45/12 45/17
**about [40]** 14/23 14/24 15/1 16/6 18/18 21/23 22/15 22/24 25/13 26/3 27/12 27/19 30/3 31/24 32/2 37/1 39/7 40/17 43/12 43/21 43/23 44/10 46/6 46/24 47/15 49/14 51/3 51/14 53/21 54/16 54/23 55/3 55/6 56/15 60/1 60/4 60/16 61/16 62/6 62/23
**above [1]** 64/4
**above-titled [1]** 64/4
**absolutely [2]** 20/5 38/5
**acceptable [1]** 56/8
**access [27]** 14/18

**064/21** 15/12 15/13 18/16 18/20 18/25 19/9 19/22 20/22 21/3 21/8 24/20 24/24 26/18 26/22 41/18 41/25 44/8 46/5 49/22 49/24 50/4 50/5 53/16 53/18 53/23 55/4 55/12 59/1
**accessed [1]** 35/4
**accessible [1]** 19/3
**accommodate [1]** 31/18
**accurate [1]** 38/12
**Act [2]** 48/22 49/19
**actively [1]** 18/6
**actual [3]** 17/13 19/22 62/4
**actually [13]** 21/3 21/6 25/10 26/8 26/21 31/13 32/20 49/7 53/23 54/24 55/6 55/12 59/1
**actually going [1]** 55/12
**add [5]** 40/6 43/1 44/21 45/7 63/13
**added [3]** 23/3 29/3 31/6
**additional [11]** 9/23 15/12 18/14 19/11 20/9 23/19 23/22 44/12 45/23 56/21 59/9
**address [3]** 33/19 33/23 40/25
**addresses [1]** 60/25
**adequate [1]** 50/8
**advised [1]** 52/2
**advisement [1]** 35/8
**affect [1]** 36/12
**after [8]** 15/7 24/8 28/6 29/9 29/13 33/21 55/11 60/9
**afternoon [2]** 45/2 56/24
**ag3law [1]** 4/10
**again [9]** 9/10 20/18 21/22 31/9 32/18 39/6 45/3 51/23 59/20
**against [6]** 9/24 10/1 12/22 14/14 37/14 49/8
**agencies [4]** 17/6 21/16 21/24 22/7
**agency [1]** 59/11
**ago [4]** 17/12 44/10 62/2
**agree [4]** 45/21 46/24 49/8 60/4
**agreed [1]** 41/8
**agreement [2]** 49/9 60/10
**ahead [4]** 22/4 32/16 34/24 55/22
**aided [1]** 7/11
**aiding [7]** 10/25 11/3 12/2 12/5 13/5 13/8 13/13
**aisle [1]** 30/2
**aj [1]** 6/19
**AL [1]** 1/6 5/9
**Alabama [2]** 51/15

**A**

**Alabama... [1]** 52/17
**Alden [1]** 3/7
**Alexandria [2]** 5/4
47/17
**Alfred [4]** 4/7 4/8 5/4
8/25
**all [80]**
**all right [11]** 9/20
21/19 25/20 34/22
38/23 41/23 42/19
43/10 46/10 57/5 61/6
**alleged [1]** 36/21
**alleging [1]** 60/17
**alluded [1]** 26/14
**almost [1]** 35/16
**already [14]** 17/12
17/18 22/24 24/2 35/24
36/14 37/13 37/15 40/6
47/3 47/4 58/12 58/17
58/19
**also [15]** 16/4 16/8
17/8 22/8 28/5 43/4
43/5 43/16 43/17 44/7
45/19 45/21 46/24
47/14 56/6
**alternative [1]** 27/15
**although [1]** 41/15
**Alvin [1]** 8/11
**always [3]** 48/6 62/18
62/18
**am [6]** 38/11 38/24
39/16 40/7 43/3 43/3
**ambitious [1]** 27/4
**AMERICA [2]** 1/3 8/7
**AMIT [2]** 1/10 8/3
**Amit P [1]** 8/3
**amount [3]** 22/25
47/24 58/17
**analysis [1]** 59/2
**Angela [3]** 5/15 9/3
11/12
**angie [1]** 5/19
**another [10]** 18/25
27/18 31/12 35/18
35/18 35/20 35/20
35/21 55/4 58/24
**anticipate [1]** 30/24
**anticipated [1]** 35/3
**any [29]** 10/2 15/12
16/15 23/13 23/22
23/23 24/22 24/22 27/8
27/10 27/24 31/25 32/1
34/6 35/17 36/6 36/11
37/13 37/13 37/20 45/7
49/1 49/3 49/4 50/25
52/3 59/10 60/22 62/3
**anybody [3]** 15/8 31/8
47/9
**anyone [1]** 20/6
**anything [18]** 15/8
22/1 33/3 33/10 34/5
35/14 35/15 37/11 38/1
38/17 41/2 41/6 45/7
47/9 47/13 47/25 54/9
63/13
**aol.com [1]** 2/9
**apologize [1]** 48/19

appear [1]
36/8 36/11
**appearance [1]** 20/19
**appearances [8]** 1/12
1/17 2/25 3/20 4/11
5/19 6/20 16/14
**appearing [1]** 9/8 9/9
**appears [1]** 35/10
**apple [1]** 63/7
**application [2]** 21/6
40/23
**applied [9]** 34/17 34/18
40/2 40/18 40/22 44/10
44/22 45/4 46/14
**applies [2]** 23/14 33/4
**apply [3]** 17/3 43/14
57/13
**applying [2]** 40/7 40/10
**appreciate [1]** 48/12
52/10
**approved [1]** 39/20
**approximately [2]**
15/19 16/1
**April [13]** 15/1 15/7
15/21 16/1 27/19 27/21
28/11 30/9 30/25 31/8
38/4 41/12 62/11
**are [62]** 9/8 9/9 9/11
9/15 9/15 9/23 14/21
15/2 15/21 15/22 16/10
16/20 17/2 17/3 18/11
18/13 18/15 19/5 19/8
19/13 19/21 23/2 23/4
23/9 23/10 24/16 25/4
25/4 25/8 26/1 26/2
26/13 27/5 27/9 27/11
27/21 29/22 32/1 32/14
34/2 35/10 35/22 37/15
38/3 40/10 41/21 44/14
47/8 47/11 47/11 49/2
49/23 49/23 50/10
50/12 52/16 52/23
53/23 54/9 59/16 61/3
63/4
**area [2]** 51/14 52/19
**aren't [1]** 27/1
**arguably [1]** 53/14
**argue [1]** 49/8
**argument [4]** 35/17
35/20 35/21 36/3
**arguments [3]** 35/11
35/22 35/24
**around [1]** 34/20
**arraign [1]** 10/5
**arraigned [4]** 9/18 10/3
10/13 10/15
**arrive [1]** 27/2
**as [56]** 10/15 10/17
10/17 13/21 13/23
14/11 16/20 16/25
17/19 18/17 20/12
20/17 20/17 20/20 26/3
26/4 27/17 28/22 28/22
30/18 30/18 31/4 33/10
37/5 37/9 37/17 37/19
37/20 38/9 38/9 38/25
39/15 39/15 39/17
39/17 42/21 44/6 48/18

50/9 51/11 51/16 53/19
54/7 54/8 56/4 58/1
58/15 58/23 59/5 60/5
60/20 62/4
**ask [13]** 20/23 21/12
22/2 23/10 23/14 24/9
30/10 31/9 33/22 42/13
47/10 53/9 61/12
**asked [11]** 14/3 16/5
20/10 20/13 23/8 37/4
42/6 51/9 55/22 56/23
59/1
**asking [3]** 21/5 58/16
60/15
**assist [1]** 42/1
**assistance [1]** 39/17
**assume [3]** 14/12
30/25 52/15
**assuming [2]** 41/11
42/16
**assured [1]** 36/4
**attempt [1]** 16/9
**attention [2]** 35/17
52/4 55/15
**Attilio [1]** 6/16
**attorney [2]** 3/8 41/8
41/15
**ATTORNEY'S [2]** 1/13
32/2
**ATTORNEYS [1]** 6/17
**available [11]** 16/8
17/17 18/14 18/16 25/4
25/8 25/17 26/9 26/13
60/6 60/7
**Avenue [6]** 2/12 2/21
3/13 6/8 6/13 7/9
**aware [4]** 27/15 36/14
44/6 62/25
**awful [1]** 60/19

**B**

**back [4]** 9/13 18/23
31/11 40/23
**background [1]** 52/11
**backtracked [1]** 25/24
**Balbo [4]** 6/16 6/17 9/5
46/19
**balbogregg.com [1]**
6/19
**ball [1]** 21/4
**Barrett [1]** 7/8
**based [5]** 9/21 14/19
26/23 55/2 55/3
**be [88]**
**bear [1]** 53/24
**because [19]** 21/1
21/17 21/25 26/13 29/1
29/11 32/14 33/21 36/2
38/13 42/7 42/15 43/3
47/11 55/10 56/4 59/21
62/14 62/15
**Beeks [23]** 7/2 8/17 9/6
9/18 9/24 10/8 10/12
10/14 10/17 12/23
12/24 13/19 14/13
14/24 22/19 22/19
23/20 24/18 24/22 25/2

**Beeks's [1]** 14/11
**been [53]** 9/18 9/25
10/21 11/22 12/25
18/13 20/8 21/1 21/2
22/24 23/2 24/4 27/1
27/13 29/10 29/16 31/7
31/21 34/16 35/15
35/25 36/1 36/3 36/23
36/25 38/8 39/19 40/6
40/25 41/19 43/8 43/15
43/16 43/21 44/7 45/4
45/5 45/12 45/17 46/8
52/6 52/7 53/15 53/21
54/22 56/5 56/17 57/16
58/5 58/12 58/18 58/23
59/15
**before [27]** 1/10 15/16
15/19 21/12 24/15
24/24 25/2 28/9 29/7
30/25 33/2 35/9 35/18
35/19 35/20 35/21
35/22 36/3 43/25 44/1
44/2 50/5 57/14 61/7
61/15 62/24 63/13
**begin [1]** 30/7
**behalf [25]** 11/13 11/17
12/15 13/18 14/6 33/12
33/14 34/10 39/8 39/25
40/4 40/15 42/23 43/10
44/4 44/17 44/25 45/15
45/24 46/1 46/10 46/19
47/4 56/18 57/17
**being [14]** 17/2 19/21
19/23 20/15 26/17
28/17 30/13 30/25
35/18 35/20 49/3 52/16
54/20 56/1
**belated [1]** 43/22
**believe [17]** 14/5 16/19
16/20 17/4 18/13 22/10
38/2 38/6 41/22 42/17
54/16 55/19 56/23 59/2
59/6 60/14 62/12
**believes [4]** 10/3 27/25
35/23 58/3
**Bennie [3]** 2/20 8/11
8/22
**Berwick [1]** 4/3
**best [1]** 27/6
**better [3]** 32/19 47/6
60/7
**between [3]** 27/13
29/25 48/22
**beyond [1]** 43/8
**Birmingham [1]** 5/9
**bit [2]** 45/10 58/13
**bites [1]** 63/7
**body [3]** 17/5 17/14
22/9
**body-worn [1]** 17/5
**body-worn-camera [2]**
17/14 22/9
**bombarded [1]** 35/12
**bond [1]** 62/20
**both [9]** 16/12 23/2
26/20 31/5 35/11 39/18
45/4 45/11 54/14

**bottleneck [1]** 28/20
**bottom [1]** 57/25
**bounced [1]** 40/23
**bow [7]** 50/25 51/9
51/10 51/14 51/21
52/17 52/17
**Box [2]** 5/12 6/18
**Brad [2]** 49/13 57/11
**Bradford [3]** 4/2 4/5
8/25
**Brady [2]** 62/2 62/23
**branch [2]** 61/25 62/12
**BRAND [1]** 3/17
**brandwoodwardlaw.c
om [1]** 3/20
**break [1]** 25/2
**breaking [1]** 45/10
**Brennwald [4]** 2/20
2/20 8/22 39/25
**Brian [2]** 6/16 8/17
**brief [2]** 40/17 53/8
**briefly [1]** 22/15
**bring [1]** 35/16
**bringing [1]** 55/14
**brings [1]** 22/13
**broad [1]** 58/16
**brought [1]** 52/4
**BROWN [1]** 6/12
**bsrwlegal.com [1]**
6/15
**bubble [1]** 39/14
**building [5]** 3/14 11/5
12/7 13/10 22/8
**bulk [2]** 16/21 17/5
**Burke [2]** 3/9 3/10
**Burnie [1]** 2/4
**business [1]** 10/11
**busy [1]** 43/15

**C**

**CALDWELL [12]** 1/6
2/2 8/8 8/19 33/12
33/14 34/19 48/17
52/25 53/15 53/19
56/18
**Caldwell's [3]** 33/17
50/17 53/3
**calendar [1]** 42/18
**call [1]** 46/4
**came [2]** 52/1 52/8
**camera [3]** 17/6 17/14
22/9
**cameras [1]** 17/13
**can [54]** 14/5 17/20
18/3 18/23 19/12 21/3
21/20 22/3 23/16 24/15
24/17 24/23 26/3 26/7
26/18 26/20 28/15 29/9
29/13 31/4 31/6 31/12
31/18 33/21 33/23
34/20 36/4 36/24 37/6
37/11 38/15 40/19 42/1
42/1 42/17 43/6 44/1
47/17 48/6 48/7 48/10
50/16 52/18 53/17
53/25 56/7 56/12 59/17
60/4 60/9 60/17 60/17
61/14 61/15

