IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
UNITED STATES OF AMERICA,          )
                                   )
          Plaintiff,               )
                                   )      CR No. 21-28
                                   )      Washington, D.C.
        vs.                        )      July 2, 2021
                                   )      10:44 a.m.
THOMAS E. CALDWELL, ET AL.,        )
                                   )
          Defendants.              )
_____)
```

TRANSCRIPT OF STATUS HEARING VIA ZOOM PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:          Kathryn Leigh Rakoczy
                             U.S. ATTORNEY'S OFFICE
                             FOR THE DISTRICT OF COLUMBIA
                             555 Fourth Street, NW
                             Washington, D.C. 20530
                             (202) 252-6928
                             Email:
                             kathryn.rakoczy@usdoj.gov

APPEARANCES CONTINUED:

```
For Defendant
Thomas E. Caldwell:              David William Fischer, Sr.
                                 FISCHER & PUTZI, P.A.
                                 7310 Governor Ritchie Highway
                                 Empire Towers, Suite 300
                                 Glen Burnie, MD 21061-3065
                                 (410) 787-0826
                                 Email:
                                 fischerandputzi@hotmail.com
For Defendant
Donovan Ray Crowl:               Carmen D. Hernandez
                                 7166 Mink Hollow Road
                                 Highland, MD 20777
                                 (240) 472-3391
                                 Email: chernan7@aol.com


For Defendant
Jessica M. Watkins:              Michelle M. Peterson
                                 FEDERAL PUBLIC DEFENDER
                                 FOR THE DISTRICT OF COLUMBIA
                                 625 Indiana Avenue, NW
                                 Suite 550
                                 Washington, D.C. 20004
                                 (202) 208-7500
                                 Email: Shelli_peterson@fd.org


For Defendant
Sandra R. Parker:                John L. Machado
                                 LAW OFFICE OF JOHN MACHADO
                                 503 D Street, NW
                                 Suite 310
                                 Washington, D.C. 20001
                                 (703) 989-0840
                                 Email: johnlmachado@gmail.com


For Defendant
Bennie A. Parker:                Stephen F. Brennwald
                                 BRENNWALD & ROBERTSON, LLP
                                 922 Pennsylvania Avenue, SE
                                 Washington, D.C. 20003
                                 (301) 928-7727
                                 Email: sfbrennwald@cs.com
```

```
APPEARANCES CONTINUED:

For Defendant
Laura Steele:                    Peter A. Cooper
                                 PETER A. COOPER
                                 400 5th Street, NW
                                 Suite 350
                                 Washington, D.C. 20001
                                 (202) 400-1431
                                 Email:
                                 pcooper@petercooperlaw.com


For Defendant
Kelly Meggs:                     David A. Wilson
                                 LAW OFFICE OF DAVID A. WILSON
                                 201 SW 2nd Street
                                 Suite 101
                                 Ocala, FL 34471
                                 (352) 629-4466
                                 Email: david@dwilsonlaw.com



For Defendant
Connie Meggs:                    Julia Zsuzsa Haller
                                 LAW OFFICES OF JULIA HALLER
                                 601 Pennsylvania Avenue, NW
                                 Suite 900
                                 S. Building
                                 Washington, D.C. 20036
                                 (202) 352-2615
                                 Email: hallerjulia@outlook.com

                                 Stanley Edmund Woodward, Jr.
                                 BRAND WOODWARD LAW
                                 1808 Park Road NW
                                 Washington, D.C. 20010
                                 (202) 996-7447
                                 Email:
                                 stanley@brandwoodwardlaw.com
```

```
APPEARANCES CONTINUED:

For Defendant
Kenneth Harrelson:              Nina J. Ginsberg
                                DIMURO GINSBERG, PC
                                1101 King Street
                                Suite 610
                                Alexandria, VA 22314
                                (703) 684-4333
                                Email: nginsberg@dimuro.com

                                Jeffrey Daniel Zimmerman
                                Jeffrey Zimmerman, PLLC
                                First Floor
                                108 N. Alfred Street
                                Alexandria, VA 22314
                                (703) 548-8911
                                Email: zimpacer@gmail.com

                                John M. Pierce
                                JOHN PIERCE LAW
                                21550 Oxnard Street
                                3rd Floor OMB #172
                                Woodland Hills, CA 91367
                                (213) 279-7648
                                Email:
                                jpierce@johnpiercelaw.com

For Defendant
Roberto A. Minuta:              Jenifer Wicks
                                BLIND JUSTICE
                                LEGAL SERVICES CORPORATION
                                PO Box 60585
                                Washington, D.C. 20039
                                (202) 839-5102
                                Email:
                                jenifer@blindjusticedc.org
```

APPEARANCES CONTINUED:

For Defendant
Joshua A. James:                    Joni C. Robin
                                    LAW OFFICE OF JONI C. ROBIN
                                    114 North Alfred Street
                                    Alexandria, VA 22314
                                    (703) 349-1111
                                    Email: joni@jonirobinlaw.com

                                    Christopher R. K. Leibig
                                    LAW OFFICES
                                    OF CHRISTOPHER LEIBIG
                                    114 N. Alfred Street
                                    Alexandria, VA 22314
                                    (703) 683-4310
                                    Email:
                                    chris@chrisleibiglaw.com

For Defendant
Jonathan Walden:                    Thomas J. Spina
                                    1330 21st Way South
                                    Suite 200
                                    Birmingham, AL 35205
                                    (205) 939-1330
                                    Email: tommy@tommyspina.com

For Defendant
Jason Dolan:                        Elizabeth Lauren Van Pelt
                                    LIBBEY VAN PELT LAW, PLLC
                                    3033 Wilson Boulevard
                                    Suite 700
                                    Arlington, VA 22201
                                    (571) 356-9066
                                    Email:
                                    libbey@libbeyvanpeltlaw.com

                                    Michael T. Van Der Veen
                                    VAN DER VEEN,
                                    O'NEILL, HARTSHORN & LEVIN
                                    1219 Spruce Street
                                    Philadelphia, PA 19107
                                    (215) 546-1000
                                    Email: mtv@mtvlaw.com

APPEARANCES CONTINUED:

For Defendant
William Isaacs:                      Eugene Rossi
                                     CARLTON FIELDS P.A.
                                     1025 Thomas Jefferson St., NW
                                     Suite 400 West
                                     Washington, D.C. 20007
                                     (202) 965-8100
                                     Email:
                                     grossi@carltonfields.com

                                     Natalie Napierala
                                     CARLTON FIELDS P.A.
                                     405 Lexington Avenue,
                                     36th Floor
                                     New York, NY 10174-3699
                                     (212) 785-2747
                                     Email:
                                     nnapierala@carltonfields.com

APPEARANCES CONTINUED:

Court Reporter:                William P. Zaremba
                               Registered Merit Reporter
                               Certified Realtime Reporter
                               Official Court Reporter
                               E. Barrett Prettyman CH
                               333 Constitution Avenue, NW
                               Washington, D.C. 20001
                               (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
1                       P R O C E E D I N G S
2              COURTROOM DEPUTY:  Good morning, Your Honor.
3    This is Criminal Case No. 21-28, the United States of
4    America versus Defendant No. 1, Thomas Edward Caldwell;
5    Defendant No. 2, Donovan Ray Crowl; Defendant No. 3,
6    Jessica Marie Watkins; Defendant No. 4, Sandra Ruth Parker;
7    Defendant No. 5, Bennie Alvin Parker; Defendant No. 7, Laura
8    Steele; Defendant 8, Kelly Meggs; Defendant 9, Connie Meggs;
9    Defendant 10, Kenneth Harrelson; Defendant 11, Roberto
10   Minuta; Defendant 12, Joshua A. James; Defendant 13,
11   Jonathan Walden; Defendant 15, Jason Dolan; and Defendant
12   16, William Isaacs.
13              Kathryn Rakoczy for the government.
14              David Fischer on behalf of Defendant Caldwell.
15              Carmen Hernandez on behalf of Defendant Crowl.
16              Michelle Peterson on behalf of Defendant Watkins.
17              John Machado for Ms. Sandra Parker.
18              Stephen Brennwald for Mr. Bennie Parker.
19              Peter Cooper for Defendant Steele.
20              David Wilson for Defendant Kelly Meggs.
21              Mary Anderson for Defendant Connie Meggs.
22              Nina Ginsberg, Jeffrey Zimmerman, and John Pierce
23   for Defendant Kenneth Harrelson.
24              Jenifer Wicks for Defendant Minuta.
25              Joan Robin and Christopher Leibig for Defendant
```

1   Joshua James.

2            Thomas Spina for Defendant Walden.

3            Elizabeth Van Pelt and Michael Van Der Veen for

4   Defendant Jason Dolan.

5            Gene Rossi and Natalie Napierala for Defendant

6   Isaacs.

7            All defendants are appearing remotely for this

8   hearing.

9            THE COURT:  Okay, everyone.  Good morning.

10  It's nice to be with all of you and see everyone.  I hope

11  everybody is doing well.

12           So we are here about 30 days from where we were

13  last to get an update on where things are and figure out a

14  path forward.

15           So why don't we start at the -- before we do that,

16  let me just -- I want to make sure all of the defendants are

17  able to hear me and are able to follow these proceedings.

18  So I am just going to go down the list of defendants from

19  top to bottom as they appear in the indictment, and I'll

20  just ask you to confirm that you're able to hear the Court

21  and hear these proceedings, starting with Mr. Caldwell.

22           DEFENDANT CALDWELL:  Yes, Your Honor.

23           THE COURT:  Mr. Crowl?

24           DEFENDANT CROWL:  Yes, sir.

25           THE COURT:  Ms. Watkins?

```
 1              DEFENDANT WATKINS:  Yes, Your Honor.

 2              THE COURT:  Ms. Parker?

 3              DEFENDANT SANDRA PARKER:  Yes, Your Honor.

 4              THE COURT:  Mr. Parker?

 5              DEFENDANT BENNIE PARKER:  Yes, Your Honor.

 6              THE COURT:  Ms. Steele?

 7              DEFENDANT STEELE:  Yes, sir.

 8              THE COURT:  Mr. Meggs?

 9              DEFENDANT CONNIE MEGGS:  Yes, Your Honor.

10              THE COURT:  Ms. Meggs?

11              DEFENDANT KELLY MEGGS:  Yes, Your Honor.

12              THE COURT:  Mr. Harrelson?

13              DEFENDANT HARRELSON:  Yes, Your Honor.

14              THE COURT:  Mr. Minuta?

15              DEFENDANT MINUTA:  Yes, Your Honor.

16              THE COURT:  Mr. James?

17              Do we have Mr. James?

18              COURTROOM DEPUTY:  Mr. James is currently speaking

19    into his mic, but his microphone is not working.

20              THE COURT:  Okay.

21              But Mr. James is present?

22              Can counsel confirm that Mr. James is present for

23    this hearing?

24              MS. ROBIN:  Yes, Mr. James is present.  I saw him

25    just a moment ago.
```

1            COURTROOM DEPUTY:  This is Jean-Claude, the

2    Courtroom Deputy.

3            MS. ROBIN:  And I can text him just to confirm

4    that he's able to hear.  But I believe he's -- Mr. James, if

5    you can hear, can you put your thumbs up?

6            DEFENDANT JAMES:  (Indicating thumbs up.)

7            MS. ROBIN:  Okay.  He's here.

8            THE COURT:  Mr. Walden?

9            MR. SPINA:  Your Honor, he is present.

10           THE COURT:  Mr. Hackett?

11           Oh, Mr. Hackett is coming this afternoon.

12           Mr. Dolan?

13           DEFENDANT DOLAN:  Yes, Your Honor.

14           THE COURT:  And Mr. Isaacs?

15           DEFENDANT ISAACS:  Yes, Your Honor.

16           THE COURT:  Okay.  Very good.

17           All right.  I'll just ask everyone to please keep

18   your line on mute if you're not addressing me.  That way, we

19   can avoid any feedback.

20           All right.  Let's start with where things stand in

21   terms of discovery.

22           So, Ms. Rakoczy, if you're on behalf of the

23   government, the floor is yours.

24           I'll ask you to address status of discovery,

25   status of potential dispositions, to the extent you're able

1   to share that.  And then I have a couple of other things

2   I want to raise with you, but let's start with those two.

3           MS. RAKOCZY:  Yes, Your Honor.

4           In terms of discovery for this particular case, we

5   have continued to provide discovery materials since the last

6   hearing, and at this point, there is remaining discovery

7   that needs to be provided, but not a terrible amount.

8           We do -- for the 12 defendants who were charged

9   initially, I think most of what remains is a small amount of

10  FBI reports that have been generated since the last

11  production of FBI reports, so reports for the ongoing

12  investigation.  And then there is a handful of search

13  warrant returns for large amounts of data from iCloud

14  accounts that we've not been able to get to the defense yet

15  because they are, I think, too large to put on USAfx.  And

16  so we hope to get those on external drives or thumb drives

17  and get those to the defense within the next week or two.

18          We do have then for the four newly added

19  defendants, some search warrant returns and subpoena returns

20  that we need to provide to the entire roster of attorneys

21  for the defendants in these cases.

22          And then there are a few small items --

23          THE COURT:  I'm sorry, Ms. Rakoczy, I was a little

24  confused by that last statement.

25          You had started by saying, that with respect to

1    the last four defendants, are they up to -- have they caught

2    up with everyone else?

3                MS. RAKOCZY:  Oh, yes, Your Honor.

4                We provided -- I think within the first week or

5    two of those defendants entering this case, we provided them

6    with hard drives that included a copy of all the discovery

7    previously provided in this case.

8                You know, in terms of the ongoing investigation,

9    there were some subpoenas issued with returns received.  And

10   then since those defendants' arrests, there were some search

11   warrants executed on devices, and that's the body of

12   evidence for those new defendants that we need to provide to

13   both them and to counsel for the co-defendants.

14               THE COURT:  All right.  Go ahead.  I'm sorry,

15   I interrupted you.

16               MS. RAKOCZY:  Yes, Your Honor.

17               We provided the bulk of the CCTV footage from the

18   Capitol that we have found and identified as showing these

19   defendants' movements through the Capitol, with the

20   exception of a few external cameras, and my understanding is

21   we'll get that final footage today or early next week, and

22   that should cover the bulk or all of the Capitol footage

23   that we have found showing these defendants to date, and

24   we'll get that out the door next week.

25               We do still need to arrange for Capitol tours for

1   some of the new defense attorneys and I think a couple of

2   the attorneys who were not able to attend the prior tours.

3   And my understanding is that that should happen later this

4   summer.  And I apologize that that has not happened to date,

5   but we are working with the Capitol Police to try to find a

6   time when Congress is not in session; it's my understanding

7   that that's their reference, because then it's easier from a

8   security standpoint.  And so I am very hopeful that that

9   will occur, hopefully, in early August, but I don't have

10  firm dates yet for those tours.

11          And then with the exception of *Jencks* and *Giglio*

12  materials that would be provided closer to the time of

13  trial, I think that is a general summary of what remains to

14  be provided.  There is obviously an ongoing investigation,

15  and I think as we approach the end of the summer, we need to

16  do a review of evidence gathered in the ongoing

17  investigation and just make sure that there's nothing in

18  there that may relate to other subjects but that could be

19  relevant to these defendants that we would need to provide.

20          And so just in terms of timing, I think we are

21  moving towards, by the end of the summer, reaching something

22  of a conclusion with the discovery for the defendants in

23  this particular case or for evidence gathered in this

24  particular aspect of the Capitol attacks investigation.

25  Obviously, again, the investigation is ongoing, and so we'll

need to continuously review what we receive and see if
there's relevance and discoverability for that evidence for
these particular defendants.  But that's sort of where we
stand with respect to the discovery for these particular
defendants.

There is then the body of evidence with respect to
the larger Capitol attack investigation.  There's obviously
over 400 people who've been charged at this point, and I can
speak to the plan and timing for that discovery as well if
the Court is interested.

THE COURT:  Yes, I'd like to understand that.

And then, I guess the other question is how that
plays a role in terms of our thinking of scheduling and
potential trials, but go ahead, Ms. Rakoczy.

MS. RAKOCZY:  Yes, Your Honor.

And we think it does and that's why we're trying
to be mindful of that and provide the Court and counsel
updates.

So the United States Attorney's Office has been
working with a third-party vendor to try to create a
centralized database or holding space for the evidence
gathered across all of these Capitol-attack-related
investigations, and we've also been meeting with the Defense
Bar, primarily representatives from the Federal Public
Defender Service, since January, to try to make sure that we

1    approach this in a way that is going to be useful for the

2    Defense Bar as well.

3                 And it's my understanding that we have now a

4    contract in place with a third-party vendor and we have

5    started moving data to this third-party vendor to create

6    this centralized database of evidence gathered across all

7    the cases.

8                 The first piece of that involves video.  There's

9    obviously thousands and thousands of hours of Capitol CCTV

10   footage.  There's body-worn-camera footage from primarily

11   Metropolitan Police Department officers who responded to

12   this crime scene.  And then there's also a large body of

13   what we would call public-source video.  So news video and

14   also video that was submitted to the FBI through tips or

15   otherwise provided to government from public sources.

16                That video is all being put into this database.

17   And it's my understanding that, with some exceptions, almost

18   the entirety of that video is going to be in this database

19   and then going to be made available to the defense attorneys

20   for all the Capitol attack defendants later this summer;

21   I think that they're targeting early August for a date for

22   that.

23                The other pieces of this centralized holding of

24   evidence include all the FBI reports and evidence that's

25   been gathered in the course of all these investigations;

1   search warrant returns, primarily digital evidence retrieved

2   from defendants' phones or tablets that could show videos

3   from inside the Capitol, for example.  Radio runs.  So there

4   were a number of law enforcement officers who responded to

5   the crime scene and there are recorded communications from

6   those law enforcement officers.  And then materials obtained

7   by way of grand jury subpoena.

8          That body of evidence is also being centralized by

9   the government.  And there needs to be a little bit more of

10  an extensive review of that evidence to make sure that

11  there's nothing that's, I guess I would say, for lack of a

12  better word, sensitive, that should not be provided, but we

13  are hoping to provide as much as humanly possible within

14  that set of holdings to the Defense Bar for all the

15  defendants as well.

16         But because of the need to review that data,

17  I think that will be -- I think the date for making all that

18  available will be likely the fall, although we are going to

19  make that available on a rolling basis.  So I don't mean to

20  say that nothing within that set of holdings will be

21  provided this summer, but I think in terms of some of that

22  data, it might not be until the fall that we get to near the

23  end date of that set of data being turned over.

24         We obviously continue to arrest and charge

25  defendants in these cases, beyond this one as well, and so

 1    obviously there's an ongoing need to review that evidence

 2    and add it to the database and provide it to the defense as

 3    well.

 4         THE COURT:  Let me ask a point of just knowledge,

 5    interest, and understanding.  Once all this stuff is on up

 6    on this database, is the database searchable in a way that

 7    it's at all useful?

 8         I mean, for example, are the videos tagged with

 9    people's names or how are videos searched?  How would it all

10    be at all useful to a defense lawyer that may be looking for

11    relevant information to prepare for trial?

12         MS. RAKOCZY:  So this is where we are getting a

13    little beyond my area of expertise, both because I am not on

14    the team that is working on this and because when this

15    information is made available to the defense, it is my

16    understanding that the government has been working with

17    representatives of the Federal Public Defender Service, and

18    that the Federal Public Defender Service is assisting in

19    generating a database that the defense will have access to.

20         And I certainly don't want to put Ms. Peterson on

21    the spot, but I know she's been privy to some of these

22    conversations.  But my understanding is, at least with

23    respect to the Federal Public Defenders who are representing

24    defendants in this case and CJA-appointed attorneys who are

25    representing defendants in this case, that that particular

 1    database will be made available, and I have to assume that
 2    FPD, like our office, would be working on mechanisms for
 3    tagging that data.
 4            I will say also, Your Honor --
 5            THE COURT:  I'm sorry.
 6            Just to be clear, the Federal Public Defender, and
 7    Ms. Peterson may be in a better position to address this,
 8    but that office is working on its own separate database to
 9    make available to defense counsel across the hundreds of
10    cases that have been filed?
11            MS. PETERSON:  Your Honor, I can jump in and give
12    a little bit of clarity but not much, because we were
13    originally under the impression that the government was
14    going to share its database with all of the defendants'
15    attorneys across the 500-now-plus defendants, and we've
16    recently learned that that's not going to be possible.
17    So they have their vendor and their database and we're going
18    to have to come up with a vendor and a database to match it
19    to be able to receive the discovery.
20            So what Ms. Rakoczy has been speaking of is how
21    they're getting their information to the vendor but they
22    can't get it to us because we can't receive it.  It's too
23    big.  It's -- we don't have the capability of receiving it
24    and figuring out how to get it to other -- available to
25    other CJA lawyers, other FPD offices.  And then there's the

1   separate question of whether that can be used for retained

2   counsel.

3          THE COURT:  Yeah, we don't need to spend a lot of

4   time on this, but -- maybe I don't understand, but wouldn't

5   all this just be available?  I mean, once a database is set

6   up, I assume it would be set up in a cloud server somewhere

7   and then be accessible by anybody that has credentials to

8   access it.  Is that not how it's going to work?

9          MS. PETERSON:  Well, we have to prepare -- I mean,

10  this gets a little bit above my pay grade as well, but the

11  national office is preparing us.  We have to prepare a

12  budget that will have to come to the Court.  This is going

13  to cost a tremendous amount of money, and that's money that

14  the Court has to somehow, I think, make available to our

15  office and/or -- I don't know exactly how it all works, but

16  it's in the process of happening, but it's going to take

17  time and it's going to take a lot of money.

18         THE COURT:  I mean, maybe I'm just not getting

19  this, but I understand that the government is developing a

20  database.  That database, the government intends to load all

21  the evidence that Ms. Rakoczy has described.  Is that not

22  the database that people will be accessing?

23         MS. PETERSON:  No.

24         That's the way the government is going to store

25  the information.  And then the government needs us -- what

1    they've told us is we need to have our own vendor in place

2    for -- I can use an example that I do understand, and that

3    is the government uses Evidence.com to share the

4    body-worn-camera footage.  So we need to have a license

5    with -- any attorney who wants to see the information that

6    is in Evidence.com would need to have a license through that

7    same vendor to be able to see it.

8            So we have to have that contract in place with the

9    Evidence.com vendor, but that's just the body-worn-camera

10   footage.  Then we have to have a separate vendor in place

11   that can receive the volume of information.  It's not just a

12   database.  Again, I'm getting above my level of

13   understanding of technology, but the national office,

14   through the AO, is working on it, and, you know, I'm happy

15   to point the Court in touch with people that can explain it

16   better.

17           THE COURT:  Am I misunderstanding then that

18   whatever the government is providing or intends to provide

19   through this database, that that database itself will not be

20   searchable or will just be a cloud storage data repository

21   from which data will then need to be downloaded and included

22   in defense counsels' separate databases or maybe one large

23   database that all defense counsel can access?

24           MS. RAKOCZY:  I don't think it's correct to say

25   that the database that the government is creating is not a

1    litigation-assistance database that could allow tagging.

2    I think that there are either technological or security

3    reasons why it has been decided that that database just

4    cannot be turned around and made accessible to the entire

5    Defense Bar and why it has to be transferred from that

6    database to a separate database.

7             And, again, I think Ms. Peterson and I are both

8    not directly privy to those conversations.  But the

9    understanding is that, yes, that data needs to be

10   transferred to a third location where it can be accessible

11   to the entire Defense Bar.

12            MS. PETERSON:  I'm privy to the conversations,

13   I just don't understand them.

14            MR. SPINA:  Your Honor, if I may speak,

15   Tommy Spina on behalf of Jonathan Walden.

16            At arraignment, and subsequent to arraignment,

17   there were discussions about the production of this large

18   amount of data.  Through no fault of the government, that

19   data was produced to me yesterday.

20            It is my understanding that the Court instructed

21   the government to not send us on this deep dive and to

22   provide each individual defendant with at least some

23   direction as to the evidence that relates to each individual

24   defendant.

25            And I think what -- Your Honor remembers saying

1    those words, I'm sure, and is getting at, why can't I go in

2    and put in my client's name and have something that shows me

3    the evidence that relates to his name?  Did I miss that at

4    arraignment when you said something along those terms?

5    That's what I understood.

6              THE COURT:  Well, let's hold on for a moment.

7              I mean, I think what I've said in the past, and I

8    can't recall everything I've said at these various

9    arraignments and hearings we've had in this matter.

10             But the bottom line is, I think the government, as

11   a matter of course, has been identifying evidence that's

12   specific to each defendant, at least I believe that that's

13   the case, correct, Ms. Rakoczy, that the government has

14   been, among the mass of evidence that's disclosable, you

15   have been identifying for each defendant that which is

16   specific to each defendant?

17             MS. RAKOCZY:  I think certainly on a rolling basis

18   as this case has progressed, we have been highlighting

19   things as we have been providing and explaining what it is

20   that we are providing.

21             Mr. Spina has just received a hard drive with all

22   of the discovery that has been provided in this case to

23   date.

24             We're happy to sit down with Mr. Spina and talk

25   about where he might find evidence that pertains just to his

1   client.  That's not a difficult conversation to have.  But

2   I think we're talking now about a broader discovery in all

3   400-something cases that have been charged.

