IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,      )
                               )
          Plaintiff,           )
                               )
                               )   CR No. 21-28
      vs.                      )   Washington, D.C.
                               )   May 6, 2022
DONOVAN R. CROWL (2), ET AL.,  )   10:06 a.m.
                               )
          Defendants.          )
_____)


TRANSCRIPT OF STATUS CONFERENCE VIA ZOOM PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE




APPEARANCES:

For the Government:          Kathryn L. Rakoczy
                             Jeffrey S. Nestler
                             U.S. ATTORNEY'S OFFICE
                             555 Fourth Street, NW
                             Washington, D.C. 20530
                             (202) 252-7277
                             Email:
                             kathryn.rakoczy@usdoj.gov
                             Email:
                             jeffrey.nestler@usdoj.gov

APPEARANCES CONTINUED:

For Defendant
Thomas E. Caldwell:                  David William Fischer, Sr.
                                     FISCHER & PUTZI, P.A.
                                     7310 Governor Ritchie Highway
                                     Empire Towers, Suite 300
                                     Glen Burnie, MD 21061-3065
                                     (410) 787-0826
                                     Email:
                                     fischerandputzi@hotmail.com

For Defendant
Donovan Ray Crowl:                   Carmen D. Hernandez
                                     7166 Mink Hollow Road
                                     Highland, MD 20777
                                     (240) 472-3391
                                     Email: chernan7@aol.com


For Defendant
Sandra R. Parker:                    John L. Machado
                                     LAW OFFICE OF JOHN MACHADO
                                     503 D Street, NW
                                     Suite 310
                                     Washington, D.C. 20001
                                     (703) 989-0840
                                     Email: johnlmachado@gmail.com


For Defendant
Bennie A. Parker:                    Stephen F. Brennwald
                                     BRENNWALD & ROBERTSON, LLP
                                     922 Pennsylvania Avenue, SE
                                     Washington, D.C. 20003
                                     (301) 928-7727
                                     Email: sfbrennwald@cs.com


For Defendant
Laura Steele:                        Peter A. Cooper
                                     PETER A. COOPER
                                     400 5th Street, NW
                                     Suite 350
                                     Washington, D.C. 20001
                                     (202) 400-1431
                                     Email:
                                     pcooper@petercooperlaw.com

APPEARANCES CONTINUED:

For Defendant
Connie Meggs:

Julia Zsuzsa Haller
LAW OFFICES OF JULIA HALLER
601 Pennsylvania Avenue, NW
Suite 900
S. Building
Washington, D.C. 20036
(202) 352-2615
Email: hallerjulia@outlook.com

Stanley Edmund Woodward, Jr.
BRAND WOODWARD LAW
1808 Park Road NW
Washington, D.C. 20010
(202) 996-7447
Email:
stanley@brandwoodwardlaw.com

For Defendant
William Isaacs:

Eugene Rossi
CARLTON FIELDS P.A.
1025 Thomas Jefferson St., NW
Suite 400 West
Washington, D.C. 20007
(202) 965-8100
Email:
grossi@carltonfields.com

Natalie Napierala
CARLTON FIELDS P.A.
405 Lexington Avenue,
36th Floor
New York, NY 10174-3699
(212) 785-2747
Email:
nnapierala@carltonfields.com

APPEARANCES CONTINUED:

For Defendant James Beeks:    Jessica Arden Ettinger
    FEDERAL DEFENDER SERVICES
    OF WISCONSIN
    22 East Mifflin Street
    Suite 1000
    Madison, WI 53703
    (608) 260-9900
    Email: jessica_ettinger@fd.org

    Joshua Uller
    FEDERAL DEFENDER SERVICES
    OF WISCONSIN
    517 E. Wisconsin Avenue
    Suite 182
    Milwaukee, WI 53202
    (414) 221-9900
    Email: joshua_uller@fd.org

Court Reporter:    William P. Zaremba
    Registered Merit Reporter
    Certified Realtime Reporter
    Official Court Reporter
    E. Barrett Prettyman CH
    333 Constitution Avenue, NW
    Washington, D.C. 20001
    (202) 354-3249

Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
 1                  P R O C E E D I N G S
 2          COURTROOM DEPUTY:  Good morning, Your Honor.
 3   This is Criminal Case No. 21-28, the United States of
 4   America versus Defendant No. 2, Donovan Ray Crowl,
 5   Defendant No. 4, Sandra Ruth Parker; Defendant 5,
 6   Bennie Alvin Parker; Defendant 7, Laura Steele; Defendant 9,
 7   Connie Meggs; Defendant 16, William Isaacs; and Defendant
 8   19, James Beeks.
 9          Kathryn Rakoczy and Jeffrey Nestler for the
10   government.
11          Carmen Hernandez for Defendant Crowl.
12          Steven Brennwald standing in for John Machado for
13   Defendant Sandra Parker.
14          Stephen Brennwald also for Defendant
15   Bennie Parker.
16          Peter Cooper for Defendant Steele.
17          Juli Haller and Stanley Woodward for
18   Defendant Meggs.
19          Eugene Rossi and Natalie Napierala for
20   Defendant Isaacs.
21          And Joshua Uller for Defendant Beeks.
22          All named defendants are appearing remotely for
23   these proceedings.
24          THE COURT:  Okay.  Good morning, everyone; I hope
25   everybody is doing well.
```

1          So we're here this morning just to check in to see

2     how things are progressing in this matter.  We're set for

3     trial toward the end of November in this case, and so we're

4     some number of months out, but it's useful to touch base

5     with everybody and see how things are moving forward.

6          So, Ms. Rakoczy, why don't you bring me up to date

7     on any further issues relating to discovery or disclosures

8     that you think would be important for me to know about.

9          MS. RAKOCZY:  Yes, Your Honor.

10         Since we were last before the Court in this case,

11    the government has provided a substantial amount of

12    discovery, some of which we've discussed with Your Honor in

13    the related case, United States versus Rhodes, et al.

14         But for the benefit of this counsel and their

15    clients, since we were last before the Court here in March,

16    the government has provided in discovery the civilian

17    witness statements and grand jury transcripts for most of

18    the civilian witnesses who have been interviewed in this

19    case.

20         There are a handful of civilian witness statements

21    or testimony that we've not provided due to either security

22    concerns or reasons relating to the ongoing investigation.

23    But we do anticipate providing those in the not-too-distant

24    future, certainly well in advance, months in advance, of the

25    November 28th trial date.

1          And so we do believe we're on track to have

2    provided the bulk of the civilian witness *Jencks* materials

3    likely several months in advance of the trial, which we

4    understand and agree is important because of the number of

5    people who've been interviewed in connection with this

6    investigation and the scope of discovery materials that the

7    defense has to review.  So we do agree that it is important

8    to make these disclosures well in advance of trial.  But the

9    defense now has the bulk of the civilian witness discovery

10   in this case.

11          We've also completed, since our last hearing, our

12   review of all electronic devices and accounts that were

13   seized and searched pursuant to this investigation, and we

14   have provided those in discovery; that is both for all the

15   charged defendants in this case and the related cases, as

16   well as a handful of uncharged subjects or witnesses whose

17   accounts were searched either pursuant to legal process or

18   pursuant to consent, and so the defense now has that

19   universe of discovery.

20          We've provided that largely in productions through

21   an electronic cloud-based file-sharing system.  Our hope is

22   in the next couple of weeks to provide that -- all of those

23   digital search warrant returns, all that evidence on a

24   single external drive or thumb drive to the defense so that

25   they have all that data in one place.

1          And that data simultaneously is also being

2    uploaded to the defense-based Relativity platform as part of

3    the global discovery process.  And so the defense will have

4    a few options for how to review that data, and hopefully

5    that will assist them in reviewing it in the way that is

6    most convenient for them.

7          THE COURT:  Ms. Rakoczy, if I could just interrupt

8    you for a moment.

9          With respect to the civilian witness statements,

10   are those civilian witness statements that have been

11   produced those that the government believes are relevant to

12   this case or civilian witness statements for the entirety of

13   the January 6th investigation?

14         MS. RAKOCZY:  I'm speaking relevant to this case,

15   Your Honor.

16         THE COURT:  All right.

17         MS. RAKOCZY:  We do -- and we can talk sort of

18   about both case-specific and global discovery.

19         The government attorneys in this particular case

20   are constantly making efforts to try to make sure that we

21   review and keep touch with the other investigations related

22   to January 6th in an effort to learn about and then disclose

23   to the defense attorneys in this case relevant evidence from

24   other January 6th defendants' cases.

25         And so we take steps to do keyword searches

 1    through the FBI's reports, database on the off-chance that

 2    someone in another case is mentioning one of our subjects.

 3    We've searched keyword searches through tips that come in to

 4    the FBI that are collated in one electronic database to

 5    search for our subjects through there.

 6              There is also in this one central location, where

 7    all this evidence is being compiled by the FBI, there is the

 8    ability to do facial recognition searches.  And so we have

 9    put in requests to have our defendants' and related

10    subjects' faces searched through the data that is constantly

11    being placed in there and updated in there.

12              And we will then subsequently get, even if we're

13    not doing a search in real-time, subsequently we will get

14    hits if data is subsequently uploaded there.

15              And so those are steps that we are taking that I

16    think are important to flag for the Court because the global

17    discovery process is still, as the Court is aware, ongoing.

18              The government has made great progress.

19    We produced last week, I believe, our 14th global discovery

20    production.  There are some -- there are over 200,000

21    documents that have been uploaded into the defense instance

22    of Relativity at this time.  And the Court is aware that in

23    Evidence.com, there is, I think, approximately nine

24    terabytes of video that's been uploaded, from the CCTV and

25    body-worn camera footage, to various public source videos

1    that have been uploaded there.  And so there is a lot of

2    data that is out there.  That process, though, is still very

3    much ongoing.

4            We've provided, I think at this time, almost 200

5    devices or social media account searches from various

6    defendants across the January 6th cases that have been

7    uploaded to Relativity.  But there are hundreds more that

8    are in the pipeline, that have been processed, that are just

9    waiting to be uploaded, and then there are probably several

10   hundred more that are -- that the FBI is still completing

11   their review of and that needs to be provided to the

12   government -- to the government attorneys to then be

13   processed and uploaded to Relativity.

14           And so we do want to flag that both that that

15   process is still very much ongoing, but the government

16   attorneys in this particular case are taking steps to

17   backstop that system and go through the data that is out

18   there periodically so that we catch, hopefully, information

19   that is relevant to these particular defendants and their

20   particular cases that may come from other January 6th

21   defendant cases.

22           And so I think the short answer is that the

23   case-specific discovery is, at this point, largely in a --

24   what needs to be disclosed going forward is mostly items

25   that are coming up in the ongoing investigation, which

1   are -- that volume of data is dwindling over time as we wrap

2   up this particular investigation.  So we're doing, I think,

3   well in the case-specific discovery department.  I think the

4   defense should very soon, hopefully within the next four to

5   six weeks, have the bulk of the case-specific discovery

6   materials so that they can start preparing in earnest for

7   trial.  But the global discovery process is still going to

8   take a little bit of time beyond that certainly to complete.

9           THE COURT:  Okay.

10          And when you say the bulk of it should be

11  completed in the next four to six weeks, is what's left

12  civilian witness statements or is there more in terms of --

13  and I'm leaving aside any evidence that may come to the

14  government's attention going forward, but are there other

15  electronic -- is there more electronic evidence that's

16  case-specific that has yet to be produced in this case?

17          MS. RAKOCZY:  There are no -- there's no

18  electronic evidence from phones, computers, social media

19  accounts that's in our possession right now that still needs

20  to be produced from this particular case.  That has been

21  produced.  There is a chance that there are a handful of

22  search warrants in the future executed, although that's not

23  overwhelmingly likely, that we will provide that on a

24  rolling basis.

25          With respect to FBI reports from investigative

1   steps and interviews, we are current through early February,

2   and hopefully next week or very early the following week,

3   we will provide another round of discovery that will take us

4   current through the beginning of May and then we'll

5   obviously, on a rolling basis, produce additional

6   investigation reports or interview reports, although I think

7   those are really going to dwindle as we shift from an

8   investigative phase to a trial-preparation phase in this

9   case.

10          And then there are defense-specific requests that

11  we need to respond to.  There are a handful that have come

12  in over the last few months where we've been gathering

13  responsive data, but some of those requests do require a

14  more global approach across the January 6th cases, and so we

15  need to coordinate with other attorneys and supervisors in

16  the office about how to most accurately respond to those

17  inquiries.

18          But we are hopeful as well, being mindful of the

19  upcoming trial dates, that within some four- to six-week

20  period, that we're going to be finishing that up as well.

21  Those are the main buckets of case-specific discovery that

22  are outstanding.

23          THE COURT:  Okay.

24          I'm just curious, can you give me an example of

25  what you mean by these defense-specific requests that are

1   still being considered and they have to be rolled out in a

2   few months?

3          MS. RAKOCZY:  I think the Court is aware that --

4   I think defendants have referred to this in pleadings --

5   that there is an avenue that certain defendants are pursuing

6   with respect to whether there were folks who for -- I think

7   would best be described as agent provocators, who either

8   were acting on behalf of the government or acting on behalf

9   of other groups and instigating some of the violence that

10  occurred on January 6th.

11         And we've received inquiries about whether there

12  were government informants who were present at the Capitol

