UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff ) | Criminal Case 21-CR-28 |
| ) | |
| v. ) | Trial: February 1, 2023 |
| ) | |
| WILLIAM ISAACS ) | Judge Amit P. Mehta |
| Defendant ) | |

### NOTICE OF INTENT TO INTRODUCE EXPERT EVIDENCE

COMES NOW Defendant William Isaacs, by and through his counsel, and hereby files a notice of intent to introduce expert evidence relating to a mental condition bearing on the issue of guilt. This notice is filed pursuant to Fed. R. Crim. P. 12.2(b)(1).

Respectfully submitted,

*Gene Rossi*

Gene Rossi, Esquire
D.C Bar Number 367250
Carlton Fields, P.A.
Suite 400 West
1025 Thomas Jefferson Street, NW
Washington, DC 20007-5208
Telephone: 202-965-8119
Cell: 703-627-2856
Email: grossi@carltonfields.com

Natalie A. Napierala, Esquire
New York State Bar Number 2445468
Carlton Fields, P.A.
36th Floor
405 Lexington Avenue
New York, NY 10174-0002
Telephone: 212-785-2747
Email: nnapierala@carltonfields.com

Charles M. Greene, Esquire
Florida Bar Number 938963
Law Offices of Charles M. Greene, P.A.
55 East Pine Street
Orlando, FL 32801
Telephone: 407-648-1700
Email: cmg@cmgpa.com

*Counsel for Defendant William Isaacs*

3

## CERTIFICATE OF SERVICE

I hereby certify that the **NOTICE OF INTENT TO INTRODUCE EXPERT EVIDENCE** was filed with the Clerk of the Court via ECF on Monday, August 15, 2022.

Respectfully submitted,

*Gene Rossi*

Gene Rossi, Esquire