UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | Criminal No. 21-cr-28 (APM) |
| ) | |
| **JAMES BEEKS,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Before the court are Defendant James Beeks' (1) Motions to Dismiss for Lack of Subject Matter Jurisdiction (Amended), ECF Nos. 770, 771; (2) "Mardsen Motion," ECF No. 772; and (3) "Amended Faretta Motion," ECF No. 773.

For the reasons discussed in *United States v. Brown*, No. 22-170-CKK, 2022 WL 2828996, *4 (D.D.C. July 20, 2022), and *United States v. Chilcoat*, No. 22-299-CKK, 2023 WL 143912, *4 (D.D.C. Jan. 10, 2023), Defendant's Motions to Dismiss for Lack of Subject Matter Jurisdiction (Amended), ECF Nos. 770, 771, are summarily denied.

Insofar as Defendant Beeks' "Marsden Motion," ECF No. 772, and "Faretta Rights Motion," ECF No. 773, seek to permit him to proceed *pro se*, those motions are granted.

Date: January 19, 2023

Amit P. Mehta
United States District Court Judge