**C**

can't [1] 43/20
Capitol [8] 17/5 17/13 20/19 22/8 34/19 57/18 58/6 59/17
care [2] 23/16 54/6 54/7
CARLTON [4] 6/3 6/7
carltonfields.com [2] 6/6 6/10
Carmen [2] 2/7 8/19
carry [1] 10/9
case [55] 8/7 10/13 10/20 11/22 12/25 15/17 15/20 15/24 16/2 17/11 17/15 17/20 20/12 20/19 22/23 23/2 23/3 23/14 24/1 27/20 28/10 30/23 32/9 32/11 32/15 35/25 36/5 36/6 36/9 36/25 37/7 37/15 38/4 38/6 41/2 44/7 44/15 45/21 46/25 48/3 49/20 49/25 53/18 53/19 53/19 55/4 55/10 55/18 55/21 55/25 56/13 58/5 58/24 59/6 62/9
case-specific [4] 15/20 15/24 16/2 24/1
cases [4] 31/22 32/7 35/11 36/10
Centre [1] 3/9
Ceremonial [1] 31/18
certain [2] 47/10 47/12
certainly [14] 28/22 28/25 29/1 30/16 30/17 31/6 31/7 36/2 41/12 42/1 52/18 58/22 59/7 61/19
Certified [1] 7/7
certify [1] 64/2
CH [1] 7/8
chair [1] 41/13
challenging [1] 45/6
change [1] 41/8
changed [1] 55/8
charged [6] 10/4 10/21 11/22 12/25 36/23 36/25
charges [1] 10/13
check [3] 9/14 38/21 51/7
checked [2] 27/8 27/9
checking [1] 30/20
chernan7 [1] 2/9
chew [1] 53/13
chris [3] 5/6 9/1 44/18
chrisleibiglaw.com [1] 5/6
Christmas [2] 24/15 25/2
Christopher [2] 5/2 5/3
Cinnaminson [1] 4/4
Circuit [1] 36/5
civil [3] 13/13 53/19 60/5
clarification [1] 21/12

classification [1] 55/8
clear [8] 14/21 19/8 33/25 53/22 54/21 55/1 56/4 57/9
client [9] 10/3 23/4 23/14 24/14 27/14 47/7 49/7 49/14 62/4
clients [8] 26/2 26/5 27/7
Code [15] 10/23 11/1 11/4 11/6 11/8 11/25 12/3 12/6 12/8 12/11 13/3 13/6 13/9 13/11 13/14
colleagues [3] 29/21 32/6 63/4
COLUMBIA [3] 1/1 1/14 2/11
come [5] 38/4 52/2 56/22 60/17 62/5
comes [1] 36/17
comfortable [2] 55/23 62/7
comment [2] 46/6 57/3
committed [1] 30/13
COMMUNITY [1] 5/16
complex [1] 35/2
complexity [3] 49/20 59/10 59/12
compliance [1] 50/24 51/1
complicated [1] 55/10
computer [5] 7/11 19/13 26/17 35/2 35/6
computer-aided [1] 7/11
computer-complex [1] 35/2
computer-dense [1] 35/6
computers [2] 26/19 26/19
concern [1] 37/7
concerned [5] 36/20 36/21 39/15 39/17 52/18
concerning [1] 50/24
concerns [1] 36/25
conclude [1] 63/14
concluded [1] 63/19
concrete [1] 24/8
condition [1] 53/17
conditions [3] 33/17 53/3 57/12
confer [1] 54/22 56/5 58/11
conference [3] 9/14 47/15 47/23
confidence [1] 62/10
confident [2] 15/23 38/11
confidentiality [1] 54/18
confinement [1] 62/6
confirm [3] 32/23 43/4 58/11
connect [1] 26/20

Connie [2] 3/12 8/12 8/24
consent [1] 44/11
consider [3] 36/6 48/21 62/25
consists [1] 17/4
conspiracy [5] 10/22 11/24 13/2 23/6 36/24
Constitution [1] 7/9
constructed [2] 20/15
contact [1] 3/11
contacted [1] 51/15
contains [1] 49/25
contemplating [1] 29/22
contingent [1] 29/5
continue [3] 17/23 22/17 37/6
continued [8] 2/1 3/1 4/1 5/1 6/1 7/1 15/17 49/20
continues [1] 19/2
continuing [3] 37/2 48/23 61/3
contract [1] 18/2
convenient [1] 16/16
conversation [1] 51/8
conversations [1] 29/10
Cooper [7] 3/2 3/3 8/22 40/4 40/11 48/2 48/6
cooperating [1] 39/13
copies [2] 17/14 17/25
copy [2] 10/18 55/18
core [1] 60/16
correct [7] 20/5 36/7 38/15 40/24 42/5 45/12 64/3
could [15] 18/8 18/8 21/12 22/2 27/3 28/11 28/23 30/10 31/10 37/14 40/24 48/3 59/8 62/4 62/5
counsel [66]
counsel's [1] 44/13
count [25] 10/22 10/24 11/2 11/5 11/7 11/24 12/1 12/4 12/7 12/10 12/21 13/2 13/4 13/7 13/10 13/13 13/22 16/6 22/17 23/5 23/5 23/6 23/7 51/16 60/16 60/16
Count 1 [6] 10/22 11/24 13/2 12/16 23/5 60/16
Count 14 [1] 11/7
Count 15 [1] 12/10
Count 2 [5] 10/24 12/1 13/4 22/17 60/16
Count 3 [3] 11/2 12/4 13/7
Count 4 [3] 11/5 12/7 13/10
Count 6 [1] 13/13
counts [7] 9/23 9/25 10/21 11/18 11/23 13/1 14/14

course [2] 14/10 26/11
court [32] 1/1 7/6 7/8 14/5 14/6 15/16 15/20 16/18 21/5 24/11 28/6 29/9 30/12 33/18 34/13 35/2 35/7 35/13 35/13 35/18 36/13 36/13 37/5 38/10 38/12 38/14 39/1 44/1 44/6 46/4 48/21 64/7
Court's [4] 24/7 29/13 35/17 55/14
Courtroom [1] 31/18
cover [1] 47/18
covered [1] 58/7
COVID [2] 30/14 64/6
COVID-19 [1] 64/6
CR [1] 1/4
creates [1] 59/11
Criminal [4] 8/7 10/20 11/22 12/25
critically [1] 50/7
Crowl [4] 2/7 8/9 8/20 34/10
CRR [2] 64/2 64/11
cs.com [1] 2/22
CTF [2] 26/6 26/18
current [2] 19/10 50/10
currently [5] 16/22 18/15 18/17 27/21 51/10

**D**

D.C [12] 1/5 1/15 2/13 2/17 2/21 3/4 3/15 3/18 6/4 7/9 18/12 51/15
D.C. [1] 36/5
D.C. Circuit [1] 36/5
data [1] 21/17
database [11] 17/1 17/22 18/4 18/7 18/10 19/17 20/15 21/3 21/8 23/25 50/2
databases [3] 19/9 20/3 26/19
date [16] 15/1 15/21 22/14 25/21 27/20 28/12 28/13 28/18 30/9 30/25 31/2 47/14 47/24 48/13 62/12 64/10
dates [1] 31/22
David [6] 2/2 6/12 8/16 8/19 11/21 12/16
day [2] 27/10 62/9
days [2] 23/21 62/2
days' [1] 29/2
deadline [1] 37/5
deadlines [1] 23/1
deal [5] 15/5 35/22 41/13 53/25 60/18
dealing [2] 41/13 58/23
December [4] 1/5 25/9 25/22 51/6
decides [2] 28/6 29/9
decision [3] 28/9 28/21 29/13

decisions [2] 24/25 61/15
defendant [57] 2/2 2/6 2/10 2/15 2/19 3/2 3/7 3/12 4/2 4/6 5/2 5/7 5/15 6/2 6/11 6/16 7/2 8/8 8/8 8/9 8/10 8/10 8/11 8/11 8/12 8/12 8/13 8/14 8/14 8/15 8/15 8/16 8/16 8/17 8/19 8/20 8/20 8/21 8/22 8/23 8/23 8/24 8/25 9/1 9/1 9/2 9/3 9/4 9/4 9/5 9/6 14/7 15/3 18/21 36/2 48/3 62/21
defendants [33] 1/7 9/9 10/1 10/8 10/18 15/25 15/25 16/5 16/7 18/18 19/4 23/1 23/8 25/25 26/4 26/10 27/9 27/11 27/16 28/8 28/16 30/15 30/21 31/1 31/11 31/17 33/5 37/1 37/14 47/12 50/7 50/13 53/23
DEFENDER [6] 2/11 5/16 7/2 18/6 19/18 35/5
Defender's [2] 25/7 41/16
defense [30] 14/18 14/22 15/8 15/13 17/3 17/9 17/16 17/20 18/3 18/7 18/9 19/8 19/13 19/20 19/22 21/3 21/4 29/16 29/22 30/2 33/2 33/9 35/12 49/21 58/1 58/4 58/18 59/2 59/15 62/8
defer [2] 56/3 56/12
deferring [1] 55/24
definitely [1] 30/24
Deloitte [1] 18/3
dense [1] 35/6
dependent [1] 32/20
depending [1] 56/14
depth [1] 16/19
designation [3] 54/18 54/18 55/11
destruction [3] 11/2 12/4 13/7
detail [1] 41/14
detained [3] 30/15 30/21 31/1
detention [3] 57/9 57/10 62/21
determination [1] 29/6
developments [2] 32/1 32/1
did [6] 21/10 33/16 34/19 40/23 51/10 63/13
didn't [6] 21/16 21/19 21/25 33/18 45/7 55/12
different [1] 35/10
difficulty [1] 41/18
dimension [1] 35/24
dire [3] 31/24 32/8 32/11

**D**

**directly** [1] 18/9
**disclosure** [2] 62/1 62/2
**disclosures** [2] 15/13 62/23
**discoverable** [1] 16/1
**discovery** [54] 14/17 14/18 15/14 15/18 15/24 16/2 16/9 16/10 16/13 16/17 17/17 17/25 18/11 18/22 19/6 21/9 22/14 22/25 23/23 24/6 24/16 24/21 24/24 25/25 26/3 26/5 26/9 26/12 26/17 27/7 27/12 27/12 27/15 27/16 33/15 34/6 34/20 36/22 37/1 38/7 38/9 39/11 41/1 41/3 41/21 43/22 44/8 44/22 46/8 46/23 48/24 49/22 60/5 62/1
**discuss** [3] 14/16 43/5 47/24
**discussed** [1] 49/23
**discussing** [2] 15/7 26/12
**discussion** [6] 44/22 50/4 51/12 56/7 60/1 60/4
**dismiss** [4] 22/16 23/5 28/7 36/12
**disorder** [1] 13/13
**dispute** [1] 55/16
**disputed** [1] 62/19
**district** [6] 1/1 1/1 1/10 1/14 2/11 14/7
**do** [52] 11/10 11/11 12/13 12/14 13/16 13/17 13/25 14/7 16/15 17/16 18/19 19/14 19/15 20/1 20/25 21/17 23/8 23/11 23/20 24/13 24/21 27/20 28/12 28/22 31/4 31/10 31/16 32/7 32/8 32/11 32/19 37/11 38/2 38/5 38/7 38/11 39/1 39/6 42/9 43/21 44/11 45/17 46/16 49/19 50/10 53/13 53/20 56/5 56/7 57/20 60/5 60/23
**do you** [6] 11/10 11/11 12/13 12/14 13/16 13/17
**do you have** [1] 20/1
**documentary** [1] 17/23
**documentary-type** [1] 17/23
**documents** [2] 11/7 12/10
**does** [4] 21/16 50/4 51/16 57/14
**doesn't** [4] 14/7 39/13 51/11 61/17
**doing** [2] 34/20 41/16
**don't** [43] 15/10 21/1 21/25 23/24 24/1 24/13

**D** Case 1:21-cr-00028-APM Document 161-5 Filed 02/04/22
26/1 26/15 27/8 27/10 31/25 32/5 32/22 34/2 35/25 36/23 37/4 37/10 37/19 37/20 38/1 38/17 41/2 41/6 45/6 49/7 51/18 52/14 54/20 57/9 57/11 57/14 57/20 58/10 60/19 61/7 62/12 62/14 63/6
**done** [5] 20/25 32/16 38/15 40/7 40/13
**Donovan** [2] 2/7 8/9
**double** [1] 38/21
**double-check** [1] 38/21
**doubly** [1] 32/23
**Douyon** [1] 2/9
**down** [6] 19/13 24/14 25/1 25/21 31/22 33/10
**download** [1] 26/8
**drafted** [1] 29/14
**Drive** [1] 4/3
**drives** [1] 43/15
**due** [1] 48/23
**during** [3] 51/6 52/1 64/5