4           THE COURT:  Right?

5           MS. RAKOCZY:  But, yes, we have been trying, on a

6   rolling basis, to explain to defense counsel what it is we

7   are providing and sort of the significance of it so that

8   people have an understanding of what it is that they're

9   getting.

10           THE COURT:  Right.  Okay.

11           MS. PETERSON:  And, Your Honor, I was just going

12   to say, the national office is preparing a brief that will

13   be filed with the Court in some fashion, a budget, if you

14   will, for doing what needs to be done to make this larger

15   database happen, and I would anticipate that that would be

16   coming to the Court.  I'm not sure in what fashion yet.

17   I know Mr. Kramer has begun discussions with the Chief Judge

18   about how exactly to do this.  But the Court should be

19   getting some additional information within the next week or

20   so.

21           THE COURT:  Okay.

22           MS. RAKOCZY:  And the bottom line that I would

23   want to express to the Court and to counsel is that we are

24   really trying here to do the broadest possible discovery,

25   but also we want to be helpful.

 1            And so we're definitely very open to sitting down

 2    and talking with counsel, as I know people above my grade

 3    have been doing with people at the Federal Public Defender

 4    Service.  But I'm happy to do it, we're happy to do it with

 5    counsel in this particular case.  If people have ideas for

 6    how to structure discovery in a way that would be useful,

 7    we're happy to talk about it.

 8            There is just, unfortunately, by the nature of

 9    this case, a very, very large amount of data.  And we're

10    doing everything we can to make this discovery as broad as

11    possible and as easily accessible as possible.

12            Those two things prompt -- sometimes run a little

13    bit at loggerheads.  But we really do want to try to help to

14    make this a process where defense counsel can find what they

15    need.  And we're all ears and very open to talking about the

16    process.

17            THE COURT:  All right.

18            All right.  So that's helpful in terms of

19    discovery.

20            Mr. Spina, we can talk specifics when we get to

21    you in a moment, but I think the bottom line is, your

22    concerns are specific to your client, and understandably so.

23    But I think that the bottom line is that to the extent that

24    you need direction in identifying where on that hard drive

25    material that's directly relevant to your client can be

1    found, you know, I think you just need to pick up the

2    phone --

3              MR. SPINA:  Yeah --

4              THE COURT:  -- and set up a meeting.

5              MR. SPINA:  -- I gathered that.  Thank you.

6              THE COURT:  All right.

7              So, Ms. Rakoczy, can you then address, to the

8    extent that you're able, the status of any potential

9    narrowing of the case in terms of resolutions with any

10   defendants, if you're in a position to discuss that at this

11   point?

12             MS. RAKOCZY:  Yes, Your Honor.

13             We have initiated discussions with all of the

14   defendants, the four new defendants not really very much,

15   but the 12 defendants who were in this case before the last

16   superseding indictment, certainly we have at least begun the

17   discussion.

18             Many, if not most, of those conversations, are

19   both productive and still ongoing.  And so we do think that

20   within the next -- over the course of the summer, we think

21   that we can have some meaningful discussions and that there

22   may be some additional dispositions beyond the two that

23   occurred in the last two weeks.

24             Obviously, the defendants and their counsel have a

25   lot to think about in that department.  And so we can't say

1    for certain that there will be additional guilty pleas, but

2    I think we are having some ongoing and productive

3    conversations.

4            And so we do think it would be productive for all

5    parties to have a few weeks to continue those discussions to

6    see where we are at in terms of the exact scope or size and

7    number of defendants in this case.

8            THE COURT:  And in terms of particular defendants,

9    I mean, let's -- you know, I mean, I am most concerned about

10   the status of the four defendants that are currently held;

11   that is, Ms. Watkins, Mr. Meggs, Mr. Harrelson, and then

12   Mr. Hackett, I believe, is held.

13           MS. RAKOCZY:  Yes.

14           THE COURT:  Although he's fairly recent.

15           But those first three defendants have been held

16   for some period of time, and you've just described a

17   timeline that is fairly long potentially.

18           And so with respect to those three defendants,

19   have you thought about, or with counsel, and I'll ask those

20   individual counsel in terms of where we are with them in

21   thinking about trial dates, if they're not going to plea in

22   these cases?

23           MS. RAKOCZY:  Yes, Your Honor.

24           I mean, no, we have not discussed specific trial

25   dates.  We expressed this week in an email to all counsel an

1   openness to talking about that, but that was just earlier

2   this week, and so we've not had the opportunity to talk

3   about that.

4         I can tell the Court that from the government's

5   perspective, we are mindful of needing to get these cases to

6   trial as soon as possible.  I think counsel for all four of

7   those defendants have -- are on the side of having requested

8   another 60 days for motions, and so I think it's not just --

9         THE COURT:  Well, everyone has except for

10  Mr. Meggs.  I mean, we tried to keep track of this, and

11  I think everyone other than Mr. Meggs has filed a request

12  for extension of time.  And Mr. Wilson will correct me if I

13  am wrong about that.

14        MR. WILSON:  We have not filed a request for an

15  extension of time.  We're kind of caught in the middle of

16  new discovery coming out.

17        And, in fact, I needed to bring to the Court's

18  attention that I don't know what discovery has been

19  disclosed because it has turned out that I was not included

20  in the government's emails, because there's another attorney

21  who has --

22        THE COURT:  Mr. Wilson, I'm going to interrupt

23  you.  And I'm not trying to cut this line off.  I want to

24  stay at sort of the level we're at this point where that

25  applies to everybody, and then I will go to each defense

```
1    counsel to, if you've got particular issues with respect to
2    your client, that would be the time to do it.  So I want to
3    try and do this in a somewhat organized fashion, instead of
4    allowing everybody to raise their own individual client's
5    matters at the start.  So hang on to that thought for a
6    moment; we'll get back to it in a second.
7              All right.  Well, for those defendants who are --
8    excuse me, counsel, who are representing detained
9    defendants, that's one of the things I will want to ask you,
10   when I do turn it over to each individual defense counsel,
11   in terms of your thinking about trial for your clients, all
12   of whom presently are detained, because I do want to be very
13   sensitive to that issue.
14             Okay.  I think the last thing I want to raise with
15   Ms. Rakoczy at this point, I guess two things; one is
16   whether the government -- there have been some motions
17   filed, Rule 12 motions filed, many of them have been joined
18   by various defense counsel, and I want to make sure the
19   government is going to be on course for answering those
20   motions.  I think the date is somewhere at the end of the
21   month; I don't remember the exact date.
22             MS. RAKOCZY:  We are on course for that,
23   Your Honor.
24             I did just want to make sure that -- or we would
25   ask, through the Court, if the Court could inquire of
```

1    counsel for, I think, almost all the defendants except

2    Mr. Minuta, and then, I think, Mr. Hackett and Mr. Dolan and

3    Mr. Walden and Mr. Isaacs, the four new defendants, I think

4    those five defendants have not yet joined on to the existing

5    motions.  And so we're happy to keep on the briefing

6    schedule that exists for those motions, but we do want to

7    make sure that there's no objection from counsel who have

8    not joined that.

9              And I --

10             THE COURT:  Yeah, I was going to -- that's okay.

11   I'm sorry to interrupt you.

12             I was going to raise that with each of the

13   counsel, or at least at the start, because I do want to make

14   sure that those four defendants or five defendants, in

15   particular, the four that have been recently added, I told

16   their counsel that the motions deadline would not apply to

17   them.

18             On the other hand, given that these motions that

19   have been filed are, at least with respect to the motions to

20   dismiss, are the kind of motions that are dispositive.  And

21   so I don't want those lawyers to sort of get boxed out by

22   decisions I may be making on these earlier motions.

23             So I do think they will need to decide sooner

24   rather than later at a minimum whether they want to join in

25   these motions so that they have an opportunity to be heard

```
 1   at -- not only join in the arguments but also to make sure
 2   their clients have a chance to be heard at whatever motions
 3   hearing we might have.  So I'll talk to them about that as
 4   we go through, but thank you for raising that, Ms. Rakoczy.
 5             MR. SPINA:  Your Honor, may I raise a general
 6   statement about that point or you want me to wait until
 7   later?
 8             THE COURT:  No.  Go ahead, if it's something
 9   general that applies to the motions schedule.
10             MR. SPINA:  I talked to Mr. MacMahon, and I've
11   been in other cases that are large, and I don't want to just
12   bury the Court with paper or electronic filings, but is it
13   possible to have -- somebody filed a motion to adopt filings
14   of all co-defendants.  Is it possible to have some sort of
15   ruling that all motions filed that are applicable to all
16   defendants can be adopted unless that defendant opts out of
17   that motion?
18             THE COURT:  So this is what we're going to do.
19   And I was going to raise this before I talked to -- turned
20   the floor over to defense counsel.
21             What my practice has been in large
22   multi-co-defendant cases is to ask defense counsel to file a
23   "me too" notice.  I don't like the idea of a presumption,
24   because I think it gets very confusing, and I'd rather
25   actually have an affirmative opt-in, rather than a
```

```
1    presumption of opt-in, and I think that's, frankly, cleaner
2    for the Court of Appeals if anything ever gets up there.
3            But for -- as we move to -- as we go into the
4    future, defense counsel do not need to file motions to join
5    other folks' motions.  What you can simply do is file a
6    notice indicating that you're joining the motion of another
7    defendant.  That way, it will be noted for the record.  And
8    we will obviously keep track of all of this internally to
9    make sure we know who's joining in what.
10           There's obviously not much of a difference between
11   a motion and a notice.  But the difference is twofold; one,
12   you don't have to call the government and ask for their
13   consent; and, two, I don't have to go through the process of
14   filing Minute Orders.
15           So just filing a minute notice is fine.  As we go
16   forward, defense counsel can simply file notices indicating
17   that they are joining the defense motion of another
18   defendant, okay?
19           MR. SPINA:  Thank you, Judge.
20           THE COURT:  All right.
21           All right.  So, Ms. Rakoczy, government's on
22   course for responding to those motions and we have that
23   schedule in place.  Is there anything else you'd like to
24   raise on behalf of the government before I turn to
25   individual defense counsel?
```

1          MS. RAKOCZY:  Just to complete a thought from

2    earlier, Your Honor.

3          We are in favor of setting a trial date, if the

4    Court would like to at this point, given the Court's

5    concerns about speedy trial issues.  We do have thoughts

6    about when that would be realistic.  But we would also just,

7    if the course is on track for that, we would ask that the

8    Court -- if the Court sets a trial date, that the Court ask

9    all counsel to keep that date open and that we hold off in

10   deciding which defendants would be in that first trial date

11   until later in the summer, because we are -- I just don't

12   think we have all the information right now, given that

13   there are ongoing plea negotiations and the motions that are

14   currently pending could potentially affect some defendants'

15   decisions about how to resolve their cases.

16          THE COURT:  Right.

17          MS. RAKOCZY:  It just would seem prudent to delay

18   the precise selection of defendants for a first trial date

19   until the end of the summer.

20          THE COURT:  I think, you know, I actually was

21   going to raise that and I do think, at a minimum, we ought

22   to, at this point, set a block of time down.

23          I mean, we have, right now, 15 defendants, at

24   least 15 defense counsel, and people's calendars are going

25   to be very challenging to accommodate for these cases.

1          So what I would -- one thing we may want to do

2    here today is at least block off two different trial dates

3    and trial periods, and I've done this in the past, so that

4    we can at least think, going forward, that counsel will be

5    available and keep those dates clear.

6          So, Ms. Rakoczy, I'm happy to hear your thoughts

7    on timing and length of trial.  That obviously will depend

8    upon number of defendants, et cetera, but your estimates at

9    this point would be helpful.

10         MS. RAKOCZY:  Your Honor, if -- this depends a

11   little bit on the Court's views on the motions briefing

12   schedule for the Rule 12(b) motions.  But if the Court were

13   to give counsel until roughly September 1st for the filing

14   of Rule 12(b) motions, it would seem that those motions

15   would not be ripe then until mid to late October for a

16   decision by the Court.

17         After that, the parties will need to engage in the

18   more standard pretrial filings, such as motions in limine,

19   expert notice, other crimes evidence motions, exchanges of

20   exhibits lists and witness lists and things of that like, in

21   addition to the Court preparing to do voir dire in this

22   case, which it would seem that this might be a case, given

23   the notoriety, that might -- counsel in favor of

24   questionnaires a month or so before trial, and then

25   obviously extensive voir dire.

1           So if 12(b) motions are not going to be ripe until

2    mid to late October and then there needs to be a certain

3    large amount of pretrial work that needs to be done, it

4    would seem to the government that sometime in the next year,

5    late January, February of 2022 would really realistically be

6    the earliest that these cases could be ready for trial.

7           I know that's some time from now, but the

8    government is trying to be realistic and set a date where

9    both discovery obligations can be complied with, all counsel

10   can be prepared, and these motions can be properly briefed.

11          And so for a first trial date, that's what the

12   government would think would be prudent at this point, and

13   I think really February is much more realistic than late

14   January even.

15          With respect to amount of time, it's a little bit

16   hard to say, not knowing the number of defendants who are

17   going to be in the case.  But I don't think this is the

18   world's largest trial.  I do think even with a significant

19   number of defense counsel, the government could probably get

20   through its case in two to three weeks.  So maybe setting

21   aside five weeks for a trial, just in an abundance of

22   caution, would be a reasonable amount of time.

23          And then I think the government would ask for some

24   leeway, a few weeks at least, between trials, for regrouping

25   and preparing for the next set of trials.

1                  THE COURT:  Well, that's helpful.

2                  Let's come back to that issue at the end.  And

3     I want -- as we go around to each defense counsel, I'd like

4     your thoughts on the schedule that Ms. Rakoczy has proposed,

5     which would have a first trial set, I think, more

6     realistically, from my perspective, mid-January, and so I'll

7     ask you to address that.

8                  And in particular, for those defendants who have

9     detained clients, I'd like to get your thoughts on that kind

10    of trial schedule, because that would mean your clients,

11    absent a change of detention status, would be detained for

12    quite an extensive period of time.

13                 All right.  So anything else on behalf of the

14    government, Ms. Rakoczy?

15                 MS. RAKOCZY:  No, Your Honor.  Thank you.

16                 THE COURT:  All right.

17                 All right.  So I'm going to now turn this over to

18    each counsel for each defendant, and we'll just go -- at

19    least I believe I'm going down the order of the defendants

20    as they're listed in the indictment.

21                 But before we do that, let me just sort of recap

22    or just ask you to address the following things when you

23    are -- when you do address the Court; one, any discovery

24    matters you want to raise; two, position with respect to

25    motions.  All of you -- many of you have filed motions to

1    continue the deadline for Rule 12 motions.  I'd like you to

2    also address your position with respect to a trial date in

3    January.  And then finally, anything else you want to raise,

4    I'm happy to hear.

5              So why don't we start with Mr. Fischer on behalf

6    of Mr. Caldwell.

7              MR. FISCHER:  Good morning, Your Honor.

8              As to discovery matters, I believe the government

9    has done a very good job of providing discovery; we have no

10   issues as to that.

11             As to the position on motions, we have filed --

12   Mr. Caldwell has filed three motions; one is a motion to

13   dismiss; we've also filed a motion to transfer venue; and

14   we've also filed a motion to extend the deadline for filing

15   of motions.

16             Your Honor, as to the trial date in this case in

17   January, I certainly can make myself available in January.

18   I would just advise the Court, and other defense counsel can

19   chime in on this, because of the re-opening, because of

20   COVID, I think a lot of -- myself and a lot of defense

21   counsel have had a lot of cases that were dormant for about

22   a year because of COVID, and everything -- all these cases

23   are now coming to fruition.  I'm sure the government

24   probably isn't in a different position on that issue.  And

25   so I believe it is not uncommon for federal defense counsel

1  to be highly busy right now with multiple cases that are all

2  being set for trial at about the same time.

3          Again, I can make myself available.  I was

4  anticipating, you know, probably predicting a trial date

5  would be more likely in the spring or summer of next year.

6  But Mr. Caldwell would have no objection to having a trial

7  date that far out, but I can understand if other defense

8  counsel disagree with that, we can be flexible.  Thank you,

9  Your Honor.

10          THE COURT:  All right.  Thank you, Mr. Fischer.

11          Ms. Hernandez.

12          MS. HERNANDEZ:  Your Honor, I agree with a number

13  of things that Mr. Fischer just told the Court.

14          With respect to discovery, I don't need the Court

15  to -- we don't need the Court to interfere, but -- or

16  intercede, I'm sorry, but there are some outstanding

17  discovery requests that I've made that the government is

18  trying to produce.

19          I think the biggest problem with respect to filing

20  motions and proceedings is that the government continues to

21  produce discovery.  You know, ordinarily, defense counsel

22  are screaming that they're not producing.  They are

23  producing, but it is difficult to keep up.

24          The discovery that comes in, particularly the

25  videos and particularly the ones that are open sourced,

1    they're not identified as to anybody.  As the Court can

2    understand, there's just hoards of people in these videos.

3    My client doesn't know most of the defendants in the case,

4    so it's not like I can go to him and say, do you know who

5    this person is or that person is?  So that is a problem.

6         I know I was in a large case, a RICO case, some

7    years ago in Federal Court in Maryland, not in any way of

8    the scope of this case.  And it turned out that the

9    government's ability to access their discovery was much

10   easier than the way the defense was receiving its discovery.

11        And in that case, Judge Hollander ordered the

12   government to just produce the program they were using, load

13   it onto my laptop, and, thereafter, was much easier, because

14   if you get 100 separate PDF files, it's impossible to

15   search.  It's like the amount of time required to stay on

16   top of this discovery is immense and probably unnecessary.

17        So I don't know whether -- I'll talk to the

18   government about that, but that may be something that's

19   more -- that applies to more across the board to this case

20   and all cases that the government is handling and not

21   something that I can resolve directly with the line

22   prosecutor.

23        My client is out.  I do believe that there's

24   probably room or I'm likely to come back and ask the Court

25   for even more freedom so he can have greater work release

 1   opportunities.  It's difficult for someone who has no huge

 2   financial resources to continue to support themselves

 3   without being able to work.  So other than that,

 4   I don't have any other issues to raise with the Court.

 5          And as far as trial, again, I agree with a number

 6   of things Mr. Fischer said.  I do have a four-defendant case

 7   scheduled before Judge Boasberg, scheduled in September,

 8   that's been continued since two years ago.  I'm sure that's

 9   going to take some precedence.  I'm not sure if we're going

10   to go forward because it's a four-defendant case, so that

11   may jeopardize things.

12          THE COURT:  Well, that's not going to conflict.

13          Okay.  So that works.

14          All right.  Who's next?  Mr. Peterson?

15          MS. PETERSON:  Yes, Your Honor.

16          I don't have any issues to raise.  I would note

17   that I will be in trial already January 10th for a two-week

18   trial, followed by February 7th for a two-week trial.

19          The February 7th one, where I'm hoping for a plea

20   offer, it is a Capitol case.  If that plea offer comes to

21   fruition, I should be available after January -- right

22   around January 31st but not before that.

23          THE COURT:  All right.  Thank you, Ms. Peterson.

24          Mr. Machado?

25

1          MR. MACHADO:  All right.  Yes, Your Honor.

2          Fine.  With regard to Sandra Parker, we're pretty

3    much in the same position.  We filed two motions; one to

4    join, one for an extension of 60 days.  The only thing with

5    regard to the date, I'll make myself available pretty much.

6    At this point, my calendar is open, but there will be things

7    coming up.  But if we set something now, I would be --

8    I would prefer that.

9          THE COURT:  Okay.

10         Thank you Mr. Machado.

11         Mr. Brennwald on behalf of Mr.Parker.

12         MR. BRENNWALD:  Your Honor, no issues with

13   discovery at this point; there's an lawful lot of it.

14         As far as trial dates, I have a one-week trial

15   that I absolutely cannot move February 15th of next year.

16   It may not go, but if it does, I cannot move it.

17         But I would imagine that the Court would set a

18   trial date -- I mean, there's no way we're going to try 15

19   people at once, I would think.  So I would imagine that the

20   Court would probably break it up into the groups.  And I

21   would also imagine that the defendants who are detained, if

22   they're still detained, that if they go to trial, those

23   would be first to go.  So I don't imagine that that trial

24   I have, that would be a conflict.

25         THE COURT:  Okay.  Thank you, Mr. Brennwald.

1          Mr. Cooper on behalf of Ms. Steele.

2          MR. COOPER:  Thank you, Your Honor.

3          With respect to discovery, I don't have any

4  specific issues and I don't envision anything that I can't

5  work out between myself and the government.

6          With respect to trial dates, I agree with

7  everything that's been said thus far.  I think we have to

8  understand what's realistic and just kind of roll with the

9  punches.

10          The only thing I would raise with respect to the

11  motion schedule is just for my own record, the Court

12  understands that the discovery is ongoing and we are in a

13  position where we're dependent upon discovery being complete

14  before we're in a position to, I think, make --

15          THE COURT:  Mr. Cooper, you're breaking up, so I'm

16  having trouble hearing you.

17          MR. COOPER:  I'm sorry.

18          I was just going to say that, I guess a clip shot,

19  we have no problem at this point.  So we're ready to set a

20  trial date that's reasonable for all involved.

21          THE COURT:  All right.  Thank you, Mr. Cooper.

22          Mr. Wilson on behalf of Mr. Meggs.

23          MR. WILSON:  Yes, Judge.

24          As I was saying earlier, with respect to

25  discovery, it turned out that I was being left off of the

1     group emails that were being sent out with discovery by the

2     government, because they had the wrong email address for me.

3              I think that they've tried to -- they rectified

4     that, but I just don't know if there is some discovery that

5     I missed prior to my determination that I wasn't receiving

6     discovery.  So, you know, I may have to speak with the

7     government about that, and that's the only concern that

8     I have.

9              I will be filing a notice to adopt the Rule 12

10    extension, but I think that's about where we are with this.

11             THE COURT:  And what about a trial date for you in

12    January?

13             MR. WILSON:  Well, you know, given Mr. Meggs'

14    custody status, we certainly would like this matter to be

15    addressed as quickly as possible.

16             I will tell the Court that I do intend to -- I've

17    told the government I intend to address with the Court his

18    custody status by motion, I just haven't put that into paper

19    form yet.  But we certainly would like a trial date as early

20    as possible, given the fact that he's been in jail since

21    January of this year.

22             THE COURT:  Okay.

23             All right.  Thank you, Mr. Wilson.

24             All right, Ms. Anderson on behalf of Ms. Meggs?

25

1            MS. ANDERSON:  Hello.

2            Your Honor, we don't have any discovery issues.

3    We filed a motion for the 60 days extension for the pretrial

4    motions, filed the motion to join and the motion to dismiss,

5    and I'm good with the January trial date.

6            THE COURT:  All right.  Thank you, Ms. Anderson.

7            Ms. Ginsberg and Mr. Zimmerman on behalf of

8    Mr. Harrelson.

9            MS. GINSBERG:  Good morning, Your Honor.

10           We have several things I think that need to be

11   taken up with the Court.

12           We were advised late yesterday that Mr. Harrelson

13   has retained new counsel, John Pierce, who is on this Zoom.

14   So Mr. Zimmerman and I will be seeking leave to withdraw.

15   But I would like to make a few comments, because Mr. Pierce

16   hasn't had the benefit of involvement up to this point.

17           With respect to discovery, the government has been

18   very forthcoming; however, I would echo Ms. Hernandez's

19   concerns about the lack of ability to search the information

20   that has been produced.  The government has put separate

21   files together with respect to each of the defendants, at

22   least as far as some of the information is concerned, but

23   there is an enormous volume of information that has just

24   been produced without any attribution to which defendant it

25   applies.  And the fact that Mr. Harrelson has been in

1  custody has made it exceedingly difficult to share that

2  discovery with him.  So he has not had access to most of

3  that discovery.

4          We have made several specific *Brady* requests,

5  which have not -- I assume the government is endeavoring to

6  answer.  But to date, I don't believe that any information

7  has been disclosed that's been identified as *Brady*.  And

8  I have to imagine that there is substantial *Brady* material

9  as it relates to individual defendants, many of whom don't

10 even know each other.  So questions of whether we're talking

11 about one conspiracy or multiple conspiracies, I think, is

12 an issue that needs to be addressed in terms of *Brady*, in

13 addition to any pretrial motions.  I think that's probably

14 it.

15         We had anticipated filing a motion to reconsider

16 Mr. Harrelson's status, detained status.  We intended to do

17 that.  I assume that Mr. Pierce will be addressing that.

18 But as far as his ability to get up to speed and to set a

19 trial date, I think the Court will have to address that with

20 him directly.

21         THE COURT:  Mr. Pierce, are you on the line?

22 I'll just ask at this juncture whether a January trial

23 date -- whether you have any conflicts with a potential

24 January trial date?

25

1          MR. PIERCE:  Your Honor, yes, I am on the line.

2          In terms of calendar, I don't have any conflicts

3    with a January trial date.