13  or inside the Capitol on the 6th.  We've received requests

14  from some defense attorneys about particular civilians

15  asking us for assistance in identifying those civilians and

16  determining what role they played.

17         That's a line of defense that appears to be being

18  pursued.  And we are attempting to answer those inquiries,

19  to the extent that we can and to the extent that we believe

20  we have information that's relevant, without necessarily

21  agreeing that all those defenses are relevant or are going

22  to lead to admissible evidence.

23         We are trying to be as helpful as possible in

24  answering those questions, but a lot of that requires

25  seeking evidence from other case files or seeking a broader

1    investigation across the January 6th cases that is a little

2    bit beyond the purview of the government attorneys assigned

3    to this case.  So it does require a little bit more time.

4              THE COURT:  Okay.

5              And so if you can share at this point, what's the

6    government's understanding at this point of whether there

7    are what you describe as agent provocateurs or government

8    agents who were present on January the 6th that may fit in

9    the category of information that's being sought?

10             MS. RAKOCZY:  We do not have information that

11   there were any government agents acting as agent provocators

12   on the 6th.  But beyond that, I don't think I'm prepared to

13   answer questions about the specifics about any confidential

14   informants who were present at the Capitol on January 6th.

15   But that is a question that we are getting guidance on how

16   to answer, hopefully, in the near future.

17             THE COURT:  All right.

18             All right.  Well, that's helpful.  And thanks for

19   the comprehensive update, Ms. Rakoczy.

20             Anything else you want to share before I turn to

21   defense counsel?

22             MS. RAKOCZY:  Just in the event that it takes a

23   while to get back to me, Your Honor, I think the government

24   would ask today if we could talk about setting both -- a

25   schedule for pretrial motions.  I think we had a deadline on

the calendar back when there was an April trial date; and

when that trial went away, nothing was put in place.

And we do have a pending motion for change of

venue by Ms. Meggs that is the same motion that was filed in

the Rhodes case by Mr. Fischer on behalf of Mr. Caldwell.

And so addressing what to do with that motion, especially in

light of the May 17th hearing date in the other case, and

setting, just in general, a pretrial-motions deadline, we'd

ask that that -- the Court address that at some point in the

hearing.

We would also flag for the Court that the

government has raised with the defense the issue of

providing notice with respect to certain defenses that are

covered by the rules that require notice under Rule 12.2 and

12.3 regarding defenses having to do with insanity or mental

infirmity and defenses having to do with a public-authority

defense.

There is a requirement of the rules for notice,

that absent another deadline by the Court, usually the

deadline for that has to do with -- or the deadline for that

is the deadline for pretrial motions, Rule 12 type pretrial

motions.  So we discussed with the defense that if the Court

sets a new motions schedule for pretrial motions, that we

would flag for the defense that we would consider that to be

then the new deadline for such notice about those defenses.

1           And then would also ask -- we assume the Court

2    will start considering scheduling a Pretrial Scheduling

3    Order at some point for this trial.  And we would ask if the

4    Court would consider taking a little bit of a different

5    approach with the Pretrial Scheduling Order for this case,

6    in light of the fact that the Rhodes case is set for trial

7    from late September through, presumably, the end of October,

8    we were wondering if the Court would just consider setting

9    some of the pretrial scheduling deadlines perhaps in early

10   August through early September and then maybe taking a

11   little bit of a hiatus in October, both in the event that

12   there's any issues the Court needs to resolve.

13          The Court will obviously be occupied with the

14   Rhodes trial.  And while the government will divide into

15   teams to address both the Rhodes trial and the Crowl trial,

16   it may be helpful, from the government's perspective, for

17   some of these issues to be resolved before the Rhodes trial

18   begins since they will happen somewhat close in time, the

19   Rhodes trial and the Crowl trial.

20          THE COURT:  I'll just ask, in terms of the

21   motions -- I mean, I'm happy to set a deadline, if we've

22   received some additional motions from Mr. Beeks, on behalf

23   of Mr. Beeks.

24          You know, we had a Rule 12 motions deadline with

25   respect to all of these defendants, there have been no new

1    charges, I don't know whether anybody thinks there are going

2    to be any Rule 12 motions that still need to be filed.

3              MS. RAKOCZY:  Your Honor --

4              THE COURT:  Go ahead, Ms. Rakoczy.

5              MS. RAKOCZY:  I'm sorry for interrupting,

6    Your Honor.

7              In the superseding indictment returned in January,

8    we added a conspiracy charge under Section 372.

9              THE COURT:  Right.

10             MS. RAKOCZY:  And so I don't know -- I know in the

11   Rhodes case, there was a motion to dismiss that count,

12   addressing that count, and so I don't know if any of these

13   defendants plan on raising a similar motion or not.  But

14   there is at least that one new charge.

15             THE COURT:  Isn't that -- maybe I'm

16   misrecollecting, but isn't that charge simply a conspiracy

17   charge based on the 1512(c)(2) count?  No?

18             MS. RAKOCZY:  No, Your Honor.

19             That's the 1512(k) conspiracy.

20             THE COURT:  Oh, that's right.

21             Right, right.  Okay.

22             All right.  Well, as we go through this with

23   defense counsel, I'll ask each of you to address whether you

24   expect filing any additional Rule 12 motions and wish for

25   there to be a deadline to file such motions.

1          Okay.  So let's hold off on talking about

2     scheduling after we've gotten through everyone here.

3          So why don't we turn first to Ms. Hernandez on

4     behalf of Mr. Crowl.

5          COURTROOM DEPUTY:  Will you please unmute.

6          Ms. Hernandez, you're currently muted.

7          MS. HERNANDEZ:  Sorry.

8          Good morning, Your Honor.  I'm sorry I'm joining

9     by phone instead of by video.  Can you hear me now?

10          THE COURT:  I can hear you just fine.  Thank you.

11          MS. HERNANDEZ:  With respect to the

12     government's -- the Court asked about the discovery.

13          And there is -- for example, in February,

14     I asked -- I sent a discovery request for all -- for the

15     identity of -- a *Roviaro* request for the identity of all

16     informants and cooperators and that type of thing based on

17     the discovery that was produced that identified -- at least

18     during one bit of discovery, it identified that there was an

19     informant, or one of the witnesses believed there was an

20     informant in the case.

21          The government has yet to disclose that

22     information, so -- even to the point of saying yes or no or

23     even to the point of there were informants but we don't want

24     to identify their names because of X, Y, and Z.  So that is

25     a concern.

1          With respect to any deadline for -- under the

2    Federal Rules of Criminal Procedure for identifying whether

3    any of us are going forward on a public-authority defense or

4    whether we're going to present a mental-health defense, we

5    would request -- or I would request on behalf of my client

6    that no such deadline be imposed until discovery is

7    completed.

8          For example, in the public-authority defense, the

9    *Roviaro* issues, I think, would have to be disclosed.  So I

10   would ask that that not be -- the Federal Rules of Criminal

11   Procedure 12.2 and 12.3 allow for the deadline to either be

12   the motions deadline or the -- or whatever later date the

13   Court sets.

14         With respect to motions, I believe there are --

15   as Ms. Rakoczy indicated, there were two new charges, the

16   372 and also the 1512(k) conspiracy, which increases the

17   statutory max to 20 years.

18         There also have been developments in decisions

19   made by other judges in this court.  In particular on the

20   1512 motion, Judge Nichols dismissed the case under -- in

21   *U.S. versus Miller*.  So I think that additional -- that

22   Judge Nichols' decision should be brought -- I will be

23   bringing that to the Court's attention, if only to preserve

24   the issues.

25         THE COURT:  It won't surprise you that I'm aware

 1   of the decision.

 2           MS. HERNANDEZ:  I understand.

 3           But I think that for purposes of any appeal,

 4   I think if any arguments were not adequately presented to

 5   Your Honor, then I think we would be in trouble on appeal;

 6   the Court would not look at it in the same -- the

 7   Court of Appeals would not look at it in the same fashion.

 8           And, of course, it would not surprise the Court

 9   that I believe Judge Nichols' decision is the correct one,

10   although I understand the government has moved the Judge to

11   reconsider his opinion.

12           So I do want a motions deadline.  And I'm likely

13   to be filing a notice of joining the other -- the motions

14   filed by other persons, including in the Rhodes case.

15           THE COURT:  Okay.

16           All right.  Why don't we move on to Mr. Machado.

17           MS. HERNANDEZ:  Thank you, Your Honor.

18           THE COURT:  Thank you, Ms. Hernandez.

19           MR. BRENNWALD:  Your Honor, this is Steve

20   Brennwald.  And I'll be standing in for Mr. Machado;

21   he's got a plea hearing before Chief Judge Howell as we

22   speak.

23           THE COURT:  Okay.

24           MR. BRENNWALD:  I'll be addressing both Sandra

25   Parker's cases and Bennie Parker's cases.

1          I don't really have anything to add on the topics

2     that Ms. Rakoczy and Ms. Hernandez discussed.

3          This is maybe something I should have discussed

4     with Mr. Douyon before we came on, but I think it's

5     important to all of us to follow very closely what's

6     happening in the Rhodes case, since although we're separated

7     out, we're all part of the same conspiracy, according to the

8     government.

9          And I don't know if there's some way

10    technologically to allow us to keep receiving notices.

11    Once the cases were given different case numbers, I at least

12    have not been getting any notices of anything.  I can

13    obviously go into the case and look at everything every day

14    to see what's been filed that's new.  But if there's some

15    way that we can be given notice of any filings, that would

16    be helpful.  If not, it's not a big deal; we'll just keep

17    checking on our own every day.

18          MS. HERNANDEZ:  Your Honor, may I add -- this is

19    Carmen Hernandez.

20          I spoke with the ECF coordinator in the Clerk's

21    Office just yesterday, and she helped me to be able to get

22    notices for the Rhodes case.  So I will give that

23    information to the other defense counsel.

24          MR. BRENNWALD:  Thank you.  That takes care of

25    that.

1          Other than that, I have nothing else to add,

2   Your Honor.

3          THE COURT:  Okay.

4          So anything else on behalf of the Parkers?

5          MR. BRENNWALD:  No, Your Honor.

6          THE COURT:  Okay.