**E**

**each** [10] 9/12 10/1 11/18 12/21 14/13 15/3 15/8 20/22 40/17 47/12
**earliest** [1] 27/3
**early** [2] 27/3 31/24
**ease** [1] 44/15
**easily** [1] 17/21
**East** [2] 5/12 7/3
**easy** [2] 35/5 60/22
**ebmjr** [1] 5/14
**ECF** [1] 33/16
**echo** [1] 45/19
**Ed** [1] 9/2
**Edmund** [1] 3/17
**Edward** [5] 5/11 5/11 8/8 45/2 47/16
**efficiency** [1] 28/17
**effort** [1] 60/21
**efforts** [1] 19/2
**eight** [2] 27/18 30/18
**either** [2] 27/6 49/23
**electronic** [1] 26/5
**else** [14] 24/11 27/25 33/3 34/5 35/14 40/6 43/25 45/7 46/25 47/9 47/13 50/16 51/23 54/9
**email** [23] 1/16 2/5 2/9 2/14 2/18 2/22 3/5 3/11 3/16 3/19 4/5 4/10 5/5 5/10 5/14 5/19 6/5 6/10 6/15 6/19 7/5 40/25 55/16
**Empire** [1] 2/4
**enable** [2] 49/21 53/18
**enabled** [1] 26/19
**encompasses** [1] 58/17
**encourage** [1] 60/1 62/19

**E** Case 1:21-cr-00028-APM Document 161-5 Filed 02/04/22
23/15 27/2 39/21
**ends** [1] 50/12
**enlargement** [1] 44/1
**ensure** [1] 23/13
**ensuring** [1] 50/7
**enter** [7] 11/15 12/18 14/4 14/5 14/7 14/11 34/19
**entered** [2] 16/14 20/19
**entering** [3] 13/23 14/1 14/1
**entirely** [3] 38/11 38/12 43/20
**entities** [1] 17/7
**entitled** [1] 58/19
**entity** [1] 59/13
**entry** [5] 10/7 10/9 11/18 12/20 14/11
**equally** [1] 23/14
**ET** [1] 1/6
**Eugene** [2] 6/2 9/3
**evaluating** [1] 62/3
**even** [7] 19/10 27/2 27/3 29/7 43/22 53/14 55/1
**ever** [1] 51/17
**every** [3] 31/21 51/22 58/2
**everybody** [6] 9/11 21/5 27/14 33/22 48/14 50/16
**everyone** [7] 8/4 9/10 20/13 20/18 46/4 50/19 61/8
**everything** [2] 39/19 43/25
**evidence** [11] 17/23 21/8 24/22 28/1 37/12 49/25 50/6 53/18 53/24 58/3 58/4
**evidence-presentation** [1] 28/1
**Evidence.com** [21] 17/1 19/16 20/5 20/7 20/23 22/11 23/25 26/20 34/12 34/17 35/1 38/8 40/18 40/22 43/14 44/9 45/18 46/5 46/15 46/22 49/24
**exactly** [1] 41/7
**exchanges** [1] 55/17
**exclude** [3] 49/12 49/18 50/14
**exclusion** [3] 49/1 49/21 50/11
**exculpatory** [1] 59/3
**excuse** [4] 10/12 50/6 56/18 56/20
**exhaustively** [1] 50/16
**expect** [2] 40/2 47/23
**expectation** [2] 28/23 31/7
**expected** [1] 58/24
**expeditious** [1] 59/18
**expeditiously** [1] 62/22

**E** Case 1:21-cr-00028-APM Document 161-5 Filed 02/04/22
**extend** [1] 62/5
**extending** [1] 62/12
**extension** [2] 41/9 56/25
**extent** [5] 41/25 43/5 53/15 55/16 55/17

**F**

**facilities** [1] 41/17
**fact** [1] 36/1
**fair** [3] 22/25 47/24 58/17
**fairly** [2] 20/17 35/5
**fall** [1] 16/25
**family** [1] 51/4
**far** [3] 39/15 39/17 41/18
**fashion** [1] 38/16
**fault** [1] 41/7
**fd.org** [3] 2/14 5/19 7/5
**February** [1] 27/4
**FEDERAL** [7] 2/11 5/16 7/2 18/6 18/18 25/7 35/5
**feel** [4] 35/16 49/14 55/23 62/7
**felt** [1] 51/13
**few** [5] 28/6 29/9 29/12 32/16 62/2
**FIELDS** [2] 6/3 6/7
**fifth** [1] 10/10
**file** [21] 23/9 23/12 23/14 23/22 29/6 29/13 31/16 33/16 36/10 41/2 42/3 42/8 44/12 51/17 51/18 53/5 53/8 53/9 57/13 60/2 60/10
**filed** [7] 35/9 35/15 55/2 55/11 55/11 56/18 57/16
**files** [1] 17/4
**filing** [3] 55/4 55/5 63/6
**fill** [1] 48/10
**filled** [2] 21/6 21/7
**fills** [1] 20/6
**final** [2] 26/14 28/9
**finalize** [2] 39/13 39/16
**finalized** [1] 19/23
**finalizing** [2] 18/7 19/18
**finally** [1] 12/23
**finding** [1] 48/21
**fine** [3] 47/19 52/9 53/10
**finely** [1] 58/14
**finish** [1] 39/20
**finite** [1] 28/14
**first** [13] 21/2 27/20 28/1 28/24 29/23 30/4 30/12 32/21 38/9 53/21 53/23 55/1 59/21
**Fischer** [10] 2/2 2/3 8/19 33/12 33/20 34/16 53/1 53/11 54/8 54/12
**fischerandputzi** [1] 2/6
**five** [5] 28/23 30/13 31/10 31/11 31/13
**FL** [1] 6/14

**F** Case 1:21-cr-00028-APM Document 161-5 Filed 02/04/22
**food** [1] 59/4
**Floor** [1] 6/8
**Florida** [2] 42/15 42/15
**follow** [2] 30/10 38/25
**follow-up** [1] 30/10
**following** [5] 10/21 11/23 13/1 48/16 61/18
**follows** [1] 58/12
**footage** [3] 17/19 22/9 22/10
**foregoing** [1] 64/3
**forever** [1] 10/4
**form** [1] 20/7
**formal** [6] 11/10 11/14 12/13 12/17 13/16 16/13
**FormerFeds** [1] 4/3
**formerfedsgroup.com** [1] 4/5
**forward** [3] 10/9 44/15 61/1
**forwarded** [1] 27/13
**four** [1] 26/25
**Fourth** [1] 1/14
**frankly** [4] 21/2 26/15 36/23 43/18
**free** [2] 52/24 54/9
**fresh** [1] 62/3
**friend's** [1] 51/23
**front** [8] 18/13 19/6 19/13 32/1 34/4 34/6 42/20 48/2
**full** [2] 13/20 54/22
**fully** [4] 17/1 20/5 51/20 55/19
**fulsome** [2] 56/5 56/6
**functional** [1] 20/6
**further** [1] 38/17

**G**

**GA** [1] 6/18
**garage** [2] 51/10 51/22
**gathered** [1] 24/22
**Gene** [2] 30/5 48/9
**generally** [2] 33/2 59/15
**get** [50] 9/21 14/17 18/20 18/23 19/14 19/19 20/7 20/19 21/7 21/7 21/8 21/15 25/3 26/23 27/3 27/7 27/15 27/17 30/17 32/16 33/25 34/3 34/16 34/20 37/17 39/18 40/2 41/12 42/11 42/17 43/6 43/19 44/1 45/5 45/12 45/17 47/6 48/7 48/13 49/22 54/4 54/5 54/7 54/8 56/25 58/19 59/18 59/23 60/15 61/14
**get-go** [1] 37/17
**getting** [20] 14/18 14/20 15/12 15/13 18/3 19/9 19/19 20/2 23/24 24/17 26/2 28/21 39/16 41/3 49/24 50/5 53/23 59/22 61/1 62/6
**Geyer** [7] 4/2 8/25

**G**

Geyer... [5] 43/10
49/13 56/8 56/20 57/11
give [4] 24/7 24/8 30/8
56/6
given [7] 16/7 17/2
27/24 28/2 37/13 49/19
55/3
giving [3] 20/8 41/18
53/12
Glen [1] 2/4
global [3] 16/17 17/17
47/8
glove [1] 62/8
gmail.com [2] 2/18
4/10
go [17] 15/7 20/22 22/4
25/22 26/3 26/21 29/15
31/4 31/8 31/11 32/25
33/21 34/24 37/17
42/14 45/2 62/14
Go afternoon [1] 45/2
Go ahead [1] 34/24
going [30] 13/22 15/25
20/22 21/17 26/11
26/16 27/6 29/1 29/3
32/19 33/8 33/9 33/22
33/25 35/22 36/5 37/19
37/21 39/18 42/9 43/5
44/15 46/16 47/10 49/8
55/12 60/2 60/14 61/12
62/13
gone [1] 55/22
good [16] 8/4 8/6 9/10
9/11 9/12 33/13 34/11
34/25 37/20 40/5 41/2
43/11 43/21 43/23 44/5
44/20
good morning [9] 9/10
9/11 33/13 34/11 34/25
40/5 43/11 44/5 44/20
Gorda [1] 6/14
got [4] 38/24 54/13
59/14 60/19
gotten [6] 43/2 45/11
52/5 58/9 58/19 58/25
government [43] 1/13
8/18 9/22 11/2 12/4
13/7 15/10 15/17 17/19
17/24 22/10 24/3 24/5
25/17 27/25 30/3 31/22
33/3 34/1 35/8 35/11
36/9 37/6 37/10 37/12
38/4 41/25 43/20 43/21
44/7 51/3 53/3 53/5
54/8 54/22 55/7 57/19
59/11 59/13 60/6 60/21
61/2 62/1
government's [7]
16/22 16/24 16/25
19/11 37/18 41/7 56/14
Governor [1] 2/3
grant [1] 36/11
granted [2] 45/5 56/21
gray [2] 51/14 52/19
greater [2] 31/13 62/10
Greenbelt [1] 4/9
GREGG [1] 6/17

gross [1] 58/8
grounds [3] 11/5 12/7
13/10
group [7] 27/23 28/1
28/24 29/1 29/3 29/23
30/4
grouping [1] 30/22
groupings [1] 28/11
guess [10] 19/8 21/10
28/24 30/12 37/19 41/8
41/24 44/15 54/20
57/23
Guillaume [4] 4/7 4/8
9/1 44/4
guilty [12] 10/7 10/9
11/15 11/18 12/18
12/20 14/1 14/2 14/12
14/13 28/14 28/16

**H**

Hackett [13] 5/15 8/15
9/3 9/24 10/8 10/12
10/14 10/17 10/20
11/13 11/14 11/17
45/15
Hackett's [1] 45/24
had [16] 17/11 18/5
18/18 22/8 22/25 29/16
31/6 31/10 36/24 38/9
51/9 52/2 52/3 52/3
52/6 53/4
halim [7] 5/15 5/19 9/3
11/12 11/16 45/15
45/25
Haller [4] 3/12 3/13
8/24 42/23
hallerjulia [1] 3/16
hand [3] 58/4 60/3 62/8
handle [1] 52/17
Hang [1] 39/3
happen [2] 27/18 36/16
happened [4] 42/10
51/4 51/8 54/24
happening [1] 56/15
happens [3] 50/5 55/25
56/13
happy [5] 16/15 38/3
46/3 54/11 56/5
Happy holidays [1]
54/11
hard [2] 43/15 48/13
Harrelson [14] 4/2 8/13
8/25 9/8 27/22 31/5
43/10 48/17 49/15
54/14 56/19 57/10
57/14 62/6
Harrelson's [1] 50/17
has [27] 9/18 9/24 15/4
15/17 18/13 18/21
20/13 20/13 24/11 35/7
36/23 38/8 38/12 38/13
39/19 41/15 42/7 42/14
43/2 43/21 46/8 51/22
52/1 55/10 57/10 57/16
58/2
hasn't [5] 27/13 36/3
36/25 42/10 57/19
hate [1] 28/15

haven't [3] 21/4 22/24
58/9
having [2] 10/11 35/14
he [12] 11/14 42/7 42/9
51/9 51/9 51/10 51/11
51/16 51/17 52/3 52/4
55/16
he will [1] 55/16
he's [4] 14/1 14/1 14/3
42/15
heads [1] 30/8
heads-up [1] 30/8
hear [2] 21/10 21/19
40/19 42/20
heard [2] 37/17 45/9
hearing [11] 1/9 24/14
25/1 25/11 32/6 49/4
60/9 61/16 62/15 63/10
64/5
held [4] 26/1 27/21
31/8 31/10
help [3] 17/9 17/9
40/24
helpful [7] 9/21 30/1
30/24 32/9 43/23 48/6
58/4
helping [1] 60/20
here [9] 9/12 9/13
14/10 28/20 30/2 54/23
56/5 59/10 59/14
here's [2] 29/19 47/13
Hernandez [6] 2/7 8/20
34/10 34/14 34/23 48/5
Highland [1] 2/8
highlight [1] 16/9
Highway [1] 2/3
Hill [1] 6/18
him [11] 14/14 24/16
24/17 25/3 41/6 41/6
51/13 51/13 52/16 62/8
62/9
himself [1] 14/8
his [15] 14/5 14/24
24/14 25/2 25/22 43/3
50/25 51/21 52/6 52/6
53/12 53/19 62/8 62/9
63/3
hold [2] 10/4 62/11
holiday [2] 50/19 61/8
holidays [3] 46/3 54/11
61/8
Hollow [1] 2/7
home [10] 51/5 51/5
51/22 51/24 52/4 52/6
52/6 52/7 62/6 62/8
Honor [64] 8/6 11/12
13/18 15/15 19/6 20/4
22/3 25/19 28/3 30/5
30/11 32/4 33/6 33/13
34/8 34/11 34/18 34/25
35/7 36/8 36/19 37/25
38/23 39/10 39/23 40/1
40/5 40/12 40/16 42/25
43/1 43/2 43/8 43/11
44/2 44/5 44/14 45/2
45/13 45/16 46/12
46/21 47/1 47/16 47/20