4          I would like to just kind of give the Court a

5    heads-up that, you know, as we come up to speed on certain

6    facts with respect to what happened on January 6th broadly,

7    you know, we do intend to mount a vigorous public authority

8    defense, and, you know, that is going to obviously involve

9    needing to review every shred of evidence and video of

10   discovery that's out there; it may involve very targeted

11   sort of discovery, you know, requests to ensure we can mount

12   that defense.  So all that's obviously going to take some

13   time.

14         You know, Mr. Harrelson is detained, and obviously

15   we want the trial resolved as soon as we can because of

16   that.  But this is getting more complex by the day in terms

17   of what happened on January 6th.  And so, you know, we may

18   be seeking revisitation of his detention status, so I'll

19   just stop there.  But obviously, I need to get up to speed

20   on the case.

21         THE COURT:  Okay.

22         Ms. Rakoczy or somebody on behalf of the

23   government, I don't know who the point person has been for

24   Mr. Harrelson, any sense of when you'll be responding to

25   Ms. Ginsberg's specific *Brady* requests?

 1            MS. RAKOCZY:  I think within the coming weeks.

 2   There are some materials that have been requested that we're

 3   still working to get, but I think that we can respond to her

 4   requests and Ms. Hernandez's requests as well, hopefully,

 5   within the next few weeks.

 6            THE COURT:  Okay.

 7            All right.  Let me then turn to Ms. Wicks on

 8   behalf of Mr. Minuta.

 9            JC, do we have her?

10            MR. WICKS:  I don't have specific --

11            THE COURT:  Ms. Wicks, you have to unmute.

12            MS. WICKS:  There was -- I don't have any specific

13   discovery requests to deal with here today.  I did just

14   receive some more information responsive to my concerns,

15   I believe.

16            I will be filing a notice, as the Court

17   instructed.  We will be joining some of the motions already

18   filed and anticipate other motions being filed if the Court

19   grants our motion for leave.

20            And in terms of a January trial date, I actually

21   have a trial date in the federal court in Baltimore on

22   January 24th that's scheduled for, I believe, three months,

23   till the end of March, so I would be unavailable in January.

24   But I'm available before then and after that trial;

25   I don't have anything else currently scheduled.

1          THE COURT:  All right.  Thank you, Ms. Wicks.

2          And if you would -- because you are one of the

3    counsel that does represent somebody who hadn't filed a

4    joinder notice or a motion, and if you would do that with

5    respect to the existing motions, that would be helpful.

6          All right.  Then, Ms. Robin and -- Mr. Robin and

7    Mr. Leibig or Leibig, I'm sorry if I'm mispronouncing your

8    last name, on behalf of Mr. James.

9          MS. ROBIN:  Yes.  Good afternoon, Your Honor.

10         In terms of discovery, we are still making our way

11   through discovery.  I do also echo Ms. Hernandez's concerns

12   about discovery, as voiced by Ms. Ginsberg as well, in terms

13   of the inability to search some of the many dozens of, maybe

14   hundreds, of videos.

15         I also would note part of the delay -- part of

16   what's delaying also in terms of getting the discovery is

17   that a number of the files require proprietary software.

18   So it's -- you know, it is a slow process; we're continuing

19   to make our way through it.  But certainly as we have

20   issues, we'll be raising them with the government.

21         So for that reason, Your Honor, we would request

22   an additional 60 days for the Rule (b) -- I'm sorry, Rule 12

23   motions.  And I think particularly in terms of filing any

24   sort of motion to sever, it's necessary to be able to really

25   assess the evidence against each of the defendants,

particularly since we have four relatively new defendants,
whose discovery is really coming in, to really, I think,
thoroughly address those issues in a severance motion is
going to require us to be able to review those search
warrant returns with those new defendants as well.

So in terms of a trial date, Your Honor, I have a
multi-defendant -- multi-co-defendant drug trial scheduled
in EDVA the week of January 10th.  It's scheduled to last
one week.  And so I will say a trial date in January would
be pretty difficult for us.  We would ask for a trial date
in February.  Thank you.

THE COURT:  Thank you, Counsel.

On behalf of Mr. Walden, Mr. Spina and
Mr. MacMahon.

MR. SPINA:  Yes, Your Honor.

I've addressed the discovery issues, and I will
open some dialogue with the prosecutors about pointing me in
the right direction.

Of course, Mr. Walden is on bond, so we're not
feeling any urge to be the first to go.  We also anticipate
engaging the Court's consideration of a severance issue
along the lines of Mr. James's counsel.

I do know that Mr. MacMahon is scheduled for a
trial beginning in January through mid March.

I know I have a fairly significant healthcare

1   fraud case here in Alabama that's set currently in October

2   that's probably going to get pushed into January as well.

3   So I don't think we're in the first clump of defendants, for

4   lack of a better expression.  So the later, the better for

5   me and Mr. MacMahon.

6           I do have one motion that may or may not be able

7   to be answered, but it has been circulated by defense

8   counsel in their own communications amongst each other.

9   We are the fourth superseding indictment.  Are there any

10  more superseding indictments foreseeable from the

11  government?  Because that could change things as well.  And

12  with that, I have nothing else.

13          THE COURT:  Ms. Rakoczy, if you're in a position

14  to address that, I'll welcome the answer to that myself.

15          MS. RAKOCZY:  I'm sorry, Your Honor, I'm not in a

16  position to address that.  I think that it is possible, but

17  it is beyond my control to say at this point.

18          THE COURT:  Okay.

19          All right.  Let's turn -- oh, Mr. Spina, do you

20  intend to file a -- join in the motion with respect to the

21  motions to dismiss or the motions for venue transfer that

22  have been filed?

23          MR. SPINA:  The motion to dismiss, definitely.

24          THE COURT:  Okay.

25          I'll just ask you to please make sure you file

1   some notice indicating your joinder.

2           MR. SPINA:  I've made a note.

3           THE COURT:  Okay.  All right.

4           And then --

5           MR. SPINA:  As soon as I get someone that's not

6   working on a Friday or a holiday that knows how to actually

7   do that.  It will be there by Tuesday, I feel like, Judge.

8           THE COURT:  All right.

9           MR. SPINA:  Ed and I are technologically

10  challenged.

11          THE COURT:  We all do the best we can.

12          All right.  Mr. Van Der Veen and Ms. Van Pelt for

13  Mr. Dolan?

14          MS. VAN PELT:  Good morning, Your Honor.

15  Libby Van Pelt here for Mr. Dolan.

16          He was arraigned three weeks ago on June 11th.

17  So we're three weeks in.  We have no specific complaints

18  about the discovery at this point, but it's a lot, and we

19  need additional time to review it and file our pretrial

20  motions.  So Your Honor will see that we did file a motion

21  to extend the time for 60 days.

22          We'll also file notices to join other defendants'

23  motions as the Court directed, as we see fit.  And we'll be

24  ready for trial in January 2022, Your Honor.

25          THE COURT:  Okay.  Perfect.  Thank you,

1    Ms. Van Pelt.

2              All right.  Last but not least, Mr. Rossi and

3    Ms. Napierala.

4              MR. ROSSI:  Last but not least.

5              Your Honor, we have absolutely no discovery

6    issues.  The prosecutors have been very generous in

7    providing discovery.  Although at times, it's like drinking

8    water from a fire hydrant.  And like Mr. Spina, I am

9    technologically challenged.

10             Regarding the "me too" notice, we would ask for

11   two weeks, Your Honor, to file a "me too" notice regarding

12   various motions.

13             Regarding trial date, Your Honor -- and we

14   probably will most likely file a motion to sever, just to

15   alert the Court.

16             Regarding a trial, Your Honor, I have trials in

17   November, January, February, April 14.  And we have the

18   benefit of having Mr. Isaac on bond.  So I have the utmost

19   respect to the attorneys who represent those who are

20   detained.  But I think it was Mr. Fischer that mentioned

21   that maybe spring, May or June, would be okay for the Isaac

22   team.  I cannot do January and I cannot do February.

23             THE COURT:  All right.  Thank you, Mr. Isaacs --

24   I'm sorry, Mr. Rossi, I appreciate that.

25             MR. ROSSI:  Thank you, sir.

1          THE COURT:  All right.  Just a few things that

2     have come out of the discussions with counsel.

3          Look, to the extent that folks are having

4     difficulty with searchability, you know, I'd obviously urge

5     you, in the first instance, to talk to the government.

6     If you need my -- me to intercede in some way, I'm happy to

7     try and do that, but I just simply don't know enough and it,

8     frankly, hasn't been a specific ask of me at this point to

9     do that.  And, again, if it's something that continues to

10    hinder trial preparation, then you all will need to let me

11    know that.  And if it becomes something that the court needs

12    to weigh in on, I'm happy to do it.  So that's one.

13         Two, in terms of motions, all right, just to be

14    clear so there's no confusion, with respect to those motions

15    that have been filed, the Rule 12 motions filed by

16    Mr. Harrelson, Mr. Caldwell, and Mr. James, as well as --

17    no, those are the actual motions that have been filed, there

18    have been a number of joinders with respect to those

19    motions.  What's the reply -- can somebody tell me what the

20    reply date is on those -- on that initial round of motions?

21         MS. RAKOCZY:  I think it's July 28th, Your Honor.

22         THE COURT:  That's the reply date?

23         MS. RAKOCZY:  Oh, I'm sorry.  It was August.

24         THE COURT:  Yeah.  When the motions will be ripe.

25    So when the last replies, I set that to be filed?

1          MR. COOPER:  I see August 19th, Your Honor.

2          THE COURT:  I'm sorry, what's that, August 19th?

3          MR. COOPER:  I saw August 19th, yeah.

4          THE COURT:  Okay.

5          Bear with me, everyone.

6          (Pause)

7          THE COURT:  All right.

8          I'm going to ask everyone to please make

9    yourselves available on September the 10th at 1:00 p.m. for

10   hearings on those motions.  Those will all be --

11          MS. ROBIN:  On behalf --

12          THE COURT:  Sorry, did someone want to add

13   something, say something?

14          MS. ROBIN:  On behalf of Mr. James, Mr. Leibig and

15   I are scheduled to be upstate on September 10th.

16          MR. ROSSI:  Your Honor, may I respond?

17          THE COURT:  Well, if -- look, I want to make

18   sure -- hang on.  If Ms. Robin and her counsel can't be

19   there, particularly since Mr. James has actually drafted a

20   motion, let me pick another date, because I want to get a

21   hearing down today when everybody can be available.

22          Are you out that full week, Ms. Robin, or just

23   that day?

24          MS. ROBIN:  That day and the entire following

25   week.  Actually, I'm scheduled to return on the 16th.

```
 1                    THE COURT:  All right.

 2                    So would you then be available September 8th?

 3                    MS. ROBIN:  Let me just check with Ms. Leibig.

 4                    (Defendant James counsel conferred off the

 5      record.)

 6                    MS. ROBIN:  Yes.

 7                    MR. SPINA:  Would this be in person, Judge?

 8                    THE COURT:  Not necessarily.  I mean, if you want

 9      it to be -- we can talk about that in a moment.

10                    But let me just say -- let me make sure that

11      Mr. Fischer is available, and then new counsel, Mr. Pierce,

12      for Mr. Harrelson, would be available on September the 8th.

13                    MR. FISCHER:  Your Honor, on behalf of

14      Mr. Caldwell, I'm available.

15                    MR. PIERCE:  Yes, Your Honor.  This is

16      John pierce.  I'd be available.

17                    THE COURT:  All right.

18                    So let's set down.

19                    COURTROOM DEPUTY:  Your Honor --

20                    MR. ROSSI:  Your Honor, Gene Rossi -- I'm sorry,

21      did somebody --

22                    THE COURT:  Go ahead.

23                    MR. ROSSI:  Gene Rossi for Mr. Isaacs.

24                    Your Honor, that is a very bad day for me.  I have

25      a trial that is going to bleed into that week possibly, and
```

1   then I have a trial set for the 14th of September.  Very

2   bad.

3           THE COURT:  So, Mr. Rossi, I mean, would

4   Ms. Napierala, to be able to cover that, your co-counsel be

5   able to cover that?

6           MR. ROSSI:  I'll defer to her.

7           MS. NAPIERALA:  Good afternoon, Your Honor.

8   I actually have a mediation that week as well, so I would

9   not be able to do so on that date.

10          THE COURT:  All right.

11          Look, I ought to tell you, folks, if I'm going to

12   try and accommodate the government and 15 different defense

13   lawyers, it's going to be a near impossibility.

14          So I'm going to set a date down.  And the lawyers

15   that are going to matter the most to me here primarily are

16   those that have drafted these motions; those are the ones

17   I'm expecting to hear argument from, and I will give the

18   rest an opportunity to be heard as well.

19          But if you're not a drafter of one of these

20   motions, your schedule is not going to be a primary concern

21   of mine.  And I don't mean to be difficult, but, you know,

22   that's just going to be the reality of how we're going to

23   have to schedule with this many different lawyers and

24   everybody's very complicated schedules.

25          MR. ROSSI:  Fair enough, Your Honor.

1          THE COURT:  Given that all the counsel who have

2    drafted motions are available on September the 8th are

3    available, I'm going to set down 2:00 p.m. on September the

4    8th for oral arguments on the motions.

5          COURTROOM DEPUTY:  Your Honor, I apologize.

6    If this will be a Zoom hearing, we won't have a line for

7    Mr. Harrelson at the jail.

8          THE COURT:  We can bring him here.

9          COURTROOM DEPUTY:  Okay.

10         THE COURT:  So, you know, in terms of how we do it

11   and who wants to be here, I won't require any defendant or

12   any particular counsel, except for -- to be here live,

13   although I would certainly welcome having the counsel who

14   have drafted these motions here in court to actually argue

15   them.

16         As we get closer to that date, we can talk about

17   how exactly this will be done.  But the bottom line is,

18   we'll do it in a hybrid fashion.  My preference would be for

19   counsel who've actually drafted the motions and will be

20   asked to argue them primarily to be present and physically

21   available for the September 8th hearing.  Anyone else, you

22   know, you can be there by Zoom.

23         I will ask all defense counsel whether they wish

24   to add anything to what the arguments that have been made by

25   the counsel that have thus far drafted just so there's no

1    question about your client's rights being preserved and an

2    opportunity to be heard.  But those are the three lawyers

3    that I primarily want to make sure are in the courtroom.

4    And if their clients want to be physically present, they're,

5    of course, welcome, anybody's physically present to be

6    welcomed.

7              But, again, just to be clear as we proceed in

8    these cases, physical presence for a defendant, you should

9    let me know if that's something you want to have happen;

10   otherwise, I'm okay with defendants appearing by Zoom and

11   telephone.

12             So I don't want there to be any question about

13   defendants' personal appearances.  If you want to be here,

14   let me know.  If your client's detained, you need to let us

15   know so that we can make those arrangements to have them

16   brought over from the jail.  If your client is out but would

17   like to be here physically, obviously, they're welcome to do

18   that.  On the other hand, if you don't, if your client wants

19   to be via Zoom, that's okay, too, no problems with that,

20   okay?  But just, of course, understand that your client is

21   proceeding and waiving any right to appear for any hearing

22   in which they participate via Zoom.

23             Okay.  Last thing I want to talk about is trial

24   dates.

25             MS. HERNANDEZ:  I'm sorry, Your Honor.

1          THE COURT:  Ms. Hernandez?

2          MS. HERNANDEZ:  This is Carmen Hernandez.

3          With respect to the motions and the motions

4     hearing, if the Court grants the continuances and their

5     additional 12(b) motions --

6          THE COURT:  I'll worry about that when that

7     happens.

8          MS. HERNANDEZ:  And if we want to supplement the

9     motions that have been filed, if we do it quickly so that

10    the government can have enough time to respond?

11         THE COURT:  Get your papers in.  If you want to

12    supplement your "me too" motions, then get your papers in.

13         MR. ROSSI:  Your Honor, may I bring up a point,

14    sir, Your Honor.

15         THE COURT:  Yes.  Go ahead, sir.

16         MR. ROSSI:  Gene Rossi for Mr. Isaacs.

17         At the last status hearing, Your Honor, you did

18    not set a deadline for the filing of motions for

19    Mr. Mr. Isaacs, so this is truly just a status for us.

20         Given what I call the fire hydrant of information

21    that the prosecutor is saying may not be completed fully for

22    several weeks --

23         THE COURT:  Mr. Rossi, let me interrupt you,

24    because I'm going to deal with all of this in a moment,

25    okay?

1          MR. ROSSI:  Okay.  Thank you.

2          THE COURT:  And if there's still some issues about

3    scheduling when I've gone through all of this, then

4    everybody will have an opportunity to be heard.

5          So -- I guess really two things left.  First is,

6    just in terms of housekeeping, everyone's motions to join

7    those -- join the motions to dismiss and the motions for

8    venue transfer, to the extent that you've indicated a desire

9    to join those motions, all those motions are granted; I will

10   enter a Minute Order that reflects that all of those motions

11   are granted.  Again, going forward, I don't need motions

12   from you, I just want notices that reflect which motions

13   you're joining.  That'll be easier administratively for

14   everyone and make for a clean record.

15         Two, insofar as the motions to extend time to file

16   Rule 12 motions go, those are granted as well.  And, again,

17   Mr. Wilson, I'm taking your motion to -- or your statements

18   today to be an oral motion to extend that time as well.

19   Please let me know if I'm misunderstanding what you've said.

20         Those motions will need to be filed within -- the

21   general request has been for 60 days, so I will grant the

22   60-day request.  So that puts us, I guess, at the start of

23   September for those motions.  So those 60 day -- the time

24   will be extended to September the 2nd for those motions,

25   Rule 12 -- any additional Rule 12 motions till September the

1    2nd.

2         It seems to me, for the most recent defendants who

3    have been added, that is, Walden, Hackett, Isaacs, and

4    Mr. Minuta -- and Mr. James -- I'm sorry, Mr. Dolan, that is

5    a reasonable new -- that is a reasonable deadline for you to

6    file any Rule 12 motions.

7         If, again, you need more time because the

8    discovery has been slow in coming to you, you'll let me

9    know, but at least as an initial deadline, you have

10   September the 2nd to file those motions.  As I said, we can

11   always be flexible if you need more time, but I'd really

12   like to get everybody as much as possible on the same

13   schedule, given how many defendants we have.

14        The government's oppositions will be due, to any

15   additional Rule 12 motions that are filed, by September

16   30th, and any replies will be due by October the 14th.

17        Insofar as trial dates, I'm going to ask everyone,

18   and even if you've got a conflict on your schedule, just

19   please do as I'm requesting.  And I think, you know, look,

20   we've all been in this business long enough to know that

21   schedules change regularly.  But I'm going ask you all to do

22   the following:  I'm going to ask you to keep your calendars

23   free for a trial, for a first trial -- Ms. Peterson, when

24   did you say you would be available for trial in January?

25        MS. PETERSON:  I have a two-week trial that begins

1  on January 10th.  So the earliest I would be available would

2  be January 24th.  But I think it would be safer to say

3  January 31st.  It's a multi-defendant fraud case.

4          THE COURT:  So January 31.  I'm going to ask

5  everybody to keep January 31 through February the 2nd free.

6  So as you go forward and you're dealing with other cases --

7  excuse me, February 22nd, so that's a four-week period, the

8  month of February, for trial phase 1, the first trial.

9          So if other judges are asking you to schedule

10  during that time, please tell them that Judge Mehta has

11  asked you to hold off on scheduling any trials during

12  February until we can figure out where things stand in this

13  case.  If for some reason you've got a judge who's being

14  unreasonable or is insisting that you set something in

15  February, just please contact chambers and let us know.

16          The second set of defendants we'll set --

17  I'm going to ask -- we're going to start the second trial on

18  August the 4th.  So I'm going to ask everybody to keep

19  August 4th through August 29th -- hang on, everyone --

20  I just need to plug in here -- August 4th through

21  August 29th set for a second phase trial, assuming we have

22  one.  And, again, this is primarily to keep your calendars

23  open as you move forward and other judges are asking you to

24  start scheduling dates and times.

25          MS. WICKS:  Your Honor, do you mean April?

63

1           THE COURT:  What did I say, August?  I meant
2   April.
3           MS. WICKS:  Yes.
4           THE COURT:  The other month that starts with "A."
5   Yes, April.
6           Those of you who are out of town, I understand
7   that this is going to be challenging for you in terms of
8   your local judges who may want to set times, but, again,
9   you've got a judge here in the District of Columbia, and
10  this is the best I'm able to do, because, otherwise, if we
11  don't set these dates and times down now, it will be
12  impossible to do so.
13          Obviously, there's a lot of moving parts to this
14  as we move forward, defendants are likely to drop out, and
15  so who actually ends up in these trials will remain to be
16  seen.  But particularly those of you who have currently
17  detained defendants -- those of you who have currently
18  detained defendants, all of you can expect to be in that
19  first trial.
20          So for those of you who represent -- just make
21  sure I have these right -- Mr. Harrelson, Ms. Watkins,
22  Mr. Meggs, and right now I don't have Mr. Hackett's counsel
23  here, but I'll advise her of this when we see him this
24  afternoon.  But all of you should expect to be in a trial in
25  January if your clients do not resolve this matter before

1   then, okay?

2           All right.

3           MR. ROSSI:  Your Honor, even if the person is on

4   bond?

5           THE COURT:  No.  I said if your client has not

6   resolved it before January and your client is detained, you

7   will be in the January trial, period.

8           MR. ROSSI:  Okay.

9           THE COURT:  If your client is out and on bond,

10  it remains to be seen whether you're going to be in the

11  January group or the later group, okay?

12          MR. ROSSI:  Okay.  Thank you, Your Honor.

13          THE COURT:  All right.

14          Okay.  I think that is everything from my

15  perspective.

16          Speedy trial time is tolled for everyone because

17  the motion has been filed and everybody has joined.

18          And do I understand that -- I guess that's not

19  true.  We have an official joinder from Mr. Meggs and he

20  said he's going to file something.  But Mr. Walden and

21  Mr. Hackett and Mr. Isaacs and Mr. Minuta -- I think

22  Mr. Minuta's counsel indicated joinder, but let me just ask

23  for Mr. Dolan, Mr. Walden, and Mr. Isaacs, counsel on their

24  behalf have not officially filed something, whether you

25  consent to the exclusion of time through the date at least

1    of the hearing on the present motions, on the assumption

2    that you all are going to be joining the motions?

3              MR. ROSSI:  Yes, Your Honor.

4              Gene Rossi for Mr. Isaacs.

5              Yes, we waive the speedy.

6              Your Honor, could we have until July 9th to file

7    the "me too" notice?

8              THE COURT:  That's fine.

9              MR. ROSSI:  Thank you.

10             THE COURT:  All right.

11             How about for Mr. Dolan?

12             MS. VAN PELT:  Yes, Your Honor, as to Mr. Dolan.

13             THE COURT:  And on behalf of Mr. Walden?

14             MR. SPINA:  I think that's fine.

15             THE COURT:  All right.

16             So speedy trial will be excluded, at a minimum,

17   for everybody through the motions hearing date which we set

18   for September, if somebody would kindly remind me.

19             COURTROOM DEPUTY:  September 8th at 2:00 p.m.

20             THE COURT:  September 8th, 2:00 p.m.

21             Right.  So speedy trial is excluded for all

22   defendants through September the 8th because of the pending

23   motions, which everybody has either formally joined or has

24   indicated they do intend to join.  And so under the

25   Speedy Trial Act, that time will be excluded.

1          All right.  Is there anything else anybody wants

2     to raise before we sign off here?

3          I guess the last thing is the next status

4     conference.  Can everybody please be available on August the

5     10th at 10:00 a.m.?

6          MS. ROBIN:  Your Honor, on behalf of Mr. James,

7     I'm scheduled to be in Fredericksburg state court for --

8     it's supposed to be a trial on the schedule at 9:00 a.m.

9     There is a possibility that it could be resolved, but

10    I don't have enough information yet to know if that'll

11    happen.

12         THE COURT:  Unless Mr. Leibig is not available for

13    a status hearing, Ms. Robin, I'm sure counsel, Mr. Leibig,

14    can take over.

15         MS. ROBIN:  That's fine.

16         THE COURT:  All right.

17         MS. RAKOCZY:  Your Honor, would the Court consider

18    filing Status Reports by that date so that if it's

19    necessary, Counsel can raise any issues they're having with

20    discovery, which I would imagine is the Court's primary

21    concern here.  But then if there are not issues, we don't

22    need to get everyone together again.

23         THE COURT:  Yeah, look, I mean, I usually don't do

24    this, but -- a Status Report in criminal cases because

25    I think it's important for the defendants to be able to

1   participate and hear what's going on in a case.

2           So while I do that as a matter of routine in civil

3   cases, I'm disinclined to do that here, particularly since

4   we're not having in-person appearances, and I think it's

5   important that the defendants do appear and understand

6   what's happening in their cases.  So I appreciate the

7   suggestion, but I'm going to do this live again.  I know it

8   takes about an hour, hour and a half of everybody's day, but

9   I think it's important to do.

10          So we'll see everybody then on August 10th at

11  10:00.  We'll continue to do this via Zoom.  And with that,

12  is there anything else anybody wants to raise before we sign

13  off?

14          MS. RAKOCZY:  Your Honor --

15          MR. COOPER:  Yes, Your Honor.

16          We had filed a motion to review conditions of

17  release on behalf of Ms. Steele.  I didn't know whether the

18  Court wanted to address that now.

19          THE COURT:  Mr. Cooper, why don't you hang on and

20  why don't you stay on the line and we can discuss that.