7          Just so everybody is aware, you all may be, if

8   you're not, there has been one decision since Judge Nichols'

9   decision on the 1512(c)(2) matter written by Judge Bates in

10  *U.S. versus McHugh*, it's 21-CR-453.  If you're not aware of

11  it, you should be, and take a look at it.  Judge Bates takes

12  up some of the -- takes up the reasoning of Judge Nichols'

13  opinion and evaluates it and ultimately disagrees with it.

14  So you all just ought to be aware of that, that opinion.

15          All right.  Mr. Cooper on behalf of Ms. Steele.

16          MR. COOPER:  Your Honor, I have nothing to add on

17  top of my colleagues.

18          Could I just ask the Court to repeat that case

19  number of Judge Bates' opinion.

20          THE COURT:  It's -- let me just double-check.

21  It's *U.S. versus McHugh*.  It's Sean McHugh.  That's S-e-a-n.

22  McHugh, M-c-H-u-g-h.  It's at 21-CR-453.

23          MR. COOPER:  453?

24          THE COURT:  453.

25          MR. COOPER:  453.  Thank you, Your Honor.

1            THE COURT:  I think it was issued May 1st or

2   May 2nd.

3            MR. COOPER:  Thank you, Your Honor.  I appreciate

4   that.

5            I have nothing else to add.

6            THE COURT:  Okay.

7            Ms. Haller, Ms. Woodward on behalf of Ms. Meggs.

8            MR. WOODWARD:  Thank you, Your Honor.

9            I would echo everything that Ms. Hernandez has

10  added.

11           On the public-authority-defense issue, in my

12  experience, the reason the government needs notice when such

13  a defense has been raised is because they then have to go

14  back and usually talk to the intelligence community and find

15  out about why the defense is being asserted.  That's

16  obviously -- I don't think that's going to be the reason why

17  they would need additional time.

18           And I'm not sure that -- I'm not sure that we need

19  to add to Ms. Rakoczy's theory as far as what our defense is

20  going to be.  But I would note that there is additional

21  information that we are in negotiation with the government

22  for, and so we would ask that that deadline not be set

23  prematurely and certainly not before the close of discovery.

24           And then we also do anticipate filing motions with

25  respect to the new charge, as well as Ms. Hernandez suggests

1    simply to preserve any other issues for appeal as necessary.

2         But otherwise, we don't have anything for the

3    Court.

4         THE COURT:  Okay.

5         Mr. Rossi, Ms. Napierala.

6         Mr. Rossi, you're on mute.

7         MR. ROSSI:  I apologize, Your Honor.

8         Gene Rossi with Natalie Napierala.  And Mr. Isaacs

9    is present.

10        Judge, the only concern we have -- and I

11   understand the U.S. Attorney's Office, Department of

12   Justice, is going to be deluged because of the two trials.

13        We would humbly and respectfully ask that the

14   deadline for filing not be in August.  I know it would put a

15   burden on the government, but they brought the case.  We

16   would ask for a later date sometime in September.

17        We are willing to give them an extra week, even

18   two weeks, for a response, and even more than that.  But we

19   think that the deadline in August, given that Ms. Rakoczy

20   and their office has been providing a ton of discovery, and

21   we have to thank them for that, but we think that we're

22   going to get more discovery and it's going to be rolling.

23   And to put a deadline in August, we don't think is fair to

24   the government.

25        And the last thing is, it's sort of -- it's not

1   the biggest issue in America, but I've had a couple trials

2   that began the Monday after Thanksgiving, Judge.  That is a

3   horrible day to start a trial.  It is terrible.  I was

4   hoping we could do it on Tuesday, start the Tuesday after

5   Thanksgiving.

6         THE COURT:  Is it because you think people are

7   still sleepy?

8         MR. ROSSI:  It's -- well, yes, number one.

9         Number two, plane flights.

10         THE COURT:  The trip to planet hangover is still

11   there on Monday.

12         MR. ROSSI:  Yes.  Gene Rossi and the Rossies

13   always have a great time.

14         But I'm serious, I'm not being facetious.  That is

15   horrible day not only for the voir dire panel but also the

16   attorneys.

17         It's not a great request, but it's something

18   I just thought of looking at the calendar.  Tuesday, that's

19   my ask, if you will.

20         THE COURT:  All right.  Mr. Uller on behalf of

21   Mr. Beeks.

22         MR. ULLER:  Good morning, Judge.

23         We don't have really anything of substance to add.

24   I know we do have motions outstanding.  I don't know if the

25   Court wanted to have arguments on those or whether it

 1   intended to rule on them on the papers.  But aside from

 2   that, I would echo --

 3            THE COURT:  What I can tell you is I haven't

 4   looked at them yet.

 5            And, you know, I'm going to have -- just in terms

 6   of sequencing these things, I've got to probably deal with

 7   the Rhodes motions first, and there are quite a few of

 8   those.  So I'll get to them when I can.  So that's what

 9   I can tell you.

10            MR. ULLER:  Okay.

11            THE COURT:  Okay.

12            Anything else from defense counsel?

13            MR. BRENNWALD:  Steve Brennwald for the Parkers.

14            I know this is sort of an amusing topic and a

15   joke, but I do agree with Mr. Rossi that it's best to try to

16   start on the following Tuesday.  Mondays are never great

17   days to start a big trial.  But anyway, it's up to the Court

18   obviously, but I agree with him and I would join.

19            THE COURT:  Can I just ask, Ms. Rakoczy, I mean,

20   what is your sense currently of the length of trial?

21   I mean, I'll be asking you the same question this afternoon.

22   But, you know, there have been additional pleas, which I

23   presume will be additional testifying witnesses.

24            Do you have a better sense today than when we

25   first started setting these cases down for how long you

1    think at least the government's case will take?  And at this

2    point, it's not clear to me how much, if anything, we're

3    going to hear from the defense.  I suspect there will be

4    some defendants who will be prepared to testify.  Beyond

5    that, I'm not sure.

6            MS. RAKOCZY:  Your Honor, I think that this -- you

7    know, we had been budgeting a month or so for these trials.

8            I think that the presentation of evidence, from

9    the government's perspective, will be smaller in this case

10   than in the Rhodes case, but not significantly so, because

11   I think some of the evidence that is admissible in the

12   Rhodes case is also necessary, from the government's

13   standpoint, in this case to establish the framework of the

14   conspiracy, and so there will be some evidence that is in

15   both trials.

16           And so I think this would only be slightly shorter

17   than a Rhodes trial.  I still think budgeting approximately

18   a month makes sense, particularly if we do wind up trying

19   all seven of these defendants together.

20           THE COURT:  Okay.

21           MS. RAKOCZY:  I would also just note, Your Honor,

22   I do not have any indication from any of the defense

23   attorneys for any of these defendants that any of them are

24   interested in pleading guilty at this time.

25           We haven't set a final plea deadline in this case

1    because trial is still somewhat of a ways off, but we will

2    be doing so in the near future.

3           But I do think that right now the government is

4    anticipating that all seven of these defendants are going to

5    trial.  And so if all seven are tried together, which I know

6    is still a little bit of a question of whether the Court can

7    accommodate that; but if they are, then certainly that could

8    make the trial go on for some time as well.

9           THE COURT:  So I have, you know, made inquiries,

10   and I should be getting some information later today, about

11   how many we can try in our Ceremonial Courtroom.  I am

12   told -- well, I don't know whether we can do seven;

13   I'm waiting to hear.

14          We have a second trial date, in case we have sort

15   of a spillover need, for next February, starting February 1.

16   What I can say is the following:  Given the request for

17   extensions of time in the Rhodes case, I'm going to just

18   hold off today on setting any deadlines for this matter

19   until I resolve what's going to happen in the Rhodes matter.

20   And I'll have to have discussions with counsel in that case

21   this afternoon about timing of that case.

22          And if I do move the dates in that case, it has

23   the potential to impact the dates in this case, meaning that

24   your trial date may be converted into a second trial date in

25   the Rhodes matter, and you all will be moved to February.

1          That, of course, is all dependent upon everybody

2    consenting to such a move, but I just want to give everybody

3    a heads-up of that possibility.  As I said, that's going to

4    depend upon what I hear this afternoon.

5          And it is also going to depend upon the

6    information I'm waiting to hear from our Clerk's Office

7    about the capacity of being able to try -- how many we can

8    reasonably try in the Ceremonial Courtroom.

9          And it's not just a matter of how many defendants

10   we can sit at a table.  We've got to take into account the

11   number of defense counsel and paralegal support.

12   Importantly, we need to think about the number of marshals

13   that are going to be present for a trial.

14          We need to think about do we have enough --

15   something as small as the number of telephones that we need

16   to have at counsel table.  All of these things are factors

17   in determining how many we can possibly try at once.  And so

18   that's all being talked about this morning, and I should

19   have more information about that later on today.

20          So I just want to give everybody a heads-up as to

21   that issue in terms of timing.  And so I think we'll see

22   where things are and I'll have a better sense of it later

23   today.

24          MR. ROSSI:  Your Honor?

25          THE COURT:  Yes, Mr. Rossi.

1          MR. ROSSI:  Yeah, Gene Rossi.

2          Your Honor, if Your Honor does decide to split up

3   the Crowl folks, how would you do that or are you able to

4   say today?

5          THE COURT:  Well, let's put it this way:  I'd set

6   two trial dates in part on the theory that I may not be able

7   to try all seven at once.  I'm trying to figure out whether

8   I can or not.

9          And if it turns out that I can't for some reason,

10  then they tell me, you know, look, we can't take more than

11  five, for example, in the Ceremonial Courtroom, we'll just

12  have to figure out later in time who's going to go first or

13  figure out what the trial groupings are.

14         I mean, I figure it will probably be four in one

15  trial and three in the other.  Some of that will depend on

16  what the government believes to be -- makes the most sense

17  in terms of the grouping and its presentation of evidence.

18  So that's not something I'm prepared to answer today.

19         MR. ROSSI:  Thank you, Judge.

20         THE COURT:  Yeah.

21         Okay.  Is there anything else we need to talk

22  about before we set down a next date?

23         MS. RAKOCZY:  No, Your Honor.

24         MR. ROSSI:  No, Your Honor.

25         THE COURT:  Okay.

1              So let's do the following.

2              Mr. Douyon, are we tolled through only -- I can't

3     remember from case to case how much we're tolled.