53/7 54/2 54/10 55/9
56/10 57/2 57/21 59/24
60/8 61/10 61/22 61/24
63/2 63/7 63/15
HONORABLE [2] 1/10
8/2
hope [7] 17/8 20/16
26/21 28/22 39/20
60/17 61/14
hopefully [2] 18/24
61/2
hoping [1] 28/8
hotmail.com [1] 2/6
hours [2] 58/6 62/9
how [8] 11/11 12/14
13/17 25/13 28/9 36/23
47/15 62/7
However [1] 44/7
hunting [3] 50/25 51/9
52/17

**I**

I am [2] 43/3 43/3
I applied [1] 44/10
I believe [11] 14/5
16/19 17/4 18/13 22/10
41/22 42/17 54/16
55/19 56/23 60/14
I can [10] 19/12 22/3
24/23 31/4 34/20 37/11
48/6 52/18 53/17 53/25
I could [1] 48/3
I did [1] 33/16
I didn't [1] 21/19
I didn't know [2] 33/18
55/12
I do [1] 38/2
I don't [14] 23/24 25/16
26/15 27/8 31/25 32/5
37/10 37/19 49/7 54/20
57/9 57/20 60/19 62/12
I don't have [8] 37/20
38/1 38/17 41/2 41/6
45/6 57/1 57/14
I guess [1] 19/8 21/10
28/24 41/24 54/20
57/23
I have [20] 14/19 21/1
22/15 24/4 34/18 35/1
35/3 35/19 37/7 39/16
39/19 40/1 40/6 41/5
44/9 45/17 46/16 48/1
51/3 56/20
I hope [2] 39/20 60/17
I just [8] 23/14 27/9
30/23 35/12 39/16 52/9
61/14 62/15
I know [8] 22/15 28/20
30/22 32/20 35/8 35/12
38/13 41/15
I mean [10] 31/4 35/15
35/19 36/13 37/17 49/2
52/11 53/11 57/25
62/18
I misspoke [2] 39/5
39/7
I should [2] 25/24

I think [30] 14/3 15/18
16/5 19/5 21/12 21/23
22/5 22/13 28/3 28/8
30/1 31/5 31/5 32/8
40/23 40/25 41/11
43/13 45/9 46/2 46/6
50/10 52/12 55/16
55/18 56/21 57/10 59/3
60/15 63/11
I thought [1] 45/10
I understand [2] 26/25
50/3
I want [2] 14/17 14/23
I wanted [1] 47/9
I was [3] 21/24 55/14
61/12
I wasn't [1] 53/5
I will [7] 14/11 35/1
43/14 48/8 49/17 52/15
53/11
I'd [5] 14/16 45/19
54/23 59/25 62/15
I'll [26] 15/7 21/5 21/22
24/5 31/9 31/12 31/13
31/16 32/22 38/19
38/21 38/22 38/25
39/20 40/16 47/17
48/10 49/18 54/5 55/17
56/12 57/2 57/23 59/20
60/15 61/25
I'll be [1] 47/17
I'll know [1] 24/5
I'm [49] 13/22 20/22
21/10 25/6 25/7 25/10
27/14 32/5 33/8 33/20
33/22 34/14 34/23 35/3
35/21 36/19 36/20
37/21 38/3 39/5 39/18
40/10 40/25 41/3 41/10
41/11 43/19 43/20 44/6
44/10 47/4 47/10 48/1
49/8 49/8 49/13 52/18
55/23 55/23 56/5 57/7
58/21 59/4 61/18 62/12
62/13 62/18 62/22
62/23
I'm going [6] 20/22
33/22 39/18 47/10 49/8
62/13
I'm just [1] 27/14
I'm not [7] 25/10 32/5
37/21 43/20 49/8 55/23
61/18
I'm not sure [3] 40/25
62/22 62/23
I'm sorry [9] 13/22
21/10 34/23 40/10 47/4
48/1 49/13 57/7 58/21
I'm thinking [1] 55/23
I've [12] 21/2 23/8
31/21 37/4 37/9 38/24
40/18 40/18 40/22
41/18 51/21 58/23
I've got [1] 38/24
I've spoken [1] 51/21
idea [2] 14/19 52/3
identified [1] 55/19

**I**

identify [5]  17/10 17/18 28/25 34/7 54/25
III [2]  4/7 4/8
imagine [1]  24/5
impact [2]  37/12 37/14
impairing [1]  42/10
important [1]  43/13 50/7 51/19 59/3
importantly [1]  54/21
imprecise [1]  22/6
impression [1]  30/17
imprudent [1]  28/12
incarcerated [4]  14/21 18/12 19/4 27/5
inclined [1]  24/7
include [2]  28/18 28/23
including [3]  30/4 41/13 58/6
independent [1]  14/19
independently [2]  26/7 58/2
Indiana [1]  2/12
indicated [2]  16/20 53/4
indicating [2]  23/9 31/17
indicted [1]  10/12
indictment [17]  9/17 9/25 10/4 10/6 10/10 10/19 11/11 11/19 11/19 12/14 12/18 12/21 13/17 13/20 14/14 23/5 33/10
indictments [1]  36/20
individual [5]  20/22 26/4 33/2 33/9 33/24
individuals [4]  26/18 27/5 30/18 53/15
infer [1]  13/25
information [10]  15/20 16/2 19/11 39/19 43/16 50/6 58/25 59/4 59/6 60/19
inhibiting [1]  42/11
inmates [1]  18/11
inquiry [2]  31/7 31/12
insight [1]  37/20
instance [4]  17/24 18/7 18/9 59/21
instructions [1]  20/18
intend [4]  41/12 51/11 51/18 57/20
intended [1]  53/5
intending [1]  52/11
intent [2]  36/10 37/10
intercede [1]  42/21
interest [3]  50/13 59/21 62/3
interested [1]  35/14
interests [1]  48/23
interlocutory [1]  36/11
Internet [2]  26/19 53/16
Internet-enabled [1]  26/19
interrupt [2]  33/20 34/15
interrupted [1]  34/22
interrupting [1]  48/20
investigation [3]  15/22 17/16 37/18
investigators [1]  20/11
involved [1]  41/14
is [134]
is that correct [1]  45/12
is there [4]  20/2 34/5 47/9 49/3
Isaacs [5]  6/2 8/16 9/4 46/1 48/9
isn't [3]  27/17 36/5 62/14
issue [8]  14/15 15/4 33/17 39/11 43/20 50/24 51/25 61/4
issues [13]  33/1 33/14 34/6 39/22 40/1 45/7 46/7 46/12 46/23 47/9 47/11 60/16 62/19
it [103]
It is [1]  45/6
it would be [6]  28/3 29/20 29/25 30/6 30/24 59/7
it's [41]  14/21 16/5 19/1 21/4 22/21 24/2 27/5 31/7 31/23 35/2 35/6 36/1 36/4 37/19 40/25 41/7 42/10 43/22 48/3 48/13 51/25 52/1 52/7 52/19 53/21 53/21 53/22 54/21 55/1 55/3 55/9 55/19 55/19 56/4 58/11 59/21 60/22 61/2 61/16 62/20 63/6
item [1]  40/17
Ivy [1]  4/8

**J**

jail [6]  18/12 19/2 26/6 26/11 38/9 38/24
James [19]  5/2 7/2 8/14 8/17 9/2 12/24 15/4 44/17 44/19 48/18 50/25 51/4 51/9 51/12 51/20 52/3 52/11 52/15 52/19
James's [2]  50/18 51/25
January [16]  15/23 16/23 22/8 27/2 28/25 32/18 47/15 47/22 48/3 49/5 49/18 50/11 61/14 61/15 61/20 64/10
January 25th [2]  48/3 61/14
Jeferson [1]  6/3
Jessica [3]  2/10 8/9 9/7
Jessica Marie [1]  8/9
Jessica Watkins [1]  9/7
job [1]  41/16
Joe [1]  55/10
John [3]  2/15 2/16 8/21
join [1]  46/6
joined [3]  9/25 23/8 30/23
joining [1]  23/9
joint [2]  38/5 54/17
Jon [3]  8/23 21/11 49/6
Jon Moseley [3]  8/23 21/11 49/6
Jonathan [2]  5/7 8/15
Jonathan Walden [1]  8/15
Jonathon [2]  3/7 3/8
jonmoseley.com [1]  3/11
Joseph [3]  5/15 6/16 8/15
Joshua [6]  5/2 7/2 7/5 8/14 9/5 13/18
Jr [3]  3/17 5/11 5/11
judge [12]  1/10 14/3 23/17 24/12 35/20 35/21 36/11 44/18 48/2 48/6 48/9 51/2
Judge Cooper [2]  48/2 48/6
judges [1]  35/9
judicial [1]  28/17
Juli [1]  8/24
Julia [2]  3/12 3/13
jump [1]  41/11
jurors [1]  32/17
jury [10]  31/24 32/3 32/14 32/23 38/2 38/5 43/13 45/20 46/6 46/25
just [53]  14/16 14/23 15/20 18/9 19/8 21/24 23/10 23/12 23/14 24/3 24/5 25/22 25/21 25/24 27/9 27/14 30/8 30/10 30/19 30/23 33/9 33/22 34/3 34/12 35/6 35/12 36/12 37/15 39/13 39/16 40/24 41/18 42/16 42/18 43/2 45/19 51/25 52/7 52/9 53/14 53/24 56/13 57/6 57/8 57/13 57/23 60/13 61/4 61/12 61/14 61/16 61/24 62/15
justice [2]  48/24 50/12

**K**

Kathryn [2]  1/13 8/18
Kathryn Rakoczy [1]  8/18
kathryn.rakoczy [1]  1/16
Keepers [1]  36/22
Keepers' [1]  36/24
Kelly [7]  3/7 8/12 8/23 9/7 41/19 49/10 57/11
Kenneth [3]  4/2 8/13 9/7
kept [1]  43/15
key [1]  61/15
kind [9]  24/1 25/3 29/10 29/17 31/16
know [74]
known [1]  55/17
knows [2]  43/2 55/2

**L**

language [1]  22/5
laptop [3]  18/21 26/6 26/12
laptops [4]  18/14 18/16 18/17 27/1
last [6]  15/16 15/19 18/5 27/8 46/22 57/16
late [1]  31/23
later [5]  28/25 30/8 42/12 42/22 43/14
Laura [3]  3/2 8/11 8/23
LAW [7]  2/16 3/8 3/13 3/17 4/7 5/3 6/17
law.com [1]  5/14
lawyer [1]  31/22
lawyers [1]  60/5
lead [1]  37/19
leader [1]  36/22
least [7]  16/24 18/17 25/1 26/21 29/2 29/19 30/2 30/7 30/8 30/17 32/3 53/4 53/12 55/24 58/15
leave [1]  52/24 54/9 59/20
leaves [1]  57/5
left [1]  54/13
legal [1]  26/13
Leibig [7]  5/2 5/3 9/1 44/18 44/20 50/22 52/9
Leigh [1]  1/13
less [1]  16/13
let [17]  14/16 20/24 25/24 30/8 31/11 31/13 35/6 38/22 42/7 42/13 42/15 42/21 42/23 50/22 52/25 56/13 61/4
let's [14]  9/16 10/11 11/20 12/23 14/15 15/1 21/9 22/15 27/19 33/8 37/23 39/8 54/13 54/16
letting [2]  36/13 42/18
level [2]  39/14 59/10
levels [1]  59/11
Lexington [1]  6/8
license [20]  19/14 20/7 20/19 20/23 21/8 23/25 34/17 35/1 35/4 38/8 39/15 40/2 43/3 43/14 44/9 44/22 45/17 46/5 46/14 46/22
licenses [11]  17/2 18/4 19/19 20/8 20/10 20/10 20/12 39/18 43/5 45/5 45/11
light [1]  62/1
like [53]  9/23 14/16 15/11 20/1 27/25 33/4 33/11 34/6 35/16 45/19 53/7 54/23 57/21 60/5 62/25
likely [2]  26/23 27/17
limit [2]  20/9 30/16
limitations [1]  64/7
limited [2]  53/14 53/16
line [2]  52/13 57/25
link [1]  24/3
list [9]  17/12 27/9 27/10 27/11 38/19 38/25 39/6 39/6 41/5
listed [1]  33/10
litigation [1]  36/9
little [5]  28/12 35/2 45/10 55/9 58/13
LLC [1]  4/3
LLP [1]  2/20
Ln [1]  4/8
load [1]  16/22
locate [1]  17/21
located [3]  16/10 25/5 51/21
long [2]  25/16 61/17
longer [1]  18/24
look [9]  28/19 35/19 56/3 57/25 58/1 59/9 60/6 61/1 62/18
looked [1]  38/19
looking [2]  24/2 39/5
looks [1]  9/23
lose [2]  28/17 32/22
lot [6]  28/2 29/24 41/14 41/19 58/5 60/19
love [2]  28/6 29/15