21          Anyone else that wants to raise something that's

22  not specific to your client?

23          MS. RAKOCZY:  I think if Mr. Dolan's counsel could

24  remain on the line as well, Your Honor, there was a pretrial

25  issue with respect to him as well.

1          THE COURT:  Okay.

2          MR. ZIMMERMAN:  Your Honor, briefly so the

3  record's clear, Ms. Ginsberg and I have discussed the

4  substitution of Mr. Pierce in for us, and it is something he

5  desires, they've retained Mr. Pierce.  I would ask the Court

6  for a formal ruling allowing Ms. Ginsberg and I to withdraw

7  from the case.

8          THE COURT:  So I'll issue a notice that allows you

9  to withdraw once Mr. Pierce has entered his formal notice of

10 appearance.

11         MR. PIERCE:  Your Honor, I have actually entered

12 the notice of appearance already.

13         THE COURT:  You have?

14         MR. PIERCE:  Yes, sir.

15         THE COURT:  All right.  Well, forgive me, I don't

16 keep track of everything that comes across the transit.

17         So in light of that, then, yes, Mr. Ginsberg and

18 Mr. Zimmerman, you are relieved of your responsibilities and

19 we'll make sure that you're no longer identified as counsel

20 of record in this case.

21         MR. ZIMMERMAN:  Thank you, Your Honor.

22         THE COURT:  Anything else?  Okay.

23         Unless you have something additional you want to

24 raise specifically about your client, I know Mr. Cooper

25 does, I think there's an issue regarding Mr. Dolan,

  1   everybody else is welcome to sign off.  Thank you, all, very

  2   much.

  3             All right.  Who's left?  We've got Mr. Cooper.

  4   Why don't we start with you on behalf of Ms. Steele.

  5             MR. COOPER:  Steele.

  6             THE COURT:  Yes.  Excuse me.  Sorry.

  7             MR. COOPER:  Thank you, Your Honor.

  8             Very simply, Ms. Steele and her family have had a

  9   vacation that's been booked and planned for well since

 10   before Christmas, since before the events that underlie why

 11   we're all here.

 12             I checked with her supervision officer in

 13   North Carolina, Mr. Campbell.  Mr. Campbell related to me

 14   that he had no issues himself with Ms. Campbell -- I'm

 15   sorry, Ms. Steele going on vacation.  She's been completely

 16   fine on pretrial with her conditions thus far.

 17             THE COURT:  Well, let me just interrupt you,

 18   Mr. Cooper.

 19             Mr. Cooper, can I interrupt you?

 20             Two things, for whatever reason, I'm having

 21   trouble hearing you.  Your Internet connection is breaking

 22   up and I'm not getting a very clear -- hearing you clearly.

 23   But be that as it may, what's the government's position on

 24   the request for the modification?

 25             MS. RAKOCZY:  We do object, Your Honor.

1          Ms. Steele is charged with very serious crimes and

2    is under incredibly restrictive conditions because of the

3    danger that she poses because of these crimes, and we,

4    frankly, have only agreed to modifications where it's been

5    necessary for medical treatment or for employment, and we

6    don't see this as one of those circumstances.

7          THE COURT:  All right.

8          Let me put a pause on this for a moment.  Let me

9    see if there's somebody else's issue I can deal with more

10   quickly.

11         Ms. Van Pelt, you're still on on behalf of

12   Mr. Dolan?

13         MS. VAN PELT:  Yeah, I defer to the government,

14   Your Honor.  I don't know what the issue is.

15         THE COURT:  Okay.

16         MS. RAKOCZY:  Your Honor, Pretrial filed a report

17   trying to make Mr. Dolan or asking the Court to order

18   Mr. Dolan to seek employment or obtain employment, but he is

19   on home confinement and cannot do that.  And so we would

20   just ask the Court to clarify for Pretrial that he's just

21   not able to do that with his conditions right now.

22         MS. VAN PELT:  Well, it's not only on home

23   confinement, but he's rated at 90 percent disabled as a

24   result of his service to the country.

25         THE COURT:  Yeah.  No, I think that was the issue

```
1    that Pretrial flagged.  And to the extent that there's any
2    conflict with his -- if there is some requirement that he
3    obtain employment, we'll make sure that that's dropped as a
4    condition, given his disability.  So I think that should
5    resolve it, okay?
6              All right.  So, Ms. Van Pelt, you and Mr. Dolan
7    are free to go.
8              All right.  So that then just leaves Mr. Cooper
9    and the issue of his client's release on vacation.
10             Look, let me do this.  I'm going to have to go
11   back and let me just take a look at the evidence as it
12   stands against Ms. Steele, and let me make a determination.
13             I mean, Mr. Cooper, I'll take you to renew your
14   motion orally, I will take a look at the motion.
15             Ms. Rakoczy, if you want to add anything at this
16   point, you don't need to file a written response,
17   I understand the government's position, but it's been a
18   while since I've looked at the facts as they relate to
19   Ms. Steele and I can go back and look at that and then make
20   a determination of whether the requested modification would
21   be appropriate.
22             MS. RAKOCZY:  We have nothing to add, Your Honor.
23   Thank you.
24             THE COURT:  All right.
25             MR. COOPER:  Nothing to add.
```

1          THE COURT:  Anything else, folks?

2          MR. COOPER:  No, thank you.  Have a good day.

3          MS. RAKOCZY:  Thank you, Your Honor, no.

4          THE COURT:  Thank you, all, very much.

5          (Proceedings concluded at 12:39 p.m.)

CERTIFICATE

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Please note:  This hearing occurred during the COVID-19 pandemic and is therefore subject to the technological limitations of court reporting remotely.

Date:__April 6, 2022_____     

William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY: [7]** 8/2 10/18 11/1 55/19 57/5 57/9 65/19

**DEFENDANT BENNIE PARKER: [1]** 10/5

**DEFENDANT CALDWELL: [1]** 9/22

**DEFENDANT CONNIE MEGGS: [1]** 10/9

**DEFENDANT CROWL: [1]** 9/24

**DEFENDANT DOLAN: [1]** 11/13

**DEFENDANT HARRELSON: [1]** 10/13

**DEFENDANT ISAACS: [1]** 11/15

**DEFENDANT JAMES: [1]** 11/6

**DEFENDANT KELLY MEGGS: [1]** 10/11

**DEFENDANT MINUTA: [1]** 10/15

**DEFENDANT SANDRA PARKER: [1]** 10/3

**DEFENDANT STEELE: [1]** 10/7

**DEFENDANT WATKINS: [1]** 10/1

**MR. BRENNWALD: [1]** 41/12

**MR. COOPER: [9]** 42/2 42/17 54/1 54/3 67/15 69/5 69/7 71/25 72/2

**MR. FISCHER: [2]** 37/7 55/13

**MR. MACHADO: [1]** 40/25

**MR. PIERCE: [4]** 45/25 55/15 68/11 68/14

**MR. ROSSI: [15]** 52/4 52/25 54/16 55/20 55/23 56/6 56/25 59/13 59/16 60/1 64/3 64/8 64/12 65/3 65/9

**MR. SPINA: [14]** 11/9 22/14 26/3 26/5 31/5 31/10 32/19 49/15 50/23 51/2 51/5 51/9 55/7 65/14

**MR. WICKS: [1]** 47/10

**MR. WILSON: [3]** 28/14 42/23 43/13

**MR. ZIMMERMAN: [2]** 68/2 68/21

**MS. ANDERSON: [1]** 43/25

**MS. GINSBERG: [1]** 44/9

**MS. HERNANDEZ: [4]** 38/12 58/25 59/2 59/8

**MS. NAPIERALA: [1]** 56/7

MS. PETERSON: [7] 19/11 20/9 20/23 22/12 24/11 40/15 61/25

**MS. RAKOCZY: [28]** 12/3 13/3 13/16 15/15 18/12 21/24 23/17 24/5 24/22 26/12 27/13 27/23 29/22 33/1 33/17 34/10 36/15 47/1 50/15 53/21 53/23 66/17 67/14 67/23 69/25 70/16 71/22 72/3

**MS. ROBIN: [11]** 10/24 11/3 11/7 48/9 54/11 54/14 54/24 55/3 55/6 66/6 66/15

**MS. VAN PELT: [4]** 51/14 65/12 70/13 70/22

**MS. WICKS: [3]** 47/12 62/25 63/3

**THE COURT: [118]**

## 0

**0826 [1]** 2/5
**0840 [1]** 2/18

## 1

**10 [1]** 8/9
**100 [1]** 39/14
**1000 [1]** 5/22
**101 [1]** 3/9
**10174-3699 [1]** 6/9
**1025 [1]** 6/3
**108 [1]** 4/8
**10:00 [2]** 66/5 67/11
**10:44 [1]** 1/6
**10th [7]** 40/17 49/8 54/9 54/15 62/1 66/5 67/10
**11 [1]** 8/9
**1101 [1]** 4/3
**1111 [1]** 5/4
**114 [2]** 5/3 5/7
**11th [1]** 51/16
**12 [17]** 8/10 12/8 26/15 29/17 34/12 34/14 35/1 37/1 43/9 48/22 53/15 59/5 60/16 60/25 60/25 61/6 61/15
**1219 [1]** 5/21
**12:39 [1]** 72/5
**13 [1]** 8/10
**1330 [2]** 5/11 5/13
**14 [1]** 52/17
**1431 [1]** 3/5
**14th [2]** 56/1 61/16
**15 [5]** 8/11 33/23 33/24 41/18 56/12
**15th [1]** 41/15
**16 [1]** 8/12
**16th [1]** 54/25
**172 [1]** 4/12
**1808 [1]** 3/18
**19 [1]** 73/6
**19107 [1]** 5/21
**19th [3]** 54/1 54/2 54/3
**1:00 [1]** 54/9

## 2

**200 [1]** 5/12
**20001 [3]** 2/17 3/4 7/5
**20003 [1]** 2/21
**20004 [1]** 2/13
**20007 [1]** 6/4
**20010 [1]** 3/18
**20036 [1]** 3/15
**20039 [1]** 4/17
**201 [1]** 3/8
**202 [8]** 1/15 2/13 3/5 3/15 3/19 4/18 6/5 7/5
**2021 [1]** 1/5
**2022 [3]** 35/5 51/24 73/10
**205 [1]** 5/13
**20530 [1]** 1/15
**20777 [1]** 2/8
**208-7500 [1]** 2/13
**21-28 [2]** 1/4 8/3
**21061-3065 [1]** 2/4
**212 [1]** 6/9
**213 [1]** 4/13
**215 [1]** 5/22
**21550 [1]** 4/11
**21st [1]** 5/11
**22201 [1]** 5/17
**22314 [4]** 4/4 4/8 5/4 5/8
**22nd [1]** 62/7
**240 [1]** 2/8
**24th [2]** 47/22 62/2
**252-6928 [1]** 1/15
**2615 [1]** 3/15
**2747 [1]** 6/9
**279-7648 [1]** 4/13
**28 [2]** 1/4 8/3
**28th [1]** 53/21
**29th [2]** 62/19 62/21
**2:00 [3]** 57/3 65/19 65/20
**2nd [5]** 3/8 60/24 61/1 61/10 62/5

## 3

**30 days [1]** 9/12
**300 [1]** 2/4
**301 [1]** 2/22
**3033 [1]** 5/16
**3065 [1]** 2/4
**30th [1]** 61/16
**31 [2]** 62/4 62/5
**310 [1]** 2/17
**31st [2]** 40/22 62/3
**3249 [1]** 7/5
**333 [1]** 7/4
**3391 [1]** 2/8
**34471 [1]** 3/9
**349-1111 [1]** 5/4
**350 [1]** 3/4
**352 [1]** 3/10
**352-2615 [1]** 3/15
**35205 [1]** 5/12
**354-3249 [1]** 7/5
**356-9066 [1]** 5/17
**3699 [1]** 6/9

## 3rd
**3rd [1]** 4/12

## 4

**400 [3]** 3/3 6/4 15/8
**400-1431 [1]** 3/5
**400-something [1]** 24/3
**405 [1]** 6/8
**410 [1]** 2/5
**4310 [1]** 5/8
**4333 [1]** 4/5
**4466 [1]** 3/10
**472-3391 [1]** 2/8
**4th [3]** 62/18 62/19 62/20

## 5

**500-now-plus [1]** 19/15
**503 [1]** 2/16
**5102 [1]** 4/18
**546-1000 [1]** 5/22
**548-8911 [1]** 4/9
**550 [1]** 2/12
**555 [1]** 1/14
**571 [1]** 5/17
**5th [1]** 3/3

## 6

**60 [2]** 48/22 60/23
**60 days [5]** 28/8 41/4 44/3 51/21 60/21
**60-day [1]** 60/22
**601 [1]** 3/13
**60585 [1]** 4/17
**610 [1]** 4/4
**625 [1]** 2/12
**629-4466 [1]** 3/10
**683-4310 [1]** 5/8
**684-4333 [1]** 4/5
**6928 [1]** 1/15
**6th [2]** 46/6 46/17

## 7

**700 [1]** 5/16
**703 [5]** 2/18 4/5 4/9 5/4 5/8
**7166 [1]** 2/7
**7310 [1]** 2/3
**7447 [1]** 3/19
**7500 [1]** 2/13
**7648 [1]** 4/13
**7727 [1]** 2/22
**785-2747 [1]** 6/9
**787-0826 [1]** 2/5
**7th [2]** 40/18 40/19

## 8

**8100 [1]** 6/5
**839-5102 [1]** 4/18
**8911 [1]** 4/9
**8th [8]** 55/2 55/12 57/2 57/4 57/21 65/19 65/20 65/22

## 9

**90 [1]** 70/23
**900 [1]** 3/14

**9066 [1]** 5/17
**91367 [1]** 4/12
**922 [1]** 2/21
**928-7727 [1]** 2/22
**939-1330 [1]** 5/13
**965-8100 [1]** 6/5
**989-0840 [1]** 2/18
**996-7447 [1]** 3/19
**9:00 [1]** 66/8
**9th [1]** 65/6

## A

**a.m [3]** 1/6 66/5 66/8
**ability [3]** 39/9 44/19 45/18
**able [20]** 9/17 9/17 9/20 11/4 11/25 12/14 14/2 19/19 21/7 26/8 40/3 48/24 49/4 50/6 56/4 56/5 56/9 63/10 66/25 70/21
**about [41]** 9/12 22/17 23/25 24/2 24/18 25/7 25/15 26/25 27/9 27/19 27/21 28/1 28/3 28/13 29/11 31/3 31/6 33/5 33/6 33/15 37/21 38/2 39/18 43/7 43/10 43/11 44/19 45/11 48/12 49/17 51/18 55/9 57/16 58/1 58/12 58/23 59/6 60/2 65/11 67/8 68/24
**above [4]** 20/10 21/12 25/2 73/4
**above-titled [1]** 73/4
**absent [1]** 36/11
**absolutely [2]** 41/15 52/5
**abundance [1]** 35/21
**access [5]** 18/19 20/8 21/23 39/9 45/2
**accessible [4]** 20/7 22/4 22/10 25/11
**accessing [1]** 20/22
**accommodate [2]** 33/25 56/12
**accounts [1]** 12/14
**across [6]** 15/22 16/6 19/9 19/15 39/19 68/16
**Act [1]** 65/25
**actual [1]** 53/17
**actually [11]** 31/25 33/20 47/20 51/6 54/19 54/25 56/8 57/14 57/19 63/15 68/11
**add [6]** 18/2 54/12 57/24 71/15 71/22 71/25
**added [3]** 12/18 30/15 61/3
**addition [2]** 34/21 45/13
**additional [9]** 24/19 26/22 27/1 48/22 51/19 59/5 60/25 61/15 68/23
**address [14]** 11/24 19/7 26/7 36/7 36/22 36/23 37/2 43/2 43/17

# A

**address...** [5] 45/19
49/3 50/14 50/16 67/18
**addressed** [3] 43/15
45/12 49/16
**addressing** [2] 11/18
45/17
**administratively** [1]
60/13
**adopt** [2] 31/13 43/9
**adopted** [1] 31/16
**advise** [2] 37/18 63/23
**advised** [1] 44/12
**affect** [1] 33/14
**affirmative** [1] 31/25
**after** [3] 34/17 40/21
47/24
**afternoon** [4] 11/11
48/9 56/7 63/24
**again** [14] 14/25 21/12
22/7 38/3 40/5 53/9
58/7 60/11 60/16 61/7
62/22 63/8 66/22 67/7
**against** [2] 48/25 71/12
**ago** [4] 10/25 39/7 40/8
51/16
**agree** [3] 38/12 40/5
42/6
**agreed** [1] 70/4
**ahead** [5] 13/14 15/14
31/8 55/22 59/15
**aided** [1] 7/7
**AL** [2] 1/6 5/12
**Alabama** [1] 50/1
**alert** [1] 52/15
**Alexandria** [4] 4/4 4/8
5/4 5/8
**Alfred** [3] 4/8 5/3 5/7
**all** [109]
**all right** [4] 43/24
51/12 53/13 66/16
**allow** [1] 22/1
**allowing** [2] 29/4 68/6
**allows** [1] 68/8
**almost** [2] 16/17 30/1
**along** [2] 23/4 49/22
**already** [3] 40/17 47/17
68/12
**also** [17] 15/23 16/12
16/14 17/8 19/4 24/25
31/1 33/6 37/2 37/13
37/14 41/21 48/11
48/15 48/16 49/20
51/22
**although** [4] 17/18
27/14 52/7 57/13
**Alvin** [1] 8/7
**always** [1] 61/11
**am** [8] 9/18 14/8 18/13
21/17 27/9 28/13 46/1
52/8
**AMERICA** [2] 1/3 8/4
**AMIT** [1] 1/10
**among** [1] 23/14
**amongst** [1] 50/2
**amount** [9] 12/7 12/9
20/13 22/18 25/9 35/3
35/15 35/22 39/15

**amounts** [2] 12/12 35/5
**Anderson** [3] 8/21
43/24 44/6
**another** [5] 28/8 28/20
32/6 32/17 54/20
**answer** [2] 45/6 50/14
**answered** [1] 50/7
**answering** [1] 29/19
**anticipate** [3] 24/15
47/18 49/20
**anticipated** [1] 45/15
**anticipating** [1] 38/4
**any** [32] 11/19 21/5
26/8 26/9 36/23 39/7
40/4 40/16 42/3 44/2
44/24 45/6 45/13 45/23
46/2 46/24 47/12 48/23
49/20 50/9 57/11 57/12
58/12 58/21 58/21
60/25 61/6 61/14 61/16
62/11 66/19 71/1
**anybody** [4] 20/7 39/1
66/1 67/12
**anybody's** [1] 58/5
**Anyone** [2] 57/21
67/21
**anything** [12] 32/2
32/23 36/13 37/3 42/4
47/25 57/24 66/1 67/12
68/22 71/15 72/1
**AO** [1] 21/14
**aol.com** [1] 2/9
**apologize** [2] 14/4 57/5
**Appeals** [1] 32/2
**appear** [3] 9/19 58/21
67/5
**appearance** [2] 68/10
68/12
**appearances** [9] 1/12
1/17 2/25 3/20 4/19
5/23 6/11 58/13 67/4
**appearing** [1] 9/7
58/10
**applicable** [1] 31/15
**applies** [4] 28/25 31/9
39/19 44/25
**apply** [1] 30/16
**appointed** [1] 18/24
**appreciate** [2] 52/24
67/6
**approach** [2] 14/15
16/1
**appropriate** [1] 71/21
**April** [5] 52/17 62/25
63/2 63/5 73/10
**are** [89]
**area** [1] 18/13
**argue** [2] 57/14 57/20
**argument** [1] 56/17
**arguments** [2] 31/1
57/4 57/24
**Arlington** [1] 5/17
**around** [3] 22/4 36/3
40/22
**arraigned** [1] 51/16
**arraignment** [3] 22/16
22/16 23/4
**arraignments** [1] 23/9

**arrangements** [1]
58/15
**arrest** [1] 17/24
**arrests** [1] 13/10
**as** [94]
**aside** [1] 35/21
**ask** [31] 9/20 11/17
11/24 18/4 27/19 29/9
29/25 31/22 32/12 33/7
33/8 35/23 36/7 36/22
39/24 45/22 49/10
50/25 52/10 53/8 54/8
57/23 61/17 61/21
61/22 62/4 62/17 62/18
64/22 68/5 70/20
**asked** [2] 57/20 62/11
**asking** [2] 62/9 62/23
70/17
**aspect** [1] 14/24
**assess** [1] 48/25
**assistance** [1] 22/1
**assisting** [1] 18/18
**assume** [4] 19/1 20/6
45/5 45/17
**assuming** [1] 62/21
**assumption** [1] 65/1
**attack** [3] 15/7 15/22
16/20
**attacks** [1] 14/24
**attend** [1] 14/2
**attention** [1] 28/18
**attorney** [2] 21/5 28/20
**ATTORNEY'S** [2] 1/13
15/19
**attorneys** [7] 12/20
14/1 14/2 16/19 18/24
19/15 52/19
**attribution** [1] 44/24
**August** [14] 14/9 16/21
53/23 54/1 54/2 54/3
62/18 62/19 62/19
62/20 62/21 63/1 66/4
67/10
**August 29th** [1] 62/21
**authority** [1] 46/7
**available** [29] 16/19
17/18 17/19 18/15 19/1
19/9 19/24 20/5 20/14
34/5 37/17 38/3 40/21
41/5 47/24 54/9 54/21
55/2 55/11 55/12 55/14
55/16 57/2 57/3 57/21
61/24 62/1 66/4 66/12
67/10
**Avenue** [5] 2/12 2/21
3/13 6/8 7/4
**avoid** [1] 11/19

# B

**back** [5] 29/6 36/2
39/24 71/11 71/19
**bad** [2] 55/24 56/2
**Baltimore** [1] 47/21
**Bar** [5] 15/24 16/2
17/14 22/5 22/11
**Barrett** [1] 7/4
**basis** [3] 17/19 23/17
24/6

**Bear** [1] 54/5
**because** [33] 12/15
14/7 17/16 18/13 18/14
19/12 19/22 28/19
28/20 29/12 30/13
31/24 33/11 36/10
37/19 37/19 37/22
39/13 40/10 43/2 44/15
46/15 48/2 50/11 54/20
59/24 61/7 63/10 64/16
65/22 66/24 70/2 70/3
**becomes** [1] 53/11
**been** [57] 12/10 12/14
15/8 15/19 15/23 16/25
18/16 18/21 19/10
19/20 22/3 23/11 23/14
23/15 23/18 23/19
23/22 24/3 24/5 25/3
27/15 28/18 29/16
29/17 30/15 30/19
31/11 31/21 40/8 42/7
43/20 44/17 44/20
44/24 44/25 45/7 45/7
46/23 47/2 50/7 50/22
52/6 53/8 53/15 53/17
53/18 57/24 59/9 60/21
61/3 61/8 61/20 64/17
69/9 69/15 70/4 71/17
**before** [17] 1/10 9/15
26/15 31/19 32/24
34/24 36/21 40/7 40/22
42/14 47/24 63/25 64/6
66/2 67/12 69/10 69/10
**beginning** [1] 49/24
**begins** [1] 61/25
**begun** [2] 24/17 26/16
**behalf** [26] 8/14 8/15
8/16 11/22 22/15 32/24
36/13 37/5 41/11 42/1
42/22 43/24 44/7 46/22
47/8 48/8 49/13 54/11
54/14 55/13 64/24
65/13 66/6 67/17 69/4
70/11
**being** [11] 16/16 17/8
17/23 38/2 40/3 42/13
42/25 43/1 47/18 58/1
62/13
**believe** [10] 11/4 23/12
27/12 36/19 37/8 37/25
39/23 45/6 47/15 47/22
**benefit** [2] 44/16 52/18
**Bennie** [3] 2/20 8/7
8/18
**best** [2] 51/11 63/10
**better** [5] 17/12 19/7
21/16 50/4 50/4
**between** [3] 32/10
35/24 42/5
**beyond** [4] 17/25 18/13
26/22 50/17
**big** [1] 19/23
**biggest** [1] 38/19
**Birmingham** [1] 5/12
**bit** [6] 17/9 19/12 20/10
25/13 34/11 35/15
**bleed** [1] 55/25

**BLIND** [1] 4/16
**blindjusticedc.org** [1]
4/19
**block** [2] 33/22 34/2
**board** [1] 39/19
**Boasberg** [1] 40/7
**body** [7] 13/11 15/6
16/10 16/12 17/8 21/4
21/9
**body-worn-camera** [3]
16/10 21/4 21/9
**bond** [4] 49/19 52/18
64/4 64/9
**booked** [1] 69/9
**both** [5] 13/13 18/13
22/7 26/19 35/9
**bottom** [6] 9/19 23/10
24/22 25/21 25/23
57/17
**Boulevard** [1] 5/16
**Box** [1] 4/17
**boxed** [1] 30/21
**Brady** [5] 45/4 45/7
45/8 45/12 46/25
**BRAND** [1] 3/17
**brandwoodwardlaw.c
om** [1] 3/20
**break** [1] 41/20
**breaking** [2] 42/15
69/21
**Brennwald** [5] 2/20
2/20 8/18 41/11 41/25
**brief** [1] 24/12
**briefed** [1] 35/10
**briefing** [2] 30/5 34/11
**briefly** [1] 68/2
**bring** [3] 28/17 57/8
59/13
**broad** [1] 25/10
**broader** [1] 24/2
**broadest** [1] 24/24
**broadly** [1] 46/6
**brought** [1] 58/16
**budget** [2] 20/12 24/13
**Building** [1] 3/14
**bulk** [2] 13/17 13/22
**Burnie** [1] 2/4
**bury** [1] 31/12
**business** [1] 61/20
**busy** [1] 38/1