4              Are we tolled through today or beyond that for

5     purposes of this case?

6              MS. RAKOCZY:  I believe just through today,

7     Your Honor.

8              THE COURT:  Okay.

9              All right.  So let's do the following.  Why don't

10    we plan to come back in this case, if everybody is

11    available, let's just set down June 30th for a status

12    conference in this case.  So that's about 60 days out.  And

13    let's just set that down for 4:00 p.m.  And I think in terms

14    of schedule, what I'll just wait to do is see where we are

15    this afternoon.

16             Let me just ask at this juncture if I were to

17    continue the Rhodes trial, which would mean essentially

18    bumping this case back to February, would there be any

19    objection from defense counsel in doing so?

20             MS. HALLER:  No, Your Honor, from Connie Meggs.

21             MR. ROSSI:  Your Honor, William Isaacs.

22    No objection.

23             THE COURT:  Okay.

24             MR. BRENNWALD:  None for the Parkers either.

25             THE COURT:  I assume you'll let me know if there's

1   an objection.  I assume from silence --

2          MR. ULLER:  Yeah, Judge, I'll have to talk to

3   Mr. Beeks about it.  But if we do have any opposition to

4   that, we'll let the Court know.

5          THE COURT:  Okay.

6          MR. HER:  Same here, Your Honor.

7          This is Carmen Hernandez.

8          Your Honor, I will be out of town on June 30th.

9   But if we can join by video or phone, that's no problem.

10          THE COURT:  Yeah, look, my plan is to continue to

11   hold these hearings telephonically or by video.  The CARES

12   Act authorization doesn't impact our ability to hold these

13   status conferences by video.  And unless there's a

14   compelling reason for everybody to come in, I'm not going to

15   ask you all to do it, particularly your clients who are

16   scattered to various parts of the country.

17          So let me just kind of wait and see as to what

18   happens this afternoon.  We'll then figure out a schedule in

19   this case.  If the case does get bumped to February, I may,

20   frankly, just turn it over to you all to construct the

21   schedule and propose it.  That would both take into account

22   what you all need in terms of time.  And, from the

23   government's perspective, what it would need in terms of

24   resources in light of the new trial dates, if there are to

25   be new trial dates in the Rhodes matter.  So let's just all

1    wait and see what all that looks like until this afternoon,

2    if that's okay with everybody.

3            But in the interim, let's -- at a minimum, if I

4    could just get defense counsel to indicate whether they are

5    prepared to toll time for their clients through June the

6    30th.

7            So why don't we start with Ms. Hernandez.

8            MS. HERNANDEZ:  No objection, Your Honor.

9            THE COURT:  All right.

10           Mr. Brennwald on behalf of the Parkers.

11           MR. BRENNWALD:  We agree to toll.

12           THE COURT:  Okay.

13           Mr. Cooper.

14           MR. COOPER:  No objection, Your Honor.

15           THE COURT:  Ms. Haller or Ms. Woodward on behalf

16   of Ms. Meggs.

17           MS. HALLER:  No objection, Your Honor.

18           THE COURT:  Mr. Rossi, on behalf of Mr. Isaacs.

19           MR. ROSSI:  No objection, Your Honor.

20           THE COURT:  And Mr. Uller on behalf of Mr. Beeks.

21           MR. ULLER:  No objection, Judge.

22           THE COURT:  All right.

23           So I will toll time through June the 30th, as I do

24   find that the interests of justice outweigh the interests of

25   the public and the defendants in a speedy trial;

1   specifically, given the complexity of this case and the

2   amount of discovery that still needs to be disclosed, both

3   the Rule 16 discovery and any specific requests that the

4   defense has made to the government and the need to make

5   those disclosures and for the defense to consider those

6   disclosures.

7          Additionally, exclusion of time is warranted to

8   allow parties to contemplate potential additional motions

9   under Rule 12 and, just generally speaking given the

10  complexity of the case, the need to prepare for trial, the

11  exclusions of time is warranted through the 30th of June.

12         All right.  With that, is there anything else

13  anybody else would like to discuss while we are all

14  together?

15         MS. RAKOCZY:  Your Honor --

16         MR. ULLER:  I -- oh, go ahead, Ms. Rakoczy.

17         MS. RAKOCZY:  Sorry.  Thank you.

18         Just on the issue of pending motions, Your Honor,

19  there is -- Ms. Meggs filed a motion for change of venue,

20  the government filed a response, no one has joined that

21  motion but it will be argued in substance on the 17th.

22         So I just wanted to ask if it was prudent for the

23  Court to see if any defense attorneys want to raise an

24  opinion or want to schedule a separate argument on that

25  motion before the Court decides it in Rhodes.

1    MS. HALLER:  Your Honor, we filed that motion, and

2    I would just say we still have time for a reply.  And, yes,

3    we would agree to argue it at that time or before it.

4           THE COURT:  When you say "at that time," you mean

5    on the 17th?

6           MS. HALLER:  Yes, Your Honor.  Excuse me.

7           MS. HERNANDEZ:  Your Honor, we would be joining

8    the motion.

9           This is Ms. Hernandez on Mr. Crowl's behalf.

10           But I'll file a notice.

11           MR. BRENNWALD:  I will be joining for Mr. and

12    Ms. Parker as well.

13           MR. ROSSI:  Your Honor, Mr. Isaacs will also be

14    joining.  We'll file something.

15           MR. COOPER:  Same with Ms. Steele, Your Honor.

16           THE COURT:  Okay.

17           All right.  Well, as I've said in the past, if

18    anybody would like to join a motion that's been filed by

19    another defendant, you know, just filing a notice is the

20    best way to ensure that your record is preserved for appeal.

21    And so if you all would just do that, that'll ensure a clean

22    record as we move forward.

23           And thank you for the reminder, Ms. Rakoczy.

24           Okay.  Anything else, Counsel?

25           MR. ULLER:  Judge, just on behalf of Mr. Beeks, we

1    wouldn't oppose a February trial date.

2              THE COURT:  Okay.  Good.  That's good to know.

3              All right.  So stay tuned, we'll have more

4    information about the schedule in this matter after this

5    afternoon's proceedings, and we will take it from there.

6              Okay.  Thank you, everyone.

7              (Proceedings concluded at 10:47 a.m.)

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Please note:  This hearing occurred during the COVID-19 pandemic and is therefore subject to the technological limitations of court reporting remotely.



Date:__May 27, 2022_____     _____

William P. Zaremba, RMR, CRR

COURTROOM
DEPUTY: [2]  5/2 18/5
MR. BRENNWALD: [8]
 20/19 20/24 21/24 22/5
26/13 31/24 33/11
35/11
MR. COOPER: [6]
22/16 22/23 22/25 23/3
33/14 35/15
MR. HER: [1]  32/6
MR. ROSSI: [10]  24/7
25/8 25/12 29/24 30/1
30/19 30/24 31/21
33/19 35/13
MR. ULLER: [6]  25/22
26/10 32/2 33/21 34/16
35/25
MR. WOODWARD: [1]
23/8
MS. HALLER: [4]
31/20 33/17 35/1 35/6
MS. HERNANDEZ: [7]
18/7 18/11 20/2 20/17
21/18 33/8 35/7
MS. RAKOCZY: [17]
6/9 8/14 8/17 11/17
13/3 14/10 14/22 17/3
17/5 17/10 17/18 27/6
27/21 30/23 31/6 34/15
34/17
THE COURT: [50]

## 0

0826 [1]  2/5
0840 [1]  2/13

## 1

1000 [1]  4/4
10174-3699 [1]  3/18
1025 [1]  3/12
10:06 [1]  1/6
10:47 [1]  36/7
12 [5]  15/21 16/24 17/2
17/24 34/9
12.2 [2]  15/14 19/11
12.3 [2]  15/15 19/11
1431 [1]  2/21
14th [1]  9/19
1512 [5]  17/17 17/19
19/16 19/20 22/9
16 [2]  5/7 34/3
17th [3]  15/7 34/21
35/5
1808 [1]  3/8
182 [1]  4/8
19 [2]  5/8 37/6
1st [1]  23/1

## 2

20 [1]  19/17
200 [1]  10/4
200,000 [1]  9/20
20001 [3]  2/12 2/21
4/14
20003 [1]  2/16
20007 [1]  3/13
20010 [1]  3/8

202 [6]  1/17 2/21 3/5
3/9 3/14 4/14
2022 [2]  1/6 37/10
20530 [1]  1/17
20777 [1]  2/8
21-28 [2]  1/5 5/3
21-CR-453 [2]  22/10
22/22
212 [1]  3/18
22 [1]  4/3
221-9900 [1]  4/9
240 [1]  2/8
252-7277 [1]  1/17
260-9900 [1]  4/5
2615 [1]  3/5
27 [1]  37/10
2747 [1]  3/18
28 [2]  1/5 5/3
28th [1]  6/25
2nd [1]  23/2

## 3

300 [1]  2/4
301 [1]  2/17
3065 [1]  2/4
30th [5]  31/11 32/8
33/6 33/23 34/11
310 [1]  2/12
3249 [1]  4/14
333 [1]  4/13
3391 [1]  2/8
350 [1]  2/20
352-2615 [1]  3/5
354-3249 [1]  4/14
3699 [1]  3/18
36th [1]  3/17
372 [2]  17/8 19/16

## 4

400 [2]  2/20 3/13
400-1431 [1]  2/21
405 [1]  3/17
410 [1]  2/5
414 [1]  4/9
453 [5]  22/10 22/22
22/23 22/24 22/25
472-3391 [1]  2/8
4:00 [1]  31/13

## 5

503 [1]  2/11
517 [1]  4/8
53202 [1]  4/9
53703 [1]  4/4
555 [1]  1/16
5th [1]  2/20

## 6

60 days [1]  31/12
601 [1]  3/3
608 [1]  4/5
6th [12]  8/13 8/22 8/24
10/6 10/20 12/14 13/10
13/13 14/1 14/8 14/12
14/14

703 [1]  2/13
7166 [1]  2/7
7277 [1]  1/7
7310 [1]  2/3
7447 [1]  3/9
7727 [1]  2/17
785-2747 [1]  3/18
787-0826 [1]  2/5

## 8

8100 [1]  3/14

## 9

900 [1]  3/4
922 [1]  2/16
928-7727 [1]  2/17
965-8100 [1]  3/14
989-0840 [1]  2/13
9900 [2]  4/5 4/9
996-7447 [1]  3/9

## A

a.m [2]  1/6 36/7
ability [2]  9/8 32/12
able [4]  21/21 29/7
30/3 30/6
about [24]  6/8 8/18
8/22 12/16 13/11 13/14
14/13 14/13 14/24
15/25 18/1 18/12 23/15
28/10 28/21 29/7 29/12
29/14 29/18 29/19
30/22 31/12 32/3 36/4
above [1]  37/4
above-titled [1]  37/4
absent [1]  15/19
accommodate [1]  28/7
according [1]  21/7
account [3]  10/5 29/10
32/21
accounts [3]  7/12 7/17
11/19
accurately [1]  12/16
across [1]  10/6 12/14
14/1
Act [1]  32/12
acting [3]  13/8 13/8
14/11
add [7]  21/1 21/18 22/1
22/16 23/5 23/19 25/23
added [2]  17/8 23/10
additional [9]  12/5
16/22 17/24 19/21
23/17 23/20 26/22
26/23 34/8
Additionally [1]  34/7
address [3]  15/9 16/15
17/23
addressing [3]  15/6
17/12 20/24
adequately [1]  20/4
admissible [2]  13/22
27/11
advance [4]  6/24 6/24
7/3 7/8
after [4]  18/2 25/2 25/4
36/4

afternoon [6] 6/8 6/9
28/21 29/4 31/15 32/18
33/1
afternoon's [1]  36/5
agent [3]  13/7 14/7
14/11
agents [2]  14/8 14/11
agree [6]  7/4 7/7 26/15
26/18 33/11 35/3
agreeing [1]  13/21
ahead [2]  17/4 34/16
aided [1]  4/16
al [2]  1/6 6/13
all [43]
All right [2]  8/16 33/22
allow [3]  19/11 21/10
34/8
almost [1]  10/4
also [14]  5/14 7/11 8/1
9/6 15/11 16/1 19/16
19/18 23/24 25/15
27/12 27/21 29/5 35/13
although [4]  11/22
12/6 20/10 21/6
Alvin [1]  5/6
always [1]  25/13
am [1]  28/11
AMERICA [3]  1/3 5/4
5/24
AMIT [1]  1/10
amount [2]  6/11 34/2
amusing [1]  26/14
another [4]  9/2 12/3
15/19 35/19
answer [5]  10/22 13/18
14/13 14/16 30/18
answering [1]  13/24
anticipate [2]  6/23
23/24
anticipating [1]  28/4
any [24]  6/7 11/13
14/11 14/13 16/12 17/2
17/12 17/24 19/1 19/3
20/3 20/4 21/12 21/15
24/1 27/22 27/22 27/23
27/23 28/18 31/18 32/3
34/3 34/23
anybody [3]  17/1 34/13
35/18
anything [11]  14/20
21/1 21/12 22/4 24/2
25/23 26/12 27/2 30/21
34/12 35/24
anyway [1]  26/17
aol.com [1]  2/9
apologize [1]  24/7
appeal [4]  20/3 20/5
24/1 35/20
Appeals [1]  20/7
APPEARANCES [4]
1/14 1/20 2/24 3/20
appearing [1]  5/22
appears [1]  13/17
appreciate [1]  23/15
approach [2]  12/14
16/5
approximately [2]  9/23
27/17

April [1]  15/1
Arden [1]  4/2
are [64]
argue [1]  35/3
argued [1]  34/21
argument [1]  34/24
arguments [2]  20/4
34/23
as [31]  7/15 7/16 8/2
9/17 11/1 12/7 12/18
12/20 13/7 13/23 13/23
14/7 14/11 17/22 19/15
20/21 23/19 23/19
23/25 23/25 24/1 28/8
29/3 29/15 29/15 29/20
32/17 33/23 35/12
35/17 35/22
as Ms. Rakoczy [1]
19/15
aside [2]  11/13 26/1
ask [16]  14/24 15/9
16/1 16/3 16/20 17/23
19/10 22/18 23/22
24/13 24/16 25/19
26/19 31/16 32/15
34/22
asked [2]  18/12 18/14
asking [2]  13/15 26/21
asserted [1]  23/15
assigned [1]  14/2
assist [1]  8/5
assistance [1]  13/15
assume [3]  16/1 31/25
32/1
attempting [1]  13/18
attention [2]  11/14
19/23
ATTORNEY'S [2]  1/16
24/11
attorneys [10]  8/19