**M**

Machado [4]  2/15 2/16 8/21 39/8
macmahon [9]  5/11 5/11 5/14 9/2 44/25 45/3 45/9 47/16 47/19
macmahon-law.com [1]  5/14
made [16]  15/18 16/8 18/8 18/13 24/22 24/25 28/9 35/11 35/20 35/25 36/1 55/4 55/7 60/6 62/2 62/25
Madison [1]  7/4
majority [2]  22/10 32/7
make [14]  15/17 17/23 19/2 19/3 31/6 31/12 32/10 32/21 35/25 38/24 40/24 59/22 60/7 61/25
makes [1]  28/19
making [5]  17/17 26/9 27/14 29/22 48/21
many [3]  30/18 33/5 48/13
maps [1]  17/8
Marie [1]  8/9
Marion [1]  6/13
Marshals [1]  30/14
materials [13]  16/9 16/10 16/17 16/22 17/17 17/21 17/25 18/15 18/22 19/1 19/3 19/21 48/24
math [1]  18/19

Case 1:21-cr-00028-APM Document 616 Filed 02/04/22 Page 71 of 76

**M**

matter [3]  9/8 56/15 64/4
matters [1]  9/15
maximum [3]  18/20 30/13 31/17
may [23]  10/16 17/16 22/3 23/11 27/12 30/9 30/22 32/9 35/15 37/11 37/12 38/20 41/17 50/4 52/19 52/20 53/14 53/22 57/13 57/13 59/18 60/20 61/24
maybe [11]  24/7 36/13 37/5 55/25 58/13 60/9 60/15 61/18 62/3 62/3 62/25
McBride [1]  55/10
MD [3]  2/4 2/8 4/9
me [41]  10/13 14/3 14/16 14/22 20/24 23/15 24/7 25/24 28/21 31/11 33/15 34/4 35/6 35/19 35/22 36/3 36/15 36/16 40/19 42/7 42/13 42/15 42/21 42/23 50/6 50/22 52/25 53/12 53/22 54/21 55/1 56/4 56/13 56/18 56/20 57/25 60/20 61/4 61/5 61/20 62/24
me yet [1]  53/22
mean [14]  21/16 25/16 28/19 31/4 35/15 35/19 36/13 37/17 49/2 52/11 53/11 53/22 57/25 62/18
means [2]  18/19 63/4
meant [2]  21/25 22/7
mechanical [1]  7/11
meet [3]  32/18 54/22 56/5
Meggs [19]  3/7 3/12 8/12 8/12 8/24 8/25 9/7 27/22 31/5 40/15 41/5 41/20 42/24 43/6 48/17 49/10 54/13 57/11 57/17
Meggs's [2]  42/14 50/17
MEHTA [2]  1/10 8/3
mention [2]  21/15 36/8
mentioned [1]  21/23
Merit [1]  7/7
met [1]  16/7
method [2]  38/9 38/10
Michelle [1]  2/10
middle [1]  15/23
Middleburg [1]  5/13
Mifflin [1]  7/3
might [7]  24/20 24/23 28/13 30/17 32/9 32/10 58/3
Milwaukee [1]  25/6
mind [4]  24/12 51/13 51/25 53/24
mindful [1]  15/21
mine [1]  37/20

minimum [1]  43/12
Mink [1]  2/7
Minuta [4]  4/7 8/13 9/1 44/4
minute [2]  25/24 56/22
missed [2]  38/20 46/3
misspoke [2]  39/5 39/7
modified [1]  18/2 53/17
modify [2]  33/16 53/3
Moerschel [13]  6/12 8/16 9/5 9/24 10/8 10/12 10/14 10/17 11/20 11/21 12/16 12/22 46/11
moment [4]  27/20 34/3 41/10 47/11
months [3]  16/1 17/12 26/16
more [13]  17/20 19/3 24/8 28/18 35/2 42/13 44/12 54/21 56/6 58/14 59/18 60/22 62/7
morning [13]  8/4 8/6 9/10 9/11 9/12 33/13 34/11 34/25 40/5 43/11 44/5 44/20 51/21
Moseley [14]  3/7 3/8 8/23 21/11 21/20 40/15 41/24 49/6 56/20 57/17 57/25 60/9 61/11 63/10
most [6]  9/16 16/10 17/15 19/5 43/23 44/8
motion [24]  23/10 24/23 28/21 29/9 29/11 35/7 36/11 44/11 44/11 51/17 51/18 53/2 53/12 54/16 54/17 54/17 55/2 55/12 55/13 56/4 56/12 57/16 57/19 57/22
motions [27]  14/23 14/25 15/2 22/15 22/16 23/1 23/4 23/12 23/19 23/22 24/8 24/19 28/7 29/5 33/23 33/24 43/25 44/12 44/13 49/2 54/15 56/17 56/24 57/12 61/13 61/19 62/16
move [5]  21/12 48/4 51/6 51/23 52/1
moved [2]  48/7 51/4 51/5
moving [1]  29/25
Mr [1]  44/20
Mr. [139]
Mr. Balbo [1]  46/19
Mr. Beeks [18]  9/18 9/24 10/12 10/14 10/17 12/23 13/19 14/13 14/24 22/19 22/19 23/20 24/18 24/22 25/2 25/21 47/3 47/4
Mr. Beeks's [1]  14/11
Mr. Brennwald [1]  39/25
Mr. Caldwell [8]  33/12 33/14 34/19 48/17

Mr. Caldwell's [3]  33/17 50/17 53/3
Mr. Cooper [2]  40/4 40/11
Mr. Crowl [1]  34/10
Mr. David [2]  11/21 12/16
Mr. Douyon [1]  9/18
Mr. Fischer [7]  33/12 33/20 34/16 53/1 53/11 54/8 54/12
Mr. Geyer [3]  43/10 56/8 56/20
Mr. Guillaume [1]  44/4
Mr. Hackett [9]  9/24 10/12 10/14 10/17 10/20 11/13 11/14 11/17 45/15
Mr. Hackett's [1]  45/24
Mr. Harrelson [9]  27/22 31/5 43/10 48/17 49/15 54/14 56/19 57/14 62/6
Mr. Isaacs [2]  46/1 48/9
Mr. James [13]  12/24 15/4 44/17 44/19 48/18 50/25 51/9 51/12 51/20 52/3 52/11 52/15 52/19
Mr. James's [2]  50/18 51/25
Mr. Leibig [2]  50/22 52/9
Mr. Machado [1]  39/8
Mr. MacMahon [3]  44/25 45/9 47/19
Mr. Meggs [7]  27/22 31/5 40/15 41/5 48/17 54/13 57/17
Mr. Meggs's [1]  42/14
Mr. Minuta [1]  44/4
Mr. Moerschel [7]  9/24 10/12 10/14 10/17 11/20 12/22 46/11
Mr. Moseley [9]  21/20 40/15 41/24 56/20 57/17 57/25 60/9 61/11 63/10
Mr. Nestler [2]  63/3 63/13
Mr. Parker [1]  39/25
Mr. Rossi [4]  46/1 46/2 46/9 48/12
Mr. Spina [4]  44/25 45/4 45/11 47/17
Mr. Uller [5]  22/19 24/14 25/4 25/5 47/4
Mr. Ulrich [1]  46/20
Mr. Walden [2]  45/1 45/3
Mr. Weinberg [2]  12/19 46/10
Mr. Wilson [1]  42/4
Mr. Woodward [1]  43/2
Mrs. [1]  43/6

Ms. [45]  11/16 15/11 19/7 20/11 20/4 21/23 22/4 26/14 26/25 27/22 27/24 28/20 29/20 31/9 31/25 33/4 34/10 34/14 34/23 37/21 37/23 37/24 38/8 38/18 38/20 39/6 39/9 39/12 42/0 4 42/1 42/23 42/24 43/12 44/17 45/15 45/25 46/8 48/5 48/10 53/25 56/7 57/20 58/11 60/2 60/3
Ms. Halim [3]  11/16 45/15 45/25
Ms. Haller [1]  42/23
Ms. Hernandez [4]  34/10 34/14 34/23 48/5
Ms. Meggs [1]  42/24
Ms. Napierala [1]  48/10
Ms. Parker [1]  39/9
Ms. Peterson [5]  20/1 26/25 37/24 38/18 43/12
Ms. Rakoczy [22]  15/11 19/7 20/4 21/23 22/4 26/14 27/24 28/20 29/20 31/9 31/25 33/4 37/21 39/12 42/1 46/8 53/25 56/7 57/20 58/11 60/2 60/3
Ms. Robin [1]  44/17
Ms. Steele [1]  40/4
Ms. Watkins [3]  27/22 37/23 38/8
Ms. Watkins' [1]  38/20
Ms. Watkins's [1]  39/6
much [6]  57/3 60/5 62/7 62/10 63/8 63/17
multiple [4]  20/8 20/10 22/25 43/5
multiples [2]  20/13 20/14
mute [1]  46/2
my [26]  14/19 18/15 19/17 19/23 22/5 26/24 28/23 31/7 31/9 32/5 32/6 35/15 36/8 38/7 43/4 46/3 49/7 49/14 50/23 56/3 57/3 59/15 59/21 62/4 62/13 63/6

**N**

name [2]  38/20 39/6
named [1]  9/9
Napierala [2]  6/7 9/4 48/10
Natalie [2]  6/7 9/3
national [1]  20/16
nature [3]  29/11 37/2 49/20
nearby [1]  51/5
necessary [6]  32/8 38/2 38/6 45/21 52/16 61/14
need [20]  18/4 24/24 32/24 35/25 39/1 39/14

85/25 42/7 42/12 42/21 46/24 47/14 51/17 53/13 53/21 54/4 58/13 61/4 61/17 62/24
needed [2]  52/20 55/13
needs [6]  21/7 24/3 30/14 32/15 32/24 53/17
negotiate [1]  63/4
negotiations [1]  28/7
Nestler [2]  63/3 63/13
never [3]  52/2 52/2 60/14
new [11]  6/9 10/5 10/13 16/14 22/23 35/15 35/17 35/23 42/8 44/6 51/5
newly [2]  10/4 23/8
next [10]  14/15 24/6 26/25 32/18 33/8 34/21 47/14 47/22 48/23 49/4
nice [2]  50/19 61/8
Nichols [2]  55/21 55/25
NJ [1]  4/4
nnapierala [1]  6/10
no [22]  1/4 8/7 8/8 8/9 8/9 9/19 10/20 11/22 12/25 18/24 21/17 28/25 33/6 33/14 34/8 39/22 40/1 46/7 46/12 46/23 61/3 63/15
not [76]
not-guilty [4]  10/7 10/9 11/18 12/20
note [4]  17/11 43/2 60/13 64/5
noted [2]  49/9 49/18
nothing [9]  39/1 40/6 43/1 43/7 44/21 45/23 46/25 52/8 58/25
notice [4]  23/9 23/15 29/2 31/17
November [2]  16/18 18/17
now [19]  10/4 17/7 18/14 20/12 21/1 21/4 22/11 22/25 26/7 26/13 26/23 29/25 38/13 39/5 44/23 48/22 51/20 55/21 58/15
number [10]  9/15 28/14 30/13 31/11 31/13 31/17 35/9 36/21 37/1 54/14
NW [8]  1/14 2/12 2/16 3/3 3/13 3/18 6/3 7/9
NY [1]  6/9

**O**

Oath [2]  36/22 36/24
objection [2]  49/1 49/3
objections [1]  49/17
obligation [1]  42/8
obstruction [4]  10/24 12/1 13/4 23/6
obtain [3]  35/5 59/8 59/17

**O**

**obtained** [2] 20/23 46/14
**obviously** [11] 17/15 19/1 22/23 23/3 24/20 32/20 38/7 41/25 42/7 58/2 59/9
**occurred** [1] 64/5
**off** [1] 50/16
**offer** [4] 16/11 16/12 16/12 16/14
**offered** [1] 42/14
**office** [9] 1/13 2/16 4/7 5/16 25/7 32/5 32/23 41/16 58/24
**Office's** [1] 32/2
**Officer** [2] 51/12 52/15
**Officers** [1] 51/15
**OFFICES** [2] 3/13 5/3
**official** [5] 7/8 10/24 12/1 13/4 23/7
**oh** [5] 34/14 44/20 47/13 61/10 61/18
**okay** [65]
**old** [2] 51/5 52/6
**olive** [2] 61/25 62/12
**once** [3] 30/18 39/19 39/19
**one** [22] 9/16 16/5 21/12 25/24 26/1 26/9 27/6 31/20 36/21 38/13 39/3 39/11 41/15 41/24 42/13 47/13 53/11 54/16 54/21 56/24 57/13 57/14
**ongoing** [5] 15/22 19/12 37/18 48/25 63/11
**online** [1] 53/24
**only** [6] 18/17 31/5 33/18 35/21 37/6 39/11
**open** [1] 16/12
**opportunity** [2] 29/15 53/8
**opposed** [1] 53/4
**opposition** [1] 34/1
**orally** [1] 53/4
**order** [3] 15/6 50/10 56/22
**ordered** [2] 27/1 51/11
**ordinarily** [1] 32/16
**ordinary** [1] 14/10
**originally** [2] 23/2 23/2
**other** [40] 9/9 9/25 10/8 10/18 17/7 20/11 23/11 27/10 30/1 30/2 30/19 31/20 34/6 35/8 35/9 36/1 36/2 36/10 36/19 38/3 39/22 39/22 41/13 43/7 43/17 44/14 45/6 45/7 46/7 46/23 46/24 47/13 50/16 54/24 55/10 56/13 56/15 56/25 58/4 60/3
**others** [2] 24/21 45/19
**otherwise** [2] 9/25 52/18
**ought** [4] 28/24 29/2