# C

**CA** [1] 4/12
**CALDWELL** [10] 1/6
2/2 8/4 8/14 9/21 37/6
37/12 38/6 53/16 55/14
**calendar** [2] 41/6 46/2
**calendars** [3] 33/24
61/22 62/22
**call** [3] 16/13 32/12
59/20
**camera** [3] 16/10 21/4
21/9
**cameras** [1] 13/20
**Campbell** [3] 69/13
69/13 69/14
**can** [58] 10/22 11/3
11/5 11/15 12/19 15/8

**C**

can... [52] 19/11 20/1
21/2 21/11 21/15 21/23
22/10 25/10 25/14
25/20 25/25 26/7 26/21
28/4 31/16 32/5 32/16
34/4 35/9 35/10 35/10
37/17 37/18 38/3 38/7
38/8 39/1 39/4 39/21
39/25 46/11 46/15 47/3
51/11 53/19 54/21 55/9
57/8 57/16 57/22 58/15
59/10 61/10 62/12
63/18 66/4 66/14 66/19
67/20 69/19 70/9 71/19
can't [7] 19/22 19/22
23/1 23/8 26/25 42/4
54/18
cannot [6] 22/4 41/15
41/16 52/22 52/22
70/19
capability [1] 19/23
Capitol [12] 13/18
13/19 13/22 13/23 14/5
14/24 15/7 15/22 16/9
16/20 17/3 40/20
Capitol-attack-related
[1] 15/22
CARLTON [2] 6/3 6/7
carltonfields.com [2]
6/6 6/10
Carmen [3] 2/7 8/15
59/2
Carolina [1] 69/13
case [36] 8/3 12/4 13/5
13/7 14/23 18/24 18/25
23/13 23/18 23/22 25/5
25/9 26/9 26/15 27/7
34/22 34/22 35/17
35/20 37/16 39/3 39/6
39/6 39/8 39/11 39/19
40/6 40/10 40/20 46/20
50/1 62/3 62/13 67/1
68/7 68/20
cases [21] 12/21 16/7
17/25 19/10 24/3 27/22
28/5 31/11 31/22 33/15
33/25 35/6 37/21 37/22
38/1 39/20 58/8 62/6
66/24 67/3 67/6
caught [2] 13/1 28/15
caution [1] 35/22
CCTV [2] 13/17 16/9
centralized [4] 15/21
16/6 16/23 17/8
certain [3] 27/1 35/2
46/5
certainly [8] 18/20
23/17 26/16 37/17
43/14 43/19 48/19
57/13
Certified [1] 7/3
certify [1] 73/2
cetera [1] 34/8
CH [1] 7/4
challenged [2] 51/10
52/9
challenging [2] 33/25

chambers [1] 62/15
chance [1] 31/2
change [3] 36/11 50/11
61/21
charge [1] 17/24
charged [4] 12/8 15/8
24/3 70/11
check [1] 55/3
checked [1] 69/12
chernan7 [1] 2/9
Chief [1] 24/17
chime [1] 37/19
chris [1] 5/9
chrisleibiglaw.com [1]
5/9
Christmas [1] 69/10
Christopher [3] 5/6 5/7
8/25
circulated [1] 50/7
circumstances [1]
70/6
civil [1] 67/2
CJA [2] 18/24 19/25
CJA-appointed [1]
18/24
clarify [1] 70/20
clarity [1] 19/12
Claude [1] 11/1
clean [1] 60/14
cleaner [1] 32/1
clear [6] 19/6 34/5
53/14 58/7 68/3 69/22
clearly [1] 69/22
client [14] 24/1 25/22
25/25 29/2 39/3 39/23
58/16 58/18 58/20 64/5
64/6 64/9 67/22 68/24
client's [5] 23/2 29/4
58/1 58/14 71/9
clients [6] 29/11 31/2
36/9 36/10 58/4 63/25
clip [1] 42/18
closer [2] 14/12 57/16
cloud [2] 20/6 21/20
clump [1] 50/3
co [5] 13/13 31/14
31/22 49/7 56/4
co-counsel [1] 56/4
co-defendants [2]
13/13 31/14
COLUMBIA [4] 1/1
1/14 2/11 63/9
come [6] 19/18 20/12
36/2 39/24 46/5 53/2
comes [3] 38/24 40/20
68/16
coming [8] 11/11 24/16
28/16 37/23 41/7 47/1
49/2 61/8
comments [1] 44/15
communications [2]
17/5 50/8
complaints [1] 51/17
complete [2] 33/1
42/13
completed [1] 59/21
completely [1] 69/15

complex [1] 46/11
complicated [1] 56/24
complied [1] 35/9
computer [1] 7/7
computer-aided [1]
7/7
concern [3] 43/7 56/20
66/21
concerned [2] 27/9
44/22
concerns [5] 25/22
33/5 44/19 47/14 48/11
concluded [1] 72/5
conclusion [1] 14/22
condition [1] 71/4
conditions [4] 67/16
69/16 70/2 70/21
conference [1] 66/4
conferred [1] 55/4
confinement [2] 70/19
70/23
confirm [3] 9/20 10/22
11/3
conflict [4] 40/12 41/24
61/18 71/2
conflicts [2] 45/23 46/2
confused [1] 12/24
confusing [1] 31/24
confusion [1] 53/14
Congress [1] 14/6
connection [1] 69/21
Connie [3] 3/12 8/8
8/21
consent [2] 32/13
64/25
consider [1] 66/17
consideration [1]
49/21
conspiracies [1] 45/11
conspiracy [1] 45/11
Constitution [1] 7/4
contact [1] 62/15
continuances [1] 59/4
continue [5] 17/24
27/5 37/1 40/2 67/11
continued [8] 2/1 3/1
4/1 5/1 6/1 7/1 12/5
40/8
continues [2] 38/20
53/9
continuing [1] 48/18
continuously [1] 15/1
contract [2] 16/4 21/8
control [1] 50/17
conversation [1] 24/1
conversations [5]
18/22 22/8 22/12 26/18
27/3
Cooper [13] 3/2 3/3
8/19 42/1 42/15 42/21
67/19 68/24 69/3 69/18
69/19 71/8 71/13
copy [1] 13/6
CORPORATION [1]
4/16
correct [4] 21/24 23/13
28/12 73/3
cost [1] 20/13

complex [1] 46/11 (cont'd)
22/1 29/25 33/14 35/6
35/19 50/11 65/6 66/9
67/23
counsel [66] 10/22
12/13 15/17 19/9 20/2
21/23 24/6 24/23 25/2
25/5 25/14 26/24 27/19
27/20 27/25 28/6 29/1
29/8 29/10 29/18 30/1
30/7 30/13 30/16 31/20
31/22 32/4 32/16 32/25
33/9 33/24 34/4 34/13
34/23 35/9 35/19 36/3
36/18 37/18 37/21
37/25 38/8 38/21 44/13
48/3 49/12 49/22 50/8
53/2 54/18 55/4 55/11
56/4 57/1 57/12 57/13
57/19 57/23 57/25
63/22 64/22 64/23
66/13 66/19 67/23
68/19
counsels' [1] 21/22
country [1] 70/24
couple [2] 12/1 14/1
course [1] 16/25
23/11 26/20 29/19
29/22 32/22 33/7 49/19
58/5 58/20
court [58] 1/1 7/2 7/3
9/20 15/10 15/17 20/12
20/14 21/15 22/20
24/13 24/16 24/18
24/23 28/4 29/25 29/25
31/12 32/22 33/4 33/8
33/8 33/8 34/12 34/16
34/21 36/23 37/18
38/13 38/14 38/15 39/1
39/7 39/24 40/4 41/17
41/20 42/11 43/16
43/17 44/11 45/19 46/4
47/16 47/18 47/21
51/23 52/15 53/11
57/14 59/4 66/7 66/17
67/18 68/5 70/17 70/20
73/7
Court's [5] 28/17 33/4
34/11 49/21 66/20
courtroom [2] 11/2
58/3
cover [3] 13/22 56/4
56/5
COVID [3] 37/20 37/22
73/6
COVID-19 [1] 73/6
CR [1] 1/4
create [2] 15/20 16/5
creating [1] 21/25
credentials [1] 20/7
crime [2] 16/12 17/5
crimes [3] 34/19 70/1
70/3
criminal [2] 8/3 66/24
Crowl [4] 2/7 8/5 8/15
9/23
CRR [2] 73/2 73/11
cs.com [1] 2/22

currently [7] 10/18
27/10 33/14 47/25 50/1
63/16 63/17
custody [2] 43/14
43/18 45/1
cut [1] 28/23

**D**

D.C [11] 1/5 1/15 2/13
2/17 2/21 3/4 3/15 3/18
4/17 6/4 7/5
danger [1] 70/3
Daniel [1] 4/6
data [12] 12/13 16/5
17/16 17/22 17/23 19/3
21/20 21/21 22/9 22/18
22/19 25/9
database [27] 15/21
16/6 16/16 16/18 18/2
18/6 18/6 18/19 19/1
19/8 19/14 19/17 19/18
20/5 20/20 20/20 20/22
21/12 21/19 21/19
21/23 21/25 22/1 22/3
22/6 22/6 24/15
databases [1] 21/22
date [46] 13/23 14/4
16/21 17/17 17/23
23/23 29/20 29/21 33/3
33/8 33/9 33/10 33/18
35/8 35/11 37/2 37/16
38/4 38/7 41/5 41/18
42/20 43/11 43/19 44/5
45/6 45/19 45/23 45/24
46/3 47/20 47/21 49/6
49/9 49/10 52/13 53/20
53/22 54/20 56/9 56/14
57/16 64/25 65/17
66/18 73/10
dates [11] 14/10 27/21
27/25 34/2 34/5 41/14
42/6 58/24 61/17 62/24
63/11
david [6] 2/2 3/7 3/8
3/10 8/14 8/20
day [8] 46/16 54/23
54/24 55/24 60/22
60/23 67/8 72/2
days [7] 9/12 28/8 41/4
44/3 48/22 51/21 60/21
deadline [6] 30/16 37/1
37/14 59/18 61/5 61/9
deal [3] 47/13 59/24
70/9
dealing [1] 62/6
decide [1] 30/23
decided [1] 22/3
deciding [1] 33/10
decision [1] 34/16
decisions [2] 30/22
33/15
deep [1] 22/21
defendant [59] 2/2 2/6
2/10 2/15 2/19 3/2 3/7
3/12 4/2 4/15 5/2 5/10
5/14 6/2 8/4 8/5 8/5 8/6
8/7 8/7 8/8 8/8 8/9 8/9
8/10 8/10 8/11 8/11

**D**

**defendant... [31]** 8/14
8/15 8/16 8/19 8/20
8/21 8/23 8/24 8/25 9/2
9/4 9/5 22/22 22/24
23/12 23/15 23/16
31/16 31/22 32/7 32/18
36/18 40/6 40/10 44/24
49/7 49/7 55/4 57/11
58/8 62/3

**defendants [67]** 1/7
9/7 9/16 9/18 12/8
12/19 12/21 13/1 13/5
13/12 13/13 13/23
14/19 14/22 15/3 15/5
16/20 17/15 17/25
18/24 18/25 19/15
26/10 26/14 26/14
26/15 26/24 27/7 27/8
27/10 27/15 27/18 28/7
29/7 29/9 30/1 30/3
30/4 30/14 30/14 31/14
31/16 33/10 33/18
33/23 34/8 35/16 36/8
36/19 39/3 41/21 44/21
45/9 48/25 49/1 49/5
50/3 58/10 61/2 61/13
62/16 63/14 63/17
63/18 65/22 66/25 67/5

**defendants' [7]** 13/10
13/19 17/2 19/14 33/14
51/22 58/13

**DEFENDER [6]** 2/11
15/25 18/17 18/18 19/6
25/3

**Defenders [1]** 18/23

**defense [41]** 12/14
12/17 14/1 15/23 16/2
16/19 17/14 18/2 18/10
18/15 18/19 19/9 21/22
21/23 22/5 22/11 24/6
25/14 28/25 29/10
29/18 31/20 31/22 32/4
32/16 32/17 33/22
33/24 35/19 36/3 37/18
37/20 37/25 38/7 38/21
39/10 46/8 46/12 50/7
56/12 57/23

**defer [2]** 56/6 70/13

**definitely [2]** 25/1
50/23

**delay [2]** 33/17 48/15

**delaying [1]** 48/16

**department [2]** 16/11
26/25

**depend [1]** 34/7

**dependent [1]** 42/13

**depends [1]** 34/10

**Deputy [1]** 11/2

**Der [4]** 5/19 5/20 9/3
51/12

**described [2]** 20/21
27/16

**desire [1]** 60/8

**desires [1]** 68/5

**detained [13]** 29/8
29/12 36/9 36/11 41/21
41/22 45/16 46/14

**detention [2]** 36/11
46/18

**determination [3]** 43/5
71/12 71/20

**developing [1]** 20/19

**devices [1]** 13/11

**dialogue [1]** 49/17

**did [9]** 23/3 29/24
47/13 51/20 54/12
55/21 59/17 61/24 63/1

**didn't [1]** 67/17

**difference [2]** 32/10
32/11

**different [4]** 34/2 37/24
56/12 56/23

**difficult [6]** 24/1 38/23
40/1 45/1 49/10 56/21

**difficulty [1]** 53/4

**digital [1]** 17/1

**DIMURO [1]** 4/3

**dimuro.com [1]** 4/5

**dire [2]** 34/21 34/25

**directed [1]** 51/23

**direction [3]** 22/23
25/24 49/18

**directly [4]** 22/8 25/25
39/21 45/20

**disability [1]** 71/4

**disabled [1]** 70/23

**disagree [1]** 38/8

**disclosable [1]** 23/14

**disclosed [2]** 28/19
45/7

**discoverability [1]**
15/2

**discovery [55]** 11/21
11/24 12/4 12/5 12/6
13/6 14/22 15/4 15/9
19/19 23/22 24/2 24/24
25/6 25/10 25/19 28/16
28/18 35/9 36/23 37/8
37/9 38/14 38/17 38/21
38/24 39/9 39/10 39/16
41/13 42/3 42/12 42/13
42/25 43/1 43/4 43/6
44/2 44/17 45/2 45/3
46/10 46/11 47/13
48/10 48/11 48/12
48/16 49/22 49/16 51/18
52/5 52/7 61/8 66/20

**discuss [2]** 26/10
67/20

**discussed [2]** 27/24
68/3

**discussion [1]** 26/17

**discussions [6]** 22/17
24/17 26/13 26/21 27/5
53/2

**disinclined [1]** 67/3

**dismiss [6]** 30/20
37/13 44/4 50/21 50/23
60/7

**dispositions [2]** 11/25
26/22

**dispositive [1]** 30/20

**DISTRICT [6]** 1/1 1/1
63/18 64/6

**dive [1]** 22/21

**do [74]**

**do you [1]** 50/19

**do you know [1]** 39/4

**does [4]** 15/16 41/16
48/3 68/25

**doesn't [1]** 39/3

**doing [4]** 9/11 24/14
25/3 25/10

**Dolan [16]** 5/15 8/11
9/4 11/12 30/2 51/13
51/15 61/4 64/23 65/11
65/12 68/25 70/12
70/17 70/18 71/6

**Dolan's [1]** 67/23

**don't [55]** 9/15 14/9
17/19 18/20 19/23 20/3
20/4 20/15 21/24 22/13
28/18 29/21 30/21
31/11 31/23 32/12
32/13 33/11 35/17 37/5
38/14 38/15 39/17 40/4
40/16 41/23 42/3 42/4
43/4 44/2 45/6 45/9
46/2 46/23 47/10 47/12
47/25 50/3 53/7 56/21
58/12 58/18 60/11
63/11 63/22 66/10
66/21 66/23 67/19
67/20 68/15 69/4 70/6
70/14 71/16

**done [5]** 24/14 34/3
35/3 37/9 57/17

**Donovan [2]** 2/7 8/5

**door [1]** 13/24

**dormant [1]** 37/21

**down [10]** 9/18 23/24
25/1 33/22 36/19 54/21
55/18 56/14 57/3 63/11

**downloaded [1]** 21/21

**dozens [1]** 48/13

**drafted [6]** 54/19 56/16
57/2 57/14 57/19 57/25

**drafter [1]** 56/19

**drinking [1]** 52/7

**drive [2]** 23/21 25/24

**drives [3]** 12/16 12/16
13/6

**drop [1]** 63/14

**dropped [1]** 71/3

**drug [1]** 49/7

**due [2]** 61/14 61/16

**during [3]** 62/10 62/11
73/5

**dwilsonlaw.com [1]**
3/10

**E**

**each [15]** 22/22 22/23
23/12 23/15 23/16
28/25 29/10 30/12 36/3
36/18 36/18 44/21
45/10 48/25 50/8

**earlier [4]** 28/1 30/22
33/2 42/24

**earliest [2]** 35/6 62/1

**early [4]** 13/21 14/9

**ears [1]** 25/15

**easier [4]** 14/7 39/10
39/13 60/13

**easily [1]** 25/11

**echo [2]** 44/18 48/11

**Ed [1]** 51/9

**Edmund [1]** 3/17

**EDVA [1]** 49/8

**Edward [1]** 8/4

**either [2]** 22/2 65/23

**electronic [1]** 31/12

**Elizabeth [2]** 5/15 9/3

**else [13]** 13/2 32/23
36/13 37/3 47/25 50/12
57/21 66/1 67/12 67/21
68/22 69/1 72/1

**else's [1]** 70/9

**email [23]** 1/16 2/5 2/9
2/14 2/18 2/22 3/5 3/10
3/16 3/19 4/5 4/9 4/13
4/18 5/5 5/9 5/13 5/18
5/22 6/5 6/10 27/25
43/2

**emails [2]** 28/20 43/1

**Empire [1]** 2/4

**employment [4]** 70/5
70/18 70/18 71/3

**end [7]** 14/15 14/21
17/23 29/20 33/19 36/2
47/23

**endeavoring [1]** 45/5

**ends [1]** 63/15

**enforcement [2]** 17/4
17/6

**engage [1]** 34/17

**engaging [1]** 49/21

**enormous [1]** 44/23

**enough [5]** 53/7 56/25
59/10 61/20 66/10

**ensure [1]** 46/11

**enter [1]** 60/10

**entered [2]** 68/9 68/11

**entering [1]** 13/5

**entire [4]** 12/20 22/4
22/11 54/24

**entirety [1]** 16/18

**envision [1]** 42/4

**estimates [1]** 34/8

**et [2]** 1/6 34/8

**et cetera [1]** 34/8

**Eugene [1]** 6/2

**even [6]** 35/14 35/18
39/25 45/10 61/18 64/3

**events [1]** 69/10

**ever [1]** 32/2

**every [1]** 46/9

**everybody [14]** 9/11
28/25 29/4 54/21 60/4
61/12 62/5 62/18 64/17
65/17 65/23 66/4 67/10
69/1

**everybody's [1]** 56/24
67/8

**everyone [13]** 9/9 9/10
11/17 13/2 28/9 28/11
54/5 54/8 60/14 61/17
62/19 64/16 66/22

**everyone's [1]** 60/6

**everything [6]** 23/8
25/10 37/22 42/7 64/14
68/16

**evidence [23]** 13/12
14/16 14/23 15/2 15/6
15/21 16/6 16/24 16/24
17/1 17/8 17/10 18/1
20/21 22/23 23/3 23/11
23/14 23/25 34/19 46/9
48/25 71/11

**Evidence.com [3]** 21/3
21/6 21/9

**exact [2]** 27/6 29/21

**exactly [3]** 20/15 24/18
57/17

**example [1]** 17/3 18/8
21/2

**exceedingly [1]** 45/1

**except [3]** 28/9 30/1
57/12

**exception [2]** 13/20
14/11

**exceptions [1]** 16/17

**exchanges [1]** 34/19

**excluded [2]** 65/16
65/21 65/25

**exclusion [1]** 64/25

**excuse [3]** 29/8 62/7
69/6

**executed [1]** 13/11

**exhibits [1]** 34/20

**existing [2]** 30/4 48/5

**exists [1]** 30/6

**expect [2]** 63/18 63/24

**expecting [1]** 56/17

**expert [1]** 34/19

**expertise [1]** 18/13

**explain [2]** 21/15 24/6

**explaining [1]** 23/19

**express [1]** 24/23

**expressed [1]** 27/25

**expression [1]** 50/4

**extend [4]** 37/14 51/21
60/15 60/18

**extended [1]** 60/24

**extension [5]** 28/12
28/15 41/4 43/10 44/3

**extensive [3]** 17/10
34/25 36/12

**extent [1]** 11/25 25/23
26/8 53/3 60/8 71/1

**external [2]** 12/16
13/20

**F**

**fact [3]** 28/17 43/20
44/25

**facts [2]** 46/6 71/18

**Fair [1]** 56/25

**fairly [3]** 27/14 27/17
49/25

**fall [2]** 17/18 17/22

**family [1]** 67/6

**far [8]** 38/7 40/5 41/14
42/7 44/22 45/18 57/25
69/16

**fashion [4]** 24/13 24/16

**F**

fashion... [2] 29/3
57/18
fault [1] 22/18
favor [2] 33/3 34/23
FBI [4] 12/10 12/11
16/14 16/24
fd.org [1] 2/14
February [13] 35/5
35/13 40/18 40/19
41/15 49/11 52/17
52/22 62/5 62/7 62/8
62/12 62/15
federal [10] 2/11 15/24
18/17 18/18 18/23 19/6
25/3 37/25 39/7 47/21
feedback [1] 11/9
feel [1] 51/7
feeling [1] 49/20
few [7] 12/22 13/20
27/5 35/24 44/15 47/5
53/1
FIELDS [2] 6/3 6/7
figure [2] 9/13 62/12
figuring [1] 19/24
file [17] 31/22 32/4
32/5 32/16 50/20 50/25
51/19 51/20 51/22
52/11 52/14 60/15 61/6
61/10 64/20 65/6 71/16
filed [32] 19/10 24/13
28/11 28/14 29/17
29/17 30/19 31/13
31/15 36/25 37/11
37/12 37/13 37/14 41/3
44/3 44/4 47/18 47/18
48/3 50/22 53/15 53/15
53/17 53/25 59/9 60/20
61/15 64/17 64/24
67/16 70/16
files [3] 39/14 44/21
48/17
filing [11] 32/14 32/15
34/13 37/14 38/19 43/9
45/15 47/16 48/23
59/18 66/18
filings [3] 31/12 31/13
34/18
final [1] 13/21
finally [1] 37/3
financial [1] 40/2
find [3] 14/5 23/25
25/14
fine [6] 32/15 41/2 65/8
65/14 66/15 69/16
fire [2] 52/8 59/20
firm [1] 14/10
first [16] 4/7 13/4 16/8
27/15 33/10 33/18
35/11 36/5 41/23 49/20
50/3 53/5 60/5 61/23
62/8 63/19
Fischer [9] 2/2 2/3 8/14
37/5 38/10 38/13 40/6
52/20 55/11
fischerandputzi [1] 2/6
fit [1] 51/23
five [3] 30/4 30/14

FL [1] 3/9
flagged [1] 71/1
flexible [2] 38/8 61/11
floor [5] 4/7 4/12 6/8
11/23 31/20
folks [3] 53/3 56/11
72/1
folks' [1] 32/5
follow [1] 9/17
followed [1] 40/18
following [3] 36/22
54/24 61/22
footage [7] 13/17
13/21 13/22 16/10
16/10 21/4 21/10
foregoing [1] 73/3
foreseeable [1] 50/10
forgive [1] 68/15
form [1] 43/19
formal [2] 68/6 68/9
formally [1] 65/23
forthcoming [1] 44/18
forward [8] 9/14 32/16
34/4 40/10 60/11 62/6
62/23 63/14
found [3] 13/18 13/23
26/1
four [12] 12/18 13/1
26/14 27/10 28/6 30/3
30/14 30/15 40/6 40/10
49/1 62/7
four-defendant [2]
40/6 40/10
four-week [1] 62/7
fourth [2] 1/14 50/9
FPD [2] 19/2 19/25
frankly [3] 32/1 53/8
70/4
fraud [2] 50/1 62/3
Fredericksburg [1]
66/7
free [3] 61/23 62/5 71/7
freedom [1] 39/25
Friday [1] 51/6
fruition [2] 37/23 40/21
full [1] 54/22
fully [1] 59/21
future [1] 32/4