8/23 10/12 10/16 12/15
13/14 14/2 25/16 27/23
34/23
August [4]  16/10 24/14
24/19 24/23
authority [4]  15/16
19/3 19/8 23/11
authorization [1]  32/12
available [1]  31/11
avenue [6]  2/16 3/3
3/17 4/8 4/13 13/5
aware [7]  9/17 9/22
13/3 19/25 22/7 22/10
22/14
away [1]  15/2

## B

back [5]  14/23 15/1
23/14 31/10 31/18
backstop [1]  10/17
Barrett [1]  4/13
base [1]  6/4
based [4]  7/21 8/2
17/17 18/16
basis [1]  11/24 12/5
Bates [2]  22/9 22/11
Bates' [1]  22/19
be [65]

**B**

**because [8]** 7/4 9/16 18/24 23/13 24/12 25/6 27/10 28/1
**Beeks [9]** 4/2 5/8 5/21 16/22 16/23 25/21 32/3 33/20 35/25
**been [20]** 6/18 7/5 8/10 9/21 9/24 10/1 10/6 10/8 11/20 12/12 16/25 19/18 21/12 21/14 22/8 23/13 24/20 26/22 27/7 35/18
**before [11]** 1/10 6/10 6/15 14/20 16/17 20/21 21/4 23/23 30/22 34/25 35/3
**began [1]** 25/2
**beginning [1]** 12/4
**begins [1]** 16/18
**behalf [16]** 13/8 13/8 15/5 16/22 18/4 19/5 22/4 22/15 23/7 25/20 33/10 33/15 33/18 33/20 35/9 35/25
**being [11]** 8/1 9/7 9/11 12/18 13/1 13/17 14/9 23/15 25/14 29/7 29/18
**believe [6]** 7/1 9/19 13/19 19/14 20/9 31/6
**believed [1]** 18/19
**believes [2]** 8/11 30/16
**benefit [1]** 6/14
**Bennie [4]** 2/15 5/6 5/15 20/25
**Bennie Alvin [1]** 5/6
**Bennie Parker [1]** 5/15
**best [3]** 13/7 26/15 35/20
**better [2]** 26/24 29/22
**beyond [5]** 11/8 14/2 14/12 27/4 31/4
**big [2]** 21/16 26/17
**biggest [1]** 25/1
**bit [7]** 11/8 14/2 14/3 16/4 16/11 18/18 28/6
**body [1]** 9/25
**body-worn [1]** 9/25
**both [10]** 7/14 8/18 10/14 14/24 16/11 16/15 20/24 27/15 32/21 34/2
**BRAND [1]** 3/7
**brandwoodwardlaw.c om [1]** 3/10
**Brennwald [7]** 2/15 2/15 5/12 5/14 20/20 26/13 33/10
**bring [1]** 6/6
**bringing [1]** 19/23
**broader [1]** 13/25
**brought [2]** 19/22 24/15
**buckets [1]** 12/21
**budgeting [2]** 27/7 27/17
**Building [1]** 3/4
**bulk [4]** 7/2 7/9 11/5

**bumped [1]** 32/19
**bumping [1]** 31/18
**burden [1]** 24/15
**Burnie [1]** 2/4

**C**

**Caldwell [2]** 2/2 15/5
**calendar [2]** 15/1 25/18
**came [1]** 21/4
**camera [1]** 9/25
**can [22]** 8/17 11/6 12/24 13/19 14/5 18/9 18/10 21/12 21/15 26/3 26/8 26/9 26/19 28/6 28/11 28/12 28/16 29/7 29/10 29/17 30/8 32/9
**can't [3]** 30/9 30/10 31/2
**capacity [1]** 29/7
**Capitol [3]** 13/12 13/13 14/14
**care [1]** 21/24
**CARES [1]** 32/11
**CARLTON [2]** 3/12 3/16
**carltonfields.com [2]** 3/15 3/19
**Carmen [4]** 2/7 5/11 21/19 32/7
**Carmen Hernandez [2]** 5/11 32/7
**case [60]**
**case-specific [6]** 8/18 10/23 11/3 11/5 11/16 12/21
**cases [11]** 7/15 8/24 10/6 10/20 10/21 12/14 14/1 20/25 20/25 21/11 26/25
**catch [1]** 10/18
**category [1]** 14/9
**CCTV [1]** 9/24
**central [1]** 9/6
**Ceremonial [3]** 28/11 29/8 30/11
**certain [2]** 13/5 15/13
**certainly [4]** 6/24 11/8 23/23 28/7
**Certified [1]** 4/12
**certify [1]** 37/2
**CH [1]** 4/13
**chance [2]** 9/1 11/21
**change [2]** 15/3 34/19
**charge [5]** 17/8 17/14 17/16 17/17 23/25
**charged [1]** 7/15
**charges [2]** 17/1 19/15
**check [2]** 6/1 22/20
**checking [1]** 21/17
**chernan7 [1]** 2/9
**Chief [1]** 20/21
**Chief Judge Howell [1]** 20/21
**civilian [9]** 6/16 6/18 6/20 7/2 7/9 8/9 8/10 8/12 11/12
**civilians [1]** 13/14

**clean [1]** 35/21
**clear [1]** 27/2
**Clerk's [2]** 21/20 29/6
**client [1]** 19/5
**clients [3]** 6/15 32/15 33/5
**close [2]** 16/18 23/23
**closely [1]** 21/5
**cloud [1]** 7/21
**cloud-based [1]** 7/21
**collated [1]** 9/4
**colleagues [1]** 22/17
**COLUMBIA [1]** 1/1
**come [6]** 9/3 10/20 11/13 12/11 31/10 32/14
**coming [1]** 10/25
**community [1]** 23/14
**compelling [1]** 32/14
**compiled [1]** 9/7
**complete [1]** 11/8
**completed [3]** 7/11 11/11 19/7
**completing [1]** 10/10
**complexity [2]** 34/1 34/10
**comprehensive [1]** 14/19
**computer [1]** 4/16
**computer-aided [1]** 4/16
**computers [1]** 11/18
**concern [2]** 18/25 24/10
**concerns [1]** 6/22
**concluded [1]** 36/7
**conference [2]** 1/9 31/12
**conferences [1]** 32/13
**confidential [1]** 14/13
**connection [1]** 7/5
**Connie [3]** 3/2 5/7 31/20
**consent [1]** 7/18
**consenting [1]** 29/2
**consider [4]** 15/24 16/4 16/8 34/5
**considered [1]** 13/1
**considering [1]** 16/2
**conspiracy [6]** 17/8 17/16 17/19 19/16 21/7 27/14
**constantly [1]** 8/20 9/10
**Constitution [1]** 4/13
**construct [1]** 32/20
**contemplate [1]** 34/8
**continue [2]** 31/17 32/10
**CONTINUED [3]** 2/1 3/1 4/1
**convenient [1]** 8/6
**converted [1]** 28/24
**Cooper [5]** 2/19 2/19 5/16 22/15 33/13
**cooperators [1]** 18/16
**coordinate [2]** 12/15

**coordinating [1]** 29/21
**correct [2]** 20/9 37/3
**could [6]** 8/7 14/24 22/18 25/4 28/7 33/4
**counsel [11]** 6/14 14/21 17/23 21/23 26/12 28/20 29/11 29/16 31/19 33/4 35/24
**count [3]** 17/11 17/12 17/17
**country [1]** 32/16
**couple [2]** 7/22 25/1
**course [2]** 20/8 29/1
**court [33]** 1/1 4/11 4/12 6/10 6/15 9/16 9/17 9/22 13/3 15/9 15/11 15/19 15/22 16/1 16/4 16/8 16/12 16/13 18/12 19/13 19/19 20/6 20/7 20/8 22/18 24/3 25/25 26/17 28/6 32/4 34/23 34/25 37/7
**Court's [1]** 19/23
**Courtroom [3]** 28/11 29/8 30/11
**covered [1]** 15/14
**COVID [1]** 37/6
**COVID-19 [1]** 37/6
**CR [3]** 1/5 22/10 22/22
**Criminal [2]** 5/3 19/2 19/10
**CROWL [8]** 1/6 2/7 5/4 5/11 16/15 16/19 18/4 30/3
**Crowl's [1]** 35/9
**CRR [2]** 37/2 37/11
**cs.com [1]** 2/17
**curious [1]** 12/24
**current [2]** 12/1 12/4
**currently [1]** 18/6 26/20

**D**

**D.C [9]** 1/5 1/17 2/12 2/16 2/21 3/5 3/8 3/13 4/14
**data [9]** 7/25 8/1 8/4 9/10 9/14 10/2 10/17 11/1 12/13
**database [2]** 9/1 9/4
**date [12]** 6/6 6/25 15/1 15/7 19/12 24/16 28/14 28/24 28/24 30/22 36/1 37/10
**dates [6]** 12/19 28/22 28/23 30/6 32/24 32/25
**David [1]** 2/2
**day [4]** 21/13 21/17 25/3 25/15
**days [2]** 26/17 31/12
**deadline [20]** 14/25 15/8 15/19 15/20 15/20 15/21 15/25 16/21 16/24 17/25 19/1 19/6 19/11 19/12 20/12 23/22 24/14 24/19 24/23 27/25
**deadlines [2]** 16/9

**deal [2]** 21/16 26/6
**decide [1]** 30/2
**decides [1]** 34/25
**decision [5]** 19/22 20/1 20/9 22/8 22/9
**decisions [1]** 19/18
**defendant [24]** 2/2 2/6 2/10 2/14 2/18 3/2 3/11 4/2 5/4 5/5 5/5 5/6 5/6 5/7 5/7 5/11 5/13 5/14 5/16 5/18 5/20 5/21 10/21 35/19
**Defendant Beeks [1]** 5/21
**Defendant Isaacs [1]** 5/20
**Defendant Meggs [1]** 5/18
**Defendant No [1]** 5/5
**defendants [15]** 1/7 5/22 7/15 10/6 10/19 13/4 13/5 16/25 17/13 27/4 27/19 27/23 28/4 29/9 33/25
**defendants' [2]** 8/24 9/9
**DEFENDER [2]** 4/2 4/7 7/7 7/9 7/18 7/24 8/2 8/3 8/23 9/21 11/4 12/10 12/25 13/14 13/17 14/21 15/12 15/17 15/22 15/24 17/23 19/3 19/4 19/8 21/23 23/11 23/13 23/15 23/19 26/12 27/3 27/22 29/11 31/19 33/4 34/4 34/5 34/23
**defense [36]** 7/7 7/9
**defense-based [1]** 8/2
**defense-specific [2]** 12/10 12/25
**defenses [5]** 13/21 15/13 15/15 15/16 15/25
**deluged [1]** 24/12
**department [2]** 11/3 24/11
**depend [3]** 29/4 29/5 30/15
**dependent [1]** 29/1
**describe [1]** 14/7
**described [1]** 13/7
**determining [2]** 13/16 29/17
**developments [1]** 19/18
**devices [2]** 7/12 10/5
**different [2]** 16/4 21/11
**digital [1]** 7/23
**dire [1]** 25/15
**disagrees [1]** 22/13
**disclose [2]** 8/22 18/21
**disclosed [3]** 10/24 19/9 34/2
**disclosures [4]** 6/7 7/8 34/5 34/6
**discovery [27]** 6/7 6/12 6/16 7/6 7/9 7/14 7/19

**D**

discovery... [20]  8/3
8/18 9/17 9/19 10/23
11/3 11/5 11/7 12/3
12/21 18/12 18/14
18/17 18/18 19/6 23/23
24/20 24/22 34/2 34/3
discuss [1]  34/13
discussed [4]  6/12
15/22 21/2 21/3
discussions [1]  28/20
dismiss [1]  17/11
dismissed [1]  19/20
distant [1]  6/23
DISTRICT [3]  1/1 1/1
1/10
divide [1]  16/14
do [34]  6/23 7/1 7/7
8/17 8/25 9/8 10/14
12/13 14/10 15/3 15/6
15/15 15/16 15/20
20/12 23/24 25/4 25/24
26/15 26/24 27/18
27/22 28/3 28/12 28/22
29/14 30/3 31/1 31/9
31/14 32/3 32/15 33/23
35/21
Do you have [1]  26/24
documents [1]  9/21
does [3]  14/3 30/2
32/19
doesn't [1]  32/12
doing [5]  5/25 9/13
11/2 28/2 31/19
don't [18]  6/6 14/12
17/1 17/10 17/12 18/3
18/23 20/16 21/1 21/9
23/16 24/2 24/23 25/23
25/24 28/12 31/9 33/7
DONOVAN [3]  1/6 2/7
5/4
double [1]  22/20
double-check [1]
22/20
Douyon [2]  21/4 31/2
down [4]  26/25 30/2
31/11 31/13
drive [2]  7/24 7/24
due [1]  6/21
during [2]  18/18 37/5
dwindle [1]  12/7
dwindling [1]  11/1

**E**

each [1]  17/23
early [4]  12/1 12/2 16/9
16/10
earnest [1]  11/6
East [1]  4/3
ECF [1]  21/20
echo [2]  23/9 26/2
Edmund [1]  3/7
effort [1]  8/22
efforts [1]  8/20
either [5]  6/21 7/17
13/7 19/11 31/24
electronic [6]  7/12
7/21 9/4 11/15 11/15

else [9]  14/20 22/1
22/4 23/5 26/12 30/21
34/12 34/13 35/24
Email [13]  1/18 1/19
2/5 2/9 2/13 2/17 2/22
3/6 3/9 3/14 3/19 4/5
4/10
Empire [1]  2/4
end [2]  6/3 16/7
enough [1]  29/14
ensure [4]  35/20 35/21
entirety [1]  8/12
especially [1]  15/6
essentially [1]  31/17
establish [1]  27/13
et [2]  1/6 6/13
ettinger [2]  4/2 4/5
Eugene [3]  3/11 5/19
evaluates [1]  22/13
even [5]  9/12 18/22
18/23 24/17 24/18
event [2]  14/22 16/11
every [2]  21/13 21/17
everybody [9]  5/25 6/5
22/7 29/1 29/2 29/20
31/10 32/14 33/2
everyone [3]  5/24 18/2
36/6
everything [2]  21/13
23/9
evidence [12]  7/23
8/23 9/7 11/13 11/15
11/18 13/22 13/25 27/8
27/11 27/14 30/17
Evidence.com [1]  9/23
example [4]  12/24
18/13 19/8 30/11
exclusion [1]  34/7
exclusions [1]  34/11
Excuse [1]  35/6
executed [1]  11/22
expect [1]  17/24
experience [1]  23/12
extensions [1]  28/17
extent [2]  13/19 13/19
external [1]  7/24
extra [1]  24/17

**F**

faces [1]  9/10
facetious [1]  25/14
facial [1]  9/8
fact [1]  16/6
factors [1]  29/16
fair [1]  21/24
far [1]  23/19
fashion [1]  20/7
FBI [4]  9/4 9/7 10/10
11/25
FBI's [1]  9/1
fd.org [2]  4/5 4/10
February [8]  12/1
18/13 28/15 28/15
28/25 31/18 32/19 36/1
FEDERAL [4]  4/2 4/7
19/2 19/10
few [4]  8/4 12/12 13/2

FIELDS [2]  3/12 3/16
figure [5]  30/7 30/12
30/13 30/14 32/18
file [4]  7/21 17/25
35/10 35/14
file-sharing [1]  7/21
filed [8]  15/4 17/2
20/14 21/14 34/19
34/20 35/1 35/18
files [1]  13/25
filing [5]  17/24 20/13
23/24 24/14 35/19
filings [1]  21/15
final [1]  27/25
find [2]  13/14 33/24
fine [1]  18/10
finishing [1]  12/20
first [4]  18/3 26/7 26/25
30/12
Fischer [3]  2/2 2/3 15/5
fischerandputzi [1]  2/6
fit [1]  14/8
five [1]  30/11
flag [4]  9/16 10/14
15/11 15/24
flights [1]  25/9
Floor [1]  3/17
folks [2]  13/6 30/3
follow [1]  21/5
following [5]  12/2
26/16 28/16 31/1 31/9
footage [1]  9/25
foregoing [1]  37/3
forward [5]  6/5 10/24
11/14 19/3 35/22
four [4]  11/4 11/11
12/19 30/14
Fourth [1]  1/16
framework [1]  27/13
frankly [1]  32/20
further [1]  6/7
future [4]  6/24 11/22
14/16 28/2

**G**

gathering [1]  12/12
Gene [3]  24/8 25/12
30/1
general [1]  15/8
generally [1]  34/9
get [8]  9/12 9/13 14/23
21/21 24/22 26/8 32/19
33/4
getting [3]  14/15 21/12
28/10
give [5]  12/24 21/22
24/17 29/2 29/20
given [6]  21/11 21/15
24/19 28/16 34/1 34/9
Glen [1]  2/4
global [6]  8/3 8/18 9/16
9/19 11/7 12/14
gmail.com [1]  2/13
go [8]  10/17 17/4 17/22
21/13 23/13 28/8 30/12
34/16
go ahead [2]  17/4

going [24]  10/24 11/7
11/14 12/7 12/20 13/21
17/1 19/3 19/4 23/16
23/20 24/12 24/22
24/22 26/5 27/3 28/4
28/17 28/19 29/3 29/5
29/13 30/12 32/14
good [6]  5/2 5/24 18/8
25/22 36/2 36/2
Good morning [2]
5/24 18/8
got [2]  20/21 26/6
29/10
gotten [1]  18/2
government [29]  1/15
5/10 6/11 6/16 8/11
8/19 9/18 10/12 10/12
10/15 13/8 13/12 14/2
14/7 14/11 14/23 15/12
16/14 18/21 20/10 21/8
23/12 23/21 24/15
24/24 28/3 30/16 34/4
34/20
government's [8]
11/14 14/6 16/16 18/12
27/1 27/9 27/12 32/23
Governor [1]  2/3
grand [1]  6/17
great [4]  9/18 25/13
25/17 26/16
grossi [1]  3/15
grouping [1]  30/17
groupings [1]  30/13
groups [1]  13/9
guidance [1]  14/15
guilty [1]  27/24

**H**

had [4]  14/25 16/24
25/1 27/7
Haller [5]  3/2 3/3 5/17
23/7 33/15
hallerjulia [1]  3/6
handful [4]  6/20 7/16
11/21 12/11
hangover [1]  25/10
happen [2]  16/18 28/19
happening [1]  21/6
happens [1]  32/18
happy [1]  16/1
has [19]  6/11 6/16 7/7
7/9 7/18 9/18 11/16
11/20 15/12 15/20
18/21 20/10 22/8 23/9
23/13 24/20 28/22 34/4
34/20
have [54]
haven't [2]  26/3 27/25
having [2]  15/15 15/16
he's [1]  20/21
he's got [1]  20/21
heads [2]  29/3 29/20
heads-up [2]  29/3
29/20
health [1]  19/4
hear [6]  18/9 18/10
27/3 28/13 29/4 29/6

hearing [5]  7/11 15/7
15/10 20/21 37/5
hearings [1]  32/11