**our** [13] 18/2 28/5 29/8 29/12 30/19 32/10 32/23 43/3 43/24 46/22 47/22 52/4 55/11
**ourselves** [1] 16/8
**out** [22] 18/8 20/6 20/8 20/8 20/12 20/18 21/6 21/7 23/21 29/21 30/7 32/15 32/17 32/25 36/2 38/22 39/12 41/19 51/7 54/5 60/3 60/8
**outcome** [1] 56/14
**outlined** [1] 38/10
**outlook.com** [1] 3/16
**outside** [2] 58/12 62/14
**outside the** [1] 62/14
**outstanding** [1] 9/16 29/11 33/18 33/23 60/25
**outweighed** [1] 50/12
**over** [7] 17/3 24/3 26/18 34/21 42/8 42/8 56/22
**overview** [1] 16/19
**own** [2] 14/19 17/16

**P**

**P.A** [3] 2/3 6/3 6/7
**P.C** [1] 6/17
**p.m** [1] 63/19
**P.O** [2] 5/12 6/18
**PA** [1] 5/18
**PACER** [1] 41/18
**pandemic** [2] 48/25 64/6
**panel** [1] 32/14
**paper** [1] 44/2
**papers** [1] 57/3
**paperwork** [2] 21/7 39/16
**paralegal** [2] 39/17 43/4
**paralegals** [1] 20/11
**Park** [1] 3/18
**Parker** [8] 2/15 2/20 8/10 8/11 8/21 8/22 39/9 39/25
**Parkway** [1] 3/9
**part** [5] 23/2 32/21 37/15 43/23 60/21
**particular** [1] 14/24 15/17 17/11 25/25 32/9 32/11 56/16
**particularly** [3] 16/13 30/15 31/10
**parts** [1] 29/25
**party** [1] 59/12
**pass** [1] 36/17
**past** [4] 37/5 37/9 40/23 57/12
**patient** [1] 34/4
**pause** [4] 29/11 39/4 50/20 53/12
**paused** [1] 29/17
**pcooper** [1] 3/6
**peace** [1] 10/5
**pending** [1] 22/16

**peter** [2] 2/21 3/13
**people** [5] 20/10 28/13 28/15 28/18 60/20
**percent** [1] 30/13
**perfect** [1] 19/1
**perhaps** [1] 58/9
**period** [3] 18/21 18/25 18/25
**permission** [1] 51/4
**person** [3] 9/8 36/21 36/24
**perspective** [3] 19/12 20/2 28/1
**Peter** [3] 3/2 3/3 8/22
**petercooperlaw.com** [1] 3/6
**peterson** [8] 2/10 2/14 8/20 20/1 26/25 37/24 38/18 43/12
**Philadelphia** [1] 5/18
**phone** [1] 63/10
**pick** [1] 42/14
**pie** [1] 35/16
**pin** [1] 33/21
**Plaintiff** [1] 1/4
**plan** [2] 15/6 20/25
**platform** [5] 19/19 19/23 45/5 45/12 45/18
**platforms** [4] 14/18 15/14 16/23 49/22
**PLC** [1] 5/11
**plea** [11] 11/15 11/18 12/18 13/21 13/23 14/1 14/4 14/5 14/7 14/11 28/7
**plead** [5] 11/11 12/14 13/17 28/14 28/16
**pleading** [2] 14/13 55/19
**pleadings** [1] 35/13
**pleas** [4] 10/7 10/9 12/21 14/12
**please** [1] 8/4 20/24 64/5
**plenty** [1] 35/19
**point** [11] 14/2 14/12 14/13 19/9 19/14 29/20 37/7 38/1 39/14 55/24 61/4
**pointing** [1] 43/23
**Police** [4] 17/13 57/18 58/6 59/17
**posed** [1] 62/4
**posing** [1] 31/21
**position** [2] 28/5 56/14
**possess** [2] 51/11 51/17
**possession** [4] 16/22 16/24 16/25 50/25
**possible** [2] 26/4 28/22
**possibly** [1] 30/18
**potential** [2] 31/24 32/3
**potentially** [5] 28/13

**preference** [2] 29/8 29/12
**premature** [1] 30/22
**prepare** [4] 16/3 29/14 50/8 62/7
**prepared** [8] 11/15 17/20 20/24 29/6 30/25 42/11 56/3 63/4
**present** [1] 37/13
**presentation** [1] 28/1
**preserve** [1] 23/13
**presiding** [1] 8/3
**pretrial** [12] 15/4 44/12 50/24 51/1 51/5 51/7 51/12 51/15 52/13 52/14 52/16 57/10
**pretrial-release** [1] 15/4
**pretty** [2] 58/16 60/16
**Prettyman** [1] 7/8
**prevent** [1] 37/11
**preview** [1] 14/16
**previous** [2] 41/3 51/22
**previously** [1] 52/6
**print** [1] 55/18
**printing** [1] 41/19
**prior** [3] 10/9 41/2 44/13
**priority** [1] 34/20
**probably** [7] 16/6 27/3 28/23 47/23 52/12 55/23 62/9
**proceed** [1] 15/7 28/9
**proceeding** [5] 10/24 12/1 13/4 23/7 36/1
**proceedings** [7] 1/9 7/11 11/8 12/11 37/14 63/19 64/4
**process** [8] 23/24 32/8 32/11 38/15 40/7 40/10 43/3 49/24
**produced** [4] 7/11 15/24 58/5 58/18
**production** [2] 24/16 58/16
**productions** [5] 15/18 15/19 17/23 18/8 24/1
**proffer** [1] 16/12
**proffers** [2] 16/4 16/7
**progress** [1] 9/14 18/12 26/15
**properly** [1] 59/7
**property** [3] 11/2 12/4 13/7
**proposal** [1] 38/5
**propose** [1] 28/4
**prosecutor** [1] 55/18
**prosecutors** [1] 59/14
**provide** [7] 15/11 16/21 17/9 17/24 19/6 42/1 43/22
**provided** [11] 16/14 16/19 17/8 17/12 17/13 19/22 22/9 38/8 43/16 43/17 58/13
**prudent** [1] 32/10

**public** [8] 2/11 18/6 19/18 25/7 41/16 43/17 50/13 55/4
**Punta** [1] 6/14
**purchase** [1] 20/9
**purpose** [1] 27/1
**purposes** [1] 43/24
**put** [11] 21/6 23/21 28/13 29/10 29/23 33/21 35/6 36/3 37/5 37/21 41/5
**putting** [2] 19/21 62/9
**PUTZI** [1] 2/3

**Q**

**quarters** [1] 16/6
**question** [5] 21/13 21/20 30/19 31/20 31/21
**questionnaire** [5] 38/2 38/5 43/13 45/20 46/25
**questionnaires** [3] 31/25 32/15 32/24
**questions** [4] 30/11 31/24 32/3 46/6
**quick** [1] 61/24
**quickly** [4] 14/23 38/19 58/19
**quite** [3] 43/17 50/1 54/20

**R**

**R.K** [1] 5/2
**raise** [11] 15/9 33/1 33/4 33/11 34/5 38/1 43/7 46/8 47/9 47/10 47/14
**raised** [3] 35/18 36/5 53/21
**raises** [1] 53/12
**Rakoczy** [24] 1/13 8/18 15/11 19/7 20/4 21/23 22/4 26/14 27/24 28/20 29/20 31/9 31/25 33/4 37/21 39/12 42/1 46/8 53/25 56/7 57/20 58/11 60/2 60/3
**rather** [3] 30/7 42/12 42/22
**Ray** [2] 2/7 8/9
**re** [3] 10/3 10/5 62/3
**re-arraign** [1] 10/5
**re-arraigned** [1] 10/3
**re-evaluating** [1] 62/3
**reach** [5] 29/21 36/2 54/5 60/8 60/9
**reaching** [2] 30/7 60/3
**reading** [6] 11/10 11/14 12/13 12/17 13/16 13/20
**ready** [5] 20/6 20/17 29/14 31/8 41/12
**real** [1] 61/24
**really** [3] 27/5 58/8 60/20
**Realtime** [1] 7/7
**reasonable** [1] 23/21
**reasons** [4] 40/22 50/9 50/9 50/15

**R**

receive [2] 22/24 26/6
received [11] 10/18
20/13 23/23 36/22
38/12 40/25 42/3 44/8
44/9 46/22 58/10
recent [9] 9/17 62/23
recently [2] 30/23 31/6
recommendation [1]
62/5
reconsideration [1]
55/13
reconvene [1] 47/5
record [7] 10/16 11/17
12/20 23/13 57/8 57/13
64/3
recorded [1] 7/11
redline [1] 9/22
referred [1] 55/20
referring [1] 62/22
refiling [1] 55/24
reflect [3] 10/16 11/18
12/20
reflected [1] 59/4
refusal [1] 14/11
regard [1] 39/11
regarding [1] 33/15
Registered [1] 7/7
regret [1] 60/15
related [1] 31/20
relative [1] 44/15
relatively [3] 15/22
16/19 44/6
Relativity [7] 17/22
18/4 18/9 19/17 19/23
20/15 50/2
Relativity.com [2]
20/20 26/20
release [4] 15/4 33/17
56/19 57/9
relevant [8] 15/24 16/2
16/10 17/10 17/13
17/15 17/19 59/22
rely [1] 35/25
remain [3] 10/1 48/18
61/19
remains [2] 16/11 28/5
remotely [3] 9/9 9/11
64/7
remove [1] 54/17
removed [2] 55/11
55/22
repeat [1] 21/20
reply [1] 55/13
report [3] 16/18 16/21
51/1
Reporter [4] 7/6 7/7
7/7 7/8
reporting [2] 55/4 64/7
represent [1] 27/5
request [7] 29/22
32/10 33/16 54/1 54/23
55/7 56/21
requested [3] 16/11
52/16 54/21
require [2] 24/20 26/8
reservations [1] 49/18
reserve [1] 57/2

residence [1] 51/7
resolution [1] 61/13
resolve [4] 52/12 59/20
61/20 62/19
resolved [1] 22/16
respect [8] 14/25 15/2
16/17 17/22 18/11 38/7
47/6 51/1
respond [5] 21/18
21/25 22/1 22/2 57/22
responded [1] 17/6
21/16 21/24 22/7 57/19
response [6] 34/1
50/25 53/9 53/25 54/8
57/24
responsive [3] 21/17
46/8 59/15
rest [1] 36/4
restricted [3] 11/5 12/7
13/10
resume [2] 28/7 29/10
reverse [3] 16/4 16/7
16/12
review [4] 16/1 18/22
26/7 27/11
reviewing [2] 48/24
57/12
Richmond [1] 6/18
rid [1] 52/5
right [46] 9/13 9/20
11/16 11/20 12/23
14/15 20/12 21/19
21/22 22/13 24/15
25/11 25/20 26/13 31/3
31/20 33/7 34/22 36/18
37/23 38/23 39/2 39/24
40/15 40/21 41/23
42/19 43/9 43/10 44/3
46/9 46/10 46/19 47/21
49/17 50/16 52/23
52/25 54/7 56/11 57/4
57/5 58/2 58/15 61/6
62/17
RIOS [1] 6/12
rise [3] 8/2 61/9 63/18
risks [1] 62/4
Ritchie [1] 2/3
RMR [2] 64/2 64/11
Road [2] 2/7 3/18
Roberto [2] 4/7 8/13
ROBERTSON [1] 2/20
Robin [1] 44/17
rolled [1] 18/8
rolling [1] 15/18
room [6] 26/17 26/17
26/17 26/21 27/3 27/16
Rossi [8] 6/2 9/3 30/5
46/1 46/2 46/9 48/9
48/12
route [1] 59/18
rule [6] 23/1 23/19
23/22 24/19 29/7 51/20
Rule 12 [4] 23/1 23/19
23/22 24/19
ruling [3] 23/13 28/8
56/3
run [2] 20/8 20/12

running [1] 50/3
Ruth [1] 8/10
Ryan [2] 55/21 55/25

**S**

said [10] 26/23 27/17
37/9 40/7 42/21 43/8
51/10 51/13 56/4 59/5
same [6] 10/1 39/18
49/14 54/12 56/1 58/6
Sandra [2] 2/15 8/10
8/21
satisfied [1] 54/24
say [8] 28/19 43/20
45/11 53/11 60/10
60/20 62/13 62/15
says [1] 61/3
scenario [1] 19/1
schedule [1] 24/17
scheduled [4] 25/11
27/2 27/21 37/13
schedules [1] 36/12
scheduling [1] 36/17
scope [2] 58/12 58/15
scott [4] 6/12 6/15 9/4
12/15
screen [1] 50/23
screenshots [1] 17/12
SE [1] 2/21
searched [1] 52/7
searching [1] 19/15
seated [1] 8/5
second [6] 26/11 38/10
38/14 39/3 41/13 43/12
Section [14] 10/23
11/1 11/4 11/9 11/25
12/3 12/6 12/8 12/12
13/3 13/6 13/9 13/11
13/15
Sections [1] 11/1 11/4
12/3 12/6 13/6 13/9
13/15
see [15] 9/14 15/8
17/19 27/25 28/8 28/15
31/12 36/23 37/16 39/6
48/6 50/22 55/25 60/9
61/7
seeing [1] 59/4
seek [1] 58/2
seeking [1] 57/17
seem [1] 28/12
send [5] 20/18 24/3
26/5 26/8 32/14
sending [1] 41/19
sense [8] 24/15 25/3
28/20 30/3 32/10 32/19
47/6 59/10
sentencing [1] 25/11
Service [3] 18/6 19/18
30/15
SERVICES [1] 7/2
set [11] 24/14 24/17
25/1 25/21 26/18 26/24
27/3 28/11 31/22 38/13
38/14
setting [1] 41/17
several [1] 17/12