**G**

gathered [6] 14/16
14/23 15/22 16/6 16/25
26/5
Gene [5] 9/5 55/20
55/23 59/16 65/4
general [4] 14/13 31/5
31/9 60/21
generated [1] 12/10
generating [1] 18/19
generous [1] 52/6
get [27] 9/13 12/14
12/16 12/17 13/21
13/24 17/22 19/22
19/24 25/20 28/5 29/6
30/21 35/19 36/9 39/14
45/18 46/19 47/3 50/2
51/5 54/20 57/16 59/11

gets [3] 20/10 31/24
32/2
getting [10] 18/12
19/21 20/18 21/12 23/1
24/9 24/19 46/16 48/16
69/22
Giglio [1] 14/11
Ginsberg [8] 4/2 4/3
8/22 44/7 48/12 68/3
68/6 68/17
Ginsberg's [1] 46/25
give [4] 19/11 34/13
46/4 56/17
given [10] 30/18 33/4
33/12 34/22 43/13
43/20 57/1 59/20 61/13
71/4
Glen [1] 2/4
gmail.com [2] 2/18 4/9
go [25] 9/18 13/14
15/14 23/1 28/25 31/4
31/8 32/3 32/13 32/15
36/3 36/18 39/4 40/10
41/16 41/22 41/23
49/20 55/22 59/15
60/16 62/6 71/7 71/10
71/19
go ahead [4] 13/14
15/14 31/8 59/15
going [64] 9/18 16/1
16/18 16/19 17/18
19/14 19/16 19/17 20/8
20/12 20/16 20/17
20/24 24/1 27/21
28/22 29/19 30/10
30/12 31/18 31/19
33/21 33/24 34/4 35/1
35/17 36/17 36/19 40/9
40/9 40/12 41/18 42/18
46/8 46/12 49/4 50/2
54/8 55/25 56/11 56/13
56/14 56/15 56/20
56/22 56/22 57/3 59/24
60/11 61/17 61/21
61/22 62/4 62/17 62/17
62/18 63/7 64/10 64/20
65/2 67/1 67/7 69/15
71/10
gone [1] 60/3
good [11] 8/2 9/9
11/16 37/7 37/9 44/5
44/9 48/9 51/14 56/7
72/2
Good morning [4] 9/9
37/7 44/9 51/14
got [5] 29/1 61/18
62/13 63/9 69/3
government [49] 1/13
8/13 11/23 16/15 17/9
18/16 19/13 20/19
20/20 20/24 20/25 21/3
21/18 21/25 22/18
22/21 23/10 23/13
29/16 29/19 32/12
32/24 35/4 35/8 35/12
35/19 35/23 36/14 37/8
37/23 38/17 38/20

43/2 43/7 43/17 44/17
44/20 45/5 46/23 48/20
50/11 53/5 56/12 59/10
70/13
government's [7] 28/4
28/20 32/21 39/9 61/14
69/23 71/17
Governor [1] 2/3
grade [2] 20/10 25/2
grand [1] 17/7
grant [1] 60/21
granted [3] 60/9 60/11
60/16
grants [2] 47/19 59/4
greater [1] 39/25
grossi [1] 6/6
group [3] 43/1 64/11
64/11
groups [1] 41/20
guess [8] 15/12 17/11
29/15 42/18 60/5 60/22
64/18 66/3
guilty [1] 27/1

**H**

Hackett [1] 11/10
11/11 27/12 30/2 61/3
64/21
Hackett's [1] 63/22
had [11] 12/25 23/9
28/2 37/21 43/2 44/16
45/2 45/15 67/16 69/8
69/14
hadn't [1] 48/3
half [1] 67/8
Haller [2] 3/12 3/13
hallerjulia [1] 3/16
hand [2] 30/18 58/18
handful [1] 12/12
handling [1] 39/20
hang [4] 29/5 54/18
62/19 67/19
happen [4] 14/3 24/15
58/9 66/11
happened [1] 14/4
46/6 46/17
happening [2] 20/16
67/6
happens [1] 59/7
happy [10] 21/14 23/24
25/4 25/4 25/7 30/5
34/6 37/4 53/6 53/12
hard [4] 13/6 23/21
25/24 35/16
Harrelson [14] 4/2 8/9
8/23 10/12 27/11 44/8
44/12 44/25 46/14
46/24 53/16 55/12 57/7
63/21
Harrelson's [1] 45/16
HARTSHORN [1] 5/20
has [46] 14/4 15/19
18/16 19/20 20/7 20/14
20/21 22/3 22/5 23/11
23/13 23/18 23/21
23/22 24/17 28/9 28/11
28/18 28/19 28/21

40/1 44/13 44/17 44/20
44/20 44/23 44/25 45/1
45/2 45/7 46/23 50/7
54/19 60/21 61/8 62/10
64/5 64/17 64/17 65/23
65/23 68/9
hasn't [2] 44/16 53/8
have [152]
haven't [1] 43/18
having [10] 27/2 28/7
38/6 42/16 52/18 53/3
57/13 66/19 67/4 69/20
he [10] 11/9 23/25
39/25 45/2 51/16 64/19
68/4 69/14 70/18 71/2
he's [8] 11/4 11/4 11/7
27/14 43/20 64/20
70/20 70/23
heads [1] 46/5
heads-up [1] 45/11
healthcare [1] 49/25
hear [9] 9/17 9/20 9/21
11/4 11/5 34/6 37/4
56/17 67/1
heard [5] 30/25 31/2
56/18 58/2 60/4
hearing [18] 1/9 9/8
10/23 12/6 31/3 42/16
54/21 57/6 57/21 58/21
59/4 59/17 65/1 65/17
66/13 69/21 69/22 73/5
hearings [2] 23/9
54/10
held [3] 27/10 27/12
27/15
Hello [1] 43/25
help [1] 25/13
helpful [5] 24/25 25/18
34/9 36/1 48/5
her [8] 47/3 47/9 54/18
56/6 63/23 69/8 69/12
69/16
here [21] 9/12 11/7
24/24 34/2 47/13 50/1
51/15 56/15 57/8 57/11
57/12 57/14 58/13
58/17 62/20 63/9 63/23
66/2 66/21 67/3 69/11
Hernandez [5] 2/7 8/15
38/11 59/1 59/2
Hernandez's [3] 44/18
47/4 48/11
Highland [1] 2/8
highlighting [1] 23/18
highly [1] 38/1
Highway [1] 2/3
Hills [1] 4/12
him [8] 10/24 11/3 39/4
45/2 45/20 57/8 63/23
67/25
himself [1] 69/14
hinder [1] 53/10
his [13] 10/19 10/19
23/3 23/25 43/17 45/18
46/18 68/9 70/21 70/24
71/2 71/4 71/9
hoards [1] 39/2

**H**

hold [3]  23/6 33/9 62/11
holding [2]  15/21 16/23
holdings [2]  17/14 17/20
holiday [1]  51/6
Hollander [1]  39/11
Hollow [1]  2/7
home [2]  70/19 70/22
Honor [86]
HONORABLE [1]  1/10
hope [2]  9/10 12/16
hopeful [1]  14/8
hopefully [2]  14/9 47/4
hoping [2]  17/13 40/19
hotmail.com [1]  2/6
hour [2]  67/8 67/8
hours [1]  16/9
housekeeping [1]  60/6
how [16]  15/12 18/9 18/9 19/20 19/24 20/8 20/15 24/18 25/6 33/15 51/6 56/22 57/10 57/17 61/13 65/11
however [1]  44/18
huge [1]  40/1
humanly [1]  17/13
hundreds [1]  19/9 48/14
hybrid [1]  57/18
hydrant [2]  52/8 59/20

**I**

I actually [1]  56/8
I also [1]  48/15
I am [6]  9/18 14/8 18/13 27/9 46/1 52/8
I apologize [1]  14/4
I assume [3]  20/6 45/5 45/17
I believe [7]  11/4 23/12 27/12 37/8 37/25 47/15 47/22
I can [9]  15/8 19/11 21/2 38/3 38/7 39/4 39/21 70/9 71/19
I can't [1]  42/4
I cannot [3]  41/16 52/22 52/22
I did [1]  47/13
I don't [11]  21/24 31/23 35/17 38/14 41/23 42/4 45/6 50/3 60/11 68/15 70/14
I don't have [9]  14/9 32/13 40/4 40/16 42/3 47/10 47/25 63/22 66/10
I guess [8]  15/12 17/11 29/15 42/18 60/5 60/22 64/18 66/3
I have [15]  12/1 19/1 41/14 41/24 43/8 45/8 49/6 49/25 50/12 52/16 52/18 55/24 56/1 61/25 68/11
I interrupted [1]  13/15
I just [5]  22/13 33/11 43/18 53/7 62/20
I know [8]  18/21 24/17 25/2 35/7 39/6 49/25 67/7 68/24
I mean [8]  18/8 20/18 27/9 27/9 27/24 28/10 56/3 66/23
I say [1]  63/1
I should [1]  40/21
I think [61]  10/9 12/15 13/4 14/1 14/13 14/15 14/20 16/21 17/17 17/17 17/21 20/14 22/2 22/7 22/25 23/7 23/10 23/17 24/2 25/21 25/23 26/1 28/6 28/11 29/14 29/20 30/1 30/2 31/24 32/1 33/20 35/13 36/5 37/20 38/19 42/7 42/14 43/3 43/10 44/10 45/11 45/13 45/19 47/1 47/3 48/23 49/2 50/16 52/20 53/21 61/19 62/2 64/14 64/21 65/14 66/25 67/4 67/9 67/23 68/25 70/25
I told [1]  30/15
I understand [4]  20/19 63/6 64/18 71/17
I want [8]  12/2 28/23 29/2 29/18 36/3 54/17 54/20 58/23
I was [7]  28/19 31/19 38/3 39/6 42/18 42/24 42/25
I will [14]  19/4 28/25 29/9 40/17 43/9 43/16 47/16 49/9 49/16 56/17 57/23 60/9 60/21 71/14
I would [1]  41/8
I'd [8]  15/11 31/24 36/3 36/9 37/1 53/4 55/16 61/11
I'll [17]  9/19 11/17 11/24 27/19 31/3 36/6 39/17 41/5 45/22 46/18 50/14 50/25 56/6 59/6 63/23 68/8 71/13
I'll just [1]  45/22
I'm [67]  12/23 13/14 19/5 20/18 21/12 21/14 22/12 23/1 24/16 25/4 28/22 28/23 30/11 34/6 36/17 36/19 37/4 37/23 38/16 39/24 40/8 40/9 40/19 42/15 42/17 44/5 47/24 48/7 48/7 48/22 50/15 50/15 52/4 52/24 53/6 53/12 53/23 54/2 54/8 54/14 55/14 55/20 56/11 56/14 56/17 57/3 58/10 58/25 59/24 60/17 60/19 61/4 61/17 61/19 61/21 61/22 62/4 62/17 62/18 63/10 66/7 66/13 67/3 67/7 69/14
I'm going [12]  36/17 36/19 56/14 57/3 59/24 61/17 61/22 62/4 62/17 62/18 67/7 71/10
I'm just [1]  20/18
I'm not [28]  23 50/15 69/22
I'm not sure [2]  24/16 40/9
I'm sorry [12]  12/23 13/14 19/5 38/16 42/17 48/7 48/22 52/24 52/23 54/2 55/20 61/4
I'm sure [4]  23/1 37/23 40/8 66/13
I've [10]  23/7 23/8 31/10 34/3 38/17 43/16 49/16 51/2 60/3 71/19
iCloud [1]  12/13
idea [1]  31/23
ideas [1]  25/5
identified [4]  13/18 39/1 45/7 68/19
identifying [3]  23/11 23/15 25/24
imagine [6]  41/17 41/19 41/21 41/23 45/8 66/20
immense [1]  39/16
important [3]  66/25 67/5 67/9
impossibility [1]  56/13
impossible [2]  39/14 63/12
impression [1]  19/13
inability [1]  48/13
include [1]  16/24
included [3]  13/6 21/21 28/19
incredibly [1]  70/2
Indiana [1]  2/12
indicated [3]  60/8 64/22 65/24
indicating [4]  11/6 32/6 32/16 51/1
indictment [4]  9/19 26/16 36/20 50/9
indictments [1]  50/10
individual [7]  22/22 22/23 27/20 29/4 29/10 32/25 45/9
information [15]  18/11 18/15 19/21 20/25 21/5 21/11 24/19 33/12 44/19 44/22 44/23 45/6 47/14 59/20 66/10
initial [2]  53/20 61/9
initially [1]  12/9
initiated [1]  26/13
inquire [1]  29/25
inside [1]  17/3
insisting [1]  62/14
insofar [2]  60/15 61/17
instance [1]  53/5
instead [1]  29/3
instructed [2]  22/20 47/17

instead [1]  29/3

intend [5]  46/9 46/12 46/7 50/20 65/24
intended [1]  45/16
intends [2]  20/20 21/18
intercede [2]  38/16 53/6
interest [1]  18/5
interested [1]  15/10
interfere [1]  38/15
internally [1]  32/8
Internet [1]  69/21
interrupt [5]  28/22 30/11 59/23 69/17 69/19
interrupted [1]  13/15
investigation [7]  12/12 13/8 14/14 14/17 14/24 14/25 15/7
investigations [2]  15/23 16/25
involve [2]  46/8 46/10
involved [1]  42/20
involvement [1]  44/16
involves [1]  16/8
is [159]
Is there [2]  32/23 66/1
Isaac [2]  52/18 52/21
Isaacs [13]  6/2 8/12 9/6 11/14 30/3 52/23 55/23 59/16 59/19 61/3 64/21 64/23 65/4
isn't [1]  37/24
issue [12]  29/13 36/2 37/24 45/12 49/21 67/25 68/8 68/25 70/9 70/14 70/25 71/9
issued [1]  13/9
issues [16]  29/1 33/5 37/10 40/4 40/16 41/12 42/4 44/2 48/20 49/3 49/16 52/6 60/2 66/19 66/21 69/14
it [84]
it remains [1]  64/10
it would be [3]  20/6 27/6 62/2
it's [39]  9/10 14/6 14/7 16/3 16/17 18/7 19/22 19/23 20/8 20/16 20/16 20/17 21/11 21/24 28/8 31/8 35/15 39/4 39/14 39/15 40/1 40/10 48/18 48/24 49/8 51/18 52/7 53/9 53/21 56/13 62/3 66/8 66/18 66/25 67/4 67/9 70/4 70/22 71/17
It's like [1]  39/15
It's nice [1]  9/10
items [1]  12/22
its [4]  19/8 19/14 35/20 39/10
itself [1]  21/19

**J**

jail [3]  43/20 57/7 58/16
James [17]  5/2 8/10 9/1 10/16 10/17 10/18

Ireland [5]  46/15 46/7 50/20 65/24
46/7 50/20 65/24
48/21 10/22 10/24 11/4
48/8 53/16 54/14 54/19
55/4 61/4 66/6
James's [1]  49/22
January [38]  15/25 35/5 35/14 36/6 37/3 37/17 37/17 40/17 40/21 40/22 43/12 43/21 44/5 45/22 45/24 46/3 46/6 46/17 47/20 47/22 47/23 49/8 49/9 49/24 50/2 51/24 52/17 52/22 61/24 62/1 62/2 62/3 62/4 62/5 63/25 64/6 64/7 64/11
Jason [3]  5/15 8/11 9/4
JC [1]  47/9
Jean [1]  11/1
Jean-Claude [1]  11/1
Jefferson [1]  6/3
Jeffrey [3]  4/6 4/7 8/22
Jencks [1]  14/11
jenifer [3]  4/15 4/19 8/24
jeopardize [1]  40/11
Jessica [2]  2/10 8/6
Jessica Marie [1]  8/6
Joan [1]  8/25
job [1]  37/9
John [8]  2/15 2/16 4/10 4/11 8/17 8/22 44/13 55/16
John pierce [1]  55/16
johnlmachado [2]  2/18 4/14
johnpiercelaw.com [1]  4/14
join [11]  30/24 31/1 32/4 41/4 44/4 50/20 51/22 60/6 60/7 60/9 65/24
joinder [4]  48/4 51/1 64/19 64/22
joinders [1]  53/18
joined [5]  29/17 30/4 30/8 64/17 65/23
joining [6]  32/6 32/9 32/17 47/17 60/13 65/2
Jonathan [3]  5/11 8/11 22/15
Jonathan Walden [1]  8/11
joni [3]  5/2 5/3 5/5
jonirobinlaw.com [1]  5/5
Joshua [3]  5/2 8/10 9/1
jpierce [1]  4/14
Jr [1]  3/17
judge [11]  1/10 24/17 32/19 39/11 40/7 42/23 51/7 55/7 62/10 62/13 63/9
Judge Boasberg [1]  40/7
Judge Mehta [1]  62/10
judges [3]  62/9 62/23 63/8
Julia [2]  3/12 3/13
July [3]  1/5 53/21 65/6

**J**

jump [1]  19/11
juncture [1]  45/22
June [2]  51/16 52/21
jury [1]  17/7
just [75]
JUSTICE [1]  4/16

**K**

Kathryn [2]  1/13 8/13
Kathryn Rakoczy [1]
8/13
kathryn.rakoczy [1]
1/16
keep [12]  11/17 28/10
30/5 32/8 33/9 34/5
38/23 61/22 62/5 62/18
62/22 68/16
Kelly [3]  3/7 8/8 8/20
Kenneth [3]  4/2 8/9
8/23
kind [5]  28/15 30/20
36/9 42/8 46/4
kindly [1]  65/18
King [1]  4/3
know [51]  13/8 18/21
20/15 21/14 24/17 25/2
26/1 27/9 28/18 32/9
33/20 35/7 38/4 38/21
39/3 39/4 39/6 39/17
43/4 43/6 43/13 45/10
46/5 46/7 46/8 46/11
46/14 46/17 46/23
48/18 49/23 49/25 53/4
53/7 53/11 56/21 57/10
57/22 58/9 58/14 58/15
60/19 61/9 61/19 61/20
62/15 66/10 67/7 67/17
68/24 70/14
knowing [1]  35/16
knowledge [1]  18/4
knows [1]  51/6
Kramer [1]  24/17

**L**

lack [3]  17/11 44/19
50/4
laptop [1]  39/13
large [10]  12/13 12/15
16/12 21/22 22/17 25/9
31/11 31/21 35/3 39/6
larger [2]  15/7 24/14
largest [1]  35/18
last [16]  9/13 12/5
12/10 12/24 13/1 26/15
26/23 29/14 48/8 49/8
52/2 52/4 53/25 58/23
59/17 66/3
late [5]  34/15 35/2 35/5
35/13 44/12
later [7]  14/3 16/20
30/24 31/7 33/11 50/4
64/11
Laura [2]  3/2 8/7
Lauren [1]  5/15
law [10]  2/16 3/8 3/13
3/17 4/11 5/3 5/6 5/15
17/4 17/6

lawyer [1]  18/10
lawyers [6]  19/25
30/21 56/13 56/14
56/23 58/2
learned [1]  19/16
least [16]  18/22 22/22
23/12 26/16 30/13
30/19 33/24 34/2 34/4
35/24 36/19 44/22 52/2
52/4 61/9 64/25
leave [2]  44/14 47/19
leaves [1]  71/8
leeway [1]  35/24
left [3]  42/25 60/5 69/3
LEGAL [1]  4/16
Leibig [5]  5/6 5/7 8/25
48/7 48/7 54/14 55/3
66/12 66/13
Leigh [1]  1/13
length [1]  34/7
let [23]  9/16 18/4 36/21
47/7 53/10 54/20 55/3
55/10 55/10 58/9 58/14
58/14 59/23 60/19 61/8
62/15 64/22 69/17 70/8
70/8 71/10 71/11 71/12
let's [7]  11/20 12/2
23/6 27/9 36/2 50/19
55/18
level [2]  21/12 28/24
LEVIN [1]  5/20
Lexington [1]  6/8
libbey [2]  5/15 5/18
libbeyvanpeltlaw.com
[1]  5/18
Libby [1]  51/15
Libby Van [1]  51/15
license [2]  21/4 21/6
light [1]  68/17
like [20]  15/11 19/2
31/23 32/23 33/4 34/20
36/3 36/9 37/1 39/4
39/15 43/14 43/19
44/15 46/4 51/7 52/7
52/8 58/17 61/12
likely [5]  17/18 38/5
39/24 52/14 63/14
limine [1]  34/18
limitations [1]  73/7
line [13]  11/18 23/10
24/22 25/21 25/23
28/23 39/21 45/21 46/1
57/6 57/17 67/20 67/24
lines [1]  49/22
list [1]  9/18
listed [1]  36/20
lists [2]  34/20 34/20
litigation [1]  22/1
litigation-assistance
[1]  22/1
little [8]  12/23 17/9
18/13 19/12 20/10
25/12 34/11 35/15
live [2]  57/12 67/7
LLP [1]  2/20
load [2]  20/20 39/12
local [1]  63/8

loggerheads [1]  25/13
long [2]  27/17 61/20
longer [1]  68/19
look [9]  53/3 54/17
56/11 61/19 66/23
71/10 71/11 71/14
71/19
looked [1]  71/18
looking [1]  18/10
lot [9]  20/3 20/17 26/25
37/20 37/20 37/21
41/13 51/18 63/13

**M**

Machado [5]  2/15 2/16
8/17 40/24 41/10
MacMahon [4]  31/10
49/14 49/23 50/5
made [9]  16/19 18/15
19/1 22/4 38/17 45/1
45/4 51/2 57/24
make [35]  9/16 14/17
15/25 17/10 17/19 19/9
20/14 24/14 25/10
25/14 29/18 29/24 30/7
30/13 31/1 32/9 37/17
38/3 41/5 42/14 44/15
48/19 50/25 54/8 54/17
55/10 58/3 58/15 60/14
63/20 68/19 70/17 71/3
71/12 71/19
making [3]  17/17 30/22
48/10
many [7]  26/18 29/17
36/25 45/9 48/13 56/23
61/13
March [2]  47/23 49/24
Marie [1]  8/6
Mary [1]  8/21
Maryland [1]  39/7
mass [1]  23/14
match [1]  19/18
material [2]  25/25 45/8
materials [4]  12/5
14/12 17/6 47/2
matter [7]  23/9 23/11
43/14 56/15 63/25 67/2
73/4
matters [1]  29/5 36/24
37/8
may [22]  14/18 18/10
19/7 22/14 26/22 30/22
31/5 34/1 39/18 40/11
41/16 43/6 46/10 46/17
50/6 50/6 52/21 54/16
59/13 59/21 63/8 69/23
maybe [6]  20/4 20/18
21/22 35/20 48/13
52/21
MD [2]  2/4 2/8
me [48]  9/16 9/17
11/18 18/4 22/19 23/2
28/12 29/8 31/6 31/23
36/21 43/2 47/7 49/17
50/5 52/10 52/11 53/6
53/8 53/10 53/19 54/5
54/20 55/3 55/15 55/10

59/12 59/23 60/19 61/2
61/8 62/7 64/22 65/7
65/18 68/15 69/6 69/13
69/17 70/8 70/8 71/10
71/11 71/12
mean [19]  17/19 18/8
20/5 20/9 20/18 23/7
27/9 27/9 27/24 28/10
33/23 36/10 41/18 55/8
56/3 56/21 62/25 66/23
71/13
meaningful [1]  26/21
meant [1]  63/1
mechanical [1]  7/6
mechanisms [1]  19/2
mediation [1]  56/8
medical [1]  70/5
meeting [1]  15/23 26/4
Meggs [15]  3/7 3/12
8/8 8/8 8/20 8/21 10/8
10/10 27/11 28/10
28/11 42/22 43/24
63/22 64/19
Meggs' [1]  43/13
MEHTA [2]  1/10 62/10
mentioned [1]  52/20
Merit [1]  7/2
Metropolitan [1]  16/11
mic [1]  10/19
Michael [2]  5/19 9/3
Michelle [2]  2/10 8/16
microphone [1]  10/19
mid [4]  34/15 35/2 36/6
49/24
mid-January [1]  36/6
middle [1]  28/15
might [5]  17/22 23/25
31/3 34/22 34/23
mindful [2]  15/17 28/5
mine [1]  56/21
minimum [3]  30/24
33/21 65/16
Mink [1]  2/7
Minuta [8]  4/15 8/10
8/24 10/14 30/2 47/8
61/4 64/21
Minuta's [1]  64/22
minute [3]  32/14 32/15
60/10
mispronouncing [1]
48/7
miss [1]  23/3
missed [1]  43/5
misunderstanding [2]
21/17 60/19
modification [2]  69/24
71/20
modifications [1]  70/4
moment [7]  10/25 23/6
25/21 29/6 55/9 59/24
70/8
money [3]  20/13 20/13
20/17
month [4]  29/21 34/24
62/8 63/4
months [1]  47/22
more [14]  17/9 34/18