helped [1]  21/21
helpful [4]  13/23 14/18
16/16 21/16
here [4]  6/1 6/15 18/2
32/6
Hernandez [12]  2/7
5/11 18/3 18/6 20/18
21/2 21/19 23/9 23/25
32/7 33/7 35/9
hiatus [1]  16/11
Highland [1]  2/8
Highway [1]  2/3
him [1]  20/11
his [1]  20/11
hits [1]  9/14
hold [4]  18/1 28/18
32/11 32/12
Hollow [1]  2/7
Honor [43]
HONORABLE [1]  1/10
hope [2]  5/24 7/21
hopeful [1]  12/18
hopefully [5]  8/4 10/18
11/4 12/2 14/16
hoping [1]  25/4
horrible [2]  25/3 25/15
hotmail.com [1]  2/6
how [3]  6/2 6/5 8/4
12/16 14/15 26/25 27/2
28/11 29/7 29/9 29/17
30/3 31/3
Howell [1]  20/21
humbly [1]  24/13
hundred [1]  10/10
hundreds [1]  10/7

**I**

I am [1]  28/11
I asked [1]  18/14
I believe [4]  9/19 19/14
26/3 26/9 28/16 30/8
I can [6]  18/10 21/12
26/3 26/9 28/16 30/8
I can't [1]  30/9
I don't [4]  14/12 17/1
21/1 23/16
I have [4]  22/1 22/16
23/5 28/9
I haven't [1]  26/3
I hope [1]  5/24
I just [3]  25/18 29/2
29/20
I know [5]  17/10 24/14
25/24 26/14 28/5
I mean [4]  16/21 26/19
26/21 30/14
I should [3]  21/3 28/10
29/18
I think [20]  9/23 10/4
11/2 11/3 12/6 13/3
13/4 13/6 14/23 14/25
19/9 20/3 20/4 20/5
21/4 23/17 27/6 27/8
27/11 31/13
I understand [1]  20/10

**I**
I was [1]  25/3
I will [5]  19/22 21/22 32/8 33/23 35/11
I would [1]  26/2
I'd [1]  30/5
I'll [11]  16/20 17/23 20/20 20/24 26/8 26/21 28/20 29/22 31/14 32/2 35/10
I'm [23]  8/14 11/13 12/24 14/12 16/21 17/5 17/15 18/8 18/8 19/25 20/12 23/18 23/18 25/14 25/14 26/5 27/5 28/13 28/17 29/6 30/7 30/18 32/14
I'm going [2]  26/5 28/17
I'm just [1]  12/24
I'm not [1]  25/14
I'm sorry [1]  18/8
I'm waiting [1]  28/13
I've [3]  25/1 26/6 35/17
identified [2]  18/17 18/18
identify [1]  18/24
identifying [2]  13/15 19/2
identity [2]  18/15 18/15
impact [2]  28/23 32/12
important [5]  6/8 7/4 7/7 9/16 21/5
Importantly [1]  29/12
imposed [1]  19/6
including [1]  20/14
increases [1]  19/6
indicate [1]  33/4
indicated [1]  19/15
indication [1]  27/22
indictment [1]  17/7
infirmity [1]  15/16
informant [2]  18/19 18/20
informants [4]  13/12 14/14 18/16 18/23
information [11]  10/18 13/20 14/9 14/10 18/22 21/23 23/21 28/10 29/6 29/19 36/4
inquiries [4]  12/17 13/11 13/18 28/9
insanity [1]  15/15
inside [1]  13/13
instance [1]  9/21
instead [1]  18/9
instigating [1]  13/9
intelligence [1]  23/14
intended [1]  26/1
interested [1]  27/24
interests [2]  33/24 33/24
interim [1]  33/3
interrupt [1]  8/7
interrupting [1]  17/5
interview [1]  12/6
interviewed [2]  6/18 7/5

interviews [1]  12/2
investigation [8]  6/22 7/6 7/13 8/13 10/25 11/2 12/6 14/1
investigations [1]  8/21
investigative [2]  11/25 12/8
is [90]
is there [4]  11/12 11/15 30/21 34/12
Isaacs [7]  3/11 5/7 5/20 24/8 31/21 33/18 35/13
isn't [2]  17/15 17/16
issue [5]  15/12 23/11 25/1 29/21 34/18
issued [1]  23/1
issues [6]  6/7 16/12 16/17 19/9 19/24 24/1
it [38]
it's [18]  6/4 21/4 21/16 22/10 22/20 22/21 22/21 22/22 24/22 24/25 24/25 25/8 25/17 25/17 26/15 26/17 27/2 29/9
items [1]  10/24
its [1]  30/17

**J**
James [2]  4/2 5/8
January [11]  8/13 8/22 8/24 10/6 10/20 12/14 13/10 14/1 14/8 14/14 17/7
January 6th [1]  14/1
Jefferson [1]  3/12
Jeffrey [1]  1/15 5/9
jeffrey.nestler [1]  1/19
Jencks [1]  7/2
jessica [2]  4/2 4/5
John [3]  2/10 2/11 5/12
johnlmachado [1]  2/13
join [3]  26/18 32/9 35/18
joined [1]  34/20
joining [5]  18/8 20/13 35/7 35/11 35/14
joke [1]  26/15
joshua [3]  4/6 4/10 5/21
Jr [1]  3/7
JUDGE [18]  1/10 19/20 19/22 20/9 20/10 20/21 22/8 22/9 22/11 22/12 22/19 24/10 25/2 25/22 30/19 32/2 33/21 35/25
Judge Bates [2]  22/9 22/11
Judge Bates' [1]  22/19
Judge Nichols [1]  19/20
Judge Nichols' [4]  19/22 20/9 22/8 22/12
judges [1]  19/19
Juli [1]  5/17
Julia [2]  3/2 3/3
juncture [1]  31/16

jury [1]  6/17
just [40]

**K**
Kathryn [2]  1/15 5/9
Kathryn Rakoczy [1]  5/9
kathryn.rakoczy [1]  1/18
keep [3]  8/21 21/10 21/16
keyword [1]  8/25 9/3
kind [1]  32/17
know [22]  6/8 16/24 17/1 17/10 17/10 17/12 21/9 24/14 25/24 25/24 26/5 26/14 26/22 27/7 28/5 28/9 28/12 30/10 31/25 32/4 35/19 36/2

**L**
largely [2]  7/20 10/23
last [6]  6/10 6/15 7/11 9/19 12/12 24/25
late [1]  16/7
later [6]  19/12 24/16 28/10 29/19 29/22 30/12
Laura [2]  2/19 5/6
LAW [3]  2/11 3/3 3/7
lead [1]  13/22
learn [1]  8/22
least [4]  17/14 18/17 21/11 27/1
leaving [1]  11/13
left [1]  11/11
legal [1]  7/17
length [1]  26/20
let [5]  22/20 31/16 31/25 32/4 32/17
let's [8]  18/1 30/5 31/1 31/9 31/11 31/13 32/25 33/3
Lexington [1]  3/17
light [3]  15/7 16/6 32/24
like [3]  33/1 34/13 35/18
likely [3]  7/3 11/23 20/12
limitations [1]  37/7
line [1]  13/17
little [6]  11/8 14/1 14/3 16/4 16/11 28/6
LLP [1]  2/15
location [1]  9/6
long [1]  26/25
look [6]  20/6 20/7 21/13 22/11 30/10 32/10
looked [1]  26/4
looking [1]  25/18
looks [1]  33/1
lot [2]  10/1 13/24

**M**
M-c-H-u-g-h [1]  22/22
Machado [5]  2/10 2/11 5/12 20/16 20/20
made [4]  9/18 19/19 28/9 34/4
Madison [1]  4/4
main [1]  12/21
make [4]  7/8 8/20 28/8 34/4
makes [2]  27/18 30/16
making [1]  8/20
many [4]  28/11 29/7 29/9 29/17
March [1]  6/15
marshals [1]  7/2
materials [3]  7/2 7/6 11/6
matter [9]  6/2 22/9 28/18 28/19 28/25 29/9 32/25 36/4 37/4
max [1]  19/17
may [15]  1/6 10/20 11/13 12/4 14/8 15/7 16/16 21/18 22/7 23/1 23/2 28/24 30/6 32/19 37/10
May 2nd [1]  23/2
maybe [3]  16/10 17/15 21/3
McHugh [4]  22/10 22/21 22/21 22/22
MD [2]  2/4 2/8
me [13]  6/6 6/8 12/24 14/23 18/9 21/21 22/20 27/2 30/10 31/16 31/25 32/17 35/6
mean [7]  12/25 16/21 26/19 26/21 30/14 31/17 35/4
meaning [1]  28/23
mechanical [1]  4/15
media [1]  10/5 11/18
Meggs [8]  3/2 5/7 5/18 15/4 23/7 31/20 33/16 34/19
MEHTA [1]  1/10
mental [2]  15/15 19/4
mental-health [1]  19/4
mentioning [1]  9/2
Merit [1]  4/11
Mifflin [1]  4/3
Miller [1]  19/21
Milwaukee [1]  4/9
mindful [1]  12/18
minimum [1]  33/3
Mink [1]  2/7
misrecollecting [1]  17/16
moment [1]  8/8
Monday [2]  25/2 25/11
Mondays [1]  25/2
month [2]  27/7 27/18
months [5]  6/4 6/24 7/3 12/12 13/2
more [11]  10/7 10/10 11/12 11/15 12/14 14/3 24/18 24/22 29/19

morning [6]  5/2 5/24 6/1 18/8 25/22 29/18
most [4]  6/17 8/6 12/16 30/16
mostly [1]  10/24
motion [12]  15/3 15/4 15/6 17/11 17/13 19/20 34/19 34/21 34/25 35/1 35/8 35/18
motions [21]  14/25 15/8 15/21 15/22 15/23 15/23 16/21 16/22 16/24 17/2 17/24 17/25 19/12 19/14 20/12 20/13 23/24 25/24 26/7 34/8 34/18
move [4]  20/16 28/22 29/2 35/22
moved [2]  20/10 28/25
moving [1]  6/5
Mr [1]  24/8
Mr. [27]  15/5 15/5 16/22 16/23 18/4 20/16 20/20 21/4 22/15 24/5 24/6 25/20 25/21 26/15 29/25 31/2 32/3 33/10 33/13 33/18 33/18 33/20 33/20 35/9 35/11 35/13 35/25
Mr. and [1]  35/11
Mr. Beeks [6]  16/22 16/23 25/21 32/3 33/20 35/25
Mr. Brennwald [1]  33/10
Mr. Caldwell [1]  15/5
Mr. Cooper [2]  22/15 33/13
Mr. Crowl [1]  18/4
Mr. Crowl's [1]  35/9
Mr. Douyon [2]  21/4 31/2
Mr. Fischer [1]  15/5
Mr. Isaacs [2]  33/18 35/13
Mr. Machado [2]  20/16 20/20
Mr. Rossi [5]  24/5 24/6 26/15 29/25 33/18
Mr. Uller [2]  25/20 33/20
Ms. [31]  6/6 8/7 14/19 15/4 17/4 18/3 18/6 19/15 20/18 21/2 21/2 22/15 23/7 23/7 23/7 23/9 23/19 23/25 24/5 24/19 26/19 33/7 33/15 33/15 33/16 34/16 34/19 35/9 35/12 35/15 35/23
Ms. Haller [2]  23/7 33/15
Ms. Hernandez [8]  18/3 18/6 20/18 21/2 23/9 23/25 33/7 35/9
Ms. Meggs [4]  15/4 23/7 33/16 34/19

**M**

Ms. Napierala [1] 24/5
Ms. Parker [1] 35/12
Ms. Rakoczy [9] 6/6
8/7 14/19 17/4 21/2
24/19 26/19 34/16
35/23
Ms. Rakoczy's [1]
23/19
Ms. Steele [2] 22/15
35/15
Ms. Woodward [2]
23/7 33/15
much [4] 10/3 10/15
27/2 31/3
mute [1] 24/6
muted [1] 18/6
my [5] 19/5 22/17
23/11 25/19 32/10

**N**

named [1] 5/22
names [1] 18/24
Napierala [4] 3/16 5/19
24/5 24/8
Natalie [3] 3/16 5/19
24/8
near [2] 14/16 28/2
necessarily [1] 13/20
necessary [2] 24/1
27/12
need [14] 12/11 12/15
17/2 23/17 23/18 28/15
29/12 29/14 29/15
30/21 32/22 32/23 34/4
34/10
needs [6] 10/11 10/24
11/19 16/12 23/12 34/2
negotiation [1] 23/21
Nestler [2] 1/15 5/9
never [1] 26/16
new [10] 3/18 15/23
15/25 16/25 17/14
19/15 21/14 23/25
32/24 32/25
next [6] 7/22 11/4
11/11 12/2 28/15 30/22
Nichols [1] 19/20
Nichols' [4] 19/22 20/9
22/8 22/12
nine [1] 9/23
nnapierala [1] 3/19
no [23] 1/5 5/3 5/4 5/5
11/17 11/17 16/25
17/17 17/18 18/22 19/6
22/5 30/23 30/24 31/20
31/22 32/9 33/8 33/14
33/17 33/19 33/21
34/20
No objection [1] 31/22
None [1] 31/24
not [34] 6/21 6/23 9/13
11/22 14/10 17/13
19/10 20/4 20/6 20/7
20/8 21/12 21/16 21/16
22/8 22/10 23/18 23/18
23/22 23/23 24/14
24/25 25/14 25/15

27/22 29/9 30/6 30/8
30/18 32/14
not-too-distant [1]
6/23
note [3] 23/20 27/21
37/5
nothing [4] 15/2 22/1
22/16 23/5
notice [9] 15/13 15/14
15/18 15/25 20/13
21/15 23/12 35/10
35/19
notices [3] 21/10 21/12
21/22
November [2] 6/3 6/25
now [5] 7/9 7/18 11/19
18/9 28/3
number [8] 6/4 7/4
22/19 25/8 25/9 29/11
29/12 29/15
numbers [1] 21/11
NW [7] 1/16 2/11 2/20
3/3 3/8 3/12 4/13
NY [1] 3/18

**O**

objection [8] 31/19
31/22 32/1 33/8 33/14
33/17 33/19 33/21
obviously [5] 12/5
16/13 21/13 23/16
26/18
occupied [1] 16/13
occurred [2] 13/10
37/5
October [2] 16/7 16/11
off [4] 9/1 18/1 28/1
28/18
off-chance [1] 9/1
office [7] 1/16 2/11
12/16 21/21 24/11
24/20 29/6
OFFICES [1] 3/3
Official [1] 4/12
oh [2] 17/20 34/16
okay [26] 5/24 11/9
12/23 14/4 17/21 18/1
20/15 20/23 22/3 22/6
23/6 24/4 26/10 26/11
27/20 30/21 30/25 31/8
31/23 32/5 33/2 33/12
35/16 35/24 36/2 36/6
once [3] 21/11 29/17
30/7
Once the [1] 21/11
one [12] 7/25 9/2 9/4
9/6 17/14 18/18 18/19
20/9 22/8 25/8 30/14
34/20
ongoing [5] 6/22 9/17
10/3 10/15 10/25
only [5] 19/23 24/10
25/15 27/16 31/2
opinion [5] 20/11
22/13 22/14 22/19
34/24
oppose [1] 36/1

options [1] 8/4
Order [2] 16/3 16/5
other [15] 8/21 8/24
10/20 11/14 12/15 13/9
13/25 15/7 19/19 20/13
20/14 21/23 22/1 24/1
30/15
otherwise [1] 24/2
ought [1] 22/14
our [13] 7/11 7/11 7/21
9/2 9/5 9/9 9/19 11/19
21/17 23/19 28/11 29/6
32/12
out [13] 6/4 10/2 10/17
13/1 21/7 23/15 30/7
30/9 30/12 30/13 31/12
32/8 32/18
outlook.com [1] 3/6
outstanding [2] 12/22
25/24
outweigh [1] 33/24
over [4] 9/20 11/1
12/12 32/20
overwhelmingly [1]
11/23
own [1] 21/17

**P**

P.A [3] 2/3 3/12 3/16
p.m [1] 31/13
pandemic [1] 37/6
panel [1] 25/15
papers [1] 26/1
paralegal [1] 29/11
Park [1] 3/8
Parker [7] 2/10 2/15
5/5 5/6 5/13 5/15 35/12
Parker's [2] 20/25
20/25
Parkers [4] 22/4 26/13
31/24 33/10
part [3] 8/2 21/7 30/6
particular [8] 8/19
10/16 10/19 10/20 11/2
11/20 13/14 19/19
particularly [2] 27/18
32/15
parties [1] 34/8
parts [1] 32/16
past [1] 35/17
pcooper [1] 2/22
pending [2] 15/3 34/18
Pennsylvania [2] 2/16
3/3
people [2] 7/5 25/6
perhaps [1] 16/9
period [1] 12/20
periodically [1] 10/18
persons [1] 20/14
perspective [3] 16/16
27/9 32/23
Peter [3] 2/19 2/19
5/16
petercooperlaw.com
[1] 2/22
phase [2] 12/8 12/8
phone [2] 18/9 32/9

pipeline [1] 10/8
place [2] 7/25 15/2
placed [1] 9/11
Plaintiff [1] 1/4
plan [3] 17/13 31/10
32/10
plane [1] 25/9
planet [1] 25/10
platform [1] 8/2
played [1] 13/16
plea [2] 20/21 27/25
pleading [1] 27/24
pleadings [1] 13/4
pleas [1] 26/22
please [2] 18/5 37/5
point [8] 10/23 14/5
14/6 15/9 16/3 18/22
18/23 27/2
possession [1] 11/19
possibility [1] 29/3
possible [1] 13/23
possibly [1] 29/17
potential [2] 28/23
34/8
prematurely [1] 23/23
preparation [1] 12/8
prepare [1] 34/10
prepared [4] 14/12
27/4 30/18 33/5
preparing [1] 11/14
present [6] 13/12 14/8
14/14 19/4 24/9 29/13
presentation [2] 27/8
30/17
presented [1] 20/4
preserve [2] 19/23 24/1
preserved [1] 35/20
presumably [1] 16/7
presume [1] 26/23
pretrial [8] 14/25 15/8
15/21 15/11 15/23 16/2
16/5 16/9
pretrial-motions [1]
15/8
Prettyman [1] 4/13
probably [3] 10/9 26/6
30/14
problem [1] 32/9
Procedure [2] 19/2
19/11
proceedings [6] 1/9
4/15 5/23 36/5 36/7
37/4
process [6] 7/17 8/3
9/17 10/2 10/15 11/7
processed [1] 10/8
10/13
produce [1] 12/5
produced [7] 4/16 8/11
9/19 11/16 11/20 11/21
18/17
production [1] 9/20
productions [1] 7/20
progress [1] 9/18
progressing [1] 6/2
propose [1] 32/21
provide [3] 7/22 11/23

provided [8] 6/11 6/16
6/21 7/2 7/14 7/20 10/4
10/11
providing [3] 6/23
15/13 24/20
provocateurs [1] 14/7
provocators [2] 13/7
14/11
prudent [1] 34/22
public [6] 9/25 15/16
19/3 19/8 23/11 33/25
public-authority [1]
15/16 19/3 19/8
public-authority-defen
se [1] 23/11
purposes [2] 20/3 31/5
pursuant [3] 7/13 7/17
7/18
pursued [1] 13/18
pursuing [1] 13/5
purview [1] 14/2
put [5] 9/9 15/2 24/14