stream [1] 50/3
share [1] 41/6
sharing [1] 26/12
she [3] 38/13 38/21
51/22
she's [3] 38/20 38/22
38/25
Shelli [2] 2/14 8/20
shortly [1] 40/2
should [16] 10/3 13/25
18/20 21/18 22/1 25/24
26/4 31/8 32/19 32/21
38/21 48/16 48/17
48/22 56/22 62/25
side [2] 30/1 30/2
sight [1] 32/22
sign [1] 50/16
silent [2] 13/21 13/23
similar [1] 17/6
simple [1] 20/7
simply [2] 23/9 23/11
since [4] 15/16 15/19
28/14 55/21
single [1] 48/3
single-defendant [1]
48/3
sit [1] 19/13
six [3] 26/25 27/18
30/18
sixth [6] 10/19 11/10
11/19 12/13 12/21
13/16
so [109]
so I think [3] 30/6 32/9
60/25
So is there [1] 33/3
some [35] 14/19 15/2
18/12 21/15 21/16
21/25 24/19 24/20
26/16 28/7 28/16 29/10
29/16 30/3 30/20 30/20
30/23 31/16 34/1 36/1
36/2 39/17 41/17 49/23
50/5 53/3 54/18 55/4
56/21 57/12 58/6 60/10
61/13 61/14 62/5
somebody [1] 29/1
someone [3] 21/10
35/23 40/24
something [35] 21/23
23/15 23/21 23/21
23/22 24/11 28/23 29/4
29/5 29/6 29/13 29/14
35/17 45/20 51/19 52/1
52/20 53/6 53/8 53/13
53/20 53/24 56/8 58/8
58/9 58/12 58/13 59/8
60/2 60/10 61/1 61/2
61/16 62/24 62/25
sometimes [1] 43/22
somewhere [1] 51/23
son [1] 42/14
soon [3] 20/17 20/17
54/8
sooner [3] 30/7 42/12
42/22
sorry [12] 13/22 21/10
33/20 34/14 34/23 39/7

**T**

10/10 47/4 48/1 49/13
57/7 58/21
sort [5] 14/16 15/6
22/13 31/21 33/9 34/1
35/14 54/17 62/5
source [1] 58/3
South [1] 5/8
speak [3] 10/4 21/20
32/5
special [5] 24/14 32/8
32/11 32/14 37/20
specific [9] 15/2 15/20
15/24 16/2 24/1 47/12
55/6 55/7 59/16
specifically [2] 15/9
54/25
speed [1] 24/17
speedy [3] 48/22 49/19
50/13
Speedy Trial Act [2]
48/22 49/19
Spina [6] 5/7 9/2 44/25
45/4 45/11 47/17
spoke [1] 47/3
spoken [3] 47/5 51/3
51/21
spot [1] 37/21
spots [1] 28/16
Sr [1] 2/2
St [1] 6/3
stand [14] 9/14 13/21
13/22 14/20 14/22
15/12 22/14 24/5 25/3
37/22 41/22 42/18 47/6
61/5
standing [1] 50/10
stands [1] 14/17
stanley [3] 3/17 3/20
8/24
start [4] 9/16 15/10
18/3 50/22
started [1] 23/24
starting [1] 33/9
state [1] 21/9
stated [1] 50/10
statements [1] 24/22
STATES [20] 1/1 1/3
1/10 8/7 10/23 10/25
11/3 11/6 11/8 11/25
12/2 12/5 12/8 12/11
13/3 13/5 13/8 13/11
13/14 22/8
status [16] 1/9 9/13
14/24 16/18 16/21
19/10 22/18 43/4 47/15
47/23 48/2 48/4 48/23
49/4 60/11 62/21
stay [4] 32/13 33/23
47/10 48/16
Steele [4] 3/2 8/11 8/23
40/4
stenography [1] 7/11
Stephen [2] 2/20 8/22
Stephen Brennwald
[1] 8/22
steps [2] 17/18 52/16
still [16] 16/20 19/10
19/18 19/23 20/15

**S**

still... [11] 26/15 30/21 36/19 36/20 36/25 43/19 44/10 49/2 50/2 50/4 63/11
stipulated [1] 62/5
store [1] 51/23
Street [7] 1/14 2/16 3/3 5/4 5/12 5/17 7/3
stuff [1] 58/19
SUAREZ [1] 6/12
subject [2] 24/23 64/6
submit [1] 28/3
submitted [1] 16/18
submitting [1] 39/20
subpoena [6] 57/18 58/7 58/18 59/8 59/11 61/4
subpoenaing [1] 59/12
subpoenas [1] 62/20
subsequent [1] 18/8
subsequently [2] 23/3 28/14
substantive [1] 23/6
sufficient [1] 18/23
suggest [1] 29/19
suggested [4] 29/4 41/15 43/12 51/13
suggesting [1] 61/21
Suite [11] 2/4 2/12 2/17 3/4 3/14 4/9 5/8 5/17 6/4 6/13 7/4
summary [1] 35/14
summonses [1] 32/17
supersede [1] 37/6
superseding [10] 9/17 10/10 10/19 11/11 11/19 12/14 12/21 13/17 36/20 37/10
supersedings [1] 37/2
supplement [1] 44/13
support [2] 20/16 45/20
suppress [1] 24/23
sure [13] 21/14 22/4 27/14 32/21 38/24 40/24 40/25 43/21 49/8 53/5 59/22 62/22 62/23
surprise [2] 36/15 36/16
surveillance [2] 17/5 17/7
suspect [2] 58/17 59/18
system [1] 35/5

**T**

table [1] 16/15
tailored [1] 58/14
take [10] 13/25 14/11 17/18 23/16 38/19 52/15 57/1 61/5 61/20 63/7
taken [3] 28/16 54/5 54/7
taking [1] 62/3
talk [11] 14/23 14/24 15/1 22/15 26/3 27/19

54/16
talked [2] 55/6 61/16
talking [2] 29/16 55/3
tampering [2] 11/7 12/10
team [2] 20/16 43/3
technical [1] 41/17
technological [1] 64/7
tell [3] 34/12 35/1 37/21
template [1] 32/3
ten [1] 15/19
terminal [1] 19/14
terms [15] 14/20 15/12 16/24 23/19 23/25 24/16 32/2 34/2 36/12 41/1 41/7 42/16 53/25 58/16 62/7
terrific [3] 48/11 60/3 60/12
testing [1] 18/6
than [17] 10/8 18/24 28/25 30/7 31/13 35/2 36/19 39/22 42/12 42/22 43/7 44/14 45/6 46/7 50/17 59/12 60/22
thank [36] 11/16 12/19 15/15 19/7 25/19 31/15 33/6 38/18 39/2 39/22 40/16 43/8 43/9 44/2 44/3 44/4 44/24 45/25 46/9 47/20 48/12 48/15 50/19 52/23 54/2 54/10 54/12 56/10 57/2 57/3 57/4 59/24 61/7 61/8 61/22 62/3 67/7 63/17
thank you [28] 11/16 15/15 19/7 25/19 33/6 39/2 39/22 40/16 43/8 43/9 44/2 44/4 44/24 45/25 46/9 47/20 48/12 48/15 52/23 54/2 54/10 54/12 56/10 57/2 57/4 59/24 61/7 61/22
that [320]
that'll [1] 44/2 56/6
that's [48] 14/6 14/10 15/6 17/16 18/22 19/12 21/9 22/17 24/9 26/9 26/21 26/23 26/24 27/4 27/6 27/13 34/19 36/15 37/6 37/13 38/23 41/22 42/5 43/13 43/16 43/20 43/23 44/23 45/20 47/18 47/19 51/18 51/19 52/9 53/10 53/24 54/24 57/17 58/4 58/5 58/12 58/17 61/20 62/13 62/24 62/24 62/25 63/11
their [16] 10/3 10/9 10/13 17/16 20/7 20/11 20/19 28/10 36/10 51/5 51/13 51/22 52/1 53/16 53/18 59/2
them [19] 17/3 20/9 22/1 24/20 24/24 26/25 32/7 32/8 32/9 37/10

30/8 33/5 41/18 43/6 51/7 53/4 53/18 60/22 61/20
then [53] 9/24 10/11 10/14 11/20 14/15 14/23 15/1 15/2 15/4 17/24 18/21 18/23 18/25 23/6 23/19 24/17 26/6 26/14 28/13 28/16 28/17 28/24 29/25 30/19 33/8 35/21 37/10 37/23 39/8 39/15 42/6 42/11 42/17 42/23 46/19 47/3 52/25 53/25 54/4 56/7 56/12 56/17 56/24 56/25 57/16 58/9 58/10 59/6 59/17 60/10 61/19 62/25 63/4
there [41] 9/15 9/17 9/23 15/2 15/22 17/3 17/4 17/7 18/13 18/15 18/19 19/10 19/21 20/2 21/15 22/6 23/4 23/11 25/23 26/16 28/14 29/24 30/16 31/25 32/1 33/3 34/5 35/10 47/9 47/11 49/3 50/22 50/24 52/7 53/2 55/22 57/1 58/8 59/6 59/16 61/5
there's [24] 10/2 15/8 23/11 33/10 33/17 35/20 35/23 36/3 37/11 41/14 45/23 47/13 47/25 53/2 54/9 54/22 56/5 56/17 58/5 58/9 59/9 60/15 61/3 62/2
therefore [1] 64/6
these [9] 17/25 19/3 20/3 27/8 27/11 32/7 35/9 61/13 61/19
they [22] 18/4 18/23 19/15 20/8 20/16 21/17 21/18 21/25 22/1 26/6 26/7 28/9 30/9 30/21 30/24 32/24 41/8 41/17 43/21 56/22 56/23 59/17
they're [7] 21/16 29/3 29/3 39/12 43/22 46/7 55/3
they've [1] 55/21
thing [3] 33/18 47/14 53/11
things [23] 9/14 14/20 14/22 15/12 22/14 24/16 25/3 26/1 26/8 29/17 37/22 41/4 41/13 41/19 41/22 41/24 42/17 44/14 47/6 59/1 59/16 60/11 61/5
think [52] 14/3 15/18 16/5 19/5 21/2 21/18 21/23 22/5 22/13 23/16 23/20 25/16 26/15 27/8 28/3 28/8 30/1 30/6 30/23 31/5 31/5 31/24 32/7 32/8 32/9 37/10

41/11 41/13 45/9 46/2 46/6 49/7 49/19 50/10 50/11 52/12 53/20 53/21 55/16 55/18 56/21 57/10 58/10 59/3 59/22 60/15 60/20 60/25 63/11
thinking [5] 28/25 30/3 32/2 55/14 55/23
third [1] 59/12
thirds [1] 16/6
this [63] 8/7 9/8 11/12 13/24 14/2 14/7 14/12 14/13 15/16 16/14 16/25 17/11 17/15 17/20 19/9 19/14 21/2 24/13 27/3 27/16 27/20 28/21 29/19 30/5 31/21 32/9 32/11 32/15 35/25 36/5 36/6 36/9 36/25 37/7 38/1 38/6 39/14 39/21 41/8 44/15 44/18 45/21 46/4 46/23 46/25 49/20 49/25 51/18 51/21 53/9 53/14 53/22 54/17 54/17 56/15 56/23 58/5 60/1 60/4 61/3 61/4 62/14 64/5
This is [1] 8/7
THOMAS [6] 1/6 2/2 5/7 6/3 8/8 9/2
those [30] 9/11 14/21 15/25 16/11 16/16 16/23 17/10 17/21 18/17 19/5 21/24 22/7 24/25 26/9 26/13 27/4 27/21 29/21 32/23 33/1 33/22 33/23 35/11 42/16 44/14 47/8 50/9 50/9 50/14 56/22
thought [4] 17/14 27/24 28/2 45/10
three [6] 16/1 16/6 25/25 27/9 27/11 31/1
three-quarters [1] 16/6
through [16] 10/18 16/9 16/13 17/25 18/9 19/22 26/3 31/4 33/22 49/4 49/18 50/11 50/14 50/14 51/8 53/21
till [3] 56/23 56/24 61/13
time [29] 13/24 16/15 18/23 20/9 21/2 25/11 32/18 35/10 35/10 39/18 42/13 44/1 46/23 48/22 49/2 49/3 49/4 49/18 49/21 50/8 50/11 50/14 51/18 53/21 53/23 56/6 56/22 56/25 59/10
timeline [1] 24/2 24/8
timing [3] 32/22 32/23 34/2
Title [15] 10/22 10/25 11/3 11/6 11/8 11/24 12/2 12/5 12/8 12/11