59/12 59/23 60/19 61/2
61/8 62/7 64/22 65/7
39/19 39/25 46/16
47/14 50/10 61/7 61/11
70/9
morning [5]  8/2 9/9
37/7 44/9 51/14
most [8]  12/9 26/18
27/9 39/3 45/2 52/14
56/15 61/2
motion [30]  31/13
31/17 32/6 32/11 32/17
37/12 37/13 37/14
42/11 43/18 44/3 44/4
44/4 45/15 47/19 48/4
48/24 49/3 50/6 50/20
50/23 51/20 52/14
54/20 60/17 60/18
64/17 67/16 71/14
71/14
motions [87]
mount [2]  46/7 46/11
move [5]  32/3 41/15
41/16 62/23 63/14
movements [1]  13/19
moving [3]  14/21 16/5
25/2
Mr. [147]
Mr. Bennie [1]  8/18
Mr. Brennwald [2]
41/11 41/25
Mr. Caldwell [6]  9/21
37/6 37/12 38/6 53/16
55/14
Mr. Campbell [2]  69/13
69/13
Mr. Cooper [10]  42/1
42/15 42/21 67/19
68/24 69/3 69/18 69/19
71/8 71/13
Mr. Crowl [1]  9/23
Mr. Dolan [3]  11/12
30/2 51/13 51/15 61/4
64/23 65/11 65/12
68/25 70/12 70/17
70/18 71/6
Mr. Dolan's [1]  67/23
Mr. Fischer [6]  37/5
38/10 38/13 40/6 52/20
55/11
Mr. Ginsberg [1]  68/17
Mr. Hackett [5]  11/10
11/11 27/12 30/2 64/21
Mr. Hackett's [1]  63/22
Mr. Harrelson [11]
10/12 27/11 44/8 44/12
44/25 46/14 46/24
53/16 55/12 57/7 63/21
Mr. Harrelson's [1]
45/16
Mr. Isaac [1]  52/18
Mr. Isaacs [8]  11/14
30/3 52/23 55/23 59/16
64/21 64/23 65/4
Mr. James [13]  10/16
10/17 10/18 10/21
10/22 10/24 11/4 48/8
53/16 54/14 54/19 61/4
66/6

**M**

**Mr. James's [1]** 49/22
**Mr. Kramer [1]** 24/17
**Mr. Leibig [4]** 48/7
54/14 66/12 66/13
**Mr. Machado [2]** 40/24
41/10
**Mr. MacMahon [4]**
31/10 49/14 49/23 50/5
**Mr. Meggs [7]** 10/8
27/11 28/10 28/11
42/22 63/22 64/19
**Mr. Meggs' [1]** 43/13
**Mr. Minuta [5]** 10/14
30/2 47/8 61/4 64/21
**Mr. Minuta's [1]** 64/22
**Mr. Mr. Isaacs [1]**
59/19
**Mr. Parker [1]** 10/4
**Mr. Peterson [1]** 40/14
**Mr. Pierce [7]** 44/15
45/17 45/21 55/11 68/4
68/5 68/9
**Mr. Robin [1]** 48/6
**Mr. Rossi [4]** 52/2
52/24 56/3 59/23
**Mr. Spina [6]** 23/21
23/24 25/20 49/13
50/19 52/8
**Mr. Van [1]** 51/12
**Mr. Walden [7]** 11/8
30/3 49/13 49/19 64/20
64/23 65/13
**Mr. Wilson [5]** 28/12
28/22 42/22 43/23
60/17
**Mr. Zimmerman [3]**
44/7 44/14 68/18
**Mr.Parker [1]** 41/11
**Ms [1]** 59/1
**Ms. [63]** 8/17 9/25 10/2
10/6 10/10 11/22 12/23
15/14 18/20 19/7 19/20
20/21 22/7 23/13 26/7
27/11 29/15 31/4 32/21
34/6 36/4 36/14 38/11
40/23 42/1 43/24 43/24
44/6 44/7 44/18 46/22
46/25 47/4 47/7 47/11
48/1 48/6 48/11 48/12
50/13 51/12 52/1 52/3
54/18 54/22 55/3 56/4
61/23 63/21 66/13
67/17 68/3 68/6 69/4
69/8 69/14 69/15 70/1
70/11 71/6 71/12 71/15
71/19
**Ms. Anderson [2]**
43/24 44/6
**Ms. Campbell [1]**
69/14
**Ms. Ginsberg [4]** 44/7
48/12 68/3 68/6
**Ms. Ginsberg's [1]**
46/25
**Ms. Hernandez [1]**
38/11
**Ms. Hernandez's [3]**

**Ms. Leibig [1]** 55/3
**Ms. Meggs [2]** 10/10
43/24
**Ms. Napierala [2]** 52/3
56/4
**Ms. Parker [1]** 10/2
**Ms. Peterson [5]** 18/20
19/7 22/7 40/23 66/13
**Ms. Rakoczy [16]**
11/22 12/23 15/14
19/20 20/21 23/13 26/7
29/15 31/4 32/21 34/6
36/4 36/14 46/22 50/13
71/15
**Ms. Robin [4]** 48/6
54/18 54/22 66/13
**Ms. Sandra [1]** 47/7
**Ms. Steele [9]** 10/6
42/1 67/17 69/4 69/8
69/15 70/1 71/12 71/19
**Ms. Van [3]** 51/12
70/11 71/6
**Ms. Van Pelt [1]** 52/1
**Ms. Watkins [3]** 9/25
27/11 63/21
**Ms. Wicks [3]** 47/7
47/11 48/1
**mtv [1]** 5/22
**mtvlaw.com [1]** 5/22
**much [12]** 17/13 19/12
26/14 32/10 35/13 39/9
39/13 41/3 41/5 61/12
69/2 72/4
**multi [4]** 31/22 49/7
49/7 62/3
**multi-co-defendant [2]**
31/22 49/7
**multi-defendant [2]**
49/7 62/3
**multiple [2]** 38/1 45/11
**mute [1]** 11/18
**my [26]** 13/20 14/3
14/6 16/3 16/17 18/13
18/15 18/22 20/10
21/12 22/20 23/2 25/2
31/21 36/6 39/3 39/13
39/23 41/6 42/11 43/5
47/14 50/17 53/6 57/18
64/14
**myself [6]** 37/17 37/20
38/3 41/5 42/5 50/14

**N**

**name [3]** 23/2 23/3
48/8
**names [1]** 18/9
**Napierala [4]** 6/7 9/5
52/3 56/4
**narrowing [1]** 26/9
**Natalie [2]** 6/7 9/5
**national [3]** 20/11
21/13 24/12
**nature [1]** 25/8
**near [2]** 17/22 56/13
**necessarily [1]** 55/8
**necessary [3]** 48/24
66/19 70/5

13/25 14/15 14/19 15/1
17/16 18/11 20/3 21/1
21/4 21/6 21/21 25/15
25/24 26/1 30/23 32/4
34/17 38/14 38/15
44/10 46/19 51/19 53/6
53/10 58/14 60/11
60/20 61/7 61/11 62/20
66/22 71/16
**needed [1]** 28/17
**needing [2]** 28/5 46/9
**needs [9]** 12/7 17/9
20/25 22/9 24/14 35/2
35/3 45/12 53/11
**negotiations [1]** 33/13
**new [11]** 6/9 13/12
14/1 26/14 28/16 30/3
44/13 49/1 49/5 55/11
61/5
**newly [1]** 12/18
**news [1]** 16/13
**next [12]** 12/17 13/21
13/24 24/19 26/20 35/4
35/25 38/5 40/14 41/15
47/5 66/3
**nginsberg [1]** 4/5
**nice [1]** 9/10
**Nina [2]** 4/2 8/22
**nnapierala [1]** 6/10
**no [32]** 1/4 8/3 8/4 8/5
8/5 8/6 8/7 8/7 20/23
22/18 27/24 30/7 31/8
36/15 37/9 38/6 40/1
41/12 41/18 42/19
51/17 52/5 53/14 53/17
57/25 58/19 64/5 68/19
69/14 70/25 72/2 72/3
**North [2]** 5/3 69/13
**North Carolina [1]**
69/13
**not [75]**
**note [4]** 40/16 48/15
51/2 73/5
**noted [1]** 32/7
**nothing [6]** 14/17
17/11 17/20 50/12
71/22 71/25
**notice [15]** 31/23 32/6
32/11 32/15 34/19 43/9
47/16 48/4 51/1 52/10
52/11 65/7 68/8 68/9
68/12
**notices [2]** 32/16 51/22
60/12
**notoriety [1]** 34/23
**November [1]** 52/17
**now [14]** 16/3 19/15
24/2 33/12 33/23 35/7
36/17 37/23 38/1 41/7
63/11 63/22 67/18
70/21
**number [9]** 17/4 27/7
34/8 35/16 35/19 38/12
40/5 48/17 53/18
**NW [8]** 1/14 2/12 2/16
3/3 3/13 3/18 6/3 7/4
**NY [1]** 6/9

**O**

**O'NEILL [1]** 5/20
**object [1]** 69/25
**objection [2]** 30/7 38/6
**obligations [1]** 35/9
**obtain [2]** 70/18 71/3
**obtained [1]** 17/6
**obviously [18]** 14/14
14/25 15/7 16/9 17/24
18/1 26/24 32/8 32/10
34/7 34/25 46/8 46/12
46/14 46/15 54/8 58/17
63/13
**Ocala [1]** 3/9
**occur [1]** 14/9
**occurred [2]** 26/23
73/5
**October [2]** 34/15 35/2
50/1 61/16
**off [9]** 28/23 33/9 34/2
42/25 55/4 62/11 66/2
67/13 69/1
**offer [2]** 40/20 40/20
**office [11]** 1/13 2/16
3/8 5/3 15/19 19/2 19/8
20/11 20/15 21/13
24/12
**officer [1]** 69/12
**officers [3]** 16/11 17/4
17/6
**offices [3]** 3/13 5/6
19/25
**official [2]** 7/3 64/19
**officially [1]** 64/24
**oh [4]** 11/11 13/3 50/19
53/23
**okay [37]** 9/9 10/20
11/7 11/16 24/10 24/21
29/14 30/10 32/18
40/13 41/9 41/25 43/22
46/21 47/6 50/18 50/24
51/3 51/25 52/21 54/4
57/9 58/10 58/19 58/20
58/23 59/25 60/1 64/1
64/8 64/11 64/12 64/14
68/1 68/22 70/15 71/5
**OMB [1]** 4/12
**once [4]** 18/5 20/5
41/19 68/9
**one [20]** 17/25 21/22
29/9 29/15 32/11 34/1
36/23 37/12 40/19 41/3
41/4 41/14 45/11 48/2
49/9 50/6 53/12 56/19
62/22 70/6
**one-week [1]** 41/14
**ones [2]** 38/25 56/16
**ongoing [10]** 12/11
13/8 14/14 14/16 14/25
18/1 26/19 27/2 33/13
42/12
**only [6]** 31/1 41/4
42/10 43/7 70/4 70/22
**open [7]** 25/1 25/15
33/9 38/25 41/6 49/17
62/23
**opening [1]** 37/19
**openness [1]** 28/1

**opportunities [1]** 40/1
**opportunity [5]** 28/2
30/25 56/18 58/2 60/4
**oppositions [1]** 61/14
**opt [2]** 31/25 32/1
**opt-in [2]** 31/25 32/1
**opts [1]** 31/16
**oral [2]** 57/4 60/18
**orally [1]** 71/14
**order [3]** 36/19 60/10
70/17
**ordered [1]** 39/11
**Orders [1]** 32/14
**ordinarily [1]** 38/21
**organized [1]** 29/3
**originally [1]** 19/13
**other [25]** 12/1 14/18
15/12 16/23 19/24
19/25 19/25 28/11
30/18 31/11 32/5 34/19
37/18 38/7 40/3 40/4
45/10 47/18 50/8 51/22
58/18 62/6 62/9 62/23
63/4
**otherwise [3]** 16/15
58/10 63/10
**ought [2]** 33/21 56/11
**our [8]** 15/13 19/2
20/14 21/1 47/19 48/10
48/19 51/19
**out [21]** 9/13 13/24
19/24 28/16 28/19
30/21 31/16 38/7 39/8
39/23 42/5 42/25 43/1
46/10 53/2 54/22 58/16
62/12 63/6 63/14 64/9
**outlook.com [1]** 3/16
**outstanding [1]** 38/16
**over [8]** 15/8 17/23
26/20 29/10 31/20
36/17 58/16 66/14
**own [5]** 19/8 21/1 29/4
42/11 50/8
**Oxnard [1]** 4/11

**P**

**P.A [3]** 2/3 6/3 6/7
**p.m [5]** 54/9 57/3 65/19
65/20 72/5
**PA [1]** 5/21
**pandemic [1]** 73/6
**paper [2]** 31/12 43/18
**papers [2]** 59/11 59/12
**Park [1]** 3/18
**Parker [9]** 2/15 2/20
8/6 8/7 8/17 8/18 10/2
10/4 41/2
**part [2]** 48/15 48/15
**participate [2]** 58/22
67/1
**particular [12]** 12/4
14/23 14/24 15/3 15/4
18/25 25/5 27/8 29/1
30/15 36/8 57/12
**particularly [7]** 38/24
38/25 48/23 49/1 54/19
63/16 67/3
**parties [2]** 27/5 34/17

**P**

parts [1] 63/13
party [3] 15/20 16/4 16/5
past [2] 23/7 34/3
path [1] 9/14
pause [2] 54/6 70/8
pay [1] 20/10
PC [1] 4/3
pcooper [1] 3/6
PDF [1] 39/14
Pelt [8] 5/15 5/15 9/3 51/12 51/15 52/1 70/11 71/6
pending [2] 33/14 65/22
Pennsylvania [2] 2/21 3/13
people [9] 15/8 20/22 21/15 24/8 25/2 25/3 25/5 39/2 41/19
people's [2] 18/9 33/24
percent [1] 70/23
Perfect [1] 51/25
period [4] 27/16 36/12 62/7 64/7
periods [1] 34/3
person [6] 39/5 39/5 46/23 55/7 64/3 67/4
personal [1] 58/13
perspective [3] 28/5 36/6 64/15
pertains [1] 23/25
Peter [3] 3/2 3/3 8/19
petercooperlaw.com [1] 3/6
peterson [9] 2/10 2/14 8/16 18/20 19/7 22/7 40/14 40/23 61/23
phase [2] 62/8 62/21
Philadelphia [1] 5/21
phone [1] 26/2
phones [1] 17/2
physical [1] 58/8
physically [4] 57/20 58/4 58/5 58/17
pick [2] 26/1 54/20
piece [1] 16/8
pieces [1] 16/23
pierce [12] 4/10 4/11 8/22 44/13 44/15 45/17 45/21 55/11 55/16 68/4 68/5 68/9
place [5] 16/4 21/1 21/8 21/10 32/23
Plaintiff [1] 1/4
plan [1] 15/9
planned [1] 69/9
plays [1] 15/13
plea [4] 27/21 33/13 40/19 40/20
pleas [1] 27/1
please [9] 11/17 50/25 54/8 60/19 61/19 62/10 62/15 66/4 73/5
PLLC [2] 4/7 5/15
plug [1] 62/20
plus [1] 19/15

point [22] 12/6 15/8 18/4 21/15 26/11 28/24 29/15 31/6 33/4 33/22 34/9 35/12 41/6 41/13 42/19 44/16 46/23 50/17 51/18 53/8 59/13 71/16
pointing [1] 49/17
Police [2] 14/5 16/11
poses [1] 70/3
position [13] 19/7 26/10 36/24 37/2 37/11 37/24 41/3 42/13 42/14 50/13 50/16 69/23 71/17
possibility [1] 66/9
possible [12] 17/13 19/16 24/24 25/11 25/11 28/6 31/13 31/14 43/15 43/20 50/16 61/12
possibly [1] 55/25
potential [4] 11/25 15/14 26/8 45/23
potentially [2] 27/17 33/14
practice [1] 31/21
precedence [1] 40/9
precise [1] 33/18
predicting [1] 38/4
prefer [1] 41/8
preference [1] 57/18
preparation [1] 53/10
prepare [3] 18/11 20/9 20/11
prepared [1] 35/10
preparing [4] 20/11 24/12 34/21 35/25
presence [1] 58/8
present [8] 10/21 10/22 10/24 11/9 57/20 58/4 58/5 65/1
presently [1] 29/12
preserved [1] 58/1
presumption [2] 31/23 32/1
pretrial [10] 34/18 35/3 44/3 45/13 51/19 67/24 69/16 70/16 70/20 71/1
pretty [3] 41/2 41/5 49/10
Prettyman [1] 7/4
previously [1] 13/7
primarily [7] 15/24 16/10 17/1 56/15 57/20 58/3 62/22
primary [2] 56/20 66/20
prior [2] 14/2 43/5
privy [3] 18/21 22/8 22/12
probably [9] 35/19 37/24 38/4 39/16 39/24 41/20 45/13 50/2 52/14 52/19
problem [3] 38/19 39/5 42/19
problems [1] 58/19

proceeding [1] 58/21
proceedings [7] 1/9 7/6 9/17 9/21 38/20 72/5 73/4
process [5] 20/16 25/14 25/16 32/13 48/18
produce [3] 38/18 38/21 39/12
produced [4] 7/7 22/19 44/20 44/24
producing [2] 38/22 38/23
production [2] 12/11 22/17
productive [3] 26/19 27/2 27/4
program [1] 39/12
progressed [1] 23/18
prompt [1] 25/12
properly [1] 35/10
proposed [1] 36/4
proprietary [1] 48/17
prosecutor [2] 39/22 59/21
prosecutors [2] 49/17 52/6
provide [9] 12/5 12/20 13/12 14/19 15/17 17/13 18/2 21/18 22/22 42/19 43/20 44/20
provided [11] 12/7 13/4 13/5 13/7 13/17 14/12 14/14 16/15 17/12 17/21 23/22
providing [6] 21/18 23/19 23/20 24/7 37/9 52/7
prudent [2] 33/17 35/12
public [10] 2/11 15/24 16/13 16/15 18/17 18/18 18/23 19/6 25/3 46/7
public-source [1] 16/13
punches [1] 42/9
pushed [1] 50/2
put [8] 11/5 12/15 16/16 18/20 23/2 43/18 44/20 70/8
puts [1] 60/22
PUTZI [1] 2/3

**Q**

question [4] 15/12 20/1 58/1 58/12
questionnaires [1] 34/24
questions [1] 45/10
quickly [3] 43/15 59/9 70/10
quite [1] 36/12

**R**

Radio [1] 17/3
raise [18] 12/2 29/4 29/14 30/12 31/5 31/19

procedures [1] 40/4 40/16 42/10 66/2 66/19 67/12 67/21 68/24
raising [2] 31/4 48/20
Rakoczy [18] 1/13 8/13 11/22 12/23 15/14 19/20 20/21 23/13 26/7 29/15 31/4 32/21 34/6 36/4 36/14 46/22 50/13 71/15
rated [1] 70/23
rather [3] 30/24 31/24 31/25
Ray [2] 2/7 8/5
re [1] 37/19
re-opening [1] 37/19
reaching [1] 14/21
ready [3] 35/6 42/19 51/24
realistic [4] 33/6 35/8 35/13 42/8
realistically [2] 35/5 36/6
reality [1] 56/22
really [10] 24/24 25/13 26/14 35/5 35/13 48/24 49/2 49/2 60/5 61/11
Realtime [1] 7/3
reason [3] 48/21 62/13 69/20
reasonable [4] 35/22 42/20 61/5 61/5
reasons [1] 22/3
recall [1] 23/8
recap [1] 36/21
receive [5] 15/1 19/19 19/22 21/11 47/14
received [2] 13/9 23/21
receiving [3] 19/23 39/10 43/5
recent [2] 27/14 61/2
recently [2] 19/16 30/15
reconsider [1] 45/15
record [6] 32/7 42/11 55/5 60/14 68/20 73/3
record's [1] 68/3
recorded [2] 7/6 17/5
rectified [1] 43/3
reference [1] 14/7
reflect [1] 60/12
reflects [1] 60/10
regard [2] 41/2 41/5
regarding [5] 52/10 52/11 52/13 52/16 68/25
Registered [1] 7/2
regrouping [1] 35/24
regularly [1] 61/21
relate [2] 14/18 71/18
related [2] 15/22 69/13
relates [3] 22/23 23/3 45/9
relatively [1] 49/1
release [3] 39/25 67/17 71/9
relevance [1] 15/2

relevant [3] 14/19 18/11 25/25
relieved [1] 68/18
remain [2] 63/15 67/24
remaining [1] 12/6
remains [2] 12/9 14/13 64/10
remember [1] 29/21
remembers [1] 22/25
remind [1] 65/18
remotely [2] 9/7 73/7
renew [1] 71/13
replies [2] 52/25 61/16
reply [3] 53/19 53/20 53/22
report [2] 66/24 70/16
Reporter [4] 7/2 7/2 7/3 7/3
reporting [1] 73/7
reports [5] 12/10 12/11 12/11 16/24 66/18
repository [1] 21/20
represent [3] 48/3 52/19 63/20
representatives [2] 15/24 18/17
representing [3] 18/23 18/25 29/8
request [6] 28/11 28/14 48/21 60/21 60/22 69/24
requested [3] 28/7 47/2 71/20
requesting [1] 61/19
requests [7] 38/17 45/4 46/11 46/25 47/4 47/4 47/13
require [3] 48/17 49/4 57/11
required [1] 39/15
requirement [1] 71/2
resolutions [1] 26/9
resolve [4] 33/15 39/21 63/25 71/5
resolved [3] 46/15 64/6 66/9
resources [1] 40/2
respect [26] 12/25 15/4 15/6 18/23 27/18 29/1 30/19 35/15 36/24 37/2 38/14 38/19 42/3 42/6 42/10 42/24 44/17 44/21 46/6 48/5 50/20 52/19 53/14 53/18 59/3 67/25
respond [3] 47/3 54/16 59/10
responded [2] 16/11 17/4
responding [2] 32/22 46/24
response [1] 71/16
responsibilities [1] 68/18
responsive [1] 47/14
rest [1] 56/18
restrictive [1] 70/2
result [1] 70/24

**R**

retained [3]  20/1 44/13 68/5
retrieved [1]  17/1
return [1]  54/25
returns [6]  12/13 12/19 12/19 13/9 17/1 49/5
review [9]  14/16 15/1 17/10 17/16 18/1 46/9 49/4 51/19 67/16
revisitation [1]  46/18
RICO [1]  39/6
right [60]  11/17 11/20 13/14 24/4 24/10 25/17 25/18 26/6 29/7 32/20 32/21 33/12 33/16 33/23 36/13 36/16 36/17 38/1 38/10 40/14 40/21 40/23 41/1 42/21 43/23 43/24 44/6 47/7 48/1 48/6 49/18 50/19 51/3 51/8 51/12 52/2 52/23 53/1 53/13 54/7 55/1 55/17 56/10 58/21 63/21 63/22 64/2 64/13 66/16 68/15 69/3 70/7 70/21 71/6 71/8 71/24
rights [1]  58/1
ripe [3]  34/15 35/1 53/24
Ritchie [1]  2/3
RMR [2]  73/2 73/11
Road [2]  2/7 3/18
Roberto [2]  4/15 8/9
ROBERTSON [1]  2/20
Robin [8]  5/2 5/3 8/25 48/6 48/6 54/18 54/22 66/13
role [1]  15/13
roll [1]  42/8
rolling [1]  17/19 23/17 24/6
room [1]  39/24
Rossi [10]  6/2 9/5 52/2 52/24 55/20 55/23 56/3 59/16 59/23 65/4
roster [1]  12/20
roughly [1]  34/13
round [1]  53/20
routine [1]  67/2
Rule [13]  29/17 34/12 34/14 37/1 43/9 48/22 48/22 53/15 60/16 60/25 60/25 61/6 61/15
Rule 12 [11]  29/17 34/14 37/1 43/9 48/22 53/15 60/16 60/25 60/25 61/6 61/15
ruling [2]  31/15 68/6
run [1]  25/12
runs [1]  17/3
Ruth [1]  8/6