24/23 30/5
PUTZI [1] 2/3

**Q**

question [3] 14/15
26/21 28/6
questions [2] 13/24
14/13
quite [1] 26/7

**R**

raise [1] 34/23
raised [2] 15/12 23/13
raising [1] 17/13
Rakoczy [12] 1/15 5/9
6/6 8/7 14/19 17/4
19/15 21/2 24/19 26/19
34/16 35/23
Rakoczy's [1] 23/19
Ray [2] 2/7 5/4
real [1] 9/13
real-time [1] 9/13
really [3] 12/7 21/1
25/23
Realtime [1] 4/12
reason [4] 23/12 23/16
30/9 32/14
reasonably [1] 29/8
reasoning [1] 22/12
reasons [1] 6/22
received [3] 13/11
13/13 16/22
receiving [1] 21/10
recognition [1] 9/18
reconsider [1] 20/11
record [3] 35/20 35/22
37/3
recorded [1] 4/15
referred [1] 13/4
regarding [1] 15/15
Registered [1] 4/11
related [4] 6/13 7/15
8/21 9/9
relating [2] 6/7 6/22
Relativity [4] 8/2 9/22

**R**

Relativity... [2]  10/7 10/13
relevant [6]  8/11 8/14 8/23 10/19 13/20 13/21
remember [1]  31/3
reminder [1]  35/23
remotely [2]  5/22 37/7
repeat [1]  22/18
reply [1]  35/2
Reporter [4]  4/11 4/11 4/12 4/12
reporting [1]  37/7
reports [4]  9/1 11/25 12/6 12/6
request [6]  18/14 18/15 19/5 19/5 25/17 28/16
requests [6]  9/9 12/10 12/13 12/25 13/13 34/3
require [3]  12/13 14/3 15/14
requirement [1]  15/18
requires [1]  13/24
resolve [2]  16/12 28/19
resolved [1]  16/17
resources [1]  32/24
respect [9]  8/9 11/25 13/6 15/13 16/25 18/11 19/1 19/14 23/25
respectfully [1]  24/13
respond [2]  12/11 12/16
response [2]  24/18 34/20
responsive [1]  12/13
returned [1]  17/7
returns [1]  7/23
review [5]  7/7 7/12 8/4 8/21 10/11
reviewing [1]  8/5
Rhodes [12]  6/13 15/5 16/6 16/14 16/15 16/17 16/19 17/11 20/14 21/6 21/22 26/7 27/10 27/12 27/17 28/17 28/19 28/25 31/17 32/25 34/25
right [19]  8/16 11/19 14/17 14/18 17/9 17/20 17/21 17/21 17/22 20/16 22/15 25/20 28/3 31/9 33/9 33/22 34/12 35/17 36/3
Ritchie [1]  2/3
RMR [2]  37/2 37/11
Road [2]  2/7 3/8
ROBERTSON [1]  2/15
role [1]  13/16
rolled [1]  13/1
rolling [3]  11/24 12/5 24/22
Rossi [10]  3/11 5/19 24/5 24/6 24/8 25/12 26/15 29/25 30/1 33/18
Rossies [1]  25/12
round [1]  12/3
Roviaro [2]  18/15 19/9

**S**

said [2]  29/3 35/17
same [7]  15/4 20/6 20/7 21/7 26/21 32/6 35/15
Sandra [4]  2/10 5/5 5/13 20/24
say [5]  11/10 28/16 30/4 35/2 35/4
saying [1]  18/22
scattered [1]  32/16
schedule [7]  14/25 15/23 31/14 32/18 32/21 34/24 36/4
scheduling [5]  16/2 16/2 16/5 16/9 18/2
scope [1]  7/6
SE [1]  2/16
Sean [1]  22/21
search [4]  7/23 9/5 9/13 11/22
searched [4]  7/13 7/17 9/3 9/10
searches [4]  8/25 9/3 9/8 10/5
second [2]  28/14 28/24
Section [1]  17/8
security [1]  6/21
see [8]  6/1 6/5 21/14 29/21 31/14 32/17 33/1 34/23
seeking [2]  13/25 34/5
seized [1]  7/13
sense [5]  26/20 26/24 27/18 29/22 30/16
sent [1]  18/14
separate [1]  34/24
separated [1]  21/6
September [3]  16/7 16/10 24/16
sequencing [1]  26/6
serious [1]  25/14
SERVICES [2]  4/2 4/7
set [9]  6/2 16/6 16/21 23/22 27/25 30/5 30/22 31/11 31/13
sets [2]  15/23 19/13
setting [5]  14/24 15/8 16/8 26/25 28/18
seven [5]  27/19 28/4 28/5 28/12 30/7
several [2]  7/3 10/9
sfbrennwald [1]  2/17
share [2]  14/5 14/20
sharing [1]  7/21
she [1]  21/21

short [1]  10/22
shorter [1]  27/16
should [7]  11/4 11/10 19/22 21/3 22/11 28/10 29/18
significantly [1]  27/10
silence [1]  32/1
similar [1]  17/13
simply [2]  17/16 24/1
simultaneously [1]  8/1
since [6]  6/10 6/15 7/11 16/18 21/6 22/8
single [1]  7/24
sit [1]  29/10
six [3]  11/5 11/11 12/19
six-week [1]  12/19
sleepy [1]  25/7
slightly [1]  27/16
small [1]  29/15
smaller [1]  27/9
so [60]
So I just [1]  34/22
so I think [4]  10/22 19/21 27/16 29/21
social [2]  10/5 11/18
some [22]  6/4 6/12 9/20 12/13 12/19 13/9 13/14 15/9 16/3 16/9 16/17 16/22 17/19 17/24 22/12 27/4 27/11 27/14 28/8 28/10 30/9 30/15
someone [1]  9/2
something [5]  21/3 25/17 29/15 30/18 35/14
sometime [1]  24/16
somewhat [2]  16/18 28/1
soon [1]  11/4
sorry [4]  17/5 18/7 18/8 34/17
sort [4]  8/17 24/25 26/14 28/14
sought [1]  14/9
source [1]  9/25
speak [1]  20/22
speaking [2]  8/14 34/9
specific [9]  8/18 10/23 11/3 11/5 11/16 12/10 12/21 12/25 34/3
specifically [1]  34/1
specifics [1]  14/13
speedy [1]  33/25
spillover [1]  28/15
split [1]  30/2
spoke [1]  21/20
Sr [1]  2/2
St [1]  3/12
standing [2]  5/12 20/20
standpoint [1]  27/13
stanley [3]  3/7 3/10 5/17
start [7]  11/6 16/2 25/3 25/4 26/16 26/17 33/7
started [1]  26/25

starting [1]  9/4
statements [6]  6/17 6/20 8/9 8/10 8/12 11/12
STATES [5]  1/1 1/3 1/10 5/3 6/13
status [1]  1/9 31/11 32/13
statutory [1]  19/17
stay [1]  36/3
Steele [3]  2/19 5/6 5/16 22/15 35/15
stenography [1]  4/15
Stephen [2]  2/15 5/14
steps [4]  8/25 9/15 10/16 12/1
Steve [2]  20/19 26/13
Steven [1]  5/12
still [15]  9/17 10/2 10/10 10/15 11/7 11/19 13/1 17/2 25/7 25/10 27/17 28/1 28/6 34/2 35/2
Street [4]  1/16 2/11 2/20 4/3
subject [1]  37/6
subjects [3]  7/16 9/2 9/5
subjects' [1]  9/10
subsequently [3]  9/12 9/13 9/14
substance [2]  25/23 34/21
substantial [1]  6/11
such [5]  15/25 17/25 19/6 23/12 29/2
suggests [1]  23/25
Suite [7]  2/4 2/12 2/20 3/4 3/13 4/4 4/8
superseding [1]  17/7
supervisors [2]  12/15
support [1]  29/11
sure [4]  8/20 23/18 23/18 27/5
surprise [2]  19/25 20/8
suspect [1]  27/3
system [2]  7/21 10/17

**T**

table [2]  29/10 29/16
take [9]  8/25 11/8 12/3 22/11 27/1 29/10 30/10 32/21 36/5
takes [4]  14/22 21/24 22/11 22/12
taking [4]  9/15 10/16 16/4 16/10
talk [5]  8/17 14/24 23/14 30/21 32/2
talked [1]  29/18
talking [1]  18/1
teams [1]  16/15
technological [1]  37/7
technologically [1]  21/10
telephones [1]  29/15
telephonically [1]  32/11

tell [3]  26/3 26/9 30/10
terabytes [1]  9/24
terms [1]  11/12 16/20 26/5 29/21 30/17 31/13 32/22 32/23
terrible [1]  25/3
testify [1]  27/4
testifying [1]  26/23
testimony [1]  6/21
than [6]  22/1 24/18 26/24 27/10 27/17 30/10
thank [12]  18/10 20/17 20/18 21/24 22/25 23/3 23/8 24/21 30/19 34/17 35/23 36/6
thank you [8]  18/10 21/24 22/25 23/3 23/8 34/17 35/23 36/6
thanks [1]  14/18
Thanksgiving [2]  25/2 25/5
that [191]
that'll [1]  35/21
that's [24]  9/24 11/15 11/19 11/22 13/12 13/17 13/20 14/9 14/18 17/19 17/20 21/14 22/21 22/15 23/16 25/18 26/8 29/3 29/18 30/18 31/12 32/9 33/2 35/18 36/2
their [6]  6/14 10/11 10/19 18/24 24/20 33/5
them [8]  8/5 8/6 24/17 24/21 26/1 26/4 26/8 27/23
then [15]  8/22 9/12 10/9 10/12 12/4 12/10 15/25 16/1 16/10 20/25 23/13 23/24 28/7 30/10 32/18
theory [2]  23/19 30/6
there [56]
there's [6]  11/17 16/12 21/9 21/14 31/25 32/13
therefore [1]  37/6
these [16]  5/23 7/8 10/19 12/25 16/17 16/25 17/12 26/6 26/25 27/7 27/19 27/23 28/4 29/16 32/11 32/2
they [11]  7/25 11/6 13/1 13/16 16/18 23/13 23/17 24/15 28/7 30/10 33/4
thing [2]  18/16 24/25
things [5]  6/2 6/5 26/6 29/16 29/22
think [37]  6/6 6/8 9/16 9/23 10/4 10/22 11/2 11/3 12/6 13/3 13/4 13/6 14/12 14/23 14/25 15/9 19/21 20/3 20/4 20/5 21/4 23/1 23/16 24/19 24/21 24/23 25/6 27/1 27/6 27/8 27/11 27/16 27/17 28/3 29/12 29/14 29/21 31/13

**T**

**thinks [1]** 17/1
**this [66]**
**This is [1]** 5/3
**Thomas [2]** 2/2 3/12
**those [19]** 6/23 7/14
7/22 8/10 8/11 9/15
12/7 12/13 12/16 12/21
13/15 13/18 13/21
13/24 15/25 25/25 26/8
34/5 34/5
**though [1]** 10/2
**thought [1]** 25/18
**three [1]** 30/15
**through [18]** 7/20 9/1
9/3 9/5 9/10 10/17 12/1
12/4 16/7 16/10 17/22
18/2 31/2 31/4 31/6
33/5 33/23 34/11
**thumb [1]** 7/24
**time [21]** 9/13 9/22
10/4 11/1 11/8 14/3
16/18 23/17 25/13
27/24 28/8 28/17 30/12
32/22 33/5 33/23 34/7
34/11 35/2 35/3 35/4
**timing [2]** 28/21 29/21
**tips [1]** 9/3
**titled [1]** 37/4
**today [10]** 14/24 26/24
28/10 28/18 29/19
29/23 30/4 30/18 31/4
31/6
**together [3]** 27/19 28/5
34/14
**told [1]** 28/12
**toll [3]** 33/5 33/11
33/23
**tolled [3]** 31/2 31/3
31/4
**ton [1]** 24/20
**too [1]** 6/23
**top [1]** 22/17
**topic [1]** 26/14
**topics [1]** 21/1
**touch [2]** 6/4 8/21
**toward [1]** 6/3
**Towers [1]** 2/4
**town [1]** 32/8
**track [1]** 7/1
**transcript [3]** 1/9 4/15
37/3
**transcription [1]** 4/16
**transcripts [1]** 6/17
**trial [37]** 6/3 6/25 7/3
7/8 11/7 12/8 12/19
15/1 15/2 16/3 16/6
16/14 16/15 16/15
26/17 26/20 27/17 28/1
28/5 28/8 28/14 28/24
28/24 29/13 30/6 30/13
30/15 31/17 32/24
32/25 33/25 34/10 36/1
**trial-preparation [1]**
12/8
**trials [4]** 24/12 25/1
27/7 27/15

**trip [1]** 25/10
**trouble [1]** 20/5
**try [7]** 8/20 26/15 28/11
29/7 29/8 29/17 30/7
**trying [1]** 13/23 27/18
30/7
**Tuesday [4]** 25/4 25/4
25/18 26/16
**tuned [1]** 36/3
**turn [4]** 14/20 18/3
32/20
**turns [1]** 30/9
**two [5]** 19/15 24/12
24/18 25/9 30/6
**type [2]** 15/21 18/16

**U**

**U.S [4]** 1/16 19/21
22/10 22/21
**U.S. [1]** 24/11
**U.S. Attorney's Office**
**[1]** 24/11
**uller [5]** 4/6 4/10 5/21
25/20 33/20
**ultimately [1]** 22/13
**uncharged [1]** 7/16
**under [5]** 15/14 17/8
19/1 19/20 34/9
**understand [4]** 7/4
20/2 20/10 24/11
**understanding [1]**
14/6
**UNITED [5]** 1/1 1/3
1/10 5/3 6/13
**universe [1]** 7/19
**unless [1]** 32/13
**unmute [1]** 18/5
**until [3]** 19/6 28/19
33/1
**up [11]** 6/6 10/25 11/2
12/20 22/12 22/12
26/17 27/18 29/3 29/20
30/2
**upcoming [1]** 12/19
**update [1]** 14/19
**updated [1]** 9/11
**uploaded [8]** 8/2 9/14
9/21 9/24 10/1 10/7
10/9 10/13
**upon [3]** 29/1 29/4
29/5
**us [5]** 12/3 13/15 19/3
21/5 21/10
**usdoj.gov [2]** 1/18
1/19
**useful [1]** 6/4
**usually [2]** 15/19 23/14

**V**

**various [3]** 9/25 10/5
32/16
**venue [2]** 15/4 34/19
**versus [5]** 5/4 6/13
19/21 22/10 22/21
**very [5]** 10/2 10/15
11/4 12/2 21/5
**VIA [1]** 1/9

**meet [6]**
32/9 32/11 32/13
**videos [1]** 9/25
**violence [1]** 13/9
**voir [1]** 25/15
**volume [1]** 11/1
**vs [1]** 1/5

**W**

**wait [3]** 31/14 32/17
33/1
**waiting [3]** 10/9 28/13
29/6
**want [8]** 10/14 14/20
18/23 20/12 29/2 29/20
34/23 34/24
**wanted [2]** 25/25 34/22
**warrant [1]** 7/23
**warranted [2]** 34/7
34/11
**warrants [1]** 11/22
**was [10]** 15/1 15/2
15/4 17/11 18/17 18/18
18/19 23/1 25/3 34/22
**Washington [9]** 1/5
1/17 2/12 2/16 2/21 3/5
3/8 3/13 4/14
**way [5]** 8/5 21/9 21/15
30/5 35/20
**ways [1]** 28/1
**we [105]**
**we believe [1]** 13/19
**We produced [1]** 9/19
**we will [5]** 9/12 9/13
12/3 28/1 36/5
**we would [1]** 16/3
**we'd [1]** 15/8
**we'll [8]** 12/4 21/16
29/21 30/11 32/4 32/18
35/14 36/3
**we're [8]** 6/1 6/2 6/3
7/1 9/12 11/2 12/20
19/4 21/6 21/7 24/21
27/2 31/3
**we've [12]** 6/12 6/21
7/11 7/20 9/3 10/4
12/12 13/11 13/13
16/21 18/2 29/10
**week [5]** 9/19 12/2
12/2 12/19 24/17
**weeks [4]** 7/22 11/5
11/11 24/18
**well [16]** 5/25 6/24 7/8
7/16 11/3 12/18 12/20
14/18 17/22 23/25 25/8
28/8 28/12 30/5 35/12
35/17
**went [1]** 15/2
**were [17]** 6/10 6/15
7/12 7/17 13/6 13/8
13/12 13/12 14/8 14/11
14/14 16/8 18/23 19/15
20/4 21/11 31/16
**West [1]** 3/13
**what [18]** 10/24 12/25
13/16 14/7 15/6 23/19
26/3 26/8 26/20 28/16
29/4 30/13 30/16 31/14

**what's [5]** 11/11 14/5
21/5 21/14 28/19
**whatever [1]** 19/12
**when [7]** 11/10 15/1
15/2 23/12 26/8 26/24
35/4
**where [4]** 9/6 12/12
29/22 31/14
**whether [12]** 13/6
13/11 14/6 17/1 17/23
19/2 19/4 25/25 28/6
28/12 30/7 33/4
**which [7]** 6/12 7/3
10/25 19/16 26/22 28/5
31/17
**while [3]** 14/23 16/14
34/13
**who [8]** 6/18 13/6 13/7
13/12 14/8 14/14 27/4
32/15
**who's [1]** 30/12
**who've [1]** 7/5
**whose [1]** 7/16
**why [7]** 6/6 18/3 20/16
23/15 23/16 31/9 33/7
**WI [2]** 4/4 4/9
**will [31]** 8/3 8/5 9/12
9/13 11/23 12/3 12/3
16/2 16/13 16/14 16/18
18/5 19/22 21/22 25/19
26/23 27/1 27/3 27/4
27/9 27/14 28/1 28/25
30/14 30/15 32/8 33/23
34/21 35/11 35/13 36/5
**William [7]** 2/2 3/11
4/11 5/7 31/21 37/2
37/11
**William Isaacs [1]**
31/21
**willing [1]** 24/17
**wind [1]** 27/18
**WISCONSIN [3]** 4/3 4/7
4/8
**wish [1]** 17/24
**within [2]** 11/4 12/19
**without [1]** 13/20
**witness [8]** 6/17 6/20
7/2 7/9 8/9 8/10 8/12
11/12
**witnesses [6]** 6/18
7/16 18/19 26/23
**won't [1]** 19/25
**wondering [1]** 16/8
**Woodward [5]** 3/7 3/7
5/17 23/7 33/15
**worn [1]** 9/25
**would [41]**
**wouldn't [1]** 36/1
**wrap [1]** 11/1
**written [1]** 22/9

**Y**

**Yeah [4]** 30/1 30/20
32/2 32/10
**years [1]** 19/17
**yes [7]** 6/9 18/22 25/8
25/12 29/25 35/2 35/6

**yesterday [1]** 21/21
**yet [3]** 11/16 18/21
26/4
**York [1]** 3/18
**you [52]**
**you'll [1]** 31/25
**you're [4]** 18/6 22/8
22/10 24/6
**your [47]**
**Your Honor [41]**

**Z**

**Zaremba [3]** 4/11 37/2
37/11
**ZOOM [1]** 1/9
**Zsuzsa [1]** 3/2