73/2 13/5 13/8 13/11 13/14
titled [1] 64/4
today [8] 33/19 40/8 40/13 43/15 44/19 46/17 49/23 56/21
today's [1] 50/3
together [2] 28/15 54/4
told [4] 21/1 21/2 51/12 51/16
tolled [2] 48/22 49/2
tolling [1] 49/3
tommy [1] 5/10
tommyspina.com [1] 5/10
tomorrow [1] 56/24
too [3] 23/15 31/23 31/23
tools [1] 17/8
top [1] 50/23
touch [3] 24/4 25/25 44/7
Towers [1] 2/4
track [7] 16/20 26/9 26/11 26/14 27/6 27/6 42/17
transcript [3] 1/9 7/11 64/3
transcription [1] 7/11
transmissions [1] 41/3
tremendous [3] 41/16 58/25 60/21
trial [29] 15/1 15/7 15/21 15/25 16/3 27/19 27/20 28/11 28/13 28/18 28/24 30/9 30/15 30/22 31/1 31/20 31/22 32/21 36/12 36/24 37/13 42/11 47/17 48/10 48/22 49/19 50/8 50/13 62/10
trial-related [1] 31/20
tried [3] 17/18 28/15 30/18
true [2] 26/1 58/22
truthfully [1] 51/10
try [10] 19/3 21/22 38/4 39/18 40/17 42/15 48/3 54/5 58/2 62/19
trying [2] 39/13 39/16
tuned [1] 32/3
turn [14] 10/11 11/20 12/23 14/15 33/2 33/8 33/8 37/23 39/9 42/8 42/8 42/23 52/11 52/25
turned [1] 32/2
turns [1] 38/22
two [15] 16/6 18/20 18/21 18/24 18/25 19/9 24/6 24/7 26/1 27/6 30/10 41/24 43/25 49/22 63/7
two-thirds [1] 16/6
two-week [4] 18/20 18/21 18/24 18/25
type [1] 17/23
typically [1] 14/6

**U**

**U.S. [1]** 32/2
**U.S. Attorney's**
**Office's [1]** 32/2
**Uller [10]** 7/2 7/5 9/5
13/18 22/19 22/20
24/14 25/4 25/5 47/4
46/20
**Ulrich [4]** 6/16 8/17 9/5
46/20
**under [4]** 30/16 35/8
48/22 49/19
**understand [14]** 17/2
17/15 18/2 18/12 19/2
19/12 23/11 24/24
26/25 29/24 30/14 50/3
52/18 54/20
**understanding [8]**
18/15 19/17 19/24
26/24 31/9 32/6 36/9
59/16
**understandings [1]**
14/20
**understands [1]** 51/20
**understood [6]** 37/8
42/9 45/10 49/16 52/20
57/15
**undoubtedly [1]** 36/17
**UNITED [20]** 1/1 1/3
1/10 8/7 10/23 10/25
11/3 11/6 11/8 11/25
12/2 12/5 12/8 12/11
13/3 13/5 13/8 13/11
13/14 22/8
**United States [16]**
10/23 10/25 11/3 11/6
11/8 11/25 12/2 12/5
12/8 12/11 13/3 13/5
13/8 13/11 13/14 22/8
**United States of [1]**
8/7
**unless [5]** 10/2 36/4
47/12 47/25 54/9
**unlikely [1]** 26/24
**unresolved [1]** 61/19
**until [4]** 20/8 27/2 53/9
61/20
**up [30]** 17/1 20/5 20/17
21/20 22/13 23/3 24/17
26/16 26/18 26/24 27/3
27/17 28/16 30/8 30/10
35/16 38/4 38/25 39/14
41/17 42/14 42/17
45/10 50/2 52/1 52/2
52/8 61/15 62/11 63/12
**update [4]** 14/17 15/11
18/5 20/2
**updates [1]** 19/5
**uploaded [3]** 17/4
19/11 22/11
**upon [2]** 29/5 60/21
**urge [1]** 58/10
**us [8]** 22/13 37/21
43/16 43/17 43/23
51/19 52/2 60/22
**USAfx [5]** 17/25 19/22
24/2 41/3 43/19
**usdoj.gov [1]** 1/16
**use [2]** 22/5 53/16

**useful [3]** 28/3 29/20
30/6
**utilize [2]** 17/10 18/4

**V**

**VA [3]** 3/10 5/4 5/13
**various [3]** 14/18 16/23
23/1
**vast [1]** 22/10
**versus [1]** 8/8
**very [10]** 20/6 43/13
43/15 43/21 43/23 46/8
53/8 60/20 63/7 63/17
**VIA [1]** 1/9
**video [15]** 17/4 17/5
17/6 17/7 21/3 49/25
54/19 54/25 55/3 55/7
55/8 55/17 56/1 56/16
58/6
**videos [4]** 17/10 17/10
17/14 35/4
**view [1]** 62/4
**viewing [1]** 18/14
**violation [16]** 10/22
10/25 11/3 11/6 11/8
11/24 12/2 12/5 12/8
12/11 13/2 13/5 13/8
13/11 13/14 52/3
**visits [3]** 26/13 51/6
52/7
**vital [1]** 46/7
**voiced [1]** 45/20
**voir [3]** 31/24 32/8
32/11
**volume [2]** 37/1 58/25
**voluminous [2]** 48/24
50/1
**vs [1]** 1/5

**W**

**wait [4]** 42/20 57/23
61/10 61/17
**waited [1]** 61/13
**waiting [8]** 22/1 27/9
27/10 27/11 27/16
41/10 43/4 44/10
**waitlist [7]** 18/16 18/18
18/20 18/23 18/24
38/12 38/14
**waive [6]** 11/10 11/14
12/13 12/17 13/16
13/20
**Walden [5]** 5/7 8/15 9/2
45/1 45/3
**walk [2]** 16/8 16/13
**walk-through [1]** 16/13
**Walnut [1]** 5/17
**want [17]** 14/17 14/23
17/16 19/15 21/1 30/21
31/1 34/5 49/9 58/10
59/16 59/19 60/23
61/25 62/14 63/6 63/13
**wanted [7]** 19/6 33/1
33/19 47/9 51/16 52/10
62/15
**wants [5]** 15/9 47/10
49/7

**was [32]** 9/21 16/25
18/5 18/6 21/15 21/24
22/5 24/22 30/1 30/12
30/19 30/19 31/9 31/11
33/25 35/4 36/13 42/9
50/24 51/6 51/9 51/11
51/13 52/3 53/2 53/4
55/2 55/12 55/13 55/14
61/12 62/2
**Washington [11]** 1/5
1/15 2/13 2/17 2/21 3/4
3/15 3/18 5/12 6/4 7/9
**wasn't [2]** 33/25 53/5
**Watkins [7]** 2/10 8/10
8/21 9/7 27/22 37/23
38/8
**Watkins' [1]** 38/20
**Watkins's [1]** 39/6
**way [6]** 5/8 27/7 35/6
49/14 52/10 57/14
**we [121]**
**we believe [1]** 16/20
**We understand [1]**
30/14
**we will [5]** 10/5 14/12
15/23 20/18 61/5
**we would [1]** 29/15
**we'd [1]** 53/9
**we'll [17]** 10/14 13/20
15/5 20/9 24/5 25/21
31/16 34/3 37/15 42/20
47/5 47/23 50/14 54/7
57/1 60/8 61/1
**we're [15]** 9/13 16/15
17/17 19/21 22/1 24/2
27/16 31/23 32/19
39/12 39/13 41/11 43/5
46/16 63/11
**we've [18]** 15/18 16/7
16/8 17/8 17/18 22/25
23/24 31/22 35/12
36/22 37/17 43/15 47/3
47/4 49/22 54/13 58/25
60/19
**weapon [1]** 51/16
**Wednesday [3]** 53/9
60/2 61/2
**week [12]** 18/20 18/21
18/24 18/25 23/15 24/6
24/7 39/21 44/10 46/23
47/17 48/10
**weeks [9]** 26/25 27/18
28/6 29/9 29/12 32/16
34/21 47/5 50/5
**Weinberg [6]** 6/12 6/12
9/4 12/15 12/19 46/10
**well [21]** 10/15 10/17
14/10 20/20 29/19 31/4
32/13 38/9 38/25 41/24
42/13 46/3 48/18 49/12
50/9 53/19 55/9 55/12
56/3 59/5 62/18
**were [9]** 15/16 15/19
17/14 28/8 30/16 33/1
36/11 45/9 51/16
**West [2]** 5/17 6/4

**what [36]** 14/24 16/7
19/9 23/8 23/20 24/1
24/9 28/19 29/19 31/16
31/17 32/19 32/23
36/15 37/12 43/12 51/4
54/23 54/25 55/2 55/25
56/13 56/13 58/16
58/24 59/19 59/22
59/22 60/5 60/6 60/14
60/16 61/21 62/13
62/22 62/22
**what's [7]** 16/24 40/6
41/1 43/8 54/20 58/12
60/25
**whatever [4]** 19/15
21/7 56/15 58/3
**when [10]** 14/7 20/22
20/25 32/16 32/24 36/8
37/5 40/23 43/21 43/22
**where [24]** 9/14 14/17
14/20 14/22 15/11
16/10 22/14 24/5 24/15
25/3 25/4 26/2 26/6
31/22 34/2 37/19 37/22
41/21 41/22 42/18 47/6
55/25 61/5 62/6
**whether [11]** 20/23
20/24 21/5 23/9 24/21
30/12 30/21 53/5 53/16
53/17 62/20
**which [15]** 15/6 20/9
26/16 27/17 29/20 35/4
39/12 40/18 47/14
49/24 49/25 55/12
55/17 58/1 58/7
**which was [1]** 55/12
**while [5]** 15/21 27/16
49/7 60/14 63/10
**who [32]** 9/11 10/3
14/21 16/5 16/7 16/11
16/14 17/3 18/11 20/6
20/10 20/13 23/2 25/25
27/4 27/5 27/21 27/24
28/8 28/13 28/15 28/16
29/16 29/22 30/3 30/23
33/22 36/22 37/14 38/3
45/19 59/14
**who's [5]** 20/18 28/25
31/8 32/21 36/21
**who've [1]** 23/1
**whom [1]** 54/14
**why [8]** 15/10 17/17
24/13 24/13 24/24 25/1
52/19 52/19
**WI [1]** 7/4
**wife [1]** 51/21
**will [41]** 10/5 10/8
11/14 11/17 12/20
14/11 14/12 15/23 17/9
18/24 20/18 25/16 26/6
26/7 26/16 27/22 29/24
31/1 32/7 32/13 35/1
36/16 36/17 38/2 38/6
40/7 40/12 43/14 47/22
48/8 49/12 49/17 52/15
52/15 53/11 55/16
56/23 60/6 60/6 61/5
62/11

**William [6]** 2/2 6/2 7/6
8/16 64/2 64/11
**willing [1]** 62/15
**Wilson [1]** 42/4
**WISCONSIN [3]** 7/3
25/6 25/7
**wish [1]** 11/10 11/11
12/13 12/14 13/16
13/17 23/12
**withdraw [1]** 62/16
**within [1]** 24/6
**won't [2]** 36/2 61/19
**wonder [1]** 35/13
**wondering [1]** 21/24
**Woodward [4]** 3/17
3/17 8/24 43/2
**words [1]** 54/25
**work [7]** 22/17 25/14
26/15 38/3 38/4 61/3
62/9
**worked [1]** 41/6
**working [3]** 35/3 39/12
62/8
**works [2]** 38/15 48/13
**worn [3]** 17/5 17/14
22/9
**worth [1]** 30/20
**would [48]** 12/17 14/6
14/6 15/25 16/1 17/11
20/1 24/9 24/24 25/14
27/25 28/3 28/5 28/12
28/15 29/5 29/8 29/12
29/15 29/20 29/25 30/6
30/24 32/16 32/24 34/3
34/12 36/16 41/21 43/1
43/12 46/6 46/24 48/5
48/6 48/21 51/17 52/4
53/7 55/22 57/21 58/10
58/22 59/7 59/17 62/7
62/10 62/18
**wouldn't [3]** 36/15
36/16 49/9
**wrapped [1]** 42/17
**wrapping [1]** 63/11
**writing [3]** 28/4 29/4
53/8
**wrong [1]** 27/12

**Y**

**Yeah [1]** 61/23
**yes [28]** 13/24 15/15
19/16 23/17 25/14
25/19 32/4 36/16 37/25
39/10 40/12 40/16
40/20 42/25 45/16
46/12 46/21 47/13 51/2
52/22 54/2 56/10 57/21
58/20 58/22 59/24 60/8
61/11
**yet [10]** 9/18 21/4
22/16 23/24 34/20 35/3
44/9 46/14 50/2 53/22
**York [1]** 6/9
**you [178]**
**you know [1]** 37/18
**you'd [4]** 15/11 33/4
13/10 34/6
**you'll [2]** 22/24 56/25

**Y**

**you're [15]** 13/22 22/23 22/23 24/12 29/6 46/2 56/3 58/16 58/18 59/12 59/22 60/14 61/21 62/22 63/10

**you've [10]** 10/20 11/22 12/25 21/6 42/3 42/6 56/23 58/10 58/19 59/14

**you-all [4]** 59/20 60/1 60/4 61/3

**your [84]**

**Your Honor [60]** 8/6 11/12 13/18 15/15 19/6 20/4 22/3 25/19 28/3 30/11 32/4 33/6 33/13 34/8 34/11 34/18 35/7 36/8 36/19 37/25 38/23 39/10 39/23 40/1 40/5 40/12 40/16 42/25 43/1 43/2 43/8 43/11 44/2 44/5 44/14 45/2 45/13 45/16 46/12 46/21 47/1 47/16 47/20 48/1 48/19 49/13 53/7 54/2 54/10 55/9 56/10 57/2 57/21 59/24 60/8 61/10 61/22 63/2 63/7 63/15

**yourself [1]** 21/21

**Yuller [3]** 22/20 22/21 22/22

---

**Z**

---

**Zaremba [3]** 7/6 64/2 64/11

**zero [1]** 60/23

**ZOOM [1]** 1/9

**Zsuzsa [1]** 3/12