**S**

safer [1]  62/2
said [9]  23/4 23/7 23/8 40/6 42/7 60/19 61/10

same [4]  21/7 38/2 41/3 61/12
Sandra [4]  2/15 8/6 8/17 41/2
saw [2]  10/24 54/3
say [16]  17/11 17/20 19/4 21/24 24/12 26/25 35/16 39/4 42/18 49/9 50/17 54/13 55/10 61/24 62/2 63/1
saying [4]  12/25 22/25 42/24 59/21
scene [2]  16/12 17/5
schedule [13]  30/6 31/9 32/23 34/12 36/4 36/10 42/11 56/20 56/23 61/13 61/18 62/9 66/8
scheduled [10]  40/7 40/7 47/22 47/25 49/7 49/8 49/23 54/15 54/25 66/7
schedules [2]  56/24 61/21
scheduling [4]  15/13 60/3 62/11 62/24
scope [2]  27/6 39/8
screaming [1]  38/22
SE [1]  2/21
search [8]  12/12 12/19 13/10 17/1 39/15 44/19 48/13 49/4
searchability [1]  53/4
searchable [2]  18/6 21/20
searched [1]  18/9
second [4]  29/6 62/16 62/17 62/21
security [2]  14/8 22/2
see [12]  9/10 15/1 21/5 21/7 27/6 51/20 51/23 54/1 63/23 67/10 70/6 70/9
seek [1]  70/18
seeking [2]  44/14 46/18
seem [4]  33/17 34/14 34/22 35/4
seems [1]  61/2
seen [2]  63/16 64/10
selection [1]  33/18
send [1]  22/21
sense [1]  46/24
sensitive [2]  17/12 29/13
sent [1]  43/1
separate [7]  19/8 20/1 21/10 21/22 22/6 39/14 44/20
September [19]  34/13 40/7 54/9 54/15 55/2 55/12 56/1 57/2 57/3 57/21 60/23 60/24 60/25 61/10 61/15 65/18 65/19 65/20 65/22
serious [1]  70/1

serve [1]  20/6
service [5]  15/25 18/17 18/18 25/4 70/24
SERVICES [1]  4/16
session [1]  14/6
set [29]  17/14 17/20 17/23 20/5 20/6 26/4 33/22 35/8 35/25 36/5 38/2 41/7 41/17 42/19 45/18 50/1 53/25 55/18 56/1 56/14 57/3 59/18 62/14 62/16 62/16 62/21 63/8 63/11 65/17 sets [1]  33/8
setting [2]  33/3 35/20
sever [2]  48/24 52/14
several [3]  44/10 45/4 59/22
severance [2]  49/3 49/21
sfbrennwald [1]  2/22
share [4]  12/1 19/14 21/3 45/1
she [1]  70/3
she's [2]  18/21 69/15
Shelli [1]  2/14
shot [1]  42/18
should [8]  13/22 14/3 17/12 24/18 40/21 58/8 63/24 71/4
show [1]  17/2
showing [2]  13/18 13/23
shows [1]  23/2
shred [1]  46/9
side [1]  28/7
sign [2]  66/2 67/12 69/1
significance [1]  24/7
significant [2]  35/18 49/25
simply [4]  32/5 32/16 53/7 69/8
since [12]  12/5 12/10 13/10 15/25 40/8 43/20 49/1 54/19 67/3 69/9 69/10 71/18
sir [6]  9/24 10/7 52/25 59/14 59/15 68/14
sit [1]  23/24
sitting [1]  25/1
size [1]  27/6
slow [2]  48/18 61/8
small [2]  12/9 12/22
so [124]
so I think [2]  28/8 71/4
so it's [2]  39/4 48/18
So they [1]  19/17
so this is [3]  18/12 31/18 59/19
So we're [1]  51/17
software [1]  48/17
some [35]  12/19 13/9 13/10 14/1 16/17 17/21 18/21 22/22 24/13 24/19 26/21 26/22 27/2 27/16 29/16 31/14 33/14 35/7 35/23 38/16

server [1]  20/5
46/12 47/2 47/14 47/17 48/13 49/17 51/1 53/6 60/2 62/13 71/2
somebody [7]  31/13 46/22 48/3 53/19 55/21 65/18 70/9
somehow [1]  20/14
someone [2]  40/1 51/5 54/12
something [19]  14/21 23/2 23/4 24/3 31/8 39/18 39/21 41/7 53/9 53/11 54/13 54/13 58/9 62/14 64/20 64/24 67/21 68/4 68/23
sometime [1]  35/4
sometimes [1]  25/12
somewhat [1]  29/3
somewhere [2]  20/6 29/20
soon [3]  28/6 46/15 51/5
sooner [1]  30/23
sorry [18]  12/23 13/14 19/5 30/11 38/16 42/17 48/7 48/22 50/15 52/24 52/23 54/2 54/12 55/20 58/25 61/4 69/6 69/15
sort [8]  15/3 24/7 28/24 30/21 31/14 36/21 46/11 48/24
source [1]  16/13
sourced [1]  38/25
sources [1]  16/15
South [1]  5/11
space [1]  15/21
speak [3]  15/9 22/14 43/6
speaking [2]  10/18 19/20
specific [12]  23/12 23/16 25/22 27/24 42/4 45/4 46/25 47/10 47/12 51/17 53/8 67/22
specifically [1]  68/24
specifics [1]  55/20
speed [3]  45/18 46/5 46/19
speedy [6]  33/5 64/16 65/5 65/16 65/21 65/25
Speedy Trial Act [1]  65/25
spend [1]  20/3
Spina [9]  5/11 9/2 22/15 23/21 23/24 25/20 49/13 50/19 52/8
spot [1]  18/21
spring [2]  38/5 52/21
Spruce [1]  5/21
Sr [1]  2/2
St [1]  6/3
stand [3]  11/20 15/4 62/12
standard [1]  34/18
standpoint [1]  14/8
stands [1]  71/12
stanley [2]  3/17 3/20

start [10]  9/15 11/20 12/2 29/5 30/13 37/5 60/22 62/17 62/24 69/4
started [2]  12/25 16/5
starting [1]  9/21
starts [1]  63/4
state [1]  66/7
statement [2]  12/24 31/6
statements [1]  60/17
STATES [5]  1/1 1/3 1/10 8/3 15/19
status [17]  1/9 11/24 11/25 26/8 27/10 36/11 43/14 43/18 45/16 45/16 46/18 59/17 59/19 66/3 66/13 66/18 66/24
stay [3]  28/24 39/15 67/20
Steele [13]  3/2 8/8 8/19 10/6 42/1 67/17 69/4 69/5 69/8 69/15 70/1 71/12 71/19
stenography [1]  7/6
Stephen [2]  2/20 8/18
still [7]  13/25 26/19 41/22 47/3 48/10 60/2 70/11
stop [1]  46/19
storage [1]  21/20
store [1]  20/24
Street [10]  1/14 2/16 3/3 3/8 4/3 4/8 4/11 5/3 5/7 5/21
structure [1]  25/6
stuff [1]  18/5
subject [1]  73/6
subjects [1]  14/18
submitted [1]  16/14
subpoena [2]  12/19 17/7
subpoenas [1]  13/9
subsequent [1]  22/16
substantial [1]  45/8
substitution [1]  68/4
such [1]  34/18
suggestion [1]  67/7
Suite [10]  2/4 2/12 2/17 3/4 3/9 3/14 4/4 5/12 5/16 6/4
summary [1]  14/13
summer [9]  14/4 14/15 14/21 16/20 17/21 26/20 33/11 33/19 38/5
superseding [3]  26/16 50/9 50/10
supervision [1]  69/12
supplement [2]  59/8 59/12
support [1]  40/2
supposed [1]  66/8
sure [23]  9/16 14/17 15/25 17/10 23/1 24/16 29/18 29/24 30/7 30/14 31/1 32/9 37/23 40/8 40/9 50/25 54/18 55/10 58/3 63/21 66/13 68/19

**S**

sure... [1] 71/3
SW [1] 3/8

**T**

tablets [1] 17/2
tagged [1] 18/8
tagging [2] 19/3 22/1
take [8] 20/16 20/17
40/9 46/12 66/14 71/1
71/13 71/14
taken [1] 44/11
takes [1] 67/8
taking [1] 60/17
talk [10] 23/24 25/7
25/20 28/2 31/3 39/17
53/5 55/9 57/16 58/23
talked [2] 31/10 31/19
talking [5] 24/2 25/2
25/15 28/1 45/10
targeted [1] 46/10
targeting [1] 16/21
team [2] 18/14 52/22
technological [2] 22/2
73/7
technologically [2]
51/9 52/9
technology [1] 21/13
telephone [1] 58/11
tell [5] 28/4 43/16
53/19 56/11 62/10
terms [26] 11/21 12/4
13/8 14/20 15/13 17/21
23/4 25/18 26/9 27/6
27/8 27/20 29/11 45/12
48/12 48/16 48/23 49/6
53/13 57/10 60/6 63/7
terrible [1] 12/7
text [1] 11/3
than [6] 28/11 30/24
31/25 35/13 39/10 40/3
thank [29] 26/5 31/4
32/19 36/15 38/8 38/10
40/23 41/10 41/25 42/2
42/21 43/23 44/6 48/1
49/11 49/12 51/25
52/23 52/25 60/1 64/12
65/9 68/21 69/1 69/7
71/23 72/2 72/3 72/4
thank you [21] 26/5
31/4 36/15 38/8 38/10
40/23 41/10 41/25 42/2
43/23 44/6 48/1 49/11
51/25 52/23 52/25 60/1
64/12 68/21 69/7 71/23
that [394]
that'll [2] 60/13 66/10
that's [52] 13/11 14/7
15/3 15/16 16/24 17/11
19/16 20/13 20/24 21/9
23/5 23/11 23/12 23/14
24/1 25/18 25/25 29/9
30/10 32/1 35/7 35/11
36/1 39/18 40/8 40/8
40/12 42/7 42/20 43/7
43/10 45/7 45/13 46/10
46/12 47/22 50/1 50/2

58/9 58/19 62/7 64/18
65/8 65/14 66/15 67/21
69/9 71/3
their [16] 14/7 19/17
19/17 19/21 26/24 29/4
30/16 31/2 32/12 33/15
39/9 50/8 58/4 59/4
64/23 67/6
them [12] 13/5 13/13
22/13 27/20 29/17
30/17 31/3 48/20 57/15
57/20 58/15 62/10
themselves [1] 40/2
then [43] 12/1 12/12
12/18 12/23 13/10 14/7
14/11 15/6 15/12 16/12
16/19 17/6 19/25 20/7
20/25 21/10 21/17
21/21 26/7 27/11 28/25
30/2 34/15 34/24 35/2
35/23 37/3 47/7 47/24
48/6 51/4 53/10 55/2
55/11 56/1 59/12 60/3
64/1 66/21 67/10 68/17
71/8 71/19
there [42] 12/6 12/12
12/22 13/9 13/10 14/14
14/18 15/6 17/3 17/5
17/9 22/2 22/17 25/8
26/21 27/1 29/16 32/2
32/23 33/13 35/2 38/16
41/6 43/4 44/23 45/8
46/10 46/19 47/2 47/12
50/9 51/7 53/17 54/19
57/22 58/12 66/1 66/9
66/21 67/12 67/24 71/2
there's [23] 14/17 15/2
15/7 16/8 16/10 16/12
17/11 18/1 19/25 28/20
30/7 32/10 39/2 39/23
41/13 41/18 53/14
57/25 60/2 63/13 68/25
70/9 71/1
thereafter [1] 39/13
therefore [1] 73/6
these [31] 9/17 9/21
12/21 13/18 13/23
14/19 15/3 15/4 15/22
16/25 17/25 18/21 23/8
27/22 28/5 30/18 30/22
30/25 33/25 35/6 35/10
37/22 39/2 56/16 56/19
57/14 58/8 63/11 63/15
63/21 70/3
they [20] 9/19 12/15
13/1 13/1 19/17 19/21
25/14 30/23 30/24
30/25 32/17 38/22
39/12 41/22 43/2 43/3
57/23 58/22 65/24
71/18
they're [11] 16/21
19/21 24/8 27/21 36/20
38/22 39/1 41/22 58/4
58/17 66/19
they've [3] 21/1 43/3
68/5

41/4 42/10 58/23 66/3
things [19] 9/13 11/20
12/1 23/19 25/12 29/9
29/15 34/20 36/22
38/13 40/6 40/11 41/6
44/10 50/11 53/1 60/5
62/12 69/20
think [81]
thinking [3] 15/13
27/21 29/11
third [4] 15/20 16/4
16/5 22/10
third-party [1] 15/20
16/4 16/5
this [117]
This is [1] 8/3
THOMAS [6] 1/6 2/2
5/11 6/3 8/4 9/2
thoroughly [1] 49/3
those [58] 12/2 12/16
12/17 13/5 13/10 13/12
14/10 17/6 22/8 23/1
23/4 25/12 26/18 27/5
27/15 27/18 27/19 28/7
29/7 29/19 30/4 30/6
30/14 30/21 32/22 34/5
34/14 36/8 41/22 49/3
49/4 49/5 52/19 53/14
53/17 53/18 53/20
54/10 54/10 56/16
56/16 58/2 58/15 60/7
60/9 60/9 60/10 60/16
60/20 60/23 60/23
60/24 61/10 63/6 63/16
63/17 63/20 70/6
thought [3] 27/19 29/5
33/1
thoughts [4] 33/5 34/6
36/4 36/9
thousands [2] 16/9
16/9
three [8] 27/15 27/18
35/20 37/12 47/22
51/16 51/17 58/2
through [20] 13/19
16/14 21/6 21/14 21/19
22/18 29/25 31/4 32/13
35/20 48/11 48/19
49/24 60/3 62/5 62/19
62/20 64/25 65/17
65/22
thumb [1] 12/16
thumbs [2] 11/5 11/6
thus [3] 42/7 57/25
69/16
till [2] 47/23 60/25
time [28] 14/6 14/12
20/4 20/17 27/16 28/12
28/15 29/2 33/22 35/7
35/15 35/22 36/12 38/2
39/15 46/13 51/19
51/21 59/10 60/15
60/18 60/23 61/7 61/11
62/10 64/16 64/25
65/25
timeline [1] 27/17
times [4] 52/7 62/24

timing [3] 14/20 15/9
34/7
tips [1] 16/14
titled [1] 73/4
today [5] 13/21 34/2
47/13 54/21 60/18
together [2] 44/21
66/22
told [4] 21/1 30/15
38/13 43/17
tolled [1] 64/16
tommy [2] 5/13 22/15
Tommy Spina [1]
22/15
tommyspina.com [1]
5/13
too [8] 12/15 19/22
31/23 52/10 52/11
58/19 59/12 65/7
top [2] 9/19 39/16
touch [1] 21/15
tours [3] 13/25 14/2
14/10
towards [1] 14/21
Towers [1] 2/4
town [1] 63/6
track [4] 28/10 32/8
33/7 68/16
transcript [3] 1/9 7/6
73/3
transcription [1] 7/7
transfer [3] 37/13
50/21 60/8
transferred [2] 22/5
22/10
transit [1] 68/16
treatment [1] 70/5
tremendous [2] 20/13
trial [77]
trials [6] 15/14 35/24
35/25 52/16 62/11
63/15
tried [2] 28/10 43/3
trouble [2] 42/16 69/21
true [1] 64/19
truly [1] 59/19
try [8] 14/5 15/20 15/25
25/13 29/3 41/18 53/7
56/12
trying [7] 15/16 24/5
24/24 28/23 35/8 38/18
70/17
Tuesday [1] 51/7
turn [5] 29/10 32/24
36/17 47/7 50/19
turned [6] 17/23 22/4
28/19 31/19 39/8 42/25
two [21] 12/2 12/17
13/5 25/12 26/22 26/23
29/15 32/13 34/2 35/20
36/24 40/8 40/17 40/18
41/3 52/11 53/13 60/5
60/15 61/25 69/24
two-week [3] 40/17
40/18 61/25
twofold [1] 32/11

U.S [1] 1/13
unavailable [1] 47/23
uncommon [1] 37/25
under [3] 19/13 65/24
70/2
underlie [1] 69/10
understand [13] 15/11
20/4 20/19 21/2 22/13
38/7 39/2 42/8 58/20
63/6 64/18 67/5 71/17
understandably [1]
25/22
understanding [12]
13/20 14/3 14/6 16/3
16/17 18/5 18/16 18/22
21/13 22/9 22/20 24/8
understands [1] 42/12
understood [1] 23/5
unfortunately [1] 25/8
UNITED [5] 1/1 1/3
1/10 8/3 15/19
United States of [1]
8/3
unless [3] 31/16 66/12
68/23
unmute [1] 47/11
unnecessary [1] 39/16
unreasonable [1]
62/14
until [9] 17/22 31/6
33/11 33/19 34/13
34/15 35/1 62/12 65/6
up [24] 11/5 11/6 13/1
13/2 18/5 19/18 20/6
20/6 26/1 26/4 32/2
38/23 41/7 41/20 42/15
44/11 44/16 45/18 46/5
46/5 46/19 59/13 63/15
69/22
update [1] 9/13
updates [1] 15/18
upon [2] 34/8 42/13
upstate [1] 54/15
urge [2] 49/20 53/4
us [12] 19/22 20/11
20/25 21/1 22/21 49/4
49/10 58/14 59/19
60/22 62/15 68/4
USAfx [12] 12/15
usdoj.gov [1] 1/16
use [1] 21/2
used [1] 20/1
useful [4] 16/1 18/7
18/10 25/6
uses [1] 21/3
using [1] 39/23
usually [1] 66/23
utmost [1] 52/18

**V**

VA [5] 4/4 4/8 5/4 5/8
5/17
vacation [3] 69/9 69/15
71/9
Van [12] 5/15 5/15 5/19
5/20 9/3 9/3 51/12
51/12 51/15 52/1 70/11

## V

**Van...** [1] 71/6
**various** [3] 23/8 29/18 52/12
**Veen** [4] 5/19 5/20 9/3 51/12
**vendor** [10] 15/20 16/4 16/5 19/17 19/18 19/21 21/1 21/7 21/9 21/10
**venue** [3] 37/13 50/21 60/8
**versus** [1] 8/4
**very** [22] 11/16 14/8 25/1 25/9 25/9 25/15 26/14 29/12 31/24 33/25 37/9 44/18 46/10 52/6 55/24 56/1 56/24 69/1 69/8 69/22 70/1 72/4
**via** [4] 1/9 58/19 58/22 67/11
**video** [7] 16/8 16/13 16/13 16/14 16/16 16/18 46/9
**videos** [6] 17/2 18/8 18/9 38/25 39/2 48/14
**views** [1] 34/1
**vigorous** [1] 46/7
**voiced** [1] 48/12
**voir** [2] 34/21 34/25
**volume** [2] 21/11 44/23
**vs** [1] 1/5

## W

**wait** [1] 31/6
**waive** [1] 65/5
**waiving** [1] 58/21
**Walden** [12] 5/11 8/11 9/2 11/8 22/15 30/3 49/13 49/19 61/3 64/20 64/23 65/13
**want** [40] 9/16 12/2 18/20 24/23 24/25 25/13 28/23 29/2 29/9 29/12 29/14 29/18 30/24 31/6 31/11 34/1 36/3 36/24 37/3 46/15 54/12 54/17 54/20 55/8 58/3 58/4 58/9 58/12 58/13 58/23 59/8 59/11 60/12 63/8 68/23 71/15
**wanted** [1] 67/18
**wants** [6] 21/5 57/11 58/18 66/1 67/12 67/21
**warrant** [4] 12/13 12/19 17/1 49/5
**warrants** [1] 13/11
**was** [25] 12/23 16/14 19/13 22/19 24/11 28/1 28/19 30/10 30/12 31/19 33/20 38/3 39/6 39/9 39/10 39/13 42/18 42/24 42/25 47/12 51/16 52/20 53/23 67/24 70/25
**Washington** [11] 1/5 1/15 2/13 2/17 2/21 3/4

**wasn't** [1] 43/5
**water** [1] 52/8
**Watkins** [6] 2/10 8/6 8/16 9/25 27/11 63/21
**way** [5] 5/11 11/18 16/1 17/7 18/6 20/24 25/6 32/7 39/7 39/10 41/18 48/10 48/19 53/6
**we** [173]
**We are** [1] 50/9
**we will** [2] 32/8 47/17
**we'll** [14] 13/21 13/24 14/25 29/6 36/18 48/20 51/22 51/23 57/18 62/16 67/10 67/11 68/19 71/3
**we're** [29] 15/16 19/17 23/24 24/2 25/1 25/4 25/7 25/9 25/15 28/15 28/24 30/5 31/18 40/9 41/2 41/18 42/13 42/14 42/19 45/10 47/2 48/18 49/19 50/3 51/17 56/22 62/17 67/4 69/11
**we've** [9] 12/14 15/23 19/15 23/9 28/2 37/13 37/14 61/20 69/3
**week** [18] 12/17 13/4 13/21 13/24 24/19 27/25 28/2 40/17 40/18 41/14 49/8 49/9 54/22 54/25 55/25 56/8 61/25 62/7
**weeks** [11] 26/23 27/5 35/20 35/21 35/24 47/1 47/5 51/16 51/17 52/11 59/22
**weigh** [1] 53/12
**welcome** [5] 50/14 57/13 58/5 58/17 69/1
**welcomed** [1] 58/6
**well** [31] 9/11 15/9 16/2 17/15 17/25 18/3 20/9 20/10 23/6 28/9 29/7 36/1 40/12 43/13 47/4 48/12 49/5 50/2 50/11 53/16 54/17 56/8 58/18 60/16 60/18 67/24 67/25 68/15 69/9 69/17 70/22
**were** [14] 9/12 12/8 13/9 13/10 14/2 17/4 19/12 22/17 26/15 34/12 37/21 39/12 43/1 44/12
**West** [1] 6/4
**what** [31] 12/9 14/13 15/1 16/13 19/20 20/25 22/25 23/5 23/7 23/19 24/6 24/8 24/14 24/16 25/14 28/18 31/18 31/21 32/5 32/9 34/1 35/11 43/11 46/6 46/17 53/19 57/24 59/20 60/19 63/1 70/14
**what's** [7] 42/8 48/16 53/19 54/2 67/1 67/6

**whatever** [3] 21/18 31/2 69/20
**when** [16] 14/6 18/14 23/4 25/20 29/10 33/6 36/22 36/23 46/24 53/24 53/25 54/21 59/6 60/3 61/23 63/23
**where** [18] 9/12 9/13 11/20 15/3 18/12 22/10 25/25 25/14 25/24 27/6 27/20 28/24 35/8 40/19 42/13 43/10 62/12 70/4
**whether** [12] 20/1 29/16 30/24 39/17 45/10 45/22 45/23 57/23 64/10 64/24 67/17 71/20
**which** [12] 21/21 23/15 33/10 34/22 36/5 44/24 45/5 58/22 60/12 65/17 65/23 66/20
**while** [2] 67/2 71/18
**who** [32] 12/8 14/2 16/11 17/4 18/23 18/24 21/5 26/15 28/21 29/7 29/8 30/7 35/16 36/8 39/4 40/1 41/21 44/13 46/23 48/3 52/19 52/19 57/1 57/11 57/13 61/2 63/6 63/8 63/15 63/16 63/17 63/20
**who's** [4] 32/9 40/14 62/13 69/3
**who've** [2] 15/8 57/19
**whom** [2] 29/12 45/9
**whose** [1] 49/2
**why** [10] 9/15 15/16 22/3 22/5 23/1 37/5 67/19 67/20 69/4 69/10
**Wicks** [5] 4/15 8/24 47/7 47/11 48/1
**will** [59] 14/9 17/17 17/18 17/20 18/19 19/1 19/4 20/12 20/22 21/19 21/20 21/21 24/12 24/14 27/1 28/12 28/25 29/9 30/23 32/7 32/8 34/4 34/7 34/17 40/17 41/6 43/9 43/16 44/14 45/17 45/19 47/16 47/17 49/9 49/16 51/7 51/20 52/14 53/10 53/24 54/10 56/17 57/6 57/17 57/19 57/23 60/4 60/9 60/20 60/21 60/24 61/14 61/16 63/11 63/15 64/7 65/16 65/25 71/14
**William** [6] 2/2 6/2 7/2 8/12 73/2 73/11
**Wilson** [9] 3/7 3/8 5/16 8/20 28/12 28/22 42/22 43/23 60/17
**wish** [1] 57/23
**withdraw** [3] 44/14 68/6 68/9
**within** [9] 12/17 13/4

**whatever** [3] 21/18 31/2 69/20

26/20 47/1 47/5 60/20
**without** [2] 40/3 44/24
**witness** [1] 34/20
**won't** [2] 57/6 57/11
**Woodland** [1] 4/12
**Woodward** [2] 3/17 3/17
**word** [1] 17/12
**words** [1] 23/1
**work** [5] 20/8 35/3 39/25 40/3 42/5
**working** [10] 10/19 14/5 15/20 18/14 18/16 19/2 19/8 21/14 47/3 51/6
**works** [2] 20/15 40/13
**world's** [1] 35/18
**worn** [3] 16/10 21/4 21/9
**worry** [1] 59/6
**would** [84]
**wouldn't** [1] 20/4
**written** [1] 71/16
**wrong** [2] 28/13 43/2

## Y

**yeah** [8] 20/3 26/3 30/10 53/24 54/3 66/23 70/13 70/25
**year** [5] 35/4 37/22 38/5 41/15 43/21
**years** [2] 39/7 40/8
**yes** [41] 9/22 9/24 10/1 10/3 10/5 10/7 10/9 10/11 10/13 10/15 10/24 11/13 11/15 12/3 13/3 13/16 15/11 15/15 22/9 24/5 26/12 27/13 27/23 40/15 41/1 42/23 46/1 48/9 49/15 55/6 55/15 59/15 63/3 63/5 65/3 65/5 65/12 67/15 68/14 68/17 69/6
**yesterday** [2] 22/19 44/12
**yet** [6] 12/14 14/10 24/16 30/4 43/19 66/10
**York** [1] 6/9
**you** [153]
**you know** [2] 27/9 46/8
**you'd** [1] 32/23
**you'll** [2] 46/24 61/8
**you're** [15] 9/20 11/18 11/22 11/25 26/8 26/10 32/6 42/15 50/13 56/19 60/13 62/6 64/10 68/19 70/11
**you've** [7] 27/16 29/1 60/8 60/19 61/18 62/13 63/9
**your** [127]
**Your Honor** [81]
**yours** [1] 11/23
**yourselves** [1] 54/9

## Z

**Zaremba** [3] 7/2 73/2

**Zimmerman** [6] 4/6 4/7 8/22 44/7 44/14 68/18
**zimpacer** [1] 4/9
**ZOOM** [8] 1/9 44/13 56/7 57/22 58/10 58/19 58/22 67/11
**Zsusza** [1] 3/12